# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>    **Defendants.** | **Case No. 6:21-cv-1231** |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Kioxia Corporation and Kioxia America, Inc., ("Defendants") respectfully move for an order extending the time for Defendants to respond to Plaintiff Viasat, Inc.'s ("Viasat") complaint until April 1, 2022. No party to this litigation opposes this motion.

Defendants have consented to service of the complaint via email and have agreed to waive any objections to the absence of a summons. In return for that consent and agreement, the parties have agreed to an extension of time to respond to the complaint until April 1, 2022.

The parties believe that this will allow this case to proceed more efficiently than it otherwise would. Accordingly, Defendants move for an order extending the time to respond to the complaint to April 1, 2022.

Dated:  December 8, 2021               Respectfully submitted,

*/s/ Robinson Vu*
Robinson Vu
Texas State Bar No: 24047046
Telephone: (713) 229-1715
Facsimile: (713) 229-7815
Email: Robinson.Vu@bakerbotts.com

Michael Hawes
Texas State Bar No: 24010761
Telephone: (713) 229-1750
Facsimile: (713) 229-7750
Email: michael.hawes@bakerbotts.com

Michael Silliman
Texas State Bar No: 24093152
Telephone: (713) 229-1464
Facsimile: (713) 229-6164
Email: michael.silliman@bakerbotts.com

Spencer Packard
Texas State Bar No: 24125823
Telephone: (713) 229-1888
Facsimile: (713) 229-7788
Email: spencer.packard@bakerbotts.com

**Baker Botts L.L.P.**
910 Louisiana Street
Houston, Texas 77002

**Attorneys for Defendants**
**Kioxia Corporation and Kioxia America, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 8, 2021 a true and correct copy of the above document was been served on all counsel of record via the Court's ECF system. All other parties were served by electronic mail or First Class Mail.

<i>/s/ Robinson Vu</i><br>
Robinson Vu