IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>**Defendants.** | Case No. 6:21-cv-1231 |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendants Kioxia Corporation and Kioxia America, Inc., ("Defendants") Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

After consideration of said motion and related briefing, the Court finds that Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED. Defendants deadline to respond to the complaint is April 1, 2022.

SIGNED and Entered this _____ day of _____, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE