IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>Defendants. | Case No. 6:21-cv-1231 |

**JOINT NOTICE TO THE COURT CONCERNING AN EXTENSION OF THE DUE
DATE FOR RESPONDING TO PLAINTIFF'S COMPLAINT**

Defendants; Kioxia Corporation and Kioxia America, Inc., ("Defendants") and Plaintiff, Viasat, Inc. provide this joint notice to the Court that the parties have agreed to extend the due date for Defendants to respond to the Plaintiff's Complaint to April 1, 2022.

Dated:  December 10, 2021	Respectfully submitted,

/s/ ___Robinson Vu_____
Robinson Vu
Texas State Bar No: 24047046
Email: Robinson.Vu@bakerbotts.com
Michael Hawes
Texas State Bar No: 24010761
Email: michael.hawes@bakerbotts.com
Michael Silliman
Texas State Bar No: 24093152
Email: michael.silliman@bakerbotts.com
Spencer Packard
Texas State Bar No: 24125823
Email: spencer.packard@bakerbotts.com
**Baker Botts L.L.P.**
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Attorneys for Defendants*
*Kioxia Corporation and Kioxia America, Inc.*


/s/ Nosson D. Knobloch (w/permission)
Nosson D. Knobloch (admitted *Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100
nosson.knobloch@bartlitbeck.com


Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com


J. Scott McBride (admitted *Pro Hac Vice*)
Matthew R. Ford (admitted *Pro Hac Vice*)

        Nevin M. Gewertz (admitted *Pro Hac Vice*)
        BARTLIT BECK LLP
        54 W. Hubbard Street, Suite 300
        Chicago, IL 60654
        (312) 494-4400
        scott.mcbride@bartlitbeck.com
        matthew.ford@bartlitbeck.com
        nevin.gewertz@bartlitbeck.com


        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 10, 2021 a true and correct copy of the above document was been served on all counsel of record via the Court's ECF system. All other parties were served by electronic mail or First Class Mail.

*/s/ Robinson Vu*
Robinson Vu
