UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

VIASAT, INC.

vs.                                                         Case No.:   6:21-cv-01231-ADA

KIOXIA CORPORATION AND KIOXIA
AMERICA, INC.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Bradley Bowling__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Kioxia Corporation & Kioxia America, Inc.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Baker Botts L.L.P.__ with offices at:

   Mailing address: __910 Louisiana__

   City, State, Zip Code: __Houston, TX 77002__

   Telephone: __(713) 229-1802__     Facsimile: __(713) 229-7702__

2. Since __November 6, 2003__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Texas__. Applicant's bar license number is __24040555__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | USDC, Eastern District | 4/16/2007 |
   | USDC, Southern District | 1/1/2006 |
   | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
None

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:18-cv-00207-ADA on the 24 day of April, 2019.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
None

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
None

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Robinson Vu

Mailing address: Baker Botts L.L.P., 910 Louisiana

City, State, Zip Code: Houston, TX 77002

Telephone: (713) 229-1715

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Bradley Bowling to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Bradley Bowling
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 19 day of January, 2022.

Bradley Bowling
[printed name of Applicant]

[signature of Applicant]