# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

VIASAT, INC.

vs.  Case No.: 6:21-cv-01231-ADA

KIOXIA CORPORATION AND KIOXIA AMERICA, INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __Bradley Bowling__, counsel for __Kioxia Corporation & Kioxia America, Inc.__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __Bradley Bowling__ may appear on behalf of __Kioxia Corporation & Kioxia__ in the above case.

IT IS FURTHER ORDERED that __Bradley Bowling__, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE