# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

VIASAT, INC.,

vs.                                                                 Case No.: 6:21-cv-01231

KIOXIA CORPORATION and KIOXIA
AMERICA, INC.,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Meg E. Fasulo, counsel for VIASAT, INC., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Meg E. Fasulo may appear on behalf of VIASAT, INC. in the above case.

IT IS FURTHER ORDERED that Meg E. Fasulo, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE