# **EXHIBIT A**

3. Applicant (Meg E. Fasulo) has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| United States Court of Appeals, Federal Circuit | 8/1/2016 |
| United States District Court, Northern District of Illinois | 2/3/2021 |
| Colorado Supreme Court | 11/6/2017 |
| Illinois Supreme Court | 11/30/2015 |