IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>　　Plaintiff,<br><br>　vs.<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>　　Defendants. | **Case No. 6:21-cv-1231** |

## ORDER GRANTING KIOXIA'S MOTION TO DISMISS

Before the Court is a Motion to Dismiss filed by Kioxia Corporation and Kioxia America, Inc. (together, "Kioxia"). The Court, having considered same, is of the opinion the motion should be GRANTED.

SIGNED this _____ day of _____ 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALAN D. ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE