# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>    **Defendants.** | **Case No.: 6:21-cv-01231-ADA**<br><br>**JURY TRIAL DEMANDED** |

### JOINT NOTICE TO THE COURT CONCERNING AN EXTENSION OF THE DUE DATE FOR RESPONDING TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Viasat, Inc. and Defendants Kioxia Corporation and Kioxia America, Inc. provide this joint notice to the Court that the parties have agreed to extend the due date for Plaintiff to respond to the Defendants' motion to dismiss to April 22, 2022.

Dated: April 8, 2022

Respectfully submitted,

*/s/ Melissa R. Smith*

Melissa R. Smith, State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

J. Scott McBride (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
Nevin M. Gewertz (*Pro Hac Vice*)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
scott.mcbride@bartlitbeck.com
matthew.ford@bartlitbeck.com
nevin.gewertz@bartlitbeck.com

Nosson D. Knobloch (*Pro Hac Vice*)
Meg E. Fasulo (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
nosson.knobloch@bartlitbeck.com
meg.fasulo@bartlitbeck.com

*Counsel for Plaintiff*

*/s/ Robinson Vu*

Robinson Vu, State Bar No. 24047046
Michael Hawes, State Bar No. 24010761
Michael Silliman, State Bar No. 24093152
Spencer Packard, State Bar No. 24125823
Bradley Bowling, State Bar No. 24040555
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
robinson.vu@bakerbotts.com
michael.hawes@bakerbotts.com
michael.silliman@bakerbotts.com
spencer.packard@bakerbotts.com
bradley.bowling@bakerbotts.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on April 8, 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to counsel of record for Lauri Valjakka.

*/s/ Melissa R. Smith*
