**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **VIASAT, INC.,**<br><br>   Plaintiff,<br><br>vs.<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>   Defendants. | **Case No.:  6:21-cv-01231-ADA**<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

Before the Court is the Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6). The Court, having considered same, is of the opinion the motion should be DENIED AS MOOT.

1