# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>**Defendants.** | **Case No. 6:21-cv-1231** |

### JOINT NOTICE TO THE COURT CONCERNING AN EXTENSION OF THE DUE DATE FOR DEFENDANTS TO FILE ITS' REPLY IN SUPPORT OF ITS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) (D.I.29)

Defendants; Kioxia Corporation and Kioxia America, Inc., ("Defendants") and Plaintiff, Viasat, Inc. provide this joint notice to the Court that the parties have agreed to extend the due date for Defendants to file its' Reply In Support of its' Motion to Dismiss Pursuant to Rule 12(b)(6) (D.I. 29) to May 6, 2022

Dated: April 29, 2022                            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/   Robinson Vu                          .*
　　　　　　　　　　　　　　　　　　　　　　　Robinson Vu
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No: 24047046
　　　　　　　　　　　　　　　　　　　　　　　Email: Robinson.Vu@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　　　　Michael Hawes
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No: 24010761
　　　　　　　　　　　　　　　　　　　　　　　Email: michael.hawes@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　　　　Michael Silliman
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No: 24093152
　　　　　　　　　　　　　　　　　　　　　　　Email: michael.silliman@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　　　　Spencer Packard
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No: 24125823
　　　　　　　　　　　　　　　　　　　　　　　Email: spencer.packard@bakerbotts.com

-2-	**Baker Botts L.L.P.**
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Attorneys for Defendants, Kioxia Corporation and Kioxia America, Inc.*


/s/ *Nosson D. Knobloch (w/permission)*
Nosson D. Knobloch (admitted *Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100
nosson.knobloch@bartlitbeck.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

J. Scott McBride (admitted *Pro Hac Vice*)
Matthew R. Ford (admitted *Pro Hac Vice*)
Nevin M. Gewertz (admitted *Pro Hac Vice*)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
scott.mcbride@bartlitbeck.com
matthew.ford@bartlitbeck.com
nevin.gewertz@bartlitbeck.com

*Counsel for Plaintiff*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served April 29, 2022, with a copy of this document via the Court's CM/ECF system.

/s/  *Robinson Vu*
Robinson Vu
