IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>**Defendants.** | **Case No. 6:21-cv-1231** |

**UNOPPOSED NOTICE TO THE COURT CONCERNING AN EXTENSION OF THE DUE DATE FOR DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants; Kioxia Corporation and Kioxia America, Inc., ("Defendants") provides this unopposed notice to the Court that the parties have agreed to extend the due date for Defendants to respond to Plaintiff's Amended Complaint (Dkt. 33) to May 13, 2022. The current deadline is May 6, 2022.

Dated: May 2, 2022

Respectfully submitted,

*/s/   Robinson Vu                      .*
Robinson Vu
Texas State Bar No: 24047046
Email: Robinson.Vu@bakerbotts.com
Michael Hawes
Texas State Bar No: 24010761
Email: michael.hawes@bakerbotts.com
Michael Silliman
Texas State Bar No: 24093152
Email: michael.silliman@bakerbotts.com
Spencer Packard
Texas State Bar No: 24125823

Email: spencer.packard@bakerbotts.com

**Baker Botts L.L.P.**
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Attorneys for Defendants, Kioxia Corporation and Kioxia America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served May 2, 2022, with a copy of this document via the Court's CM/ECF system.

/s/ *Robinson Vu*
Robinson Vu