IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIASAT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KIOXIA CORPORATION and KIOXIA AMERICA, INC.,<br><br>Defendants. | Case No.: 6:21-cv-01231-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

The Parties submit this Joint Motion for Entry of Scheduling Order. The proposed schedule is attached hereto.

Dated: May 6, 2022

By: */s/ Melissa R. Smith*  
    Melissa R. Smith, State Bar No. 24001351  
    GILLAM & SMITH, LLP  
    303 South Washington Avenue  
    Marshall, Texas 75670  
    Telephone: (903) 934-8450  
    Facsimile: (903) 934-9257  
    melissa@gillamsmithlaw.com

    J. Scott McBride (*Pro Hac Vice*)  
    Matthew R. Ford (*Pro Hac Vice*)  
    Nevin M. Gewertz (*Pro Hac Vice*)  
    BARTLIT BECK LLP  
    54 West Hubbard Street  
    Chicago, Illinois 60654  
    Telephone: (312) 494-4400  
    Facsimile: (312) 494-4440  
    scott.mcbride@bartlitbeck.com  
    matthew.ford@bartlitbeck.com  
    nevin.gewertz@bartlitbeck.com

    Nosson D. Knobloch (*Pro Hac Vice*)  
    Meg E. Fasulo (*Pro Hac Vice*)  
    BARTLIT BECK LLP  
    1801 Wewatta Street, Suite 1200  
    Denver, Colorado 80202  
    Telephone: (303) 592-3100  
    Facsimile: (303) 592-3140  
    nosson.knobloch@bartlitbeck.com  
    meg.fasulo@bartlitbeck.com

    *Attorneys for Plaintiff Viasat, Inc.*

*/s/ Michael Hawes*  
Robinson Vu, State Bar No: 24047046  
Michael Hawes, State Bar No: 24010761  
Michael Silliman, State Bar No: 24093152  
Spencer Packard, State Bar No: 24125823  
BAKER BOTTS L.L.P.  
910 Louisiana Street  
Houston, Texas 77002  
Telephone: (713) 229-1234  
Facsimile: (713) 229-1522  
robinson.vu@bakerbotts.com  
michael.hawes@bakerbotts.com  
michael.silliman@bakerbotts.com  
spencer.packard@bakerbotts.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system

/s/ Melissa R. Smith