# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>**Defendants.** | Case No. 6:21-cv-1231 |

## NOTICE OF COMPLIANCE

Defendants Kioxia Corporation and Kioxia America, Inc. hereby notifies the Court that it has served its Second Amended Rule 26 Initial Disclosures upon counsel for Plaintiff via email on November 4, 2022.

Dated: November 7, 2022

Respectfully submitted,

*/s/ Michael Hawes*
Robinson Vu
Texas State Bar No: 24047046
Telephone: (713) 229-1715
Facsimile: (713) 229-7815
Email: Robinson.Vu@bakerbotts.com

Michael Hawes
Texas State Bar No: 24010761
Telephone: (713) 229-1750
Facsimile: (713) 229-7750
Email: michael.hawes@bakerbotts.com

Michael Silliman
Texas State Bar No: 24093152
Telephone: (713) 229-1464
Facsimile: (713) 229-6164
Email: michael.silliman@bakerbotts.com

Spencer Packard
Texas State Bar No: 24125823
Telephone: (713) 229-1888
Facsimile: (713) 229-7788

Email: spencer.packard@bakerbotts.com

**Baker Botts L.L.P.**
910 Louisiana Street
Houston, Texas 77002

**Attorneys for Defendants**
**Kioxia Corporation and Kioxia America, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2022, a true and correct copy of the foregoing has been served on counsel of record who are deemed to have consented to electronic service.

*/s/ Michael Hawes* .
Michael Hawes