# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VIASAT, INC. § | |
| § | CIVIL NO: |
| vs. § | WA:21-CV-01231-ADA |
| § | |
| KIOXIA CORPORATION, KIOXIA § | |
| AMERICA, INC., KIOXIA AMERICA, INC., | |
| KIOXIA CORPORATION, VIASAT, INC. | |

## ORDER CANCELLING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MARKMAN HEARING** on **Thursday, December 15, 2022 at 09:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 15th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE