IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIASAT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>    Defendants. | Case No.: 6:21-cv-01230-ADA<br><br>JURY TRIAL DEMANDED |
| VIASAT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KIOXIA CORPORATION and KIOXIA AMERICA, INC.,<br><br>    Defendants. | Case No.: 6:21-cv-01231-ADA<br><br>JURY TRIAL DEMANDED |

**CLAIM CONSTRUCTION ORDER**

On December 14, 2022, the Court provided the parties with its preliminary constructions. In response to the preliminary constructions, the parties waived an oral hearing on the constructions of the disputed terms while preserving their appellate rights. The Court now enters its final constructions.

**SIGNED** this 15th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

## I.    Agreed Construction

| Term | Agreed Construction |
|---|---|
| modify the coding rate / modifying a coding rate / changing a coding rate<br>('700 patent claims 10, 16, 23, 24, 25; '347 patent claims 2, 14)[1] | change / changing the ratio between the user data bits and the total bits |

## II.    '700 Patent

| Term | Viasat's Proposed Construction | Defendants' Proposed Construction | Preliminary Constructions |
|---|---|---|---|
| decode the received encoded data to generate a plurality of partially decoded data streams (claim 1) | process the received encoded data to generate more than one data stream for error detection | plain and ordinary meaning | Plain and ordinary meaning. |
| error detection sub-modules (claims 1, 15, 17) | not subject to § 112, ¶ 6<br>not indefinite<br>plain and ordinary meaning | 35 U.S.C. § 112 ¶ 6; indefinite for failure to disclose corresponding structure. Structure: None disclosed. Functions: "receive a different one of the plurality of partially decoded data streams; detect whether a portion of the respective received stream contains an error; and forward the | Not subject to § 112, ¶ 6. Not indefinite. Plain and ordinary meaning. |

---

[1] Viasat has asserted these claims only against Western Digital.

3

| Term | Viasat's Proposed Construction | Defendants' Proposed Construction | Preliminary Constructions |
|---|---|---|---|
| | | portion of the respective received stream containing an error to an error correction module" (claim 1); "detect whether a portion of the respective received stream contains an error; and forward the portion of the respective received stream containing an error to an error correction module" (claims 15, 17) | |
| operating in parallel (claims 1, 4, 15, 17, 19) | plain and ordinary meaning | Kioxia: performing error detection [claims 4 & 19: correction] at the same time<br>Western Digital: plain and ordinary meaning | Plain and ordinary meaning. |
| error correction module (claims 1, 15, 17) | not subject to § 112, ¶ 6<br>not indefinite<br>plain and ordinary meaning | 35 U.S.C. § 112 ¶ 6; indefinite for failure to disclose corresponding structure. Structure: None disclosed. Function: "correct the [received / forwarded] portions of the respective received streams containing an error" | Not subject to § 112, ¶ 6. Not indefinite. Plain and ordinary meaning. |

| | | | |
|---|---|---|---|
| forward the portion of the respective received stream containing an error to an error correction module (claims 1, 15, 17) | communicate the data in which an error was detected from the error detection sub-module to an error correction module | Kioxia: data containing an error is sent from the error detection sub-module to an error correction module | Plain and ordinary meaning. |
| the error correction module, . . . physically separate from [the/an] error detection module (claims 1, 15, 17) | plain and ordinary meaning | error correction module, . . . employing only circuitry that is not employed by the error detection module | Plain and ordinary meaning. |
| error monitoring module (claims 6, 7, 11, 12)[2] | not subject to § 112, ¶ 6 not indefinite plain and ordinary meaning | 35 U.S.C. § 112 ¶ 6; indefinite for failure to disclose corresponding structure. Structure: None disclosed. Function: "monitor a rate of errors from the error detection module [for each of a plurality of sectors of the flash memory]" | Not subject to § 112, ¶ 6. Not indefinite. Plain and ordinary meaning. |
| the error detection module comprises the decoding module (claim 14)[3] | not indefinite plain and ordinary meaning | indefinite | Not indefinite. Plain and ordinary meaning. |

---

[2] Viasat has asserted these claims only against Western Digital.
[3] Viasat has asserted this claim only against Western Digital.

III.    '347 Patent

| Term | Viasat's Proposed Construction | Western Digital's Proposed Construction | Preliminary Constructions |
|---|---|---|---|
| error correction sub-module (claims 1, 13)[4] | not subject to § 112, ¶ 6<br>not indefinite<br>plain and ordinary meaning | 35 U.S.C. § 112 ¶ 6; indefinite for failure to disclose corresponding structure.<br>Structure: None disclosed<br>Function: "correct errors in the data stream associated with the flash memory" | Not subject to § 112, ¶ 6. Not indefinite. Plain and ordinary meaning. |

---

[4] Viasat has asserted this patent only against Western Digital.