# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
-------------------------------------------------------------X
Viasat, Inc.,

        Plaintiff,

    -vs-

Kioxia Corporation, et al,

        Defendants.
-------------------------------------------------------------X

Civil Action No. 6:21-cv-01231-ADA

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
        S.S.
COUNTY OF NEW YORK)

    **ROBERT MILLS**, being duly sworn, deposes and says that he is over eighteen years of age, is an agent of Its Your Serve, and is not a party to this action.

    That on the 22nd day of February, 2023, at approximately the time of 2:51pm, deponent served a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION and NOTICE OF SUBPOENA DUCES TECUM AND NOTICE OF DEPOSITION OF MARVELL TECHNOLOGY, INC.** upon **MARVELL TECHNOLOGY, INC.** c/o CT Corporation System at 28 Liberty Street, New York, NY 10005, by personally delivering and leaving the same with **MOHAMED DANSOKO,** who informed deponent that he holds the position of an Intake Specialist with that company and is authorized by appointment to receive service at that address. At the time of service, a witness fee of $83.93 was tendered.

    **MOHAMED DANSOKO** is a Black male, approximately 38 years of age, stands approximately 6 feet 3 inches tall, weighs approximately 280 pounds with black hair and brown eyes.

_[signature]_
**ROBERT MILLS, #1004298**

Sworn to before me this
23rd day of February, 2023

_[signature]_
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6139728
Qualified in New York County
My Commission Expires May 17, 2024

# 287404