# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **VIASAT, INC.,**<br><br>　　Plaintiff,<br><br>vs.<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>　　Defendants. | Case No.: 6:21-cv-01231-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER MODIFYING THE SCHEDULING ORDERS

Before the Court is Plaintiff Viasat, Inc.'s and Defendants Kioxia Corporation and Kioxia America, Inc.'s Joint Motion Regarding Competing Proposals to Modify the Scheduling Orders. The Court, having considered the motion, ORDERS that certain deadlines are modified as noted below. No other deadlines in the Scheduling Orders are affected by this Order.

| Current Deadline | Updated Deadline | Event |
|---|---|---|
| 7/14/2023 | 9/22/2023 | Deadline to complete deposition discovery |
| 8/4/2023 | 10/12/2023 | Deadline for Viasat to select one of the two representative products agreements that the Parties have agreed to. If Viasat selects the second representative product agreement option, then this is also the deadline for Viasat to provide final infringement contentions for accused products using C, D, and E controllers |
| 8/11/2023 | 10/19/2023 | Deadline to meet and confer to narrow the number of claims asserted and prior art references at issue |
| 8/18/2023 | 10/12/2023 | Deadline for Final Invalidity Contentions |
| 8/25/2023 | 11/2/2023 | Opening Expert Reports |

1

| | | |
|---|---|---|
| 9/29/2023 | 11/30/2023 | Rebuttal Expert Reports |
| 10/17/2023 | 12/21/2023 | Close of Expert Discovery |
| 11/3/2023 | 12/29/2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer |
| 10/31/2023 | 1/18/2024 | Dispositive motion deadline and *Daubert* motion deadline |
| 11/14/2023 | 2/1/2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery, and deposition designations) |
| 11/28/2023 | 2/15/2024 | Serve objections to pretrial disclosures/rebuttal disclosures |
| 8 weeks before trial | 8 weeks before trial | Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. |
| 12/5/2023 | 2/22/2024 | Serve objections to rebuttal disclosures; file Motions *in limine* |
| 12/12/2023 | 2/29/2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery, and deposition designations); file oppositions to *Motions in limine* |
| 12/19/2023 | 3/7/2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| 12/19/2023 | 3/7/2024 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine* |
| 12/27/2023 | 3/14/2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |

|  |  |  |
|---|---|---|
| 1/2/2024 | 3/28/2024 | Final Pretrial Conference. Held in person unless otherwise requested |
| 1/22/2024 | 4/15/2024 | Jury Selection/Trial |

Signed this 17th day of July, 2023.

_____
THE HONORABLE ALAN D ALBRIGHT