IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIASAT, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>KIOXIA CORPORATION and KIOXIA AMERICA, INC.,<br><br>    Defendants. | Case No.:  6:21-cv-01231-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS KIOXIA CORPORATION AND KIOXIA AMERICA, INC.'S UNOPPOSED MOTION TO SUBSTITUTE EXHIBIT N (DKT. 138-2) TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. RUSSELL FUERST, DR. NISHA MODY, MR. EDWARD DOLLER, AND DR. SUNIL KHATRI (DKT. 137)**

Defendants Kioxia Corporation and Kioxia America, Inc., (collectively, "Defendants") have filed an Unopposed Motion to Substitute Exhibit N (Dkt. 138-2) to Defendants' Motion to Exclude Certain Opinions of Dr. Russell Fuerst, Dr. Nisha Mody, Mr. Edward Doller, and Dr. Sunil Khatri (Dkt. 137).

Upon consideration of the papers submitted in connection with the Motion, the Court is of the opinion that said Motion is well taken and should be GRANTED.

The Clerk is ORDERED to replace Exhibit N (Dkt. 138-2) of Defendants' Motion to Exclude Certain Opinions of Dr. Russell Fuerst, Dr. Nisha Mody, Mr. Edward Doller, and Dr. Sunil Khatri (Dkt. 137), with the version of Exhibit N which is attached to Defendants' Unopposed Motion to Substitute Exhibit.

**IT IS SO ORDERED**.

**SIGNED** this 28th day of March, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE