IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIASAT, INC.,<br><br>　　　Plaintiff,<br><br>vs.<br><br>KIOXIA CORPORATION and KIOXIA AMERICA, INC.,<br><br>　　　Defendants. | Case No.: 6:21-cv-01231-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING VIASAT'S
<u>MOTION FOR RECONSIDERATION</u>**

　　Before the Court is VIASAT'S MOTION FOR RECONSIDERATION. Having considered the papers and the arguments of counsel, the Court is of the opinion that Plaintiff's Motion should be **DENIED**. This Court is well equipped to handle scheduling and decisions related to scheduling which are placed in front of it. Plaintiff represents that the two possible outcomes are not that the claim survives or that the claim is invalidated. Instead, Plaintiff asserts that either the claim survives or that further proceedings will be necessary. This only further supports that a stay allows this case to necessarily progress to a point where it is reasonable to demand a panel of jurors spend several days in Court.

　　It is therefore **ORDERED** that VIASAT'S MOTION FOR RECONSIDERATION is **DENIED**.

　　IT IS SO ORDERED.

　　SIGNED this 27th day of January 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE