**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **VIASAT, INC.,**<br><br>     **Plaintiff,**<br><br>**vs.**<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>     **Defendants.** | **Case No.:  1:26-CV-00426-ADA**<br><br>**JURY TRIAL DEMANDED** |

### ORDER STRIKING INTRA-DISTRICT TRANSFER TO AUSTIN AND TRANSFER BACK TO WACO

On January 30, 2026, Kioxia Corp. and Kioxia America, Inc. (collectively, Kioxia) filed an Opposed Motion for Leave to File a Motion for Intradistrict Transfer, seeking to transfer 21-cv-1231 from the Waco Division to the Austin Division of the Western District of Texas. *See* 21-cv-1231 ECF No. 252.

Viasat opposed the Motion for Leave. *See* 21-cv-1231 ECF No. 253. However, Viasat indicated that "the question of when this case will go to trial is far more important to Viasat than where." *Id.* at 2 n.1. Viasat therefore stated that it "would not oppose moving this case to Austin if that would facilitate an expedited trial setting." *Id.*

On February 13, 2026, the Court granted Kioxia's Motion for Leave and Kioxia's Motion for Intradistrict Transfer. *See* 21-cv-1231 ECF No. 256. The Court found that "this case should be transferred to the Austin division as it is the most convenient venue that can facilitate an expeditious trial setting." *Id.* at 1. Specifically, the Court indicated that it could "accommodate a trial setting for this case as early as May in Austin" but "would not be able to hold the trial in Waco

until late July at the earliest." *Id.* at 2. The Court stated that "[o]nce transferred" to Austin, it would "enter an order setting a trial date for early May in Austin." *Id.* at 3.

Subsequently, counsel for Kioxia indicated its witnesses have conflicts during the month of May, and counsel for Viasat indicated conflicts during available dates in June. Accordingly, the Court determined that the first-available trial setting is July 13 in Waco. Given that the case was transferred to Austin for the sake of an earlier trail date, the Court will transfer the case back to Waco to accommodate July 13. Once transferred back, the Court will enter an order setting trial to begin July 13 in Waco.

The Court hereby **STRIKES** the order granting Kioxia's motion for intradistrict transfer and **TRANSFERS** the case back to the Waco Division. Following transfer, the action will be assigned to the undersigned.

The Clerk's Office is respectfully directed to transfer this action back to the Waco Division of the Western District of Texas and assign it to the undersigned.

**IT IS ORDERED.**

Signed this 13th day of March, 2026.

_____
THE HONORABLE ALAN D ALBRIGHT