# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| VIASAT, INC., | |
| Plaintiff, | |
| vs. | Case No.:  6:21-CV-01231-ADA |
| KIOXIA CORPORATION and KIOXIA AMERICA, INC., | |
| Defendants. | |

## OMNIBUS PRETRIAL CONFERENCE ORDER

On June 24, 2026, the Court held a pretrial conference in the above-styled and captioned case. The Court heard arguments on the following motions and orally ruled on them. The following memorializes the Court's rulings.

| Pending Motion | Docket No. | Order |
|---|---|---|
| Kioxia America, Inc. and Kioxia Corporation's Renewed Motion to Exclude Certain Opinions of Dr. Nisha Mody and Mr. Edward Doller | 226 | DENIED |
| Viasat, Inc.'s Motion to Strike Untimely Opinions Regarding Alleged Non-Infringing Alternatives | 231 | DENIED |

**IT IS SO ORDERED.**

**SIGNED** this 30th day of June, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE