# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **VIASAT, INC.** | § | |
| | § | |
| **vs.** | § | **Case Number:  WA:21-CV-01231-ADA** |
| | § | **ADA** |
| | § | |
| **KIOXIA CORPORATION, KIOXIA** | § | |
| **AMERICA, INC., KIOXIA AMERICA,** | | |
| **INC., KIOXIA CORPORATION, VIASAT,** | | |
| **INC.** | | |
| *Defendant* | | |

# ORDER SETTING HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for

Jury Selection, in U.S. Magistrate Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco,

Texas,  on Thursday, July 9, 2026, at 9:00 a.m.

IT IS SO ORDERED this 1st day of July, 2026.

_____
DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE