**FILED**

July 16, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Jennifer Clark _____
DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

|  |  |
|---|---|
| VIASAT, INC., | |
| Plaintiff, | |
| vs. | Case No.:  6:21-cv-01231-ADA |
| KIOXIA CORPORATION and KIOXIA AMERICA, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## JURY VERDICT FORM

## VERDICT FORM

When answering the following questions (which begin on the next page) you are to follow the Jury Instructions I have given you in the Court's charge and the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

"Viasat" refers to Plaintiff Viasat, Inc.

"Kioxia" refers to Defendants Kioxia Corporation and Kioxia America, Inc.

The "'700 Patent" refers to U.S. Patent No. 8,615,700.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of the Court as the verdict in our case:

## QUESTION NO. 1

Did Viasat prove by a preponderance of the evidence that Kioxia infringed Claim 16 based on the following controllers?

A "Yes" answer is a finding for Viasat.

A "No" answer is a finding for Kioxia.

| Claim | Canopus | | Deneb | | Elnath | |
|---|---|---|---|---|---|---|
| 16 | Yes ✓ | No | Yes ✓ | No | Yes ✓ | No |

2

**QUESTION NO. 2**

NOTE: ANSWER QUESTION 2 ONLY IF YOU ANSWERED "YES" TO QUESTION 1. OTHERWISE, DO NOT ANSWER THIS QUESTION.

Question No. 2(a): What amount of damages do you award to compensate Viasat for Kioxia's infringement? (Answer in dollars and cents.)

$ _229,025,021.00_____

Question No. 2(b): Is the amount you wrote above a running royalty meant only to compensate for Kioxia's past infringement through March 30, 2026, or instead a one-time lump sum payment covering all past and future use?

(Check ONLY one of the following)

Lump Sum Royalty _____          Running Royalty _✓____

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

Date: __07/16/26__

Jury Foreperson: _____

4