United States District Court
District Court
Exhibits Log: 6:21-CV-1231 Viasat V Kioxia
6:21-CV-1231 Viasat V Kioxia, 7/11/2026

| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---------|-------------|-----|------|
| Pla-1 | US Patent 8615700 | No | No |
| Pla-15 | Toshiba 3rd Generation Enterprise Solid State Drive Phoenix-M3 Design Review | No | No |
| Pla-24 | Toshiba Phoenix-M5Condor-M5 Firmware Basic Design specification | No | No |
| Pla-44 | Toshiba C-M5 Series Concept Review for Lenovo | No | No |
| Pla-72 | Toshiba Dell EMC PCIe NVMe SSD Design Review | No | No |
| Pla-95 | Product Cost Estimate | No | No |
| Pla-148 | Product Cost Estimate FY2022 2nd Half | No | No |
| Pla-149 | Product Cost Estimate 2016 1st half | No | No |
| Pla-150 | Product Cost Estimate 2018 1st half | No | No |
| Pla-151 | Product Cost Estimate 2018 1st half | No | No |
| Pla-152 | Product Cost Estimate 2018 1st half | No | No |
| Pla-153 | Product Cost Estimate 2018 1st half | No | No |
| Pla-154 | Product Cost Estimate 2018 1st half | No | No |
| Pla-155 | Product Cost Estimate 2019 1st half | No | No |
| Pla-156 | Product Cost Estimate 2019 1st half | No | No |
| Pla-157 | Product Cost Estimate 2019 1st half | No | No |
| Pla-158 | Product Cost Estimate 2019 1st half | No | No |
| Pla-159 | Product Cost Estimate 2020 1st half | No | No |
| Pla-160 | Product Cost Estimate 2020 1st half | No | No |
| Pla-161 | Product Cost Estimate 2020 1st half | No | No |
| Pla-162 | Product Cost Estimate 2020 1st half | No | No |
| Pla-163 | Product Cost Estimate 2021 1st half | No | No |
| Pla-164 | Product Cost Estimate 2021 1st half | No | No |
| Pla-165 | Product Cost Estimate 2021 1st half | No | No |
| Pla-205 | Excel Spreadsheet re Sales Data | No | No |
| Pla-316 | Toshiba White Paper Technology of Enterprise Solid State Drive | No | No |
| Pla-354 | Toshiba 3rd Generation Enterprise Solid State Drive Phoenix-M3 Design Review | No | No |
| Pla-374 | Product Cost Estimate FY2022 2nd Half | No | No |
| Pla-519 | KIOXIA PRINTOUT119 Elnath source code | No | Yes |
| Pla-525 | excerpt V2 | No | No |
| Pla-534 | KIOXIA PRINTOUT134 Canopus for beTop hierarchy source code | No | Yes |
| Pla-561 | VIASAT KIOXIA-0000011227 | No | No |
| Pla-894 | VIASAT KIOXIA-0000011228 | No | No |
| Pla-2009 | Toshiba PhoenixCondor-M3 - previously PX9T | No | No |
| Pla-2013 | Toshiba Canopus Command Dispatcher Rev1.0.2 - previously PX13T | No | No |
| Pla-2020 | Deneb Chip Overview English - previously PX20T | No | No |
| Pla-2036 | Toshiba Xesbase NAND Controller internal specification English - previously PX36T | No | Yes |
| Pla-2038 | Toshiba Phoenix-M6Condor-M6 Firmware Basic Design specification English - previously PX38T | No | Yes |
| Pla-2149 | Product Cost Estimate 2016 1st half English - previously PX149T | No | No |

| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---------|-------------|-----|------|
| Pla-2150 | Product Cost Estimate 2018 1st half English - previously PX150T | No | No |
| Pla-2151 | Product Cost Estimate 2018 1st half English - previously PX151T | No | No |
| Pla-2152 | Product Cost Estimate 2018 1st half English - previously PX152T | No | No |
| Pla-2153 | Product Cost Estimate 2018 1st half English - previously PX153T | No | No |
