US008615700B2

## (12) United States Patent
### Dave et al.

(10) **Patent No.:** **US 8,615,700 B2**

(45) **Date of Patent:** **Dec. 24, 2013**

(54) **FORWARD ERROR CORRECTION WITH PARALLEL ERROR DETECTION FOR FLASH MEMORIES**

(75) Inventors: **Sameep Dave**, Stow, OH (US); **Russell Fuerst**, Mentor, OH (US); **Mark Kohoot**, Cleveland Heights, OH (US); **Jim Keszenheimer**, Chagrin Falls, OH (US); **William H. Thesling**, Hudson, OH (US)

(73) Assignee: **ViaSat, Inc.**, Carlsbad, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 520 days.

(21) Appl. No.: **12/858,510**

(22) Filed: **Aug. 18, 2010**

(65) **Prior Publication Data**

US 2011/0047442 A1     Feb. 24, 2011

### Related U.S. Application Data

(60) Provisional application No. 61/234,911, filed on Aug. 18, 2009.

(51) **Int. Cl.**
**G06F 11/00**         (2006.01)

(52) **U.S. Cl.**
USPC ........................................... **714/773**; 714/774

(58) **Field of Classification Search**
USPC ........................................ 714/758, 773, 774
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,684,353 | B1 | 1/2004 | Parker et al. |
| 6,751,766 | B2 | 6/2004 | Guterman et al. |
| 7,155,063 | B2 * | 12/2006 | Chiba ........................... 382/233 |
| 7,203,874 | B2 | 4/2007 | Roohparvar |
| 7,231,585 | B2 | 6/2007 | Vainsencher et al. |
| 7,257,764 | B2 * | 8/2007 | Suzuki et al. ................. 714/774 |
| 7,296,213 | B2 | 11/2007 | Vainsencher et al. |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 2 299 362 | A2 | 5/2001 |
| EP | 1 612 950 | A1 | 1/2006 |
| WO | WO 2006/013529 | A1 | 2/2006 |

#### OTHER PUBLICATIONS

STMicroelectronics, "Error Correction Code in NAND Flash Memories", http://www.eetasia.com/ARTICLES/2004NOV29MEM_ AN10.PDF?SOURCES=DOWNLOAD, May 11, 2004.

(Continued)

*Primary Examiner* — Bryce Bonzo
*Assistant Examiner* — Elmira Mehrmanesh
(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57)         **ABSTRACT**

Methods, systems, and devices are described for forward error correction for flash memory. Encoded data from flash memory may be used to generate a number of data streams. At each of a number of error detection sub-modules operating in parallel, a different one of the data streams is processed. Each error detection sub-module may detect whether a portion of the respective received stream contains an error, and forward the portion to an error correction module. The error correction module, physically separate from the error detection sub-modules, may correct the forwarded portions of the respective received streams containing an error. The age and error rate associated with the flash memory may be monitored, and a coding rate or other aspects may be dynamically adapted to account for these factors.

**25 Claims, 7 Drawing Sheets**





**US 8,615,700 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,304,893 B1 | 12/2007 | Hemink | |
| 7,305,596 B2 | 12/2007 | Noda et al. | |
| 7,333,364 B2 | 2/2008 | Yu et al. | |
| 7,356,755 B2 | 4/2008 | Fackenthal | |
| 7,360,136 B2 | 4/2008 | Guterman et al. | |
| 7,394,689 B2 | 7/2008 | Ryu | |
| 7,941,731 B2 * | 5/2011 | Okazaki et al. | 714/774 |
| 8,103,942 B2 * | 1/2012 | Kuroishi et al. | 714/776 |
| 2003/0037299 A1 | 2/2003 | Smith | |
| 2003/0041299 A1 | 2/2003 | Kanazawa et al. | |
| 2004/0083334 A1 | 4/2004 | Chang et al. | |
| 2004/0243906 A1 | 12/2004 | Huang | |
| 2005/0138521 A1 * | 6/2005 | Suzuki et al. | 714/755 |
| 2005/0172179 A1 | 8/2005 | Brandenberger | |
| 2006/0059406 A1 | 3/2006 | Micheloni et al. | |
| 2006/0245417 A1 * | 11/2006 | Conner et al. | 370/352 |
| 2007/0171730 A1 | 7/2007 | Ramamoorthy et al. | |
| 2007/0204206 A1 | 8/2007 | Lee et al. | |
| 2007/0208905 A1 * | 9/2007 | Litsyn et al. | 711/103 |
| 2007/0223277 A1 | 9/2007 | Tanaka et al. | |
| 2007/0266295 A1 | 11/2007 | Conley | |
| 2007/0266296 A1 | 11/2007 | Conley | |
| 2007/0271494 A1 | 11/2007 | Gorobets | |
| 2007/0283428 A1 | 12/2007 | Ma et al. | |
| 2008/0052564 A1 | 2/2008 | Yim | |
| 2008/0072120 A1 | 3/2008 | Radke | |
| 2008/0109703 A1 | 5/2008 | Brandman | |
| 2008/0130341 A1 | 6/2008 | Shalvi et al. | |
| 2008/0148132 A1 | 6/2008 | Mavila | |
| 2008/0163028 A1 | 7/2008 | Mokhlesi | |
| 2008/0168320 A1 | 7/2008 | Cassuto et al. | |
| 2008/0184094 A1 | 7/2008 | Murray et al. | |
| 2008/0212371 A1 | 9/2008 | Roohparvar | |
| 2008/0244362 A1 | 10/2008 | Liu et al. | |
| 2008/0244370 A1 | 10/2008 | Lam | |
| 2008/0270680 A1 | 10/2008 | Chang | |
| 2008/0276150 A1 | 11/2008 | Kong et al. | |
| 2008/0282128 A1 | 11/2008 | Lee et al. | |
| 2008/0301526 A1 | 12/2008 | Kohler et al. | |
| 2008/0313493 A1 | 12/2008 | Roohparvar et al. | |
| 2009/0013234 A1 | 1/2009 | Radke | |
| 2009/0249151 A1 * | 10/2009 | Zhou et al. | 714/748 |

