



# Toshiba 3rd Generation Enterprise Solid State Drive
# Phoenix-M3 Design Review

## April 29, 2015



**Toshiba Corporation**
Semiconductor & Storage Products Company
Storage Products Division

© 2015 Toshiba Corporation



PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX15**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008417

# Hardware Overview



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008418

# NAND Flash Key Parameters



| NAND production | | Previous Generation | Current Generation | Next Generation |
|---|---|---|---|---|
| Generation | | 19nm | A19nm | 15nm |
| NAND die density | | 64Gb | 128Gb | 128Gb |
| Interface | | Toggle2.0 | Toggle2.0 | Toggle2.0 |
| Schedule | | MP | MP | 2015/Q3 CS |
| Reliability | W/E endurance | 10K | 10K | 10K |
| | Data Retention | 0.25year @ Life end | 0.25year @ Life end | 0.25year @ Life end |
| | ECC Requirement | 40bit/1KB | 40bit/1KB | TBD |
| Architecture | Vcc | 2.7-3.6V | 2.35-3.6V | 2.35-3.6V |
| | VccQ | 3.3V / 1.8V | 3.3V / 1.8V | 3.3V / 1.8V |
| | Vpp | – | 12V | 12V |
| | Page + Spare Size | 16KB + 1280B | 16KB+1280B | 16KB + 1280B |
| | Page per Block | 256 | 256 | 256 |
| | Block Size | 4MB | 4MB | 4MB |
| | # of Blocks | 2018-2116 | 4036 – 4276 | TBD |
| | # of Plane | 2 | 4 | 4 |
| Performance | Max Data Rate | 400MT/s | 400MT/s | 400~533MT/s |
| | tPROG (typ) | 1.6ms | 2.0ms | TBD |
| | tR (typ/max) | 50us/80us | 50us/80us | 50us/80us |
| | tBERASE (typ) | 5ms | 10ms | 10ms |
| Package | | 132BGA | 152BGA | 132BGA |

## *Notice: information is subject to change without notice.*



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000008419

Plaintiff's Exhibit PX15, page 3 of 30

# Firmware Overview



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008420

# Supplier FW Overview

- **Data layout logical vs. physical**
  - *How are variable sector sizes supported*
    - Cluster contains 8 DATAs
    - FTL entry is pointing cluster logical address



E3D : End to End Error Detection
MED : Media Detection
MECC : Media ECC



**TOSHIBA** Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    36

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008421

# Supplier FW Overview

- **Data layout logical vs. physical**
  - *Method to change sector sizes*
    - Sector size can be changed by mode select.
      - Format operation is required.
  - *Ability to adjust OP (i.e. 10WPD, 3 WPD)*
    - DWPD can be changed by max LBA
      - 10DWPD 400G drive can be changed to 3DWPD 480GB.
      - When the max LBA is changed to smaller, unused LBA area is unmapped internally and used for OP.
      - Format operation is not required.



**TOSHIBA** Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000008422

Plaintiff's Exhibit PX15, page 6 of 30

# Supplier FW Overview

- ## FW Architecture Overview
  - FTL



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Supplier FW Overview

- ## FW Architecture Overview
  - FTL



**TOSHIBA** Leading Innovation >>>     **Storage Products Division**          **Confidential**                    © 2015 Toshiba Corporation     39

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                                          VIASAT_KIOXIA-0000008424

# Supplier FW Overview

- **FW Architecture Overview**
  - Write Buffer
    - 4MB SRAM is dedicated for write buffer.
    - The data in the write cache is used for read cache until sent to the NAND.
    - It takes 1us to determine a cache hit.
    - Data of less than 4kB is merged in the write buffer
    - Write Cache OFF can not be applied for our architecture (the host command will be accepted but doesn't do anything)

  - Read Buffer
    - 512KB SRAM is dedicated for read buffer.

 **Storage Products Division**                    **Confidential**                    © 2015 Toshiba Corporation    40

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Supplier FW Overview

- ## FW Architecture Overview
  - ### Read Look Ahead
    - When sequential read workload is detected, the continuing read command is automatically generated and the data is read into read buffer in advance.
    - Latency is improved at a condition of low queue depth.



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000008426

# Supplier FW Overview

- **Wear-leveling methodology**
  - Static Wear Leveling
    - A block will be selected from free blocks based on the smallest erase count
  - Dynamic Wear Leveling
    - Occurs only when used blocks have hit specific aging threshold
    - From these blocks, select the one with the smallest erase count
    - If the erase count on the used block is smaller than the free block, move the user data from used block to the free one



**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    42

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008427

# Supplier FW Overview

- **Read Disturb protection**
  - Each four plane block has a read counter.
  - If the counter reaches the threshold, the block is verified or refreshed.
  - When the blocks are erased, the counter is cleared.



