

Document ID:  <10–5004>Version : <X.X>

社外秘

# Phoenix-M5/ Condor-M5

## Firmware

## Basic design specifications

Customer place-of-business name

Department name

| Books for a check | | |
|---|---|---|
| Date of approval　　　Year　　Moon Day | | |
| Recognition | Investigation | Charge |
|  |  |  |

yyyy year mm moon

株式会社 東芝

Semiconductor & storage company
Storage products Engineering Department
eSSD Engineering Department eSSD Technical
Group 3

c TOSHIBA Corporation 2015–
All Rights Reserved.



PLAINTIFF'S
EXHIBIT
Viasat v. Kioxia
PX24

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY　　　　　　　VIASAT_KIOXIA-0000005201

TOSHIBA
Leading Innovation >>>

## Revision history

| REV No. | Date DATE | Report CONTENTS | Section DEP. | Charge REVISED | Investigation INV. | Recognition APP'D | Storage day STGE.PER, |
|---|---|---|---|---|---|---|---|
| 00 | 2015/mm/dd | Initial Release | [ES work] ( ES3) | | | | |
| | 2017/11/24 | As opposed to the contents of r19108 8.8.2 Swimlane Change Notes are added. 8.8.16 Sanitize Notes are added. 8.8.17 Format Notes are added. 8.8.57 Ratio Delay Change | [ES work] ( ES3) | | | | |
| | 2017/11/28 | A paragraph is added. 8.8.58 Perpetuity is | [ES work] ( ES3) | | | | |
| | 2018/5/25 | Added at the Time of Capacitor Failure. | [ES work] ( ES3) | | | | |
| | | 9.2.7 Memory Initialization Function is Added to User Code (NAND / Volatilization Memory). | | | | | |

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
2 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005202

Plaintiff's Exhibit PX24, page 2 of 107

**TOSHIBA**
Leading Innovation >>>

Eyes    Next

1    INTRODUCTION (INTRODUCTION) .................................................................................... 8

2    A DEFINITION AND AN ABBREVIATION (DEFINITIONS AND ACRONYMS) ................................. 8

3    REFERENCE DATA (REFERENCES) .................................................................................... 9

4    A PREMISE, A DEPENDENCE MATTER, AND RESTRICTIONS (ASSUMPTIONS, DEPENDENCIES AND CONSTRAINTS) ........................................................................................................ 9

    4.1    BASIC DESIGN THOUGHT ........................................................................................ 9
    4.2    DIFFERENCE WITH THE TRIDENT ARCHITECTURE ....................................................... 9
    4.3    COMPOSITION OF HW .......................................................................................... 11
    4.4    THE FUNCTION OF BE SoC .................................................................................... 11

5    SCOPE (SCOPE) ........................................................................................................ 12

6    RISK (RISK) ............................................................................................................. 12

7    DESIGN METHODOLOGY (DESIGN METHODOLOGY) .......................................................... 13

8    THE OUTLINE OF THE SYSTEM ARCHITECTURE (SYSTEM ARCHITECTURE) ......................... 13

    8.1    THE AGREEMENT AND OPERATING STANDARD (CONVENTIONS AND STANDARDS FOLLOWED) WHICH SHOULD FOLLOW ........................................................................................ 13
    8.2    THE OUTLINE OF A SYSTEM (SYSTEM OVERVIEW) ...................................................... 14
        8.2.1    Equipment composition ............................................................................. 14
        8.2.2    SoC composition ...................................................................................... 14
        8.2.3    Loading NAND (T. B.D.) ............................................................................ 14
        8.2.4    Equipment capacity and NAND-DRAM composition ........................................ 15
        8.2.5    Firmware composition ............................................................................... 16
        8.2.6    Target performance (T. B.D.) ..................................................................... 16
    8.3    SYSTEM ENVIRONMENT (SYSTEM ENVIRONMENT) ...................................................... 19
    8.4    DEVELOPMENT ENVIRONMENT (DEVELOPMENT ENVIRONMENT) ................................... 19
    8.5    DESIGN STRATEGY (DESIGN STRATEGIES) ............................................................... 19
    8.6    THE TOOL USED FOR A DESIGN (TOOLS USED FOR DESIGN) ......................................... 20
    8.7    DESIGN ENVIRONMENT (DESIGN ENVIRONMENT) ...................................................... 20
    8.8    SYSTEM ACTION SPECIFICATION ............................................................................ 20
        8.8.1    Sector size ............................................................................................. 20
        8.8.2    swimlane change (=Max LBA change) .......................................................... 21
        8.8.3    System data ........................................................................................... 23
        8.8.4    System state (said M3) .............................................................................. 25

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                     VIASAT_KIOXIA-0000005203
Plaintiff's Exhibit PX24, page 3 of 107

**TOSHIBA**
Leading Innovation >>>

| | | |
|---|---|---|
| 8.8.5 | FUA (said M3) | 26 |
| 8.8.6 | Flush (host command) | 27 |
| 8.8.7 | Flush (Flush in BE) | 27 |
| 8.8.8 | Read Modify Write | 27 |
| 8.8.9 | Write Same (said M3) | 27 |
| 8.8.10 | Read Continuous | 28 |
| 8.8.11 | Recovery Time Limit | 28 |
| 8.8.12 | DST (Drive self test) | 29 |
| 8.8.13 | NVRAM | 29 |
| 8.8.14 | Unmap | 30 |
| 8.8.15 | Whole surface Unmap | 31 |
| 8.8.16 | Sanitize | 31 |
| 8.8.17 | Format | 32 |
| 8.8.18 | Name Space | 32 |
| 8.8.19 | Atomic Write | 35 |
| 8.8.20 | PCIe Reset (the M3:TBD) | 35 |
| 8.8.21 | Function Level Reset (FLR) | 35 |
| 8.8.22 | DSM (said M3) | 36 |
| 8.8.23 | Start/Stop Unit (with M3) | 36 |
| 8.8.24 | FW Download | 36 |
| 8.8.25 | Power State (SAS) | 37 |
| 8.8.26 | Sleep | 37 |
| 8.8.27 | The internal state at the time of Sleep/Download/Stop changes | 37 |
| 8.8.28 | Throttling(TBD) | 38 |
| 8.8.29 | GC Control(compulsion GC)/Host Managed SSD | 40 |
| 8.8.30 | FA log | 40 |
| 8.8.31 | Compaction | 40 |
| 8.8.32 | Starting | 41 |
| 8.8.33 | PLP (Power Loss data Protection) | 43 |
| 8.8.34 | DM Snapshot | 44 |
| 8.8.35 | LUT 1st-NV Snapshot | 45 |
| 8.8.36 | Communication between CPUs (said M3) | 45 |
| 8.8.37 | NAND Erase (the M3:TBD) | 46 |
| 8.8.38 | Erase earned-hours piece | 46 |
| 8.8.39 | NAND access of CPU | 46 |
| 8.8.40 | Cluster crushing | 47 |
| 8.8.41 | Large Cluster | 49 |
| 8.8.42 | LUT paging | 49 |
| 8.8.43 | Multi Stream Write | 49 |

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005204
Plaintiff's Exhibit PX24, page 4 of 107

**TOSHIBA**
Leading Innovation >>>

| 8.8.44 | Shift Read | 54 |
| 8.8.45 | Patrol | 54 |
| 8.8.46 | LUT ratio delay | 55 |
| 8.8.47 | FW image (said M3) | 56 |
| 8.8.48 | FA boot (failure starting mode) | 56 |
| 8.8.49 | Safe boot | 56 |
| 8.8.50 | The table which changes operation of FW | 56 |
| 8.8.51 | Statistical information (said M3) | 57 |
| 8.8.52 | System Error Log/ System Event Log | 59 |
| 8.8.53 | Randomize Key | 59 |
| 8.8.54 | NAND control algorithm (performance relations) | 60 |
| 8.8.55 | NAND control algorithm (management relations) | 65 |
| 8.8.56 | NAND error acceleration setup | 67 |
| 8.8.57 | Ratio delay change | 69 |
| 8.8.58 | It is perpetuity at the time of capacitor failure. | 69 |

**9    PROCESS DESIGN (PROCESS DESIGN)** ............................................................ **73**

9.1    PROCESS ORGANIZATION (PROCESS ORGANIZATION) ........................................ 73

9.2    THE DESIGN OF SUBSYSTEM, COMPONENT, OR MODULE 1.N (SUBSYSTEM, COMPONENT, OR MODULE 1.N DESIGN) .......................................................................... 73

| 9.2.1 | Front End | 73 |
| 9.2.2 | Back End | 76 |
| 9.2.3 | Sequencer | 79 |
| 9.2.4 | IPL (said M3) | 82 |
| 9.2.5 | Mask ROM Code (said M3) | 82 |
| 9.2.6 | Boot Code (SFROM) (said M3) | 83 |
| 9.2.7 | User Code (NAND / volatilization memory) | 86 |

9.3    PROCESS MODEL FIGURE (PROCESS MODEL DIAGRAMS) .......................................... 87

| 9.3.1 | Read | 87 |
| 9.3.2 | Write | 87 |
| 9.3.3 | Unmap | 87 |
| 9.3.4 | Flush | 87 |
| 9.3.5 | User data compaction | 87 |
| 9.3.6 | PLP(Power Loss Data Protection) | 87 |
| 9.3.7 | Starting | 87 |
| 9.3.8 | FW Download | 87 |
| 9.3.9 | Sanitize | 87 |
| 9.3.10 | Write throttling | 87 |
| 9.3.11 | System change state (said M3) | 87 |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005205

Plaintiff's Exhibit PX24, page 5 of 107

**TOSHIBA**
Leading Innovation >>>

10    LOGIC DATA DESIGN (LOGICAL DATA DESIGN) ...................................................... 90

10.1    OUTLINE (OVERVIEW) ...................................................................................................... 90

10.2    THE AGREEMENT AND OPERATING STANDARD (CONVENTIONS AND STANDARDS FOLLOWED) WHICH
SHOULD FOLLOW ............................................................................................................................. 90

10.3    DATA MODEL FIGURE (DATA MODEL DIAGRAM) ........................................................ 90

10.3.1    LBA to NAND physical address conversion (data of ppt) ......................................... 90

10.4    A LOGIC DATA STRUCTURE / FILE LAYOUT / LOGIC TABLE (LOGICAL DATA STRUCTURE /FILE
LAYOUTS/LOGICAL TABLE) ............................................................................................................ 90

10.4.1    MCA ......................................................................................................................... 91

10.4.2    Logical block ........................................................................................................... 91

10.4.3    Name Space Table ................................................................................................... 96

10.4.4    LUT 1st Volatile (1st V) .......................................................................................... 96

10.4.5    LUT 1st Non-Volatile (1st NV) ............................................................................... 96

10.4.6    LUT 3rd Cache ........................................................................................................ 97

10.4.7    L2P 論物 conversion table ...................................................................................... 97

10.4.8    Wide area Unmap Region ........................................................................................ 97

10.4.9    FW share information .............................................................................................. 97

10.4.10    Product default information (PDI) ........................................................................ 97

10.4.11    Urgent evacuation domain .................................................................................... 97

10.4.12    Firmware Queue (FWQ ......................................................................................... 97

10.4.13    Effective cluster counter ....................................................................................... 97

10.4.14    DM management information ................................................................................ 97

10.4.15    System Manager management information (said M3) ........................................... 97

10.4.16    Management data in Serial Flash ......................................................................... 98

10.4.17    User Data Format .................................................................................................. 98

10.4.18 .................................................................................................................................. 98

10.4.19 .................................................................................................................................. 98

11    INTERFACE DESIGN (INTERFACE DESIGN) ...................................................... 99

11.1    SUBMODULE FUNCTION 1 -- .N (SUB-MODULE FUNCTION 1 --... N) ............................... 99

11.1.1    Submodule (1) (Sub-Module Function 1 --... n) .................................................... 99

11.1.2    Submodule (2) (Sub-Module (2)) .......................................................................... 100

11.1.3    Submodule (n) (Sub-Module (n)) .......................................................................... 101

12    CONTROL FLOW (CONTROL FLOW) ................................................................. 102

13    APPLICATION LIBRARY (APPLICATION LIBRARY) ...................................... 102

14    ERROR-HANDLING STRATEGY (ERROR HANDLING STRATEGIES) ............ 102

14.1    EQUIPMENT FAILURE .................................................................................................... 102

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005206
Plaintiff's Exhibit PX24, page 6 of 107

14.2    THE ERROR OF NAND .............................................................................................103

    14.2.1    Read error .............................................................................................103

    14.2.2    Write error .............................................................................................104

    14.2.3    Erase error .............................................................................................105

    14.2.4    Busy Timeout .............................................................................................105

    14.2.5    Poor NAND (a バッド block and a poor chip) .............................................105

14.3    MEMORY ERROR .............................................................................................105

14.4    HARDWARE FAILURE .............................................................................................105

**15    A FUTURE FUNCTIONAL ENHANCEMENT MEASURE (FUTURE ENHANCEMENT STRATEGIES)** ............................................................................................ **106**

**16    ALTERNATIVE DESIGN APPROACH (ALTERNATE DESIGN APPROACH)** .............................. **106**

**17    THE ADVANTAGE OF CHOOSING THIS DESIGN (ADVANTAGE/BENEFITS OF SELECTING THIS DESIGN)** ............................................................................................ **106**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005207

Plaintiff's Exhibit PX24, page 7 of 107

**TOSHIBA**
Leading Innovation >>>

# 1    Introduction (Introduction)

This book describes the design plan of the SSD (following, eSSD, and brief sketch) development for enterprises. One of the purposes of this basic design document is summarizing the specification for arranging the requirements for a request, and a design policy and tying to a design for implementation. Therefore, a function required for eSSD equipment and the structural design (division and its interface) for realizing this are clarified.

On the other hand, the composition of permitting the gap of the shape of a time-axis of the time gap of an information input (arrangement) with the algorithm design to precede and the customer request which follows, the SoC development to precede and the system design which follows, and FW design has generated eSSD development inevitably. In a pioneer position [ our development ] strictly, if there is nothing at all, design time shortening as following is desired. Moreover, since change of the request from the eSSD business which has not slipped out of the dawn, and the specification of a competitor serve as disturbance and the requirements for a design change, this document is updated suitably. The basic design specification which has judged and agreed from the above-mentioned market trend or design restrictions is specified in this book, and it is used also as a purpose of checking the validity through a review.

The assumption reader of this book is as follows.
  ➢ FW designer (a detail design and a mounting person in charge)
    FW designer is taken as reference in the examination stage to a detail design.
  ➢ The SoC designer who becomes the partner who argued about it and decided specification of operation
    Among SoC designers, specification of operation is checked and prevent the relapse by design recognition difference.
  ➢ Those who evaluate or manufacture the design product based on this book
    Carry out the purpose of telling the outline of explanation of operation to the person in charge of evaluation manufacture.

# 2    A definition and an abbreviation (Definitions and Acronyms)

T.B.D

| Number | A term and an abbreviation | Definition |
|--------|----------------------------|------------|
|        |                            |            |
|        |                            |            |
|        |                            |            |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005208
Plaintiff's Exhibit PX24, page 8 of 107

**TOSHIBA**
Leading Innovation >>>

## 3    Reference data (References)

This design is referring to the following documents.

- ➢   Trident architecture specifications
    - ➢¥¥tmost-fs01¥xeSSD_SM¥Phoenix-M2¥ introduction educational ¥ architecture ¥ architecture specifications
- ➢   Deneb Design Specification
- ➢   Phoenix/Condor-M3 firmware basic design specifications
    - ➢https: //essd001.semicon.toshiba.co.jp/svn/xx_m4/trunk/doc/06. design-specifications / 6.0. basic design specifications / PC-M3-FW basic design specifications .docx
- ➢   Phoenix-M2 firmware basic design specifications
- ➢   15nm NAND specifications
- ➢   BiCS NAND specifications
- ➢   [Sequence figure]

## 4    A premise, a dependence matter, and restrictions (Assumptions, Dependencies and Constraints)

### 4.1  Basic design thought

It is based on the architecture of Phoenix-M3/Condor-M3 of Trident architecture adoption. By HW-izing Sequencer processing of a normal system in Phoenix-M3/Condor-M3, improvement in performance and reduction of power consumption are aimed at. Random Read performance aims at the marginal performance of a host interface.

Although most distributed processing which was being carried out by Sequencer Complex in M3 serves as duty of SoC, about the processing which leaves control and redundancy of HW, it is considered as the duty of Sequencer. Moreover, for the weight saving of SoC, complex is deleted from Sequencer and SequencerUnit exists as a part of Hardware Engine (HWE). A role of a parent core in the conventional Sequencer is made into the duty of CPU by making not to perform message communication between Sequencer(s) into basic thought if needed.

It is F/E HW, without passing FW? Between B/E HW, the commands executed directly are only read, write, and verify, and it executes other commands via communication between CPUs. Moreover, even if it is a command which the above HW executes, FW intervenes about Read Modify Write or NAND error handling.

### 4.2  Difference with the Trident architecture

- ➢   LUT 3rd Table (LUT 3rd Cache)

    When all the LUT 3rd Table is developed by DRAM, in compaction processing of LUT, it is not necessary to perform lead processing to a LUT active block. Sequencer (considerable portion) It is managing the reverse lookup table of LCA (Region) corresponding to a LUT

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
9 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005209

**TOSHIBA**
Leading Innovation >>>

active block, and realize not leading a LUT active block during operation.In this case, the use-case which leads a LUT active block except for Patrol or DST is only a case where LUT 3rd Table (LUT 3rd Cache) is restored at the time of starting. (Phoenix-M2 or subsequent ones)

In addition, in order to stop the amount of loading of DRAM in a mass model in P-M5, Some of LUT 3rd Table and Region reverse lookup tables are developed to DRAM, and correspond to the model which leads LUT and a LUT log like user data, and carries out the compaction of the LUT.In these models, the use-case which leads LUT regularly exists in the address solution processing (LBA-NAND physical address conversion) in normal operation.

➢ Power supply 断处理

Since the capacitor for PLP is carried in the enterprise, Save all the LUT 3rd Table (LUT Dirty) updated, an effective cluster counter, and Dirty Write Cache data to NAND in power supply 断处理.Therefore, it is necessary to restore neither LUT nor an effective cluster counter from the log of a user data light in the case of restoration with the power supply ON. Restoration of LUT is realized by only the data led from the logical block (LUT Active block) to which LUT was written.Moreover, restore Dirty Write Cache data by what (reappear on WC) reproduce the state in front of 電源断 for. (Phoenix-M2 or subsequent ones)

➢ LUT Region size

In the Trident architecture, LUT Region size was restricted to 1 MB, 2 MB, or four MB for the following reason.

➢ The minimum read-out unit to assume is a sector (512Byte).
➢ Perform data transfer between NAND and a LUT related table directly.
➢ Convenience of the table entry structure by sector management

With the enterprise SSD,

➢ The minimum read-out unit to assume is a cluster (4 KB).
➢ Perform data transfer between NAND and a LUT related table through a buffer.
➢ Improvement in the flexibility of the table entry structure by cluster management

It is eased and the restrictions of LUT Region size [ in / "be alike" / the Trident architecture ] can choose smaller LUT Region size. Although there is a merit which can improve WAF at the time of a random light by making LUT Region size small, since there is a demerit that restoration time increases since a LUT 1st Table entry increases, it is necessary to set to moderate size. 256KB Region is adopted in P-M3/P-M5.

➢ The program status fail of a host light

When Program status fail occurs in the light from a host, don't perform rewriting of the

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:  10-5004
10 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005210

**TOSHIBA**
Leading Innovation >>>

data.The data in which the error was made is premised on being relievable by L3 ECC.The data which once published the light to NAND disappears from a light buffer.It is because it assumes that make this not wait for the write-in completion to NAND to there being few amounts of loading of SRAM for improvement in the speed by pipelining of transmission and NAND writing, and it transmits new light data to a light buffer. (Phoenix-M2 or subsequent ones)

## 4.3  Composition of HW

| Hardware | Spec. | Remarks |
|---|---|---|
| F/E CPU | ARM Cortex-R5 320MHz | ATCM(IMEM):256KB, BTCM(DMEM):64+64KB I-Cache 4KB, D-Cache 8KB |
| F/E Sequencer | Canopus final edition x1 | (Only SAS) |
| B/E CPU | ARM Cortex-R5 267MHz | ATCM(IMEM):256KB, BTCM(DMEM):64+64KB I-Cache 4KB, D-Cache 8KB |
| B/E Sequencer | Canopus final edition x7 233 MHz | NDM core0, IMEM:32KB, DMEM:48KB |
| | | NDM core1, IMEM:16KB, DMEM:24KB |
| | | NDM core2, IMEM:16KB, DMEM:16KB |
| | | L3Dec, IMEM:32KB, DMEM:24KB |
| | | LUT core0, IMEM:32KB, DMEM:32KB |
| | | LUT core1, IMEM:32KB, DMEM:32KB |
| | | Compaction, IMEM:32KB, DMEM:64KB |
| Encryption CPU | ARM Cortex-M3 | ATCM(IMEM):64KB, BTCM(DMEM):32KB |
| DRAM | DDR3 72bit/64bit/32bit 533MHz | 72 bits is an object for a Host data path. Deneb-M is 32 bits. |
| NAND Controller | Deneb A maximum of 18 ch(es) / 8bank/4plane The maximum notation capacity correspondence of 64 TB (Large Cluster) | |
| NAND | 15nm(1Z) MLC/TLC NAND 333MHz BiCS MLC/TLC NAND 333MHz | |
| Host Interface | SAS PCIe | |
| | | |
| | | |

The cash for carrying out the high speed of the command arranged to DRAM and the access of data is carried in Cortex-R5 CPU. When transmitting the data on DRAM created by CPU according to other HW mechanisms (for example, DMA and NANDC), Write Back of Cache is required. Moreover, when transmitting to DRAM from other HW mechanisms, an applicable domain needs to be Cache invalidate processed.

## 4.4  The function of BE SoC

The following function is realized by SoC among the processings relevant to the Trident architecture.

  ➢  Read

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005211
Plaintiff's Exhibit PX24, page 11 of 107

**TOSHIBA**
Leading Innovation >>>

- ✧ An error-less lead at large
- ✧ 1st Retry Read
- ➢ Write
  - ✧ Renewal of LUT
  - ✧ (User data) Generation of a log
  - ✧ Generation of the Write command
- ➢ Compaction
  - ✧ Generation of an effective cluster judging and an effective cluster list
  - ✧ The lead from an effective cluster list
  - ✧ Generation of a compaction lead to a light command
  - ✧ Renewal of the effective cluster counter by the LUT update request from FW
- ➢ LUT
  - ✧ Generation of a LUT Dirty light command
  - ✧ Renewal of 1 st-V/1 st-NV
  - ✧ Generation of a LUT log
  - ✧ Generation of a LUT log light command
  - ✧ Renewal of an effective region counter
  - ✧ Effective region judging
  - ✧ Effective region list generation
  - ✧ The lead of an effective region list to LUT compaction origin
  - ✧ Generation of a LUT compaction lead to a light command
  - ✧ On-demand LUT lead
- ➢ Flush
  - ✧ The NULL light command injection to a bank group boundary
  - ✧ It is the compaction light command injection to a logical page boundary at a compaction.
- ➢ Unmap
  - ✧ Renewal of Unmap 2nd Table

# 5    Scope (Scope)

The scope of these specifications is as follows.
- ➢ Composition of FW
- ➢ The function of FW
- ➢ The duty and functional outline of the module in FW
- ➢ The data structure of FW

# 6    Risk (Risk)

Refer to DRBFM for a functional risk of the ability to set to FW or HW.

The risk as management or an external factor is TBD.

TOSHIBA Confidential                                      Document ID:   10-5004
Template: J-11TP01-#03                                                  12 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                     VIASAT_KIOXIA-0000005212

**TOSHIBA**
Leading Innovation >>>

## 7 Design methodology (Design Methodology)

The following methodology and notation are taken in in this design.
- ➢ Methodology:   Object oriented design
- ➢ Notation:   UML

## 8 The outline of the system architecture (System Architecture)

## 8.1 The agreement and operating standard (Conventions and Standards followed) which should follow

T. B. D.

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
13 of 107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005213

TOSHIBA
**Leading Innovation** >>>

## 8.2 The outline of a system (System Overview)

It corresponds to "3. the System composition" of an M3 FW basic design document.

