SSDAE-A-2103



# C-M5 Series
# Concept Review for Lenovo

## Apr 12, 2017

**Toshiba Memory Corporation**

SSD Division

**© 2017 Toshiba Memory Corporation**



PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
PX44

# Agenda

- **Organizational Overview**

- **Enterprise SSD Roadmap**

- **C-M5 Product Specification**
  - Product overview
  - Product specification

- **C-M5 Development Schedule**

- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)

- **Appendix**

 **Leading Innovation »»** | **SSD Division** | **Confidential** | © **2017 Toshiba Memory Corporation** **2**

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **C-M5 Product Specification**
  - Product overview
  - Product specification
- **C-M5 Development Schedule**
- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)
- **Appendix**

 **Leading Innovation >>>**    **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation**    **3**

Plaintiff's Exhibit PX44, page 3 of 101

# Toshiba Memory Co. Organization (As of April 1st)



**CEO
Y. Naruke***

| | SSD Division | M. Yokotsuka |
|---|---|---|

| Memory Division | | T. Watanabe |
|---|---|---|

- Sales & Marketing Div. — T. Takahashi
- Yokkaichi Operations — T. Matsushita
- Advanced Memory Design Center — T. Maruyama

Memory Technology Research & Development Center — M. Momodomi

Company Staff

Legal/Accounting/HR/Procurement/IP/IT/Flash Strategy/Planning etc (led by each management)

COO  T. Watanabe
CTO  N. Hayasaka*
CFO  H. Hanazawa*
CMO  N. Sano*
CPO  T. Matsushita

Technology Executives

*: Acting

**TOSHIBA** Leading Innovation >>>    **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation**   **4**

# SSD Division Organization (As of April 1st)



*Vice President*
**M. Yokotsuka**



*Technology Executive*
**S. Ohshima**



*Technology Executive*
**S. Yanagi**

- SSD Sales & Marketing Div.
- SSD Business Planning Dept.
- Flash Storage Strategy Dept.
- cSSD Engineering Dept. (Client)
- dSSD Engineering Dept. (Data Center)
- eSSD Engineering Dept. (Enterprise)
- SSD Common Core Engineering Dept.
- SSD Application Engineering Dept.
- SSD Products Quality Assurance Dept.
- SSD Production Engineering Dept.

- Yokkaichi Operations
- Toshiba Information Equipment (Philippines), Inc

**TOSHIBA** Leading Innovation ≫  **SSD Division**   **Confidential**   © 2017 Toshiba Memory Corporation   **5**

Plaintiff's Exhibit PX44, page 5 of 101

# C-M5 Development Team



# Customer Technical Support

- **Customer Support Teams**



Plaintiff's Exhibit PX44, page 7 of 101

# Lenovo eSSD Customer Technical Support

**Lenovo Beijing**

**TEBJ （Beijing）**

Zhang Liang

Jason Zhang

**Lenovo Japan**

**Toshiba HQ CTS**

Y. Takeyama

**Toshiba HQ PP**

S. Fujiwara

S. Nakajima

**Toshiba HQ CQE**

Y. Koizumi

D. Chiba

**Lenovo US**

**TAEC (US)**

| Tony Vallera | Mike Briggs |
| --- | --- |
| Randy Cohen | Y. Tanaka |

**Lenovo Taiwan**

**TET (Taiwan)**

Aaron Hong

Albert Lai

Y. Sawa

**Lenovo Shenzhen**

**TESZ  Shenzhen**

**Totani**

Edwin Huang

Nicolas Lei

Colin Zhang

| TESZ/BJ | HQ | TAEC | TET |
| --- | --- | --- | --- |
| *Shenzhen Beijing* | *Japan* | *USA* | *Taiwan* |



SSD Division

**Confidential**

© 2017 Toshiba Memory Corporation   8

Plaintiff's Exhibit PX44, page 8 of 101

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **C-M5 Product Specification**
  - Product overview
  - Product specification
- **C-M5 Development Schedule**
- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)
- **Appendix**

 **Leading Innovation >>>**    **SSD Division**    **Confidential**    **© 2017 Toshiba Memory Corporation**    **9**

# Enterprise SSD Roadmap



Confidential

**TOSHIBA** Leading Innovation >>>   **SSD Division**   © 2017 Toshiba Memory Corporation   **10**

# Enterprise PCIe NVMe: All Segments



Plaintiff's Exhibit PX44, page 11 of 101

# Agenda

- **Organizational Overview**

- **Enterprise SSD Roadmap**

- **C-M5 Product Specification**
  - Product overview
  - Product specification

- **C-M5 Development Schedule**

- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)

- **Appendix**

 **SSD Division**    **Confidential**    **© 2017 Toshiba Memory Corporation   12**



# Condor-M5 Enterprise PCIe SSD

Concept Review Material: Subject to Change

- **Toshiba's successor to CM3**
  - For Mid to High-end Server and Storage Systems
  - Continues CM3's excellent performance per watt characteristics

- **Key Features**
  - Toshiba's first Enterprise SSD using BiCS3 3D NAND
  - PCIe Gen3 x4  single or dual port (same SKU)
  - Available in U.2 15mm or HHHL-AIC form factor
  - 800GB to 30720GB in 1/3/10 DWPD configurations
  - High performance with lower power (18W) consumption
  - NVMe 1.3, SR-IOV, Multi-Stream, NVMe-MI, NVRAM, others
  - NVMe over Fabric: SGL, CMB, etc.
  - SED, TCG Enterprise/Opal, and FIPS capable



*Note: This information is subject to change without notice*


Leading Innovation >>>   **SSD Division**   **Confidential**   © **2017 Toshiba Memory Corporation**   **13**

Plaintiff's Exhibit PX44, page 13 of 101



# C-M5 Line Up (Capacity and DWPD)

| C-M5 | | 2.5" | AIC |
|---|---|---|---|
| Interface | | PCIe Gen. 3 x4<br>**Dual port: Gen. 3 x2** | PCIe Gen. 3 x4 |
| F.F. | | 2.5" SFF 15mmH (U.2) | HHHL |
| Connector | | SFF-8639 | AIC |
| Power | | < 18W | < 18W |
| **Write Intensive** | **x10 DWPD** | 800 / 1600 / 3200 GB | |
| **Mixed Use** | **x3 DWPD** | **800 / 1600 / 3200 / 6400 GB** | **800 / 1600 / 3200 / 6400 / 12800 GB** |
| **Read Intensive** | **x1 DWPD** | **960 / 1920 / 3840 / 7680 / 15360 / 30720 GB** | **960 / 1920 / 3840 / 7680 / 15360 GB** |

**\*Blue: Newly added from C-M5**



SSD Division

Confidential

© 2017 Toshiba Memory Corporation    14

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **C-M5 Product Specification**
  - Product overview
  - Product specification
- **C-M5 Development Schedule**
- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)
- **Appendix**

 **Leading Innovation** **»»»**

**SSD Division**

**Confidential**

**© 2017 Toshiba Memory Corporation   15**



# C-M5 Product Specification (1/6)

*Blue: Newly added from C-M5

| | | Condor M3 | Condor M5 |
|---|---|---|---|
| Interface | | PCIe 3.0, NVMe 1.0e | PCIe 3.1, NVMe 1.3 |
| | | | |
| Controller | SoC | 88SS1032 | 88SS1033 |
| | Sector Size | 512, 4096 | 512, 520, 528, 4096, 4104, 4160, 4168, 4224 |
| | Dual Port | No | Yes (SFF only) |
| PCIe | ASPM (Active State Power Management) | No | No |
| | SRIS(*1)/SRNS(*2) | No | Yes |
| NVMe | SQ/CQ | # of SQ/CQ=128; # of Entries=64K | # of SQ/CQ=128; # of Entries=16K |
| | CMB (Controller Memory Buffer) | No | Yes (256MB) |
| | Deallocate (Unmap) (*3) | Yes, 4KB granularity, return 00h to trimmed sectors | Yes, 4KB granularity, return 00h to trimmed sectors |
| | Fused Command | No | Yes |
| | Multiple Namespace | No | Yes (Up to 30) |
| | Multistream | No | Yes  (Max. 16) |
| | SGL (Scatter Gather List) | No | Yes |
| | SR-IOV (Single Root I/O Virtualization) | No | No (*4) |
| | Sector Format (LBA Data Size/Metadata Size (PI(*5) size in metadata)) | 512/0(0), 4096/0(0) | 512/0(0), 512/8(0 or 8), 512/16(0 or 8) 4096/0(0), 4096/8(0 or 8), 4096/64(0), 4096/72(0 or 8), 4096/128(0) |

(*1) SRIS: Separate RefClk with Independent Spread Spectrum Clocking
(*2) SRNS: Separate RefClk with No Spread Spectrum Clocking

(*3) Deallocate supported in NVMe Dataset Management command: similar to SCSI UNMAP command
(*4) Possible to use for evaluation (#PF=1 per port, #VF=32 per port; total #PF=2, #VF=64)

