

SSDAE-A-2698

# Dell EMC PCIe NVMe SSD Design Review

**Condor-M5**

**Toshiba Memory Corporation**
SSD Division
July 27, 2017



© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001796

# Agenda-1

- **Organizational Overview**
- **Key Goals**
- **Program Status**
- **Functional Specs and Overview**
- **Sourcing strategy for critical components**
- **Mechanical Overview**
- **HW Overview**
- **NAND**
- **Thermal Behavior Overview**

**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    2

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001797

# Agenda-2

- **Reset Handling (NVMe only)**
- **FW Overview**
- **Details on Data Path and Non Data Path Protection per EMC's Functional and Logical Requirements**
- **Performance**

**TOSHIBA** Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    3

VIASAT_KIOXIA-0000001798

# Agenda-3

- **Qualification / Reliability**
- **Manufacturing Test process**
- **Full Gap Analysis to the Dell EMC SAS or NVMe Specification**
- **Summary and Action Item Review with timelines**

 **TOSHIBA**
Leading Innovation >>> **SSD Division**

**TOSHIBA MEMORY CONFIDENTIAL**

© 2016 Toshiba Corporation    4

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001799

# Agenda-4

- **Security**
- **Dust test and temperature test**

 **SSD Division**

TOSHIBA MEMORY
CONFIDENTIAL

© 2016 Toshiba Corporation    5

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001600



# Organizational Overview

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001801

Plaintiff's Exhibit PX72, page 6 of 171



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# SSD Division Organization



Vice President
**M. Yokotsuka**



Technology Executive
**S. Ohshima**



Technology Executive
**S. Yanagi**

- SSD Sales & Marketing Div.
- SSD Business Planning Dept.
- Flash Storage Strategy Dept.
- cSSD Engineering Dept. (Client)
- dSSD Engineering Dept. (Data Center)
- eSSD Engineering Dept. (Enterprise)
- SSD Common Core Engineering Dept.
- SSD Application Engineering Dept.
- SSD Products Quality Assurance Dept.
- SSD Production Engineering Dept.

Yokkaichi Operations

Toshiba Information Equipment (Philippines), Inc

**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    8

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001603

# Development Team



## ● Engineering Organization

**A. Kimura**
Senior Manager
**SSD**

**K. Ueki**
Chief Specialist
**Architecture**

**S. Arakawa**
Group Manager
**Drive Integration**

**M. Niijima**
Chief Specialist
**NAND Management**

**H. Moro**
Group Manager
**SoC**

**H. Iwahara**
Group Manager
**Firmware**

**K.Iwai**
Sr Specialist
**Firmware**

**Y. Takase**
Specialist
**Project Leader**

**Y. Matsuda**
Specialist
**Mechanical**

**T. Ooshima**
Chief Specialist
**SoC**

**H. Miyamoto**
Chief Specialist
**Firmware (SAS)**

**M. Aihara**
Chief Specialist
**Firmware (NVMe)**

**TOSHIBA**
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    9

VIASAT_KIOXIA-0000001804



# Customer Support SSD Teams (Texas)

**PM5 CM5**

■ Customer Support Teams

**US CTS**
- Vinh Do
- Tom Morgan
- John VanSlyke

**Support team @ San Jose**
US liaison
- Y.Tanaka

Business Product Management
- Steve Garceau
- Matt Hallberg

**DELL**EMC

Close communication

Close communication

## JP development

**JP CTS**
- H.Suto
- D.Zhang
- C.Wang

**JP Prod. Planning**
- S. Nakajima

**JP SCQ**
- Y. Koizumi (Joe)
- D. Chiba

**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    10

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001805



# Customer Support SSD Teams (MA)

PM5
CM5

■ Customer Support Teams

**US CTS**
- Randy Cohen
- Rick Labaire
- Mike Briggs

**Support team @ San Jose**
US liaison
- Y.Tanaka

Business Product Management
- Steve Garceau
- Matt Hallberg

DELLEMC

Close communication

Close communication

**JP development**

**JP CTS**
- H.Suto
- D.Zhang

**JP Prod. Planning**
- S. Nakajima

**JP SCQ**
- Y. Koizumi (Joe)
- D. Chiba

**TOSHIBA**
Leading Innovation ⋙

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    11

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001806

# Agenda-1

- **Organizational Overview**
- **Key Goals**
- **Program Status**
- **Functional Specs and Overview**
- **Sourcing strategy for critical components**
- **Mechanical Overview**
- **HW Overview**
- **NAND**
- **Thermal Behavior Overview**

**TOSHIBA** Leading Innovation >>> TOSHIBA MEMORY CONFIDENTIAL © 2017 Toshiba Memory Corporation 12

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY VIASAT_KIOXIA-0000001807



# Key Goals

- DellEMC to gain a detailed understanding of the Supplier's design
- To convey the design robustness of the Supplier's SSD family

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001808

# Condor-M5 Product Specification



## ◆ Key Features

- ✓ Toshiba's first Enterprise SSD using BiCS FLASH Gen.3 NAND
- ✓ PCIe Gen3 x4 single or dual port (same SKU)
- ✓ Available in U.2 15mm or HHHL-AIC x4 form factor
- ✓ 800GB to 15360GB in 1/3/5 DWPD configurations
- ✓ High performance with lower power (18W) consumption
- ✓ NVMe 1.3, Multi-Stream, NVMe-MI, and PMR
- ✓ NVMe over Fabric: SGL, CMB
- ✓ SED, TCG Enterprise/Opal, and FIPS capable
- ✓ For Mid to High-end Server and Storage Systems



*Note: This information is subject to change without notice*

**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    14

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001809





# Program Status

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001810

# M5 Development Status



PM5/CM5
Oct/E CS(on
Dock)
(up to 8TB)

PM5/CM5
Dec/E CS
(16TB)
CM5 AIC
(up to 8TB)

PM5
Feb/E CS
(32TB)

| 2017 | | | | | | | | | | | 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |

**EVT**

**DVT**    8 TB    **DVT**    16TB    **DVT**    32TB

**RDT(1)**

◆ Old and new SoC , 2.5M MTBF, Tc=40°C

**RDT(2)**

◆ New SoC only, 2.5M MTBF, Tc=70°C

**TOSHIBA**
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    16

VIASAT_KIOXIA-0000001811



# Condor-M5 Development Schedule Milestone (EMC)

CM5

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    17

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001812

TOSHIBA
Leading Innovation >>>



# Functional Specs and Overview

- General performance and environmental specifications

© 2017 Toshiba Memory Corporation

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

VIASAT_KIOXIA-0000001813

# Condor-M5 Product Specification

 CM5

| Condor-M5 Product Specification | | Write Intensive | | | Mixed Use | | | | | Read Intensive | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interface | | PCIe Gen3 x4 (or Dual Gen3 x2 for U.2) | | | PCIe Gen3 x4 (or Dual Gen3 x2 for U.2) | | | | | PCIe Gen3 x4 (or Dual Gen3 x2 for U.2) | | | | |
| Form Factor | | U.2 (2.5" SFF) 15mmH | | | U.2 (2.5" SFF) 15mmH | | | | - | U.2 (2.5" SFF) 15mmH | | | | |
| | | Add-in Card HHHL | | | Add-in Card HHHL | | | | | Add-in Card HHHL | | | | |
| User Capacity | [GB] | 800 | 1600 | 3200 | 800 | 1600 | 3200 | 6400 | 12800 | 960 | 1920 | 3840 | 7680 | 15360 |
| OP | | 76% | | | 44% | | | | | 20% | | | | |
| DWPD | | x5 | | | x3 | | | | | x1 | | | | |
| Performance (@Aligned, Sustained, Entropy = 100%) 18W | | | | | | | | | | | | | | |
| Sequential Read 128KiB QD = 128 | [MiB/s] | 3200 | | | 3200 | | | | | 3200 | | | | |
| Sequential Write 128KiB QD = 128 | [MiB/s] | 1590 | 2600 | | 1300 | 2600 | | | 2200 | 1300 | 2600 | | | 2200 |
| Random Read 4KiB QD = 256 | [KIOPS] | 465 | 560 | | 390 | 710 | 800 | | 640 | 390 | 710 | 800 | | 570 |
| Random Write 4KiB QD = 256 | [KIOPS] | 190 | 240 | | 120 | 220 | | | 150 | 55 | 100 | | | 60 |
| Random W30%/R70% 4KiB QD = 256 | [KIOPS] | 320 | 420 | | 230 | 400 | 420 | | 320 | 140 | 250 | 260 | | 160 |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | | | | | | | | |
| Read | (Avg.) [us] | 100 | | | 100 | | | | | 100 | | | | |
| Write | (Avg.) [us] | 30 | | | 30 | | | | | 30 | | | | |

*Blue: Changed from CR


**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    19

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001814



# Sourcing strategy for critical components

- Disaster recovery, plans for alternate source plans for flash

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001815

## Disaster recovery, plans for alternate source plans for flash

- For assembly process, we have 2 locations: one is TMEC-Yokkaichi in Japan and the other is PTI in Taiwan.

- Clean room process is located in Yokkaichi to enable quick launch and technology transfer.

**TOSHIBA**
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    21
VIASAT_KIOXIA-0000001816



# Mechanical Overview

- PCB Stack-up
- Connectors (internal and external)
- General mechanical assembly/construction review

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001817

# PCB Stack-up for Condor-M5  SFF


CM5

| NAND | Die | # of Dies | # of PCBA | DRAM size | DRAM type | U.2 (SFF) | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | WIx5 OP:76% | MUx3 OP: 44% | RIx1 OP: 20% |
| BiCS FLASH Gen.3 | 256Gb | 36 | 1 | 2G | DDR3L | | 800GB | 960GB |
| | | 44 | 1 | 2G | | 800GB | | |
| | | 72 | 1 | 3G | | | 1600GB | 1920GB |
| | | 88 | 1 | 3G | | 1600GB | | |
| | | 144 | 2 | 4G | DDR4 | | | |
| | | 144 | 2 | 6G | | | 3200GB | 3840GB |
| | | 176 | 2 | 6G | | 3200GB | | |
| | | 288 | 2 | 6G | | | | |
| | | 288 | 2 | 12G | | | 6400GB | 7680GB |
| | 512Gb | 288 | 2 | 16G | | | | 15360GB |

**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    23

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001818

# PCB Stack-up for Condor-M5  AIC


CM5

| NAND | Die | # of Dies | U.2 (SFF) | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | # of PCBA | DRAM size | DRAM type | Wlx5 | MUx3 | Rlx1 |
| | | | | | | OP:76% | OP: 44% | OP: 20% |
| BiCS FLASH Gen.3 | 256Gb | 36 | 1 | 2G | DDR4 | | 800GB | 960GB |
| | | 44 | 1 | 2G | | 800GB | | |
| | | 72 | 1 | 4G | | | 1600GB | 1920GB |
| | | 88 | 1 | 4G | | 1600GB | | |
| | | 144 | 2 | 4G | | | | |
| | | 144 | 2 | 6G | | | 3200GB | 3840GB |
| | | 176 | 2 | 6G | | 3200GB | | |
| | | 288 | 2 | 6G | | | | |
| | | 288 | 2 | 12G | | | 6400GB | 7680GB |
| | 512Gb | 288 | 2 | 16G | | | 12800GB | 15360GB |

**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    24

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001819

# Connectors (external)

No change from PM4 (CM3)



PM5
CM5

## SFF-8639 Connector

- **Phoenix-M5 series supports 12Gbps Multilink.**
- **Downward compatibility with legacy SFF-8680 backplane, for both mechanical and electrical.**



Power Disable P3 P1   P15   E1   S7   S1

Same as Phoenix-M3 and M4


**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation      25

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001820

# Mechanical Structure (Exterior)



COVER side                                   BASE side

**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     26

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001821

# Mechanical Structure Single PCB (Interior)



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    27

VIASAT_KIOXIA-0000001822

# Mechanical Structure Dual PCB (Interior)



Cover (Aluminum plate)

aluminum electrolytic capacitor

Daughter PCB

BtoB connector

Mother PCB

Base Plate (Aluminum die-cast)

**TOSHIBA** Leading Innovation ⟫⟫

A MEMORY CONFIDENTIAL    ©2017 Toshiba Memory Corporation    28

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000001823

# Location of Temperature Sensors



PM5
CM5

- **Single PCBA Version**  Top Cover view                Bottom Base view

**1PCB model**

Aluminum electrolytic capacitor x6

NAND X9 for 18CH

Serial Flash

DDR3L x8

Thermistor #1
- Far side of NAND from SoC

Thermistor #2
- NAND Near side to the SoC

SoC

Note: Tc value in SMART log is generated from measured value of the sensors and some offs

TOSHIBA
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    29

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001824

# Location of Temperature Sensors



## ● Mother board

**2PCB model**

**Top Cover view** | **Bottom Base view**

- NAND x8
- BGA CN 300pin
- Serial Flash
- DDR4 x8

**Thermistor #1**
- NAND Near side to the SoC

SoC

**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     30

CONFIDENTIAL – OUTSIDE ATTORNEYS` EYES ONLY

VIASAT_KIOXIA-0000001825

# Location of Temperature Sensors



## • Daughter board

**2PCB model**

**Top Cover view**

Aluminum electrolytic capacitor x6

NAND x10

**Bottom Base view**

BGA CN 300pin

**Thermistor #2**
- **Far side of NAND from SoC**

**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    31

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001826

# Mechanical Structure AIC



TOSHIBA
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    32

VIASAT_KIOXIA-0000001827

# Mechanical Structure AIC



**TOSHIBA**
**Leading Innovation >>>**
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    33

VIASAT_KIOXIA-0000001828

# Mechanical Structure AIC










hole size : Φ2.9mm



**TOSHIBA** Leading Innovation >>>    **SSD Division**    **TOSHIBA MEMORY CONFIDENTIAL**    © 2016 Toshiba Corporation    34

