2023/04/27 12:48:59

## Product Cost Estimate (FY2022 / 2nd Half)

| MDOD calculation date and time | Cost estimate calculation date and time | "Confidential" |
|---|---|---|
| 2022-08-05-15:20 | 2022-09-12-17:16 | |

| BU | SSBU | Group Code | Product Code | Product Symbol | Department / Section | Office | Unit | Assessment TOV | Application TOV | Pool Difference | Year and month of application | Unit (JPY) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X13 | X131 | ESSD20A13B049S | | ESSD20A13B049S | P3AD30 | CE | KP | 38,600,000 | 38,600,000 | 0 | 2022/10/01 | |

| Technical Section Code | Outer Enclosure | | Number of wires | Wire Length (mm) | Type code | | | | Product yield | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Code | Number of pins | | | Type 1 | Name | Type 2 | Name | TEST | Total |
| 22P2SR | | 0 | 0 | 0 | | | | | 1.000 | 0.978 |

| | Pellet yield | | | Wafer diameter | Chip size | | | | Gross wafer | Gross pellet / LOT | NET pellet / LOT | | TD / SU name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diffusion | D/S | Total | | | Vertical | Horizontal | Area | Number of elements | | | | 0 | |
| | | | | | | | | | | | 0 | | |

| | Theoretical material cost | Standard material cost | | | | | Direct labor cost | Indirect material cost | Power cost | Depreciation and amortization cost | Other expenses | Cost before allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pellet | Made by other company | Subcontracted processing | Other purchases | Total | | | | | | |
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Evaluation | 35,404,060 | 22,954,103 | 0 | 5,526,674 | 7,719,875 | 36,200,652 | 0 | 0 | 0 | 0 | 0 | 36,200,652 |
| Total | 35,404,060 | 22,954,103 | 0 | 5,526,674 | 7,719,875 | 36,200,652 | 0 | 0 | 0 | 0 | 0 | 36,200,652 |

| | Allocated cost | | | | | Fixed cost | Total manufacturing cost | Application TOV | General and administrative expenses | Non-operating income and expenses | General account | Margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Inspection cost | Administrative Department cost | Operating department cost | Indirect labor cost | Total | | | | | | | | |
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Evaluation | 0 | 94,506 | 2,240,820 | 29,291 | 2,364,617 | 2,364,617 | 38,565,269 | | | | | | |
| Total | 0 | 94,506 | 2,240,820 | 29,291 | 2,364,617 | 2,364,617 | 38,565,269 | | | | | | |
| | ( 0.00 ) | ( 1.71 ) | ( 6.19 ) | ( 0.53 ) | | | | | | | | | |

| CC | Process code | Constituent material | Material code | Material symbol | Unit | EMP | Theoretical (KP) | | Material yield | | | Standard (KP) | | Material classification | Sourcing category | Supplier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Quantity | Amount | Parts | Process | Total | Quantity | Amount | | | |
| APE1 | ATU | PELLET1 | KB4N0512ZD302E02B | KB4N0512ZD302E02B | KP | 667,000.00 | 1.0000 | 667,000 | 1.000 | 0.978 | 0.978 | 1.0225 | 682,008 | 436 | 5 | E-NAND |
| APE2 | ATU | PELLET2 | KB4N0512ZD302E08B | KB4N0512ZD302E08B | KP | 2,410,000.00 | 8.0000 | 19,280,000 | 1.000 | 0.978 | 0.978 | 8.1800 | 19,713,800 | 436 | 5 | E-NAND |
| APE3 | ATU | PELLET3 | X13_08GBDDR4 | X13_08GBDDR4 | KP | 472,000.00 | 4.0000 | 1,888,000 | 1.000 | 0.978 | 0.978 | 4.0900 | 1,930,480 | 435 | 1 | DRAM |
| APE4 | ATU | PELLET4 | X13_04GBDDR4 | X13_04GBDDR4 | KP | 307,000.00 | 2.0000 | 614,000 | 1.000 | 0.978 | 0.978 | 2.0450 | 627,815 | 435 | 1 | DRAM |
| APE5 | ATU | PELLET5 | ELNATH_2.1S | 88SS1132B1-BXJ2C133-P167 | KP | 7,550,000.00 | 1.0000 | 7,550,000 | 1.000 | 0.978 | 0.978 | 1.0225 | 7,719,875 | J3Z | 1 | MARVELL |
| MTIP | ATT | ASSLY TIP | ESSD20A13B049S-MTIP | ESSD20A13B049S-MTIP | KP | 5,405,060.00 | 1.0000 | 5,405,060 | 1.000 | 0.978 | 0.978 | 1.0225 | 5,526,674 | V3C | 2 | TIP |

| Cost center | | | Number of process times | Theoretical (KP) | Standard (KP) | Processing cost rate | | | | | Processing cost (KP) | | | | | | Section which entrusted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Name | Classification | | | | Direct labor cost | Indirect material cost | Power cost | Depreciation and amortization cost | Other expenses | Direct labor cost | Indirect material cost | Power cost | Depreciation and amortization cost | Other expenses | Total | |
| 001 | Common 1 | | | 1.0000 | 1.0225 | | | | | | | | | | | | P3AD30 |
| 003 | Common 3 | Quantity of pieces | | 1.0000 | 1.0225 | | | | | | | | | | | | P3AD30 |
| | | Quantity of pieces | | | | | | | | | | | | | | | |

Confidential - Outside Attorneys' Eyes Only

VIASAT_KIOXIA-0000009957



PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX95**