2023/04/27 11:35:30

## Product Cost Estimate (FY2022 / 2nd Half)

MDOD calculation date and time 2022-09-22-14.22

Cost estimate calculation date and time 2022-12-21-10.11

"Confidential"

Unit (JPY)

| BU | SSBU | Group Code | Product Code | Product Symbol | Department / Section | Office | Unit | Assessment TOV | Application TOV | Pool Difference | Year and month of application |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X11 | X111 | S8M9608B01P09670 | | S8M9608B01P09670 | P3AD30 | CC | KP | 4,240,000 | 4,240,000 | 0 | 2022/12/01 |

| Technical Section Code | Outer Enclosure Code | Number of pins | Number of wires | Wire Length (mm) | Type code Type 1 | Name | Type 2 | Name | Product yield TEST | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 22RSSK2 | SSD | 291 | 0 | | SSD PTI BG5 | SSD PTI BG5 | | | 1.000 | 0.990 |

| | Pellet yield | | | Wafer diameter | Chip size | | | | Gross wafer | Gross pellet / LOT | NET pellet / LOT | TD / SU name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diffusion | D/S | Total | | | Vertical | Horizontal | Area | Number of elements | | | | |
| | | | | | | | | | 0 | 0 | | 0 |

| | Theoretical material cost | Standard material cost | | | | | Direct labor cost | Indirect material cost | Power cost | Depreciation and amortization cost | Other expenses | Cost before allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pellet | Made by other company | Subcontracted processing | Other purchases | Total | | | | | | |
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Evaluation | 3,879,740 | 2,666,664 | 518,181 | 734,080 | 0 | 3,918,925 | 0 | 0 | 0 | 0 | 0 | 3,918,925 |
| Total | 3,879,740 | 2,666,664 | 518,181 | 734,080 | 0 | 3,918,925 | 0 | 0 | 0 | 0 | 0 | 3,918,925 |

| | Allocated cost | | | | | Fixed cost | Total manufacturing cost | Application TOV | General and administrative expenses | Non-operating income and expenses | General account | Margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Inspection cost | Administrative Department cost | Operating department cost | Indirect labor cost | Total | | | | | | | | |
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Evaluation | 0 | 12,553 | 306,852 | 3,891 | 323,296 | 323,296 | 4,242,221 | | | | | | |
| Total | 0 | 12,553 | 306,852 | 3,891 | 323,296 | 323,296 | 4,242,221 | | | | | | |
| | ( 0.00 ) | ( 1.71 ) | ( 7.83 ) | ( 0.53 ) | | | | | | | | | |

| CC | Process code | Constituent material name | Material code | Material symbol | Unit | EMP | Theoretical (KP) Quantity | Amount | Material yield Parts | Proces s | Total | Standard (KP) Quantity | Amount | Material classification | Sourcing category | Supplier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | KB5N0512ZD302A08B | KB5N0512ZD302A08B | KP | 2,640,000.00 | 1.0000 | 2,640,000 | 1.000 | 0.990 | 0.990 | 1.0101 | 2,666,664 | 436 | 5 | E-NAND |
| APE2 | ATU | PELLET2 | OLYMPOS_1B-PKG | TC58NCOL1BGSB-M1 | KP | 513,000.00 | 1.0000 | 513,000 | 1.000 | 0.990 | 0.990 | 1.0101 | 518,181 | J3Z | 1 | Yokkaichi City |
| MPTI | ATT | ASSLY PTI | PTIBG5008 | P_BG5 2280SSUF 4L 512G | KP | 726,740.00 | 1.0000 | 726,740 | 1.000 | 0.990 | 0.990 | 1.0101 | 734,080 | V3C | 2 | PTI |

| Cost center Code | Name | Classification | Number of process times | Theoretical (KP) | Standard (KP) | Processing cost rate Direct labor cost | Indirect material cost | Power cost | Depreciation and amortization cost | Other expenses | Processing cost (KP) Direct labor cost | Indirect material cost | Power cost | Depreciation and amortization cost | Other expenses | Total | Section which entrusted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Common 1 | Quantity of pieces | | 1.0000 | 1.0101 | | | | | | | | | | | | P3AD30 |
| 003 | Common 3 | Quantity of pieces | | 2.0000 | 2.0202 | | | | | | | | | | | | P3AD30 |



PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX148**

Confidential - Outside Attorneys' Eyes Only

VIASAT_KIOXIA-0000009955