2023/08/24 17:34:34

# 製品 原価見積書(2016年度／上期)

| | MDOD計算日時 | 原価見積計算日時 | 「秘」 |
|---|---|---|---|
| | 2016-08-31-14:01 | 2016-09-01-09:23 | |

単位(円)

| BU | SSBU | グループコード | 製品コード | 製品記号 | 部課 | 室 | 単位 | 査定TOV | 申請TOV | プール差 | 適用年月 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X11 | X111 | 205F4997 | | THNSN0512GTYA4JAMS | P4AD33 | C6 | KP | 8,030,000 | 8,030,000 | 0 | 2016/09/01 |

| 技術課コード | 外囲器コード | ピン数 | Wire数 | Wire長(mm) | タイプ1 | 名称 | タイプコード タイプ2 | 名称 | 製品歩留 TEST | トータル |
|---|---|---|---|---|---|---|---|---|---|---|
| 16ASS9S | BGA-18X12X1.35MM | 132 | 132 | 0.000 | SSD YOK BGA*16(A) BG2 | SSD YOK BGA(A) 16st BG2 | | | 1.000 | 1.000 |

| 拡散 | ペレット歩留 D／S | トータル | ウェハ径 | チップサイズ 縦 | 横 | 面積 | 素子数 | グロスウェハ | グロスペレット／LOT | NETペレット／LOT | TD／SU名称 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0 | 0 | |

| | 理論材料費 | ペレット | その他社製 | 標準材料費 外注加工 | その他購入 | 計 | 直接労務費 | 間接材料費 | 動力費 | 減価償却費 | その他経費 | 配分前原価 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 評価 | 7,990,000 | 7,990,000 | 0 | 0 | 0 | 7,990,000 | 30,243 | 252 | 2,067 | 576 | 5,748 | 8,028,886 |
| 合計 | 7,990,000 | 7,990,000 | 0 | 0 | 0 | 7,990,000 | 30,243 | 252 | 2,067 | 576 | 5,748 | 8,028,886 |

| | 検査費 | 管理部門費 | 配分原価 事業部門費 | 間接労務費 | 計 | 固定費計 | 製造原価 | 申請TOV | 一般管理費 | 営業外損益 | 総勘定 | マージン | 申請SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 評価 | 389 | 2,784 | 0 | 1,489 | 4,662 | 43,548 | 8,033,548 | | | | | | |
| 合計 | 389 | 2,784 | 0 | 1,489 | 4,662 | 43,548 | 8,033,548 | | | | | | |
| | ( 1.00 ) | ( 7.16 ) | ( 0.00 ) | ( 3.83 ) | | | | | | | | | |

| CC | 工程コード | 構成材料名 | 材料コード | 材料記号 | 単位 | EMP | 理論(KP) 数量 | 金額 | パーツ | 材料歩留 工程 | トータル | 標準(KP) 数量 | 金額 | 資材分類 | 入手区分 | 供給元 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | 16AY0928 | 16AY0928 | KP | 7,990,000.00 | 1.0000 | 7,990,000 | 1.000 | 1.000 | 1.000 | 1.0000 | 7,990,000 | 436 | 5 | |

| コード | コストセンター 名称 | 区分 | 工程回数 | 理論(KP) | 標準(KP) | 直接労務費 | 間接材料費 | 加工費レート 動力費 | 減価償却費 | その他経費 | 直接労務費 | 間接材料費 | 加工費(KP) 動力費 | 減価償却費 | その他経費 | 計 | 依頼課 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | キョウツウ1 | 個数 | 1 | 1.0000 | 1.0000 | | | | | | | | | | | | P4AD33 |
| TH3 | SSD F/T | M/C | 1 | 7.2025 | 7.2025 | 4,199 | 35 | 287 | 80 | 798 | 30,243.30 | 252.09 | 2,067.12 | 576.20 | 5,747.60 | 38,886.31 | P4AD33 |
| TS0 | PACKING | 個数 | 1 | 1.0000 | 1.0000 | | | | | | | | | | | | P4AD33 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 前年度閲覧(上期) 申請版 | | | 3 | 7.2025 | 7.2025 | | | 1／1ページ | | | 30,243.30 | 252.09 | 2,067.12 | 576.20 | 5,747.60 | 38,886.31 |

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX149**

Confidential - Outside Attorneys' Eyes Only

VIASAT_KIOXIA-0000010085