2023/08/24 14:44:55

# 製品 原価見積書(2018年度/上期)

| | MDOD計算日時 | 原価見積計算日時 | 「秘」 |
|---|---|---|---|
| | 2018-06-21-13:58 | 2018-08-28-19:06 | |

単位(円)

| BU | SSBU | グループコード | 製品コード | 製品記号 | 部課 | 室 | 単位 | 査定TOV | 申請TOV | プール差 | 適用年月 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X11 | X111 | | SSO7316B01P08252 | SSO7316B01P08252 | P4AD31 | CY | KP | 5,660,000 | 5,630,000 | 30,000 | 2018/08/01 |

| 技術課コード | 外囲器コード | ピン数 | Wire数 | Wire長(mm) | タイプ1 | 名称 | タイプコード タイプ2 | 名称 | 製品歩留 TEST | トータル |
|---|---|---|---|---|---|---|---|---|---|---|
| 18ASS5S | SSD | 0 | 0 | 0.000 | SSD PTI BG3 | SSD PTI BG3 | | | 1.000 | 0.998 |

| 拡散 | ペレット歩留 D／S | トータル | ウェハ径 | チップサイズ 縦 | 横 | 面積 | 素子数 | グロスウェハ | グロスペレット／LOT | NETペレット／LOT | TD／SU名称 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 | 0 | | |

| | 理論材料費 | ペレット | その他社製 | 標準材料費 外注加工 | その他購入 | 計 | 直接労務費 | 間接材料費 | 動力費 | 減価償却費 | その他経費 | 配分前原価 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 評価 | 4,554,010 | 4,188,360 | 0 | 374,758 | 0 | 4,563,118 | 0 | 0 | 0 | 0 | 0 | 4,563,118 |
| 合計 | 4,554,010 | 4,188,360 | 0 | 374,758 | 0 | 4,563,118 | 0 | 0 | 0 | 0 | 0 | 4,563,118 |

| | 検査費 | 管理部門費 | 配分原価 事業部門費 | 間接労務費 | 計 | 固定費計 | 製造原価 | 申請TOV | 一般管理費 | 営業外損益 | 総勘定 | マージン | 申請SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 評価 | 0 | 7,795 | 1,047,692 | 7,458 | 1,062,945 | 1,062,945 | 5,626,063 | | | | | | |
| 合計 | 0 | 7,795 | 1,047,692 | 7,458 | 1,062,945 | 1,062,945 | 5,626,063 | | | | | | |
| | ( 0.00 ) | ( 2.08 ) | ( 22.96 ) | ( 1.99 ) | | | | | | | | | |

| CC | 工程コード | 構成材料名 | 材料コード | 材料記号 | 単位 | EMP | 理論(KP) 数量 | 金額 | パーツ | 材料歩留 工程 | トータル | 標準(KP) 数量 | 金額 | 資材分類 | 入手区分 | 供給元 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | BG3 M.2 1620(E) 512G | BG3 M.2 1620(E) 512G | KP | 4,180,000.00 | 1.0000 | 4,180,000 | 1.000 | 0.998 | 0.998 | 1.0020 | 4,188,360 | 436 | 5 | SUT |
| MPTI | ATT | ASSLY PTI | PTIBG3022 | PTI BG3 2280SS 512G | KP | 374,010.00 | 1.0000 | 374,010 | 1.000 | 0.998 | 0.998 | 1.0020 | 374,758 | V3C | 2 | PTI |

| コード | コストセンター 名称 | 区分 | 工程 回数 | 理論(KP) | 標準(KP) | 直接労務費 | 間接材料費 | 加工費レート 動力費 | 減価償却費 | その他経費 | 直接労務費 | 間接材料費 | 加工費(KP) 動力費 | 減価償却費 | その他経費 | 計 | 依頼課 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | キョウツウ1 | 個数 | 1 | 1.0000 | 1.0020 | | | | | | | | | | | | P4AD31 |
| 003 | キョウツウ3 | 個数 | 2 | 2.0000 | 2.0040 | | | | | | | | | | | | P4AD31 |

| | | | 3 | 0.0000 | 0.0000 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

前年度閲覧(上期) 申請版　　　　　　　　　　　　　　　　　　　　　1／1ページ

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX153**

Confidential - Outside Attorneys' Eyes Only　　　　　　　　　　　　　　　　　　　　VIASAT_KIOXIA-0000010089

Plaintiff's Exhibit PX153, page 1 of 1