2023/08/24 14:40:45

# 製品 原価見積書(2018年度/上期)

| | MDOD計算日時 | 原価見積計算日時 | 「秘」 |
|---|---|---|---|
| | 2018-03-27-22:24 | 2018-03-29-16:48 | |

単位(円)

| BU | SSBU | グループコード | 製品コード | 製品記号 | 部課 | 室 | 単位 | 査定TOV | 申請TOV | プール差 | 適用年月 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X13 | X131 | | ESSD15B1302250 | ESSD15B1302250 | P4AD31 | CX | KP | 94,900,000 | 94,900,000 | 0 | 2018/04/01 |

| 技術課コード | 外囲器コード | ピン数 | Wire数 | Wire長(mm) | タイプ1 | 名称 | タイプコード タイプ2 | 名称 | 製品歩留 TEST | トータル |
|---|---|---|---|---|---|---|---|---|---|---|
| 18AESK1 | | 0 | 0 | 0.000 | | | | | 1.000 | 0.969 |

| 拡散 | ペレット歩留 D／S | トータル | ウェハ径 | チップサイズ 縦 | 横 | 面積 | 素子数 | グロスウェハ | グロスペレット／LOT | NETペレット／LOT | TD／SU名称 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0 | 0 | |

| | 理論材料費 | ペレット | その他社製 | 標準材料費 外注加工 | その他購入 | 計 | 直接労務費 | 間接材料費 | 動力費 | 減価償却費 | その他経費 | 配分前原価 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 評価 | 74,636,850 | 58,947,483 | 0 | 6,049,429 | 12,027,960 | 77,024,872 | 0 | 0 | 0 | 0 | 0 | 77,024,872 |
| 合計 | 74,636,850 | 58,947,483 | 0 | 6,049,429 | 12,027,960 | 77,024,872 | 0 | 0 | 0 | 0 | 0 | 77,024,872 |

| | 検査費 | 管理部門費 | 配分原価 事業部門費 | 間接労務費 | 計 | 固定費計 | 製造原価 | 申請TOV | 一般管理費 | 営業外損益 | 総勘定 | マージン | 申請SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 評価 | 0 | 125,828 | 17,615,588 | 120,384 | 17,861,800 | 17,861,800 | 94,886,672 | | | | | | |
| 合計 | 0 | 125,828 | 17,615,588 | 120,384 | 17,861,800 | 17,861,800 | 94,886,672 | | | | | | |
| | ( 0.00 ) | ( 2.08 ) | ( 22.87 ) | ( 1.99 ) | | | | | | | | | |

| CC | 工程コード | 構成材料名 | 材料コード | 材料記号 | 単位 | EMP | 理論(KP) 数量 | 金額 | パーツ | 材料歩留 工程 | トータル | 標準(KP) 数量 | 金額 | 資材分類 | 入手区分 | 供給元 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | 15N_128_ED2_4_EABL_16_CX | 15N_128_ED2_4_EABL_16_CX | KP | 3,570,000.00 | 16.0000 | 57,120,000 | 1.000 | 0.969 | 0.969 | 16.5119 | 58,947,483 | 436 | 5 | |
| APE2 | ATU | PELLET2 | 4GBDDR3_CX | 4GBDDR3_CX | KP | 400,000.00 | 4.0000 | 1,600,000 | 1.000 | 0.969 | 0.969 | 4.1280 | 1,651,200 | 435 | 1 | |
| APE3 | ATU | PELLET3 | 8GBDDR3_CX | 8GBDDR3_CX | KP | 1,091,000.00 | 4.0000 | 4,364,000 | 1.000 | 0.969 | 0.969 | 4.1280 | 4,503,648 | 435 | 1 | |
| APE4 | ATU | PELLET4 | CANOPUS | CANOPUS | KP | 5,691,000.00 | 1.0000 | 5,691,000 | 1.000 | 0.969 | 0.969 | 1.0320 | 5,873,112 | J3Z | 1 | MARVELL |
| MTIP | ATT | ASSLY TIP | ESSD15B1302250-MTIP | ESSD15B1302250-MTIP | KP | 5,861,850.00 | 1.0000 | 5,861,850 | 1.000 | 0.969 | 0.969 | 1.0320 | 6,049,429 | V3C | 2 | TIP |

| コード | コストセンター 名称 | 区分 | 工程回数 | 理論(KP) | 標準(KP) | 直接労務費 | 間接材料費 | 加工費レート 動力費 | 減価償却費 | その他経費 | 直接労務費 | 間接材料費 | 加工費(KP) 動力費 | 減価償却費 | その他経費 | 計 | 依頼課 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | キョウツウ1 | 個数 | 1 | 1.0000 | 1.0320 | | | | | | | | | | | | P4AD31 |
| 003 | キョウツウ3 | 個数 | 1 | 1.0000 | 1.0320 | | | | | | | | | | | | P4AD31 |

| | | | 2 | 0.0000 | 0.0000 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

前年度閲覧(上期) 申請版

1／1ページ

Confidential - Outside Attorneys' Eyes Only

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
PX154

VIASAT_KIOXIA-0000010090