2023/08/24 14:08:10

# 製品 原価見積書(2019年度/上期)

| | MDOD計算日時 | 原価見積計算日時 | 「秘」 |
|---|---|---|---|
| | 2019-01-30-19:06 | 2019-09-11-12:00 | |

単位(円)

| BU | SSBU | グループコード | 製品コード | 製品記号 | 部課 | 室 | 単位 | 査定TOV | 申請TOV | プール差 | 適用年月 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X11 | X111 | | SM48408B01P08860 | SM48408B01P08860 | P4AD31 | CY | KP | 5,310,000 | 5,310,000 | 0 | 2019/09/01 |

| 技術課<br>コード | 外囲器<br>コード | ピン数 | Wire数 | Wire長<br>(mm) | タイプ1 | | 名称 | タイプコード<br>タイプ2 | | 名称 | 製品歩留<br>TEST | トータル |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19ASSK0 | SSD | 0 | 0 | 0.000 | SSD PTI BG4 | | SSD PTI BG4 | | | | 1.000 | 0.997 |

| 拡散 | ペレット歩留<br>D／S | トータル | ウェハ径 | チップサイズ<br>縦 | 横 | 面積 | 素子数 | グロスウェハ | グロスペレット /<br>LOT | NETペレット<br>/LOT | TD／SU名称 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0 | 0 | |

| | 理論材料費 | ペレット | その他社製 | 標準材料費<br>外注加工 | その他購入 | 計 | 直接労務費 | 間接材料費 | 動力費 | 減価償却費 | その他経費 | 配分前原価 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 評価 | 4,539,890 | 4,252,720 | 0 | 300,790 | 0 | 4,553,510 | 0 | 0 | 0 | 0 | 0 | 4,553,510 |
| 合計 | 4,539,890 | 4,252,720 | 0 | 300,790 | 0 | 4,553,510 | 0 | 0 | 0 | 0 | 0 | 4,553,510 |

| | 検査費 | 管理部門費 | 配分原価<br>事業部門費 | 間接労務費 | 計 | 固定費計 | 製造原価 | 申請TOV | 一般管理費 | 営業外損益 | 総勘定 | マージン | 申請SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 評価 | 0 | 13,175 | 737,669 | 8,422 | 759,266 | 759,266 | 5,312,776 | | | | | | |
| 合計 | 0 | 13,175 | 737,669 | 8,422 | 759,266 | 759,266 | 5,312,776 | | | | | | |
| | ( 0.00 ) | ( 4.38 ) | ( 16.20 ) | ( 2.80 ) | | | | | | | | | |

| CC | 工程コード | 構成材料名 | 材料コード | 材料記号 | 単位 | EMP | 理論(KP)<br>数量 | 金額 | パーツ | 材料歩留<br>工程 | トータル | 標準(KP)<br>数量 | 金額 | 資材<br>分類 | 入手<br>区分 | 供給元 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | BG4 M.2 1620(E) 512G | BG4 M.2 1620(E) 512G | KP | 4,240,000.00 | 1.0000 | 4,240,000 | 1.000 | 0.997 | 0.997 | 1.0030 | 4,252,720 | 436 | 5 | SUT |
| MPTI | ATT | ASSLY PTI | PTIBG4027 | PTI BG4 2230SS 4L 512G | KP | 299,890.00 | 1.0000 | 299,890 | 1.000 | 0.997 | 0.997 | 1.0030 | 300,790 | V3C | 2 | PTI |

| コード | コストセンター<br>名称 | 区分 | 工程<br>回数 | 理論(KP) | 標準(KP) | 直接労務費 | 間接材料費 | 加工費レート<br>動力費 | 減価償却費 | その他経費 | 直接労務費 | 間接材料費 | 加工費(KP)<br>動力費 | 減価償却費 | その他経費 | 計 | 依頼課 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | キョウツウ1 | 個数 | 1 | 1.0000 | 1.0030 | | | | | | | | | | | | P4AD31 |
| 003 | キョウツウ3 | 個数 | 2 | 2.0000 | 2.0060 | | | | | | | | | | | | P4AD31 |

| | 3 | 0.0000 | 0.0000 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

前年度閲覧(上期) 申請版                                         1／1ページ

Confidential - Outside Attorneys' Eyes Only

VIASAT_KIOXIA-0000010091

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX155**