2023/08/24 14:04:30

# 製品 原価見積書(2019年度/上期)

| | MDOD計算日時 | 原価見積計算日時 | 「秘」 |
|---|---|---|---|
| | 2017-09-26-20:07 | 2017-09-28-16:07 | |

単位(円)

| BU | SSBU | グループコード | 製品コード | 製品記号 | 部課 | 室 | 単位 | 査定TOV | 申請TOV | プール差 | 適用年月 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X13 | X131 | 205N0065 | SDFBE04GEA01T | | P4AD31 | CX | KP | 48,800,000 | 48,800,000 | 0 | 2018/10/01 |

| 技術課 コード | 外囲器 コード | ピン数 | Wire数 | Wire長 (mm) | タイプ1 | 名称 | タイプコード タイプ2 | 名称 | 製品歩留 TEST | トータル |
|---|---|---|---|---|---|---|---|---|---|---|
| 17BSSK1 | | 0 | 0 | 0.000 | | | | | 1.000 | 0.950 |

| 拡散 | ペレット歩留 D／S | トータル | ウェハ径 | チップサイズ 縦 | 横 | 面積 | 素子数 | グロスウェハ | グロスペレット / LOT | NETペレット /LOT | TD／SU名称 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0 | 0 | |

| | 理論材料費 | ペレット | その他社製 | 標準材料費 外注加工 | その他購入 | 計 | 直接労務費 | 間接材料費 | 動力費 | 減価償却費 | その他経費 | 配分前原価 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 評価 | 37,702,420 | 17,071,607 | 0 | 8,604,394 | 14,010,233 | 39,686,234 | 0 | 0 | 0 | 0 | 0 | 39,686,234 |
| 合計 | 37,702,420 | 17,071,607 | 0 | 8,604,394 | 14,010,233 | 39,686,234 | 0 | 0 | 0 | 0 | 0 | 39,686,234 |

| | 検査費 | 管理部門費 | 配分原価 事業部門費 | 間接労務費 | 計 | 固定費計 | 製造原価 | 申請TOV | 一般管理費 | 営業外損益 | 総勘定 | マージン | 申請SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 評価 | 0 | 129,066 | 8,826,218 | 191,018 | 9,146,302 | 9,146,302 | 48,832,536 | | | | | | |
| 合計 | 0 | 129,066 | 8,826,218 | 191,018 | 9,146,302 | 9,146,302 | 48,832,536 | | | | | | |
| | ( 0.00 ) | ( 4.38 ) | ( 19.19 ) | ( 2.80 ) | | | | | | | | | |

| CC | 工程コード | 構成材料名 | 材料コード | 材料記号 | 単位 | EMP | 理論(KP) 数量 | 金額 | パーツ | 材料歩留 工程 | トータル | 標準(KP) 数量 | 金額 | 資材 分類 | 入手 区分 | 供給元 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | BICS3_256_D3_2_EABL_8_CX | BICS3_256_D3_2_EABL_8_CX | KP | 901,000.00 | 18.0000 | 16,218,000 | 1.000 | 0.950 | 0.950 | 18.9474 | 17,071,607 | 436 | 5 | |
| APE2 | ATU | PELLET2 | 8GBDDR4_CX | 8GbDDR4_CX | KP | 845,000.00 | 4.0000 | 3,380,000 | 1.000 | 0.950 | 0.950 | 4.2105 | 3,557,873 | 435 | 1 | MDL-DRAM |
| APE3 | ATU | PELLET3 | 4GBDDR4_CX | 4GbDDR4_CX | KP | 420,000.00 | 4.0000 | 1,680,000 | 1.000 | 0.950 | 0.950 | 4.2105 | 1,768,410 | 435 | 1 | MDL-DRAM |
| APE4 | ATU | PELLET4 | DENEB | DENEB | KP | 8,250,000.00 | 1.0000 | 8,250,000 | 1.000 | 0.950 | 0.950 | 1.0526 | 8,683,950 | J3Z | 1 | MARVELL |
| MTIP | ATT | ASSLY TIP | SDFBE04GEA01T-MTIP | SDFBE04GEA01T-MTIP | KP | 8,174,420.00 | 1.0000 | 8,174,420 | 1.000 | 0.950 | 0.950 | 1.0526 | 8,604,394 | V3C | 2 | TIP |

| コード | コストセンター 名称 | 区分 | 工程 回数 | 理論(KP) | 標準(KP) | 直接労務費 | 間接材料費 | 加工費レート 動力費 | 減価償却費 | その他経費 | 直接労務費 | 間接材料費 | 加工費(KP) 動力費 | 減価償却費 | その他経費 | 計 | 依頼課 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | キョウツウ1 | 個数 | 1 | 1.0000 | 1.0526 | | | | | | | | | | | | P4AD31 |
| 003 | キョウツウ3 | 個数 | 1 | 1.0000 | 1.0526 | | | | | | | | | | | | P4AD31 |

| | 2 | 0.0000 | 0.0000 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

前年度閲覧(上期) 申請版

1／1ページ

Confidential - Outside Attorneys' Eyes Only

VIASAT_KIOXIA-0000010094

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX158**