2023/08/24 13:15:08

# 製品 原価見積書(2020年度/上期)

| | MDOD計算日時 | 原価見積計算日時 | 「秘」 |
|---|---|---|---|
| | 2020-03-06-17:14 | 2020-02-27-11:42 | |

単位(円)

| BU | SSBU | グループコード | 製品コード | 製品記号 | 部課 | 室 | 単位 | 査定TOV | 申請TOV | プール差 | 適用年月 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X13 | X131 | | ESSD16B1312930 | ESSD16B1312930 | P4AD31 | CE | KP | 54,500,000 | 54,500,000 | 0 | 2020/04/01 |

| 技術課コード | 外囲器コード | ピン数 | Wire数 | Wire長(mm) | タイプコード タイプ1 | 名称 | タイプ2 | 名称 | 製品歩留 TEST | トータル |
|---|---|---|---|---|---|---|---|---|---|---|
| 20AK12C | | 0 | 0 | 0.000 | | | | | 1.000 | 0.971 |

| 拡散 | ペレット歩留 D/S | トータル | ウェハ径 | チップサイズ 縦 | 横 | 面積 | 素子数 | グロスウェハ | グロスペレット/LOT | NETペレット/LOT | TD/SU名称 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0 | 0 | |

| | 理論材料費 | ペレット | その他社製 | 標準材料費 外注加工 | その他購入 | 計 | 直接労務費 | 間接材料費 | 動力費 | 減価償却費 | その他経費 | 配分前原価 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 評価 | 43,476,000 | 31,143,168 | 0 | 5,753,021 | 7,878,675 | 44,774,864 | 0 | 0 | 0 | 0 | 0 | 44,774,864 |
| 合計 | 43,476,000 | 31,143,168 | 0 | 5,753,021 | 7,878,675 | 44,774,864 | 0 | 0 | 0 | 0 | 0 | 44,774,864 |

| | 検査費 | 管理部門費 | 配分原価 事業部門費 | 間接労務費 | 計 | 固定費計 | 製造原価 | 申請TOV | 一般管理費 | 営業外損益 | 総勘定 | マージン | 申請SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 組立 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 評価 | 0 | 178,344 | 9,469,884 | 86,871 | 9,735,099 | 9,735,099 | 54,509,963 | | | | | | |
| 合計 | 0 | 178,344 | 9,469,884 | 86,871 | 9,735,099 | 9,735,099 | 54,509,963 | | | | | | |
| | ( 0.00 ) | ( 3.10 ) | ( 21.15 ) | ( 1.51 ) | | | | | | | | | |

| CC | 工程コード | 構成材料名 | 材料コード | 材料記号 | 単位 | EMP | 理論(KP) 数量 | 金額 | パーツ | 材料歩留 工程 | トータル | 標準(KP) 数量 | 金額 | 資材分類 | 入手区分 | 供給元 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | BICS3_256_D3_2_EABL_8_CX | BICS3_256_D3_2_EABL_8_CX | KP | 1,680,000.00 | 18.0000 | 30,240,000 | 1.000 | 0.971 | 0.971 | 18.5376 | 31,143,168 | 436 | 5 | E-NAND |
| APE3 | ATU | PELLET3 | 8GBDDR4_CX | 8GBDDR4_CX | KP | 380,000.00 | 4.0000 | 1,520,000 | 1.000 | 0.971 | 0.971 | 4.1195 | 1,565,410 | 435 | 1 | MDL-DRAM |
| APE4 | ATU | PELLET4 | 4GBDDR4_CX | 4GBDDR4_CX | KP | 220,000.00 | 4.0000 | 880,000 | 1.000 | 0.971 | 0.971 | 4.1195 | 906,290 | 435 | 1 | MDL-DRAM |
| APE5 | ATU | PELLET5 | DENEB_3.0 | DENEB_3.0 | KP | 5,250,000.00 | 1.0000 | 5,250,000 | 1.000 | 0.971 | 0.971 | 1.0299 | 5,406,975 | J3Z | 1 | MARVELL |
| MTIP | ATT | ASSLY TIP | ESSD16B1312930-MTIP | ESSD16B1312930-MTIP | KP | 5,586,000.00 | 1.0000 | 5,586,000 | 1.000 | 0.971 | 0.971 | 1.0299 | 5,753,021 | V3C | 2 | TIP |

| コード | コストセンター 名称 | 区分 | 工程回数 | 理論(KP) | 標準(KP) | 直接労務費 | 間接材料費 | 加工費レート 動力費 | 減価償却費 | その他経費 | 直接労務費 | 間接材料費 | 加工費(KP) 動力費 | 減価償却費 | その他経費 | 計 | 依頼課 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | キョウツウ1 | 個数 | 1 | 1.0000 | 1.0299 | | | | | | | | | | | | P4AD31 |
| 003 | キョウツウ3 | 個数 | 1 | 1.0000 | 1.0299 | | | | | | | | | | | | P4AD31 |

| | 2 | 0.0000 | 0.0000 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

前年度閲覧(上期) 申請版

1/1ページ

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX162**

Confidential - Outside Attorneys' Eyes Only

VIASAT_KIOXIA-0000010098