| Pla-2154 | Product Cost Estimate 2018 1st half English - previously PX154T | No | No |
| Pla-2155 | Product Cost Estimate 2019 1st half English - previously PX155T | No | No |
| Pla-2156 | Product Cost Estimate 2019 1st half English - previously PX156T | No | No |
| Pla-2157 | Product Cost Estimate 2019 1st half English - previously PX157T | No | No |
| Pla-2158 | Product Cost Estimate 2019 1st half English - previously PX158T | No | No |
| Pla-2159 | Product Cost Estimate 2020 1st half English - previously PX159T | No | No |
| Pla-2160 | Product Cost Estimate 2020 1st half English - previously PX160T | No | No |
| Pla-2161 | Product Cost Estimate 2020 1st half English - previously PX161T | No | No |
| Pla-2162 | Product Cost Estimate 2020 1st half English - previously PX162T | No | No |
| Pla-2163 | Product Cost Estimate 2021 1st half English - previously PX163T | No | No |
| Pla-2164 | Product Cost Estimate 2021 1st half English - previously PX164T | No | No |
| Pla-2165 | Product Cost Estimate 2021 1st half English - previously PX165T | No | No |
| Def-2 | 700 FH downloaded from PAIR pages 61-63 V2 | No | No |
| Def-25 | US Patent 7900117 Kanno | No | No |
| Def-91 | Controller Architecture VIASAT KIOXIA 0000008382 | No | Yes |
| Def-190 | Patent License and Settlement Agreement between eDigital and Toshiba VIASAT KIOXIA 000006375 | No | No |
| Def-273 | PurchaseOrdertoEfficientChannelCodingNetAppECCCodecCoreSolftwareLicensEAgreementexecuted7222008VIA | No | No |
| Def-282 | Amendment No 3 to Codec Core Software License Agreement VIASAT FEC 00015364 | No | No |
| Def-290 | Email Chain from Pillai to Raj re EC IP Core Inquiry VIASAT FEC 00006906 | No | No |
| Def-670 | VIASAT KIOXIA 0000010927 V2 | No | No |
| Joint-2 | Excel Spreadsheet re SSD | No | No |
| Joint-4 | Toshiba SoC for Enterprise SSD Canopus Specifications English | No | No |
| Joint-8 | Toshiba PhoenixCondor-M3 DM Recovery English | No | No |
| Joint-9 | Toshiba 5th Generation Enterprise Solid State Drive Phoenix-M3 | No | No |
| Joint-10 | Toshiba 3rd Generation Enterprise Solid State Drive Phoenix-M3 Family Design Review | No | No |
| Joint-12 | Canopus block diagram | No | No |
| Joint-13 | Toshiba Deneb XXX external specification | No | No |
| Joint-15 | Toshiba NAND Manager external specification English | No | Yes |
| Joint-18 | Toshiba Deneb L3D external specifications | No | No |
| Joint-20 | Toshiba Dell EMC SAS Design Review | No | No |
| Joint-22 | Toshiba Elnath XXX external specification Rev. 1.1 English | No | Yes |
| Joint-24 | Toshiba Xesbase NAND Manager external specification English | No | Yes |
| Joint-25 | Toshiba Xesbase L3D external specification | No | Yes |
| Joint-28 | Presentation re Controller Architecture | No | No |
| Joint-39 | IP Core Development License Agreement No. TG11102009 Viasat and Acacia | No | No |
| Joint-50 | IP Core Development and Licensing Agreement No. 10222012 ViaSat and Semtech | No | No |
| Joint-55 | Excel Spreadsheet re Transactions data re Kioxia product sales | No | No |
| Joint-59 | VIASAT FEC 00000659 | No | No |
| Joint-63 | KIOXIA PRINTOUT106 tsp top Deneb Hierarchy source code | No | Yes |
| Joint-65 | KIOXIA PRINTOUT118 tsp top sv source code | No | Yes |