OTHER PUBLICATIONS

Numonyx, "Error Correction Code in Single Level Cell NAND Flash Memories", http://www.numonyx.com/Documents/Application%20Notes/AN1823.pdf, May 26, 2008.

Micron Technology, Inc., "ECC Module for Xilinx Spartan-3", http://download.micron.com/pdf/technotes/nand/tn2905.pdf, May 1, 2007.

Micron Technology, Inc., "Hamming Codes for NAND Flash Memory Devices", http://download.micron.com/pdf/technotes/nand/tn2908.pdf, May 1, 2007.

Sun et al., "Multilevel Flash Memory On-Chip Error Correction Based on Trellis Coded Modulation", http://www.ecse.rpi.edu/homepages/tzhang/pub/FLASHISCAS06.pdf.

Micron Technology, Inc., "NAND Flash Design and Use Considerations", http://download.micron.com/pdf/technotes/nand/tn2917.pdf, Aug. 1, 2006.

Micron Technology, Inc., "Using COPYBACK Operations in NAND Flash Devices," http://download.micron.com/pdf/technotes/nand/tn2941_idm_copyback.pdf, Oct. 1, 2008.

Micron Technology, Inc., "NAND Flash Internal Data Move", http://download.micron.com/pdf/technotes/nand/tn2915.pdf, Jun. 1, 2007.

Micron Technology, Inc., "Wear-Leveling Techniques in NAND Flash Devices", http://download.micron.com/pdf/technotes/nand/tn2942_nand_wear_levelinq.pdf, Oct. 1, 2008.

Chen, et al., "Error Correction for Multi-Level NAND Flash Memory Using Reed-Solomon Codes", http://www.csie.ntu.edu.tw/~f95070/Flash%20Paper%20Collection/ERROR%20CORRECTION%20FOR%20MULTI-LEVEL%20NAND%20FLASH%20MEMORY%20USING%20REED-SOLOMON%20CODES.pdf, Nov. 26, 2008.

European Search Report and Search Opinion of Apr. 5, 2011 for European Application No. EP 2299362.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

Plaintiff's Exhibit PX1, page 7 of 16



FIG. 6

600



FIG. 7

US 8,615,700 B2

# FORWARD ERROR CORRECTION WITH PARALLEL ERROR DETECTION FOR FLASH MEMORIES

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application claims priority from U.S. Provisional Patent Application No. 61/234,911, filed Aug. 18, 2009, entitled "FORWARD ERROR CORRECTION FOR FLASH MEMORIES", which is hereby incorporated by reference, as if set forth in full in this document, for all purposes.

## BACKGROUND

The present invention relates to forward error correction (FEC) in general and, in particular, to FEC for flash memory. The advancements of flash memory technology in recent years has dramatically increased storage capacity and decreased the cost of non-volatile semiconductor memory. This has made Solid State Drives (SSDs) (typically a flash memory-based non-volatile memory system) an emerging substitute for magnetic Hard Disk Drive (HDD).

The use of FEC to enhance the reliability and longevity of flash memory is one of the challenges for making SSDs perform on par with HDDs.

## SUMMARY

Methods, systems, and devices are described for forward error correction for flash memory. Encoded data from flash memory may be retrieved to generate a number of data streams (which may, but need not be, partially decoded). At each of a number of error detection sub-modules operating in parallel, a different one of the data streams is processed. Each error detection sub-module may detect whether a portion of the respective received stream contains an error, and forward the portion of the respective stream containing an error to an error correction module. An error correction module, physically separate from the error detection sub-modules, may correct the forwarded portions of the respective streams.

The age and error rate associated with the flash memory may be monitored, and a coding rate may be dynamically adapted to account for these factors. The error rate may be monitored on a per-sector basis and, therefore, the coding rate may be adapted on a per-sector (or per-set of sectors) basis. As the error rate increases in certain sets of sectors, additional error-correction sub-modules assigned to those sectors may be powered-up to handle the increased error rate. In one example, there are fewer error correction sub-modules than error detection sub-modules; each error correction sub-module may be time-shared by a number of error detection sub-modules. Also, it is worth noting that the associations between flash memory sectors, error detection sub-modules, and error correction sub-modules may be changed dynamically in response to age and error rates, as well.

## BRIEF DESCRIPTION OF THE DRAWINGS

A further understanding of the nature and advantages of the present invention may be realized by reference to the following drawings. In the appended figures, similar components or features may have the same reference label. Further, various components of the same type may be distinguished by following the reference label by a dash and a second label that distinguishes among the similar components. If only the first reference label is used in the specification, the description is applicable to any one of the similar components having the same first reference label irrespective of the second reference label.