**TOSHIBA** Leading Innovation >>>

**Storage Products Division**          **Confidential**                    © 2015 Toshiba Corporation     43

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY          VIASAT_KIOXIA-0000008428

# Supplier FW Overview

- **Protection against retention issues when powered up**
  - NAND patrol is implemented against data retention issues.
    - All of the NAND pages are verified within 24 hours to ensure the reliability of SSD.
    - If the error exceeds threshold, the block is refreshed.
  - Shift read method is effective for data retention and read disturb.
    - The error is detected on the first NAND read, shift read is applied for error recovery.



**Storage Products Division**                    **Confidential**                    © 2015 Toshiba Corporation    44

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000008429

# Supplier FW Overview

- ## Drive level error recovery algorithm
  - Error correction(ECC Architecture)
    - QSB: Quadruple Swing-By  (Toshiba original LDPC class ECC)
    - Format efficiency: 90.8%
    - Dramatically improved correction capability compared to LDPC
    - Quadruple ECC structure
      - L1: BCH, 21 to 120 bits/1kB correction
      - L3: Iteration ECC
      - L4: Burst Error Correction
  - NAND Error Recovery Flow



| Recovery | Execution time |
|---|---|
| L1 | 4 usec for 8 sectors |
| Shift Read | Up to 1 msec for 8 sectors |
| L3/L4 | 5 msec ~ 10ms for 2 sectors |

 **Storage Products Division**          **Confidential**                    © 2015 Toshiba Corporation    45

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                    VIASAT_KIOXIA-0000008430

# Supplier FW Overview

- ## Drive level error recovery algorithm
  - Inter-Channel Parity (L3 code)





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008431

# Supplier FW Overview

## • Error reporting

The attached sheet shows all sense codes Phoenix-M3 may report. It contains codes for the error detected during the power-on self-test.



SenseCodeTable

✓ No hidden retry is applied on read error. The error recovery processes (blue bubble) are not reported to the host. The error corrections in the red bubble are reported as recovered error or unrecovered error.

✓ The drive reports "01/18/FF" error for read recoverable error. The number of bits corrected by ECC is not reported in the ASCQ field.



**TOSHIBA** Leading Innovation >>>     **Storage Products Division**          **Confidential**          © 2015 Toshiba Corporation     47

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008432

# Supplier FW Overview

- **Detailed description of all algorithms being used by the drive to extend the life of the Flash**
  - Variable ECC – see next page
  - NAND Patrol and refresh - previously covered
  - Error Recovery  - previously covered
  - Wear Leveling  - previously covered



**Storage Products Division**          **Confidential**          © 2015 Toshiba Corporation    48

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008433

# Supplier FW Overview

- ## Variable ECC
  - ECC Correction = 21 to 40 bits/1kB (Fresh)



  - ECC Correction = 105 to 120 bits/1kB (Maximum)
  - Additional block for ECC will be used from OP.

  - ECC is strengthen when raw BER gets worse, resulting in smaller O/P

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008434

# Supplier FW Overview

- ## Variable ECC
  - The data layout in the four NAND pages is changed according to the ECC strength level.



© 2015 Toshiba Corporation

**Storage Products Division**    **Confidential**    50

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000008435

# Supplier FW Overview

- **Near wearout drive behavior**
  - *Differences in drive Near-Wearout performance between the specified performance and the performance measured during drive qualification*
    - EOL drive performance <= 10% from the FOB drive at the steady state.
  - *What errors are expected?*
    - Recoverable Read error rate is increased.
  - *What types of error recovery will become more frequent?*
    - Read error will cause shift read and L3/L4 recovery.
    - Refresh and reassignment will happen.
  - *How will the drive notify the system when the Flash has worn to the point that the drive should be removed?*
    - SMART alert is reported due to endurance excess, OP decrease and System Information multiplicity decrease.



**Storage Products Division**          **Confidential**                    © 2015 Toshiba Corporation    51

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                    VIASAT_KIOXIA-0000008436

# Supplier FW Overview

- **Method for EMC to validate drive behavior as Flash nears end of life**
  - Toshiba: Will EOL testing validate the drive behavior?



**Storage Products Division**                          **Confidential**                          © 2015 Toshiba Corporation    52

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008437

# Supplier FW Overview

- **Power-up behavior**
  - SAS interface becomes active within a second from power on.
  - Not ready is response to the host until media becomes ready.
  - Time to drive ready is as follows.
    - 9s for 400G
    - 11s for 800G
    - 15s for 1.6T
    - 20s for 3.2T

 **Leading Innovation >>>**  **Storage Products Division**                    **Confidential**                    © 2015 Toshiba Corporation    53

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000008438

# Supplier FW Overview

- **Bad Block Management**
  - Bad Block is registered when:
    - Program status failure is detected in NAND program operation.
    - Erase status failure is detected in NAND erase operation.
    - Unrecoverable Read error is detected.
    - Recoverable error is detected in 5th level ECC.
  - Reassignment
    - Once bad block is registered, the logical block including the bad block is moved to other logical block.
  - *Handling in Supplier's manufacturing i.e. Primary vs. Grown (new) bad blocks*
    - Bad blocks found in manufacturing becomes Primary bad blocks.