### 8.2.1 Equipment composition

| HOST I/F | Form Factor | Power Consumption |
|---|---|---|
| SAS Dual Port | 2.5"(SFF8223-15mH)<br>3.5"(SFF8323) | <9W, <14W <18W |
| SAS Multi-Link | 2.5"(SFF8223-15mH)<br>3.5"(SFF8323) | <25W |
| PCIe gen3x4 | 2.5"(SFF 15mH)/HHHL(CEM) | <25W |

64 TB is assumed as maximum notation capacity in equipment. Design FW not dependent on notation capacity (the same FW can be used like). (The model of a cluster is 64 bits)

The compatibility of FW between the models which carry different NAND is unnecessary.

### 8.2.2 SoC composition



### 8.2.3 Loading NAND (T. B.D.)

| | BiCS2 TLC (for development) 256Gbit=32GB | BiCS2 TLC TSV 512Gbit=64GB | BiCS3 TLC 256Gbit=32GB |
|---|---|---|---|
| Product | Phoenix-M5<br>Condor-M5 | Phoenix-M5 (high cap. ?)<br>Condor-M5 (high cap. ?) | Phoenix-M6?<br>Condor-M6? |
| A write-in system | Full Sequence | Full Sequence | Full Sequence |
| tProg(typ) | TBD (3.xms/3page??) | TBD (2.7ms/3page??) | TBD |

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
14 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005214

TOSHIBA
Leading Innovation >>>

| tR (typ/max) | 100us?? | TBD | TBD |
|---|---|---|---|
| tBErase (typ) | TBD | TBD | TBD |
| page size | 16KB+PI+ECC | 16KB+PI+ECC | 16KB+PI+ECC |
| page / block | 576 | 576 | 768 |
| pSLC page | 192 | 192 | 256 |
| plane | 2 | 4 | 2 |
| block size | 9MB | 9MB | 12MB |
| Number of blocks | 3944 | 7848 | TBD (about 3000) |
| w/e | 7K?? | TBD | TBD |
| | | | |

➢ It is continuation of examination at the following proposal.

   (1) Commercial production of only VE/RI by TSV BiCS2

   (2) BiCS3 application of as opposed to [in addition to (1)] ME opportunity and a low
       capacity belt

   (3) BiCS3 application to all the Swimlane(s)

➢ Assumption of a product name (T. B.D)

   ➢ As for BiCS2 loading products, M5 and BiCS3 loading products are M6.In the case of
      the above-mentioned (2) proposal    Those with a possibility of not becoming so.

Refer to the deneb_nand_memo.pptx about the outline of NAND specification.

## 8.2.4 Equipment capacity and NAND-DRAM composition

| NAND mounting capacity (GB) | The DDR required minimum capacity (MB) | DDR mounting capacity (MB) | 1G | 2G | 4G | 8G |
|---|---|---|---|---|---|---|
| 512 | 750 | 1024 | | 4 | | |
| 1024 | 1500 | 1536 | 2 | 2 | | |
| 2048 | 2500 | 2560 | 2 | 4 | | |
| 4096 | 6000 | 6144 | | | 4 | 4 |
| 8192(LUT paging) | 6000 | 6144 | | | 4 | 4 |
| 8192 | | 8192 | | | | 8 |

(2015/12 / 24 M5 development progress data)

➢ DRAM

   ✧ From CPU, it is up to protect/unprotect domains and can access 1 GB of domain.

   ✧ Access of the domain over 1 GB requires the switch of a bank.

   ✧ Independently of a DMA transfer, access is possible.

   ✧ From Sequencer, DRAM is not visible. (The same Window as CPU looks exact)

   ✧ From Sequencer, the whole region can be accessed using DMAC.

➢ CSRAM

   ✧ All the CPUs and Sequencer to access is possible.

➢ DSRAM in each HWE

   ✧ From CPU, access to all the domains is possible.

   ✧ From Sequencer, access only to DSRAM in its HWE is possible.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY          VIASAT_KIOXIA-0000005215

Plaintiff's Exhibit PX24, page 15 of 107

TOSHIBA
Leading Innovation >>>

## 8.2.5 Firmware composition



## 8.2.6 Target performance (T. B.D.)

About the W/R performance at the time of Large Cluster introduction, there is a demand of making 4K Random Write performance decrement of 4K Cluster -> 8K Cluster 15% or less. (from the measurement result of other vendors)

### 8.2.6.1 SAS (Phoenix-M5)

Narrow Single Port

| Model | | | High Endurance | Mid Endurance | Value Endurance | Read Intensive | |
|---|---|---|---|---|---|---|---|
| User Capacity | | GB | 200 400 800 1600 | 400 800 1600 3200 | 400 800 1600 3200 6400 480 960 1920 3840 7680 | 960 1920 3840 7680 15360 | 4000 8000 12000 16000 |
| NAND | | | BiCS2 pMLC | BiCS2 pMLC | BiCS2 pMLC / TLC TSV | BiCS2 pMLC / TLC TSV | BiCS2 TLC TSV |
| Interface | | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps |
| Form Factor | | 2.5" SFF | 15mmH | 15mmH | 15mmH | 15mmH | 15mmH |
| Performance (Single Port) (@ Aligned, Sustained, Entropy=100%) | | | | | | | |
| Sequential Read | 9W  t=t  MB/s | | 1100 | 1100 | 1100 | 1100 | 1100 |
| Sequential Write | 9W  e=e  MB/s | | 900 | 900 | 900 | 900 | 900 |
| | Perf. mode@11W  MB/s | | 1200 | 1200 | 1200 | 1200 | 1200 |
| Random Read | 9W  == (QD>32) KIOPS | | 230 | 230 | 230 | 230 | 230 |
| Random Write | 9W  == (QD>16) KIOPS | | 150 | 130 | 70 | 35 | 30 |
| | Perf.mode@11W == (QD>16) KIOPS | | 170 | 140 | 90 | 40 | 35 |
| Random W30%/R70% | 9W  (QD>32) KIOPS | | 190 | 185 | 135 | 86 | 76 |
| | Perf.mode@11W == (QD>32) KIOPS | | 200 | 190 | 150 | 95 | 86 |
| Latency (@ QD=1, Aligned, Random 4KiB) | | | | | | | |
| Read | | us (avg.) | 100 | 100 | 100 | 100 | 100 |
| Write | | us (avg.) | 30 | 30 | 30 | 30 | 30 |
| Endurance (per life, w/4KiB aligned Ran. W) | | | x25 DWPD | x10 DWPD | x3 DWPD | x1 DWPD | x0.5 DWPD |
| Data Retention (@ EOL, Power removed) | | | 3 mo. @ < 40 deg. C | 3 mo. @ < 40 deg. C | 3 mo. @ < 40 deg. C | 3 mo. @ < 40 deg. C | 3 mo. @ < 40 deg.C |
| MTTF | | MPOH | 2.5  (AFR: 0.35%) | 2.5  (AFR: 0.35%) | 2.5  (AFR: 0.35%) | 2.5  (AFR: 0.35%) | 2.5 (AFR : 0.35%) |
| UBER | | | 1.0E-17 | 1.0E-17 | 1.0E-17 | 1.0E-17 | 1.0E-17 |
| Product Life | | Years | 5 | 5 | 5 | 5 | 5 |
| Power Consumption (+5V, +12V) | (Active)  W (typ.) | | < 9.0 (Normal) <11.0 (Perf. mode) | < 9.0 (Normal) <11.0 (Perf. mode) | < 9.0 (Normal) <11.0 (Perf. mode) | < 9.0 (Normal) <11.0 (Perf. mode) | < 9.0 (Normal) <11.0 (Perf. Mode) |
| | (Idle)  W (typ.) | | 3 | 3 | 3 | 3 | 3 |
| Temperature | (Op)  Ta  °C | | 0 to 60 | 0 to 60 | 0 to 60 | 0 to 60 | 0 to 60 |
| | (Op)  Tc  °C | | 0 to 70 | 0 to 70 | 0 to 70 | 0 to 70 | 0 to 70 |
| | (Non-op)  Ta  °C | | - 40 to 70 | - 40 to 70 | - 40 to 70 | - 40 to 70 | -40 to 70 |

("M5_product planning progress_20160601.pptx" 2016/06 / 01 M5 development progress data)

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005216

Plaintiff's Exhibit PX24, page 16 of 107

**TOSHIBA**
Leading Innovation >>>

Narrow Dual Port

| Model | | | High Endurance | Mid Endurance | Value Endurance | Read Intensive | |
|---|---|---|---|---|---|---|---|
| User Capacity | | GB | 200 400 800 1600 | 400 800 1600 3200 | 400 800 1600 3200 6400 480 960 1920 3840 7680 | 960 1920 3840 7680 15360 | 4000 8000 12000 16000 |
| NAND | | | BiCS2 pMLC | BiCS2 pMLC | BiCS2 pMLC / TLC TSV | BiCS2 pMLC / TLC TSV | BiCS2 TLC TSV |
| Interface | | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps |
| Form Factor | | 2.5" SFF | 15mmH | 15mmH | 15mmH | 15mmH | 15mmH |
| Performance (Single Port) (@ Aligned, Sustained, Entropy=100%) | | | | | | | |
| Sequential Read | 9W seq8 | MB/s | 2200 | 2200 | 2200 | 2200 | 2200 |
| Sequential Write | 9W seq8 | MB/s | 900 | 900 | 900 | 900 | 900 |
| | Perf. mode@11W | MB/s | 1500 | 1500 | 1500 | 1500 | 1500 |
| Random Read | 9W 4KB (QD>32) KIOPS | | 450 | 450 | 450 | 450 | 450 |
| Random Write | 9W 4KB (QD>16) KIOPS | | 150 | 130 | 70 | 35 | 30 |
| | Perf.mode@11W 4KB (QD>16) KIOPS | | 170 | 140 | 90 | 40 | 35 |
| Random W30%/R70% | 9W (QD>32) KIOPS | | 281 | 259 | 171 | 99 | 87 |
| | Perf mode@11W 4KB (QD>32) KIOPS | | 301 | 270 | 205 | 110 | 99 |
| Latency (@ QD=1, Aligned, Random 4KB) | | | | | | | |
| | Read | us (avg.) | 100 | 100 | 100 | 100 | 100 |
| | Write | us (avg.) | 30 | 30 | 30 | 30 | 30 |

("M5_product planning progress_20160601.pptx" 2016/06 / 01 M5 development progress data)

### 8.2.6.2 PCIe(Condor-M5)

| Model | | High Endurance | | | | Mid Endurance | | | | Value Endurance | | | | Read Intensive | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| User Capacity | GB | 400 | 800 | 1600 | 3200 | 800 | 1600 | 3200 | 6400 | 960 | 1920 | 3840 | 7860 | 1000 | 2000 | 4000 | 8000 |
| NAND | | BiCS2 TLC (256Gb/die) | | | | BiCS2 TLC (256Gb/die) | | | | BiCS2 TLC (256Gb/die) | | | | BiCS2 TLC (256Gb/die) | | | |
| Interface | | NVMe / PCIe Gen.3 x4 | | | | PCIe Gen.3 x4 | | | | PCIe Gen.3 x4 | | | | PCIe Gen.3 x4 | | | |
| Form Factor | | PCIe AIC HHHL 2.5" SFF 15mmH | | | | PCIe AIC HHHL 2.5" SFF 15mmH | | | | PCIe AIC HHHL 2.5" SFF 15mmH | | | | PCIe AIC HHHL 2.5" SFF 15mmH | | | |
| Performance | | | | | | | | | | | | | | | | | |
| Sequential Read 128KB (QD128) MiB/s | | 3200 | 3200 (*1) | | | 3200 | 3200 (*1) | | | 3200 | 3200 (*1) | | | 3200 | 3200 (*1) | | |
| Sequential Write 128KB (QD128) MiB/s | | 1600 | 2600 | | | 1600 | 2600 | | | 1600 | 2600 | | | 1600 | 2600 | | |
| Random Read 4KB (QD256) KIOPS | | 500 | 800 (*1) | | | 500 | 800 (*1) | | | 500 | 800 (*1) | | | 500 | 800 (*1) | | |
| Random Write 4KB (QD256) KIOPS | | 250 | 400 | 200(*2) | | 170 | 285 | 140(*2) | | 95 | 160 | 80(*2) | | 80 | 130 | 65(*2) | |
| Random W30%/R70% 4KiB KIOPS | | 360 | 580 | 400 | | 300 | 500 | 320 | | 220 | 350 | 210 | | 190 | 300 | 180 | |
| Latency (@ QD=1, Aligned, Random 4KiB) | | | | | | | | | | | | | | | | | |
| Read us (typ.) | | 100 | | | | 100 | | | | 100 | | | | 100 | | | |
| Write us (typ.) | | 30 | | | | 30 | | | | 30 | | | | 30 | | | |
| Endurance (per life, w/4KiB aligned Ran. W) | | x25 DWPD | | | | x10 DWPD | | | | x3 DWPD | | | | x1 DWPD | | | |
| Data Retention (@ EOL, Power removed) | | 3 months @ < 40 deg. C | | | | 3 months @ < 40 deg. C | | | | 3 months @ < 40 deg. C | | | | 3 months @ < 40 deg. C | | | |
| MTTF MPOH | | 2.0 (AFR: 0.44%) | | | | 2.0 (AFR: 0.44%) | | | | 2.0 (AFR: 0.44%) | | | | 2.0 (AFR: 0.44%) | | | |
| Product Life Years | | 5 | | | | 5 | | | | 5 | | | | 5 | | | |
| Power Consumption(12V) (Active) W (typ.) | | 18 | | | | 18 | | | | 18 | | | | 18 | | | |
| (Idle) W (typ.) | | 4 | | | | 4 | | | | 4 | | | | 4 | | | |
| Temperature (Op) Ta °C | | (*3) 0 to 55 | | | | (*3)0 to 55 | | | | (*3)0 to 55 | | | | (*3)0 to 55 | | | |
| (Op) Tc °C | | (*3) 0 to 60 | | | | (*3)0 to 60 | | | | (*3)0 to 60 | | | | (*3)0 to 60 | | | |
| (Non-op) Ta °C | | - 40 to 70 | | | | - 40 to 70 | | | | - 40 to 70 | | | | - 40 to 70 | | | |

("Demand specification_20160113.pptx [ M5 ]" 2016/01 / 13 M5 development progress data
Renewal schedule of ->)

### 8.2.6.3 Time constraint

| Item | Details | Restrictions time | Conditions etc. |
|---|---|---|---|
| Starting time target | | 12 seconds | 16-TB model Worst |
| Starting time demand | Dell | 15 seconds 14 seconds (4T) | 2014/07/09 Product custom 12+12 second 2015/07/10 Tele contest opinion |
| | HP | 12 seconds | ↑@Big Capacity (Max 30s) |
| | IBM (#19769) | 2 seconds 12 seconds 14 seconds 10 seconds | Time from Power UP to Phy Enable Time from Notify Spinup to R/W Rdy Time to Ready of the Toshiba eSSD definition R/W command Timeout |
| | EMC | 50 seconds | ↑ |
| Power ON to OOB | | 1 second | (M3 basic-design specifications) |
| Unmap | Windows HW authorization (WHQL) | 480ms | 100MB x 60range |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005217
Plaintiff's Exhibit PX24, page 17 of 107

**TOSHIBA**
Leading Innovation >>>

| | | | |
|---|---|---|---|
| | DELL | 5 seconds | The whole 1.6-TB surface |
| | Small size Unmap (Write same) | | Equivalent to Write time |
| FW Download (warm boot) | HP(NVMe) | 2 seconds | FWcommit/download (Mr. Aihara check) |
| PLP | | 8ms | @??TB Desired value. It is dependent on equipment capacity. |
| Hitachi RSD demand | LU Reset | 80ms | (M3 basic-design specifications) |
| | Abort Task | 40ms | |
| | Send Diag Self-Test(Short) | 4 seconds | |
| PCIe | From Power ON to PHY initialization | 100ms | Enterprise SSD Form Factor rev1.0a PCIe 3.0 |
| | Normal shutdown | 5s | Demand specification of Linux driver |
| | Reset(WHQL) | 4s | |
| | DRAM deployment of Power ON to extended ROM | 250ms | |

## 8.3  System environment (System Environment)

eSSD is used as parts in a storage server system.

-> the approximate account of a server system. Composition etc.

## 8.4  Development environment (Development Environment)

RVDS v4.1

RVI

FPGA

Drive case (system)

Sequencer Compiler

DM Emulator

Cygwin

Subversion(tortoise SVN)

Redmine

Jenkins

Google Test

Tetra

## 8.5  Design strategy (Design Strategies)

In consideration of extension of a function, or the deployment to two or more models, it designs so that between modules may become high condensation and loose coupling. Thereby, the examination

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY          VIASAT_KIOXIA-0000005218

**TOSHIBA**
Leading Innovation »

for every module is made easy and reduction of exam time and improvement in reliability are aimed at. Moreover, the possibility of specification change or expansion localizes a high part as much as possible, and improves conservativeness.

## 8.6  The tool used for a design (Tools used for design)

UML modeling tool: astah*

## 8.7  Design environment (Design Environment)

T.B.D.

## 8.8  System action specification

It corresponds to "4. the system action specification" of an M3 FW basic design document.

### 8.8.1   Sector size

SAS and NVMe support 512B, 520B, 528B, 4096B, 4104B, 4160B, 4168B, and 4224B as sector size of Host.

As sector size with PI, 512 B+PI, 520 B+PI, 4096 B+PI, and 4160 B+PI are supported.

By the standard of NVMe, sector size (LBADS) is described two, and it is き乗 and can form total sector size by attaching Metadata to this.

For example, 528B becomes a setup of LBADS=512B and Metadata=16B, and 4168B becomes a setup of LBADS=4096B and Metadata=72B.

The customer demand of 4K sector is as follows.

| Customer | 4096 | 4104 | 4096+PI | 4160 | 4168 | 4160+PI | 4224 |
|---|---|---|---|---|---|---|---|
| EMC (SAS) | ? | ? | | ? | | | |
| EMC (PCIe) | ? | ? | ? | ? | ? | ? | ? |
| IBM | not required | | | | | | |
| HP | ? | ? | | | | | |
| DELL | ? | | ? | | | | |
| NetApp | not required | | | | | | |

In the case of 4K sector, 512B or eight 528 B are together put by HW of FE, and it is sent to BE, and it is not conscious of it being 4K sector in BE.

NANDC is supporting 512B, 520B, and 528B, and when sector size is short, ECC intensity is raised by using the part for ECC. System data are always Write(d) by 512B so that system data may not be lost by sector size change.

There is the following in the preservation place of NAND of system data, and the writing to these domains is applicable.

- ➢ LUT Block
- ➢ Urgent evacuation Block
- ➢ Fixed management domain

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005219
Plaintiff's Exhibit PX24, page 19 of 107

**TOSHIBA**
Leading Innovation >>>

---

➢  2nd pointer Block
➢  DM log Block

All of these preservation places are written in as pSLC, and Randomize Key is taken as fixation.

In order not to be concerned with the state of NAND but to make fixation the write-in Page number to data volume about the urgent evacuation Block and a fixed management domain, it writes in by making a cluster crushing rate into the maximum.

About LUT Block, the cluster crushing rate of L2P is followed like the User data Block.

Since the intensity of ECC is changed by the sector size of Host, it is necessary to change a setup of the sector size of NANDC. FE should volatilize[ un-]ize the format of sector size and PI in SA. Usually, convert FE into either 512/520/528 from the sum total value of sector size and PI at the time of starting and sector size change, and while setting up the sector size setting register in HuddleF, notify to BE (DM). Moreover, FE should usually set as HuddleF the sector size restored by the notice of the completion of SA restoration at the time of starting (before the completion response of SA restoration). FE and each BE should set up a 512B sector at the time of first time starting.

In C-M5, two or more Namespace(s) are supported, and since sector size is determined at the time of Namespace generation, it separates the FWQ demand of a format (whole surface Unmap / sanitization) and sector size change processing.

Since BE is not conscious of 4K sector, FE should convert LBA treated by FWQ per 512B sector.

In a model with the drive capacity of greater than 8 TB, since "SFF-8447 Specification for LBA Count for Disk Drives" is applied, the maximum of the number of blocks (MAX LBA) changes with PI(s).

Since it is the specification which PI decides by Format after changing the number of blocks (MAX LBA), and a sector format by Mode Select, the maximum of the number of blocks cannot be decided at the time of a Mode Select setup. Operate considering specifying All FFh (or making a sector size change zero block) as the number of blocks as a premise to change into the maximum of MAX LBA. (#25041)

### 8.8.2  swimlane change (=Max LBA change)

The Max LBA change from a host interface is interlocked with, and swimlane is changed.

#31588

Swimlane change is carried out in following order.

1.  (in the Case of NVMe) All the Namespace Deletion
2.  FESwimlaneLBA Change

---

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005220

Plaintiff's Exhibit PX24, page 20 of 107

**TOSHIBA**
Leading Innovation >>>

3. Format/Sanitize Execution エラー! 参照元が見つかりません。Paragraph, エラー! 参照元が見つか りません。 Paragraph

Furthermore, FWQ_01 REQ_CHANGE_OVER_PROVISIONING shall be carried out.
Since the LUT domain size on DRAM may change with Swimlane change, when you require DRAM DST after Swimlane change, refer to the FWSI parameter (following) which BE displays for FE.

BEDramSelfTest (it returns to 1 by Format/sanitize completion)

BEDstDramHvp256_320Unit

Since the LUT domain size on DRAM may change with Swimlane change, there is a period which a RAM patrol stops after Format/sanitizeFWQ receives before displaying 100% of a progress ratio.

It decides on basic motion and a duty assignment as follows.  (#26421)

- ➤ Specification outline
  - ✧ A gear ratio is dependent on NAND capacity.
  - ✧ Interlock a LUT block number with the number of LBA now at the time of format command execution.
  - ✧ Only the physical composition with same swimlane that can be changed.What can be included may change.
    - ● For example, change to WI(ME)400GB<->MU(VE)800GB, RI960GB, etc.
  - ✧ Capacity is decided by first time starting by UserEnd of product default information (PDI).
  - ✧ Offer each PDI in Swimlane (WI/MU1/RI) which is different by the same HW.
    - ● Although it is possible to unify PDI by the same Swimlane, in order to avoid confusion by change of a manufacturing process
  - ✧ The maximum which can be changed by Max LBA change is decided by Upper Limit of PDI.

- ➤ FW share information
  - ✧ The maximum LBA (existing) of a User domain
    - ● Set up from FE before the time of starting, and Format (change by mode page).
    - ● Only the preset value where it became effective that it can set up at Format
    - ● sysm computes the number of regions from the number of LBA which FE set up, and sets it as FWSI.
  - ✧ The total Region number in 3rdTbl
    - ● Use it for a DRAM patrol and the LUT block number determination in Format (FWQ_01 REQ_SANITIZE).

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
21 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005221

**TOSHIBA**
Leading Innovation >>>

- Don't access 3 rd-C domain which don't use by the module depending on LBA, such as a patrol (time limit parity error evasion).
  - ✧ Max P/E cycle
    - DM sets the current price as FWSI using the MaxP/E cycle information on product default information.
    - In order to refer to the current price (correspond to MaxLBA which became effective by Format)

- ➤ [Correspondence item (duty assignment)]
  - ✧ FE
    - Set "the maximum LBA of a User domain" (existing) to FW share information at the time of starting and a format.
    - It is using FWQ_01 REQ_GET_OP_ENDURANCE before change decision to know OP.
  - ✧ Sysm
    - "The number of LUT regions" is computed from "the maximum LBA of a User domain" (existing) at the time of starting and a format, and set to FWSI.
    - Change UpperLimit of the product default information on same HW composition into the equipment of large capacity (provided for product default information).
  - ✧ Sequencer
    - Perform restoration of LUT, and generation from "the number of LUT regions" at the time of starting and a format.
  - ✧ DMs (Max P/E cycle, a patrol, etc.)
    - Set up Max P/E cycle at the time of starting and a format.
    - A DRAM patrol (LUT 3rd) targets the range of "the number of LUT regions."

## 8.8.3 System data

BE FW takes charge of un-volatilizing-ization of system data. The means of the following volatilize[ un-]-izing is prepared and is properly used using the volatilize[ un-]ized information.