(*5) PI: Protection Information



**SSD Division**

**Confidential**

© 2017 Toshiba Memory Corporation   16

Plaintiff's Exhibit PX44, page 16 of 101



# C-M5 Product Specification (2/6)

*Blue: Newly added from C-M5

| | | Condor M3 | Condor M5 |
|---|---|---|---|
| Reliability | MTTF | 2.0MHr (0.44% AFR) | 2.0MHr (0.44% AFR) |
| Availability | Activate Firmware w/o Reset | No | Yes |
| Service-ability | NVMe Management Interface | No | Yes (NVMe-MI 1.0 + ECN001) |
| | MCTP | No | Yes |
| | SMBus | Yes (VPD, Temp Sensor) | Yes (VPD, Temp Sensor) |
| Integrity | E2E Data Protection | Yes | Yes |
| | Power Loss Data Protection | Yes | Yes |
| | DIF | No | Yes (Type 1, 2, 3) |
| | DIX | No | Yes |
| | UBER | $1.0 \times 10^{-17}$ | $1.0 \times 10^{-17}$ (demonstrated) Up to $1.0 \times 10^{-20}$ (target, calculated) |
| | Data Retention (@ EOL, Power removed) | 3 mo. @ < 40 deg. C | 3 mo. @ < 40 deg. C |
| Security | Sanitization (*1) | Yes: Block Erase (User Data Erase) | Yes: Block Erase (User Data Erase), Cryptographic Erase (ISE/SED only) |
| | SED | No | SED: TCG Enterprise SSC / TCG Opal SSC (AES256 XTS; TCG Band Max: 64) Non SED: TCG Pyrite SSC |
| | FIPS | No | Yes (FIPS140-3 Ready) (SFF only) |

(*1) Secure Erase of Format NVM command: Block Erase (User Data Erase) and Cryptographic Erase are supported; Support of NVMe TP004 (Sanitize) (not yet ratified) is under internal discussion

DIF: Data Integrity Field; DIX: Data Integrity Extension; ISE: Instant Secure Erase



**SSD Division** — **Confidential** — © 2017 Toshiba Memory Corporation  **17**



# Security/Cryptography Features

- **Toshiba can provide following six options regarding security/cryptography**

| # | Drive Type | User Data Encryption (*1) | FIPS 140-2 (*2) | Cryptographic Erase |
|---|---|---|---|---|
| 1 | Non SED | No | No | No (only User Data Erase is supported) |
| 2 | ISE (Sanitize, Instant Erase) | No | No | Yes (Key is maintained by drive) |
| 3 | SED (Enterprise SSC) | Yes (Enterprise SSC) | No | Yes |
| 4 | SED (Opal SSC) | Yes (Opal SSC) | No | Yes |
| 5 | FIPS (Enterprise SSC) | Yes (Enterprise SSC) | Yes | Yes |
| 6 | FIPS (Opal SSC) | Yes (Opal SSC) | Yes | Yes |

(*1)

| # | SSC | Specification Name/Revisions |
|---|---|---|
| 1 | Opal SSC | TCG Storage Architecture Core Specification, Specification Version 2.00 Revision 2.08<br>TCG Storage Security Subsystem Class: Opal Specification Version 2.01 Revision 1.00<br>TCG Storage Interface Interactions Specification (SIIS) Specification Version 1.07 Revision 1.08 (Under TCG public review) |
| 2 | Enterprise SSC | TCG Storage Architecture Core Specification, Specification Version 1.00 Revision 0.9 - Draft<br>TCG Storage Security Subsystem Class: Enterprise Specification Version 1.01 Revision 1.00<br>TCG Storage Interface Interactions Specification (SIIS) Specification Version 1.07 Revision 1.08 (Under TCG public review) |

(*2) Ready to comply with FIPS140-3 when standardized

Plaintiff's Exhibit PX44, page 18 of 101

# C-M5 Product Specification (3/6)



Note:  Subject to change

| Condor-M5 Product Specification | | | Write Intensive | | | Mixed Use | | | | | Read Intensive | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAND | | | BiCS3 eTLC | | | BiCS3 eTLC | | | | | BiCS3 eTLC | | | | | |
| User Capacity | | GB | 800 | 1600 | 3200 | 800 | 1600 | 3200 | 6400 | 12800 | 960 | 1920 | 3840 | 7680 | 15360 | 30720 |
| Over Provisioning Ratio | | | 188% | | | 44% | | | | | 20% | | | | | |
| DWPD | | | x10 | | | x3 | | | | | x1 | | | | | |
| Interface | | | PCIe Gen3 x4 (or Dual Gen3 x2 for U.2) | | | PCIe Gen3 x4 (or Dual Gen3 x2 for U.2) | | | | | PCIe Gen3 x4 (or Dual Gen3 x2 for U.2) | | | | | |
| Form Factor | | | U.2 (2.5" SFF) 15mmH | | | U.2 (2.5" SFF) 15mmH | | | - | | U.2 (2.5" SFF) 15mmH | | | | | |
| | | | Add-in Card  HHHL | | | Add-in Card  HHHL | | | | | Add-in Card HHHL | | | | - | |
| Performance Estimation | | | | | | | | | | | | | | | | |
| Sequential Read 128KiB (up to) | (QD=128) | MiB/s | 3200 | | | 3200 | | | | | 3200 | | | | | |
| Sequential Write 128KiB (up to) | (QD=128) | MiB/s | 2600 | | | 1300 | 2600 | | | 1950 | 1300 | 2600 | | | 1950 | |
| Random Read 4KiB (up to) | (QD=256) | KIOPS | 710 | 800 | | 390 | 710 | 800 | | 640 | 390 | 710 | 800 | | 570 | 440 |
| Random Write 4KiB (up to) | (QD=256) | KIOPS | 285 | | | 120 | 200 | | | 150 | 55 | 100 | | | 60 | 50 |
| Random W30%/R70% 4KiB (up to) | (QD=256) | KIOPS | 490 | 520 | | 230 | 400 | 420 | | 320 | 140 | 250 | 260 | | 160 | 130 |
| Latency  (@ QD=1, Aligned, Random 4KiB) | | | | | | | | | | | | | | | | |
| Read | | us (typ.) | 100 | | | 100 | | | | | 100 | | | | | |
| Write | | us (typ.) | 30 | | | 30 | | | | | 30 | | | | | |

**TOSHIBA** Leading Innovation >>>   **SSD Division**                    **Confidential**                    © **2017 Toshiba Memory Corporation   19**



# C-M5 Product Specification (4/6)

- ## Environmental Target specifications (C-M3/C-M5 Comparison)

| Model | | | C-M3 | C-M5 |
|---|---|---|---|---|
| NAND | | | A19 eMLC | BiCS3 eTLC |
| Data Retention (@ EOL, Power removed) | | | 3 mo. @ < 40 deg. C | 3 mo. @ < 40 deg. C |
| MTTF | MPOH | | 2.0 | 2.0 |
| UBER | | | 1.0E-17 | 1.0E-17 (demonstrated) 1.0E-20 (target, calculated) |
| AFR | % | | 0.44 | 0.44 |
| Product Life | Years | | 5 | 5 |
| Power Consumption (+12V) | Active | Normal Mode (W) | 18.5 | 18.0 |
| | Idle | W (typ.) | 6 | TBD |
| Temperature | Op | Ta (°C) | SFF: 0 to 40 AIC: 0 to 50 | 0 to 60 |
| | Op | Tc (°C) | SFF: 0 to 55 AIC: 0 to 55 | 0 to 70 |
| | Non-op | Ta (°C) | - 40 to 70 | - 40 to 70 |

**\*Blue: Newly added from C-M5**

 **Confidential** © **2017 Toshiba Memory Corporation** 20

SSD Division

Plaintiff's Exhibit PX44, page 20 of 101



# C-M5 Product Specification (5/6)

## • Supported OS

| # | Category | OS | C-M3 | C-M5 |
|---|----------|-----|------|------|
| 1 | Windows | Windows Server | 2008 R2, 2012 R2 | 2012 R2, 2016 |
| 2 | Linux | Red Hat Enterprise Linux | 6.6, 6.7, 7.0 | 6.5, 6.6, 6.7, 6.8, 7.0, 7.1, 7.2 |
| 3 | | SUSE Linux Enterprise Server | - | 11 SP4, 12, 12 SP1 |
| 4 | | CentOS | - | 6.5-6.8, 7.0-7.2 |
| 5 | | Ubuntu | - | 14.04LTS, 16.04LTS |
| 6 | VMware | vSphere Hypervisor (ESXi) | 6.0 | 6.0, 6.0 U1, 6.0 U2, 6.5 |

**\*Blue: Newly added from C-M5**

Support Policy
- For Linux Distributions, Kernel 3.3 or later
- Compatibility and functionality is validated with inbox (native) NVMe drivers