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001829

# Drive Label image (DELL)



PM5
CM5

**New LABEL (M5 SFF)**

DELL

XXX GB

Y=68mm

Regulatory marks area

X=49.5mm

P/CM5 labeling will follow:
ENG0013812 A02 Enterprise HDD SSD Common Label draft 170711a
ENG0011512 A03 Enterprise Plus Label Spec draft 170711a

Pasting position
(COVER side)

**Previous LABEL(M4 SFF)**

DELL Enterprise Plus

Pasting position
(COVER side)



**TOSHIBA** Leading Innovation >>>    SSD Division

TOSHIBA MEMORY CONFIDENTIAL

© 2016 Toshiba Corporation    35

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001630

# Drive Label image (DellEMC)



PM5
CM5

**New LABEL (M5 SFF)**

**Previous LABEL(M4 SFF)**

4 Square R dimension and corner shape (R5->R2)

Pasting position (COVER side)

Y=68mm

X=49.5mm

Pasting position (COVER side)

Y=62.5mm

X=52mm

TOSHIBA
Leading Innovation >>>
**SSD Division**

**TOSHIBA MEMORY CONFIDENTIAL**

© 2016 Toshiba Corporation    36

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001831

# Form Factor and Mounting Hole Dimensions



- **Conforms with:**
  - SFF-8201 (Housing)
  - SFF-8639 (SAS & PCIe Plug)
- **Weight: 0.13kg maximum**
- **Installation screw torque:**
  - 0.49N-m +/-12%



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY


**Leading Innovation >>>**

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    37

VIASAT_KIOXIA-0000001632



# HW Overview

- Supported NVMe specification revision (NVMe only)
- Hot plug support
- Status LED
- Power profiles supported
- NVMe Power profiles
- Power Protection Circuitry; fuse and power back-up
- Capability to run in EMC's ESS environment (-10 to 55 Deg C ambient)
- Drive conversion overview (Endurance and SED capability)

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001833



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Major Functional Blocks; Block Diagram Review



PM5
CM5

- **Processor Core, Boot ROMs**
  - Two processors and seven sequencers are embedded
  - Bootstrap sequence
    - Mask ROM: Simple IPL
    - SFROM: Loads NAND FW into CPU
- **Controller/Transceiver Overview**
  - SAS: 12G SAS, Narrow Dual Port, Wide (x2) Dual Port
  - PCIe: Gen.3, x4 or 2x2
- **DRAM Cache**
  - Stream Off: Internal SRAM is used for READ/WRITE buffer
  - Stream ON: DRAM is additionally used for WRITE buffer
- **DMA Engines**
- **Flash Array Controllers**
  - Toshiba in-house controller
- **NAND Flash Array**
  - Toshiba in-house NAND Flash organized in 18 channels



**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    40

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001835

# Hot plug support



## Hot plug test result    Condition: 4TB ( Precharge resistor 2.0ohm)

5V(voltage)
5V(current)

1.58A

12V(voltage)
12V(current)

3.98A

Fixture

Power Supply

5V — 5V pin to Drive / 5V precharge pin to Drive — 2.0ohm — 3300uF

12V — 12V pin to Drive / 5V precharge pin to Drive — 2.0ohm — 3300uF

|  | 4TB | |
|---|---|---|
| Resistor[ohms] | 5V[A] | 12V[A] |
| 1.0 | 2.44 | 5.98 |
| 2.0 | 1.58 | 3.98 |
| 3.0 | 1.26 | 3.05 |
| 4.0 | 0.98 | 2.44 |
| 5.0 | 0.84 | 2.06 |
| 10.0 | 0.5 | 1.15 |

**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    41

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001836

# Supply voltage(Power supply block diagram)



PM5
CM5



PMIC generates each power voltage from 5V and 12V,PLP also is controlled by PMIC.Load Switches are inside PMIC.

TOSHIBA
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    42

VIASAT_KIOXIA-0000001837

# Status LED (EMC)



## SAS EMC FW

| Drive Behavior | LED Status |
|---|---|
| Power On (Active_Wait) | 200ms On -> 800ms Off ... |
| Spin-up/Spin-down | 500ms On -> 500ms Off ... |
| Ready | On |
| Stopped | 500ms On -> 500ms Off ... |
| SS UNIT[Imm=1] (Active_Wait) | 200ms On -> 800ms Off ... |
| Command executing | 50ms On -> 50ms Off ... |
| SANITIZE/FORMAT/WRITE SAME | 500ms On -> 500ms Off ... |
| Command complete | On |

## NVMe EMC FW

| Drive Behavior | LED Status |
|---|---|
| Power On to ready | 500ms On -> 500ms Off ... |
| Ready | On |
| Shutdown process | 500ms On -> 500ms Off ... |
| Command executing | 50ms On -> 50ms Off ... |
| SANITIZE/FORMAT | 500ms On -> 500ms Off ... |
| Command complete | On |



3.3V Vcc: R = 220Ω
5V Vcc: R = 330Ω

TOSHIBA Leading Innovation >>>     TOSHIBA MEMORY CONFIDENTIAL     © 2017 Toshiba Memory Corporation     43

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     VIASAT_KIOXIA-0000001838

# Power profiles supported



- **Performance differences by capacity**
  - There are three factors of performance difference by capacity
    - Number of dies
      - 480GB has one die, 960GB has two dies, 1.92TB has four dies and 3.84TB and 7.68T have more than eight dies per channel
      - Up to 8 dies per channel can be programmed or read simultaneously
      - This factor affects on throughput, IOPS and latency
    - OP
      - Higher capacity has more OP
      - This factor affects on random write IOPS
    - FTL Paging
      - In case of over 15TB model, there is no space to extract entire FTL on the DRAM
      - FTL is loaded from NAND on demand and oldest entry is discarded
      - This factor affects on IOPS and latency



**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    44

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001639

# NVMe Power profiles


CM5

- **Supplier to provide detail on PCIe NVMe Power States (Get/Set Features)**
- **Up to 32 power states (how many supported and how to switch)**
  - 5 power states, 9W, 11W, 14W, 16W and 18W, are supported
  - Power state can be changed on the fly by Set Features command (FID=02h)

**TOSHIBA**
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    45

VIASAT_KIOXIA-0000001840



# Power Loss Protection Implementation (1/2)

- Normal State (Charge Up)

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



# Power Loss Protection Implementation (2/2)

● **Power Loss State**

+5V

Open

+12V

Up Convert

PMIC

**Internal DC-DC Converter**

3.3V, 2.5V, 1.8V, 0.9V, 1.35V or 1.2V

Open

Boost Conv.

29V

Buck Conv.

Closed

When the Voltage Monitor detects a power drop or loss, it notifies the SoC and switches the power source from external to internal (charged Electrolytic capacitor array)

+

Capacitor

Cached user data in SRAM and FTL data in DRAM are flushed to NANDs during shutdown operation

**Voltage Monitor (+12V & +5V)**

**FIRQ Requested**

FIRQ (to SoC)

**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    47

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001842

# Power Protection Circuitry; fuse and power back-up



- **Monitoring functionality to ensure that the back-up circuit is functional**   same as PM4
    - Back-up capacitor is diagnosed when ;
        - Power up
        - Patrol every 24 hours
        - SEND DIAGNOSTIC command is received
    - How to check capacitance
        1. Charge if not fully charged
        2. Discharge the capacitor until specific voltage
            - Capacitor is discharged
                - within backup-able voltage in power up, patrol and background DST
                - below backup-able voltage so that capacitance is got more accurately in foreground DST
            - Note that drive is shutdown internally before starting discharge in case of foreground DST
        3. The capacitance is calculated by the discharge time and delta of the voltage
    - Additional function
        - Capacitor voltage is always monitored by HW comparator
        - Short mode failure is detected immediately
        - Open mode failure is detected when diagnostic is performed
    - SNS:01-5D-28 (EMC unique)
        - FRU=01   Open, Short, Capacitance is out of spec
        - FRU=02   Discharge is not completed within the target time
        - FRU=03   Charge voltage error
        - FRU=04   Low capacitance Warning




Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    48

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001843

# Condor-M5 Power Consumption : Operating



- **Test Condition**
  - Ran SeqR/W with HBA and IOMeter at Tc=70degC on 3.84TB ES model.
- **Result**



- **Can meet Dell EMC's requirement.**
- **Testing on other models will be conducted in JQ.**



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL    © 2017 Toshiba Memory Corporation    49

VIASAT_KIOXIA-0000001844

# Drive conversion overview (Endurance and SED capability)



- **Capacity Change**
  - OP and Endurance is changed by changing max LBA
    - SAS: Mode Select command (Block Descriptor page)
    - NVMe: Set Features command (Vendor Unique FID)
  - Capacity cannot be expanded beyond current DWPD capacity
- **Swim Lane Change**
  - DWPD can be changed through vendor unique mode page (PM5) or FID (CM5)
  - Format is required to complete swim lane change
    - FTL size is adjusted by format command
  - Both way, from WI to RI and from RI to WI, is available
    - In PM3/4, original VE cannot be converted to RI
- **Drive Type**
  - EMC definition: Type A - ISE, Type B - SED, Type C - non-SED, Type D – FIPS
    - Conversion from/to Type D cannot be supported because of FIPS compliance
    - The conversion between Type A and Type B is under discussion
- **EMC and Dell**
  - EMC, OEM+, PowerEdge, CML and EqualLogic firmware can be downloaded over each other.
  - Dell unique parameters are set in the EMC drives, too


**Leading Innovation >>>**

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    50

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001845

# Drive conversion overview (Endurance and SED capability)



CM5

- ## CM5 HW

| NAND | Dies | DRAM | PCBAs | WI x5 | MU x3 | RI x1 |
|------|------|------|-------|-------|-------|-------|
| | | | | 76% | 44% | 20% |
| 256Gb | 36 | 2GB | 1 | | 800GB | 960GB |
| | 44 | 2GB | 1 | 800GB | | |
| | 72 | 3GB | 1 | | 1600GB | 1920GB |
| | 88 | 3GB | 1 | 1600GB | | |
| | 144 | 4GB | 2 | | | |
| | 144 | 6GB | 2 | | 3200GB | 3840GB |
| | 176 | 6GB | 2 | 3200GB | | |
| | 288 | 6GB | 2 | | | |
| | 288 | 12GB | 2 | | 6400GB | 7680GB |
| | 352 | 12GB | 2 | | | |
| 512Gb | 288 | 16GB | AIC only | | | 12800GB |
| | 288 | 16GB | 2 | | | 15360GB |
| | 576 | 16GB | 3 | | | |

Can be converted

**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    51

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001846



# NAND

- High level overview (Die capacity, NAND technology (2D/3D, MLC/TLC), page size etc)
- NAND endurance/retention capability
- NAND DPPM – die offline
- SSD/NAND: Over-provisioning / WPD
- NAND Reliability Test Process
- NAND RDT Results
  - Root Cause Pareto
  - Corrective Actions Implemented

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



VIASAT_KIOXIA-0000001847

# High level overview

 Display only

 PM5 CM5

| NAND Type | | Enterprise TLC | | |
|---|---|---|---|---|
| Generation | | Gen.3 | | Gen.3 |
| NAND die density | | 256Gb | | 512Gb |
| Interface | | Toggle2.0 | | Toggle2.0 |
| Reliability | W/E endurance | 10K | | 10K |
| | Data Retention | 0.25year @ Life end | | 0.25year @ Life end |
| | ECC Requirement | 120bit/1KB | | 120bit/1KB |
| Architecture | Vcc | 2.35-3.6V | | 2.35-3.6V |
| | VccQ | 3.3V / 1.8V | | 3.3V / 1.8V |
| | Page Size + Spare Size | 16KB + 1952B | | 16KB + 1952B |
| | Page per Block | 768 | | 768 |
| | Block Size | 12MB | | 12MB |
| | # of Blocks | 2774-2956 | | 5534-5916 |
| | # of Plane | 2 | | 2 |
| | # stack/chip | 2,4,8 | 16 | 16 |
| Performance | Max Data Rate | 533MT/s | | 533MT/s |
| | tPROG (typ) | 3ms(32MB/s) | | 4.6ms(21MB/s) |
| | tR (typ) | 70us | | 95us |
| | tBERASE (typ) | 10ms | | 10ms |
| Package | | 132BGA(12mmx18mm) | 152BGA(14mmx18mm) | 152BGA(14mmx18mm) |

**TOSHIBA**
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    53

VIASAT_KIOXIA-0000001848



# Supplier Thermal Behavior Overview

- Temperature / power / performance / throttling behaviour & characterisationTcase
- Tcase, T(NAND), T(controller), Ambient inlet temperature, airflow etc. in measurements & simulations
- ESS / Temp cycling limitations

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001849

# Heat Radiation Design



## ● Drive temperature evaluation  @PM5 3840GB

Measurement Setup



- Drive：Phoenix-M5 3840GB
- Ambient Temperature(Ta): 25 [degC]
- Air flow speed：
  - 3.0 [m/sec]
- Power Mode: 11W, 18Wmode
- Power condition : sequential write

Measurement Points





**TOSHIBA**
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    55

VIASAT_KIOXIA-0000001850

# Heat Radiation Design



> **Measured Temperature results @ Tc:70[degC] Seq.Write Air flow speed:3.0 [m/sec]**



| Mode | Ambient(Ta) | BASE (Tc) | SoC | MB NAND | DB NAND | DRAM | AL CON | COVER |
|---|---|---|---|---|---|---|---|---|
| 11W | 52.3 | 70.0 | 72.3 | 65.5 | 70.9 | 69.2 | 58.4 | 60.4 |
| 18W mode(Worst) | 43.8 | 70.0 | 73.3 | 65.8 | 74.6 | 69.7 | 58.5 | 60.7 |
| criteria | 60 | 70 | 125 | 75 | 75 | 95 | 75 | – |

**TOSHIBA**
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    56

VIASAT_KIOXIA-0000001851

# Simulation Conditions(DellEMC)



◆ **Test Overview**

- Airflow duct dimensions are specified by EMC

    For simulation: FloTHERM pdml file details the airflow condition

- Inlet airflow is specified by EMC

    Uniform inlet air flow

    For simulation: 40°C inlet air temperature, 950m altitude

- A 3-up drive configuration is used by EMC. Analysis to be performed on the center drive.