FIG. 1 is a block diagram of a flash memory decoder system according to various embodiments of the invention.

FIG. 2 is a block diagram of a flash memory decoder according to various embodiments of the invention.

FIG. 3 is a block diagram of a flash memory decoder system illustrating error detection and correction sub-modules according to various embodiments of the invention.

FIG. 4 is a block diagram of a flash memory decoder system illustrating an architecture for a decoder controller according to various embodiments of the invention.

FIG. 5 is a flowchart illustrating a method of decoding data from a flash memory according to various embodiments of the invention.

FIG. 6 is a flowchart illustrating a method of age responsive decoding of data from a flash memory according to various embodiments of the invention.

FIG. 7 is a flowchart illustrating a method of decoding data from a flash memory responsive to error rate according to various embodiments of the invention.

## DETAILED DESCRIPTION

Methods, systems, and devices are described for forward error correction for flash memory. Encoded data from flash memory may be processed to generate a number of data streams. At each of a number of error detection sub-modules operating in parallel, a different one of the data streams is processed. Each error detection sub-module may detect whether a portion of the respective received stream contains an error, and forward the portion to an error correction module. An error correction module, physically separate from the error detection sub-modules, may correct the forwarded portions. The age and error rate associated with the flash memory may be monitored, and a coding rate or other aspects may be dynamically adapted to account for these factors.

This description provides example embodiments only, and is not intended to limit the scope, applicability, or configuration of the invention. Rather, the ensuing description of the embodiments will provide those skilled in the art with an enabling description for implementing embodiments of the invention. Various changes may be made in the function and arrangement of elements without departing from the spirit and scope of the invention.

Thus, various embodiments may omit, substitute, or add various procedures or components as appropriate. For instance, it should be appreciated that in alternative embodiments the methods may be performed in an order different from that described, and that various steps may be added, omitted, or combined. Also, features described with respect to certain embodiments may be combined in various other embodiments. Different aspects and elements of the embodiments may be combined in a similar manner.

It should also be appreciated that the following systems, methods, and software may individually or collectively be components of a larger system, wherein other procedures may take precedence over or otherwise modify their application. Also, a number of steps may be required before, after, or concurrently with the following embodiments.

Although much of the following discussion relates specifically to flash memory, aspects of the inventions are applicable to other forms of solid state memory. Generally, there are two predominant types of flash memory architectures: NOR and NAND. For the purposes of this disclosure, much discussion

Plaintiff's Exhibit PX1, page 10 of 16

US 8,615,700 B2

3

is directed to NAND-type flash, while again noting that principles set forth herein have wider applicability.

There are two primary NAND flash technologies. The earlier versions of NAND flash were Single-Level Cell (SLC). With SLC Flash, there is only one programmed state in addition to the erased state. The total of two states allows a single data bit to be stored in the memory cell. The desire for higher density led to the more advanced Multiple-Level Cell (MLC). With MLC flash, there are multiple programmed states in addition to the erased state which allows multiple bits to be stored per memory cell.

Because of this increase in density and the related issues in manufacturing, one of the challenges for flash memory is to maintain high reliability and longevity. The deterioration of the oxide over time, and the disruptions from neighboring memory pages, can lead to data retention and corruption issues translating into bit errors. While the chances of any given data bit being corrupted is quite small, the vast number of data bits in a storage system makes the likelihood of data corruption a very real possibility. FEC may be one of the tools used to address these bit errors to improve the reliability and lifespan of flash memory.

Systems, devices, methods, and software are described for FEC for flash memory. Turning first to FIG. **1**, a flash memory system **100** is illustrated. The system includes an encoder **105**, flash memory **110**, a decoder **115**, and a controller **120**. This flash memory system **100** may be a stand-alone device, or may be integrated (in whole or in part) with a computer, server, phone or mobile device, tablet, television, or any other computing device.

Each of these system **100** components may be in communication with each other. The encoder **105**, decoder **115**, and controller **120** may, individually or collectively, be implemented with one or more Application Specific Integrated Circuits (ASICs) adapted to perform some or all of the applicable functions in hardware. Alternatively, the functions may be performed by one or more other processing units (or cores), on one or more integrated circuits. In other embodiments, other types of integrated circuits may be used (e.g., Structured/Platform ASICs, Field Programmable Gate Arrays (FPGAs), and other Semi-Custom ICs), which may be programmed in any manner known in the art. The functions of each unit may also be implemented, in whole or in part, with instructions embodied in a memory, formatted to be executed by one or more general or application-specific processors.

The encoder **105** may receive data to be stored, and encode the data (e.g., adding parity information) for storage in the flash memory **110** as encoded data. The decoder **115** may include a number of sub-components (not shown). An embodiment of the decoder **115** includes an error correction module in communication with and physically separate from an error detection module. The decoder **115** may process the encoded data to generate a number of data streams (which may, but need not be, decoded in whole or in part). The decoder **115** may process each stream at a different error detection sub-module operating in parallel in the decoder **115**. Each error detection sub-module may detect whether a portion of the respective received stream contains an error, and then forward the portion of the respective received stream containing an error to the error correction module. The error correction module may correct the forwarded portions of the respective received streams containing an error.