**TOSHIBA**
Leading Innovation >>>          **Storage Products Division**                    **Confidential**                                            © 2015 Toshiba Corporation    54

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                                                VIASAT_KIOXIA-0000008439

# Supplier FW Overview

- **Threshold**
  - *when and how are blocks retired*
    - When a block becomes bad block, the four plane block including the bad block are retired.
  - *when and how are blocks reclaimed*
    - Bad block is no longer used.



**Storage Products Division**                    **Confidential**                    © 2015 Toshiba Corporation     55

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008440

# Supplier FW Overview

- **Verify and Write Verify command handling**
  - Verify
    - The data read from NAND is transferred to SAS Controller just like a read command.
    - After checking PI, the data is discarded.



  - Write & Verify
    - After receiving the data, write buffer is flushed to ensure the data is read from NAND.
    - Then, verify command is issued to the LBA internally.



**Storage Products Division**          **Confidential**                    © 2015 Toshiba Corporation    56

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008441

# Supplier FW Overview

- ## EMC Unique Sanitize Commands

The sanitize operation is initiated by issuing a Format Unit command with SI=1(Security Initialize). The drive initializes all areas of the medium including spare area and the reassigned area, except its system area.

The Initialization Pattern Type that Phoenix-M3 supports are as follows:

| Code | Type | Support |
|------|------|---------|
| 01 | Erase the data only | **Yes** |
| 02 | Sanitize using Overwrite/Erase (DoD) | **Yes** |
| 03 | Sanitize as per AFSSI 5020 | **No (waiver requested)** |
| 04 | Sanitize as per NSA 130-2 | **No (waiver requested)** |



**Storage Products Division**                    **Confidential**                    © 2015 Toshiba Corporation    57

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                                                                 VIASAT_KIOXIA-0000008442

# Supplier FW Overview

- ## FW Upgrade Capability/Interfaces/Procedure per EMC spec

  - ✓ Phoenix-M3 supports the following download modes:

| Mode | Description | Mode | Description |
|------|-------------|------|-------------|
| 04h | D/L, Activate | 0Dh | D/L with offset, Select activation events, Save, Defer activate |
| 05h | D/L, Save, Activate | | |
| 06h | D/L with offset, Activate | 0Eh | D/L with offset, Save, Defer activate |
| 07h | D/L with offset, Save, Activate | 0Fh | Activate deferred microcode |



- ✓ Activating new microcode completes within 2 seconds. Even while activating the microcode, the drive maintains the SAS link and accepts any commands.

- ✓ Phoenix-M3 has multiple copies of the microcode in the system area so as not to lose the microcode should sudden power-loss occur.

**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**          **Confidential**          © 2015 Toshiba Corporation     58

# Supplier FW Overview

- **Logging requirements/features**
  - Receive Diagnostic Page

| Page Code | Type | Description |
|---|---|---|
| 46h | Super Certify Error Log | 2028 error entries can be logged |
| 82h | Link Error Statistics | All fields requested by EMC are supported |

  - Log Page

| Page Code | Type | Description |
|---|---|---|
| 0Dh | Temperature Information | PC 0x00 (current tmp.), 0x01 (reference tmp.) and 0x50 (Critical Drive Temperature) are supported |
| 82h | Erase Count Statistics | Monitor max./min./ave. erase count on each channel |



**Storage Products Division**                    **Confidential**                    © 2015 Toshiba Corporation    59

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008444

# Supplier FW Overview

- **SMART function review**

| Attribute | Timing | Threshold | Behavior |
|---|---|---|---|
| Endurance | Every erase cycle | 100%> N >= 95% | Report 5D/88 |
|  |  | N >= 100% | Write Protected |
| Over Provisioning | Every block status change | 4% < OP <= 5% | Report 5D/89 |
|  |  | 2% < OP <= 4% | Write Protected |
|  |  | OP <= 2% | Failure |
| Power Loss Protection | PON, every 24h | PLP capacitance <= 33% | Report 5D/8A |
| System Information | Every 24h | Redundancy <= 2 | Report 5D/D3 |

**TOSHIBA** Leading Innovation >>> **Storage Products Division**     **Confidential**     © 2015 Toshiba Corporation     60

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008445

Plaintiff's Exhibit PX15, page 29 of 30

# Supplier FW Overview

- **Existing debug tools review**
  - Capture timing
    - Hard Reset, I_T Nexus Loss, Task Frame, SAS I/F Error, Over heat, OCT timeout, assert
  - Log Contents
    - FW trace, register dump, memory dump
  - Command to retrieve
    - Request Internal Log (Vendor unique CMD)



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008446