- ➤ The logical block for urgent evacuation

  The electric power of Capacitor is used at the time of 電源断, and Write to the logical block secured for exclusive use.

- ➤ The logical block for SnapShot/Log

  Write during operation SnapShot which is a copy of the table in a certain time, and Log which is the difference information at the logical block secured for exclusive use.Write only Log using the electric power of Capacitor at the time of 電源断.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005222

Plaintiff's Exhibit PX24, page 22 of 107

**TOSHIBA**
Leading Innovation >>>

> ➢ Fixed management domain
>
>   Write to the fixed NAND block which it is at the manufacture time of equipment and
>   was assigned.For the information updated during operation, Write is canceled at the
>   time of 電源断 and design to operate correctly after starting.

FE only refers to and updates the system data of the predetermined position of DRAM, and it
does not perform un-volatilizing-ized operation.
(An extended LBA domain is not used for a system-data use)

| Classification | Administrator | Preservation place | In charge of un-volatilizing-ized | It initializes at the time of first time starting. |
|---|---|---|---|---|
| Block management information | DM | SnapShot/Log | DM | DM(DRAM) |
| L2P | DM | SnapShot/Log | DM | DM(DRAM) |
| BE statistical information | DM | Urgent evacuation | DM | DM(DRAM) |
| FE system information (含 FE statistical information) | FE | Urgent evacuation | DM | FE(DRAM) |
| FE system information (Workload Log) | FE | Fixed management domain | SysM | − |
| Effective cluster counter | SoC/SEQ | Urgent evacuation | DM | DM/Seq(SRAM) |
| FW Binary | FE/SysM | Fixed management domain | SysM | − |
| Route pointer | DM | Fixed management domain | DM / SysM | DM |
| Product default information | FE | Fixed management domain | FE/SysM | − (at the time of manufacture) |
| Individual information − Fixed management domain layout − Initial BB table layout − DRAM information − NAND information | FE | SFROM | FE/SysM | − (at the time of manufacture) |
| DDP −NAND UID −Shift Read Table − Patrol magnification table − Compulsive refreshment | FE | SFROM | FE/SysM | − (at the time of manufacture) |

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
23 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005223

TOSHIBA
Leading Innovation >>>

| motion cycle – Degree [ exhausting / block ] table | | | | |
|---|---|---|---|---|
| Initial BB | MF/SysM | Fixed management domain | SysM | – (at the time of manufacture) |
| SED system data | FE | Fixed management domain | SysM | FE |
| 1st Table(V/NV) | SoC/SEQ | LUT–1st Snapshot LUT Block (Log) | DM | DM/Seq(DRAM) |
| 3rd Table Cache | SoC/SEQ | LUT Block | SoC/SEQ | DM/Seq(DRAM) |
| Name Space Table | DM | Urgent evacuation | DM | DM/Seq(SRAM) |
| Wide area (Long) UnmapTable | DM | Urgent evacuation | DM | DM/Seq(DRAM) |
| Region(Short)Unmap Table | SoC/SEQ | Urgent evacuation | DM | DM/Seq(SRAM) |
| 3rd reverse lookup | SoC/SEQ | – | – | DM/Seq(DRAM) |
| Large Cluster Gather Table | DM | SnapShot/Log | DM | DM(DRAM) |
| Memory Hole Defect Table | SysM? | Fixed management domain? | SysM? | – (at the time of manufacture) ? |
| Expansion ROM | FE(NVMe) | Fixed management domain | NVMe/SysM | FE(NVMe) |

➢ Memory Hole Defect Table

Although it also assumed corresponding to poor NAND called poor MH at the beginning [ of Deneb ] of development, Since DRAM of size is required by that it has come to be expected that a rate of incidence is not high, that detection with late-coming [ poor ] is difficult, and LUT 3rd Cache, don't correspond in Deneb.

➢ MPA deficit information table

The defect who occurs per page has been reported as the poor mode of BiCS.Since subjects, like the instability of performance and the difficulty of the write-in page progress management by interleave of a logical block unit are high occur by that detection with late-coming [ poor ] is difficult, and deficit management of a page unit, suppose in Deneb "don't correspond."

### 8.8.4    System state (said M3)

(From M3 chapter -7 system state to movement)

Equipment changes in the following modes by an event.

➢ Usually, the mode

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005224
Plaintiff's Exhibit PX24, page 24 of 107

**TOSHIBA**
Leading Innovation >>>

> ➢ Read Only mode
> ➢ Write Protected mode
> ➢ Failure mode

The threshold value of the change state by margin capacity is dependent on an equipment model (OP size). All M5 is the same.

| Equipment classification | Warning | Read Only | Write Protected | Failure |
|---|---|---|---|---|
| WI | 5% | 4% | 3% | 2% |
| MU | 5% | 4% | 3% | 2% |
| RI | 5% | 4% | 3% | 2% |
| VRI | 5% | 4% | 3% | 2% |

### 8.8.4.1 Read Only mode

When margin capacity is less than a Read Only threshold value, equipment changes in Read Only mode.

In this mode, Front End carries out the following operations to a host command.

> ➢ Usually carry out operation of a passage to Read.
> ➢ Return an error to Write (end as SAS:CHECK CONDITION status (07-27-00)).
> ➢ Usually carry out operation of a passage to Read/Write of system data.

Back End carries out the usually same operation as the mode.

### 8.8.4.2 Write Protected mode

When the following phenomena occur, equipment changes in Write Protected mode.

> ➢ When margin capacity is less than a Write Protedted threshold value
> ➢ Failure and the shortage of capacity of Capacitor (TBD cf #20596)
> ➢ When Endurance reaches a life

In this mode, Front End carries out the following operations to a host command.

> ➢ Usually carry out operation of a passage to Read.
> ➢ Return an error to Write (end as SAS:CHECK CONDITION status (07-27-00)).
> ➢ To Read of system data, it usually passes and operate.
> ➢ End as CHECK CONDITION status (07-27-00) to Write of system data.

Back End stops Write to all the NAND(s). Moreover, all the processings carried out in the backgrounds, such as a patrol, are suspended.

### 8.8.4.3 Failure mode

When the following phenomena occur, equipment changes to failure mode.

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005225

**TOSHIBA**
Leading Innovation >>>

> ➢ When margin capacity is less than a failure mode threshold value
> ➢ When the problem which cannot continue of operation is detected

### 8.8.5  FUA (said M3)

Although SCSI and NVMe have an option of FUA (Force Unit Access) in a Read/Write command, If FUA of the Write command is supported earnestly, in order for Flush(es) to occur frequently and to use FUA abundantly depending on OS, performance falls remarkably. For this reason, FUA ignores and it treats it as a usual Write command.

To FUA of the Read command, in order to guarantee read-out from NAND, from FE, Flush is performed, Dirty in Write Buffer is written in NAND, and the after that usual Read command is executed.

~~In M5, since FUA Read is notified to Write Buffer in Hit by the function of SoC at BE, by it, BE carries out Flush operation spontaneously only in that case. He does not need to be conscious of FE to Flush.~~

(When TL is long, rather than Flush, this function has the concern which carries out performance decrement, and shelves application.) It accepted not Flush(ing) NetApp by ReadFUA.

### 8.8.6  Flush (host command)

In SAS, it becomes the Synchronize Cache command, and becomes the Flush command in NVMe.

In order that futility may avoid 書き, nothing is done to Flush from a host.

### 8.8.7  Flush (Flush in BE)

In Flush processing of BE, Dirty in Write Buffer is written in NAND. Null Padding is performed when not filling the amount of Dirt(ies) per writing of NAND. Moreover, when Dirty does not exist, nothing is done but Response is returned immediately. Response transmission to Host is performed to the timing which the data transfer for the write-in unit of Write Buffer to NAND completed, and renewal of an address and opening of Write Buffer completed. The write-in unit of NAND changes by an arrangement order of the data in a logical block. A write-in unit in case the write-in unit in the case of putting a cluster in order in the direction of a channel puts one bank and a cluster in order in the direction of Multi Plane is 1 multiplane light.

### 8.8.8  Read Modify Write

Light processing of the sector unit which is less than a cluster is notified to BE FW. After generating and issuing the Read command of the data in which BE FE is merged and reading merge data to Write Buffer, HW generates the light command of a cluster.

---

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005226

**TOSHIBA**
Leading Innovation >>>

The same may be said of the light of less than Large Cluster in a Large Cluster model.

### 8.8.9    Write Same (said M3)

The Write Same command is one of the SCSI command sets, and is a command which Write(s) in the range which had data of one sector passed specified.

Although a use may be used by the manufacturing process of a customer, or receiving inspection, the purpose from the first is to initialize Parity of RAID. Since initialization of Parity of this RAID is performed also during system operation, In the virtual environment of Storage(s), such as Thin Provisioning which may be intermingled with a Read/Write command and performed within Storage System, it is surmised that the frequency in use of the Write Same command goes up further. For this reason, it is being required that performance should not fall even if intermingled with Write for some customers.

FE must process Write Same to a Read/Write command and parallel in command processing.

### 8.8.10    Read Continuous

Read Continuous is a function for continuing without performing correction processing and performing lead operation, even if an error occurs in a lead.

Stop the correction processing after Shift Read (Retry Read) which FW performs by the lead for Read Continuous, and return a result to a host as what has been led surely. With uncorrected data, BE should notify a lead success to FE. (#21912)

The target lead processing is only the user data lead from a host, and carry out error correction processing about the other lead data. The duty assignment with each module is as follows.

➢ FE manages a Read Continuous state.
➢ FE FW sets Read Continuous to a command table at the time of the command issue for Read Continuous.
➢ If Sequencer is a command for Read Continuous with reference to a command table at the time of L1 error generating, correction processing will be canceled and it will operate as what carried out a lead success.

(Correction processing after Shift Read to which FW performs canceling)

Although the Read Continuous state has been set up from BE_SETTING of FWQ as a system-wide state in M3, since the auxiliary function in SoC was added as it was the above, that a command unit needs to be processed and, the function as FWQ is deleted.

### 8.8.11    Recovery Time Limit

It corresponds to Recovery Time Limit considered as the additional function of M3.    (#21917)

The demand specification of M5 is as follows like M3.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005227
Plaintiff's Exhibit PX24, page 27 of 107

**TOSHIBA**
Leading Innovation >>>

- ➢ By a SCSI standard, specification of the maximum of error recovery time is possible.
- ➢ If a specification value is exceeded, it will return by Ann Colet.
- ➢ EMC demand.The specification value of P-M3 is about 200 ms.
- ➢ Measure in the command unit from a host.
- ➢ The difference from OCT (measure the time to completion per command) is a point only for correction processing time.
- ➢ It is aimed at Read/Verify/Write&Verify.
- ➢ (Supplement) Although a standard is the average of a sector unit, by EMC customization correspondence, the integrated value is demanded of it.

In M5, by basing on the basic specification of M3, since Sequencer is due to perform L3/L4 correction consistently from Retry Read, Sequencer performs the close of accumulation and the error notification of Recovery time, and error handling.
Therefore, all the error correction time is contained in the value of Recovery Time Limit.
(Retry and FSB which Sequencer performs, L3, L4)

- ➢ Sequencer will start measurement of error-handling time, if error handling is started.
- ➢ Confirm whether whenever Sequencer carries out error handling of the fixed section, integrate correction time and it is over the set-up time limit.
- ➢ If the time limit is exceeded, Sequencer will end Read as Ann Colet.
- ➢ FE clears the integrated value of a tag applicable if Ann Colet is detected.
- ➢ Manage addition time and a specification value on the addition time table of command tag arrangement.
- ➢ every command by which a tag is published by the host -- string attachment れる
- ➢ Set timeout time (interface between FE-BE) as FW share information.timeout -- set this preset value as 0 in the unnecessary execution section of a command

## 8.8.12  DST (Drive self test)

The test segment "NAND flash integrity test" of DST is taken as the * deletion *. Although it had realized by Write/Read/Compare to LBA exceeding user LBA M3/M4, this specification is considered as deletion for the following reason M5. (#27482)

- ➢ When LBA for DST is defined, the following subject occurs.
  - ✧ It is necessary to adjust NUseCount in NVMe.
  - ✧ At NVMe, only NSID=1 needs the size adjustment of MAX LBA.
- ➢ Cover LBA access by other items (Media Check).
- ➢ The demand to SSD was simplified by the demand specification of DELL.
  - ✧ Suppose that Vendor will present specification.

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
28 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005228

**TOSHIBA**
Leading Innovation >>>

## 8.8.13  NVRAM

It corresponds to NVRAM for the purpose of offering a more nearly high-speed storage domain to a host. The data storage location of the Read/Write system command for NVRAM demanded by the host is set to DRAM which a drive carries. In PLP, these data is saved to NAND and it restores to DRAM at the time of starting on the assumption that sufficient electric power (Capacitor) is carried. The PLP time and starting time at the time of NVRAM correspondence are defined separately.

With differences in the function of SoC, the correspondence method changes by SAS and NVMe.  (TBD)

- ➤ SAS
  - ✧ Using the logic Write interface of SoC BE, BE FW Write(s) the data of a NVRAM domain to an extended LBA domain.
  - ✧ At the time of restoration, BE reads an extended LBA domain and reverts to DRAM.
- ➤ NVMe
  - ✧ Write the data of a NVRAM domain from FE to an extended LBA domain by user data treatment.
  - ✧ At the time of restoration, FE reads an extended LBA domain and reverts to DRAM.
- ➤ Common
  - ✧ If restoration is completed in order to except from the object of refreshment and Wear Leveling, Unmap extended LBA immediately.

## 8.8.14  Unmap

Although the Unmap commands include the SCSI Unmap command, the Write Same (UNMAP=1) command, and the Dataset Management command (Deallocate) of NVMe, from Back End FW, it is altogether visible to the same command.

Since the Write Same (UNMAP=1) command is intermingled with a Read/Write command as above-mentioned, Back End FW must intermingle for them and process the Unmap command and a Read/Write command.

The domain for Unmap,

- ➤ The domain which includes two or more continuous LUT Region (Long Unmap Region)
- ➤ The domain of a LUT Region unit (Short Unmap Region)
- ➤ The domain of the cluster unit which is less than LUT Region
- ➤ The domain of the sector unit which don't fill per cluster

It processes by it being alike and dividing. Processing of a Long Unmap Region unit returns a response to FE, when a Unmap state is memorized, and the Unmap processing itself is performed by Background. The domain of a LUT Region unit and the domain of a cluster unit return a response to FE, after updating LUT as Unmap during a Unmap demand. The domain

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005229
Plaintiff's Exhibit PX24, page 29 of 107

**TOSHIBA**
Leading Innovation >>>

which is less than a cluster boundary merges and Write(s) a Unmap domain and a user data area by RMW(ing).

Since the minimum is decided by equipment capacity, the unit size of Long Unmap Region may be adjusted for every equipment capacity.

Long Unmap Region is managed on a bit map table. The next operation to a table is the duty of BE FW.

  ➢ The set of the bit map by Unmap demand
  ➢ The clearance of the bit map by broader-based Unmap completion

FW can develop Long Unmap Region to Short Unmap Table, and can request Unmap to HWE. FW manages the entry (32 pieces) of Short Unmap Table. BE FW advances Unmap processing of Long Unmap Region in the background, when periodical or a command stop is detected. Since HWE will notify that to FW if there is a user Write demand which overwrites Long Unmap Region, FW requires resumption of a Write demand of HWE, after [ Short Unmap Table ] developing. Since the Unmap domain which HWE processes is only by one of LUT Region at this time, the remainder advances Unmap like other Short Unmap Region processings.

It is checked whether renewal of LUT is passed by A.I. Artificial Intelligence:Write->Unmap. It is Unmap, after -> FW stops LUT HW and waits for completion of the present processing.



TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
30 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005230

**TOSHIBA**
Leading Innovation >>>

### 8.8.15  Whole surface Unmap

BE FW can complete whole surface Unmap processing only in time to carry out the light of the LUT mostly by directing LUT best writing to SoC, after initializing 3rd table. .

Same processing is performed by whole surface Unmap/sanitize / first time starting processing.

### 8.8.16  Sanitize

Block イレーズ is performed the whole surface Unmap and if needed.

When 電源断 occurs before sanitize completion, enable it to resume processing after a power supply injection.

#29036

?FWQ_01REQ_SANITIZE

Before FE sends a FWQ demand, following FW share information is set up. BE calculates the number of LUT regions based on it, and Seq changes LUT length.

LBA used to calculate the number of LUT regions (what is called FESwimlaneLBA)

### 8.8.17  Format

An equivalent for the same whole surface Unmap as Sanitize is processed. Specification of a parameter performs Write.

When 電源断 in Format occurs, Format Corrupted may be returned in SAS, but in NVMe, since it does not approve, using Format Corrupted should perform Format again according to a situation.

A setup of Namespace is not deleted by sanitize/format/unmap.

About FWQ_01 REQ_SANITIZE エラー! 参照元が見つかりません。Refer to the paragraph.

### 8.8.18  Name Space

Name Space of NVMe is supported.

Name Space is a function which can assign two or more LBA space in one drive.

A maximum of 31 space to 1-31 is supported by setting top 8 bits of LBA to Name Space ID (NSID).

(This is based on restrictions of DRAM.) It is possible to extend DRAM and to increase a Namespace number to 127.

By the standard of NVMe, NSID=0 is an invalid value. Moreover, NSID=0xffffffff means all the NSID(s).

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000005231

Plaintiff's Exhibit PX24, page 31 of 107

TOSHIBA
Leading Innovation >>>

Managing two or more entries which LUT 1st Region follows as 1 Name Space Region, one Name Space consists of two or more Name Space Region. The entry of the beginning of a certain Name Space Region, Although it is not necessary to point out LUT 1st of the position used as the integral multiple of NS Region size, FW manages a domain per Name Space Region for the Write/Read support under Namespace change, or FW simplification. The minimum unit of Name Space size serves as LUT Region size (256 KB). Therefore, the number of entries of LUT 1st/3rd in equipment adds the entry for the Name SpacexName Space Region size which is supported in addition to a part for equipment capacity.

In the case of the demand of Resize or Delete, BE should carry out unmap to the domain deleted. In order to make the Unmap processing to the domain deleted complete in the case of Resize/Delete, the domain should not be postponed as a Background Unmap object.

All the domains are assigned to NSID=1 as a state of Name Space immediately after first time starting.



- Name Space リージョン
  - 連続する LUT 1st リージョンをまとめたリージョン
  - 次の理由で装置容量ごとにリージョンサイズを調整する TBD
    - PLPで保存できるサイズにする
    - NSリージョンのアライメントを装置容量に見合うサイズにする
- Name Space Table  128KB(4byte/entry)の場合
  - 128KB/128 = 1KB/NameSpace
  - NameSpace リージョンエントリの最大サイズ(アライメント)

[Increase in quantity of the table size of a case with 128 Namespace(s)]

| Notation capacity (GB) | NS Region size | 1st / 3rd related table Additional size (4 byte/entry) | 1st / 3rd related table Additional size (5 byte/entry) |
|---|---|---|---|
| 400 | 512GB/(128KB/128/4) =2GB | 1st: 2GB/256KBx4x128=4MB<br>3rd: 2GB/4KBx4x128=256MB | |
| 800/960 | 1024GB/(128KB/128/4 =4GB | 1st: 4GB/256KBx4x128=8MB<br>3rd: 4GB/4KBx4x128=512MB | |
| 1600/1920 | 2048GB/(128KB/128/4 =8GB | 1st: 8GB/256KBx4x128=16MB<br>3rd: 8GB/4KBx4x128=1GB | |
| 3200/3840 | 4096GB/(128KB/128/4 | 1st: 16GB/256KBx4x128=32MB | 16GB/256KBx5x128=40MB |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005232

Plaintiff's Exhibit PX24, page 32 of 107

**TOSHIBA**
Leading Innovation >>>

| | =16GB | 3rd: 16GB/4KBx4x128=2GB | 16GB/4KBx5x128=2.5GB |
|---|---|---|---|
| 6400/7680/8000 | 8192GB/(128KB/128/4) =32GB | 1st: 32GB/256KBx4x128=64MB 3rd: 32GB/4KBx4x128=4GB | 32GB/256KBx5x128=80MB 32GB/4KBx5x128=5GB |
| 16TB | 16TB/(128KB/128/4) =64GB | 1st: 64GB/256KBx4x128=128MB 3rd: 64GB/4KBx4x128=8GB | 64GB/256KBx5x128=160MB 64GB/4KBx5x128=10GB |
| 32TB | 32TB/(128KB/128/4) =128GB | 1st: 128GB/256KBx4x128=256MB 3rd: 128GB/4KBx4x128=16GB | 128GB/256KBx5x128=320MB 128GB/4KBx5x128=20GB |
| 64TB | 64TB/(128KB/128/4) =256GB | 1st: 256GB/256KBx4x128=512MB 3rd: 256GB/4KBx4x128=32GB | 256GB/256KBx5x128=640MB 256GB/4KBx5x128=40GB |

[Increase in quantity of the table size of a case with 32 Namespace(s)]

| Notation capacity (GB) | NS Region size | 1st / 3rd related table Additional size (4 byte/entry) | 1st / 3rd related table Additional size (5 byte/entry) |
|---|---|---|---|
| 400 | 512GB/(128KB/32/4) =512MB | 1st: 0.5GB/256KBx4x32=256KB 3rd: 0.5GB/4KBx4x32=16MB | |
| 800/960 | 1024GB/(128KB/32/4) =1GB | 1st: 1 GB/256-KBx4x32=512KB 3rd: 1GB/4KBx4x32=32MB | |
| 1600/1920 | 2048GB/(128KB/32/4) =2GB | 1st: 2GB/256KBx4x32=1MB 3rd: 2GB/4KBx4x32=64MB | |
| 3200/3840 | 4096GB/(128KB/32/4) =4GB | 1st: 4GB/256KBx4x32=2MB 3rd: 4GB/4KBx4x32=128MB | 4GB/256KBx5x32=2.5MB 4GB/4KBx5x32=160MB |
| 6400/7680/8000 | 8192GB/(128KB/32/4) =8GB | 1st: 8GB/256KBx4x32=4MB 3rd: 8GB/4KBx4x32=256MB | 8GB/256KBx5x128=5MB 8GB/4KBx5x32=320MB |
| 16TB | 16TB/(128KB/32/4) =16GB | 1st: 16GB/256KBx4x32=8MB 3rd: 16GB/4KBx4x32=512MB | 16GB/256KBx5x32=10MB 16GB/4KBx5x32=640MB |
| 32TB | 32TB/(128KB/32/4) =32GB | 1st: 32GB/256KBx4x32=16MB 3rd: 32GB/4KBx4x32=1024MB | 32GB/256KBx5x32=20MB 32GB/4KBx5x32=1280MB |
| 64TB | 64TB/(128KB/32/4) =64GB | 1st: 64GB/256KBx4x32=32MB 3rd: 64GB/4KBx4x32=2048MB | 64GB/256KBx5x32=40MB 64GB/4KBx5x32=2560MB |

By the standard of NVMe, sector size can be changed for every Namespace. For the purpose, although it is necessary to set up a setup (data written to NAND) of BE as the sector size maximum, the subject that ECC is reduced and exhaustion of NAND progresses occurs. Therefore, after preparing the next restrictions, the sector size change for every Namespace shall be received.

> The sector size which serves as a base at the time of the 1st Namespace generation can be changed.
> Generation of Namespace below the sector size specified at the time of the 1st Namespace generation is possible.
> As for larger Namespace generation than the sector size specified at the time of the 1st Namespace generation, FE returns an error to a host.

About the parameter defined as Identify Namespace Data Structure of Namespace, it shall interpret as follows.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005233

Plaintiff's Exhibit PX24, page 33 of 107

**TOSHIBA**
Leading Innovation >>>

---

> Namespace Size (NSZE)

It is specified by the host by the number of LBA assigned to the target Namespace. When supporting Thin Provisioning, not size but the apparent capacity of an actual storage medium are shown.Don't refer to this value for BE FW.

> Namespace Capacity (NCAP)

In the target Namespace, it is specified by the host with the number of LBA assigned to an actual storage medium. BE FW uses this size in the case of Create/Resize.It is NSZE=NCAP when not supporting Thin Provisioning.The actually occupied NAND domain is extended to the boundary of a LUT region (256 KB), and BE FW manages it separately as NS_CAP_ACTUAL. When two or more Namespace(s) which are not LUT region boundaries are create(d), specify that it approves that the sum total of NSZE is less than equipment capacity, アライン it to 256 KB at a product manual, and a domain is secured.