**SSD Division**

**Confidential**

**© 2017 Toshiba Memory Corporation** **21**

Plaintiff's Exhibit PX44, page 21 of 101



# C-M5 Product Specification (6/6)

- ## Host-managed SSD (HMS/Directives)

| # | Item | Standard | Description | C-M3 | C-M5 | Notes |
|---|------|----------|-------------|------|------|-------|
| 1 | Power Throttling (Power mode) | Yes (NVMe) | Choose a power mode of operation: can set maximum power consumption | Yes | Yes | Set Features Command (FID=02h) |
| 2 | Temperature Threshold | Yes (NVMe) | Specifies temperature threshold of asynchronous reporting | Yes | Yes | Set Features Command (FID=04h) |
| 3 | Multi Stream | Yes (NVMe) | Allocate different area of NAND to different write streams, to decrease Write Amplitude Factor | No | Yes | NVMe 1.2 TP #008 with limitation (*1) |
| 4 | GC Control | Yes (NVMe) | Controls Garbage Collection timing in order not to disturb NAND read/write operations | No | Yes | NVMe 1.2 TP #020 (Advanced Background Control) (planned) |
| 5 | Thermal Throttling | No | Change thermal throttling behavior (Throttling operation to keep operating temperature within a range where the drive can be healthy) | Yes | Yes | Set Features Command (Vendor Specific FID) |
| 6 | OP Control | No | Change user capacity by re-configuring OP ratio | Yes | Yes | Set Features Command (Vendor Specific FID) |
| 7 | Write Protection | No | Enable / disable write protection mode (write prevented when P/E cycle exhausted, etc) | Yes | Yes | Set Features Command (Vendor Specific FID) |
| 8 | Overprovisioning Threshold | No | Change threshold (% of OP area used) of overprovisioning warning of asynchronous reporting | Yes | Yes | Set Features Command (Vendor Specific FID) |
| 9 | Endurance Threshold | No | Change endurance threshold to 1) issue asynchronous reporting and to 2) enter Write Protect Mode | Yes | Yes | Set Features Command (Vendor Specific FID) |

(*1) Stream ID: limited to 6bits (NVMe Spec: 16bits)

FID: Feature Identifier

**TOSHIBA** Leading Innovation >>>    **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation  22**

Plaintiff's Exhibit PX44, page 22 of 101

# Power Throttling (Power Mode)

- **Supports normal mode and four low power modes**

  - Manages power consumption of write by throttling

  - Standard NVMe Set Features command with FID 02h

- **Attributes used in configuration**

| Location | Bytes/Bits | Field Name | Value / Description |
|---|---|---|---|
| CDW10 | Bit 31:08 | Reserved | Reserved |
| | Bit 07:00 | Feature Identifier (FID) | 02h = Power Management |
| CDW11 | Bit 31:05 | Reserved | Reserved |
| | Bit 04:00 | Power State (PS) | Indicates the new power state into which the controller should transition<br>00h: Normal<br>01h: Low power mode 1<br>02h: Low power mode 2<br>03h: Low power mode 3<br>04h: Low power mode 4<br>Values from 05h to 1Fh are not supported – behavior of transitioning to each of these states is undefined |

Plaintiff's Exhibit PX44, page 23 of 101

# Multi-Stream



**Motivation : To reduce WAF**

- **Reduce GC**
- **Overwrite/un-map data in SSD erase units**
- **Overwrite/unmap the data in Logical block units**
- **Fill each Logical block with same data stream**
- **Fill Logical page with same data stream**

Stream 0   Stream 1   Stream 2   Stream 3

Initial write Stream 0,1,2,3

**Normal write**

Rewritten/Unmapped stream 0,1

**Need garbage collection**

**Don't need garbage collection → Reduce WAF**

**Multi-stream write**

**Confidential**

**SSD Division**

**© 2017 Toshiba Memory Corporation   24**

TOSHIBA
Leading Innovation >>>

Plaintiff's Exhibit PX44, page 24 of 101

# Thermal Throttling

- **To manage operating temperature within a range the drive can keep its healthy condition.**
  - By enabling this feature, the drive dynamically adjusts Read and Write performance to avoid extreme higher operating temperature.
  - It can be enabled/disabled via Set Features command (Vendor Unique FID).
  - User can adjust following three items.
    - A) Performance throttling level
    - B) Transition temp. from Normal state to Thermal throttling state
    - C) Transition temp. from Thermal throttling state to Normal state



The drive goes into protection state if Tc exceeds T4 deg. C



SSD Division                 Confidential                 © 2017 Toshiba Memory Corporation   25



# C-M5/M3 Performance Comparison (1/3)

- ## Write Intensive (x10 DWPD) @18W

| Write Intensive | | C-M3 | C-M5 | | |
|---|---|---|---|---|---|
| NAND | | A19nm eMLC | BiCS3 eTLC | | |
| Interface | | PCIe Gen3 x4 | PCIe Gen3 x4 (or Dual Gen3 x2 for U.2) | | |
| Form Factor | | U.2 (2.5" SFF) 15mmH | U.2 (2.5" SFF) 15mmH | | |
| | | AIC HHHL | AIC HHHL | | |
| User Capacity [GB] | | 800 / 1600 / 3200 | 800 | 1600 | 3200 |
| DWPD | | x10 | x10 | | |
| **Performance @ 18W (@Aligned, Entropy = 100%)** | | | | | |
| Sequential Read (up to) | 128KiB  QD = 128 [MiB/s] | 3100 | 3200 | | |
| Sequential Write (up to) | 128KiB  QD = 128 [MiB/s] | 2350 | 2600 | | |
| Random Read (up to) | 4KiB  QD = 256 [KIOPS] | 660 | 710 | 800 | |
| Random Write (up to) | 4KiB  QD = 256 [KIOPS] | 185 | 285 | | |
| Random W30% / R70% (up to) | 4KiB  QD = 256 [KIOPS] | 340 | 490 | 520 | |
| **Latency (QD = 1, Aligned, Random 4KiB)** | | | | | |
| Read (Avg.) [us] | | 100 | 100 | | |
| Write (Avg.) [us] | | 30 | 30 | | |

**TOSHIBA** Leading Innovation >>>   SSD Division          **Confidential**          © 2017 Toshiba Memory Corporation   26

Plaintiff's Exhibit PX44, page 26 of 101



# C-M5/M3 Performance Comparison (2/3)

- ## Mixed Use (x3 DWPD) @18W

| Mixed Use | | C-M3 | C-M5 | | | | |
|---|---|---|---|---|---|---|---|
| NAND | | A19nm eMLC | BiCS3 eTLC | | | | |
| Interface | | PCIe Gen3 x4 | PCIe Gen3 x4 (or Dual Gen3 x2 for U.2) | | | | |
| Form Factor | | U.2 (2.5" SFF) 15mmH | U.2 (2.5" SFF) 15mmH | | | | - |
| | | AIC HHHL | AIC HHHL | | | | |
| User Capacity [GB] | | 960 / 1920 / 3840 | 800 | 1600 | 3200 | 6400 | 12800 |
| DWPD | | x3 | x3 | | | | |
| Performance @ 18W (@Aligned, Entropy = 100%) | | | | | | | |
| Sequential Read (up to) 128KiB QD = 128 [MiB/s] | | 3100 | 3200 | | | | |
| Sequential Write (up to) 128KiB QD = 128 [MiB/s] | | 2350 | 1300 | 2600 | | | 1950 |
| Random Read (up to) 4KiB QD = 256 [KIOPS] | | 660 | 390 | 710 | 800 | | 640 |
| Random Write (up to) 4KiB QD = 256 [KIOPS] | | 105 | 120 | 200 | | | 150 |
| Random W30% / R70% (up to) 4KiB QD = 256 [KIOPS] | | 235 | 230 | 400 | 420 | | 320 |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | |
| Read (Avg.) [us] | | 100 | 100 | | | | |
| Write (Avg.) [us] | | 30 | 30 | | | | |

**TOSHIBA** Leading Innovation >>>   **SSD Division**   **Confidential**   **© 2017 Toshiba Memory Corporation**   **27**

Plaintiff's Exhibit PX44, page 27 of 101



# C-M5/M3 Performance Comparison (3/3)

- ## Read Intensive (x1 DWPD) @18W

| Read Intensive | | C-M3 | C-M5 | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAND | | A19nm eMLC | BiCS3 eTLC | | | | | |
| Interface | | PCIe Gen3 x4 | PCIe Gen3 x4 (or Dual Gen3 x2 for U.2) | | | | | |
| Form Factor | | U.2 (2.5" SFF) 15mmH | U.2 (2.5" SFF) 15mmH | | | | | |
| | | AIC HHHL | AIC HHHL | | | | | - |
| User Capacity [GB] | | 1000 / 2000 / 4000 | 960 | 1920 | 3840 | 7680 | 15360 | 30720 |
| DWPD | | x1 | x1 | | | | | |
| **Performance @ 18W (@Aligned, Entropy = 100%)** | | | | | | | | |
| Sequential Read (up to) 128KiB QD = 128 [MiB/s] | | 3100 | 3200 | | | | | |
| Sequential Write (up to) 128KiB QD = 128 [MiB/s] | | 2350 | 1300 | 2600 | | | 1950 | |
| Random Read (up to) 4KiB QD = 256 [KIOPS] | | 660 | 390 | 710 | 800 | | 570 | 440 |
| Random Write (up to) 4KiB QD = 256 [KIOPS] | | 80 | 55 | 100 | | | 60 | 50 |
| Random W30% / R70% (up to) 4KiB QD = 256 [KIOPS] | | 200 | 140 | 250 | 260 | | 160 | 130 |
| **Latency (QD = 1, Aligned, Random 4KiB)** | | | | | | | | |
| Read (Avg.) [us] | | 100 | 100 | | | | | |
| Write (Avg.) [us] | | 30 | 30 | | | | | |