- For each duct inlet airflow

    [perp- 3, 8, 20, 40, 75 CFM    Parellel- 1.5, 7, 15, 25, 40 CFM]

- Drives to be oriented with connector downstream.

◆ **Simulation Set up**

- Configuration files already provided by EMC

    Dell EMC SSD Perp Flow Test.pdml

    Dell EMC SSD Parallel Flow Test.pdml

- Simulation model (including 2 PCBs) of our latest drive will be provided to EMC, if needed.

    Parallel_flow_test_fixture.tzr by Icepack

    Perpen_flow_test_fixture.tzr by Icepack


Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    57

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001852

# Report Data (DellEMC)



PM5
CM5

◆ Take results from the center SSD at critical temperature location

◆ Plot temperature rise at the critical location  vs  air channel

◆ List total power for each test condition by Jul/E

## [Parallel]

| Power State | Airflow (cfm) | Ave Power (watt) | Tambient (deg C) | Tsensor (deg C) | Tcase | Air Velocity |
|---|---|---|---|---|---|---|
| Active State (9W) | 1.5 | | | | | |
| | 7 | | | | | |
| | 15 | | | | | |
| | 25 | | | | | |
| | 40 | | | | | |
| Idel State (9W) | 1.5 | | | | | |
| | 7 | | | | | |
| | 15 | | | | | |
| | 25 | | | | | |
| | 40 | | | | | |
| Active State (14W) | 1.5 | | | | | |
| | 7 | | | | | |
| | 15 | | | | | |
| | 25 | | | | | |
| | 40 | | | | | |
| Idel State (14W) | 1.5 | | | | | |
| | 7 | | | | | |
| | 15 | | | | | |
| | 25 | | | | | |
| | 40 | | | | | |

## [Perpendicular]

| Power State | Airflow (cfm) | Ave Power (watt) | Tambient (deg C) | Tsensor (deg C) | Tcase (deg C) | Air Velocity (LFM) |
|---|---|---|---|---|---|---|
| Active State (9W) | 3 | | | | | |
| | 8 | | | | | |
| | 20 | | | | | |
| | 40 | | | | | |
| | 75 | | | | | |
| Idel State (9W) | 3 | | | | | |
| | 8 | | | | | |
| | 20 | | | | | |
| | 40 | | | | | |
| | 75 | | | | | |
| Active State (14W) | 3 | | | | | |
| | 8 | | | | | |
| | 20 | | | | | |
| | 40 | | | | | |
| | 75 | | | | | |
| Idel State (14W) | 3 | | | | | |
| | 8 | | | | | |
| | 20 | | | | | |
| | 40 | | | | | |
| | 75 | | | | | |



**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    58

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001853

## Capability to run in EMC's ESS environment (-10 to 55 Deg C ambient)



- M5 has the capability to run under the temperature range condition (Ta =-10 to 55 degC), however we can't guarantee the drive's endurance (5 years, specified DWPD) and stable performance.

- If Ta = -10 degC, the drive's endurance capability will be reduced because of the NAND characteristics (NAND temperature will be around 5 degC).

| Usage case | Operation ratio | | | NAND wear |
|---|---|---|---|---|
| | -5 degree | 5 degree | 40 degree | |
| 1 | | | 100% | 1 |
| 2 | 1% | | 99% | 0.997 |
| 3 | 1% | 99% | | 0.829 |

TOSHIBA
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    59

VIASAT_KIOXIA-0000001854

# Agenda-2

- **Reset Handling (NVMe only)**
- **FW Overview**
- **Details on Data Path and Non Data Path Protection per EMC's Functional and Logical Requirements**
- **Performance**



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    60

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001855



# Reset Handling (NVMe only)

© 2017 Toshiba Memory Corporation

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

VIASAT_KIOXIA-0000001856

# Different reset scenario overview



CM5

- **Controller level reset**
- **Queue level reset**
- **Hot/Cold reset**

| Reset Type | PCIe I/F | Function | Configuration Space | Duration |
|---|---|---|---|---|
| NVM Subsystem Reset | Not affected | All | Initialized | 100ms[1] |
| Cold | Not affected | All | Initialized | 100ms[1] |
| Warm/Hot | Down | Single Function | Initialized | 100ms[1] |
| Link Down | Down | Single Function | Initialized | 100ms[1] |
| FLR | Not affected | Single Function | Initialized | 100ms[1] |
| Controller Reset | Not affected | Single Function | Not initialized | 100ms[1] |

(1) This value is target value



**TOSHIBA** Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    62

VIASAT_KIOXIA-0000001857

# DMA behavior during the various abort and reset methods



CM5

- **When can the host be assured that the drive has stopped all DMAs?**
  - Once reset is issued from the host, CM5 proceed reset sequence as follows
    1. Stop auto command engine (command fetch and CQ update stop at this timing)
    2. Stop requesting commands to the NAND controller
    3. Wait until all of inflight commands complete (DMA stops at this timing)
    4. Cancel pending commands in the NVMe controller
    5. Notify the host of reset done depending on the reset type
  - It's assured that all of DMA activities stop at the reset done



Inflight commands cannot be canceled


Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    63

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001858



# FW overview



© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001859

# Supported NVMe specification revision



- **Rev 1.3**
  - Rev 1.2.1 +
    - TP001: Device Self-test Command
    - TP002: Timestamp Feature Command
    - TP004: Sanitize
    - TP005: Error Log Updates
    - TP006: Globally Unique Updates
    - TP008: Directive (including Streams) with restriction
    - TP009: Telemetry
    - TP012: Host Controlled Thermal Management

**TOSHIBA** Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    65

VIASAT_KIOXIA-0000001860

# Data layout logical vs. physical



- ## How are variable sector sizes supported
  - A NAND physical page has 3 clusters and a part of cluster
  - A cluster consists of two ECC frames
  - 8 DATAs are separated with two ECC frames
  - DATA size is changed from 512 byte to 520 bytes depending on the sector size



| Sector Size (Bytes) | DATA Size in a Cluster |
|---|---|
| 512, 4096 | 512 x 8 |
| 520, 4160, 512+PI | 520 x 8 |
| 4104, 4096+PI | 520 x 8 : (512+pad) x 7 + 520 |

**TOSHIBA** Leading Innovation >>>     TOSHIBA MEMORY CONFIDENTIAL     © 2017 Toshiba Memory Corporation   66

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     VIASAT_KIOXIA-0000001861

# Data layout logical vs. physical



- **Method to change sector sizes**
    - SAS: Mode Select command (Block Descriptor page)
    - NVMe: Namespace Management, Format NVM
- **Physical, Logical page size, Erase Block size, Stripe size**
    - Physical page size: 16KB
    - Logical page size: 4KB
    - Erase Block size: 864MB
    - Stripe size: 16KB



Plaintiff's Exhibit PX72, page 67 of 171

# FW Architecture Overview



- ## Variable ECC
  - L1 ECC Correction(HB) = 70 to 81 bits/1kB (initial step)
  - L1 ECC Correction(HB) = 274 to 293 bits/1kB (final step)
  - Additional NAND blocks for ECC will be consumed from OP
  - ECC is strengthened as raw BER degrades, resulting in some reduction in OP



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    68

VIASAT_KIOXIA-0000001863

# FW Architecture Overview



- **Variable ECC**



- 1/8 block, 96 pages are unit of the step



**TOSHIBA**
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    69

VIASAT_KIOXIA-0000001864

# FW Architecture Overview



- **Patrol**
  - NAND patrol is implemented against data retention as below.
    - All of the NAND pages are verified within 24 or 48 hours, depend on the drive capacity and Power on hours, to ensure the reliability of SSD
    - Patrol Procedure
      1. HB (Hard bit decoding) read
      2. If #1 is failed, search best Vth
      3. Re-read with HB again
      4. If #3 is failed, increase variable ECC step

- **Refresh**
  - Super block (Erase unit) is refreshed by GC (Garbage Collection) if either of below is happened.
    - patrol is failed on the super block
    
    or
    
    - the super block is not erased during 24 or 48 hours


**Leading Innovation >>>**

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    70

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001865

Plaintiff's Exhibit PX72, page 70 of 171

# FW Architecture Overview



PM5
CM5

- **0/FFh Data Compression**
  - P/CM5 has the capability to restrain NAND write if the sector data is all 0 or all FFh, if following conditions are met
    - 4K bytes sector data (FTL mapping size) have all 0 or FFh
    - In PI format, PI data also contains all 0
  - FTL for these all 0 or FFh sectors keeps the special flags to record this handling, like as unmap case
  - All 0 or all FFh data is generated by HW and is sent to the host for Host read command



**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    71

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001866

# FW Architecture Overview



- **Cache Off**
  - PM3/4
    - Even if capacitor failure is detected, EMC drive doesn't go into write protected mode
    - Therefore, the drive becomes brick if power is shutdown
  - M5
    - The drive reports SMART error (01/5D/xx)
    - Once capacitor failure is detected, the drive goes into cache off mode
    - The drive doesn't become brick but write performance is extraordinarily degraded
    - The performance data is going to be shown at formal DR



TOSHIBA MEMORY CONFIDENTIAL　　　　© 2017 Toshiba Memory Corporation　　72

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY　　　　VIASAT_KIOXIA-0000001867

# Firmware Architecture



- **Program Suspend**
  - This feature improves read latency in Read and Write mixed workload
  - Too much suspending programming causes read error rate degradation
  - Optimization is still under way

**PM3/PM4/CM3**

Program

Read is issued

Wait time (ms order)

Read Read ... Read

**PM5/CM5**

Wait time (several hundred us order)

A part    remaining    remaining

One Program

Read is issued    Read

Read is issued    Read

**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    73

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001868

# FW Architecture Overview



CM5

- **Namespace Resizing**
  - CM5 supports namespace resizing in addition to NVMe rev 1.3
  - Namespace size can be changed dynamically by using Namespace Attachment command with vendor unique parameter
  - During resize internal operation (less than 1s), other NVM commands related to the namespace may fail with SC = 0x82h (Namespace not ready)
  - Fragmentation is handled by CM5 so that host doesn't need to care of that

**Figure 124: Namespace Attachment – Command Dword 10**

| Bit | Description |
|-----|-------------|
| 31:04 | Reserved |
| 03:00 | Select (SEL): This field selects the type of attachment to perform. |

| Value | Description |
|-------|-------------|
| 0h | Controller Attach |
| 1h | Controller Detach |
| 2h - Fh | Reserved |



TOSHIBA
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    74

VIASAT_KIOXIA-0000001869

# FW Architecture Overview



PM5
CM5

- **Lessons learned**
  - Performance degradation by refresh
    - Issue
      - In PM4, performance degradation was seen on the 100% read workload because of "REFRESH"
    - Reason
      - Garbage collection for refresh interfered host read command
    - Countermeasure
      - Gap is inserted between the garbage collection writes to allow read command
      - Program suspend feature can execute read command during NAND programming
    - Result
      - Under verification



**TOSHIBA**
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    75

VIASAT_KIOXIA-0000001870

# FW Architecture Overview



PM5
CM5

- **Lessons learned**
  - SED system area
    - Issue
      - In PM4, system area for SED wore out after 81 hours in the crypto erase loop test
    - Reason
      - SED parameter was in the fixed NAND address system area
      - One crypto erase execution consumes 1 PE cycle of the system area
      - PE cycle reached 420k when the drive went into failure mode
    - Countermeasure
      - The system area of SED has been moved to other area where wear leveling is applied
    - Result
      - Under verification


**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation　76

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001871

# NVMe specific features if they are supported



CM5

- ## NVMe Features

| Feature | Spec |
| --- | --- |
| Number of Queues | 128 SQ/CQ + 1 ASQ/ACQ pair (per port) |
| Queue Size | 16K bytes |
| Logical Block Size (including metadata) | 512, 520, 4096, 4104, 4160<br>512+PI, 520+PI, 4096+PI |
| Number of Namespaces | 16 (1 for SED)  (reduced from 30 at CR) |
| Power States | 9/11/14/16/18 W |
| Clocking | Common RefClk (SRNS: supported/SRIS: Need different 5KU) |
| SRIOV | Not supported |
| NVMe-MI | Rev 1.0a |
| DIF | DIF/DIX, Type-1/2/3 |
| Firmware | Digital signed, two firmware slots, Online firmware update |
| CMB | 256MB (x4), 128MB per port (2x2) |
| SGL | Bit Bucket is supported |
| Multi-stream | 8 (reduced from 31 at CR) |

**TOSHIBA**
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    77

VIASAT_KIOXIA-0000001872

# NVMe specific features if they are supported



CM5

- **Block sizes + namespaces - are there any limitations**
- **i.e. Two namespaces, one 512 the other 520 etc.**
  - Namespaces with multiple sector size can be created with following limitations
  - Available sector size depends on the sector size of the namespace initially created

| Supported sector size | Sector size used for 1st Namespace | |
|---|---|---|
| | 512, 4096 | 520, 4104, 4160 |
| 512 | ✓ | ✓ |
| 520 | | ✓ |
| 4096 | ✓ | ✓ |
| 4104 | | ✓ |
| 4160 | | ✓ |

\# The size includes metadata



**Leading Innovation ⟩⟩⟩**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    78

VIASAT_KIOXIA-0000001873

# Wear-leveling methodology



- **Static Wear Leveling**
  - A block will be selected from free blocks based on the smallest erase count

- **Dynamic Wear Leveling**
  - Occurs only when the difference between smallest erase count and largest erase count in the active block exceeds threshold.
  - From these blocks, select the one with the smallest erase count
  - If the erase count on the used block is smaller than the free block, move the user data from used block to the free one



**TOSHIBA**
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    79

VIASAT_KIOXIA-0000001874

# Read Disturb protection

| No change from PM4 (CM3) |  |
|---|---|

- **Read Counter**
  - NAND block is refreshed if read counter exceeds the threshold
  - There is read counter for each physical blocks
  - The counter is incremented by reading the block
  - Refresh is performed by GC (Garbage Collection)
  - Even if the counter of only one physical block exceeds the threshold, the super block including the physical block is refreshed