There are a number of different FEC schemes and codes that may be used in the flash memory system **100** introduced above. The system **100** functionality may be also be leveraged in a number of ways. For example, the error detection module may detect and flag bit errors, and this may allow sectors of

4

memory with errors exceeding a threshold amount to be avoided by replacing such sectors with other sectors from a pool of available substitutes. The encoder **105** may, also or alternatively, change the code rate for the error-laden sections. As flash become more dense, the inherent bit error probability becomes higher.

Some simple FEC coding may be used to clean up these errors. The Hamming Code, with correction capacity of 1 bit and detection capability of 2, may be used with flash memory **110**. With the desire for improving the performance, as well as the increased probability of inherent bit errors because of the denser memories, Bose Chaudhuri Hocqunghem (BCH) codes may be used, including the binary BCH and non-binary BCH (Reed Solomon (RS)) codes. These codes offer a higher correction capacity in comparison to the Hamming Code.

BCH encoding/decoding architectures may be the foundation of error correction in flash memory. However, there are more advanced coding options that may in some instances provide better performance than BCH codes. These codes may be used in flash memory **110**, particularly for higher density flash and in applications where performance demands increase. Convolutional Turbo Codes (CTCs), Turbo Product Codes (TPCs), and low density parity check codes (LDPCs) are examples of the coding schemes that may be used. These state-of-the-art codes perform very close to the theoretical limits (Shannon Limits) of error correction, providing very high coding gain and improvement in Bit Error Rate (BER) performance for a given amount of redundancy.

Flash memory does have an inherent probability of error. Depending on the flash technology, this error rate may typically be somewhere between 1e-5 and 1e-8. To be able to match an HDD read/write bit error rate of 1e-15, a FEC scheme may be used. The measure of how good a job a code can perform in increasing the reliability depends upon its correction capacity. If the probability of bit error for flash memory **110** is p and the correction capacity of the code is t bits over a codeword length of n bits, the probability of making an error may be expressed as:

$$p_{decoded} = \sum_{i=t+1}^{n} p^i * (1-p)^{n-i} \qquad (1)$$

From equation (1), for a given p the higher the correction capacity of the code, the smaller the probability of error after the decoding will be. The correction capacity can be expressed as the number of bits a code can correct over a codeword length, or an input BER, or probability of error that it can take down to a certain target decoded BER. The advanced codes may correct more errors over a certain length, or take a higher input BER to create the same decoded BER.

There is incentive to use advanced codes for flash memory **110** even with not so dense memories. If the inherent error performance of flash memory **110** stayed at a certain low level, there would probably be decreased need for advanced codes. But, in practice, flash memory **110** performance tends to degrade over time. This means that even with an advanced code to help improve the reliability of a flash memory **110**, over time the flash memory **110** may become lossy and, once the error rate is high enough, it may be beyond repair by the code being used.

In one example, the rate of errors or age of the flash memory **110** may be monitored, and the coding rate for data to be stored on the flash memory **110** may be modified in response thereto. Thus, a more robust coding rate may be used as the decoded error rate increases. The error monitoring may

Plaintiff's Exhibit PX1, page 11 of 16

US 8,615,700 B2

5

take place on a per-sector basis, and the code rate modification may similarly take place on a per-sector basis. In another example, the rate of errors or age of the flash memory **110** may be monitored, and error correction sub-modules may be powered-up in response thereto. Power savings may be achieved by keeping certain error correction sub-modules in an inactive mode until the flash memory reaches a certain age.

As noted, the flash memory **110** may be partitioned into a pool of small fixed-size sectors, and FEC may be applied on a sector-by-sector basis. The flash memory **110** size may be defined by the number of sectors that it contains. As there is a chance of sectors going bad over time, there may be a reserve/spare sector pool that allows the controller to replace the bad sectors by the spares as needed to extend the life of the flash. The error detection sub-module and error correction sub-modules may be dynamically assigned to various sectors, and the number powered-on may be increased or decreased.

A wear leveling technique may be used bb to make sure that various areas/sectors of the Flash "age" at a similar rate. Instead of the same sector being used over and over again, the read/writes are spread over much or the entire flash. And this translates into the probability of any sector being good ($p_{good}$) may be substantially the same for the various sectors in flash memory **110**. If the size of the flash is N sectors and there are $\Delta$ spare sectors, the probability that the flash is still usable after time t is:

$$p_{usable} = \sum_{i=N}^{N+\Delta} (c_i^{N+\Delta} * (p_{good})^i * (1 - p_{good})^{N+\Delta-i}) \qquad (2)$$

$p_{good}$ may be a function of use time for the flash memory **110** sector. This is a component that is dependent upon the correction capacity of the code used. Thus, even with the spare sectors and the wear-leveling technique, the codes may play a key role in the flash being usable after a certain use time.

One of the concerns regarding advanced codes is how they fit into the sector sizes and overhead requirements of some flash memory architectures. TPC and LDPC codes offer an excellent degree of freedom in selecting the various code parameters like information block size, coded block size, and correction capacity, and would allow customization to suit any number of flash configurations.