> Namespace Utilization (NUSE)

The current price of the number of LBA currently written in by Write and Write Uncorrectable. In object outside, LBA of a unmap state is.the case where Thin Provisioning is not supported -- NUSE=NCAP -- it may be (may) -- return "the current price of the number of LBA currently written in" in M5.

## 8.8.19  Atomic Write

Atomic Write of NVMe is supported.

The maximum block length of the Write command who treats as Atomic Write supports only 128KB currently recommended by spec. Moreover, the change of ON/OFF is taken only as a package change with the whole equipment.

Until Last Flag which Length treats the command below 128KB as Atomic Write, and shows that SoC is a cluster of the last of a command comes, Physical Function -- (-- a light command is accumulated in the AtomicWrite cue which exists in every PF), and execution of a light command is controlled.

When the error on I/F and PLP are detected, the Atomic Write command is canceled in the procedure of the below-mentioned FLR.

## 8.8.20  PCIe Reset (the M3:TBD)

Reset defined by PCIe I/F must stop all internal commands, and must return to an initial state. Since BE does not have the structure which cancels the command which began execution, it is compulsorily stopped on the following point.

> The Host data transfer under execution stops immediately.

> Since transmission stops at Write Buffer per Cluster and Write stops [ subsequent data ] coming, in order that Atomic Write may be realized, tell Sequencer about Reset

---

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
34 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005234

**TOSHIBA**
Leading Innovation >>>

having occurred.

-> cancel the cue of PF0/PF1 of following LUT.

➢ Since it becomes impossible for Read to send data collected on Read Buffer, it resets Read Buffer.

It is the difference from FLR that a link with FE goes out. It must be appropriate to throw away only the way which went out.

すてれば is good only in Atomic Write and Read in a place with a sufficient pause.    (TBD)

It is under check on the HW team what you should do by BE.

### 8.8.21  Function Level Reset (FLR)

It corresponds to Function Level Reset of NVMe. The response time demand of FLR is 100 ms. When FLR is published, FE requires Reset in Physical Function Number (PF0 or PF1) applicable through FWQ of BE. BE is Physical Function for Reset (PF). The response of FWQ is returned after performing the next processing about the Atomic Write command which exists in the Atomic Write cue of Number.

➢ Clear the Atomic Write command.

➢ Return the response (the completion of WB transmission) of the cleared command to FE.

➢ Renewal of LUT is turned OFF and perform logic light processing.
  (Since L3 is generated by this data, Write to NAND as a group of L3)

(Hereinafter since SR-IOV is not supported reference information)

When supporting SR-IOV, each command from a host, By the command in the Atomic Write cue of Physical Flunction which could assign Virtual Function Level 0-127, and was demanded, When Function Level is in agreement, cancellation to the Write command is performed.

Another page light command may arrive first from the port of one side, without Write which is not generated by Atomic Write arriving. Sequencer should manage progress of a page, and manage it so that progress of a page light is not reversed. The possibility of this light page inversion may generate not only Atomic Write but the delay by a LCA duplication command or RMW.

### 8.8.22  DSM (said M3)

Dataset Management information added to the Read/Write command of NVMe. The schedule which is not used.

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA**
Leading Innovation >>>

### 8.8.23 Start/Stop Unit (with M3)

After advancing processing for the StopUnit command to the following stable state at the time of reception, PLP processing is performed, and it changes into the state where it can 電源断 safely. When a power supply is shut off in a Stop state, power supply 断処理 does not carry out.

> ➢ The logic Block which applying writes has been written to the last.
> ➢ Carry through renewal of LUT.
> ➢ Carry through the LUT refreshment for error restoration.
> ➢ Stop or interrupt other Background processings.

### 8.8.24 FW Download

FW image is saved to a fixed management domain. Keep the light to NAND performed in a host light or the background from competing so that a time constraint may not be exceeded. In M3, the light of FW image overlapped with the compaction, there was a case where a download command timed out, and in order to stop a compaction, the light of the FW image was carried out to the fixed management domain after shutdown processing.   (#17784)

Even if it is among a priority compaction in M5 (removing the inside of -STOP UNIT, etc. during -SLEEP changes during starting), in order not to use HOST SKIP MODE (1shot host skip carries out), If HOST writing does not occur, compaction writing does not occur, either, and the light to NAND to a fixed management domain does not compete.

F/E should stop a HOST light command in a fixed management domain light (under a FWQ demand). (#22777)

When changing so that HOST SKIP MODE may be used by refreshment etc., it cares about that the function which deters HOST SKIP MODE needs to be added in a fixed management domain light.

### 8.8.25 Power State (SAS)

### 8.8.26 Sleep

there are what is boiled when a command stops coming to Sleep from Host for a definite period of time, and is performed spontaneously, and a thing to perform with the IDLE command. Although these two operations were divided in M3, these operations are unified like P-M2. However, when you use Sleep by the demand from a host, perform processing in the background after returning a response to a host. (#21293)

The state of whether Sleep was completed is managed for FW share information.

It goes into Sleep, not carrying out Flush but leaving Dirty data in WriteBuffer, before going into Sleep, in order to avoid futility writing.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005236

**TOSHIBA**
Leading Innovation >>>

### 8.8.27 The internal state at the time of Sleep/Download/Stop changes

| Operation | Sleep/IDLE | FW Download | STOP UNIT |
|---|---|---|---|
| Flush | It bends. | It bends. | It carries out. |
| The block for hosts | It is *1 then. | It is *2 then. | It is *4 then. |
| The block for compactions | It is *1 then. | Close | Close |
| The block for LUT | It is *1 then. | It is *2 then. | It writes to the last of a block. |
| Renewal of LUT | It is *1 then. | Close | Close |
| Urgent compaction | All are done. | It bends. | *3 done altogether |
| LUT urgent compaction | All are done. | It bends. | *3 done altogether |
| Priority compaction (Error restoration LUT refreshment) | All are done. (At the time of a changes start a registered part) | It is interrupted and resumes after a reboot. | *3 done altogether (Not only error restoration but a slight error it contains wholly) |
| Priority compaction (except the above) | *3 done altogether | It is interrupted and resumes after a reboot. | It is interrupted and resumes after a reboot. |
| 3rd Table Cache restoration | *3 done altogether | It is interrupted and resumes after a reboot. | It is interrupted and resumes after a reboot. |
| Background Unmap | *3 done altogether | It is interrupted and resumes after a reboot. | It is interrupted and resumes after a reboot. |
| DM Snap Shot | All are done (Wait release). | It is interrupted and resumes after a reboot. | It is interrupted and resumes after a reboot. |
| Division Erase | All are done. | All are done. | All are done. |

\* Stop after a SLEEP demand to one sequencer at a convenient place.

※2   Write from a continuation of a writing block on the way after reboot.

※3   When the time of a change state needs to be shortened, examine carrying out each time "it is interrupted and resume after a reboot."

※4   Neglect of an Erase page is permitted in BiCS3 (taking into consideration is unnecessary in the security range in what is called an Erase best-before date).

With a stop, processing is suspended on the assumption that it does not resume.

With discontinuation, processing is interrupted temporarily on the assumption that it resumes.

At the time of Sleep/IDLE changes, the response and condition to a host are returned, without waiting for the completion of processing of BE.

A highlight portion shows the changed part from M3.

### 8.8.28 Throttling(TBD)

Throttling of performance is performed for the purpose of the following. () The performance which Throttling(s) is shown.

➢ In order to use and to suppress the performance difference in the start and Life End within 10% (Read/Write)

➢ In order to give five years of life (Write)

➢ In order to make it operate within specified Power (Read/Write)

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
37 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005237

**TOSHIBA**
Leading Innovation >>>

- ➢ In order to lower temperature (Read/Write)
- ➢ Since the individual specificity of ratio delay is covered (Write)

The following function is assumed as the adjustment method of Throttling. Performance is adjusted by considering equipment capacity, OP, a gear ratio, etc. and setting a parameter from FW.

- ➢ The minimum time setup of buffer acquisition (SoC function)
  - ✧ Accuracy: BM Max200MHz 5ns*32bit
  - ✧ Since Wait enters per 4 KB, it is not dependent on the block size of a command (influence Seqential and Random).
  - ✧ (It is enforcement at M3) The function in which Sequencer carries out a slot ring per command injection to NANDC may be able to be replaced.
  - ✧ This function is assumption used also for the latency stabilization at the time of a random light.If this preset value is fixable as a default minimum set value, a bigger preset value than it can be treated as a light slot ring setup of a 4-KB unit.Adjustment of making it a gear ratio interlocked with etc. may be necessity.
  - ✧ A setup can be changed during operation (under execution of W/R).
- ➢ Simultaneous drive NAND chip number (program and number of erase execution) restriction function (a SoC function and the system whole)
  - ✧ If it is 18ch 2bank and is 36 steps and 4bank (interleave) equipment, 72 steps are controllable by managing as a credit the Erase/Program number which operates simultaneously to alignment.It is necessary to accumulate and to consider a tipped part.
  - ✧ It can change in the state where the Write/Erase command is not fly(ing) to the NDC side.
- ➢ The number regulating function of Interleave (Interleave Unit) drives of NDC (every SoC function channel)
  - ✧ Use in order to stop that performance goes up by Random Read (especially Write Mix) when capacity is large.Fix to the InterLeave number of Write(s) corresponding to the target performance for every product.It is necessary to season with the part the channel accumulated and carried out.
  - ✧ It can change in the state where the Write/Erase command is not fly(ing) to the NDC side.
- ➢ The slot ring (FE) of a command unit
  - ✧ The system into which put Wait by the FE side in the command unit from a host
  - ✧ The influence on a command (SeqW) with large block size can be reduced.
- ➢ The slot ring of a command injection unit (Seq)
  - ✧ The system into which Sequencer puts Wait per command injection to NANDC

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
38 of 107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005238

**TOSHIBA**
Leading Innovation >>>

       ✧   Determine enforcement according to balance with the above-mentioned Buffer acquisition interval setup.
    ➢  Hidden OP system (DM)
       ✧   In order to make OP regularity, except a part for the free block beyond OP from the number of calculation of a gear ratio.
       ✧   Since the above-mentioned slot ring correspondence is required anyway when less than default OP, he recommends by not corresponding assumption.
       ✧   the above-mentioned plan considers enforcement, when performance stabilization is insufficient -- possible

An actual adjustment value is determined after carrying out equipment evaluation.

It is if fine adjustment is possible and it changes into a formula in one of the above-mentioned methods,

Introduction of a slot ring setup by a formula is considered.

FE makes a change of a parameter. Moreover, a parameter is determined in consideration of OP.

The performance difference depended for the cluster crushing rate between Logic Block to vary lessens a performance difference by not performing adjusting by Throttling, but rearranging Logic Block, and equalizing a cluster crushing rate.

This is taken as the duty of DM.

Correspondence by which a threshold value is changed via I2C about electric power control with SAS equipment according to Power Throttling at the time of PMIC use is required. Since it is the structure which is consumed from 5V system when it is the specification consumed from 12V system as an initial value of PMIC and the threshold value (default=0.6A) of 12V current which can be set up via I2C is exceeded, It is necessary to set up a threshold value for every Power Throttling, such as 9W/12W/14W (100 mA-step).

(Example)

➢  9W mode threshold value: 0.6A, =>12V/7.2W, 5V/1.8W

➢  12W mode threshold value: 0.7A, =>12V/8.4W, 5V/3.6W

➢  14W mode threshold value: 0.8A, =>12V/9.6W, 5V/4.4W

## 8.8.29  GC Control(compulsion GC)/Host Managed SSD

It corresponds to a GC Control/Host Managed SSD function like M4.

When a GC Control stop is required, stop compaction writing as soon as possible and return to the gear ratio control by the number of free blocks of FW management. In M5, since gear ratio control of a compaction is a page unit, the compaction writing which operates immediately after the stop after becoming the gear ratio 1:0 by GC Control start is 1 logical-page light at the maximum. (M4 is 1 logical block)

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY        VIASAT_KIOXIA-0000005239

TOSHIBA
Leading Innovation >>>

### 8.8.30  FA log

### 8.8.31  Compaction

DM computes a gear ratio based on a Free Block number, and it tells Sequencer about it.
A gear ratio is computed by a decimal point, and while writing in 1 block, Sequencer adjusts a gear ratio per logical page so that it may become close to the value of this decimal point.
Sequencer does not carry out skipping, even if Host Write does not come, and advancing a compaction.

However, the time of a priority compaction, etc. skip Host Write to the basis of the directions from DM to advance a compaction, even if Write data does not come from Host.
The renewal of LUT accumulates the renewal information of an address for a 1-page group (1/8 page of a logical block) in DRAM, and updates according to the next compaction writing.
Since the compaction point will separate for a patrol if renewal of LUT is neglected, the gear ratio 1:0 should also perform renewal of an address.

Compaction former supply to Compaction Sequencer is performed by passing a log Read result and MBA from BE CPU. Sequencer is inputting a log Read result into HWE, acquires an effective cluster judging result from HWE, and generates the cluster list for a compaction.
If the cluster list for a compaction is thrown into HWE, the Read command will be generated, Read is performed by SoC, and also the Write command is generated. NM Sequencer (Scheduler) publishes a compaction Write command on scheduling with other Write commands.

A compaction light will be performed, if the number of effective cluster judgings exceeds fixed numbers since the effective judging of HWE may lead to Latency aggravation when effective cluster density is low.

### 8.8.32  Starting

Since restoration of 3rd Cache Table takes time, it is referred to as Drive Ready by the completion of restoration of 1 st-NV Table.
3rd Table Cache is restored by Background after Drive Ready.
Carry out restoration processing of the lead time of a LUT log, and 1 st-NV Table in parallel using two or more buffers.
Since LUT HWE takes charge, design restoration processing of 1 st-NV Table from a LUT log so that tR overlaps with this processing.Carry out restoration processing of the lead time of a LUT log, and 1 st-NV Table in parallel using two or more buffers.
If BE carries out SS restoration, it will take out the notice of the completion of SA restoration to FE.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005240
Plaintiff's Exhibit PX24, page 40 of 107

TOSHIBA
Leading Innovation >>>

The compaction point which was [ address ] under updating at the time of a shutdown is treated as follows.

➢ The renewal of an address of a compaction writing place considers it as as [ the state at the time of 電源断 ], and does not resume renewal of an address after starting (to write-in ending or a logical page group boundary).

➢ Carry out the priority compaction of the writing block at the time of starting in the middle of a compaction. (HOST writing the same)

### 8.8.32.1    Limitations at the time of starting (said M3)

As a function which will be restricted by the time 3rd Table Cache is restored completely, some are following.

➢ Metadata Validation of DST (check of 3rd Table Cache)
➢ DRAM Patrol
➢ Sleep performed spontaneously

In DST (Metadata Validation), DM must not show the completion of 3rd Table Cache restoration to FW share information, and FE must not give a demand to BE till then.
In DRAM Patrol, DM suppresses execution of DRAM Patrol till the completion of 3rd Cache Table restoration.
DM deters similarly Sleep performed spontaneously.

### 8.8.32.2    Restoration of Drity Data (Host Write)

(New statement)
Since the logical page data which applying writes in the case of PLP has not written in corresponding L3 ECC, in order to protect those data, it performs the writing to a new block. Although it is writing and two or more logical blocks of a page may exist for Multi Stream correspondence, it moves these data to one logical block collectively.
The outline of processing is as follows at the time of starting.

➢ Restore L3 ECC which carried out urgent evacuation.
➢ Restore the user data which carried out urgent evacuation to WB.
➢ Supply the new logical block for Host/Compaction writing.
➢ It is writing and throw page data into a compaction.
   ✧ Supply to a compaction lead by considering log information saved at urgent evacuation as an effective cluster list.
   ✧ Carry out special L3 correction processing with few effective symbols using L3ECC saved at urgent evacuation at the time of an error.
➢ Carry out the light of all the WB data to a new logical block.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005241
Plaintiff's Exhibit PX24, page 41 of 107

**TOSHIBA**
**Leading Innovation >>>**

---

- ✧ It is WB data (only newest) L3 Encode.
- ✧ Release WB which is not the newest.
- ✧ If a part for a logical page is processed, it will repeat carrying out a light to NAND.

➤ Carry out the recurrence line of the Read Modify Write command restored from the urgent evacuation place (those with order 守る necessity).

➤ Carry out the recurrence line of the LCA duplication Write command restored from the urgent evacuation place (those with order 守る necessity).

➤ If a command injection finishes, Booted will be used without waiting for Write completion.

➤ It is writing and is about the error correction of page data.
In Deneb, when user data is transmitted to WB, L3 encoding is completed.Therefore, in order to write and to correct page data L3, it is necessary to carry out string attachment of the WB data which is not written at the L3 ECC data and NAND corresponding to the logical block.These string attachments can be grasped from the light command data saved in the case of PLP.

## 8.8.33  PLP (Power Loss data Protection)

In any states, when a power supply is shut off, volatilize[ un-]ize un-un-volatilizing-ized data and management information, including User Dirty, LUT Dirty, etc., and restore to the state in front of 電源断 at the time of a power supply injection. ロスト of data is not allowed.

There would be no compaction of a block during writing.

It is interrupted and the renewal of an address under execution is resumed at the time of starting. (Host and compaction)

However, in the following states, PLP operation is unnecessary.

➤ Until it Free-izes an urgent evacuation place after Power ON
➤ Stop state
➤ Failed state
➤ Write Protect Mode
➤ Under first time starting (until it can usually start at the time of a power supply injection)

The data and un-volatilizing-ized charge which are volatilize[ un-]ized are shown below.

| Classification | Arrangement | Preservation place | In charge of un-volatilizing-ized |
|---|---|---|---|
| BE statistical | DRAM | Urgent | DM/Seq |

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005242
Plaintiff's Exhibit PX24, page 42 of 107

**TOSHIBA**
Leading Innovation >>>

| information | | evacuation | |
|---|---|---|---|
| FE system information (含 FE statistical information) | DRAM | Urgent evacuation | DM/Seq |
| Effective cluster counter | SRAM | Urgent evacuation | DM/Seq |
| Wide area Unmap Region | DRAM | Urgent evacuation | DM/Seq |
| Region(Short)Unmap Table | SRAM | Urgent evacuation | DM/Seq |
| LUT Dirty | SRAM | LUT Block | DM/Seq |
| Name Space Table | SRAM | Urgent evacuation | DM/Seq |
| User Dirty | WB | Urgent evacuation | DM/Seq |
| DM Log (Snapshot difference) | DRAM | SnapShot/Log | DM/Seq |
| DM un-volatilizing-ized information | DRAM | Urgent evacuation | DM/Seq |
| Sequencer un-volatilizing-ized information | DRAM | Urgent evacuation | DM/Seq |

Although urgent evacuation is performed by Sequencer and DM cooperating, it writes in with the following layout by pSLC. in addition, the estimate of a writing place -- the cluster crushing maximum and two deficits -- namely

➢ In the case of 15nm NAND/18ch
   ✧ 18ch x12cluster x2bank-12 x2cluster (two deficits) -16cluster (L3)-2cluster (log)
      =390cluster = 1560KB
➢ In the case of BiCS NAND/18ch
   ✧ 18ch x6cluster x2bank-6 x2cluster (two deficits) -8cluster (L3)-2cluster (log)
      =194cluster = 776KB

It comes out and estimates.

Since two or more logical blocks are written in simultaneous because of Multi Stream correspondence and it is made midium, only the electric power which carries out NULL writing of all the logical pages which applying writes in the case of PLP is not securable. For this reason, it corresponds with the following plan.
   ➢ Writing the data in Write (program) is finished as it is (Multi Plane Write unit).
   ➢ It is writing and volatilize[ un-]ize the write-in completion position of a logical page.
   ➢ The compaction under writing stops.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005243

Plaintiff's Exhibit PX24, page 43 of 107

**TOSHIBA**
Leading Innovation >>>

---

- ➢ Save the user data on WB at an urgent evacuation place.
- ➢ It is writing and save L3 mark of a logical page at an urgent evacuation place.
- ➢ It is writing and save the log of a logical page at an urgent evacuation place.
- ➢ Save an unwritten in light command at an urgent evacuation place.
- ➢ Although the unsettled LUT Update command (SoC internal command) in Host Write processing exists, it is not necessary to volatilize[ un-]ize.Since it rewrites to another block at the time of starting and LUT Update (renewal of an address) is carried out anew, it is un-volatilizing-ized needlessness.
- ➢ Save the Read command of Read Modify Write at an urgent evacuation place.
- ➢ Save the Write command of LCA duplication at an urgent evacuation place.

## 8.8.34  DM Snapshot

In order to reduce the amount of mounting of Capacitor, some system data are periodically saved during normal operation.

Snapshot is the information which saved the table at a certain time at NAND, and saves change of the table accompanying Write or a change of state as a difference log (DM Log). The table of the newest state is restored by restoring Snapshot at the time of starting and sticking a difference log on Snapshot.

The data saved by Snap Shot is as follows.

- ➢ FE system information
- ➢ Statistical information
- ➢ DM un-volatilizing-ized information
- ➢ Block management information
- ➢ L2P table
- ➢ Large Cluster Gather Table

Among these, FE system information, statistical information, and DM un-volatilizing-ized information are saved aimed at obtaining a salvage, and use the information on an urgent evacuation place for restoration at the time of starting.

About block management information, L2P table, and Large Cluster Gather Table, it restores using a difference log at the time of starting.

## 8.8.35  LUT 1st-NV Snapshot

In order to shorten starting time as much as possible, a LUT 1 st-NV table is periodically saved as snapshot.

---

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
44 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005244

**TOSHIBA**
Leading Innovation >>>

Although a LUT 1 st-NV table is generable from the log of LUT, its time to carry out the light of the 1 st-NV table to the lead from NAND of a LUT log to DRAM is large to the rate of occupying at drive starting time.

At the time of starting, the newest LUT 1 st-NV table can be restored by restoring a LUT 1 st-NV table from Snapshot, and restoring in piles the log of LUT which carried out the light after this Snapshot preservation start.

### 8.8.36  Communication between CPUs (said M3)

FE CPU and BE CPU communicate using FWQ (it is the same as what is being used by M2/M3).

Supposing placing FWQ on DRAM, in order to check the existence of a message, it does not carry out Polling(ing) DRAM to the degree of 毎 Loop, but it raises interruption to a partner at the time of message transmission.

FWQ prepares independently communication with FE CPU and CPU for codes.

A demand uses Mailbox and it puts the main part of data on a shared memory.

CPU for codes does not carry out referring to the main part of data directly for reasons of security, but after taking into a local memory by DMA, it is referred to.

FE CPU is not this limitation.

Although polling is assumed in <SysM, he does not want to make it poll at FE for the reason for performance. The plan important point check by SysM. >

Commands other than Write/Read/Verify, such as Unmap/Write Long (Write uncorrectable@NVMe, Write Long@SAS) and Unmap, are executed through FWQ.

Refer to "eSSD_M5_FW_queue_message_specification_JP.doc" for details.

### 8.8.37  NAND Erase (the M3:TBD)

In order to shorten Latency of the Host command, Erase of NAND divides and it performs it. The unit of division is set to 2 ms (TBD), and is set to NANDC as a parameter.

Since completion will return per division if DM requires Erase, Erase of the same Block is continued and requested until Erase is completed completely.    (TBD)

Since NAND is not supporting, changing Block on the way forbids.

### 8.8.38  Erase earned-hours piece

It is not necessary to take Erase earned hours into consideration in BiCS3. Moreover, it is shown as a view from a NAND simple substance team that a writing page does not need to be written on the way.

~~After Eras(ing) a block for the reliability assurance of NAND, it is made to have written within earned hours.~~

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005245

Plaintiff's Exhibit PX24, page 45 of 107

TOSHIBA
Leading Innovation >>>

Since depression of performance will occur in Workload of Read 100% if writing is terminated and a priority compaction is performed at the time of an excess of earned hours of Erase, A logical page is periodically written in by Null Padding, and before Erase earned hours go out, the logical block has been written to the last.

About the added-a postscript type block of Snapshot, DM log, etc., same processing is performed including a Host block and a LUT block.