**TOSHIBA** Leading Innovation >>>   SSD Division                **Confidential**                © 2017 Toshiba Memory Corporation   **28**

Plaintiff's Exhibit PX44, page 28 of 101

# CT5 Introduction

- **CT5 features Toshiba's NAND TSV technology**

- **TSV combines high density packaging with increased performance and decreased power draw**

- **Suited for applications that require $\leq$18W power consumption and high read and write bandwidth**

| CM5* @ 18W | CT5* @ 12W | CT5* @ 6W |
|---|---|---|
| • Seq Rd/Wr: 3200/2600<br>• Rand Rd/Wr: 800/285 | • Seq Rd/Wr: 3200/3200<br>• Rand Rd/Wr: 800/457 | • Seq Rd/Wr: 2200/1300<br>• Rand Rd/Wr: 550/160 |

Maximizes Write Performance at 12W!

* - measured with 3.2TB 10DWPD

Plaintiff's Exhibit PX44, page 29 of 101



# Sector Size / LBAF Limitation

- **C-M5 supports various types of sector size and LBAF (LBA Format Supported)**
  - Sector size: 512, 520, 528, 4096, 4104, 4160, 4168, 4224
- **Sector size of subsequent namespace is limited by the sector size which is used for the first namespace –** Once sector size is selected, Green supports "up to" – Red is not supported
- **Returns "Invalid Format" as completion status for Format NVM command**

**Sector Size / LBAF Options (for subsequent Namespace)**

| Supported sector size | LBA Format Supported (LBAF) | Sector size used for 1st Namespace | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 512 | 520 | 528 | 4096 | 4104 | 4160 | 4168 | 4224 |
| 512 | 512/0(0) | | | | | | | | |
| 520 | 512/8(0 or 8) | | | | | | | | |
| 528 | 512/16(0 or 8) | | | | | | | | |
| 4096 | 4096/0(0) | | | | | | | | |
| 4104 | 4096/8(0 or 8) | | | | | | | | |
| 4160 | 4096/64(0) | | | | | | | | |
| 4168 | 4096/72(0 or 8) | | | | | | | | |
| 4224 | 4096/128(0) | | | | | | | | |

Confidential

**TOSHIBA** Leading Innovation  SSD Division   © 2017 Toshiba Memory Corporation   **30**

# Dual Port Enable

- **Enterprise SSD Form Factor (Version 1.0a) defines:**
  - DualPortEn# is a static signal. DualPortEn# must be stable 1uS before either ePERst[1:0]# are de-asserted, and DualPortEn# can only change if both ePERst[1:0]# are asserted. The Enterprise PCIe SSD may sample this signal at any time, and operation is undefined if DualPortEn# changes state during operation. In practice is sampled during Enterprise PCIe SSD local reset sequence to configure the ports.

- **C-M5 implementation: DualPortEn# is sampled when PERST# (*1) is deasserted, but <u>only right after</u> 12V power is turned on (*2)**
  - (*1) Either PERST#(ePERst[0]) or PERSTB#(ePERst[1]), which is deasserted earlier
  - (*2) C-M5 does not check DualPortEn# signal, if power cycle does not happen

- **When the system is configured as Dual Port, please drive DualPortEn# to low before PERST# is deasserted <u>after power is supplied</u>. Please keep the value of DualPortEn# until power off.**



> Sample the value of DualPortEn# right after power on, then determine port configuration

> ✓ *<u>Power cycle is required to switch from single port to dual port and vice versa</u>*

**TOSHIBA** Leading Innovation >>>    **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation**   **31**

# Dual Port: "Shutdown"

- **SCSI Protocol**
  - START STOP UNIT controls the power condition of a logical unit
  - Implication: entire SSD is shut down by STOP UNIT **from one port**

- **NVMe Protocol**
  - Shutdown sequence
    - Host writes 01b (normal shutdown) (or 10b: abrupt shutdown) to CC.SHN
    - Host checks that CSTS.SHST becomes 10b (shutdown processing complete)
    - Host can turn off SSD
  - Shutdown sequence for dual port
    - Even if the sequence is completed in **only one port** and CSTS.SHST becomes 10b for that port, SSD is **still in operation**
    - Host needs to execute shutdown sequence **from two ports**
  - **Alternative implementation** of C-M5: CC.SHN **from one port** takes effect to both ports (controllers), i.e., **entire SSD**





Ref: NVMe Spec 1.2b 3.1.5, 3.1.6, 7.6.2
CC.SHN: Controller Configuration – Shutdown Notification
CSTS.SHST: Controller Status – Shutdown Status

✓ *We can provide either implementation*

---



**SSD Division**    **Confidential**    © 2017 Toshiba Memory Corporation   **32**

# RefClk, SRIS / SRNS

- **Plan to support common/separate RefClk, each supports No SSC & With SSC**
- **Two operation modes, which are not interchangeable**



Note: Firmware is common between two modes

SRIS: Separate RefClk with Independent Spread Spectrum Clocking
SRNS: Separate RefClk with No Spread Spectrum Clocking

✓ Operation mode is defined in factory (provided in different SKUs)

**TOSHIBA** Leading Innovation ≫    **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation**   **33**



# CMB (Controller Memory Buffer)

- **CMB is**
  - Data buffer in SSD for storing Read/Write data
  - Implemented in C-M5 (256MB)

- **Major use case: NVMe-oF**
  - Lower memory latency → higher performance
  - Reduction of CPU overhead → Possibility to implement NVMeoF storage with less expensive CPUs

**Example: Read data flow**

a) With CMB
Read data stored in CMB; then sent to host directly

b) Without CMB
Read data once stored in CPU memory, then sent to host
CPU-memory bandwidth consumed, longer latency (additional hop)





**TOSHIBA** Leading Innovation >>>   **SSD Division**                    **Confidential**                    © 2017 Toshiba Memory Corporation   **34**

# CMB Features

- ## C-M5 supports all features of CMB, which is defined by NVMe spec

| # | Feature | Value | Use cases, benefits |
|---|---------|-------|---------------------|
| 1 | Write Data Support | Support | ✓ Accommodate data to be written to NAND – less host memory<br>✓ Reduced latency & less overhead, compared to buffer in host memory |
| 2 | Read Data Support | Support | ✓ Accommodate data read from NAND – less host memory<br>✓ Reduced latency & less overhead, compared to buffer in host memory |
| 3 | PRP SGL List Support | Support | ✓ Accommodate PRP/SGL in SSD side – less host memory<br>✓ Reduced latency to fetch PRP/SGL |
| 4 | Completion Queue Support | Support | ✓ Accommodate CQ – less host memory |
| 5 | Submission Queue Support | Support | ✓ Accommodate SQ – less host memory<br>✓ Reduced latency to fetch SQ entry |
| 6 | Size; Size Units | 256MB | |

Ref: NVMe Rev 1.2b Section 3.1.12

- ## Performance

  – Throughput: 1.3GB/s

  – Latency: 1us to 5us (to be verified in silicon)


**TOSHIBA**
Leading Innovation >>>    **SSD Division**    <span style="color:red">**Confidential**</span>    © **2017 Toshiba Memory Corporation   35**

# CMB Configuration

- **C-M5 supports optional feature of NVMe - Controller Memory Buffer**

- **It consumes 256MB of MMIO region (mapped to BAR4/5)**
  - Could be critical for systems which supports many PCIe devices

- **Supports command and data**



**SSD Division**

**Confidential**

© **2017 Toshiba Memory Corporation**   **36**

# Controller Capabilities

- ## C-M5 Implementation of Controller Capabilities (CAP) Register

| Bit | Description | Value | Note |
|---|---|---|---|
| 55:52 | Memory Page Size Maximum (MPSMAX) | 0000b (4KB) | |
| 51:48 | Memory Page Size Minimum (MPSMIN) | 0000b (4KB) | |
| 44:37 | Command Sets Supported (CSS) | 00000001b (NVM command set supported) | |
| 36 | NVM Subsystem Reset Supported (NSSRS) | 1b (supported) | |
| 35:32 | Doorbell Stride (DSTRD) | 0000b (4B) | |
| 31:24 | Timeout (TO) | 4d – 17d (8sec to 34sec) | Target value; Depend on capacity |
| 18:17 | Arbitration Mechanism Supported (AMS) | 01b (WRR supported, Vendor specific not supported) | |
| 16 | Contiguous Queues Required (CQR) | 1b (Required) | Current Linux driver only uses contiguous queues |
| 15:00 | Maximum Queue Entries Supported (MQES) | 3FFFh (16K entries) | |

Ref: NVMe Spec section 3.1.1 Offset 00h: CAP – Controller Capabilities

**TOSHIBA** Leading Innovation >>>  **SSD Division**  **Confidential**  © 2017 Toshiba Memory Corporation

Plaintiff's Exhibit PX44, page 37 of 101

# Large Cluster Support

- **M5's new SoC can support 8/16/32k cluster.**

- **When 8K cluster is used⋯**

  ✓ Pros. :

  ➢ Shorten Time to Ready.