**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    80

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001875

# Protection against retention issues when powered up



- **At power up**
  - NAND patrol is performed – previously covered
  - Shift read method is effective for data retention and read disturb
    - Read command is executed with the voltage threshold previously succeeded
    - If the command results in error, different threshold is tried based on the shift read table as ERP

**TOSHIBA** Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    81

VIASAT_KIOXIA-0000001876

# Drive level error recovery algorithm



- **ECC/EDC and CRC; how implemented / where used**
  - 4K bytes, 8 sectors with 5xxB, is the unit of ECC protection
  - MED is the CRC generated from DATA, E3D and LCA
  - DATA, E3D, MED and LSA are encoded with BCH ECC
  - Those data is divided by 2 frames, and each frame is protected by LDPC
  - Error correction
    - After LDPC correction, BCH correction is performed to correct the error miscorrected by LDPC
    - After error correction is performed, the data validity is verified by comparing calculated CRC to MED in order to avoid miscorrection
    - The LSA in the cluster is compared to the LSA of the host read command

LSA : Logical Sector Address = NSID+LBA
(NSID = Namespace ID)
E3D (2 bytes) : End to End Error Detection (CRC)
MED (4 Bytes) : Media Error Detection (CRC)

NAND Data Format

**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    82

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001877

# Drive level error recovery algorithm



PM5
CM5

- **Protection mechanism to allow the drive to recover data when uncorrectable ECC errors occur in the Flash**

  - ECC Architecture

    - Strong LDPC ECC

    - HB, hard decision decoding, and FSB, soft decision decoding are used

    - Die failure tolerant L3 ECC

| Level | Step | Description | Latency | Read Times |
|-------|------|-------------|---------|------------|
| L1 | HB Read | Read with shift parameter succeeded previously | TBD | 1 |
| L2 | HB Shift Read | Retry Read by changing Vth up to 8 times | TBD | Up to 8 |
| L2 | Vth Tracking | Search best threshold | TBD | 14 – 34 |
| L2 | HB Read | Read with best threshold | TBD | 1 |
| L2 | FSB Read | Soft decision decoding | TBD | 10 |
| L3 | RAID-6 Level | Up to two point error can be recovered | TBD | |
| L4 | Iteration ECC | L1/L2 and L3 iteration | TBD | |

ECC step goes up

READ → L1 → NG → L2 → NG → L3/L4 → NG → Unrecovered Error
L1 → OK
L2 → OK
L3/L4 → OK → Recovered Error
OK

**TOSHIBA**
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    83

VIASAT_KIOXIA-0000001878

# Drive level error recovery algorithm



- **FSB - Soft Decision Decoding**
  - 8 LLR, log-likelihood ratio, tables are used for soft decision decoding
  - Following error scenarios are assumed

| # | Description |
|---|---|
| 1 | Gauss distribution |
| 2 | Program disturb only |
| 3 | Program disturb + data retention 24h |
| 4 | Program disturb + data retention 24h & 1m w/o power |
| 5 | Program disturb + data retention 24h & 3m w/o power |
| 6 | Program disturb + read disturb 1K |
| 7 | Program disturb + data retention 48h & 3m w/o power + read disturb 1K |
| 8 | Write at high temp -> Read at low temp |
| 9 | Write at low temp -> Read at high temp |

**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    84

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001879

# Drive level error recovery algorithm



- **Description of RAID algorithms utilized**
  - Encoding
    - Write data is written to NAND by super block
    - Each super block page consists of each 2 pages in 36 dies, and is protected by L3 ECC
    - L3 ECC is encoded when the super block page is written
  - Error Recovery
    - Up to 2 cluster failure on the L3 ECC pair can be recovered
    - L3 ECC is tolerant of a die failure
      - ex. Die failure on the CH3 BANK0
    - L3 ECC is also used for L4 correction
      - More than two cluster failure might be recovered by iteration of L1 and L3





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    85

VIASAT_KIOXIA-0000001680

# Error reporting



- **List of all errors reported by the drive must be provided**
  - Sense code list is ready
- **Advanced Error Reporting**

| Register | Error |
|---|---|
| Uncorrectable Error Status Register | Uncorrectable Internal Error Status |
| | Unsupported Request Error Status |
| | ECRC Error Status |
| | Malformed TLP Status |
| | Receiver Overflow Status |
| | Unexpected Completion Status |
| | Completer Abort Status |
| | Completion Timeout Status |
| | Flow Control Protocol Error Status |
| | Poisoned TLP Status |
| | Data Link Protocol Error Status |
| Correctable Error Status Register | Header Log Overflow Error Status |
| | Corrected Internal Error Status |
| | Advisory Non-Fatal Error Status |
| | Replay Timer Timeout Status |
| | REPLAY_NUM Rollover Status |
| | Bad DLLP Status |
| | Bad TLP Status |
| | Receiver Error Status |
| Header Log Register 0-3 | Header of TLP associated with error |



**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    86

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001881



# Multi Stream Support

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Detailed description of all algorithms being used by the drive to extend the life of the Flash

- **Extending Drive Life**
  - Variable ECC - previously covered
  - NAND Patrol and refresh - previously covered
  - Error Recovery  - previously covered
  - Wear Leveling  - previously covered
  - Power ON – previously covered


Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    88

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001683

# Error recovery tables review:



PM5
CM5

- **Read Recovery Algorithm (steps and timing)**
  - previously covered
- **Write Recovery Algorithm (steps and timing)**
  - Timing
    - Program fail occurs
  - Steps
    - If program fail occurs, and then;
      - The physical block is added to G-List as bad block
      - Wait current NAND programing completion on the all of channels
      - The current super block is replaced with the new one
      - NAND programing continues with newly assigned super block
      - The data in the super block where program fail occurred are moved to other super block by garbage collection
        - During garbage collection, read error probably occurs at the block where program fail occurred
        - The error is recovered by L3 ECC correction



**TOSHIBA** Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    89

VIASAT_KIOXIA-0000001884

# Power safe writes



- **Protection on power interruption or drive pull**
  - Power failure sequence

**Cancel** · Canceling the command being executed (Host Read, GC are canceled, but Host Write is not canceled) **2ms**

**Write** · Writing host write data which already has started to program **4ms**

**FTL Flush** · Flushing FTL dirty **1ms**

**Dirty Data** · Saving dirty data in the write buffer **8ms**

**System Data** · Saving system data **8ms**

**Marking** · Marking PLP done **2ms**

- Each time is worst case
- Total PLP time is 25ms
- Error recovery is not performed during PLP processing
- If program fail occurs, the data is recovered by L3 ECC during power on processing

**TOSHIBA**
**Leading Innovation** ≫

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    90

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001685

# Write cache integrity: Maintenance of data pointers and structures

- **Data integrity: Incomplete block erase, how to detect and prevent block usage until properly erased**
  - The block is marked as "ERASING" during erase is being performed
  - Erase is canceled by power loss, the block status is saved as block management information in PLP process
  - If firmware finds the block that has "ERASING" status during power up, the block is moved to free block pool and is re-erased just before the block is used
- **Atomic Writes (guaranteed in-flight data for no data loss) and any limitations**
  - AWUPF(Atomic Write Unit Power Fail) is 128KB
    - 256 sectors @ 5xx format
  - If the write command size is less than AWUPF, then
    - Write data sent from the host is buffering, not written to NAND, until all of the data for the write command is received
    - If the write command is aborted because of power loss, interface error or abort command, the incomplete write data is discarded


Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    91

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001886

## Near Wearout (End-of-Life) drive Behavior: No change from PM4 (CM3)

PM5 CM5

- **Differences in drive Near-Wearout performance between the specified performance and the performance measured during drive qualification**
  - EOL drive performance <= 10% from the FOB drive at the steady state
- **What errors are expected?**
  - Recoverable Read error rate is increased
- **What types of error recovery will become more frequent?**
  - Read error will cause shift read and L3/L4 recovery
  - Refresh and reassignment will happen
- **How will the drive notify the system when the Flash has worn to the point that the drive should be removed?**
  - SMART alert is reported due to endurance excess including system area, OP decrease and System Information multiplicity decrease



TOSHIBA
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    92

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001687

# Method for EMC to validate drive behavior as Flash nears end of life

- **Method for EMC to validate drive behavior as Flash nears end of life**
  - As the same as PM3/4, Toshiba will provide several level aged drives

No change from PM4 (CM3)

**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     93

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001888

# Power-up behavior



PM5
CM5

- **Time to respond to commands**
  - SAS
    - SAS interface becomes active within a second after power on
  - NVMe
    - Configuration space access becomes available within a second after power on
- **Time to media ready**
  - Until media access becomes ready,
    - SAS:NOT READY is reported
    - NVMe: CSTS.RDY is not asserted
      - CSTS.RDY can be asserted before media access becomes ready as EMC customization
      - In this case "Namespace not ready" is appropriate for the response until ready?
    - Target and estimated Time to IO ready for each capacities are as follows
      - 8 sec for 960GB
      - 9 sec for 1920GB
      - 10 sec for 3840GB
      - 15 sec for 7680GB
      - 21 sec for 15TB
      - 34 sec for 30TB



**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    94

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001689

# Bad block Management

No change from PM4 (CM3)



PM5
CM5

- ***Handling in Supplier's manufacturing i.e.  Primary vs. Grown (new) bad blocks***
  - Bad blocks found in manufacturing becomes Primary bad blocks
- ***How does the drive handle single bad blocks up to page/die retirements, what is reported to host and the number of GBBs added to G-list***
  - die retirement when:
    - Four consecutive program/erase fail occur in the die
    - BBs exceed 15% of the blocks in a die
    - BBs exceed 25% of the blocks in a plan
  - No definition of page retirement
  - In SAS case, when die retirement occurs, 01-18-FD is reported to the host according to EMC logical spec



**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    95

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001890

Plaintiff's Exhibit PX72, page 95 of 171

# Thresholding



- ***when and how are blocks retired***
  - A block becomes "Bad Block" when:
    - Program status failure is detected in NAND program operation
    - Erase status failure is detected in NAND erase operation
    - Unrecoverable Read error is detected
    - ERP (Error recovery procedure) reaches the point where variable ECC step goes up at the final variable ECC step
  - When a block becomes bad block, another block in the plane is also treated as defect because of two plane NAND
  - The block is registered to G-List
  - Reassignment
    - Once bad block is registered, the super block including the bad block is moved to other super block
- ***when and how are blocks reclaimed***
  - Bad block is no longer used


Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    96

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001891

# NVMe compare command handling opcode 0x5



- **Internal behavior**
  - One compare operation is performed by 32K bytes
  - Following steps are repeated for specified size
    1. Transfer data from host memory to buffer
    2. Transfer data from NAND to buffer
    3. Compare those data





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    97

VIASAT_KIOXIA-0000001892

# EMC Unique Sanitize Commands



- **Sanitize operation**
  - Block Erase
    - The drive initializes all blocks including spare area and bad blocks
    - System area is not initialized
  - All of the initialization types including EMC unique are supported in PM5/CM5
    - PM5

| Type | Description | Support |
|------|-------------|---------|
| 01 | Erase the data only | ✓ |
| 02 | Sanitize as per NIST 800-88 (DoD) | ✓ |

- - CM5
    - "No Deallocate After Sanitize" cannot be supported

| Type | Description | Support |
|------|-------------|---------|
| 010b | Block Erase | ✓ |
| 011b | Overwrite | ✓ |
| 100b | Crypto Erase | ✓ |


**Leading Innovation >>>**

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    98

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001693

# Write Amplification and Drive Endurance discussion and expectations



- **Write Amp calculator (spreadsheet) to be provided**
  - Write Amp estimations or measurements at 512 & 520bps
  - Target report will be Sep/E

- **Endurance calculator (spreadsheet) to be provided**
  - Target report will be Oct/E



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001894

Plaintiff's Exhibit PX72, page 99 of 171

# FW Upgrade Capability/Interfaces/Procedure per EMC spec



- **Automatic Controller Reset to activate new FW**    No change from PM4 (CM3)
  - SAS

| Mode | Description | Mode | Description |
|---|---|---|---|
| 04h | D/L, Activate | 0Dh | D/L with offset, Select activation events, Save, Defer activate |
| 05h | D/L, Save, Activate | | |
| 06h | D/L with offset, Activate | 0Eh | D/L with offset, Save, Defer activate |
| 07h | D/L with offset, Save, Activate | 0Fh | Activate deferred microcode |

- Activating new microcode completes within 2 seconds
- Even while activating the microcode, the drive maintains the SAS link and accepts any commands
- Drive has 2 set of 4 copies of FW image in the system area
- The image is never lost even if sudden power-loss occur at any timing



TOSHIBA
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    100

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001895

# FW Upgrade Capability/Interfaces/Procedure per EMC spec



- **Automatic Controller Reset to activate new FW**
  - NVMe

| Commit Action | Activate | w/o Reset | Description |
|---|---|---|---|
| 000b | | | Downloaded image replaces the image specified by the Firmware Slot field |
| 001b | ✓ | | |
| 010b | ✓ | | The image specified by the Firmware Slot field is activated at the next reset |
| 011b | ✓ | ✓ | The image specified by the Firmware Slot field is requested to be activated immediately without reset. |



**Leading Innovation ›››**

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    101

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001896

# Logging requirements/features



- ## EMC unique

| Page | Type | Description |
| --- | --- | --- |
| SAS:Log Page 31h | Erase Count Statistics | Fully supported |
| SAS:Diag Page 82h | Link Error Statistics | Fully supported |
| NVMe:Log Page DEh | DellEMC unique | Supported except some items |