FIG. **2** is a block diagram **200** of a flash memory decoder **115**-*a* according to various embodiments of the invention. The flash memory decoder **115**-*a* may, for example, be the decoder **115** of FIG. **1**, although flash memory decoder **115**-*a* may be implemented in a number of other systems and devices, as well. The flash memory decoder **115**-*a* includes a decoder module **205**, an error detection module **210**, and an error correction module **215**, and each of may be in communication with each other. In one example, the error detection module **210** includes a number of sub-modules configured to detect errors on decoded streams of data. The error correction module **215** may be physically separate from each error detection sub-module, and may also include a number of sub-modules (each of which may be time-shared by a number of error detection sub-modules.

These components and sub-modules therein may, individually or collectively, be implemented with one or more Application Specific Integrated Circuits (ASICs) adapted to perform some or all of the applicable functions in hardware. Alternatively, the functions may be performed by one or more other processing units (or cores), on one or more integrated

6

circuits. In other embodiments, other types of integrated circuits may be used (e.g., Structured/Platform ASICs, Field Programmable Gate Arrays (FPGAs), and other Semi-Custom ICs), which may be programmed in any manner known in the art. The functions of each unit may also be implemented, in whole or in part, with instructions embodied in a memory, formatted to be executed by one or more general or application-specific processors.

The decoder module **205** may receive encoded data from flash memory, and process the received encoded data to generate a number of data streams. In one embodiment, the decoder module processor may buffer, de-interleave, or perform certain aspects of the decoding process, an thereby generate decoded (or partially decoded) data streams. As noted, the error detection module **210** may include a number of error detection sub-modules operating in parallel. Each (or a subset) of the error detection sub-modules may receive a different one of the data streams, and evaluate the respective stream to determine whether a portion of the stream contains an error. Each error detection sub-module may forward the portion of the respective received stream containing an error to the error correction module **215** (bypassing the error correction module **215** with the error-free portions). The error correction module **215** corrects the received portions of the respective received streams containing an error. As noted above, the error correction module **215** may include a number of sub-modules (each of which may be time-shared by a number of error detection sub-modules).

FIG. **3** is a block diagram illustrating an example of an architecture for a flash memory decoder system **300** more particularly illustrating error detection and correction sub-modules. The flash memory decoder system **300** may, for example, be the system **100** of FIG. **1**. The flash memory decoder system **300** includes flash memory **110**-*a*, a decoder module **205**-*a*, an error detection module **210**-*a*, an error correction module **215**-*a*, a controller **120**-*a*, and an encoder **105**-*a*. Each of these components may be in communication with each other.

The flash memory **110**-*a* includes a number of different sets of one or more active sectors **305**. The decoder module **205**-*a* includes a number of decoder sub-modules **310**, and each decoder sub-module **310** may be associated with a different set of sectors **305**. The error detection module **210**-*a* includes a number of error detection sub-modules **315**, and each decoder sub-module **310** may be associated with a different set of sectors **305**. Thus, encoded data may be read from a set of one or more of sectors **305** (e.g., sector(s) **305**-*a*) by a decoder sub-module **310** (e.g., decoder sub-module **310**-*a*), and processed (e.g., buffered, de-interleaved, decoded to some extent, etc.) to generate a data stream. The data stream may be forwarded to an error detection sub-module **315** (error detection sub-module **315**-*a*). Thus, encoded data from a set of one or more of sectors **305**-*a* may be sent to an error detection sub-module **315**-*a*. Different sets of sectors **305** may each send their respective data via different decoder sub-modules **310**, as illustrated. In one embodiment, each error detection sub-module **315** is distinct from each other. In other embodiments, the decoder sub-module **310** and error detection sub-module **315** may be integrated to varying degrees.

Each error detection sub-module **315** may evaluate the respective stream to determine whether a portion of the stream contains an error. Each error detection sub-module **315** may forward the portion of the respective received stream containing an error to the error correction module **215**-*a* (bypassing the error correction module **215** with the error-free portions). The error correction module **215**-*a* includes a

US 8,615,700 B2

7 8

number of error correction sub-modules 320, each error correction sub-module 320 responsible for handling the errors from a number of error detection sub-modules 315 (e.g., error correction sub-module 320 may correct errors from error detection sub-modules 315-*a*, -*b*, and -*c*). Error correction sub-modules 320 may correct the received portions of the respective received streams containing an error. Each error correction sub-module 320 may receive portions of streams with errors, and these portion may have been detected in parallel.

Controller 120-*a* may perform a number of functions in the decoder process. Controller 120-*a* may dynamically modify the error detection sub-modules 315 and the error correction sub-modules 320 assigned to sectors 305 of flash memory 110-*a*. The controller 120-*a* may selectively power-up one or more of the error correction sub-modules 320 responsive to a monitored age or error rate associated with the flash memory 110-*a*. The controller 120-*a* may perform this monitoring on a per-sector basis, and the error correction sub-modules 320 may be powered-up to serve the sectors 305 where the error rates exceed a threshold. The controller 120-*a* may adapt the coding rate to be used by the encoder responsive to a monitored age or error rate associated with the flash memory 110-*a*. The controller 120-*a* may perform this monitoring on a per-sector basis, and the controller 120-*a* may adapt the coding rate on a per sector basis.

FIG. 4 is a block diagram of a flash memory decoder system 400 illustrating certain controller functionality according to various embodiments of the invention. The system 400 includes an encoder 105-*b*, flash memory 110-*b*, a decoder 115-*b*, and a controller 120-*b*. This system 400 may be an example of the system 100 of FIG. 1, and a component of this system 400 may have the same functionality as the counterpart component from FIG. 1 This flash memory system 400 may be a stand-alone device, or may be integrated (in whole or in part) with a computer, server, phone, mobile device, tablet, television, or any other computing device.