Management of earned hours and directions of Null Padding are made into the duty of DM, and Sequencer displays the write-in current position of the page unit of each logical block on DM.   (TBD)

Not NULL Padding but a compaction is performed about a LUT block.

Since it will lead to block drain only by neglecting it where a power supply injection is carried out if NULL Padding is carried out to Compaction Block, a compaction is performed as much as possible.

### 8.8.39  NAND access of CPU

On the assigned command buffer entry, CPU generates a NAND access command.

CPU requires system-data access of NM Sequencer, and requests the injection of the command on a command buffer entry. A command can also be directly supplied to NANDC from CPU by carrying out the exclusion of the HW resources appropriately depending on a command.

In the case of Write, when L3 encoding is required, L3 encoding of the data prepared on the memory at SoC is required, and the Write command of the data is generated.   (Command generation and encoding should be able to be parallelized)

NM Sequencer issues a command according to the priority of the command decided beforehand.

< -- if the list of each commands and the list of generation / injection persons which FW gives are here -- Good>

### 8.8.40  Cluster crushing

In the one-time write-in executive unit over NAND, the data volume to write in and the ECC length who adds are made variable like M3, and "cluster crushing" which chooses the write-in format according to the reliability of NAND is adopted. By reducing the data volume to write in to NAND to which reliability fell with the increase in the number of times of elimination, and extending ECC length, the error correcting capability of data is raised and the reliability and the life of equipment are improved as a result.

During equipment use, if it corresponds to one conditions of the following, after rewriting the written-in data to another block, data volume written in within a write-in executive unit is decrease of 1 cluster carried out, and ECC length is increased.

(1)  When data is not able to be read by Shift Read

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005246

Plaintiff's Exhibit PX24, page 46 of 107

**TOSHIBA**
Leading Innovation >>>

Refer to the following data for how [ to advance a Shift Read table and cluster crushing ] details.

\\pjcifs-01\xeSSD_SM\Phoenix-M5_Condor-M5\ specifications \ equipment reliability specifications \ cluster crushing specification

\\pjcifs-01\xeSSD_SM\Phoenix-M5_Condor-M5\ specifications \ equipment reliability specifications \ retry table

<span style="color:red">The data volume to write in is managed per page group in a physical block group.</span> The data volume written in the group of other pages in the same page group decreases similarly.

➤ About a write-in executive unit
   ✧ 15nm 4plane MLC NAND
   
   Let 4 physical blocks (plain parallel group) be 1 write-in executive units like M3.The data volume written in per 4 physical pages of NAND can be reduced up to 12 clusters by cluster crushing as 16 clusters at the time of the beginning of using of equipment (Fresh state immediately after manufacture).When the situation which still corresponds to above (1) or the conditions of (2) occurs, suspend use of the 4 physical blocks.

   ✧ BiCS 2plane TLC NAND
   
   Let 4(cluster/page)x2(plane)x3(page)= 24 cluster which is a Full Sequence write-in unit be a 1 write-in executive unit. At the time of the beginning of using of equipment (Fresh state immediately after manufacture), the data volume written in per write-in executive unit can be reduced up to 18 clusters by cluster crushing as 24 clusters. When the situation which still corresponds to above (1) or the conditions of (2) occurs, suspend use of the physical block (two pieces).

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005247

**TOSHIBA**
Leading Innovation >>>



### 8.8.40.1    Cluster crushing classified by page group

In M5, the function in which a cluster crushing rate can be set up according to a page group is added.

Although the cluster crushing rate was able to be set up for every physical block group in M3, Since it became clear that there was a tendency for the variation between the pages of BER in the same block to be large, the prolongation of life of a NAND life is aimed at by enabling it to set a cluster crushing rate to every [ in a physical block group ] page group (for example, let even the pages 0-31 be one group).

Large Cluster Gather Table and block supply processing will be managed for every page group. A page group is taken as the group which summarized one eighth of all the pages in a logical block.

### 8.8.40.2    ECC frame division

TBD

### 8.8.41  Large Cluster

Increase of a LUT related table (the amount of DRAM used) is suppressed, and it enables it to support a mass drive by supporting the cluster size of 4 KB or more.   (cf. LargeCluster.pptx)

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005248

**TOSHIBA**
Leading Innovation >>>

> ➤ Make variable the cluster which is an executive unit of LUT with the particle size of 4K, 8K, 16K, and 32K.
> ➤ Decide cluster size at the time of manufacture (don't change dynamically).
> ➤ As for an object, only User Data is.LUT is 4K cluster fixation.

In addition, the executive unit (4 KB) of NAND will be called media cluster to distinguish from a large cluster and the cluster of the 4-KB fixation which is an executive unit in NAND.

## 8.8.42  LUT paging

In order to suppress increase of a LUT related table (the amount of DRAM used) like Large Cluster and to be able to support a mass drive, it corresponds to the model which does not explore LUT 3rd Cache extensively to DRAM.
Since reducing equipment performance greatly is expected, LUT paging determines adoption by the lineup and performance plan of equipment capacity.   (It OKs by the correspondence after the completeness of the base FW becomes high)

## 8.8.43  Multi Stream Write

By summarizing a collection of the data eliminated by package to a NAND (logic) block, and writing it, compaction processing is reduced and it aims at lowering the whole WAF. It is not the purpose to accelerate Sequential Read.
It is decided upon the interface (T10) which notifies Stream ID from the host, and this is followed. Effective Stream ID is defined as 1 - FFFFh. The composition of the Stream management table of BE in Deneb is 0-63.
ID=0 shows Invalid by SAS and it shows Non stream Write by NVMe.
➤ The maximum of the number of simultaneous write-in logical blocks of Denev is 48.
➤ Unite the performance of stream/non-stream.
➤ 1stream is 8 interleave (4 logical-block simultaneous writing).

The Stream number supported by Deneb from the above-mentioned conditions is set to 8.
The following is used as a term on Multi Stream.
> ➤ Stream
>> ✧ A series of user data Write(d) from Host
>>> ● Data eliminated by package (overwrite).A set of the data with same life
>>> ● It is required by the Write command only for Multi Stream.
> ➤ Thread
>> ✧ Stream which assigned one or more writing place logical blocks
>> ✧ All Stream(s) are not set to Thread.

---

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA**
Leading Innovation >>>



Stream Write from Host is performed by the following procedure in an SAS standard.

    (1) open of Host to Stream is required (control command).

    (2) A drive (FE) answers Host in assignable Stream ID.

    (3) Using Stream ID received from the drive, Host publishes the Stream Write command.

    (4) After a series of Stream Write completion, Host requires close of StreamID of a drive.

    (5) A drive (FE) collects close(d) Stream ID and enables it to re-assign it.



TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
50 of 107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000005250

**TOSHIBA**
Leading Innovation >>>

Since it performs for the sake of a host's convenience, close is not necessarily certainly close(d). The environment employed while it open also exists. In Deneb, the employment to which only open is notified to B/E and close is not notified is also possible.

In NVMe, there is no command equivalent to open of stream, and a light command is published using 16-bit arbitrary StreamID(s) from a host. It is notified to FW that FE Soc receives StreamID(it distinguishes from host ID for every Namespece ID) Write ungiven a definition. It is judging whether FE overwriting whether open of the stream new to BE being carried out, and old StreamID, and associating a host's StreamID and Stream ID of inner management (with register of SoC), The Write command published after that is required of BE as a stream write command, without passing FW. close has the mode specified from host, and the mode which he leaves to SSD, and judges whether FE FW issues the close command or overwrite to old stream is carried out.
(https://xessdfw.pj.semicon.toshiba.co.jp/svn/default/condor_m5/trunk/doc/13.study/NVMe/prop osal/TP008_Directive_feature_0617.pptx Reference

A Stream number and the number of interleave are simultaneously limited by restrictions of the logical block which can be written in. Moreover, the measures which arrange a cluster in the channel direction by non-stream depending on a Stream number, and improve performance lead performance by the maximum of Write Buffer Entry and restrictions of the amount for Write Buffer of SRAM loading cannot be taken. In the demand of NetApp, it is required that the performance of non-stream and single stream should be united,
This subject is coped with by supporting some modes (a Stream number, the number of interleave, and cluster arrangement). Although it does not take into consideration changing dynamically from a memory map changing a lot, the binary of FW assumes that unify and the following mode changes by OFF/ON of reboot or a power supply after a Vendor Specific mode page setup. (cf. #27360, #28778

> 0stream (1 - 4 logical-block interleave)
  ✧ non-stream write arranges light data in the direction of a channel.
  ✧ Arrange almost all WB(s) to SRAM.
> 8stream (1 - 4 logical-block interleave)
  ✧ All the write(s) arrange light data in plane and the bank direction (1ch cuff).
  ✧ WB is SRAM/DRAM mixture.

It enables it to correspond to the following composition as customization correspondence.
> 32stream (interleave only stream 1 logical block)
  ✧ All the write(s) arrange light data in plane and the bank direction (1ch cuff).
  ✧ WB is SRAM/DRAM mixture.

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005251

**TOSHIBA**
Leading Innovation >>>

In consideration of evaluation by the difference in performance, a support man day, and a mounting man day, 2ch cuff etc. do not take into consideration any combination other than the above.

All the stream(s) are turned to the writing place for non-stream immediately after starting of BE FW, and if the notice of open is received, it will turn them to the logical block which supplied the logical block for the stream and supplied the writing place of stream which open(ed). BE FW will return the stream to the writing place for non-stream, if the notice of closing is received. Although he leaves the closed logical block to best-before-date piece processing and Null padding is carried out, When thread in Null padding is reused by new open of stream before finishing writing a logical block, the block is used as a writing place of another stream.

When the case which a best-before-date piece generates in a stream block is taken into consideration, there is concern in which it becomes an effect contrary to the expectation for a function, and WAF gets worse. It is remarkable when there is much opened stream.

Then, when a best-before-date piece is generated in a certain stream, the stream is convenient timing and it writes it to non-stream. After it, a light is carried out to non-stream, without supplying a new block to the stream.

As customization correspondence, even when an Erase best-before-date piece is generated, it can be made to do as [ supply / a block / continue ].

In =>BiCS3, consideration of the Erase best-before-date piece became unnecessary (2017/8/22).

(Reference information)

The maximum number of the logical block which can do writing simultaneously as restrictions of SoC is 48 logical blocks.

In NVMe/SAS dual port/SAS wide port, each block is distributed as follows.

➤ For stream: 32 logical blocks
➤ For non-stream :    (maximum) 4 logical blocks
➤ LUT :    1 logical block
➤ Compaction :    (maximum) 4 logical blocks
➤ For stream extension :    7 logical blocks

The logical block for stream extension can be assigned to stream with many amounts of Write(s) per unit time. However, since the timing of increase and decrease turns into timing which finishes writing a logical block, there are a thing with difficult control and a problem of changing performance sharply. For this reason, it is always considered as 1 logical-block quota る方針 to all the 1 Stream Write. Even if it is equipment which constitutes interleave of two or more logical blocks from a light of non-stream for Dual Port correspondence of NVMe or SAS,

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005252

Plaintiff's Exhibit PX24, page 52 of 107

**TOSHIBA**
Leading Innovation >>>

the light of stream is always considered as the composition of 1 logical block. (SP 忚 3 and agreement.) 2015/12/15

- ➢ OPTIMAL STREAM WRITE SIZE : 64KB
- ➢ STREAM GRANULARITY SIZE (1TB NAND drive:2 interleave)
  - ✧ Size of 1 logical block
    12MB/block x 2plane x 18ch x 2bank (interleave) = 864 MB
    Cluster crushing is disregarded and subtracts a part for L3 and LOG.
  - ✧ Management information size of 1 logical block
    - ● Log of 1 page of TLC(s)  :    4K x 4 cluster = 16 KB
    - ● L3 of 1 page of TLC(s)  :    4K x 8 cluster x3page = 96 KB
    - ● Management information on 1 logical block  :   (16+96) x256 page (TLC) = 28 MB

  Size (STREAM GRANULARITY SIZE) of the user data of 1 logical block,
  It accumulates, is disregard and is 864 MB. − 28 MB = 836 MB
- ➢ STREAM GRANULARITY SIZE (2TB NAND drive:4 interleave)
  - ✧ 836MB x 2 = 1672MB
- ➢ STREAM GRANULARITY SIZE (4 or more TB NANDdrive:  8 interleave)
  - ✧ 836MB x 4 = 3344MB
- ➢ STREAM GRANULARITY SIZE (0.5TB NAND drive:1 interleave)
  - ✧ Size of 1 logical block
    12MB/block x 2plane x 18ch x 1bank (interleave) = 432 MB
    Cluster crushing is disregarded and subtracts a part for L3 and LOG.
  - ✧ Management information size of 1 logical block
    - ● Log of 1 page of TLC(s)  :    4K x 2 cluster = eight KB
    - ● L3 of 1 page of TLC(s)  :    4K x 8 cluster x3page = 96 KB
  - ✧ Management information on 1 logical block  :   (8+96) x256 page (TLC) = 26 MB

  Size (STREAM GRANULARITY SIZE) of the user data of 1 logical block,
  It accumulates, is disregard and is 432 MB. - 26 MB = 406 MB

- ➢ When the performance of stream and non-stream is united by netapp customization (except 0.5 TB)
  - ✧ MAX STREAM : 16
  - ✧ OPTIMAL STREAM WRITE SIZE : 4KB
  - ✧ STREAM GRANULARITY SIZE  :    836 MB x 2= 1672 MB

## 8.8.44  Shift Read

SoC reads the default shift value in the lead of user data from L2P, and uses it.

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
53 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005253

**TOSHIBA**
**Leading Innovation >>>**

When L1 Fail occurs, 1 is added to an index value and Shift Read is performed again, and it repeats until an end is specified on a shift table. It is a role of FW to generate and issue the command in this case. (Application note preparation schedule.) In deneb, the raw command of NAND can be generated and issued by FW.

When it succeeds in Shift Read, Sequencer returns the index value to L2P.

The renewal of an index value is not based on the timing just behind the power supply ON etc., but is always performed.

Shift Read at the time of reading from other CH, when performing L3 correction performs that Sequencer is the same.

When DM eliminates a block, it returns the index value of L2P of the block to a default value. Sequencer notifies error information also including an index to DM, when Shift Read was successful or goes wrong.

DM is refreshed for a logical block in response to the notice.

In 15nm NAND, since Read to a block cannot be read during writing in many cases unless it is DLA ON, there is a demand of liking to lead by DLA ON from the beginning. The demand from ES1 for making a judgment of FA intelligible. Since a setup carried out by FW from the 1st time of a retry can be performed, correspondence is possible.

### 8.8.45  Patrol

#### 8.8.45.1      NAND Patrol (said M3)

The data written in NAND checks the reliability of data by leading periodically.

When the data in which reliability fell is found, data is rewritten promptly and the reliability of data is recovered.

User data, 3rd LUT, and NAND to which fixed management domain data was written are set as a check target. Since rewriting is carried out periodically, the snapshot or DM log of DM are not taken as the candidate for a patrol.

A patrol cycle is determined based on the demand specification (reliability, performance) over equipment, or the reliability data of NAND to be used. Refer to the following data for details.
\\pjcifs-01\xeSSD_SM\Phoenix-M5_Condor-M5\ specifications \ equipment reliability specifications \ patrol_refreshment table specifications

#### 8.8.45.2      Memory Patrol

Before correction becomes impossible by accumulation of the bit error on a memory, the following memory is periodically diagnosed from CPU. About the following domain which can be judged that the probability of the domain which can be judged that Write Buffer of the

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
54 of107

**TOSHIBA**
Leading Innovation >>>

length of stay of data, etc. are short, or a bit error is low enough, it carries out the outside of the object of diagnosis.

- ➢ SFROM
- ➢ cSRAM/dSRAM
- ➢ Sequencer IMEM/DMEM

Complete coverage of the patrol range in the memory carried in equipment is the duty of Data Manager.

Data Manager carries out also with the patrol of the memory which Sequencer accesses.

In Deneb, when the memory error which can be corrected is detected, a DRAM controller performs the correction.

### 8.8.45.3    Capacitor Patrol (said M3)

It diagnoses periodically that SuperCap or Poscap is charged correctly. When abnormalities are detected, it warns by SMART and makes a system change in the Write Protected state. A check cycle and the concrete check method are decided after Capacitor is decided.

### 8.8.46  LUT ratio delay

OP of LUT may be 100%. However, since the demand of starting time may adjust, use a static parameter.

### 8.8.47  FW image (said M3)

In the Write Buffer command of SAS, in order to support Mode 0Dh, it has two generations of FW images.

### 8.8.48  FA boot (failure starting mode)

It enables it to observe the managed table (snapshot) saved at the end by starting BE after failure of Assert etc. which occurred during normal operation. Although FE is shown as a failed state to a host, start BE and enable it to restore a table.

### 8.8.49  Safe boot

Only SysM is started, when Assert etc. occur in above-mentioned FA boot and DM and Sequencer cannot be started. By enabling it to use FWQ, it is the purpose to enable it to access

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005255

Plaintiff's Exhibit PX24, page 55 of 107

**TOSHIBA**
Leading Innovation >>>

---

NAND from FE, and it mainly carries out a dumping block to a lead すつ sake. The function of FWQ is restricted to the functions (fixed management access etc.) in which it can operate by a SysM independent.

## 8.8.50 The table which changes operation of FW

(From M3 "5. functional specification of FW each block" to movement)

At the time of starting of FW, the following table is developed from SFROM to DRAM.

Refer to the design document and format specifications of each module for the details of a table.

> Shift Read table (Sequencer management)
> Patrol magnification table (DM management)
> Compulsive refreshment motion cycle table (DM management)
> Degree [ exhausting / block ] table (DM management)

FW should offer a means to change the above-mentioned table, in a test or a manufacture process.

> FW for manufacture saves these tables at SFROM at the time of manufacture.
> Front End offers I/F which can change a table from a test.
> Usually, Front End in FW develops these tables to DRAM at the time of starting.
> Sequencer and DM operate with reference to the developed table.

About the following table, a parameter may be changed by customization. therefore, FW -- a table is held by FE FW and a state is notified to BE using FW share information so that it can change only by building. (#21909)

> OverHeat (high temperature reboot) threshold (from DDP to movement)
> The Over Provision threshold of SMART failure prediction (PDI: from product default information to movement)
> The Endulance threshold of SMART failure prediction (PDI: from product default information to movement)

## 8.8.51 Statistical information (said M3)

(From M3 "5. functional specification of FW each block" to movement)

The statistical information offered to a host has the following attributes.

> Definition (for example, which [ of L1/L2/L3 ] is application about an error correction?)
> Accuracy (don't secure the simultaneity in which you may be lost at the time of inaccurate 電源断 measured correctly --)
> Measurement person (the task on F/E and B/E CPU, Sequencer, NANDC, --)

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005256

Plaintiff's Exhibit PX24, page 56 of 107

**TOSHIBA**
Leading Innovation >>>

> ➤ User (the host of a customer, a manufacturing process, 戻 ON analysis, --)

## 8.8.51.1    Statistical information (SAS) of F/E management

The same information as M3 is managed.

It is developed on DRAM, and since statistical information of F/E management is volatilize[ un-]ized by the urgent evacuation place logical block in PLP, just update and refer to the information arranged as F/E at DRAM for it.

About a Work Load log, although it volatilize[ un-]izes by adding a postscript to a fixed management domain, it volatilize[ un-]izes to an urgent evacuation place logical block until the data for a NAND page accumulates.

After Power On, B/E notifies to FE the timing which SA completed. Although access from the point in time is attained, cancel updating to see it will introduce the structure memorized separately if the information updated by the completion (Booted) of starting has information to be updated by then since it is not volatilize[ un-]ized (the specification and the definition which are not updated).

| No. | Statistical information classification | Size (byte) | An un-volatilizing-ized domain and frequency |
|---|---|---|---|
| 1 | SMART Status | 384 | It shunts at an emergency evacuation place at the time of a shutdown. |
| 2 | F/E statistical information | 1536 | " |
| 3 | SAS interface log | 64 | " |
| 4 | The log for LOG commands | 192 | " |
| 5 | The log for WORK LOAD control | 320 | " |
| 6 | The log for command log control | 2048 | " |
| 7 | DST log | 848 | " |
| 8 | BMS log | 32928 | " |
| 9 | SMART data | 384 | " |
| 10 | Sense log | 19208 | " |
| 11 | Memory check log | 304 | " |
| 12 | Link Reset log | 6224 | " |
| 13 | BCRC error dumping log | 4112 | " |
| 14 | Application Client log | 20480 | " |
| 15 | Command sequence log | 294K | " |
| 16 | Work Load log | 7.2M | It saves to a fixed management domain every other hour. |

The details of each log are described by "SMART specifications."

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005257
Plaintiff's Exhibit PX24, page 57 of 107

**TOSHIBA**
Leading Innovation >>>

### 8.8.51.2    Statistical information of F/E management (NVMe)

The same information as M3 is managed.

### 8.8.51.3    Statistical information of B/E management

The same information as M3 is managed. The statistical information of Back End management is managed as a part of information written to an urgent evacuation place logical block. What is necessary is just to always update the data on DRAM as the newest situation, since it is saved by a part of preservation processing of a shutdown at NAND. However, a table equivalent to physical block information is not saved at an urgent evacuation place logical block. About "Read/Write information", since LAP of a counter occurs, it is a suitable interval and reflects in the data on DRAM the data which Sequencer updated. Refer to "SMART specifications" for the details of statistical information.

| No. | Statistical information classification | Size (byte) | Updating domain | Statistical information classification in FW cue |
|-----|----------------------------------------|-------------|-----------------|--------------------------------------------------|
| 1 | SMART information | | DTCM | FWQ_STATISTICS_SMART_DATA |
| 2 | WORKLOAD log control information | | DTCM | Nothing (acquisition is impossible) |
| 3 | Read/Write information | | DTCM | FWQ_STATISTICS_BE_STAT |
| 4 | Internal operation information | | DTCM | " |
| 5 | Error error recovery information (synthesis) | | DTCM | " |
| 6 | L2ECC correction impossible information (every chip and plane) | | DRAM | " |
| 7 | L1ECC correction impossible information (every channel) | | DRAM | " |
| 8 | Read Retry (Shift Read) information (every channel) | | DRAM | " |
| 9 | Management information for every chip | | It creates at the time of a demand. | " |
| | | | | |
| | | | | |

The endurance information on a fixed management domain is added as Generic specification, and it enables it to refer to Life Indicator of a system domain (a fixed management domain is defined as a system domain) from Log Page in M5. Suppose that it is the same as that of the endurance of user data about the management method of information, and the notice method of SMART. (#21915)

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
58 of 107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005258

**TOSHIBA**
Leading Innovation >>>

## 8.8.52  System Error Log/ System Event Log

Even if either including the circumference HW of FE and BE breaks down at the time of equipment failure or change of a system state (Read Only/ Write Portect), It came as a plan which records an event on one of NAND (System EventLog) and the SFROM(s) (System Error Log), or both for the purpose of the ability to check the trace.

However, in order that the side which detected failure may record an event through FWQ, there is only an effect of reducing unanalyzable probability.

➢ As compared with the failure by the side of NAND, it is thought that the failure probability of SFROM and FE CPU is small enough.

➢ The track record does not exist in old 戻 ON analysis etc.

➢ If SFROM/FE CPU is out of order, ex post facto analysis is possible.

For which reason, the event log by the side of NAND (System EventLog) is abolished. However, the state (event) where FE which it had left to the NAND (System EventLog) side detected should be left behind to DUMP, and should be premised on changing into the state where it can take out. (#20168)

## 8.8.53  Randomize Key

Data is changed into a Random value by Randomize Key when writing in the data on NAND. the data written in using a logical block -- "Randomize Key on L2P -- " -- a value is used. The following fixed value is used for other data.

| Classification | Randomize Key |
|---|---|
| DM log, 2nd pointer | 0x01FA8E8F |
| Fixed management domain | 0x8CC58AC7 |

In Deneb, since it defines as 16 bits, the size of Randomize Key is used as low-ranking Randomize Key with actual 16 bits among the above-mentioned values.

## 8.8.54  NAND control algorithm (performance relations)

## 8.8.54.1      The subject of the present condition about performance

The peak performance of SSD is improving till the place restricted with a host interface, and the demand of as opposed to stability also in Sayori is already large. Therefore, it is necessary to concentrate on the measure for suppressing the variation in various kinds of execution time.