  ➢ WAF improvement with ≧8k bytes access.

  ✓ Cons. :

  ➢ Random write performance and WAF become worse when the host access with less than 8k bytes.

- **Available via customized firmware**

Plaintiff's Exhibit PX44, page 38 of 101

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **C-M5 Product Specification**
  - Product overview
  - Product specification
- **C-M5 Development Schedule**
- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)
- **Appendix**

 **Leading Innovation >>>**    **SSD Division**    **Confidential**    **© 2017 Toshiba Memory Corporation   39**



# C-M5 Development Schedule (Lenovo)



TBD

**TOSHIBA** Leading Innovation >>>    **SSD Division**    **Confidential**    © 2017 Toshiba Memory Corporation   40

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **C-M5 Product Specification**
  - Product overview
  - Product specification
- **C-M5 Development Schedule**
- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)
- **Appendix**

 **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation**   **41**

# Key Component List

- ## Key Component List with Supplier Information

| | C-M3 | C-M5 | |
|---|---|---|---|
| Controller SoC | Marvell 88SS1032 (Designed by Toshiba) | Marvell 88SS1033 (Designed by Toshiba) | |
| NAND | • Toshiba A19nm eMLC<br>• 4st, 8st, 16st | • Toshiba BiCS3 eTLC<br>• 4st,8st,16st | |
| DRAM | • DDR3 (1.5V)<br>• Micron, Hynix, Winbond<br>• 2Gb, 4Gb, 8Gb x8bit | • DDR3L (1.35V)<br>• Micron, Hynix, Nanya, Zentel<br>• 2Gb, 4Gb x8bit | • DDR4 (1.2V, 2.5V)<br>• Micron, Hynix, Nanya, Samsung<br>• 4Gb, 8Gb, 16Gb x8bit |
| Connector (SFF) | Amphenol SFF-8639 | ← | |
| PLP Capacitor | Nippon Chemi-Con, Nichicon (Electrolytic) | ← | |
| B2B Connector | FCI (Except for 800GB(WI)/960GB(MU)/1TB(RI) models) | FCI for WI Model(1.6TB/3.2TB) and other Model over 6.4TB | |
| PMIC (Power Management IC) | - | IDT | |

Plaintiff's Exhibit PX44, page 42 of 101

# Technology Comparison (1/3)

| | C-M3 | C-M5 |
|---|---|---|
| SoC | Marvell 88SS1032 (Designed by Toshiba) | Marvell 88SS1033 (Designed by Toshiba) |
| Process Rule [nm] | 28 | ← |
| Package Size [mm] | 29 x 29 | 27 x 27 |
| SoC Core [V] | 0.9 | ← |
| DDR I/F [V] | 1.5 | 1.35 / 1.2 |
| Peripheral I/O [V] | 1.8 | ← |
| DRAM I/F | DDR3 | DDR3L / DDR4 |
| DDR Bus Width | 16bit | 32bit |

Plaintiff's Exhibit PX44, page 43 of 101



# Technology Comparison (2/3)

| | C-M3 | C-M5 | |
|---|---|---|---|
| Endurance type | All | WI 800 1600 3200<br>MU 800 1600 3200 6400<br>RI 960 1920 3840 7680 | MU 12800<br>RI 15360 30720 |
| NAND | A19nm eMLC | BiCS3 eTLC | |
| # of NAND channels | 18 | ← | |
| Capacity/Chip | 128Gb | 256Gb | 512Gb |
| Stacks | 4/8/16 | 4/8/16 | 16 |
| # of planes/die | 4 | 2 | |
| # of blocks | 4036 | 2956 | 5916 |
| Package type | 152BGA | 132BGA/152BGA | 152BGA |
| Core Voltage [V] | 2.5 | ← | |
| ECC | BCH | LDPC | |
| ECC correctable bit (L1)/1KB | 21～110bits | 27～262bits | |
| Variable ECC | Supported | ← | |

BCH: Bose Chaudhuri Hocquenghem; LDPC: Low-density Parity-check

**TOSHIBA** Leading Innovation >>>  **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation**   **44**



# Technology Comparison (3/3)

| | C-M3 (SFF) | C-M5 (SFF) | C-M3 (AIC) | C-M5 (AIC) |
|---|---|---|---|---|
| FF Thickness [mm] | 15 | ← | N/A | N/A |
| Connector | | | | |
| I/F Connector | SFF-8639 | ← | N/A | N/A |
| # of B2B Pins | 240 | 300 | N/A | N/A |
| PLP | | | | |
| Cap type | Electrolytic | ← | Electrolytic | ← |
| # of Cap | 6 | ← | 6 | ← |
| Unit Cap [uF] | 220 | ←<br>(3PCBA model: TBD) | 220 | ← |
| Charge Voltage [V] | 29 | ← | 29 | ← |
| PCBA | | | | |
| # of layers | 10 | Mother: 10<br>Daughter: 12<br>(3PCBA model: TBD) | 16 | ← |
| # of PCBAs | 1 or 2 | 1, 2 or 3 | 1 | ← |

**TOSHIBA** Leading Innovation >>>    **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation  45**

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **C-M5 Product Specification**
  - Product overview
  - Product specification
- **C-M5 Development Schedule**
- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)
- **Appendix**

 **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation**  **46**



# Controller Block Diagram

**SoC**

**F/E**

**B/E**

ARM -CPU0- F/E

ARM -CPU1- B/E

Shared SRAM

DDR Controller

**DRAM bandwidth**
**M3: x16 533MHz**
**M5: x32 800MHz max**

DDR Memory

**CPU Clock**
**M3:288MHz**
**M5:320MHz**

NVMe Controller

**DRAM bus**

**Control bus**

Sequencer

**Internal Data Bus**
**M3:128bit**
**M5:256bit**

**NAND I/F speed**
**M3:167MHz**
**M5:200MHz**

PCIe

AES

Write Buffer

Read Buffer

NAND Controller

NAND Device

Port0    Port1

**DATA bus**

Plaintiff's Exhibit PX44, page 47 of 101

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **C-M5 Product Specification**
    - Product overview
    - Product specification
- **C-M5 Development Schedule**
- **C-M5 Product Design**
    - Key components
    - Controller
    - NAND
    - Mechanical design
    - Implementation details
    - SSD with Persistent Memory Region (NVRAM)
- **Appendix**

 **SSD Division**     **Confidential**     **© 2017 Toshiba Memory Corporation   48**



| NAND | Die | Count | # of Dies | U.2 (SFF) | | | | | | AIC | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | # of PCBA | DRAM type | WI OP: 188% | MU OP: 44% | RI OP: 20% | | # of PCBA | DRAM type | WI OP: 188% | MU OP: 44% | RI OP: 20% |
| BiCS3 eTLC | 256 Gb | 9 x 4st | 36 | 1 | DDR3L | | 800 | 960 (2GB) | | 1 | DDR4 | | 800 | 960 (2GB) |
| | | 9 x 8st | 72 | 1 | DDR3L | 800 | 1600 | 1920 (3GB) | | 1 | DDR4 | 800 | 1600 | 1920 (4GB) |
| | | 18 x 8st | 144 | 2 | DDR4 | 1600 (4GB) | 3200 | 3840 (6GB) | | 1 | DDR4 | 1600 (4GB) | 3200 | 3840 (6GB) |
| | | 18 x 16st | 288 | 2 | DDR4 | 3200 (6GB) | 6400 | 7680 (12GB) | | 1 | DDR4 | 3200 (6GB) | 6400 | 7680 (12GB) |
| | 512 Gb | 18 x 16st | 288 | 2 | DDR4 | | | 15360 (16GB) | | 1 | DDR4 | | 12800 | 15360 (16GB) |
| | | 36 x 16st | 576 | 3 | DDR4 | | | 30720 (16GB) | | N/A | | | | |

St: stacks (number of dies per package)   16GB Capacity of DRAM   (Unit: GB)



SSD Division          Confidential          © 2017 Toshiba Memory Corporation   49