- ## Toshiba unique – SAS Log Page 30h

  - Other logs supported by the drive (how many entries drive supports)

| Parameter Code | Description | Parameter Code | Description |
| --- | --- | --- | --- |
| 0000h | Total number of Host Writes processed | 0011h | Data Reallocate Blocks |
| 0001h | Maximum erase block count | 0012h/20h-3Fh | Program fail count (Total/per Ch) |
| 0002h | Average erase block count | 0013h/40h-5Fh | Erase fail count (Total/per Ch) |
| 0003h | Minimum erase block count | 0014h/60h-7Fh | L1 ECC fail count (Total/per Ch) |
| 0004h | System Life Indicator | 0015h/80h-9Fh | Used reserved block count (Total/per Ch) |
| 0005h | System Wear Indicator | 0016h/A0h-BFh | Unused reserved block count (Total/per Ch) |
| 0010h | Wear Leveling count | 0017h/C0h-DFh | Chip Fail Count (Total/per Ch) |



**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    102

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001697

# Command Abort Handling Overview



- **Guaranteed vs. Best effort aborting**
  - PM5
    - Guaranteed
    - When an abort command is received, SAS controller goes into OPEN REJECT mode
    - After aborting the command, response is returned to the host and OPEN REJECT mode is released

  - CM5
    - Best effort
    - Only the commands not fetched can be aborted
    - Once the drive picks up a command, the abort command is rejected


Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    103

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001898

# Existing debug tools review



- **internal trace logging for code debug, and error logging information for hardware failure analysis**
  - Capture timing
    - Hard Reset, I_T Nexus Loss, Task Frame, SAS I/F Error, Over heat, OCT timeout, assert
  - Log Contents
    - FW trace, register dump, memory dump, NAND command log, Vth
  - Command to retrieve
    - SMART Dump (E6 – EMC unique)
    - Request Internal Log (FE – Vendor unique)



**TOSHIBA** Leading Innovation ≫

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    104

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001699

# NVMe support Overview:



CM5

- **Full list of active TPs in the NVMe standards org and yes/no if drive will support them**
    - previously covered
- **Optional controller identify + optional namespace identify fields that are supported**
- **Register space Review**
    - Spreadsheet will be provided
- **Full overview of Advanced Error Reporting (AER) support, list of asynchronous errors that host can expect**
    - i.e. warning temp critical temp reporting is something passed back to host
        - Previously covered



**Leading Innovation >>>**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    105

VIASAT_KIOXIA-0000001900

Plaintiff's Exhibit PX72, page 105 of 171

## NVMe support Overview:



CM5

- **Full list of optional NVMe + NVMe-MI commands and what they do and don't support - #1**

| Command Type | | Command | Optional/ Mandatory | CM5 Support |
|---|---|---|---|---|
| NVMe | | | | |
| | | Delete I/O Submission Queue | M | Y |
| | | Create I/O Submission Queue | M | Y |
| | | Get Log Page | M | Y |
| | | Delete I/O Completion Queue | M | Y |
| | | Create I/O Completion Queue | M | Y |
| | | Identify | M | Y |
| | | Abort | M | Y |
| | | Set Features | M | Y |
| | | Get Features | M | Y |
| | | Asynchronous Event Request | M | Y |
| | | Namespace Management | O | Y |
| | | Firmware Comit | O | Y |
| | Admin Command | Firmware Image Download | O | Y |
| | | Device Self-Test | O | Y |
| | | Namespace Attachment | O | Y |
| | | Keep Alive | O | N |
| | | Directive Send | O | Y |
| | | Directive Receive | O | Y |
| | | Virtualization Management | O | N |
| | | NVMe-MI Send | O | N |
| | | NVMe-MI Receive | O | N |
| | | Doorbell Buffer Config | O | N |
| | | Format NVM | O | Y |
| | | Security Send | O | Y |
| | | Security Receive | O | Y |
| | | Sanitize | O | Y |



Leading Innovation >>>

© 2017 Toshiba Memory Corporation    106

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001901

# NVMe support Overview:



CM5

- **Full list of optional NVMe + NVMe-MI commands and what they do and don't support - #2**

NVMe

| Command Type | Command | Optional/ Mandatory | CM5 Support |
|---|---|---|---|
| NVM Command | Flush | M | Y |
| | Write | M | Y |
| | Read | M | Y |
| | Write Uncorrectable | O | Y |
| | Compare | O | Y |
| | Write Zeroes | O | Y |
| | Dataset Management | O | Y |
| | Reservation Register | O | Y |
| | Reservation Report | O | Y |
| | Reservation Acquire | O | Y |
| | Reservation Release | O | Y |



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

© 2017 Toshiba Memory Corporation    107

VIASAT_KIOXIA-0000001902

# NVMe support Overview:



CM5

- **Full list of optional NVMe + NVMe-MI commands and what they do and don't support - #3**

| Command Type | Command | Optional/ Mandatory | CM5 Support |
|---|---|---|---|
| NVMe Management Interface Specific Commands | Read NVMe-MI Data Structure | M | Y |
| | NVM Subsystem Health Status Poll | M | Y |
| | Controller Health Status Poll | M | Y |
| | Configuration Set | M | Y |
| | Configuration Get | M | Y |
| | VPD Read | M | Y |
| | VPD Write | M | Y |
| | Reset | M | Y |
| NVMe Commands | Firmware Activate/Commit | O | N |
| | Firmware Image Download | O | N |
| | Format NVM | O | N |
| | Get Features | M | Y |
| | Get Log Page | M | Y |
| | Identify | M | Y |
| | Namespace Management | O | N |
| | Namespace Attachment | O | N |
| | Security Send | O | N |
| | Security Receive | O | N |
| | Set Feature | O | N |



**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    108

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001903

# NVMe support Overview:


CM5

- **Full list of optional NVMe + NVMe-MI commands and what they do and don't support - #4**

| Command Type | Command | Optional/ Mandatory | CM5 Support |
|---|---|---|---|
| PCIe Commands | PCIe Configuration Read | O | N |
| | PCIe Configuration write | O | N |
| | PCIe Memory Read | O | N |
| | PCIe Memory Write | O | N |
| | PCIe I/O Read | O | N |
| | PCIe I/O Write | O | N |
| Control Primitives | Pause | M | Y |
| | Resume | M | Y |
| | Abort | M | Y |
| | Get State | M | Y |
| | Replay | M | Y |
| MCTP Control Messages | Set Endpoint ID | M | Y |
| | Get Endpoint ID | M | Y |
| | Get MCTP Version Support | M | Y |
| | Get Message Type Support | M | Y |
| | Resolve Endpoint ID | O | Y |
| | Prepare for Endpoint Discovery | M | Y |
| | Endpoint Discovery | M | Y |
| | Discovery Notify | M | Y |


**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    109

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001904

# Queues



- ## Queue fairness from each controller and how that relates to entire drive

  - *How is the fairness amongst the queues on each controller handled if trying to access a shared resources on the drive (i.e. the NAND)*
  - *Ability to sustain IOPs and latency on both ports*
    - IO commands are 100% handled by CGEN (command generator) HW
    - CGEN executes a command alternately between the queues associated with each NVMe controllers
    - Once a read command is requested to NAND controller, no fairness is kept
    - Fairness is kept on write command because response is returned when the data is transferred to the write buffer



**TOSHIBA**
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    110

VIASAT_KIOXIA-0000001905

# Queues



CM5

- **Admin Queue and I/O Submission Queue**
  - *Would like to understand how prioritization works between the queues where admin commands and I/O commands are submitted and how the priority works between them (deallocate is an example, how would this get prioritized vs. read/write commands)*
  - *May need to give guidance is this is not prioritized the way we think makes sense*
    - RR(RoundRobin)
      - All types of queues have an equal priority
    - WRR arbitration
      - AdminQ has the highest priority followed by the urgentQ
      - I/O queues are prioritized below the uegentQ, and between the I/O queues, the specified weight takes effect
    - Non auto command (non read/write command) is handled by firmware
    - Non auto command is executed in parallel with read/write commands as long as LBA is not overlapped
    - If LBA is overlapped between read/write command and deallocate command, there is no guarantee of data integrity (= NVMe spec compliant)



**TOSHIBA**
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    111

VIASAT_KIOXIA-0000001906

# Queues

 CM5

- **Tearing down queues and synchronization of behavior**
  - *Concern if something (a command) is taking too long, we would want to kill the queues. If there any commands outstanding, what should we expect to happen before/after tearing down queues*
    - Toshiba does not recommend the method


**Leading Innovation >>>**

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    112

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001907

# Retries



CM5

- **When are retries appropriate, provide with expectations around how responsive administrative commands are**
  - *If left up to drive to be as responsive as it feels like, won't be consistent response across suppliers*
    - Toshiba request clarification

**TOSHIBA**
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    113

VIASAT_KIOXIA-0000001908

Plaintiff's Exhibit PX72, page 113 of 171

# Non user data areas



- **Are there any limitations of the device that are beyond the normal wear leveling areas on the media? For instance are there any restrictions around number if firmware downloads or formats or sanitize etc.**
  - Wear leveling is not applied to the system area where fixed NAND address is used
  - This system area is protected by multiple copy
  - PE cycle is around 30K (pSLC mode)
  - The PE cycle for firmware area is 60K because two areas are used for it

**TOSHIBA**
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    114

VIASAT_KIOXIA-0000001909



# Details on Data Path and Non Data Path Protection per EMC's Functional and Logical Requirements

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001910

# Documentation detailing



- **All places where protection is generated**
- **All places where protection is checked/stripped**
- **All logic in the data path and outside the data path between any checks/strips**
  - Data path
    - Data bus is protected by parity
    - FIFO or buffer SRAM are protected by ECC
    - The protection is overlapped at the point where protection is changed
    - In addition to this, each sector data has 2 bytes check code
  - Outside data path
    - All of SRAM and DRAM are protected by ECC or parity



**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    116

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001911

# End to End Data Protection



- **NVMe**



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    117

VIASAT_KIOXIA-0000001912

# End to End Data Protection



- **Any alternative paths, such as the case where there's an encryption engine. For example, are there differences in the way data flows, and the protection of the data, if encryption is enabled vs. disabled?**
  - Encryption engine is bypassed in case of non-SED model
  - All other data path is the same



**Leading Innovation >>>**

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     118

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001913

# All memory elements in the drive must be included in the analysis.

- **Some examples:**

  PM5
  CM5

  - Data Path SRAM/DRAM
    - Protected by ECC (1bit error can be corrected)
  - Instruction TCM/SRAM that the controller uses
    - Protected by ECC (1bit error can be corrected)
  - Data TCM/SRAM that the controller uses
    - Protected by ECC (1bit error can be corrected)
  - All FIFOs, Muxes, or any other logic in the Data path and non-data path
    - All FIFOs in the data path are protected by ECC (1bit error can be corrected)



**TOSHIBA**
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    119

VIASAT_KIOXIA-0000001914

# Question about the protection



- **How is data protected during background operations, such as wear leveling, garbage collection, etc?**
  - The Data path and SRAM that is used for background operations are also protected by same method described in the previous page
  - Note that E3D is not checked during garbage collection
    - No chance to check it because the read data is directly transferred to write buffer
- **How are all of the protection methods verified to function correctly?**
  - Data Path SRAM/DRAM
    - Protected by ECC (1bit error can be correctable) ➔ error injection
  - Instruction TCM/SRAM that the controller uses
    - Protected by ECC (1bit error can be correctable) ➔ RTL Simulation
  - Data TCM/SRAM that the controller uses
    - Protected by ECC (1bit error can be correctable) ➔ RTL Simulation
  - All FIFOs, Muxes, or any other logic in the Data path and non-data path
    - All FIFOs in the data path are protected by ECC (1bit error can be correctable) ➔ RTL Simulation



**Leading Innovation »>**

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    120

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001915

# DFMEA (1/2)


PM5
CM5

For any discrepancies identified, the supplier must do an FMEA on the unprotected area, including:

**Toshiba provided the DFMEA →**

Microsoft Excel
'7-2003 ƒ[ƒNƒVƒ[

a. What is the geometry of the memory element (i.e. is it a 60 nm, 45 nm process, etc):

**SoC:28nm, DRAM →**

| type | capacity | Vendor | Process rule |
|---|---|---|---|
| DDR3L | 2Gb | Micorn | 30nm |
| | | SKhynix | 25nm |
| | | NANYA | 30nm |
| | 4Gb | Micron | 20nm |
| | | SKhynix | 21nm |
| | | Zentel | 38nm |
| DDR4 | 4Gb | Micron | 25nm |
| | | SKhynix | 21nm |
| | | Samsung | 20nm |
| | 8Gb | Micron | 20nm |
| | | SKhynix | 21nm |
| | | Samsung | 20nm |
| | 16Gb | Micron | 20nm |
| | | SKhynix | 21nm |
| | | Samsung | 20nm |


**TOSHIBA**
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    121

VIASAT_KIOXIA-0000001916

# DFMEA (2/2)



b. How many bits of unprotected memory are there?

**There is no unprotected memory area.**

c. What exactly is in the unprotected memory and what failure modes can bit flips in that area cause?

**N/A. There is no unprotected memory area.**

d. What exactly is in the unprotected memory and what failure modes can bit flips in that area cause?

**N/A. There is no unprotected memory area.**

e. What is the projected SEU (Single Event Upset) rate for the part?

- **400FIT/Mbit (SRAM)**
- **2.25FIT/Gbit (DRAM)**


**Leading Innovation >>>**

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    122

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001917

# ASIC FEMA



Agreement that the supplier will complete the EMC ASIC FEMA process referenced in the updated EMC functional specs



Microsoft Excel
17-2003 ƒ[ƒNƒVƒf!



Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    123

VIASAT_KIOXIA-0000001918

**Supplier to provide an E2E DPP diagram showing data path and domain protection for Read/Write/Intel Copy operations.**



Previously covered

TOSHIBA
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    124

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001919



# Performance

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001920

# Write Protect scenarios



PM5
CM5

- **Write Protected Mode**
  - Drive goes into write protected mode in the following case
  - All of them are disabled in EMC FW

| Attribute | Timing | Threshold | Behavior (Generic) |
|---|---|---|---|
| Endurance | Every erase | N >= 100% | Report 07/27-88 |
| Over Provisioning | NAND Error | OP <= 4% | Report 07/27-89 |
| Power Loss Protection | Power ON | Charging time >= 5s | Report 07/27-B8 |
| | Every 24h | Discharging time >= 10s | Report 07/27-B9 |
| | | PLP capacitance <= 30% | Report 07/27-B8 |
| | Always | Voltage <= 19.75V | Report 07/27-BA |

**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     126

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001921

# Agenda-3

- **Qualification / Reliability**
- **Manufacturing Test process**
- **Repair process**
- **Full Gap Analysis to the Dell EMC SAS or NVMe Specification**
- **Summary and Action Item Review with timelines**



TOSHIBA
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     127

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001922



# Qualification / Reliability

- Supplier Qualification Procedures; compliance to FMEA standards
- On-going Reliability Test Plans
- Write/Erase Endurance Qualification; Drive Lifetime calculations
- UBER measurements
- End of Life testing detail (performance and data retention characterization)
- Overview of Supplier's chip level test methodology and results
- Reliability Estimation (MTBF), Test conditions and how calculated, (is wear endurance included)
- Component reliability concern (interactive)
- Warranty & Returns Process

© 2017 Toshiba Memory Corporation                TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001923

# Supplier Qualification Procedures; compliance to FMEA standards

- ## Phoenix-M5 & Condor-M5 component / function FMEA

  ### Phoenix-M5

  

  Microsoft Excel
  7-2003 ƒ[ƒNƒVƒ[ƒ!

  ### Condor-M5

  

  Microsoft Excel
  7-2003 ƒ[ƒNƒVƒ[ƒ!

- ## - Quantities, temperatures & temperature cycling, test times etc...



PM5
CM5



Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    129

VIASAT_KIOXIA-0000001924

# On-going Reliability Test Plans

PM5
CM5

## • EVT/DVT/PQT Qualification Methodology

| Phase | Purpose | Typical confirmation items |
|---|---|---|
| EVT | • Confirm basic functionality for key items | • Mechanical (Shock&Vib/Temperature distribution)<br>• Electricity (Power/PLP function/Signal integrity)<br>• NAND (NAND Control function/Parameter tuning)<br>• SoC<br>• F/W Function test<br>• Performance |
| DVT | • Confirm drive maturity<br>• Risk assessment for transition to the mass production | • Verification assurance test(Power/Transport Jitter/Weight/Dimension)<br>• Environment(Temperature/Humidity/Shock&Vib/Packaging/ESD/EMI)<br>• Reliability test(RDT/Others)<br>• F/W Function test<br>• Compatibility test<br>• Performance<br>• Safety/EMI standard certification<br>• Component parts<br>• PCBA evaluation<br>• Manufacturing process test (at Parametric data )<br>• Productivity confirmation |
| PQT | • Product maturity and manufactureability confirmation | • Equipment /Jig<br>• In-Process Quality (Pass rate/etc)<br>• OBA/ORT Quality<br>• Repair system setup and validation |

Timeline chart for generic EVT, DVT, RDT, PQT process.
Duration of each process depends on models.


**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    130

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001925

# Toshiba Standard Reliability Demonstration Test (RDT)



**Toshiba plans to conduct 2 types of RDT.**

(1) 2.5M MTTF for Tc=40 estimation to achieve DVT exit criteria.
- Use both SoC 2.0 and 3.0, and Generic F/W
- Use both PM5 and CM5

(2) 2.5M MTTF for Tc=70 estimation for field reliability demonstration with ~~customized F/W.~~
- Use SoC 3.0 only with Generic F/W and ~~EMC F/W on CM5 SFF drive~~
- Use both PM5 and CM5 (SFF and AIC)



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation ≫

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    131

VIASAT_KIOXIA-0000001926

# Toshiba standard RDT (1) and (2)

**PM5 CM5**

## RDT (1) to achieve DVT exit criteria.

- Test mode: Combination of random Rd/Wr and sequential Rd/Wr
- Case temperature: 74 +/-3 degree C
- Drive: PM5(SFF) and CM5(SFF)
- SoC: 2.0 and 3.0
- FW : Generic F/W
- Failure: Hard error, Uncorrectable error, SMART trip or Timeout
- Demonstrate 2.5M MTTF for Tc=40 estimation.

**Completion (Target): Nov. E in 2017**

## After the end of RDT (1), continue testing SoC 3.0 drives for RDT.
## This is for continuous field reliability demonstration at Tc=70.

- The same test condition as RDT (1)
- SoC: 3.0
- FW: CM5(SFF) has ~~EMC unique F/W~~ and generic F/W, others have generic F/W
- Both PM5 and CM5(SFF and AIC) combined
- Demonstrate 2.5M MTTF for Tc=70 estimation

**Completion (Target): Mar. E  in 2018**



**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

2017 Toshiba Memory Corporation    132

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001927

# Toshiba RDT Temperature Profile



**RDT Test Profile**

*Test Duration: 7 days running (162hrs = 1 cycle)*

Tc=74degC

Total Cycle Time : approx. **162hrs**

Ta=25degC

| Operation Mode | | | | |
|---|---|---|---|---|
| Characteristics Measurement | 0.25h | | 0.5h | 0.25h |
| Change Temperature | | 1.0h | | 1.0h | |
| Write/Read Run* | Tentative | | 160.0h | Tentative |

\* Write/Read Run : Seq WT, Seq RD, Random W/R Combination

**TOSHIBA** Leading Innovation »»

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    133

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001928

# UBER measurements



## • Image of the UBER vs. NAND Raw BER

- As the Raw BER increases with age, ECC power is increased using variable ECC levels.
- Assuming the Max W/E cycle at specified swimlane, raw NAND BER should not exceed BER corresponding to UBER of $1.0E^{-20}$.

step 1 to step5 are variable ECC level.





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    134

VIASAT_KIOXIA-0000001929

# Write/Erase Endurance Qualification; Drive Lifetime calculations

◆ Max. W/E cycles requirement to meet the spec.

| S/L | DWPD | Capacity | OP | W/E cyc |
|---|---|---|---|---|
| WI(1) | 10 | All | 188% | 11k |
| WI(2) | 5 | All | 76% | 11k |
| MU(2) | 3 | All | 47% | 12k |
| MU(1) | 3 | Over 800GB | 44% | 12k |
| MU(1) | 3 | 400GB | 60% | 9K |
| RI | 1 | Over 960GB | 20% | 9k |
| RI | 1 | 480GB | 33% | 6k |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2014 Toshiba Corporation    **135**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001930

# Endurance design and verification



PM5
CM5

Reliability demonstration test in accelerated conditions with actual max.W/E cycle is performed in DVT to ensure 5 years reliability.

Test condition/procedure are as follows.

(1) Clip the drive capacity to shorten test time.    *e.g. 93GB for user data + OP
(2) Write to the drive up to actual W/E cycles with shorter W/E interval.
(3) Leave the drive in higher temperature with shorter period to give retention equivalent to 40C/3mo.
(4) Read the drive to ensure with no unrecoverable error.



**TOSHIBA**
Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    136

VIASAT_KIOXIA-0000001931

# Endurance RDT Plan

## Endurance RDT milestone



| | | 2017 | | | | | | 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
| 0.5TB~8TB | Endurance RDT#1 | | | E——————B | | | | | | |
| | Endurance RDT(JEDEC) #2 | | | | B——————E | | | | | |
| 16TB | Endurance RDT#3 | | | | | E——E | | | | |
| | Endurance RDT(JEDEC)#4 | | | | | | | B——————E | | |

Endurance RDT #1 and #3 are verified Life end endurance.
Endurance RDT #2 and #4 are verified UBER 1E-17 based on JESD218A

**TOSHIBA**
Leading Innovation ›››
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# EOL Aging Plan (DellEMC)



## Condition:

- Aging sample drives use final H/W with SoC 3.0
- Aging performed in accordance with JESD218A, the same as used for PM4
- Drives will run EMC F/W with 520 byte/sector format

## Quantity:

- Please note that CM5 is NOT included because CM5 uses the same NAND and backend "FTL" FW as PM5. Flash management, error recovery, disturb handling, retention handling and endurance management features are identical. There is no impact to drive endurance due to the NVMe interface.
- Plan to provide aging drives as follows (per EMC request):

**■ NAND 256 Gbits (400GB thru 8TB)**

| DWPD | Aging Level | Qty |
|---|---|---|
| 1 DWPD | Fresh | 5 pcs |
| | 75% | 10 pcs |
| | 100% | 10 pcs |
| | 120% | 10 pcs |
| | Wear-out | 5 pcs |
| 10 DWPD | Fresh | 5 pcs |
| | 75% | 10 pcs |
| | 100% | 10 pcs |
| | 120% | 10 pcs |
| | Wear-out | 5 pcs |

Aging starts on Nov/10, 2017.

**■ NAND 512 Gbits (15.36TB)**

| DWPD | Aging Level | Qty |
|---|---|---|
| 1 DWPD | Fresh | 5 pcs |
| | 75% | 10 pcs |
| | 100% | 10 pcs |
| | 120% | 10 pcs |
| | Wear-out | 5 pcs |

Aging starts on Jan/9, 2018


**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    138

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001933

# EOL Aging Plan (JESD218A) (DellEMC)


**PM5 CM5**

## ➤ Aging

| NAND | Start | 75% | 100% | 120% | Wear out |
|---|---|---|---|---|---|
| 256Gb (400GB thru 8TB) | 10-Nov-2017 | 16-Dec-2017 | 24-Dec-2017 | 2-Jan-2017 | 7-Feb-2018 |
| 512Gb (15.36TB) | 9-Jan-2018 | 17-Feb-2018 | 25-Feb-2018 | 10-Mar-2018 | 10-Apr-2018 |

Toshiba will run performance testing in Japan before sending aged drives to EMC. Transit will take about one week including export process. Aged drives will arrive at EMC one week later than the date of completion shown here.

**P-M5 EOL Test Plan**
## NAND 256Gb

Performance    Aging

| Model | DWPD | P/E Count | Sector Size | | Nov-17 | Dec-17 | Jan-18 | Feb-18 |
|---|---|---|---|---|---|---|---|---|
| P-M5 | 1&10 | - | 520B | Fresh | | | | |
| | | | | 75% | Aging | | | |
| | | | | 100% | Aging | | | |
| | | | | 120% | Aging | | | |
| | | | | Wear Out | Aging | | | |

**P-M5 EOL Test Plan**
## NAND 512Gb

Performance    Aging

| Model | DWPD | P/E Count | Sector Size | | Jan-18 | Feb-18 | Mar-18 | Apr-18 |
|---|---|---|---|---|---|---|---|---|
| P-M5 | 1 | - | 520B | Fresh | | | | |
| | | | | 75% | Aging | | | |
| | | | | 100% | Aging | | | |
| | | | | 120% | Aging | | | |
| | | | | Wear Out | Aging | | | |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001934

# Overview of Supplier's chip level test methodology and results



- SoC
- DRAM
- PMIC
- NAND

**TOSHIBA**
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    140
VIASAT_KIOXIA-0000001935

# Reliability Test(1) –SoC –



| Item | Conditions | Reference Specification |
|---|---|---|
| High Temperature Operating Life Test (HTOL) | 150degC / Vdd+20%, 1000hours | Mil-Std-883E Method 1005.8 |
| ESD (Human body model) | 100pF ,1.5KΩ, 2kV | JEDEC 22 |
| ESD (Machine Model) | 200pF ,0Ω, 100V | JEDEC 22 |
| ESD (Charged device model) | 350V | JEDEC 22 |
| TCT (Temperature Cycle Test) | -65/150C, 500cycle | JEDEC 22 |
| Latch up | ≥ 100mA | EIA/JESD78 |

SoC 2.0  : Done(May)
SoC 3.0  : Will be finished by Dec/E

**TOSHIBA**
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001936

# Reliability Test(2) –DRAM –



| Item | Conditions | Reference Specification |
|---|---|---|
| High Temperature Operating Life Test (HTOL) | 125 degC / Vcc=Max / 1,000hours | MIL-STD-883 1005.8<br>JEDEC JESD22-A108<br>JEITA ED-4701 101 |
| Temperature Cycle Test (TCT) | -55 degC / 125 degC / 100 cycles or more | MIL-STD-883 1010.7<br>JEDEC JESD22-A104<br>JEITA ED-4701 105 |
| High Temperature Storage Life Test (HTSL) | 150 degC / 1,000hours | MIL-STD-883 1008.2<br>JEDEC JESD22-A103<br>JEITA ED-4701 201 |
| Temperature Humidity Bias (THB)<br>(Highly Accelerated Stress Test(HAST)) | 85 degC / 85 %Rh with Bias / 1,000hours<br>(110 degC / 85%RH / 264hours) | JEDEC JESD22-A101<br>JEITA ED-4701 102<br>(JEDEC JESD22-A110) |
| Pre-Conditioning Test | JEDEC MSL 1~4 / Reflow is 2 times or more | IPC/JEDEC J-STD-020 |
| Electro Static Discharge : Human Body Model (ESD-HBM) | ≥ 2.0 kV | MIL-STD-883 3015.3<br>JEDEC JESD22-A114<br>JEITA ED-4701 304 |
| Latch up tolerated dose | ≥ 100 mA | JEDEC-JESD78<br>JEITA ED-4701 306 |

**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    142

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001937

# Reliability Test(3) –PMIC –



| Item | Conditions | Reference Specification |
|---|---|---|
| High Temperature Operating Life (Dynamic) | +125°C, Vccmax, 1000 hrs | JESD22-A108 |
| ESD: Human Body Model | ≥ 2.0 kV | JESD22-A114 (JS-001) Classification – 1C |
| ESD: Charged Device Model | ≥ 500V | JESD22-C101 Classification – C1 |
| TCT (Temperature Cycle Test) | -55/125C, 700cycle | JEDEC 22-A104 |
| Latch-Up | ≥ 100 mA | JESD78 |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001938