The controller 120-*b* includes an adaptive encoding rate controller 405, a power controller 410, a write controller 415, a read controller 420, an age monitoring module 425, and an error monitoring module 430. The age monitoring module 425 may monitor an age associated with the flash memory 110-*b*. This may be a time since manufacture, a time since first use, an amount of use, or any other metric which corresponds to the aging of the flash memory 110-*b*. This monitoring may involve direct monitoring of the flash memory 110-*b* itself, or may be based on reports from the encoder 105-*b*, decoder 115-*b*, or other components of the system.

The error monitoring module 430 may monitor an amount of errors associated with the flash memory 110-*b*. This monitoring may measure errors over a variety of time periods and metrics, and may be translated into an error rate. The monitoring may be performed on a per-sector (or per set of sectors) basis. A number of sampling and averaging techniques may be used. This monitoring may involve direct monitoring of the decoder 115-*b* itself, or may be based on reports from the decoder 115-*b* or other components of the system.

The adaptive encoding rate controller 405 may receive information on the rate and/or amount of errors from the error monitoring module 430. The adaptive encoding rate controller 405 may modify a coding rate to be used by the encoder 105-*b* when the monitored rate and/or amount of errors exceeds a threshold. The monitoring of errors may be performed on a per-sector, per set of sectors, or other regional basis. Thus, the coding rate to be used by the encoder 105-*b* may be modified when the monitored rate of errors for the applicable region exceeds a threshold. In some embodiments, the coding rate may be adapted to be more, or less, robust; in other embodiments, the adaptation is only to make the coding rate more robust. The adaptive encoding rate controller 405 may receive information on the age of the flash memory 110-*b* from the age monitoring module 425. The adaptive encoding rate controller 405 may adapt the coding rate based on this monitoring (e.g., implementing a more robust coding rate for one or more sectors of the flash memory 110-*b* when the age exceeds a threshold). There may be a number of different coding rate change thresholds related both to age and error rate. Moreover, these threshold may be adaptive to the amount of flash memory 110-*b* that remains available (e.g., the margin may be increased when the flash memory is utilized below a threshold amount).

As noted above, an decoder module 115 may include a number of error correction sub-modules. The power controller 410 may receive information on the age of the flash memory 100-*b* from the age monitoring module 425. The power controller 410 may selectively power-up (or power-down) one or more of the error correction sub-modules responsive to an age of the flash memory 110-*b*. The power controller 410 may receive information on the rate and/or amount of errors from the error monitoring module 430. The power controller 410 may power-up (or power-down) one or more of the error correction sub-modules (e.g., when the monitored rate and/or amount of errors exceeds a threshold). The monitoring of errors may be performed on a per-sector, per set of sectors, or other regional basis. Thus, the power-up or power-down may be specific to a particular error correction sub-module for a given region of flash memory 110-*b*.

The write controller 415 may change the sectors of flash memory 110-*b* to be written to. These changes may be made in response to information from the age monitoring module 425 and error monitoring module 430. The read controller 420 may dynamically change the components of the decoder 115-*b* to be used to read different sectors of flash memory 110-*b* (e.g., in FIG. 3, the assignments of the decoder sub-modules 310, error detection sub-modules 315, and error correction sub-modules 320 may be changed in response to code rate modifications, increased errors, or age).

FIG. 5 is a flowchart illustrating a method 500 of decoding data from a flash memory according to various embodiments of the invention. The method 500 may, for example, be performed in whole or in part by the system 100, 300, or 400 of FIG. 1, 3, or 4 or, more specifically, by the decoder 115 of FIG. 1, 2, or 4.

At block 505, encoded data from a flash memory is received. At block 510, the received encoded data is processed to generate a number of data streams. The information for each data stream may be a wholly or partially decoded before being forwarded to respective error correction sub-modules. At block 515, at each of a number of error detection sub-modules operating in parallel, a different one of the data streams is processed. Each error detection sub-module is configured to: detect whether a portion of the respective received stream contains an error, and forward the portion of the respective received stream containing an error to an error correction module. At block 520, at the error correction module physically separate from the error detection sub-modules, the forwarded portions of the respective received streams containing an error are corrected.

FIG. 6 is a flowchart illustrating a method of age responsive decoding of data from a flash memory according to various embodiments of the invention. The method 600 may, for example, be performed in whole or in part by the system 100, 300, or 400 of FIG. 1, 3, or 4. The method 600 may be an example of the method 500 of FIG. 5.

US 8,615,700 B2

9

At block **605**, an age of a flash memory is monitored. At block **610**, the coding rate for data to be encoded and stored in the flash memory is modified responsive to a first age threshold of the flash memory. At block **615**, data is encoded at the modified rate, and the encoded data is stored on the flash memory. At block **620**, one or more error correction sub-modules of an error correction module are powered-up from an inactive mode responsive to a second age threshold of the flash memory.