➢ Icicle prevention

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA
**Leading Innovation >>>**

- ✧ Performance will be observed for every s and the variation in performance will be 10% or less (customer demand).
- ✧ Various NAND accesses, such as a compaction, refreshment, a patrol, and wear leveling, are pointed out as a cause.
- ✧ The case which NAND Write generates in the background in the situation where only Host Read is published is conspicuous.
- ➢ Latency variation prevention
  - ✧ The restrictions from a customer to the histogram of Latency are increasing.
  - ✧ Two of 、 which stop worst Latency and which suppress the variation in Latency are important for foundations.
  - ✧ If it is QD1, it is less than worst 3ms (independence target).
    - ✓ if Program suspend is not made in TLC -- 5 ms -- a limit
- ➢ Equalization of the performance in equipment which is different in capacity
  - ✧ In M3, since the number of drive banks changed with equipment capacity, the subject which changes performance only by equipment capacity being different occurred. (#21997)
  - ✧ It can specify how many Interleave Unit which exists a maximum of 15 pieces in Deneb are used simultaneously.FW is setting up the number of interleave of Write which equipment defines, and equalize the Read performance between different equipment capacity.Consider the number of interleave in equipment as fixation according to the target performance in the equipment composition.

### 8.8.54.2    Gear ratio (User Data)

- ➢ Base on the last specification of M3.For details, refer to the data "compaction gear ratio .ppt" of M3.
- ➢ Change of a gear ratio can be performed per Page (new).
- ➢ The renewal of Compaction LUT is starting before block write-in completion (new).
  - ✧ The specification of M3 is the thing fixed under restrictions that change of a gear ratio cannot be performed until the writing to a Host Write block finishes, and that renewal of LUT does not start until the writing to a Compaction Write block finishes.
  - ✧ If the timing of the renewal of LUT of compaction origin and free-block-izing is rash, "operation at the time of large OP" is changed, and the number of free blocks can be reduced.
  - ✧ For details, refer to "free block-ization" of M5_NAND demand .pptx.
- ➢ Control during normal operation not to be set to 0:1.
- ➢ In M5, gear ratio change in the middle of the page of Write is enabled.
  - ✧ Timing which changes a gear ratio is taken as the maximum bank interleave unit in equipment.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005260

**TOSHIBA**
Leading Innovation >>>

   ✧  Since stream is always 2 bank composition, in the situation Write(d) by only 1stream, a gear ratio changes after 4page write.

### 8.8.54.3    Gear ratio (LUT)

➢ Base on the last specification of M3.For details, refer to the data "compaction gear ratio .ppt" of M3.

➢ Control during normal operation not to be set to 0:1.

### 8.8.54.4    Host light skip

➢ Function

   ✧  The function to perform a compaction and LUT writing when Host light data is not assembled and a host light cannot be performed according to a gear ratio

➢ Subject

   ✧  If it skips, a gear ratio cannot be protected when host light data does not do.

   ✧  Unless it skips, it is not followed to the directions of HMS which an urgent compaction etc. do not follow, either (I would like to advance the compaction).

   ✧  The clear algorithm which make make compatible is required.

➢ Algorithm proposal (I think that M3 is such touch)

   ✧  The conditions which perform a host light skip (when either is filled)

      ✧  When refreshment is required

      ✧  The number of User Free block is Thresh 1. When it is the following

      ✧  When the number of User Free block is less than two Thresh in the case "go into Idle"

      ✧  When there is a compulsive compaction demand from Host

### 8.8.54.5    Refreshment

➢ About refreshment in case there is User Write

   ✧  Although the gear ratio is raised at the time of refreshment, I would like to carry out to about 0.1 and to unite a blend ratio (mixture ratio of the usual compaction origin and a refreshing agency) with the amount of gear ratio additions.

      ✓  0.1  Because He Would Like to Make を選ん into about 10% of Performance Decrement (it is Likely to Exceed 10% if it is 0.1, and it is 1:0 but --)

   ✧  If the waiting block for refreshment accumulates, the expenses [ unit / 0.1 ] of a gear ratio will be covered.

      ✓  It is to set the amount of gear ratio addition to 0.1N, if the number of the waiting blocks for refreshment is set to N.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY               VIASAT_KIOXIA-0000005261
Plaintiff's Exhibit PX24, page 61 of 107

**TOSHIBA**
Leading Innovation >>>

- ➢ About refreshment in case there is no User Write
  - ✧ Carry out injection timing of page refreshment to every definite period of time (20 ms: TBD).
  - ✧ An interval will be shortened if the waiting block for refreshment accumulates.At the shortest, assume it as about 3 ms.
    - ✓ It is 20/N if the number of the waiting blocks for refreshment is set to N. It is [ a (ms) cycle, however ] to make it into N= 6 at the time of N> 6.
    - ✓ If it is about 3 ms, it will be assumed that performance becomes a down 50%.Do too much fairly.

- ➢ In M5, in order to avoid the latency aggravation at the time of refreshment, perform the following measure. (#21905)
  - ➢ Only host lead execution is a measure against performance decrement in environment (it is not based on urgency but carry out).
    - ✧ Don't set it in HOST SKIP mode.
    - ✧ Carry out compulsive compaction minimum unit writing periodically (1 shot host skip).
  - ➢ The measure against light performance decrement under light operation (carry out only at the time of refreshment with low urgency)
    - ✧ In gear ratio 1:0 operations -> use about 1:0.1.
    - ✧ Gear Ratio 1: In N operation -> use about 1:N+0.1.

The move of "a slight error" and the block for "Wearleveling" is assumed to be "refreshment with low urgency."

- ➢ The measure against "if it is neglected, progress of the number of times of Erase is large" (#20966)
  - ➢ In M3, when there was little Write and compulsive refreshment was repeated, the effective cluster density of compaction origin went up, and the subject more than which the number of times of elimination in the refreshment which is 1 time increases occurred.Perform this measure by the following method in M5.
    - ✧ The measure against "consuming 1 block, although renewal of LUT is carried out" Precede and carry out renewal of LUT after compulsive refreshment of the gear ratio 1:0 ((に which does not synchronize with the following compaction light).Moreover, in M5, the renewal unit of LUT is not a logical block unit but a page group unit, and contributes to an improvement.
    - ✧ The measure against "consuming a maximum of 1 block, although supplied compaction-already origin is breathed out" when supplying compaction origin by the gear ratio 1:0 and the threshold value of the number of effective clusters is over a fixed quantity, forcible refreshment is

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY              VIASAT_KIOXIA-0000005262

**TOSHIBA**
Leading Innovation >>>

carried out next -- I will come out -- a block is boiled also as a compaction and choose it.

### 8.8.54.6    Delay in an effective cluster judging

➤ I would like to come to carry out NULL padding, if the effective cluster judging of a User Compaction yuan is overdue in order to protect Latency.
  ✧ If the judgment is progressing by sufficient number of pages, and it is satisfactory.
    ✓ With [ when a gear ratio is 1:N / if it progresses more than $(1+N)/N+1$ page per Compaction Write 1page ] no problem. (As minimum, if more than $(1+N)/N$ page progresses, a User block number will not increase)
      · When refreshment of User Data is unnecessary
      · In practice, since there are between pages and variation between blocks, limit to when the grade which can disregard variation is predicted.
➤ I would like to come to increase the ratio of LUT Dirty, if the effective cluster judging of a LUT Compaction yuan is overdue in order to protect Latency.
  ✧ If the judgment is progressing by sufficient number of pages, the ratio of Dirty is increased and it is satisfactory.
    ✓ With [ if the judgment of 2 pages per LUT Write 1page progresses ] no problem.(If 1 page progresses, a LUT block number will not increase)
      · When the urgent compaction of LUT is unnecessary

### 8.8.54.7    Icicle prevention

the icicle which had indication until now -- a phenomenon -- the following item

➤ M2 :    Refreshment by L1 correction failure in Read
➤ M2 :    Dynamic ウェアレベ ring motion in a sequential light
➤ M2 :    Blurs at the time of the change of a gear ratio (1:0 vs 1:1 etc.)
➤ M2/M3 :    Random light in large OP (a difference is too large at 1:0 vs 0.2)

### 8.8.54.8    Release timing and control of Write Buffer

In the case of vertical writing, Write Buffer is released all at once in many cases, but the improvement of Max Latency can be performed by making it come apart in the direction of time to some extent, when returning this to FE.
(It is HW duty in the case of Deneb)

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
63 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
VIASAT_KIOXIA-0000005263

**TOSHIBA**
**Leading Innovation >>>**

### 8.8.54.9    The measure against Latency

➢ Read Latency
  ✧ At the time of Read Write Mix, Write must not continue twice.
➢ Write Latency
  ✧ Between Host Write, Erase must not be caught twice.

### 8.8.54.10    A 1-s unit, the measure against performance variation

2015/02 The variation in performance serves as that the variation in the performance in every s considers it as 10% or less, eye が, and す now.

### 8.8.54.11    The measure against OP another performance variation

➢ Clipping of OP is required in order to prevent the random light performance variation by the variation in OP.
  ✧ It has a function after S1.
  ✧ Permit Chip kill in M3 large scale.Required also because of Chip kill permission

### 8.8.54.12    Bank scheduling

➢ User Read/User Write
➢ Compaction Read/Compaction Write
➢ LUT Write
➢ Patrol Read
➢ DM Log Write/DM SS Write / fixed management domain Write
➢ Erase/Erase Suspend/Erase Resume

### 8.8.54.13    Write scheduling

TBD (the following, said M3).

It changes with host I/F and NAND(s).

The optimal method of writing in for SoC and NAND is chosen so that Write performance can be demonstrated to the utmost.

The unit which changes the writing of a compaction to a host is set to SAS:?Bank and PCIe:?Bank, and the writing of LUT is inserted in the place where performance does not fall if possible and on which it decided beforehand.

Since there is two or more composition of NAND, it enables it to specify the parameters (the order of Bank, etc.) about Write scheduling from BE CPU, and they give the pliability of a design.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005264
Plaintiff's Exhibit PX24, page 64 of 107

**TOSHIBA**
Leading Innovation >>>

In order to improve a Read latency, continuation execution of NAND Erase should not be carried out. This can respond by the 1:N control facility which specifies Erase/Write of SoC, and the input ratio of Read.

Moreover, in order to improve the latency of Write, carry out scheduling so that Erase, DM Log, and Snapshot are not continuously performed in Sequencer.

## 8.8.55  NAND control algorithm (management relations)

The algorithm in connection with NAND management is decided by the reliability assessment of NAND to be used.

The following item is indicated to separate volume "."

➢ The subject of the present condition about NAND management

➢ The degree of consumption

➢ stacking -- increase -- stacking and reducing

Assume accumulating NAND in a specific bank and a channel. Since the maximum composition bank number of L3 and logs was 2bank as restrictions of M3 (Canopus), it accumulated and L3 and a log were constituted only from a part, but the maximum composition in Deneb serves as 4bank. It accumulates, and the log of a part and L3 accumulate and consist of same cluster positions as a nothing log and L3.

　✧　A logical block consists of all the ch(es) and 2 – 4bank.

　✧　Bank Interleave [ the writing of accumulated ch ] four times

➢ Power supply 断処理 and PLP-STOP Unit

➢ Deficit

➢ Recombination of a logical block

➢ Construction of a physical block group

➢ Free-block-izing

➢ ウェアレ ベ ring

When the Host data which is not updated exists, the situation which has stagnated in the same block may occur without being chosen as an object of a compaction.

Wear Leveling -- the (there is little number of times of elimination) block -- being effective (turning an Erase/Write cycle) -- in order to use, the data which stagnated is moved to another block and aim at releasing and reusing.

When the number of times of elimination of a block with old write-in time of fixed within the limits (the degree of consumption) is smaller than the threshold value compared with the number of times of elimination of the average block (the degree of consumption), carry out Wear Leveling processing.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005265

**TOSHIBA**
Leading Innovation >>>

Compaction operation realizes Wear Leveling processing.

Judge enforcement of Wear Leveling according to the number of times of use of a logical block (writing [ = ] in number of times of = elimination).A host compaction, LUT-Snapshot, etc. should carry out execution judgment of Wear Leveling according to the number of consumption of all the logical blocks, without distinguishing the use of writing.

➢ cold data compaction (#21899)

When there was LBA which the data updated has deviation and is hardly overwritten, the phenomenon in which performance fell was observed by M3/M4 (#19355).

By gathering the data fixed by the structure of wear leveling in the same possible block, and moving (compaction), the frequency of a compaction can be lowered, and the improvement in performance and a WAF improvement can be expected, and perform this measure. (#21899)

➢ Temperature and time at the time of logical block writing

There is a demand that temperature intersection would pose a problem in M4 (15nmNAND) (it will be transformed if it writes at high temperature and reads at low temperature) and he would like to carry out various evaluations by NAND WG using the temperature and current temperature at the time of data writing.for example, "prepare, change and use the retry table according to write-in temperature-current temperature" etc.

-- idea える.Moreover, the evaluation using the lapsed time after writing in is also considered.Although inquired for details after this, establish the field of "the temperature to write in (at the time of an end), and POS" in logical block information as the preparation.

### 8.8.55.1      NAND control algorithm (error relations)

The algorithm in connection with a NAND error is decided by the reliability assessment of NAND to be used.

The following item is indicated to separate volume "."

➢ LDPC & BCH
➢ NAND error recovery plan
➢ A retry lead, a default shift lead, and an index
➢ Vth Tracking
➢ BB-ized conditions

    ✧ Relieve the occurrence error block corresponding to the end of PM4 (#24837).

    Without performing Bud blocking by the 1st イレース error generating, when an error recurs within 15 times of write/erase cycles after error generating, consider it as a バッド block. (Use a バッド block, when the 2nd error occurs into the 16

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005266

Plaintiff's Exhibit PX24, page 66 of 107

**TOSHIBA**
Leading Innovation >>>

latest) This specification influences neither Chip Kill conditions nor statistical information.Since a program error has the danger of losing data, make it a バッド block by generating which is the 1st time.

➢ Cluster crushing motion conditions
➢ A patrol, compulsive refreshment
  ✧ About a patrol required for BiCS2 (#23735)
    The following characteristic has been reported in BiCS2 (2016/5).
    ● BER is bad at Read of the beginning after a power supply injection.If time has passed since the last Read, BER will worsen.
    Therefore, one block lead is performed every 5 minutes. The unit of a lead should just carry out SLC Read (the fast version) of the one page to each block. In order to carry out this processing as usual patrol processing, it examines making it shift in the direction of a logical block rather than shifting a lead order of a patrol in the direction of a page.
➢ Read Disturb and a lead counter
  ✧ When carrying out forcible refreshment without there being no error more than predetermined, and after a re-setup and the number of times of a lead exceeding a counter and carrying out an inspection lead, although carrying out number-of-times excess of a lead, and the Lee Dodi Staab inspection was conducted, carry out a compaction as serious error recovery treatment. (#24813)
➢ Refreshment implementation timing
➢ ~~Best-before-date piece~~
➢ Exception handling at the time of power supply ON
➢ Read Continuous and an error correction processing stop
➢ Adaptive lead
➢ BiCS MH poor measure
➢ Operation at the time of recovered error generating

### 8.8.56  NAND error acceleration setup

#24124

### 8.8.56.1    Demand specification

It indicates to /trunk/doc/06. design specifications / 6.3. equipment external specifications / test command specifications / command specifications .docx for a P-M5-examination. Foundations are as follows.

➢ NAND error acceleration setup (Test No.)0xB3)
  ✧ The Injection function of Program Fail and Erase Fail
  ✧ Timer Interval specification and those with logical address specification

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005267
Plaintiff's Exhibit PX24, page 67 of 107

**TOSHIBA**
Leading Innovation >>>

---

- ✧ There are "RndKey change" (L3 correction occurs at the time of Read) and "PLP Program Fail" (Program Fail insertion in PLP) as the option of Program Fail.
- ✧ PLP Program Fail is not taught to all the Write(s) after PLP, but is thinned out suitably, and insert it.
- ✧ The specification of BE specification of DualBE of M3 is lost.
- ✧ A functional addition useful to debugging
  - I would like to make insertion of Program Fail urgent evacuation place L3 correction verification by urgent evacuation place Page/Ch/Bank specification.
  - I would like to carry out insertion of Nand Timeout.
  - Need LSA Mismatch insertion? (At least the check of breaking down can be used)
- ✧ Usually, include in FW by default (it is another and don't prepare an acceleration farm).

- ➢ Use-case
  - ✧ Program Fail, Erase Fail, and EVT (it is almost meaningless after mounting has not finished before) of L3 correction
  - ✧ Program Fail acceleration Running by the Sis criticism

## 8.8.56.2    Design specification

*Specification of M3*

*Ticket #20413, #20872*

*/trunk/doc / 06. design specifications / 6.2. internal design specifications / Seq/WC auxiliary data / Program error acceleration_FE_WC_IF.xlsx*

- ➢ Specify the error insertion method from FE by memory direct writing to Sequencer (Scheduler).
- ➢ Sequencer (Scheduler) tampers with a Nand command table to NDM just before command issue, and is error creation.
- ➢ Program Fail substitutes and Injection(s) CmdSeq.
- ➢ If Erase Fail can also do CmdSeq in substitution, it will insert by Scheduler.

## 8.8.57  Ratio delay change

It is referred to #29036 for details.

FE shall perform FWQ_01 REQ_CHANGE_OVER_PROVISIONING, after checking that it is satisfactory with the ratio delay after change by FWQ_01 REQ_GET_OP_ENDURANCE.

---

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
68 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY          VIASAT_KIOXIA-0000005268

Plaintiff's Exhibit PX24, page 68 of 107

**TOSHIBA**
Leading Innovation >>>

?FWQ_01REQ_GET_OP_ENDURANCE

BE receives the following as a parameter of a FWQ message, and it calculates OP and endurance using it.

Maximum LBA number

Sector size

The maximum LBA made into the threshold value of Swimlane in specification sector size

Before ?FWQ_01 REQ_CHANGE_OVER_PROVISIONING (when mode specifies by FWQ_CHANGE_OP_MODE_RECALCULATE) FE sends a FWQ demand, following FW share information is set up. BE calculates OP and endurance based on it.

The maximum LBA made into the threshold value of Swimlane (arrangement currently called FELBASwimlaneThresh)

The maximum LBA used for OP calculation (what is called FELBAForOPCalc)

About sector size, what is set as BE at the time is used.

It is assumption I have you certainly call from FE at the time of MaxLBA change, Swimlane change, and sector size change.

## 8.8.58   It is perpetuity at the time of capacitor failure.

#20596

### 8.8.58.1       Demand specification

➢ Set it in Cache OFF mode by Capacitor failure.

➢ Don't break down by power supply OFF/ON.Don't lose data. *Although the specification which changes to write-protected by 1st off-on is not denied, either, 望むらく maintains writable.*

➢ ~~Performance may fall.(Although it is limited ... About 1/2?) Does it fall too much 1/10 just for a moment?   Even if 1/2 performance is not in prospect, give priority to realizing.~~

### 8.8.58.2       Limitations

➢ until [ after a capacitor breaks down ] it carries out first-time commit operation -- being defenseless (also in first time starting, contain by a capacitor failed state) -- carry out.

➢ After once becoming write cache off operation, it cannot return to write cache on.

➢ Aside from the commitment (permanence-izing) accompanying the command processing of FE, BE (DM) does not commit spontaneously (since the control which avoids a deadlock becomes remarkably complicated).As a result, don't perform refreshment accompanying a

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005269

**TOSHIBA**
**Leading Innovation >>>**

read error, and spontaneous refreshment (a patrol, the Lee Dodi Staab forcible refreshment, chip poor processing priority compaction) of BE.

### 8.8.58.3    FE-BE interface plan

When FE noticed capacitor failure, it carries out the capacitor failed state of FWSI of FE display "truly", and carries out the command injection to subsequent BE(s), and the response to a host as follows. That is, it cannot be the back [ operation / commitment ] that a capacitor failed state serves as "truth."

Moreover, the capacitor failed state used as "truth" is not returned to an "imitation."

FE repeats the following to BE by a capacitor failed state.

*FE sends one command received from the host to BE.*
*FE waits for the response from BE of the command sent to BE.*
*FE carries out commitment operation (prepare shutdown-shutdown-warm boot in FWDL mode) to BE.*
*FE waits for the notice of booted of BE.*
*FE returns the response of the command which BE COMMIT(ed) to a host.*
*Exception: FE carries out the sanitization demand of having begun sanitization processing at BE, after committing. During sanitization, 電源断 and when it starts, sanitization is redone.*
*Since free-izing and elimination accompanying [explanation] sanitization processing are unpostponable, they are carrying through in this way and abolish the necessity for volume return.*

*In a capacitor failed state, even if FE detects 電源断, it will not carry out shutdown operation to BE.*

### 8.8.58.4    BE design plan (reference)

Liver of preservation - The action of the command which answered should be written to NAND.

*Premise: "The command which has not returned Resp yet although received from FE" does not exist between the following commitment demand - completion. A command does not newly come from FE.*
*The first half of commitment operation (prepare shutdown-shutdown) is received from FE.*

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005270
Plaintiff's Exhibit PX24, page 70 of 107

**TOSHIBA**
Leading Innovation >>>

---

*The drive state (volatility) has been written to NAND.*
*A demand is received from FE in the second half (warm boot) of commitment operation.*
*It changes into the state where continuous operation can be carried out.*
*booted is returned to FE.*

Liver of a commitment - It can be distinguished without an error whether it committed or it did not carry out.

*Route pointer 4 multiplex can be written in and managed with イレース page search, and it distinguishes that = commitment of was done (it is conventionally the same as effective invalid distinction of the route pointer in a design).*

Even if 電源断 is during liver-the processing which is not committed [ of restoration ], wind and return to the state where it committed at the end.

*It is not 4 multiplex parallel and performs multiplex [ of renewal of a route pointer / 1 ] at a time one by one. [Explanation] When it writes at the time of 電源断, and the page (not written) of credit may write in by イレース page search after starting, may be visible to ending and carries out parallel writing, there is a possibility of it being unable to read even if it writes in although all the multiplex one are odd, and it takes for ending and it tries to read that, but breaking down. writing multiplex [ 1 ] at a time -- all 4 multiplex -- writing -- finishing -- the thing which are in sight and for which 3 multiplex had been written when becoming can be guaranteed (that reliability is inferior to usual approves).*
*The position information which is the NAND block by which the drive state (except for the information restored from LUT / user block) was saved to the route pointer is saved.*
*[Explanation] Since looking for commitment information last time takes time and effort, the mechanism of usual DM log and SS preservation, and 2nd / renewal of a route pointer is not used.*
*Also when 電源断 under renewal of a route pointer is repeated, the route pointer updated at the end does not disappear (guaranteed by the design from the former).*
*Elimination of the block which became no more use in process of the next command processing is postponed until after the next completion of a commitment after a commitment. Sanitization is an exception.*

Write by the next state preservation after liver-restoration of after-restoration writable maintenance that there is no error in NAND.

---

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005271

TOSHIBA
Leading Innovation >>>

After Cold boot are written to be also a route pointer, and LUT / user block, and they are not added to the block of credit, but eliminate another block, and it is begun to write them. [Explanation] It is since there is a possibility of becoming double writing when a postscript is added that it may write at the time of 電源断 and the page (not written) of credit may be visible to un-writing in by イレース page search after starting, and by writing in by LUT / user block and forgetting completion page number.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005272
Plaintiff's Exhibit PX24, page 72 of 107

**TOSHIBA**
**Leading Innovation >>>**

# 9    Process design (Process Design)

## 9.1  Process organization (Process Organization)

It corresponds to "5. the functional specification of FW each block" of an M3 FW basic design document.

FW composition of Phoenix-M5/Condor-M5 is shown below.

[A package diagram or a class figure]

## 9.2  The design of subsystem, component, or module 1.n (Subsystem, Component, or Module 1.n Design)

The duty in each module is listed to below.

### 9.2.1   Front End

### 9.2.1.1 Community (said M3: required correction ??.)

Front End supports NVMe and SOP-PQI as Driver I/F of SAS, PCIe, and also PCIe physically.
Although I/F differs, it is common as shown below as duty of a large frame.
The details for every I/F are mentioned later.