Plaintiff's Exhibit PX44, page 49 of 101

# NAND Flash Key Parameters



| NAND production | | Previous Generation | Previous Generation | Current Generation | |
|---|---|---|---|---|---|
| Generation | | A19nm | 15nm | BiCS3 TLC | |
| NAND die density | | 128Gb | 128Gb | 256Gb | 512Gb |
| Interface | | Toggle2.0 | Toggle2.0 | Toggle2.0 | Toggle2.0 |
| Schedule | | MP | MP | 2Q'17 | 2Q'17 |
| Reliability | W/E endurance | 10K | 10K | 10k | 10k |
| | Data Retention | 0.25year @ Life end | 0.25year @ Life end | 0.25year @ Life End | 0.25year @ Life End |
| | ECC Requirement | 40bit/1KB | 40bit/1KB | 120bit/1kB | 120bit/1kB |
| Architecture | Vcc | 2.35-3.6V | 2.35-3.6V | 2.35-3.6V | 2.35-3.6V |
| | VccQ | 3.3V / 1.8V | 3.3V / 1.8V | 3.3V / 1.8V | 3.3V / 1.8V |
| | Vpp | 12V | 12V | 12V | 12V |
| | Page + Spare Size | 16KB+1280B | 16KB + 1280B | 16kB + 1952B | 16KB + 1952B |
| | Page per Block | 256 | 256 | 768 | 768 |
| | Block Size | 4MB | 4MB | 12MB | 12MB |
| | # of Blocks | 4036 – 4276 | 4036 – 4252 | 2956 | 5916 |
| | # of Plane | 4 | 4 | 2 | 2 |
| Performance | Max Data Rate | 400MT/s | 400MT/s | 400~533MT/s | 400~533MT/s |
| | tPROG (typ) | 1.9ms | 1.9ms | 2.4-3.0ms | 3.0-4.5ms |
| | tR (typ/max) | 54us/80us | 50us/85us | 60-80us | 80-110us |
| | tBERASE (typ) | 7ms | 8ms | 10ms | 10ms |
| Package | | 152BGA | 132BGA | 132BGA/152BGA | 152BGA |

**TOSHIBA** Leading Innovation >>>

SSD Division

**Confidential**

© 2017 Toshiba Memory Corporation **50**

Plaintiff's Exhibit PX44, page 50 of 101

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **C-M5 Product Specification**
  - Product overview
  - Product specification
- **C-M5 Development Schedule**
- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)
- **Appendix**

 **TOSHIBA** Leading Innovation >>>    **SSD Division**    **Confidential**    **© 2017 Toshiba Memory Corporation  51**

Plaintiff's Exhibit PX44, page 51 of 101

# Mechanical Structure (External)



COVER side                    BASE side

**TOSHIBA**
Leading Innovation >>>  **SSD Division**                    **Confidential**                    **© 2017 Toshiba Memory Corporation   52**

# Mechanical Structure Dual PCB (Internal 1/2)

**C-M3**



**C-M5**



aluminum electrolytic capacitor

BtoB connector

Cover
（Aluminum plate)

Daughter PCB

Mother PCB

Base Plate
（Aluminum die-cast）

**TOSHIBA** Leading Innovation >>>  SSD Division    **Confidential**    © 2017 Toshiba Memory Corporation   **53**

Plaintiff's Exhibit PX44, page 53 of 101



# Mechanical Structure Dual PCB (Internal 2/2)

C-M3

C-M5





 

Plaintiff's Exhibit PX44, page 54 of 101



# Mechanical Structure Single PCB (Internal 1/2)

## C-M3

## C-M5

Cover
（Aluminum plate）

aluminum electrolytic capacitor

Main PCB

Base Plate
（Aluminum die-cast）



**SSD Division**

**Confidential**

© 2017 Toshiba Memory Corporation **55**

Plaintiff's Exhibit PX44, page 55 of 101

# Mechanical Structure Single PCB (Internal 2/2)

**C-M3**

**C-M5**



Inner Cover



# Mechanical Structure (AIC) (1/3)



Plaintiff's Exhibit PX44, page 57 of 101

# Mechanical Structure (AIC) (2/3)



**SSD Division**     **Confidential**     © **2017 Toshiba Memory Corporation**   **58**



# Mechanical Structure (AIC) (3/3)















hole size : Φ2.9mm



**SSD Division**

**Confidential**

**© 2017 Toshiba Memory Corporation   59**

Plaintiff's Exhibit PX44, page 59 of 101



# Form Factor and Mounting Hole Dimensions

- **Conforms with:**
  - SFF-8201 (Housing)
  - SFF-8639 (SAS & PCIe Plug)

- **Weight: 0.13kg maximum**

- **Installation screw torque:**
  - 0.49N-m +/-12%



Plaintiff's Exhibit PX44, page 60 of 101

# Durability against shock and heat dissipation design Dual PCB



NAND

aluminum electrolytic capacitor

BtoB connector

Cover

PCB (daughter)

Air flow

Air flow

SoC

Heat Dissipation Path

NAND

PCB (mother)

Base

Heat Dissipation Path

Cover

Holes for air flow

Ribbing

Having holes at cover side, the air can flow in the drive.
The Cover has "ribbing" to increase mechanical stiffness and improve contact to hot components with TIM (Thermal Interface Material).

**TOSHIBA** Leading Innovation >>>   **SSD Division**      **Confidential**      © **2017 Toshiba Memory Corporation**   **61**

# Durability against shock and heat dissipation design  Single PCB



Having holes at cover side, the air can flow in the drive.
The Cover has "ribbing" to increase mechanical stiffness and improve contact to hot components with TIM (Thermal Interface Material).

Plaintiff's Exhibit PX44, page 62 of 101

# Thermal simulation

Thermal Simulation Temperature results @ SoC：11[W] , Ta：25[degC],  Air flow speed：2.0m/sec



| Model | SoC | NAND | DRAM | AL CON |
|---|---|---|---|---|
| P/C-M3 | 80.5 | 72.8 | 78.3 | 63.8 |
| P/C-M5 w/o air vent | 81.0 | 71.6 | 76.7 | 63.4 |
| P/C-M5 w air vent | 73.9 | 62.9 | 69.1 | 54.4 |

P/C-M5 new design with air vent can decrease the temperature of each component by 10degC.
w/o air vents the temperature of components of P/C-M5 are similar to P/C-M3.

**TOSHIBA** Leading Innovation ⫸    **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation   63**

Plaintiff's Exhibit PX44, page 63 of 101

# Location of Temperature Sensors (1/3)

1PCB model

- **Single PCBA Version**



**Top Cover view**

**Bottom Base view**

Aluminum electrolytic capacitor x6

NAND X9 for 18CH

Serial Flash

DDR3L x8

**Thermistor #1**
- **Far side of NAND from SoC**

**Thermistor #2**
- **NAND Near side to the SoC**

SoC

Note: Tc value in SMART log is generated from measured value of the sensors and some offsets

**TOSHIBA** Leading Innovation >>>     **SSD Division**     **Confidential**     © **2017 Toshiba Memory Corporation**   64

Plaintiff's Exhibit PX44, page 64 of 101

# Location of Temperature Sensors (2/3)

2PCB model

● **Mother board**



Top Cover view

Bottom Base view

NAND x8

BGA CN 300pin

Serial Flash

DDR3L x8

Thermistor #1
- **NAND Near side to the SoC**

SoC

**TOSHIBA** Leading Innovation >>>    **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation   65**

# Location of Temperature Sensors (3/3)

2PCB model

- **Daughter board**



Top Cover view

Bottom Base view

Aluminum electrolytic capacitor x6

NAND x10

BGA CN 300pin

**Thermistor #2**
- **Far side of NAND from SoC**

**TOSHIBA** Leading Innovation >>>     **SSD Division**     **Confidential**     © **2017 Toshiba Memory Corporation**   **66**

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **C-M5 Product Specification**
  - Product overview
  - Product specification
- **C-M5 Development Schedule**
- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)
- **Appendix**

 **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation**    **67**

# End-to-end Data Protection



Data Protection Scheme

**Confidential**

TOSHIBA Leading Innovation >>>   SSD Division   © 2017 Toshiba Memory Corporation   68

# Error Recovery Procedure

- ## Recovery Procedure



- ## Recovery Flow



- **M5 uses LDPC with Hard Bit decoding (HB) and 2 types of Soft Bit decoding（HSB: High-speed Soft Bit Decoding, FSB: Full Soft Bit Decoding) each with different levels of error correction.**

- **M5s UBER is going to achieve to UBER specification (1E-20) with various correction level in LDPC (L1, L2) and RAID-6 (L3).**

- **Target is to be able to correct 99.9% of errors in 1st step.**

**TOSHIBA** Leading Innovation >>>

SSD Division

**Confidential**

© 2017 Toshiba Memory Corporation   69

Plaintiff's Exhibit PX44, page 69 of 101

# Error Recovery Procedure

- **HB (Hard Bit decoding)**

  – Hard decision decoding.