Plaintiff's Exhibit PX72, page 143 of 171

# Reliability Test(4) –NAND –



| Item | Conditions | Reference Specification |
|---|---|---|
| Write / Erase Endurance | 55 degC / 10000 cyc | JEDEC JESD22-A117 |
| High Temperature Operating Life Test (HTOL) | 125 degC / Vcc = Max / 1,000hours | JEDEC JESD22-A108 |
| Low Temperature Operating Life Test (LTOL) | -40 degC / Vcc = Max /  1,000hours | JEDEC JESD22-A108 |
| High Temperature Storage Life Test (HTSL) | 150 degC / 1,000hours | JEDEC JESD22-A103 |
| Highly Accelerated Stress | Preconditioning: 125 degC / 20hours → 30 degC / 70%RH / 192hours → IR 260 degC max, 4times<br>110 degC / 85%RH / Vcc = 3.6V / 300hours | JEDEC JESD22-A110 |
| Temperature Cycle Test (TCT) | -55 degC / 20min. → 125 degC / 20min. 700 cycles | JEDEC JESD22-A104 |

## Condition criteria is tentative, DVT ends by Dec/E

**TOSHIBA** Leading Innovation >>> 

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    144

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001939

# Pros & Cons for the New Technologies



| | Pros | Cons / Risk | Review |
|---|---|---|---|
| SoC<br>• LDPC ECC<br>• Increase bandwidth | • Improve NAND reliability<br>• Higher Performance(IOPS) | • Higher power consumption<br>• New Component | • Under verification |
| NAND<br>(15nm →<br>BiCS FLASH Gen.3) | • Reduce die size<br>→ Can achieve higher capacity<br>• Higher Performance(IOPS)<br>• Lower Power Consumption | • Reliability<br>• New Component | • Will be verified by 2.5 million hours RDT and Endurance-RDT |
| PMIC | • Improve Power stability | • New Component | • Under verification |
| DRAM<br>(DDR3 →<br>DDR3L or DDR4) | • Lower Power Consumption<br>• Higher capacity | • Signal integrity<br>• EMI<br>• New Component | • Verified 800MHz operation |
| w/o Heat Sink | • Lighter device weight<br>• Mechanical shock resistance | • Thermal radiation | • Verified in EVT |
| 0 and FFh user data H/W filler | • WAF down (longer life endurance) | • New circuit in SoC | • Verify in EVT |
| Flexible Print Circuit (3 PCBA 30TB only) | • Connection between PCB without connector | • New component | • Verify in EVT |

**TOSHIBA**
Leading Innovation ⟫⟫

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    145

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001940

# Warranty & Returns Process



PM5
CM5

No change from PM3/4

**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    146

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001941



# Supplier Manufacturing Test process

- Details of individual tests (to include quantity of full drive write & read workloads; power cycles / backup circuitry testing; temp range; test times)
- Other reliability tests (ORT etc) & details

© 2017 Toshiba Memory Corporation          TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                                    VIASAT_KIOXIA-0000001942

# Details of individual tests &ORT for Phoenix-M5/Condor-M5

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001943

# Manufacturing Test overview



- ## Manufacturing Test Comparison

| Process | PM4 | PM5 | CM5 |
|---|---|---|---|
| OBA VI DRIVE LEVEL | Common visual criteria | Same | Same |
| FUNTION TEST | PM4 Test Schedule | PM5 Test Schedule | CM5 Test Schedule (Same concept as P-M5) |
| BOX LEVEL | Common visual criteria | Same | Same |
| HT-ORT | - 100 pcs/week ; 6 weeks<br>- Temp. : 25~60 degC cycle (ambient),<br>- Voltage : Normal & +/- 7%<br>- High-duty running test (Seq. W/R, Rnd W/R, Power On-Off)<br>- Monitoring - Weekly, 5 weeks rolling | - 100 pcs/week ; 6 weeks<br>- Temp. : 25~65 degC cycle (ambient),<br>- Voltage : Normal & +/- 10%<br>- High-duty running test (Seq. W/R, Rnd W/R, Power On-Off)<br>- Monitoring - Weekly, 5 weeks rolling | 20 pcs/week ; 6 weeks<br><br>Other conditions are the same as Phoenix series |
| TC-ORT | - 50pcs / week; 1 week<br>- Temp. : 0~55 degC cycle (ambient),<br>- Voltage : Normal & +/- 7%<br>- High-duty running test (Seq. W/R, Rnd W/R, Power On-Off)<br>- Monitoring – Weekly | - 50pcs / week; 1 week<br>- Temp. : 0~60 degC cycle (ambient),<br>- Voltage : Normal & +/- 10%<br>- High-duty running test (Seq. W/R, Rnd W/R, Power On-Off)<br>- Monitoring – Weekly | N/A |

➢ Input qty of CM5 ORT is very limited due to small production volume compared to PM5.
➢ Since hardware configuration is the same between PM5 and CM5, overall ORT detectability will not be degraded compared to PM4 generation.
➢ In case that abnormal trend is observed at PM5, necessary actions will be taken to CM5 too.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001944

# Condor-M5  Assembly and Test Process

 CM5

**IQC** → **SMT** → **Sub & Main Assembly** → **FT1** → **HRT** → **FT2** → **A**

**IQC**

Visual Check

Check Item

*Appearance

**SMT**

Mounting of components

Check Item

*Appearance

**Sub & Main Assembly**

*Printed Circuit Board Assembly Installation

*Mounting PCBA to Mech

Check Item

*Appearance

**Function Test 1**

Check Items
*NAND Initialize Test
*SoC Screening
*DDR Screening
*Backup Caps Test

Equipment
*I/F: UART

Test Condition
**Room Temp. (Ambient)
*3.3V/12V, +/-0%

**Heat Running Test**

Check Items
*NAND Screening

Equipment
*Stress Test Rack System

Test Conditions
*25-70degC (DE surface)
*12V +/-0%

**Function Test 2**

Check Items
*Judgment of HRT
*Download Customer Firmware
*Format
*Backup Caps Test
*W/R Running
*Dual Port Check for SFF

Equipment
*I/F: PCIe

Test Conditions
*Room Temp. (Ambient)
*3.3V +/-17% , 12V +/-11%

**A** → **TCT** → **IFT** → **Final Check** → **Packing** → **Shipping**

(branches: Final Check → **ORT** → Packing; Final Check → **OBA** → Packing)

**Temperature Cycle Test**

Check Items
*W/R Running
*Power Cycle Test
*Backup Caps Test

Equipment
*I/F: PCIe

Test Conditions
*0-70degC (DE surface)
*3.3V +/-17% , 12V +/-11%

**Interface Function Test**

Check Items
*Download Customized Firmware
*Transfer Rate Test
*SED Entry

Equipment
*I/F: PCIe

Test Conditions
*Room Temp. (Ambient)
*3.3V/12V, +/-0%

Check Items
* Inquiry Checking
*Labeling
*Final Check Appearance

**Ongoing Reliability Test**

Check Items
*W/R Error Rate

**Out of Box Audit**

Check Items
*Appearance
*Function Test
*Error Rate

**Packing Check Items**
*Appearance
*Drive Packing
*Box Arrangement

LEGEND:
⬭ OPERATION
⬭ OPERATION
⬦ TEST / INSPECTION

**TOSHIBA** Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    150

VIASAT_KIOXIA-0000001945

# Manufacturing Test overview



## • ORT process condition

> For better field quality prediction and correlation, followings will be applied to enhanced ORT

| ORT | Sample Size | Duration | Temp Condition | | Intent by enhancement |
|---|---|---|---|---|---|
| **HT-ORT** | PM5 : 100 pcs/week<br>CM5 : 20 pcs/week | 6 weeks | **High Temp** | 65, 25 degC | To simulate field condition and validate drive reliability in the field |
| **TC-ORT** | PM5 : 50 pcs/week<br>CM5 : N/A | 1 week | **Temp Cycle** | 0~60 degC | To detect potential quality issues under very high stress condition |

> HT-ORT Process Average=PA (Center Line) is defined by Product Spec and AF (Acceleration Factors : Temp.)

| | Item | Explanation | Calculation | Factor |
|---|---|---|---|---|
| **eSSD Target PA** | **PM5/CM5 MTTF** | Product spec = 2,500,000 | 8,760h/2,500,000*100 =0.35 (AFR: m=1) | **0.35 %** |
| | **Temp Acceleration** | Apply Arrhenius model defined in the following formula<br><br>$EXP[ -Ea*\{1/(273.15 + Tc) - 1/(273.15+Tb)\}/K]$<br><br>Ea: activation energy[eV] (apply 0.7 as Ea)<br>K : Boltzmann constant $8.617×10^{-5}$[eV/K]<br>Tc : tested temp (apply **74** degC as ORT drive surface temp)<br>Tb : reference temp (apply 40 degC as ave actual field return) | $EXP[-0.7*(1/(273.15 + 74) - 1/(273.15+40)\}/0.00008617]$<br>$= 12.7$ | **12.7** |
| | **Target PA (Center line)** | 0.35% x ((12.7 x 1000h)/8760h) = 0.51 | PA (CL) = 0.52% (m=1) | |



**Leading Innovation ❯❯❯**

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    151

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001946

# Other reliability tests (ORT etc) & details



## • ORT process control

- ■ TSB continue to utilize SPC control for HT-ORT to monitor quality, reliability and manufacturing fluctuation.
- ■ Set Yellow alarm (CL+2σ), Red alarm (CL+3σ) and take effective actions for immediate quality feedback along with PDCA

**[Alarm line and Action definitions]**

| Test | Alarm lines | Definition | Action |
|---|---|---|---|
| HT-ORT | PA (Center Line) | Product spec with AF | • In case of below Yellow alarm, we will take sample L3 FA based on 100% L2 FA result |
| | Yellow alarm | CL + 2 sigma | • Take priority FA for proactive investigations (100% L2/L3 FA)<br>• Target FA completion for L2; 1weeks |
| | Red alarm | CL + 3 sigma | • Tighten monitoring and take detail FA (100% L2/L3 FA)<br>• Target FA completion for L2; 3 days<br>• Issue Stop Ship depending on FA results and risk |

- • L2 FA : To identify failure component
- • L3 FA : To conduct chip analysis at sub supplier and identify root cause.
  FA completion TAT depends on failure mode and failure component


**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    152

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001947

# Manufacturing Test overview



- **P-ORT (Critical Parameter control)**
  - **1. Control Chart**
    - Use Xbar-Sigma (SPC ; Statistical Process Control), C-chart
    - Monitor trend data of each lots
      - Lot (SMT) :
        - PM5 : 100 drives / week
        - CM5 : 20 drives / week
      - Sample data : Difference between Final (6th cycle) and Initial (1st cycle)
      - Center Line (CL) : Average initial 20 Lots, after that fixed

  - **2. Control Line (Trigger point)**
    - +/- 3 sigma → WARNING,  +/- 4 sigma →  TRIGGER
    - Based on Western Electric (WE) Rule

  - **3. Action**
    - Exceed +/- TRIGGER        → Risk assessment (Root cause analysis by 8D report)
    - Exceed +/- WARNING        → Tighten monitoring (Root cause analysis by 8D report)
    - Detection by WE rule      → Investigation (Root cause analysis)


**Leading Innovation >>>**

TOSHIBA MEMORY CONFIDENTIAL          © 2017 Toshiba Memory Corporation     153

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                         VIASAT_KIOXIA-0000001948

# Other reliability tests (ORT etc) & details



PM5
CM5

- **P-ORT (Critical Parameter control)**

| Item | Contents | Control chart | Remarks (Delta) |
|---|---|---|---|
| **PLP-CAP** | Capacitance (uF) | Xbar-s | Final (6th cycle) – Initial (1st cycle) |
| **PLP-CAP Charging Profile** | Charged Voltage at 1640ms (V) | Xbar-s | Final (6th cycle) – Initial (1st cycle) |
| **OP Rate** | Over Provisioning (%) | Xbar-s | Final (6th cycle) – Initial (1st cycle) |
| **G-List** | Reassign Block Count | C chart | Final (6th cycle) – Initial (1st cycle) |

**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL    © 2017 Toshiba Memory Corporation    154

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000001949



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001950



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    156

VIASAT_KIOXIA-0000001951



# Full Gap Analysis to the Dell EMC SAS or NVMe Specification

- Details on where there are gaps
- Prioritization of what will need to be addressed
- Timeframe for closing the necessary gaps



© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001952

# DellEMC Gap Analysis (Condor-M5) (1/2)



## EMC LOGICAL & FUNCTIONAL REQUIREMENTS DOCUMENT FOR PCI EXPRESS SOLID STATE DISK DRIVES (999-996-004 v0.1 050517)   Total 16 "Request waiver" items.