At block **625**, the encoded data from the flash memory is processed to generate a number of partially decoded data streams. At block **630**, at each of a number of error detection sub-modules operating in parallel, a different one of the data streams is processed. At block **635**, a determination is made at each error detection sub-module whether a portion of the respective received stream contains an error. At block **640**, error detection sub-modules forward those portions of the respective streams containing an error to the error correction module physically separate from the error detection sub-modules. At block **645**, the error-free portions are forwarded to bypass the error correction module. At block **650**, the portions of the respective received streams containing an error are corrected with the powered-up error correction modules and additional error correction modules.

FIG. **7** is a flowchart illustrating a method of decoding data from a flash memory responsive to error rate according to various embodiments of the invention. The method **700** may, for example, be performed in whole or in part by the system **100**, **300**, or **400** of FIG. **1**, **3**, or **4**. The method **700** may be an example of the method **500** of FIG. **5** or the method **600** of FIG. **6**.

At block **705**, a rate of errors from an error detection module is monitored for each of a number of sectors of the flash memory. At block **710**, the coding rate for data to be encoded and stored in one or more sectors is modified responsive to the monitoring of first error rate threshold for the one or more sectors. At block **715**, data is encoded at the modified rate and stored in the one or more sectors.

At block **720**, an error correction sub-module assigned to the one or more sectors are powered-up from an inactive mode responsive to the monitoring of a second error rate threshold for the one or more sectors. At block **725**, the encoded data from the one or more sectors is decoded to generate a decoded data stream. At block **730**, at one of a number of error detection sub-modules operating in parallel, the decoded data stream is processed. At block **735**, a determination is made by the error detection sub-module that a portion of the respective received stream contains an error. At block **740**, the portion of the received stream containing an error is forwarded to the powered-up error correction sub-module. At block **745**, the forwarded portion is corrected with the powered-up error correction sub-module.

It should be noted that the methods, systems, and devices discussed above are intended merely to be examples. It must be stressed that various embodiments may omit, substitute, or add various procedures or components as appropriate. For instance, it should be appreciated that, in alternative embodiments, the methods may be performed in an order different from that described, and that various steps may be added, omitted, or combined. Also, features described with respect to certain embodiments may be combined in various other embodiments. Different aspects and elements of the embodiments may be combined in a similar manner. Also, it should be emphasized that technology evolves and, thus, many of the elements are examples and should not be interpreted to limit the scope of the invention.

10

Specific details are given in the description to provide a thorough understanding of the embodiments. However, it will be understood by one of ordinary skill in the art that the embodiments may be practiced without these specific details. For example, well-known circuits, processes, algorithms, structures, and techniques have been shown without unnecessary detail in order to avoid obscuring the embodiments.

Also, it is noted that the embodiments may be described as a process which is depicted as a flow diagram or block diagram. Although each may describe the operations as a sequential process, many of the operations can be performed in parallel or concurrently. In addition, the order of the operations may be rearranged. A process may have additional steps not included in the figure.

Moreover, as disclosed herein, the term "memory" or "memory unit" may represent one or more devices for storing data, including read-only memory (ROM), random access memory (RAM), magnetic RAM, core memory, magnetic disk storage mediums, optical storage mediums, flash memory devices, or other computer-readable mediums for storing information. The term "computer-readable medium" includes, but is not limited to, portable or fixed storage devices, optical storage devices, wireless channels, a sim card, other smart cards, and various other mediums capable of storing, containing, or carrying instructions or data.

Furthermore, embodiments may be implemented by hardware, software, firmware, middleware, microcode, hardware description languages, or any combination thereof. When implemented in software, firmware, middleware, or microcode, the program code or code segments to perform the necessary tasks may be stored in a computer-readable medium such as a storage medium. Processors may perform the necessary tasks.

Having described several embodiments, it will be recognized by those of skill in the art that various modifications, alternative constructions, and equivalents may be used without departing from the spirit of the invention. For example, the above elements may merely be a component of a larger system, wherein other rules may take precedence over or otherwise modify the application of the invention. Also, a number of steps may be undertaken before, during, or after the above elements are considered. Accordingly, the above description should not be taken as limiting the scope of the invention.

What is claimed is:

1. A flash memory decoder comprising:

a decoding module configured to:

    receive encoded data from the flash memory; and

    decode the received encoded data to generate a plurality of partially decoded data streams;

an error detection module communicatively coupled with the decoding module, and comprising a plurality of error detection sub-modules operating in parallel, each error detection sub-module configured to:

    receive a different one of the plurality of partially decoded data streams;

    detect whether a portion of the respective received stream contains an error; and

    forward the portion of the respective received stream containing an error to an error correction module; and

the error correction module, communicatively coupled with and physically separate from the error detection module, and configured to correct the received portions of the respective received streams containing an error.

2. The flash memory decoder of claim **1**, wherein each of the error detection sub-modules is configured to read data

Plaintiff's Exhibit PX1, page 14 of 16

US 8,615,700 B2

11

from a set of one or more sectors of flash memory different from other of the error detection sub-modules.

3. The flash memory decoder of claim 2, further comprising a read controller configured to dynamically modify the error detection sub-modules assigned to at least a subset of the sectors of flash memory.

4. The flash memory decoder of claim 1, wherein the error correction module comprises a plurality of error correction sub-modules operating in parallel and fewer in number than the error detection sub-modules.

5. The flash memory decoder of claim 4, further comprising a power controller configured to selectively power-up one or more of the error correction sub-modules responsive to an age of the flash memory.