- ➢ Start.
  - ✧ Initialize the FE (CPU0) relation HW.
  - ✧ Start BE (CPU1).
- ➢ Detect 電源断.
- ➢ Carry out PLP processing.
  - ✧ Command stop
  - ✧ The notice to BE
- ➢ Manage FE statistical information.
- ➢ Manage Workload Log.
- ➢ Manage the state of equipment.
- ➢ Application of Throttling is judged and direct to BE. ???(TBD)
- ➢ Process the Host command.
  - ✧ In SAS, FW processes all the commands (check required).
  - ✧ In NVMe, unless an error occurs by a Read/Write command, HW processes all the commands.However, the processing which changes the Base address of Queue placed on Host Memory is the duty of FW, and carry it out by Sequencer placed on FE.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005273

**TOSHIBA**
Leading Innovation >>>

> ➤ Manage drive peculiar information (DDP).

Although a portion peculiar to I/F is divided into individual processing, a portion common as Front End communalizes a code as much as possible, and aims at man day reduction.

### 9.2.1.2 SAS (the M3:TBD)

The duty of FE controls data transfer and performs SAS command processing to BE by requiring the command according to the SAS command. The command which BE interprets is collected by Read, Write, and Unmap, and FE changes the SAS command into these three, and gives a demand to BE. In addition to this, access to System Data (fixed management domain) is also performed via BE. Correspondence of the SAS command and the command required of BE is shown below.

| BE command | SAS command |
|---|---|
| READ | Read, Verify, Write&Verify |
| WRITE | Write, Write&Verify, Write Same, Format Unit |
| UNMAP | Write Same*1, Format Unit*2, Unmap |

※1: UNMAP bit=1 *2:Quick Format

V-Response, i.e., data transfer, finishes about Write and Unmap, if the response of Sequencer is received, Response will be returned to Host, and NV-Response does not use it.

About Unmap, only the portion which is filling Cluster requires of BE.

Each demand does not come out simultaneously and is performed one by one.

> ➤ Command Queue management
>
>   FE can accumulate a maximum of 256 commands received from Host in Queue.(The maximum per 1Initiator is 128 pieces) Based on the following restrictions, sequential execution of the command collected on Queue is carried out.
>
>   ✧ Request the Read command from BE to 64 pieces simultaneously.
>   ✧ As for the Write command, a maximum of 2 commands carry out simultaneous execution of the data transfer for every Port.
>   ✧ Execute the Write command, taking Credit (opening of Write Buffer) into consideration.
>   ✧ Guarantee that LBA of the command required of BE does not overlap.

> ➤ Command division
>
>   If needed, FE divides one SAS command and requires it of BE.When it divides, make the next demand, after one demand to BE is completed. Since Sequence ID (added to what was divided into Cluster in order) of BE is 16 bits about the Read command, Although it must be made not to have to exceed 65536Cluster (256 MB), in order to save the time and effort

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005274

Plaintiff's Exhibit PX24, page 74 of 107

**TOSHIBA**
Leading Innovation >>>

---

which checks Align of Cluster, consider it as division of 128 MB or less.Although not set in particular about the Write command, since only a part for Credit (empty of WB) can be transmitted, it is divided that it is natural.

➢ LBA duplication check

FE controls so that LBA (Logical Block Address) of the command required of BE does not overlap.When it overlaps, block execution of a next command until the command which the duplicate command received previously is completed.Although the combination with indispensable execution restrictions is following three at the time of duplication, in order to simplify operation, block [ in / regardless of the attribute of R/W / all the four duplications ] execution.

✦ Read => Write
✦ Write => Write
✦ Write => Read

In addition, the check of Cluster duplication is not performed.

➢ Credit management

Check that it has an opening of Write Buffer when FE executes the Write command. If there is no opening for receiving Write Data, execution will be kept waiting until it is vacant.Perform Credit management per Cluster.That is, when the LBA range of a command is not a Cluster boundary, one Credit increases. Credit serves as a maximum of 255 Cluster(s).It is the duty of BE to fill up Credit which decreased.

➢ Power Management

FE manages State based on the specification provided in T10.Request State shift of Power Management to BE if needed. Mention the details of State later.

## 9.2.1.3 NVMe (the M3:TBD: check required)

HW of NVMe executes a Read/Write command without participation of FW automatically. FW involves and executes commands other than Read/Write.

➢ Command Queue management

NVMe has two or more Circular Queue on Host Memory, and takes the system that a drive takes in the command issued there. HW of NVMe takes in up to 256 commands at the maximum about IO Queue. Although processing of the command with which Admin Queue was loaded is performed by FW, one foundations perform at a time by taking in. There is the Format command as an exception, and since a certain amount of processing time starts, take in and execute

---

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
75 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005275

TOSHIBA
Leading Innovation >>>

the following Admin command also in Format command execution.

➢ Command division

The data transfer in NVMe takes the form "take in the data on Host Memory or send data on Host Memory." Virtual memory is used for management of Host Memory by OS, the physically continuous address called Page becomes the minimum unit on management, and only the part which needs this Page as a transmission place and origin at the time of command issue is passed. Although this list is generally called PRP List by Scatter/Gather List and NVMe, this List length per one command usually has the restriction on HW resource, and 2 MB becomes that maximum as block length in Canopus. Therefore, division of the Read command is unnecessary. Although FW does not involve about the Write command, a command which puts data on DRAM divides in a unit with suitable FW like the Compare command.

➢ LBA duplication check

After command taking in, the duplication check of LBA is automatically performed by HW. When LBA overlaps with the front command, execution of all the commands after it stops temporarily, and that including the command is resumed after dissolution until the command of a duplication place is completed. This processing is automatically performed by HW and FW does not involve.

➢ Credit management

In NVMe, a drive always serves as a bus master and data transfer is performed. Therefore, the check of Credit by FE is not performed before a transmission start, but if Credit is lost during transmission, data transfer will stop at the time temporarily, and it will be resumed if Credit increases.

➢ Power Management

TBD.

## 9.2.2    Back End

Although the module in CPU1 and Sequencer containing HW is pointed out as Back End in a broad sense, it enumerates about the duty in FW module on CPU1 as Back End in a narrow sense here.

## 9.2.2.1  Data Manager

Data Manager generalizes processing in order [ whole ] to manage and preserve the data on NAND using Deneb SoC or its driver. Basic thought is the same as that of P-M3.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005276
Plaintiff's Exhibit PX24, page 76 of 107

TOSHIBA
Leading Innovation >>>

- ➢ Manage the block of NAND.
  - ✧ Build a logical block.
  - ✧ Choose a dumping block.
  - ✧ Manage a logical block.
  - ✧ Manage a physical block.
  - ✧ Manage a バッド block.
  - ✧ Manage a recycling block (Multi Plane unit).
  - ✧ Supply a writing place logical block.
  - ✧ Eliminate a logical block.
  - ✧ Manage arrangement of the data in a logical block.
- ➢ Manage a user and a LUT compaction.
  - ✧ Determine a gear ratio according to the number of free blocks, or the situation of an error.
  - ✧ Choose the suitable block for a compaction (yuan).
  - ✧ It cooperates with SoC/Sequencer and generate a free block.
  - ✧ Manage and process a priority compaction so that generation of a free block may not be checked.
- ➢ Permanence-ize system management information (table).
  - ✧ Volatilize[ un-]ize management information (Snapshot/Log).
- ➢ Start.
  - ✧ First time starting is judged and carry out first time starting processing.
  - ✧ Restoration starting is judged and restore management information.
    - ➢ (Contain) Restore LUT 3rd Table in harmony with Soc/Sequencer.
  - ✧ Resume the LUT update process (compaction write-in completion back) postponed at the time of 電源断.
  - ✧ Make a priority compaction complete.
  - ✧ Carry out a compaction, in order to secure a minimum free block.
- ➢ End.
  - ✧ Suspend the update process of data to suitable timing.
  - ✧ Carry out shutdown processing.
- ➢ Preserve data.
  - ✧ Carry out a memory and a NAND patrol.
  - ✧ Refresh (an error reason and the Lee Dodi Staab reason).
  - ✧ Carry out wear leveling.
  - ✧ Equalize the degree of exhaustion of a NAND block.
  - ✧ ~~Close the logical block which passed Erase earned hours.~~
  - ✧ Manage a cluster crushing rate.
  - ✧ Process NAND status fail (erase, program, read).

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
                        77 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005277

**TOSHIBA**
**Leading Innovation >>>**

- ➢ Correct an error.
  - ✧ It cooperates with SoC/Sequencer and carry out L3 correction.
  - ✧ It cooperates with other modules and correct the error of a memory appropriately.
- ➢ Offer a function to Front End.
  - ✧ Read/Write of SA information
  - ✧ Statistical information
  - ✧ DST
  - ✧ Whole surface Unmap
  - ✧ Sanitization
  - ✧ Management and change (Read Only, Write Protected, failure) in operational mode
  - ✧ Change of power management (sleep, idle, stop)
- ➢ Manage the statistical information of Back End (CPU1/Sequencer).

## 9.2.2.2 System Manager (about it is the same as that of M3)

System Manager (following, SysM) The main duty in which it can set is as follows.
- ➢ Offer a common NAND access means at all the processes from manufacture to FA.
- ➢ Operate as a bridge and middleware in the product FW to Front End (common), Back End-Data Manager, and SoC /Sequencer.
- ➢ Offer various utilities.

SysM(s) are Read/Write (Compaction, formation of managed table un-volatilizing, etc. accompanying it) required for the SSD product itself, when it is going to explain the duty in more detail, since it is an existence which does not stop only at the product FW as above-mentioned. It will deviate from the range. However, even if it extracts only the portion of the product FW, correctly and on the whole, specification of SysM cannot be grasped, and it is not suitable (this is considered to mainly bear except SysM (especially DM, Sequencer) about the function of the product FW from a reverse viewpoint).
Based on the above, only the items of an outline are enumerated below about the duty of SysM.

- ➢ NAND access at large [ containing a manufacturing process ]
  - ✧ Information, including ID, UID, ROMFUSE, etc., is read from a NAND chip, and manage suitably.
  - ✧ Carry out AC trimming of the NAND.Diagnose a wire connection state etc.Support screening.
  - ✧ It realizes and enables analysis of functions, such as Vth measurement and a Loopback examination, at the time of the abnormalities in equipment.
  - ✧ In order to offer access to a NAND chip, offer a NANDC (SoC) driver function.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005278

**TOSHIBA**
Leading Innovation >>>

- ➢ Fixed management domain
  - ✧ Arrange and save information by position fixation.Protect to the utmost by ECC, multiplexing, etc.
  - ✧ Update to the newest by a postscript, generation management, etc.In an error, return to a just before state.
  - ✧ Check a preservation state by DST or patrol.Refresh, if required.
- ➢ A system startup, a setup, etc.
  - ✧ Set up varieties of information, such as FW share information.Start DM. Communicate between CPUs.
  - ✧ Cope with an exception and memory error generating.Control interruption.Manage a timer.
  - ✧ DRAM protection space is set up and change a bank.Carry out cache control, if required.
- ➢ The complement of coordinated movements with Sequencer and DM, etc.
  - ✧ Abstract HW and Sequencer to DM.Support emulator development.
  - ✧ Core of Sequencer is loaded to I/DMEM, and Kick and start it.Replace FW of Sequencer by the object for starting for - usual. IDLE etc. manage the state of Sequencer.
  - ✧ Communicate between CPU and Sequencer.Care for a communicative sequence, if required.
- ➢ Dumping preservation analysis at the time of failures, such as various debugging support
  - ✧ The trace log of CPU is recorded on a ring buffer, and binary dumping is carried out, and analyze it.
  - ✧ Carry out system event record of ASSERT, the equipment failure, etc.It will clear, if it becomes unnecessary.
  - ✧ Carry out dumping preservation of all of information, HW register, etc. on RAM at NAND at the time of equipment failure.
  - ✧ The dumping information which saved [ above-mentioned ] at the time of FA is sucked out of NAND, and restore the original state.

## 9.2.3   Sequencer

### 9.2.3.1 NDM Sequencer0 (Command Scheduler)

As a part of NDM HWE, they are scheduling and the duty with main supplying appropriately about the command which accesses NAND.

- ➢ Write command scheduling
  - ✧ Execute a command according to the user compaction gear ratio specified from

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005279
Plaintiff's Exhibit PX24, page 79 of 107

**TOSHIBA**
Leading Innovation >>>

CPU.

- Issue a user light command.
- Suitable timing and number are judged and issue a user compaction lead command.
- Issue a user compaction light command.

✧ Execute a LUT compaction light command according to the LUT compaction gear ratio specified from CPU.

✧ Since a gear ratio is directed by a decimal point, it calculates so that it may approximate, it changes Host Write and Compaction per logical page, and advances Write.

➢ CPU NAND access command scheduling (TBD)

✧ Erase

✧ Read of CPU management information

✧ Write of CPU management information

✧ Patrol lead

✧ Log lead

➢ Shutdown

➢ Statistical information

### 9.2.3.2 NDM Sequencer1 (Read Assistant)

Although basic processing resulting from a host demand is carried out by HW in Deneb, a part of processings are performed through FW. In this Sequencer, it is duty to assist those command processings.

➢ Processing after L1 fail

✧ shift read (retry read)

➢ Stopgap read (Read of RMW in Write of less than a cluster)

➢ Shutdown

➢ Statistical information

### 9.2.3.3 NDM Sequencer2 (Command Completer)

Command completion processing is made into duty.

➢ Detection of program fail, and the notice to post-processing and CPU

➢ Detection of erase fail, and the notice to post-processing and CPU

➢ Detection of program completion, and the notice to post-processing and CPU

✧ Management of the program completion timing of a logical block page unit

✧ The number of compaction leads and a program number are counted, and manage the timing of the measure against address decomposition (measure which does not Free compaction origin until a lead is completed).

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005280
Plaintiff's Exhibit PX24, page 80 of 107

TOSHIBA
**Leading Innovation >>>**

---

- ➤ Shutdown
- ➤ Statistical information

### 9.2.3.4 LUT Sequencer0/1 (LUT)

As a part of LUT HWE, processing in connection with renewal of LUT (Look Up Table) is made into duty. Two cores are the methods of sharing a region, and they are parallel and it uses them.

- ➤ Require the renewal of LUT of a compaction of HWE.
- ➤ Notify the completion of renewal of LUT of a compaction to CPU.
- ➤ Notify a LUT gear ratio to HWE.
- ➤ Require LUT Flush of HWE.
- ➤ Manage a broader-based Unmap table.
    - ✦ Require broader-based Unmap processing of HWE.
    - ✦ Process completion of broader-based Unmap processing.
    - ✦ Require cluster Unmap processing of HWE.
- ➤ Manage Name Space Table.
- ➤ Shutdown
- ➤ Restore LUT.

### 9.2.3.5 LUT Sequencer2 (Compaction)

Processing in connection with Compaction is made into duty as a part of LUT HWE.

- ➤ Receive a log lead result.
- ➤ Require an effective cluster judging of HWE from a log lead result.
- ➤ Manage an effective cluster pool.
    - ✦ Drive out an effective cluster pool to DRAM.
- ➤ Create the cluster list for a compaction from an effective cluster pool.
- ➤ Require compaction execution of the cluster list for a compaction of HWE.
- ➤ Advance compaction processing according to a compaction gear ratio.
- ➤ Require the renewal of an address to the block which Compaction Write completed. (About the cooperation method with DM, it is TBD)
- ➤ Cancel compaction origin with directions of DM.

### 9.2.3.6 L3D Sequencer (L3 Decorder)

- ➤ Perform L3 correction processing.
    - ✦ Perform repetitive correction processing by L3 and L1 correction.

---

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
81 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005281

TOSHIBA
**Leading Innovation >>>**

---

&#10022; BCH or LDPC is adopted as L1 ECC.Perform those correction sequences.
(It is necessary to carry out in Canopus sequence processing which HW was performing automatically)

&#10148; The assignment with L3 correction processing performed by CPU is TBD.

## 9.2.4   IPL (said M3)

IPL is the function to lead the firmware which diagnoses equipment in the process and finally becomes main [ equipment ] to an idol loop, loading systematically the firmware saved in some memories, when the power supply of equipment is switched on. Moreover, in download processing of firmware, the route of the reboot to the downloaded new firmware is made. Furthermore, the state of booting firmware is controlled in accordance with various information on the hardware detected at the time of a power supply injection or reboot, or firmware.

IPL decides to divert and design from Phoenix-M2 and a fundamental flow presupposes that it is the same as Phoenix-M2.

IPL has a characteristic function for each preservation place of firmware. The name of the firmware according to preservation place is as follows.

&#10148; Mask ROM Code
&#10148; Boot Code (SFROM)
&#10148; User Code (NAND / volatilization memory)

## 9.2.5   Mask ROM Code (said M3)

It is the code saved at Mask ROM built in SoC, and is a portion which operates first at the time of a power supply injection. When an unusual state is detected in process of processing, it stops at Mask ROM Code. The equipment external interface with which firmware is equipped at this time is set only to UART.

It mainly has the following functions.

&#10148; CPU initialization function
Stack, Heap, ARM library initialization, run time starting.
&#10148; CPU-0 Clock initialization function
&#10148; Mask ROM, a CPU-0 TCM diagnostic function
&#10148; SPI control facility
The function which accesses the data of SFROM.Mainly use Boot Code for Load(ing) to TCM.Only by a read-out function, it does not have elimination and a write-in function.

---

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
82 of107

**TOSHIBA**
Leading Innovation >>>

- ➢ Boot Code deployment function

  Load Boot Code to TCM from SFROM using the above-mentioned SPI control facility.Moreover, the justification is judged, and if possible, it will branch to Boot Code.This branch processing uses the reboot function with which equip FE library.In addition, the function to judge whether they are SED products is used, and branch to Boot Code after decoding a code part via a SED function, if it is SED products.

- ➢ Interrupt control function (T. B.D. put in truly ?)

  UART, Timer interruption handling.

  * If it is normal starting, it will not operate.Operate, when abnormalities are detected a process until it branches to Boot Code.

- ➢ UART control facility

  A periodical error condition display function, a UART command processing function.

  * If it is normal starting, it will not operate.Operate, when abnormalities are detected a process until it branches to Boot Code.

- ➢ Timer control facility

  Use it in order to display an error condition periodically using UART.

  * If it is normal starting, it will not operate.Operate, when abnormalities are detected a process until it branches to Boot Code.

- ➢ ARM library

  It has a standard library of ARM.This library is used in common in Mask ROM Code, Boot Code, and all User Code.

  * Only the firmware which operates by CPU-0 can access this library on account of hardware.

- ➢ FE library

  A library peculiar to FE.Checksum calculation of firmware, CRC calculation, byte order conversion, the FW deployment & reboot function to operate by CPU-0, etc.This library is used in common in Mask ROM Code, Boot Code, and all User Code.

  * Only the firmware which operates by CPU-0 can access this library on account of hardware.

Moreover, it has the following blocks (function) and relation.

- ➢ SED control facility

  It has a diagnostic function of the SED system circuit with which equip SoC, and a function which decodes data.

  The processing about SED must be concealed in this module.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005283
Plaintiff's Exhibit PX24, page 83 of 107

**TOSHIBA**
Leading Innovation >>>

## 9.2.6  Boot Code (SFROM) (said M3)

Mask ROM Code starts in code saved at SFROM. When abnormalities are detected in process of processing, it stops at Boot Code fundamentally. The equipment external interface with which firmware is equipped at this time is set to UART and SAS. Unlike the thing of User Code, the SAS interface function with which Boot Code is equipped has only a necessary minimum function. As for Boot Code, two or more code systems are constituted according to the requirements for manufacture, and the requirements for shipment (Phoenix-S1 track record three kinds).

It mainly has the following functions.

➢  CPU initialization function
Stack, Heap, ARM library initialization, run time starting.
➢  Clock initialization function
The initialization function of all the Clock domains.
➢  DRAM interface initialization function
Buffer Manager of SoC is initialized and change into the state in which the data communications between CPU<->DRAMs are possible.
* Between hardware <-> DRAMs which FE controls, by IPL, don't initialize the interface between hardware <-> DRAMs which BE controls, but initialize it by each of FE and BE.
➢  Hardware diagnostic function
Diagnose TCM of CPU-1, SRAM with built-in SoC, and FiFo that FE/BE uses using the Bist function of hardware.Moreover, also diagnose DRAM using the Bist function of hardware.
* The range and the contents of diagnosis change with the requirements for manufacture, and requirements for shipment.The requirements for manufacture diagnose all the circuits which Boot Code can diagnose being unconscious of starting time (battery outside of an object).Carry out minimum circuit diagnosis in consideration of time to spend on diagnosis on the requirements for shipment being conscious of starting time.About the diagnostic range and a technique, it is T.B.D.
➢  User Code deployment function
Load User Code to DRAM from a fixed management domain using a fixed management domain accessing function (FE/BE).Moreover, the justification is judged, and if possible, it will branch to User Code.Use the reboot function with which equip FE library for branch processing.
In addition, the function to judge whether they are SED products is used, and branch to User Code after decoding a code part via a SED function, if it is SED products.
➢  SPI control facility
The function to offer data access of SFROM at large.

---

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005284

**TOSHIBA**
Leading Innovation >>>

> Interrupt control function

UART, SASC interruption handling.

\* If it is normal starting, it will not operate.Operate, when abnormalities are detected a process until it branches to User Code.

> UART control facility

UART command processing function.

\* If it is normal starting, it will not operate.Operate, when abnormalities are detected a process until it branches to User Code.

> SAS command control facility

The minimum command control facility which satisfies the Save-less download using an SAS interface, and the requirements for manufacture unlike the SAS command control with which FE of User Code is equipped.Unlike User Code, operation of a command is peculiar to Boot Code.

> Starting branch pulse detection function

It has a starting branch pulse detection function demanded as requirements for manufacture.

It is the function to stop at Boot Code without detecting the pulse specifically demanded from the manufacture WG, and starting User Code.Moreover, it has a function which displays having shifted to this state on the SAS command.Furthermore, enable it to start User Code with the SAS command. Enable it to direct whether to start whether to User Code, BE is usually started in Read Only mode.


Moreover, it has the following blocks (function) and relation.

> Fixed management domain accessing function (FE/BE)

The function to Load the binary data of the firmware in a fixed management domain in the predetermined memory (DRAM) which Boot Code directs. It also has HW initialization function required to Load and a multiplexing control facility of a fixed management domain.

Boot Code carries out a module (function) call suitably along with the procedure which a fixed management domain accessing function requires.In addition, the function which writes a fixed management domain in the fixed management domain accessing function in Boot Code is unnecessary.

> Media Task(FE)

The block of IPL does not call directly the library etc. which access NAND with which BE is equipped.These functions are concealed by Media Task of FE and IPL accesses the data of NAND using the external interface.

> DDP control facility (FE)

The function which controls DDP saved at SFROM. Using a SPI control facility, a DDP control facility develops DDP in a predetermined memory, and initializes self if needed.

TOSHIBA Confidential
Template: J-11TP01-#03

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005285

TOSHIBA
Leading Innovation >>>

In Phoenix-S1, the data mainly developed to the share information domain (Shared RAM) of FE/BE, the initial data (WWN) of SAS, etc. were managed.

➢ SAS interface control facility

The function to carry out minimum SAS interface control when controlling the SAS command with which Boot Code is equipped. The BIOS existence which controls the hardware of SASC.Unlike the SAS interface control facility with which equip FE of User Code, it is peculiar to Boot Code and a function is the minimum thing.

* If it is normal starting, it will not operate.Operate, when abnormalities are detected a process until it branches to User Code.

➢ SED function

It has a function which decodes data.The processing about SED must be concealed in this module.

## 9.2.7    User Code (NAND / volatilization memory)

They are the code saved to the fixed management domain of NAND, or the code developed by the volatilization memory in Save-less download. It is the main codes which operate as equipment, and IPL aims at arriving at this code. It is loaded by Boot Code from the fixed management domain of NAND at the time of Power On.

It rides on new User Code from old User Code at the time of download, and replaces it.

However, in the process, the IPL section of MaskROM Code or Boot Code does not go.

As for User Code, two or more code systems are constituted according to a manufacture use or a shipment use.

It mainly has the following functions.

➢ CPU initialization function

Stack, Heap, ARM library initialization, run time starting.

Create the route to a main() function.Moreover, it has a function which grasps the conditions (a power supply injection, a reboot factor (download, failure)) of an initialization part of operation, and displays them on a related module, and a function which displays the starting conditions (Cold or Warm Boot and Read Only mode) of BE.