  – Read with shift parameter succeeded previously.

- **Auto HSB (High speed Soft Bit decoding)**

  – 3 point read for soft decision decoding.

- **HSB w/ Shift read**

  – Read is retried several times by changing Vth.

- **FSB (Full Soft Bit decoding)**

  – 7 point read for soft decision decoding.

- **RAID6**

  – RAID6 level recovery by using L3 ECC.



Faster  Stronger

# Variable ECC

- **Variable ECC**
  - As the Raw BER increases with age, ECC power is increased using variable ECC levels.



# Variable ECC

- **Variable ECC**

  CM5：18,336bytes /page

  – ECC Correction(HB) = **27 to 47** bits/1kB (Fresh: Step 0)



27 bits for 528B sectors
37 bits for 520B sectors
47 bits for 512B sectors

  – ECC Correction(HB) = 262 to 293 bits/1kB (Maximum)

  – Additional NAND blocks for ECC will be consumed from OP

262 bits for 528B sectors
274 bits for 520B sectors
293 bits for 512B sectors

  – ECC is strengthened as raw BER increases, resulting in some reduction in OP

Plaintiff's Exhibit PX44, page 72 of 101

# Variable ECC

Length of L1 Media ECC grows according to increase of raw bit error rate of NAND

| Generation | Step | Granularity |
|---|---|---|
| M3 | 5 | 4 Plane - 1 Block (256 pages) |
| M5 | 7 | 2 Plane - 1/8 Block (96 pages) |

Step and granularity are more subdivided compared to M3.
This feature enable to extend drive life.

Plaintiff's Exhibit PX44, page 73 of 101

# Internal RAID-6 Architecture (L3 ECC)



L3 ECC can correct a die failure.
(ex.CH3 BANK0 2 symbol erasure.)

L3 ECC

Up to two pages failure can be recovered by L3 ECC.

Confidential

 **Leading Innovation >>>**   **SSD Division**   **© 2017 Toshiba Memory Corporation   74**

# UBER Calculation



- **Bit err rate is determined by Poisson distribution of average BER.**
- **L3 ECC error probability, that is erasure error, is calculated from FSB LDPC failure count grater than 2 symbols.**
- **Chart shows relationship between Raw BER and UBER.**
- **Bottom line: UBER calculated to achieve 1E-20**

Plaintiff's Exhibit PX44, page 75 of 101

# Shorter Time to Ready

- **Time to Ready (target) at power on**

  - Shorten Time to Ready by wider DRAM interface and HW automation.

    - DRAM i/f: 32bit wide, 800MHz max (C-M5); 16bit wide 533MHz (C-M3)

| Capacity (GB) | C-M3 (sec.) | C-M5 (Target) (sec.) |
|---|---|---|
| 800/960 | 11 | 8 |
| 1600/1920 | 14 | 9 |
| 3200/3840 | 21 | 10 |
| 6400/7680 | - | 15 |
| 15360 | - | 21 |
| 30720 | - | 34 |

Reviewing quick start feature to shorten time to ready

\* The value means that power is off during random write.
\* The value that power is off after Shutdown Notification (CC.SHN=01b) or STOP UNIT is almost same.

# Shorter Time to Ready

- **Quick Start**
  - In the large capacity model, to shorten the scan time, snapshot is saved at adequate interval.
  - In the 2nd case, only three FTL blocks are used to restore FTL.



**Confidential**

**TOSHIBA** Leading Innovation >>>    **SSD Division**    © **2017 Toshiba Memory Corporation   77**

# MCTP over PCIe / SMBus

- **The drive supports MCTP (Management Component Transport Protocol) over PCIe / SMBus. It allow the Host to communicate out-of-band with the drive.**

- **The drive also supports communication interface that defined in NVMe-MI specification. This interface is used for monitoring and configuration.**



# Program Suspend

- **PM5/CM5 generation supports Program Suspend.**
- **Read command can be prioritized even if program is being executed.**
- **This feature improves max read latency.**



# SMBus Design

- **SMBus is available on both of the U.2 and the AIC form factor**

- **SMBus is controlled by SoC and EEPROM which is mounted on the drive**
  - It support Standard (100kHz) protocol
  - EEPROM allows the Host to indicate some supported VPD data even if only +3.3v power is supplied to the drive.



Plaintiff's Exhibit PX44, page 80 of 101

# Power Loss Protection Implementation (1/2)

- **Normal State (Charge Up)**



**TOSHIBA**
Leading Innovation >>>    **SSD Division**    **Confidential**    **© 2017 Toshiba Memory Corporation   81**

Plaintiff's Exhibit PX44, page 81 of 101

# Power Loss Protection Implementation (2/2)

- ## Power Loss State



When the Voltage Monitor detects a power drop or loss, it notifies the SoC and switches the power source from external to internal (charged Electrolytic capacitor array)

Cached user data in SRAM and FTL data in DRAM are flushed to NANDs during shutdown operation

**PMIC**

+12V — Open — Open — **Boost Conv.** — 29V — **Back Conv.** — Closed

**Internal DC-DC Converter**
3.3V, 2.5V, 1.8V, 0.9V, 1.35V

**Capacitor** +

**Voltage Monitor (+12V)**

**FIRQ Requested**

**FIRQ (to SoC)**

**TOSHIBA** Leading Innovation >>>

**SSD Division**

**Confidential**

**© 2017 Toshiba Memory Corporation**   **82**

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **C-M5 Product Specification**
  - Product overview
  - Product specification
- **C-M5 Development Schedule**
- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)
- **Appendix**

 **Leading Innovation** ⋙    **SSD Division**    **Confidential**    **© 2017 Toshiba Memory Corporation   83**

Plaintiff's Exhibit PX44, page 83 of 101

# Positioning of SSD with Persistent Memory Region (PMR)



- Positioning of SSD with PMR
  - Byte Addressable to enhance transaction (for Journal, Write Buffer, Metadata)
  - Low Latency
  - Non-volatile for DRAM
  - Hybrid SSD which has PMR and High performance / High capacity SSD

**SSD with PMR is PCIe based solutions with DRAM + BiCS FLASH to enable DRAM persistency**

Plaintiff's Exhibit PX44, page 84 of 101

# CM5: SSD with Persistent Memory Region (PMR) Concept



PMR by DRAM + BiCS FLASH

Possible Solutions

Memory Bus

PCIe

NVDIMM

SSD with PMR

**Concerns**
- Expensive
- Consume DIMM Slot
- Serviceability
- No failover

- Hybrid Device
  - 2GB PMR + TB Class SSD
- MMIO and DMA access in future
  - Byte Addressable, Host Memory Space
- High availability via dual ports
  - Accessed via NVMe Namespace

**TOSHIBA** Leading Innovation ≫≫≫    **SSD Division**    **Confidential**    © 2017 Toshiba Memory Corporation   85

# CM5 CMB/PMR Block Diagram



- PMR - 2GB/SSD power-loss protected (PLP) DRAM

- Direct Access via MMIO – Byte addressability

- ~1.3GB/s B/W

**Total SSD DRAM**

Plaintiff's Exhibit PX44, page 86 of 101



# CM5 PMR Use Cases and Target Features

- **Use Cases**
  - Log for software RAID & erasure coding systems
  - Commit log device for NOSQL databases as well as Relational (MySQL, etc.) databases
  - Journal for file systems
  - Buffer for write-coalescing in caching systems
  - Metadata
  - Staging for de-dup, compression, etc.

- **Features**

| # | Feature | MMIO access |
|---|---------|-------------|
| 1 | Access Method | • Read/Write access from CPU, via MMIO (memory mapped I/O) space<br>• Address can be configured by PCIe BAR4/5 registers<br>• Internal windowing to access the whole NVRAM space with less MMIO space (register settings) |
| 2 | Access Granularity | • Byte |
| 3 | Atomic write size | • Up to 512B |
| 4 | Driver | • Not necessary |
| 5 | Capacity | • 2GB |
| 6 | Throughput | • 1.3GB/s |
| 7 | Latency | • 1us to 5us*          * - to be verified in Silicon |

**TOSHIBA** Leading Innovation ⟫⟫⟫    **SSD Division**    **Confidential**    © **2017 Toshiba Memory Corporation   87**



# CM5 PMR Implementation Image

- **Performance expectation ~1.3GB/s**
- **2GB NVRAM + 8~12TB NAND space**

## Mother board

**Top Cover view**

**Bottom Base view**

NAND x8

BGA CN 300pin

Serial Flash

DDR4 x8

SoC

## Daughter board

**Top Cover view**

**Bottom Base view**

Super Cap X2

NAND Core DC-DC converter area

Super Cap X6

21mm

14mm

BGA CN 300pin

NAND X5 (18x14mm)

**TOSHIBA** Leading Innovation >>>   **SSD Division**                    **Confidential**                    **© 2017 Toshiba Memory Corporation**