| Category (HWorFW) | Section | Section title | Description | Gap analysis review | Comments & Question (C-M5) | Cause |
|---|---|---|---|---|---|---|
| FW | 4.5 | Offset 04h, Bits 63:00 | PCI Express Device Serial Number | Request waiver | [EMC] 5/23/2017: This will be mandatory for VMAX. Can you support reporting namespace 1 EUI64 value in this PCI register? In the future we expect this device-level EUI64 value to be independent of namespace EUI64 values. [TSB] 5/26/2017: Unfortunately, CM5 doesn't have this register. It's impossible to show this value. | HW matter |
| FW | 5.1 | Offset 00h, 55:52 | Memory Page Size Maximum (MPSMAX) | Request waiver | [EMC] 5/23/2017: VMAX reviewing this | HW matter |
| FW | 6.1 | 87:84 (M) | RTD3 Resume Latency (RTD3R) | Request waiver | [EMC] 5/23/2017: VMAX reviewing this [TSB] 5/26/2017: Sorry. I misunderstood the spec. The time depends on drive capacity and may exceed 5 seconds. The value is under evaluating. | FW matter |
| FW | 6.1 | 91:88 (M) | RTD3 Entry Latency (RTD3E) | Request waiver | [EMC] 5/23/2017: Please let me know the value for Entry latency and the reason for the value. [TSB] 5/26/2017: 5 seconds | FW matter |
| FW | 6.1 | 258 (M) | Abort Command Limit (ACL) | Request waiver | [EMC] 5/23/2017: When you say "not executed yet", do you mean that the I/O has been picked up from the I/O submission queue already, but not active in the drive's HW yet? How does the drive treat NVMe Abort commands for I/Os which have not yet been picked up off the corresponding I/O submission queue yet – is the Abort completed immediately not finding any I/O, does it wait and see if the I/O shows up on the submission queue shortly, etc? On a related question, does the Delete I/O Submission Queue NVMe command do anything active in the drive to forcibly terminate/abort outstanding I/Os on that queue? Or does it too wait for in-progress I/Os on that queue to be completed by the hardware before returning status for the Delete I/O Submission Queue command? The point here is that if there isn't timely interception of NVMe I/Os by the drive via these nice logical mechanisms, VMAX will start resorting to more intrusive measures like PHY resets, or NVMe controller or subsystem resets which will force the drive to immediately terminate their I/O. VMAX would prefer avoiding these expensive procedures if the drive would cleanup aggressively using "nice" NVMe command management requests. [TSB] 5/26/2017: Only the commands not fetched can be aborted. Once the drive pick up, the command cannot be aborted. Abort command is always sent after command is submitted in I/O queue. Once abort is detected, device will fetch all commands till that point from corresponding I/O queue. Only after all previous commands are fetched, the decision of abort found or not is done. For Abort command not found case – above point is important that commands from I/O submission queue are fetched. After that if all these I/O's are drained out, then Abort not found is declared. As for delete I/O SQ, firmware waits for in-flight commands to complete. Only after that we send response for Delete IO SQ. | HW matter |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001953

# DellEMC Gap Analysis (Condor-M5) (2/2)



CM5

| Category (HWorFW) | Section | Section title | Description | Gap analysis review | Comments & Question (C-M5) | Cause |
|---|---|---|---|---|---|---|
| FW | 6.1 | 271:270 (O) | Maximum Time for Firmware Activation (MTFA) | Request waiver | [EMC] 5/23/2017: Are non SED drives compliant? If so then a waiver can be given for this generation. [TSB] 5/26/2017: Yes. non SED drives are compliant. | HW matter (Design) |
| FW | 6.1 | 529:528 (M) | Atomic Write Unit Power Fail (AWUPF) ~~130KiB minimum value preffered~~ 0 | Request waiver | [EMC] 5/23/2017: If the atomics are going to support anything more than a single block, then VMAX prefer they support 256 blocks of 512+8B. Is this 128KiB adjusted for a 520B versus 512B block size?? [TSB] 5/26/2017: 128KiB means 256 blocks in 5xxB block size. | HW matter |
| FW | 6.1 | 37:36 (O) | Namespace Atomic Write Unit Power Fail (NAWUPF) | Request waiver | [EMC] 5/23/2017: Same as line item 90. If the atomics are going to support anything more than a single block, then VMAX prefer they support 256 blocks of 512+8B. Is this 128KiB adjusted for a 520B versus 512B block size?? [TSB] 5/26/2017: same as row 90 | HW matter |
| HW | 9.2.2 | Transient Voltage Handling | | Request waiver | [EMC] 5/23/2017: This was a 'Request waiver on the previos gap analysis. Is this still a gap? [TSB] 5/26/2017: The same comments as previous gap analysis. | HW matter |
| FW | 11.3.6 | Dataset Management(DSM) bits in Read and Write Commands | | Request waiver | | HW matter |
| FW | 17.3 | 196 | Command Timeouts | Request waiver | [EMC] 5/23/2017:Will supporting this cayuse any performance impact? Will all commands be included? [TSB] 5/26/2017: Sorry. TLER is not supported. | HW matter |
| FW | 17.3 | 228 | System Area Program Fail Count | Request waiver | [EMC] 5/23/2017: Toshiba to provide feedback. [TSB] 5/26/2017: not supported | FW matter |
| FW | 17.3 | 236 | System Area Read Fail Count | Request waiver | [EMC] 5/23/2017: Toshiba to provide feedback. [TSB] 5/26/2017: not supported | FW matter |
| FW | 17.3 | 244 | System Area Erase Fail Count | Request waiver | [TSB] 5/26/2017: not supported | FW matter |
| FW | 17.3 | 252 | PCIe Correctable Error Count | Request waiver | [EMC] 5/23/2017: Toshiba to provide feedback. [TSB] 5/26/2017: HW doesn't have this capability | HW matter |
| FW | 24.8 | Max Response Time for any Error Scenario | | Request waiver | | HW matter |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001954

# Agenda-4

- **Security**
- **Dust test and temperature test**



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    160

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001955



# Security



© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001956

# New TCG Enterprise spec for NVMe

 CM5

- **TCG Storage WG decided that all future NVMe development shall only be based upon core spec >= 2.0**
  - Implies that TCG will develop specifications which satisfy both consumer and enterprise behavior <u>based on Opal</u>

- **However, it is not appropriate to use Opal as is for enterprise since Opal was developed for consumer devices (e.g. business model PC)**
  - Some features are missing (e.g. restrict admin privilege)
  - Many redundant features (e.g. MBR shadowing)

- **Since the discussion has just started, there is no open public TCG Enterprise spec for NVMe**
  - Will need 6-9 months at minimum, probably 1 year

- **Therefore, Toshiba would like to propose a security deep dive meeting in order to clarify the detailed specification to provide drives to meet your requirements**


**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    162

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001957

# Differences between Enterprise and Opal (for NVMe Enterprise)

Need to define many items to make customized version of Opal to satisfy Enterprise use model

CM5

| | # | Question | Enterprise SSC (Enterprise 1.0) | Opal SSC (Opal 2.01) |
|---|---|---|---|---|
| function | Q1 | Privilege of an administrator | EraseMaster authority can erase user data and reset the access control of a specific LBA range | Admins authority can get and set user PIN, locking configuration |
| function | Q2 | Life cycle support | Drive is always activated | No Locking Obj when shipped, will be activated by an end user |
| function | Q3 | Shadow MBR | No | Yes |
| param | Q4 | # of Users | 1 up to 1024 BandMaster | Min 8 User |
| param | Q5 | # of Ranges | Optional (only GlobalRange is mandatory) | Min 8 |
| param | Q6 | Data Store size | 1KB | 10MB |
| param | Q7 | # of ComID | 2 | 1 |
| param | Q8 | TryLimit and Persistence | VU | VU |
| F/S | Q9 | PSID | Not clear | Mandatory |
| F/S | Q10 | Add Data Store | Not clear | Mandatory |
| F/S | Q11 | Configurable Namespace | Not clear | Optional |
| F/S | Q12 | Single User mode | Not Applicable | Optional |
| Spec | N/A | Core spec version | 1.0 r0.9 (draft) | 2.0 |
| Spec | Q13 | SIIS spec version | 1.04 | 1.04+ |

**TOSHIBA** Leading Innovation >>>    TOSHIBA MEMORY CONFIDENTIAL    © 2017 Toshiba Memory Corporation    163

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000001958



# Dust test and temperature test

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001959

# Dust test



- ## Purpose

  ### To confirm the influence of air holes

  - Dust entering inside
  - Blocking air by dust stuck

- ## Test method

  ### JIS D 0207 (Japanese Industrial Standards)

  This standard is used for the electric part test of Automobile.

  The test condition is severer than IEC60068-2-68.

  - ### Test condition

    - 3 kinds of dust (JIS Z 8901)

      (Loam, Carbon-Black, cotton-linters)

    - Density: more than 500[mg/m$^3$] Intermittently mixed

    - Test duration: 8 hours



<Dust test chamber>




Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    165

VIASAT_KIOXIA-0000001960

# Dust test Results



Before test



after test



**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    166

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001961

# Dust test Results – Appearance check



PM5
CM5



TOP COVER-PCB



BASE-PCB



PCB-PCB

There are some dust inside the B to B connectors



Air holes were not blocked by this test.

**TOSHIBA**
Leading Innovation >>>
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     167

VIASAT_KIOXIA-0000001962

# Dust test Results –Function & Temperature



PM5
CM5

- **Function test :**

    Sequential Read during dust test: 8 hours No Error

- **Temperature of NAND during the test**

| | NAND ① | Case ② | ①-② |
|---|---|---|---|
| Before test | 32.7°C | 34.7°C | -2.0°C |
| During test | 34.4°C | 36.8°C | -2.4°C |

**Conclusion:**

    Exposure of the drive to high amounts of dust has no influence on drive temperature



**TOSHIBA** Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    168

VIASAT_KIOXIA-0000001963

# Air holes blocking test



- ## To confirm the influence of Air holes blocking

  Since air holes were not blocked by the dust test, Toshiba conducted the blocking air holes test as reference.

[Ta:25degC, Air flow speed:2m/s, Seq.W, 18W mode]

| Measured components | Normal condition (degC) | Blocking air holes (degC) | Δ (degC) |
|---|---|---|---|
| NAND | 67.0 | 71.3 | +4.3 |
| Base case | 59.4 | 61.6 | +2.2 |



**TOSHIBA** Leading Innovation ⟩⟩⟩

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    169

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001964

# RESTRICTIONS ON PRODUCT USE

- Toshiba Corporation, and its subsidiaries and affiliates (collectively "TOSHIBA"), reserve the right to make changes to the information in this document, and related hardware, software and systems (collectively "Product") without notice.

- This document and any information herein may not be reproduced without prior written permission from TOSHIBA. Even with TOSHIBA's written permission, reproduction is permissible only if reproduction is without alteration/omission.

- Though TOSHIBA works continually to improve Product's quality and reliability, Product can malfunction or fail. Customers are responsible for complying with safety standards and for providing adequate designs and safeguards for their hardware, software and systems which minimize risk and avoid situations in which a malfunction or failure of Product could cause loss of human life, bodily injury or damage to property, including data loss or corruption. Before customers use the Product, create designs including the Product, or incorporate the Product into their own applications, customers must also refer to and comply with (a) the latest versions of all relevant TOSHIBA information, including without limitation, this document, the specifications, the data sheets and application notes for Product and the precautions and conditions set forth in the "TOSHIBA Semiconductor Reliability Handbook" and (b) the instructions for the application with which the Product will be used with or for. Customers are solely responsible for all aspects of their own product design or applications, including but not limited to (a) determining the appropriateness of the use of this Product in such design or applications; (b) evaluating and determining the applicability of any information contained in this document, or in charts, diagrams, programs, algorithms, sample application circuits, or any other referenced documents; and (c) validating all operating parameters for such designs and applications. **TOSHIBA ASSUMES NO LIABILITY FOR CUSTOMERS' PRODUCT DESIGN OR APPLICATIONS.**

- **PRODUCT IS NEITHER INTENDED NOR WARRANTED FOR USE IN EQUIPMENTS OR SYSTEMS THAT REQUIRE EXTRAORDINARILY HIGH LEVELS OF QUALITY AND/OR RELIABILITY, AND/OR A MALFUNCTION OR FAILURE OF WHICH MAY CAUSE LOSS OF HUMAN LIFE, BODILY INJURY, SERIOUS PROPERTY DAMAGE AND/OR SERIOUS PUBLIC IMPACT ("UNINTENDED USE").** Except for specific applications as expressly stated in this document, Unintended Use includes, without limitation, equipment used in nuclear facilities, equipment used in the aerospace industry, medical equipment, equipment used for automobiles, trains, ships and other transportation, traffic signaling equipment, equipment used to control combustions or explosions, safety devices, elevators and escalators, devices related to electric power, and equipment used in finance-related fields. **IF YOU USE PRODUCT FOR UNINTENDED USE, TOSHIBA ASSUMES NO LIABILITY FOR PRODUCT.** For details, please contact your TOSHIBA sales representative.

- Do not disassemble, analyze, reverse-engineer, alter, modify, translate or copy Product, whether in whole or in part.

- Product shall not be used for or incorporated into any products or systems whose manufacture, use, or sale is prohibited under any applicable laws or regulations.

- The information contained herein is presented only as guidance for Product use. No responsibility is assumed by TOSHIBA for any infringement of patents or any other intellectual property rights of third parties that may result from the use of Product. No license to any intellectual property right is granted by this document, whether express or implied, by estoppel or otherwise.

- **ABSENT A WRITTEN SIGNED AGREEMENT, EXCEPT AS PROVIDED IN THE RELEVANT TERMS AND CONDITIONS OF SALE FOR PRODUCT, AND TO THE MAXIMUM EXTENT ALLOWABLE BY LAW, TOSHIBA (1) ASSUMES NO LIABILITY WHATSOEVER, INCLUDING WITHOUT LIMITATION, INDIRECT, CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES OR LOSS, INCLUDING WITHOUT LIMITATION, LOSS OF PROFITS, LOSS OF OPPORTUNITIES, BUSINESS INTERRUPTION AND LOSS OF DATA, AND (2) DISCLAIMS ANY AND ALL EXPRESS OR IMPLIED WARRANTIES AND CONDITIONS RELATED TO SALE, USE OF PRODUCT, OR INFORMATION, INCLUDING WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY OF INFORMATION, OR NONINFRINGEMENT.**

- Do not use or otherwise make available Product or related software or technology for any military purposes, including without limitation, for the design, development, use, stockpiling or manufacturing of nuclear, chemical, or biological weapons or missile technology products (mass destruction weapons). Product and related software and technology may be controlled under the applicable export laws and regulations including, without limitation, the Japanese Foreign Exchange and Foreign Trade Law and the U.S. Export Administration Regulations. Export and re-export of Product or related software or technology are strictly prohibited except in compliance with all applicable export laws and regulations.

- Please contact your TOSHIBA sales representative for details as to environmental matters such as the RoHS compatibility of Product. Please use Product in compliance with all applicable laws and regulations that regulate the inclusion or use of controlled substances, including without limitation, the EU RoHS Directive. **TOSHIBA ASSUMES NO LIABILITY FOR DAMAGES OR LOSSES OCCURRING AS A RESULT OF NONCOMPLIANCE WITH APPLICABLE LAWS AND REGULATIONS.**


**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    170

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001965



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000001966

Plaintiff's Exhibit PX72, page 171 of 171