6. The flash memory decoder of claim 4, further comprising:

an error monitoring module, communicatively coupled with the error detection module, and configured to monitor a rate of errors from the error detection module, wherein a power controller is configured to selectively power-up one or more of the error correction sub-modules when the monitored rate of errors exceeds a threshold.

7. The flash memory decoder of claim 4, further comprising:

an error monitoring module, communicatively coupled with the error detection module, and configured to monitor a rate of errors from the error detection module for each of a plurality of sectors of the flash memory, wherein a power controller is configured to selectively power-up an error correction sub-module for assignment to a set of one or more of the monitored sectors when the monitored rate of errors for the set exceeds a threshold.

8. The flash memory decoder of claim 4, wherein,

each error correction sub-module is assigned a set of two or more error detection sub-modules different from error detection sub-modules associated with other of the error correction sub-modules; and

each error correction sub-module is configured to receive portions of the respective received streams containing an error detected in parallel by the set of two or more error detection sub-modules assigned to the respective error correction sub-module.

9. The flash memory decoder of claim 1, further comprising a read controller configured to selectively power-down one or more subsets of the error detection sub-modules.

10. The flash memory decoder of claim 1, further comprising:

the flash memory, communicatively coupled with the decoding module;

an encoder, communicatively coupled with the flash memory, and configured to encode data at a coding rate for storage as the encoded data on the flash memory; and

an adaptive encoding rate controller configured to modify the coding rate responsive to an age of the flash memory.

11. The flash memory decoder of claim 1, further comprising:

an error monitoring module, communicatively coupled with the error detection module, and configured to monitor a rate of errors from the error detection module; and

an adaptive encoding rate controller configured to modify a coding rate for a flash memory encoding module when the monitored rate of errors exceeds a threshold.

12

12. The flash memory decoder of claim 1, further comprising:

an error monitoring module, communicatively coupled with the error detection module, and configured to monitor a rate of errors from the error detection module for each of a plurality of sectors of the flash memory; and

an adaptive encoding rate controller configured to modify a coding rate of a set of one or more of the monitored sectors when the monitored rate of errors for the set exceeds a threshold.

13. The flash memory decoder of claim 1, wherein each error detection sub-module is configured to direct error-free portions of the respective received streams to bypass the error correction module.

14. The flash memory decoder of claim 1, wherein,

the error detection module comprises the decoding module; and

the encoded data is encoded with a Hamming code, a BCH code, a Turbo code, or a low-density parity check code.

15. A system comprising:

an encoder configured to encode data for storage on a flash memory;

the flash memory, communicatively coupled with the encoding module, and configured to store the encoded data; and

a decoder, communicatively coupled with the flash memory, and configured to:

retrieve the encoded data from flash memory to generate a plurality of data streams; and

process, at each of a plurality of error detection sub-modules of the decoder operating in parallel, a different one of the plurality of data streams, wherein each error detection sub-module is configured to:

detect whether a portion of the respective received stream contains an error; and

forward the portion of the respective received stream containing an error to an error correction module of the decoder; and

correct, with the error correction module physically separate from the error detection module, the forwarded portions of the respective received streams containing an error.

16. The system of claim 15, wherein the encoder is further configured to adaptively modify the coding rate responsive to an age of the flash memory or a rate of errors associated with the decoded data.

17. A method comprising:

receiving encoded data from a flash memory comprising a plurality of data streams;

processing, at each of a plurality of error detection sub-modules operating in parallel, a different one of the plurality of data streams, wherein each error detection sub-module is configured to:

detect whether a portion of the respective received stream contains an error; and

forward the portion of the respective received stream containing an error to an error correction module; and

correcting, with the error correction module physically separate from an error detection module, the forwarded portions of the respective received streams containing an error.

18. The method of claim 17, further comprising:

dynamically modifying the error detection sub-modules assigned to receive data from respective sectors of flash memory.

US 8,615,700 B2

13

14

**19**. The method of claim **17**, wherein the error correction module comprises a plurality of error correction sub-modules operating in parallel and fewer in number than the error detection sub-modules.

**20**. The method of claim **19**, further comprising:

powering-up, from an inactive mode, one or more of the error correction sub-modules responsive to an age of the flash memory.

**21**. The method of claim **19**, further comprising:

monitoring a rate of errors from the error detection module; and

powering-up one or more of the error correction sub-modules when the monitored rate of errors exceeds a threshold.

**22**. The method of claim **19**, further comprising:

monitoring a rate of errors from the error detection module for each of a plurality of sectors of the flash memory; and

powering-up an error correction sub-module for assignment to a set of one or more of the monitored sectors when the monitored rate of errors for the set exceeds a threshold.

**23**. The method of claim **17**, further comprising:

modifying a coding rate for data to be stored as the encoded data on the flash memory responsive to an age of the flash memory.

**24**. The method of claim **17**, further comprising:

monitoring a rate of errors from the error detection module; and

modifying a coding rate for data to be stored as the encoded data on the flash memory when the monitored rate of errors exceeds a threshold.

**25**. The method of claim **17**, further comprising:

monitoring a rate of errors from the error detection module for each of a plurality of sectors of the flash memory; and

modifying a coding rate for data to be stored as the encoded data on a set of one or more of the monitored sectors of the flash memory when the monitored rate of errors for the set exceeds a threshold.

* * * * *

Plaintiff's Exhibit PX1, page 16 of 16