➢ SPI control facility

The function to offer data access of SPI at large.

➢ UART control facility

UART command processing function.

➢ Memory initialization function

SysM initializes the whole region for first time starting BE charge (it is initializing from Boot the first half).

Usually, by Cold, SysM initializes except starting 3rdC.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005286

Plaintiff's Exhibit PX24, page 86 of 107

**TOSHIBA**
Leading Innovation >>>

Finishing of initialization in Warm

The range which carried out 3rdC load corresponds to the SoC specification which where does not understand, and it is DM.

When whole 3rd restoration is carried out by の制御, be that 3rdC should be buried.

it obtains and initialize by a system

SysM initializes the whole FA boot surface (?).

Since it is in the situation which cannot complete restoration although he would like to restore in the made range and to see a situation

SysM initializes only a portion required for Safe bootNAND access (?).

Moreover, it has the following blocks (function) and relation.

➤ FE initialization part

IPL only creates the route of initialization and the various modules of FE need to carry out initialization of the hardware after a main() function, and firmware systematically. Management in the starting mode of BE (CPU-1) is also carried out.FE takes charge of diagnosis of a battery or charge processing.

➤ BE initialization part

IPL only creates the route of initialization and the various modules of BE need to carry out initialization of the hardware after a main() function, and firmware systematically. BE takes charge of code deployment and starting of Sequencer.

## 9.3 Process model figure (Process Model Diagrams)

It corresponds to "8. operation outline" of an M3 FW basic design document.

The cooperative relations between FW modules are shown for every use-case below. The pointer to -> asta

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005287

Plaintiff's Exhibit PX24, page 87 of 107

**TOSHIBA**
Leading Innovation >>>

### 9.3.1    Read

### 9.3.2    Write

### 9.3.3    Unmap

### 9.3.4    Flush

### 9.3.5    User data compaction

### 9.3.6    PLP(Power Loss Data Protection)

### 9.3.7    Starting

### 9.3.8    FW Download

### 9.3.9    Sanitize

### 9.3.10   Write throttling

### 9.3.11   System change state (said M3)

(From M3 chapter -7 system state to movement)

#### 9.3.11.1        Read Only mode

(1) Back End checks ratio delay periodically, and if ratio delay is less than 7%, it will perform the notice of SMART failure prediction to Front End.

(2) Front End will acquire SMART data from Back End, if the notice of SMART failure prediction is received.It checks that ratio delay is less than 7%, and change to Read Only mode.

#### 9.3.11.2        Write Protected mode

[The change state by ratio delay and endurance]

(1) Back End checks ratio delay and endurance periodically, and if ratio delay is less than 5% or endurance reaches to 100%, it will perform the notice of SMART failure prediction to Front End.

(2) Front End will acquire SMART data from Back End, if the notice of SMART failure prediction is received.Ratio delay is less than 5%, or it checks that endurance has reached to 100%, and perform shutdown processing of Back End.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY          VIASAT_KIOXIA-0000005288

Plaintiff's Exhibit PX24, page 88 of 107

TOSHIBA
Leading Innovation >>>

(3) If shutdown processing of Back End is completed, Back End will be started in Write Protected mode.

(4) When starting in Write Protected mode is directed to Back End, it skips each processing of a compaction at the time of the capacity check of Capacitor, eliminated logical block preparation, and starting, and makes starting complete.

[The change state by failure and the shortage of capacity of Capacitor]

(1) Front End checks the voltage and capacity of Capacitor periodically, and if abnormalities are detected, it will perform shutdown processing of Back End.

(2) If shutdown processing of Back End is completed, Back End will be started in Write Protected mode.

(3) When starting in Write Protected mode is directed to Back End, it skips each processing of a compaction at the time of the capacity check of Capacitor, eliminated logical block preparation, and starting, and makes starting complete.

### 9.3.11.3    Failure mode

(1) If Front End or Back End detects the phenomenon which changes to failure mode, a failure event will be notified to System Manager.

(2) System Manager will volatilize[ un-]ize event information, if a failure event is received.And various registers are read to DRAM and volatilize[ un-]ize the whole DRAM to a dumping block.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005289
Plaintiff's Exhibit PX24, page 89 of 107

**TOSHIBA**
Leading Innovation >>>

# 10    Logic data design (Logical Data Design)

## 10.1 Outline (Overview)

It corresponds to "6. the data structure" of an M3 FW basic design document.

< this section describes the outline of a data design (a logic data design and a physical data design). >

## 10.2 The agreement and operating standard (Conventions and Standards followed) which should follow

The name of the technique used when performing < data design, notation, agreement, and an industry standard is described. >

## 10.3 Data model figure (Data Model Diagram)

< this section describes the logic data design of a system. Relation between data structures required for a system is clarified by a logic data design.

It clarifies about a data structure required for each component of the system shown with Section 9.1, and the data structure received and passed between the system exteriors. There are an ER figure, a class figure, etc. as a figure showing a logic data design. >

### 10.3.1    LBA to NAND physical address conversion (data of ppt)

## 10.4 A logic data structure / file layout / logic table (Logical Data Structure /File Layouts/Logical Table)

< this section describes the additional information of the logic data design shown with Section 10.3, and a physical data design. As additional information of a logic data design, the attributes (a model, a reference range, changeability, perpetuity, etc.) of each data item can be considered. Moreover, the figure showing data flow may be described and relation between data may be clarified.

A physical data design considers physical restrictions (the usage rate of memory restrictions or a file, the rate of increase of data, etc.) of a system, and describes the layout to the memory and file of a data item. >

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
90 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005290

Plaintiff's Exhibit PX24, page 90 of 107

**TOSHIBA**
Leading Innovation >>>

### 10.4.1  MCA

### 10.4.2  Logical block

#### 10.4.2.1        Composition of a logical block

A logical block has composition which can use channel parallel, bank interleave, and multiplane access so that high-speed writing may be made to NAND. A physical block is taken out from each plain of 2 of each channel, or four chips, and, specifically, a physical block is bundled to make one logical block.

BiCS accumulates and the nothing number of physical blocks is (18 channel x2 bank x2 plain =72 block). Although it was able to interleave by the chips of a different CE number in M3 (Canopus), in M5 (Deneb), it can interleave in the combination of all the chips connected to the same channel.



Logical block composition (it accumulates and nothing) / logical block composition (accumulating and being)

What bundled the page of the same number of the physical block which constitutes a logical block is made into a logical page, and the greatest write-in performance is got by what 3 logical pages are simultaneously written in for (full sequence write of BiCS). A cluster position is managed by carrying out a cluster pair in simultaneous write-in 3 logical page (one page field), and giving a through cluster number (MCO:Media Cluster Offset).

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                VIASAT_KIOXIA-0000005291
Plaintiff's Exhibit PX24, page 91 of 107

**TOSHIBA**
Leading Innovation >>>



A page field and MCO

## 10.4.2.2        Data recording format

[The logical block for user data]



Since the buffer of a log is [ arrangement / of a user and a compaction log ] a part for one cluster, by the time 4 KB of log accumulates, it is necessary to carry out the light of the log. In a TLC logical page (page 3 of physics), the light of the log is carried out for one fourth of every

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005292
Plaintiff's Exhibit PX24, page 92 of 107

**TOSHIBA**
Leading Innovation >>>

order of writing at least. In consideration of lateral writing (the non-stream light and stream light exceeding bank and plane direction writing:8stream), and log arrangement communalization of vertical writing (the ch direction writing: non-stream light to 8stream correspondence), it is considered as the above-mentioned arrangement.

> ➢ The number of clusters of a TLC logical page (page 3 of physics)
>> ✧ 18ch*4cluster*2plane*2bank*3page = 864 cluster
> ➢ The number of log clusters required for a TLC logical page
>> ✧ 864cluster*16byte(log entry) / 4096 = 4 cluster

The log of user data is filled in the turn written to the logical block. In order to know correspondence of the position of a log, and a physical position, memorize a write-in form (vertical writing and lateral writing) as logical block information.

[LUT (3rd) -- business -- logical block]



4byte LUT                    5byte LUT

☐ Cluster        ⊓ L3 Pair
▦ L3 Cluster    ☐ Log Cluster

The management method of the LUT log in SoC is as follows.

> ➢ the buffer of a LUT log -- 5cluster*2plane* -- it is secured by 2 pages.
> ➢ What is necessary is to pack a log light at the end and just to write it, since there is a buffer of a log by a TLC logical page (above).
> ➢ The position of a log cluster is decided freely.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005293
Plaintiff's Exhibit PX24, page 93 of 107

**TOSHIBA**
Leading Innovation >>>

---

>  ➤  4 bytes of common use (unite the number of logs written to LUT1 logical page) in
   LUT and 5-byte LUT mode cannot be performed.SoC is finding how many LUT log
   clusters gathered.
>  ➤  The position and number of L3 are free. (The same setting method as a user
   compaction)
>  ➤  The format data of 3rdRsv of the contents of the LUT log is the very thing.

(Reference data)
source: /trunk/doc/06. design specifications / 6.1. external design specifications /
DM/scrap/MCO.xlsx

[Urgent evacuation place logical block]

### 10.4.2.3    A channel unit accumulates.

Since the maximum composition bank number of L3 was 2bank, it accumulated and L3 and a
log were constituted only from a part M3 (Canopus), but since the maximum composition of L3
in Deneb serves as 4bank, it can be accumulated and can constitute a log and L3 including a
part.
Ch unit -- accumulating -- OP and in order to carry out Endulance adjustment, it is set up for
every equipment capacity or model.

[The logical block for user data]

---

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005294

Plaintiff's Exhibit PX24, page 94 of 107



**Leading Innovation >>>**



It sets to accumulate to 9ch and arranges a log and L3 a last channel position and before that. The whole page in which the group of L3 contains bank K and K+1 is applicable. bank K and the log of K+1 accumulate, and are the same as that of a nothing state.

9ch is exceeded -- it sets to accumulate, a log is arranged to X+1-page 9ch, and a log and L3 are arranged a X+2-page last channel position and before that.

When a deficit is in a log or the position of L3, it writes in channel in front of one on the same bank.

Depending on the shortage of reliability of NAND, or the situation of target performance under-subscription, bank K and channel of K+1 may be decomposed, and it may manage as two logical blocks. It accumulates also about arrangement of L3 and the log in this case, and imitates L3 log arrangement of a bank.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005295

Plaintiff's Exhibit PX24, page 95 of 107

**TOSHIBA**
Leading Innovation >>>



[LUT (3rd) -- business -- logical block]

It accumulates and L3 and the log arrangement plan at the time of a deficit are the same as that of the logical block for user data.

### 10.4.2.4    Chip poor measure (L3 ECC)

### 10.4.2.5    Deficit

### 10.4.2.6    バッド block exchange (recycling block)

### 10.4.3  Name Space Table

### 10.4.4  LUT 1st Volatile (1st V)

### 10.4.5  LUT 1st Non-Volatile (1st NV)

The size of LUT (1st) Region in the Trident architecture is 256 KB like M3.   (LCA: 64 entry)

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005296

**TOSHIBA**
Leading Innovation >>>

## 10.4.6  LUT 3rd Cache

## 10.4.7  L2P 論物 conversion table

## 10.4.8  Wide area Unmap Region

## 10.4.9  FW share information

## 10.4.10 Product default information (PDI)

## 10.4.11 Urgent evacuation domain

## 10.4.12 Firmware Queue (FWQ

## 10.4.13 Effective cluster counter

## 10.4.14 DM management information

The classification of the main data which Data Manager writes in NAND is as follows. Refer to format specifications for the format of data.

> ➢ Route pointer (fixed management domain)
> ➢ Second pointer (logical block for second pointers)
> ➢ System log (logical block for logs)
> ➢ L2P table (the logical block for snapshots, an urgent evacuation place logical block)
> ➢ Logical block information (the logical block for snapshots, an urgent evacuation place logical block)
> ➢ Physical block information (the logical block for snapshots, an urgent evacuation place logical block)
> ➢ BackEnd statistical information (the logical block for snapshots, an urgent evacuation place logical block)

## 10.4.15 System Manager management information (said M3)

## 10.4.15.1    Fixed management domain

A fixed management domain collects and constitutes the physical block distributed per Chip at the time of manufacture. Using the block group constituted at the time of manufacture is continued after it, without carrying out block exchange.

A fixed management domain treats NAND of all the domains to manage by pSLC, and secures reliability as multiplex composition for every information saved. The degree of multiplex consists of four or more.

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
97 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005297

**TOSHIBA**
Leading Innovation >>>

Moreover, a cluster crushing rate is always maximized and (12/16) treated. Since the fixed management domain cannot change correction capability dynamically, it is using a part for crushing (1/4) as ECC data beforehand, and aims at improvement in correction capability. About the details of a fixed management domain, they are fixed management domain specifications (temporary). Reference.

The information saved to a fixed management domain is shown below. Refer to the format specifications about a format.

- Initial BB table
- FW image
- SED
- Measure Data
- Route pointer
- Dumping block address table
- System event
- F/E FW setup
- Product default configuration
- In addition to this     (NAND SCR log     etc.)

## 10.4.16 Management data in Serial Flash

| Content | Capacity | Explanation |
|---|---|---|
| Boot Code | 128KB | A part of FW(s) of IPL |
| Drive Dependent Parameter | 64KB | A parameter peculiar to Drive |
| System Error Log | 64KB | System error log |

For details, refer to a memory map.

Refer to system error log specifications for a system error log.

## 10.4.17 User Data Format

## 10.4.18

## 10.4.19

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:    10-5004
98 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
VIASAT_KIOXIA-0000005298

**TOSHIBA**
Leading Innovation >>>

## 11 Interface design (Interface Design)

&lt; this chapter describes an outline, a function, an external interface, and an internal interface to each component of the system shown with Section 9.1. Here, each component is defined as a submodule for convenience. &gt;

### 11.1 Submodule function 1 -- .n (Sub-Module Function 1 --... n)

&lt; submodule function is listed. &gt;

### 11.1.1 Submodule (1) (Sub-Module Function 1 --... n)

(1) Outline (Description)

The outline of positioning within the system of &lt; component, the function described in this section, or an interface is described. &gt;

(2) The function of a submodule (1) (Sub-Module (1) Function)

The function of &lt; component is described. If required, a flow chart etc. show the algorithm for realizing a function. &gt;

(3) External interface (External Interface)

The matter below &lt; is described in detail.
1. Functional name
2. Outline
3. A variable and a constant
4. An input/output
5. Return value
6. A calling agency
7. Call function
8. A pseudo code/algorithm
&gt;

(4) Internal interface (Internal Interface)

The matter below &lt; is described in detail.
1. Functional name
2. Outline
3. A variable and a constant
4. An input/output
5. Return value

TOSHIBA Confidential
Template: J-11TP01-#03

Document ID:   10-5004
99 of107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005299

**TOSHIBA**
Leading Innovation >>>

---

6.  A calling agency
7.  Call function
8.  A pseudo code/algorithm

&gt;

## 11.1.2  Submodule (2) (Sub-Module (2))

(1) Outline (Description)

The outline of positioning within the system of < component, the function described in this section, or an interface is described. >

(2) The function of a submodule (2) (Sub-Module (2) Function)

The function of < component is described. If required, a flow chart etc. show the algorithm for realizing a function. >

(3) External interface (External Interface)

The matter below < is described in detail.

1.  Functional name
2.  Outline
3.  A variable and a constant
4.  An input/output
5.  Return value
6.  A calling agency
7.  Call function
8.  A pseudo code/algorithm

&gt;

(4) Internal interface (Internal Interface)

The matter below < is described in detail.

1.  Functional name
2.  Outline
3.  A variable and a constant
4.  An input/output
5.  Return value
6.  A calling agency
7.  Call function
8.  A pseudo code/algorithm

&gt;

---

TOSHIBA Confidential
Template: J-11TP01-#03
of107

Document ID:  10-5004
100

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000005300

**TOSHIBA**
**Leading Innovation >>>**

### 11.1.3 Submodule (n) (Sub-Module (n))

(1) Outline (Description)

The outline of positioning within the system of < component, the function described in this section, or an interface is described. >

(2) The function of a submodule (n) (Sub-Module (n) Function)

The function of < component is described. If required, a flow chart etc. show the algorithm for realizing a function. >

(3) External interface (External Interface)

The matter below < is described in detail.
1. Functional name
2. Outline
3. A variable and a constant
4. An input/output
5. Return value
6. A calling agency
7. Call function
8. A pseudo code/algorithm
>

(4) Internal interface (Internal Interface)

The matter below < is described in detail.
1. Functional name
2. Outline
3. A variable and a constant
4. An input/output
5. Return value
6. A calling agency
7. Call function
8. A pseudo code/algorithm
>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000005301

**TOSHIBA**
**Leading Innovation >>>**

## 12    Control flow (Control Flow)

The flow of overall processing of a system is described in < this chapter. A flow chart describes the processing outline from starting of a system to an end. The portion equivalent to main of a program is described. >

T.B.D.

## 13    Application library (Application Library)

In < this chapter, all the libraries used for developing this system are described. >

T.B.D.

## 14    Error-handling strategy (Error Handling Strategies)

< this chapter describes the ways of coping to the error which should be detected, and the detected error. This is also described when the error code is assigned to the error which should be detected. The method of detecting an error, taxonomy (the kind of error which defines an error for every interface is classified according to a cause), and the ways of coping (a normal return, forced termination, etc.) of the error according to the degree of incidence to the system are described. >

It is the same as that of M3 almost.

### 14.1 Equipment failure

The event which is breaking down is described below.

- Margin capacity drain
- Multi-serious reduction of a fixed management domain
- Restoration of management information is impossible.
- Inconsistency of a managed table
- ~~NAND access timeout~~
- An unrestorable memory error
- When Program Status Fail occurs continuously 5 times in two or more logical blocks
- When Erase Status Fail occurs continuously 5 times in two or more logical blocks

After failure generating, HW Error is returned to the Host command.
Refer to system error specifications for details.

TOSHIBA Confidential
Template: J-11TP01-#03
of107

Document ID:    10-5004
                102

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005302



## 14.2 The error of NAND

### 14.2.1  Read error

The error which occurs in Read is visible to the phenomenon in which data cannot be corrected by MECC (Media ECC).

When Shift Read is performed and Retry Read is performed, when the beginning reads and it is not sometimes able to correct by MECC (L1Fail), and it still cannot read correctly, correction is tried with a protection system.

In L3 protection, correction with L3 mark added for every logical page is performed.

In multiplex protection, other data of a group is read.

The case where correction by final protection cannot be performed, either is considered as a Uncorrectable error.

By a SCSI standard, when Recovery processing is performed and it succeeds, there is a setup which performs error reporting to Host as a Recovered error.

The case where correction is successful with L3 mark is considered as a Recovered error.

The specification of operation in various Read(s) is shown henceforth.

### 14.2.1.1    L1 Fail

Refer to the "M5_NAND demand .pptx" for error recovery conditions.

### 14.2.1.2    Uncorrectable error

➢  Host Read

Sequencer tells FE about an error by standing Error bit of the sector unit in the command packet of the cluster unit of 、. FE reports a media error to Host.

DM prevents an error advancing by carrying out the compaction of this logic Block.

➢  Compaction origin Read

Sequencer writes a pseudo error (Exception ID: FeBadSector) in the applicable sector of the compaction point.

Since Exception ID is written to NAND as information different from User data format in M5, and Exception ID can be written to NAND even if there is no encryption key in a SED opportunity,  The processing which memorizes an error cluster to 3rd Table Cache carried out by SED of M3 is unnecessary.

➢  The log Read of compaction origin

Although DM performs the log Read of compaction origin and passes Sequencer, when a Uncorrectable error is detected on this occasion, LCA Read is performed to all the Cluster(s) which constitute a logical page, and create a write-in log.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005303
Plaintiff's Exhibit PX24, page 103 of 107

**TOSHIBA**
**Leading Innovation >>>**

---

➢ The log Read for the renewal of an address at the time of starting
  Don't carry out in order to shorten starting time. #19383, #17837 @M3

➢ Read of system data
  When the system log of the urgent evacuation place at the time of starting, Read of LUT restoration, and DM, etc. cannot be read, consider it as failure. In uncorrectable, set the lead to an object region to uncorrectable by the LUT lead under operation in the model which carries out paging of LUT 3rd Cache (TBD.). Examine whether it is possible.

### 14.2.1.3    Recovered error

It is the error which exists only in Host Read as above-mentioned. Sequencer tells FE about an error by standing Recovered Error bit of the sector unit in the command packet of a cluster unit, when L3 correction is successful. FE reports a Recovered error to Host after Read data transfer.

### 14.2.1.4    LSA mismatch

LSA is the value which combined NamaspaceID and LBA and a LSA mismatch is equivalent to the LBA mismatch of M3. A LSA mismatch occurs, when the compatibility of LUT is out of order (at the time [ A position different from the NAND address which Write(d) ] of Read). Since Read at the time of a patrol or L3 correction does not have LCA from a source of request, it is led in the mode which does not check a LSA mismatch.
DM will be made into failure mode if a LSA mismatch is detected.

### 14.2.2  Write error

The error which occurs in Write is only Program Status Fail. The specification of operation in various Write(s) is shown henceforth.

➢ Host Write, LUT Write
  If Program Status Fail occurs, Sequencer will notify that to DM.
  DM is written in, points to a stop, specifies the logical block as compaction origin, and performs a priority compaction.

➢ Compaction Write
  If Program Status Fail occurs, Sequencer will notify that to DM.
  It is writing in DM, it pointing to a stop and directing cancellation of the renewal of LUT of the page group in the logical block, and make a compaction there have been nothing.

➢ Write to an urgent evacuation place
  Since there is no time to recover, Program Status Fail writes in by ignoring.
  Recover by L3 correction at the time of starting.

---

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005304
Plaintiff's Exhibit PX24, page 104 of 107

**TOSHIBA**
Leading Innovation >>>

 ➢ DM log

 Since it has multiplexed, on that spot, do nothing.

 ➢ In addition, Write of the management data of CPU

 Rewrite to another logical block.The administrator of the data performs this.

## 14.2.3  Erase error

Next, the block which can be used is used.

In Erase Status Fail of a logical block, the physical block (group) in which the error was made

is considered as a バッド block, and required processing of a deficit etc. is performed.

## 14.2.4  Busy Timeout

When setting < and its time Busy follow NANDC beforehand in Timeout time, a notice goes to CPU.
In many case, after generating of NAND Busy Timeout, it can use continuously by resetting NAND.
When (#22413 which things understand experientially), therefore NAND Busy Timeout are detected,
NAND is reset and it enables it to continue operation. Although NAND is reset for Timeout
restoration using a reset command, when a reset command goes wrong, it is considered as failure.
If NAND Busy Timeout occurs similarly immediately after NAND reset, it will be considered as
failure (see #32824 and #29523).    (see #21898 and #22980)

The command involved in the channel which Timeout(ed) is recognized as follows from FW.
 ➢  Write : Program status fail
 ➢  Read  :   L1 fail or injection stop
 ➢  Erase : Erase status fail

When restoring Timeout, FW carries out the usual error handling to the NAND block recognized
to be an error. It is used and the prolongation of life of equipment is aimed at by rearranging
the logical address which Timeout generated.

## 14.2.5  Poor NAND (a バッド block and a poor chip)

Refer to the "M5_NAND demand .pptx" for バッド block conditions.

## 14.3 Memory error

Automatic restoration of single bit error in the Byte ECC domain of SRAM/DRAM is carried

out by HW.

It breaks down, when it cannot correct in multi bit error or the horizontal / vertical Parity

domain in a Byte ECC domain.

## 14.4 Hardware failure

 ➢  Malfunction and no answering of Sequencer

 Supervise the state of Sequencer through a Sequencer driver using WDT. When it is detected

 that Sequencer stopped unjustly, change to failure mode.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005305

Plaintiff's Exhibit PX24, page 105 of 107

**TOSHIBA**
Leading Innovation >>>

## 15    A future functional enhancement measure (Future Enhancement Strategies)

T. B. D.

## 16    Alternative design approach (Alternate Design Approach)

T. B. D.

## 17    The advantage of choosing this design (Advantage/Benefits of selecting this design)

T. B. D.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000005306
Plaintiff's Exhibit PX24, page 106 of 107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

株式会社 東芝

VIASAT_KIOXIA-0000005307