Plaintiff's Exhibit PX44, page 88 of 101

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **C-M5 Product Specification**
  - Product overview
  - Product specification
- **C-M5 Development Schedule**
- **C-M5 Product Design**
  - Key components
  - Controller
  - NAND
  - Mechanical design
  - Implementation details
  - SSD with Persistent Memory Region (NVRAM)
- **Appendix**

 **SSD Division**          **Confidential**          **© 2017 Toshiba Memory Corporation** **89**

Plaintiff's Exhibit PX44, page 89 of 101



# Security/Cryptography Features (Opal SSC)

- **Is Toshiba's Opal SSC Implementation Plan enough?**

  <span style="background-color: yellow">Leave these pages only if the customer is interested in Opal SSC</span>

  – Please check Appendix for entire specification

| Item | Opal Requirement | Toshiba Implementation |
|------|------------------|------------------------|
| MaxRanges (The maximum number of supportable LBA ranges in addition to the Global Range) | Equal to or more than 4 | 9 |
| Maximum number of User | Equal to or more than 4 | 9 |
| Size of MBR | 128 MiB minimum | 128 MiB |

- **Is Shadow MBR really necessary?**

- **How many Namespaces do you plan to use?**

- **Necessary timeframe?**

✓ *__Request: Please check "Toshiba TCG Opal Options" in Appendix and give us feedback__*



**SSD Division**

**Confidential**

© 2017 Toshiba Memory Corporation   **90**

# Toshiba TCG Opal Options

- **Detail of TCG OPAL SSC Ver 2.0**

- **Feature Set for TCG OPAL**

- **Other Specifications for TCG OPAL**

- **Microsoft eDrive Requirements**



TSB_TCG_OPAL
...tions 20161115.p

Show this page and following pages to confirm Tosh
OPAL implementation specification is good for custo
Or use attached foil



**SSD Division**

**Confidential**

**© 2017 Tosh...**

# Detail of TCG OPAL SSC  Ver 2.0    (1/2)

| Item | Requirement of OPAL | TSB implementation |
|---|---|---|
| Cipher Algorithm | AES-128 and/or AES-256 | AES-256 (Fixed) |
| Cipher mode | One of ECB, CBC,XTS and etc. | CBC , XTS   (Fixed) |
| MaxRanges [1] | Equal to or more than 4 | 9 |
| TryLimit [2] | 0 or positive integer value | 5 |
| Original Factory  State of Locking SP | Manufactured or Manufactured-inactive | Manufactured-Inactive |

Note:
　1)The maximum number of supportable LBA ranges in addition to the Global Range.
　2)The maximum number of failed authentication attempts that are able to be made.  The value 0 indicates no-limit.

Plaintiff's Exhibit PX44, page 92 of 101



# Detail of TCG OPAL SSC Ver. 2.0 - continued    (2/2)

| Item | Requirement of OPAL | TSB implementation |
|------|---------------------|--------------------|
| Revert Method | Option | Supported |
| MSID[1] | Mandatory(Vendor Unique value) | Supported |
| The maximum number of Admin | Equal to or more than 4 | 4 |
| The maximum number of User | Equal to or more than 4 | 9 |
| Size of MBR | 128 MiB minimum. | 128 MiB |
| Range Crossing | 0(supported) or 1(Not Supported) | 0(Supported) |
| DataStore Table including Additonal DataStore Table | Min. 1 Data Store. Total size Min. 10MiB | Max. number 10 Max. total size  10MiB |

**Note:**

1) MSID is stored in the Admin SP's C_PIN_MSID.PIN and used as the initial value of PIN.


**TOSHIBA** Leading Innovation >>>  **SSD Division**  **Confidential**  © **2017 Toshiba Memory Corporation  93**  2016/11/15

Plaintiff's Exhibit PX44, page 93 of 101

# Feature Set for TCG OPAL

| Feature Set Name | Requirement of OPAL | TSB |
|---|---|---|
| **Block SID Authentication** | Option | Yes |
| **PSID** | Option | Yes |
| **PSK Secure Messaging** | Option | No (Cannot support now) |
| **Single User Mode** | Option | Yes (Required for Microsoft eDrive) |
| **Additional DataStore Tables** | Mandatory | Yes |

Plaintiff's Exhibit PX44, page 94 of 101

# Other specification for TCG OPAL

| Specificatioin | Item | TSB |
|---|---|---|
| **IEEE 1667-2009** | Probe Silo & TCG Storage Silo | Can support (Required for Microsoft eDrive) |

TOSHIBA TCG OPAL with IEEE 1667 meets Microsoft eDrive requirements. (See the following pages)

Plaintiff's Exhibit PX44, page 95 of 101

# Microsoft eDrive requirements (1/4)

- **IEEE 1667 version IEEE 1667-2009**
  - Support Probe silo
  - Support TCG Storage silo
- **TCG**
  - TCG core specification version 2.0
  - OPAL SSC 2.0
    - Programmatic TPer Reset Rev
    - Modifiable CommonName Column
    - SID Authority Disable
  - OPAL SSC Feature Sets
    - Set Additional Data Store Rev 1.05 or later
    - Single User Mode Rev 1.02 or later
- **SCSI**
  - SPC4
  - SAT2
- **ATA**
  - ACS2

 

Plaintiff's Exhibit PX44, page 96 of 101

# Microsoft eDrive requirements (2/4)

- **Support at least AES 128**
- **Support one or more of the following cipher modes**
  - CBC
  - XTS
- **Support at least 8 bands**
- **Support additional data store tables**
- **Support range crossing**
- **Support authenticate method**
- **Support secret protect info**
- **Support modifiable common name**
- **Support TCG stack reset**
- **Support programmatic TPer reset**
- **Support single user mode**



**SSD Division**  **Confidential**  2016/11/15
**© 2017 Toshiba Memory Corporation** **97**

# Microsoft eDrive requirements (3/4)

- **If SCSI devices(SPC4):-**
  - The 1667 Version Descriptor, 0xFFC2 (IEEE 1667-2009) should be reported in the INQUIRY data. The 'Additional Length' field of the INQUIRY data must be greater than or equal to 0x38.
  - Security Protocol IN output must report 00, 01, 02, EE in the Supported Security Protocol List payload

- **If ATA devices (ACS2):-**
  - The TrustedComputer.FeatureSupported (word 48 - bit 0 must be set to '1') must be reported in the IDENTIFY data
  - The AdditionalSupported.IEEE1667IDENTIFY (word 69 - bit 7 should be set to '1') must be reported in the IDENTIFY data
  - Trusted Receive output should report 00,01, 02, EE in the Supported Security Protocol List payload

- **If SATA-USB:-**
  - Support SAT2


Plaintiff's Exhibit PX44, page 98 of 101

# Microsoft eDrive requirements (4/4)

Command Performance:- The drive must complete the following operations within the specified duration

| Operations | Max completion time |
|---|---|
| Discovery/Enumeration | 24 sec (8 bands) |
| Activate | 45 sec |
| Revert | 8 sec |
| Create Band | 1.5 sec |
| Delete Band | 2 sec |
| Erase Band | 2 sec |
| Set Metadata | 20 sec |
| Get Metadata | 14 sec |
| Lock Band | 1.5 sec |
| Unlock Band | 1.5 sec |

**TOSHIBA**
Leading Innovation >>>

Plaintiff's Exhibit PX44, page 99 of 101



# Enterprise PCIe: All Segme ...

(Option 2) Used in Dell CR; modified CS schedule

...cks *not* indicative of product EOL

**Write Intensive**

PX04P — AVAILABLE — 10 DWPD — 800/1600/3200GB

CM5-M — 10 DWPD — 800/1600/3200GB
CS  U.2: 3CQ/17  AIC : 4CQ/17    * Dual-Port Supported

**Mixed Use**

PX04P — AVAILABLE — 3 DWPD — 960/1920/3840GB

ZD6300 — 3 DWPD — 960/1920/3840/7680GB
CS: 4CQ/16    * Dual-Port supported

CM5-V — 3 DWPD — 800/1600/3200/6400/12800*1 GB
CS  U.2: 3CQ/17  AIC : 4CQ/17    * Dual-Port Supported

**Read Intensive**

PX04P — AVAILABLE — 1 DWPD — 1000/2000/4000GB

ZD6000 — 1 DWPD — 960/1920/3840/7680GB
CS: 4CQ/16    * Dual-Port supported

CM5-R — 1 DWPD — 960/1920/3840/7680/15360/30720*2 GB
CS  U.2: 3CQ/17  AIC : 4CQ/17    * Dual-Port Supported

Legend:
- A19nm FG MLC
- 15nm FG MLC
- BiCS TLC

PCIe Gen3 NVMe, 2.5" 15mm, AIC, PLP, ISE, SED, FIPs optional

*1:  AIC only
*2:  U.2 only

2016: 3Q 4Q  2017: 1Q 2Q 3Q 4Q  1Q 2Q 3Q 4Q

**TOSHIBA** Leading Innovation >>>

**SSD Division**

**Confidential**

© 2017 Toshiba Memory Corporation **101**