

**TOSHIBA**
**Leading Innovation >>>**

# Toshiba 3rd Generation Enterprise Solid State Drive
# Phoenix-M3 Design Review

**July 28, 2015**



**Toshiba Corporation**
Semiconductor & Storage Products Company
Storage Products Division

© 2015 Toshiba Corporation

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX354**

VIASAT_KIOXIA-0000006589

# Agenda

0. Functional Organization

1. Program Overview

2. Hardware Overview

3. SSD Performance

4. NAND Highlights

5. Firmware Overview

6. Reliability & Quality Processes / Methodology

7. Manufacturing Overview

8. Gap Analysis

9. Qualification Plans

10. Discussion and Wrap-up

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006590

# Functional Organization of Storage Products Division



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Plaintiff's Exhibit PX354, page 3 of 132

VIASAT_KIOXIA-0000006591

# Phoenix-M3 Engineering Organization



**A. Kimura**
Senior Manager
**SSD**

**K. Ueki**
Chief Specialist
**Architecture**

**S. Arakawa**
Group Manager
**Drive Integration**

**Y. Aoyama**
Group Manager
**SoC**

**T. Kume**
Group Manager
**Firmware**

**Y. Motegi**
Chief Specialist
**Project Leader**

**H. Suto**
Chief Specialist
**Electrical**

**M. Niijima**
Chief Specialist
**NAND Management**

**Y. Matsuda**
Specialist
**Mechanical**

**H. Moro**
Chief Specialist
**SoC**

**K. Iwai**
Chief Specialist
**Firmware**

DR meeting with IBM today

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    4

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006592

# Customer Support Teams

## Qualification Support

**K. Nakajima**

Section Director

**eSSD Product Planning & Technical Support**

**M. Kawasaki**

Associate Section Director

**eSSD Technical Support Leader**

**M. Iwatsubo**

Associate Senior Director

**Technical Support**

**Y. Tanaka**

Associate Section Director

**eSSD Technical Support (US GA)**

**T. Amatsubo**

Associate Section Director

**eSSD Technical Support (US GA)**

DR meeting with IBM today

## Post Qualification / Sustaining Support



**T. Shimizu**

Group Manager

**Customer Quality Engineering**

**T. Amemiya**

Chief Specialist

**Customer Quality Engineering**

 **TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation          5

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006593

# 1. Program Overview

## 1.1 SSD Overview including supported configurations

## 1.2 Schedule and Status

- Development work remaining
- Tests completed / in process / still to run --- summary of results
- Firmware maturity including IBM firmware support
- TCG encryption status
- Manufacturing readiness
- Key project risks

## 1.3 Technology Summary

## 1.4 Architecture Roadmap

- including key changes from previous SAS SSD


**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    6

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006594

# 1.1 SSD Overview including supported configurations

- ## 3rd Generation Phoenix eSSD

  *SAS SSD for Mid to High-end Server and Storage Systems*

  - Common Architecture for Various Enterprise Applications
    - One Hardware support from High Endurance to Read Intensive

- ## High Performance SAS SSD

  - ✓ 12Gbps dual port
  - ✓ A19nm eMLC NAND Flash
  - ✓ SFF-8639 connector
  - ✓ Improved Read/Write BW and random IOPS
  - ✓ Higher Write performance with power option
  - ✓ Power Disable function on pin-3





## Phoenix-M3

Configurable SSD
  Performance/Capacity and other features

- High Endurance  x25 DWPD

- Mid Endurance x10 DWPD

- Value Endurance X3 DWPD

*(Configurable O/P)*

- Read Intensive X1 DWPD



**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    7

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006595

# 1.1 SSD Overview including supported configurations

| Phoenix-M3s Specification Outline | | |
|---|---|---|
| Features | Sector Format | 512, 520, 528, 4096, 4104, 4160, 4168, 4224 |
| | T10 DIF(PI) | Yes: 512/520+Type-0/1/2, 528+Type-0, 4096/4160+Type-0/1/2, 4224+Type-0 |
| | E2E Data Protection | Yes |
| | Power Loss Protection | Yes |
| | SED | TCG-Enterprise SSC / AES-256 XTS |
| | Sanitization | Yes: Block Erase, Cryptographic Erase |
| | Unmap | Yes: 4KB granularity, return 00h to trimmed sectors |
| | Write Back Cache | Yes |
| | Queue Depth support | 128 per drive |
| | Read Ahead Cache | Yes |
| | Initiators support | 32 initiators per port |
| | SAS Connector @Drive | SFF-8639 |
| | Power Disable (Pin-3) | Yes: Automatic configuration @Power-up sequence |

No change from P-M2

New

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation

VIASAT_KIOXIA-0000006596

Plaintiff's Exhibit PX354, page 8 of 132

# 1.1 SSD Overview including supported configurations

**Phoenix-M3 NAND 18ch**

| User Capacity [GB] | | |
|---|---|---|
| 10 DWPD | 3 DWPD | 1 DWPD |
| 400 | 480 | 500 |
| 800 | 960 | 1,000 |
| 1,600 | 1,920 | 2,000 |
| 3,200 | 3,840 | 4,000 |

**Phoenix-M3 NAND 16ch**

| User Capacity [GB] | | |
|---|---|---|
| 25 DWPD | 3 DWPD | 1 DWPD |
| 200 | 400 | 480 |
| 400 | 800 | 960 |
| 800 | 1,600 | 1,920 |
| 1,600 | 3,200 | 3,840 |

| RFQ request (Mar., 2015) | Phoenix-M3 |
|---|---|
| 10 DWPD 400GB | 10 DWPD 400GB matched |
| 10 DWPD 800GB | 10 DWPD 800GB matched |
| 10 DWPD 1,600GB | 10 DWPD 1,600GB matched |
| 10 DWPD 3,200GB | 10 DWPD 3,200GB matched |
| 3 DWPD 250GB | N/A |
| 3 DWPD 400GB | 3 DWPD 480GB recommended |
| 3 DWPD 800GB | 3 DWPD 960GB recommended |
| 3 DWPD 1,600GB | 3 DWPD 1,920GB recommended |
| 3 DWPD 3,200GB | 3 DWPD 3,840GB recommended |
| 1 DWPD 250GB | N/A |
| 1 DWPD 400GB | 1 DWPD 480GB recommended |
| 1 DWPD 800GB | 1 DWPD 960GB recommended |
| 1 DWPD 1600GB | 1 DWPD 1,920GB recommended |
| 1 DWPD 3,200GB | 1 DWPD 3,840GB recommended |
| <1-3 DWPD 4,000GB | 1 DWPD 3,840GB recommended |
| <1-3 DWPD 8,000GB | N/A |

**IBM Storwize (non-SED)**

**IBM Power (non-SED)**

**IBM Netezza (SED) DWPD: 3 or 10 Capacity: TBD**


TOSHIBA
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006597

# 1.2 Schedule and Status



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>> **Storage Products Division**    **Confidential**    Copyright 2015, Toshiba Corporation.    10

VIASAT_KIOXIA-0000006598

# 1.2 Schedule and Status

- **Development work remaining:**
  - None
- **Tests completed / in process / still to run --- summary of results**
  - EVT, RDT: Done
  - DVT: July/E
  - Endurance RDT: August/E
- **Firmware maturity including IBM firmware support**
  - Generic non-SED FW: Under regression test
  - IBM Storwize & Power: In progress
- **TCG encryption status**
  - Generic SED FW: Under regression test
  - IBM Netezza: Not started yet (waiting for Spec Extension)
- **Manufacturing readiness: Ready to ship**
  - Improving manufacturing capacity
- **Key project risks:**
  - No concerns

**TOSHIBA**
Leading Innovation >>>    **Storage Products Division**            **Confidential**            Copyright 2015, Toshiba Corporation.    **11**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY            VIASAT_KIOXIA-0000006599

# 1.3 Technology Summary



## ● Phoenix-M3

- Toshiba 3rd gen SAS eSSD     : 2nd gen SSD of 12Gb/s SAS
- Even higher capacity           : Up to 4TB
- User configurable              : Performance, power consumption, endurance, usable capacity
- Best in class performance      : More than 2x over previous generation

**Higher Power**
**Higher Performance**

**Lower Capacity**
**Higher Endurance**

**Single SKU**

**Higher Capacity**
**Lower Endurance**

**Standard Power Consumption**
**Standard Performance**



**Leading Innovation >>>**

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation     12

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006600

Plaintiff's Exhibit PX354, page 12 of 132

# Tuning Over-Provisioning by Setting MAX LBA



- **User can chose MAX LBA, then Over-Provisioning % is calculated automatically.**

adjustable

High endurance

Read Intensive

Max LBA

**There are some limitations in lower OP %**

user capacity.

OP

physical capacity

**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation      13

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Changing Max LBA

- **Format operation is not required as long as sector size is not changed.**
- **If sector size is changed, then Format operation is required.**
- **When the max LBA is changed to smaller size,**
  - unused LBA area is unmapped internally and used for OP.
  - user data remains bellow max LBA.
  - OP and life indicator are automatically calculated and reflected into the log page.



**TOSHIBA** Leading Innovation >>>   **Storage Products Division**      **Confidential**                © 2015 Toshiba Corporation    14

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006602

# 1.4 Architecture Roadmap - Enterprise SAS SSD Product Roadmap



| | - CY2014 | CY2015 | CY2016 | CY2017 |
|---|---|---|---|---|
| **High Endurance** | **Phoenix-M2+** – 2.5-inch, 7mmZ, *15mmZ<br>800*/400/200/100GB, 30 DWPD, 12Gb/s SAS<br>CS : Available | **Phoenix-M3 HE** – 2.5-inch, 15mmZ<br>1.6T/800/400/200GB, 25 DWPD, 12Gb/s SAS<br>CS Base: May '15, SIE, SED: Jun/E '15 (FIPS optional) | **Phoenix-M4 HE** – 2.5-inch, 15mmZ<br>1.6T/800/400/200GB, 25 DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 1CQ'16(TBD) (FIPS optional) | **Phoenix-M5 HE** – 2.5-inch, 15mmZ<br>3.2T/1.6T/800/400GB, 25 DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 3CQ'16(TBD) (FIPS optional) |
| **Mid Endurance** | **Phoenix-M2** – 2.5-inch, 7/15mmZ<br>1.6T/800/400/200GB, 10DWPD 12Gb/s SAS<br>CS: Available (SED optional) | **Phoenix-M3 ME** – 2.5-inch, 15mmZ<br>3.2T/1.6T/800/400GB, 10 DWPD, 12Gb/s SAS<br>CS Base: May '15, SIE, SED: Jun/E '15 (FIPS optional) | **Phoenix-M4 ME** – 2.5-inch, 15mmZ<br>3.2T/1.6T/800/400GB, 10 DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 1CQ'16(TBD) (FIPS optional) | **Phoenix-M5 ME** – 2.5-inch, 15mmZ<br>6.4T/3.2T/1.6T/800GB, 10DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 3CQ'16(TBD) (FIPS optional) |
| **Value Endurance** | **Phoenix-M2V** – 2.5-inch, 7mmZ, *15mmZ<br>1.6T*/800/400GB, 3 DWPD, 12Gb/s SAS<br>CS : Available | **Phoenix-M3 VE** – 2.5-inch, 15mmZ<br>3.2T/1.6T/800/400GB, 3 DWPD, 12Gb/s SAS<br>3.84T/1.92T/960/480GB, 3 DWPD, 12Gb/s SAS<br>CS Base: May '15, SIE, SED: Jun/E '15 (FIPS optional) | **Phoenix-M4 VE** – 2.5-inch, 15mmZ<br>3.2T/1.6T/800/400GB, 3 DWPD 12Gb/s SAS<br>3.84T/1.92T/960/480GB, 3 DWPD 12Gb/s SAS<br>Base, SIE, SED CS: 1CQ '16 (FIPS optional) | **Phoenix-M5 VE** – 2.5-inch, 15mmZ<br>6.4T/3.2T/1.6T/800GB, 3 DWPD, 12Gb/s SAS<br>7.68T/3.84T/1.92T/960GB, 3 DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 3CQ'16(TBD) (FIPS optional) |
| **Read Intensive** | **Phoenix-M2R** – 2.-inch, 7mmZ, *15mmZ<br>1.6T*/800/400/200GB, 1 DWPD, 12Gb/s SAS<br>CS : Available<br>□ Main products<br>┈ Sub options | **Phoenix-M3 RI** – 2.5-inch, 15mmZ<br>4T/2T/1T/500GB, 1 DWPD, 12Gb/s SAS<br>3.84T/1.92T/960/480GB, 1 DWPD, 12Gb/s SAS<br>CS Base: May '15, SIE, SED: Jun/E '15 (FIPS optional) | **Phoenix-M4 RI** – 2.5-inch, 15mmZ<br>4T/2T/1T/500GB, 1 DWPD 12Gb/s SAS<br>3.84T/1.92T/960/480GB, 1 DWPD 12Gb/s SAS<br>Base, SIE, SED CS: 1CQ '16 (FIPS optional) | **Phoenix-M5 RI** – 2.5-inch, 15mmZ<br>8T/4T/2T/1TB, 1 DWPD, 12Gb/s SAS<br>7.68T/3.84T/1.92T/960GB, 1 DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 3CQ'16(TBD) (FIPS optional) |

**TOSHIBA** Leading Innovation >>>

**Storage Products Division**     **Confidential**

© 2015 Toshiba Corporation     15

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     VIASAT_KIOXIA-0000006603

# 1.4 Architecture Roadmap – Enterprise SSD Strategy – 2015 to 2018





**Storage Products Division** · **Confidential** · © 2015 Toshiba Corporation · 16

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006604

# 2. Hardware Overview

## 2.1 Block Diagrams

## 2.2 ASIC Architecture

## 2.3 PLI Circuit and hold-up capacitor details

## 2.4 Power Loss Management

## 2.5 PCBA Overview

## 2.6 Power and Current

## 2.7 Thermal Overview

## 2.8 Data Flow and Data Path Protection

**TOSHIBA**
Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    17

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006605

# 2.1 Block Diagrams

**Provide comparison from PhoenixM2 on**

- **NAND Technology: Next page**
- **Controller: Next page**
- **PCB: Changed**
- **Interface Firmware: Improved**
- **NAND Management Firmware: Improved**
- **NAND Channels: Next page**
- **DRAM ECC, etc.: Same**

**Highlight areas of commonality, significant changes, or brand new technology**

**TOSHIBA**
Leading Innovation >>>     **Storage Products Division**     **Confidential**     © 2015 Toshiba Corporation     18

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006606

# 2.1 Block Diagrams / 2.2 ASIC Architecture



Plaintiff's Exhibit PX354, page 19 of 132

# NAND Technology, Controller, NAND Channels

| | Phoenix-M2 series | Phoenix-M3 series |
|---|---|---|
| Name of controller supplier | Marvell | Marvell |
| Controller name (ASIC) | 88SS9036 | 88SS1032 |
| Number of NAND channels | 16 | 18, 16 |
| Total number of die supported | 16-stack x 2 x 16ch | 16-stack x 2 x 18ch (16ch) |
| Supported NAND technology | 24nm eMLC<br>19nm eMLC | A19nm eMLC |

**TOSHIBA** Leading Innovation >>>   **Storage Products Division**   **Confidential**   © 2015 Toshiba Corporation   20

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY   VIASAT_KIOXIA-0000006608

# PCBA: Key Components List



| | P-M2 | P-M2R | P-M3 series |
|---|---|---|---|
| SoC | 88SS9036 | | 88SS1032 |
| NAND | • Toshiba 24nm eMLC<br>• 2st, 4st, 8st | • Toshiba 19nm eMLC<br>• 2st, 4st, 8st | • Toshiba A19nm eMLC<br>• 4st, 8st, 16st |
| DDR | • DDR3 (1.5V)<br>• Micron, Hynix<br>• 2Gb, 4Gb x8bit | | • DDR3 (1.5V)<br>• Micron, Hynix, Winbond<br>• 2Gb, 4Gb, 8Gb x8bit |
| SAS Connector | Tyco SFF-8680 | | Amphenol SFF-8639 |
| PLP Capacitor | SANYO (POSCAP) | | Nippon Chemi-Con, Nichicon (Electrolytic) |
| B2B Connector | JAE for 1.6TB<br>(No B2B connector for 200GB/400GB/800GB) | | FCI for 1.6TB/3.2TB<br>(No B2B connector for 400GB/800GB) |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    21

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006609

# 2.3 PLI Circuit and hold-up capacitor details

- **Manufacturer**
- **Model**
- **Quantity**
- **Failure mode**
- **MTBF vs. Temperature**

## 2.4 Power Loss Management

- **PLI Circuit**
- **hold time required**
- **how much margin exists (and over lifecycle of SSD)**
- **capacitor type / quantity**
- **reliability details vs temperature**

**TOSHIBA**
Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    22

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006610

# PLP Capacitor Parameters



| | Phoenix-M2 | Phoenix-M3 |
|---|---|---|
| Type | POSCAP | Electrolytic |
| # of Cap | 34 for low capacity<br>44 for 1.6TB | 6 |
| Unit Cap[uF] | 100 | 220 |
| Charge voltage[V] | 14.4 | 29.0 |
| Supplier | SANYO | Supplier 1: Nippon Chemi-con<br>　Series : KYA series<br>　Cap/Volt :  220uF / 35V<br>　Part Number: EKYA350ELL221MHB5D<br>Supplier 2: Nichicon<br>　Series : HV series<br>　Cap/Volt :  220uF / 35V<br>　Part Number: UHV1V221MPD |



 **Leading Innovation >>>**　**Storage Products Division**　**Confidential**　© 2015 Toshiba Corporation　23

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006611

Plaintiff's Exhibit PX354, page 23 of 132

# Power Loss Protection Implementation



- **PLP Comparison between P-M2 and P-M3**

The diagram shows power inputs +5V and +12V routing through switches to an Internal DC-DC Conv. (3.3V, 2.5V, 1.8V, 0.9V, 1.35V), with a Boost Conv., Capacitor, Down Conv., and Voltage Monitor (+12V & +5V).

**&lt;Capacitor&gt;**
Phoenix-M2 : Pos Cap
Phoenix-M3 : **Electrolytic Cap**

**&lt;Down Converter&gt;**
Phoenix-M2 : NA
Phoenix-M3 : **Added**

**&lt;Charging Voltage&gt;**
Phoenix-M2 : 14.4V
Phoenix-M3 : **29.0V**

## 12V and 5V voltage monitors detect any power loss events (normal power off, hot unplug, unexpected power loss).



**Storage Products Division**          **Confidential**                    © 2015 Toshiba Corporation          24

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                        VIASAT_KIOXIA-0000006612

# Power Loss Protection Implementation



- **Normal State (Charge Up)**



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA
Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    25

VIASAT_KIOXIA-0000006613

# Power Loss Protection Implementation



- **Backup**



Start the shutdown process that the cached user data in SRAM and FTL data in DRAM are flushed into NANDs.

④(Start PLP)

If one of voltage monitor detects a power loss, a signal is reported to CPU to switch drive power source from host power to backup power (electricity charged in Electrolytic)

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    26

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     VIASAT_KIOXIA-0000006614

# PLP Capacitor Reliability - worst case study

- 220uF x 6 Electrolytic = **1320uF (Typ)**
- Following degradation factors should be considered:
    - Initial capacitance variation: -20%
    - Capacitance degradation after 5 years: -25%
    - Other Margin (ESR Change, Charge voltage variation, etc): -15%
    - Temperature at life end start up@ 0 degC: -10%
- Capacitance will be estimated as follows:
    - Initial capacitance variation: 1320uF x 0.8 = 1056uF
    - Capacitance degradation after 5 years: 1056uF x 0.75 = 792uF
    - Other Margin (ESR Change, Charge voltage variation, etc): 792uF x 0.85 = 673uF
    - Temperature at life end start up@ 0 degC: 673uF x 0.9 = **605.8uF**
- Therefore the drive's data integrity should be passed with the capacitor's condition above.

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    27

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006615

# PLP Capacitor Reliability: Measurement results

- Data integrity test: all data should be recovered under the unexpected power loss condition even if during write / read operation (# of On/Off test = more than 100 cycles, TH/TL/TN).

- Following results show our drive's minimum capacitance can be 330uF << 605uF (enough margin)



**PLP sequence at fresh (1320uF)**    **PLP sequence at life end (330uF)**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006616

# PLP Capacitor Reliability: Capacitance degradation test

- **Capacitance degradation test (Long-term reliability test)**
- **Power cycle test at high temperature condition:**
  - **Voltage = 35V (absolute maximum rating)**
  - **Temperature = 105 degC (absolute maximum rating)**
  - **105 degC 4000h → 70 degC 5 years (by Arrhenius equation, 11 times)**
- **Criteria: Degradation should be less than 25% → 70 degC 10 years!**



**TOSHIBA** Leading Innovation »

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006617

Plaintiff's Exhibit PX354, page 29 of 132

# PLP Capacitor Reliability: Temperature Characteristics

- ## Temperature Characteristics

  - If final power up and temperature is 0 degC, the capacitance will be reduced to up to 10% from fresh, this is vendors' spec.

  - Our test result shows that capacitance at 0 degC is about 10% lower than that at 70 degC.





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    30

VIASAT_KIOXIA-0000006618

# PLP Capacitor Reliability



## ● High Temperature/Humidity Test

| | P-M3 Specification | Capacitor Test Condition |
|---|---|---|
| Environment Temperature | 0℃~55℃ (Ope) | 70℃ |
| Relative Humidity | 5~95%RH (Both Ope & Non-Ope) | 95%RH |
| Test Duration | - | 1000H (Over) |
| Device Condition | (Both Ope & Non-Ope) | (1) Ope (Voltage 29V) (2)Non-Ope (0V) |

- Tests lasted for 1000h
- Enough margin can be confirmed.

**Nippon Chemi-Con**



High Temperature/Humidity Test

Criteria guaranteed by capacitor maker (-25%)

**Nichicon**

High Temperature/Humidity Test

Criteria guaranteed by capacitor maker (-25%)



**TOSHIBA** Leading Innovation >>> **Storage Products Division** **Confidential** © 2015 Toshiba Corporation   31

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006619

Plaintiff's Exhibit PX354, page 31 of 132

# Failure modes and Check actions on PLP

| Failure mode | Phoenix-M2 | | Phoenix-M3 | |
|---|---|---|---|---|
| | When Power ON | At static state | When Power ON | At static state |
| GND short | [Cap voltage not increase]<br>⇒Go into Write Protect mode<br>(Report 07/27B8 when write access) | [Low Cap voltage detected]<br>⇒Go into Write Protect mode<br>(Report 07/27B8 when write access) | (The same behavior as P-M2) | (The same behavior as P-M2) |
| Open mode<br><br>or<br><br>Low capacitance | Capacitance check<br><br>[Less than 1842uF]<br>⇒Go into Write Protect mode<br>(Report 07/27B8 when write access) | Capacitance check once a day<br>Typ: 3400uF (for 800GB and less capacity models)<br><br>[Less than 1645uF]<br>⇒Record to log<br><br>[Less than 1567uF]<br>⇒Go into Write Protect mode<br>(Report 07/27B8 when write access) | Capacitance and charge completion time check<br><br>[Less than or more than spec]<br>⇒Go into Write Protect mode<br>(Report 07/27B8 when write access) | Capacitance check once a day<br>Typ: 1320uF (for all capacity models)<br>[Less than 440uF]<br>⇒Change frequency of capacitance check from once a day to once an hour<br>[Less than 400uF]<br>⇒Go into Write Protect mode<br>(Report 07/27B8 when write access) |

Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006620

Plaintiff's Exhibit PX354, page 32 of 132

# 2.5 PCBA Overview



## ● Mother board




CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    33

VIASAT_KIOXIA-0000006621

# 2.5 PCBA Overview

● **Daughter Board**





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006622

Plaintiff's Exhibit PX354, page 34 of 132

# 2.5 PCBA Overview

## ● 1 PCBA Version (No B2B Connector)





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

 

VIASAT_KIOXIA-0000006623

Plaintiff's Exhibit PX354, page 35 of 132

# 3D External Image



Drive label rotated 90-degree from P-M2 - Already approved

**COVER side**

**BASE side**



Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Storage Products Division

Confidential

© 2015 Toshiba Corporation    36

VIASAT_KIOXIA-0000006624

# 3D Internal Image



- **1600GB～4000GB**

**Heat Sink**
（Aluminum die-cast）

**Cover**
（Aluminum plate）

**Daughter PCB**

**Center Casing**
（Aluminum die-cast）

**Mother PCB**

**Base Plate**
（Aluminum plate）



**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    37

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006625

Plaintiff's Exhibit PX354, page 37 of 132

# 3D Internal Image



- ● 400GB～960GB



**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    38

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006626

# SFF-8639 Connector



- **SFF-8639 connector is used though P-M3 series does not support 12Gbps Multilink.**

- **Downward compatibility with legacy SFF-8680 backplane, for both mechanical and electrical.**



No need to reserve E6

Reserved (Vendor) E6    E1    S7    S1

Power Disable P3    P1

P15



**Signal Connection (Drive Side)**


**TOSHIBA**
Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    39

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006627

# 2.6 Power and Current, and compliance with IBM Purchase Spec



## ● Performance mode

| Load Current | | 400GB | | 800GB | | 1600GB | | 3200GB | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mode | Condition | 5V | 12V | 5V | 12V | 5V | 12V | 5V | 12V | |
| | Spec [mA] | 950 | 600 | 950 | 600 | 950 | 600 | 950 | 600 | |
| Seq W | 64k Q=32 | 700 | 390 | 700 | 390 | 710 | 430 | 720 | 510 | [mArms] |
| Seq R | 64k Q=32 | 280 | 430 | 320 | 450 | 320 | 520 | 310 | 630 | [mArms] |

| Power | | 400GB | 800GB | 1600GB | 3200GB | |
|---|---|---|---|---|---|---|
| Mode | Condition | | | | | |
| Seq W | 64k Q=32 | 8.2 | 8.2 | 8.7 | 9.8 | [Wrms] |
| Seq R | 64k Q=32 | 6.6 | 7.0 | 7.9 | 9.2 | [Wrms] |

## ● Normal mode

| Load Current | | 400GB | | 800GB | | 1600GB | | 3200GB | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mode | Condition | 5V | 12V | 5V | 12V | 5V | 12V | 5V | 12V | |
| | Spec [mA] | 950 | 600 | 950 | 600 | 950 | 600 | 950 | 600 | |
| Seq W | 64k Q=32 | 550 | 370 | 550 | 370 | 560 | 410 | 500 | 480 | [mArms] |
| Seq R | 64k Q=32 | 270 | 430 | 310 | 450 | 310 | 520 | 300 | 600 | [mArms] |

| Power | | 400GB | 800GB | 1600GB | 3200GB | |
|---|---|---|---|---|---|---|
| Mode | Condition | | | | | |
| Seq W | 64k Q=32 | 7.2 | 7.2 | 7.6 | 8.3 | [Wrms] |
| Seq R | 64k Q=32 | 6.5 | 6.9 | 7.8 | 8.7 | [Wrms] |

## IBM's requirement

| | 7.2K/10/15K 2.5" SFF HDD/SSD | | |
|---|---|---|---|
| | 5 V (A) [8,9] mean to mean+3σ | 12V Mean (A) mean to mean+3σ | Max Avg Power (W) |
| Idle Avg | 0.7 − 1.0 | 0.3 − 0.6 | 6.5 |
| Seek Peak[5] | 1.5 − 2.5 | 1.5 − 2.25 | n/a |
| Start Up[3,4] (max) | 1.0 − 1.3 | 1.5 − 2.1 (DC) 2.1 − 2.7 (AC) | n/a |
| Random R/W Average[7] | 0.95 − 1.2 | 0.6 − 0.9 | 9[7] |
| Sequential R/W[7] | 0.95 − 1.2 | 0.6 − 0.9 | 9[7] |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation ⟫⟫    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    40

VIASAT_KIOXIA-0000006628

# 2.6 Power and Current, and compliance with IBM Purchase Spec



## ● Idle

| Load Current | | 400GB | | 800GB | | 1600GB | | 3200GB | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 5V | 12V | 5V | 12V | 5V | 12V | 5V | 12V | |
| Mode | Spec [mA] | 700 | 300 | 700 | 300 | 700 | 300 | 700 | 300 | |
| Idle | | 36.7 | 230.5 | 36.8 | 231.6 | 37.7 | 237.0 | 37.3 | 254.2 | [mArms] |

| Power Mode | Condition | 400GB | 800GB | 1600GB | 3200GB | |
|---|---|---|---|---|---|---|
| Idle | | 2.70 | 2.73 | 2.76 | 2.97 | [Wrms] |

## IBM's requirement

| | 7.2K/10/15K 2.5" SFF HDD/SSD | | |
|---|---|---|---|
| | 5 V (A) [8,9] mean to mean+3σ | 12V Mean (A) mean to mean+3σ | Max Avg Power (W) |
| Idle Avg | 0.7 – 1.0 | 0.3 – 0.6 | 6.5 |
| Seek Peak[5] | 1.5 – 2.5 | 1.5 – 2.25 | n/a |
| Start Up[3,4] (max) | 1.0 – 1.3 | 1.5 – 2.1 (DC) 2.1 – 2.7 (AC) | n/a |
| Random R/W Average[7] | 0.95 – 1.2 | 0.6 – 0.9 | 9[7] |
| Sequential R/W[7] | 0.95 – 1.2 | 0.6 – 0.9 | 9[7] |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    41

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006629

# 2.6 Power and Current, and compliance with IBM Purchase Spec



## ● Performance mode (Operating peak)

| Load Current | | 400GB | | 800GB | | 1600GB | | 3200GB | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mode | Condition | 5V | 12V | 5V | 12V | 5V | 12V | 5V | 12V | |
| | Spec [mA] | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | |
| Seq W | 64k  Q=32 | 1260 | 601 | 1300 | 659 | 1360 | 729 | 1310 | 832 | [mArms] |
| Seq R | 64k  Q=32 | 547 | 695 | 547 | 759 | 554 | 935 | 598 | 1113 | [mArms] |

## ● Normal mode (Operating peak)

| Load Current | | 400GB | | 800GB | | 1600GB | | 3200GB | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mode | Condition | 5V | 12V | 5V | 12V | 5V | 12V | 5V | 12V | |
| | Spec [mA] | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | |
| Seq W | 64k  Q=32 | 1090 | 512 | 1100 | 550 | 1170 | 582 | 1100 | 665 | [mArms] |
| Seq R | 64k  Q=32 | 502 | 679 | 508 | 743 | 483 | 775 | 541 | 1143 | [mArms] |

## IBM's requirement

| | 7.2K/10/15K  2.5" SFF HDD/SSD | | |
|---|---|---|---|
| | 5 V  (A) [8,9] mean to mean+3σ | 12V Mean (A) mean to mean+3σ | Max Avg Power (W) |
| Idle Avg | 0.7 – 1.0 | 0.3 – 0.6 | 6.5 |
| Seek Peak[5] | 1.5 – 2.5 | **1.5 – 2.25** | n/a |
| Start Up[3,4] (max) | 1.0 – 1.3 | 1.5 – 2.1 (DC) 2.1 – 2.7 (AC) | n/a |
| Random R/W Average[7] | 0.95 – 1.2 | 0.6 – 0.9 | 9[7] |
| Sequential R/W[7] | 0.95 – 1.2 | 0.6 – 0.9 | 9[7] |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    42

VIASAT_KIOXIA-0000006630

# Power Consumption Mode

- ## The more power to the drive, the more write performance
  - User can select Performance Mode to get higher Random and Sequential Write performance.
  - Complied with T10
    - The setting can be changed through Power Consumption mode page.
    - Power Consumption VPD page (8Dh) shows available settings.



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    43

VIASAT_KIOXIA-0000006631

# Power-On to PHY-Ready

## [400GB]



## [3200GB]

| | 5V-Peak Current [mA] | 12V-Peak Current [mA] |
|---|---|---|
| 400GB | 624 | 594 |
| 3200GB | 880 | 594 |

## IBM's requirement

| | 7.2K/10/15K 2.5" SFF HDD/SSD | | |
|---|---|---|---|
| | 5 V (A) [8,9] mean to mean+3σ | 12V Mean (A) mean to mean+3σ | Max Avg Power (W) |
| Idle Avg | 0.7 – 1.0 | 0.3 – 0.6 | 6.5 |
| Seek Peak[5] | 1.5 – 2.5 | 1.5 – 2.25 | n/a |
| Start Up[3,4] (max) | 1.0 – 1.3 | 1.5 – 2.1 (DC) 2.1 – 2.7 (AC) | n/a |
| Random R/W Average[7] | 0.95 – 1.2 | 0.6 – 0.9 | 9[7] |
| Sequential R/W[7] | 0.95 – 1.2 | 0.6 – 0.9 | 9[7] |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006632

Plaintiff's Exhibit PX354, page 44 of 132

# Inrush Current : Hot-Plug

## 1600GB



## 800GB



| | 5V Inrush-Current [A] | 12V Inrush-Current [A] |
|---|---|---|
| 1600GB | 1.50 | 1.98 |
| 800GB | 1.41 | 1.95 |

## IBM's requirement

| | 7.2K/10/15K 2.5" SFF HDD/SSD | | |
|---|---|---|---|
| | 5 V (A) (8,9) mean to mean+3σ | 12V Mean (A) mean to mean+3σ | Max Avg Power (W) |
| Idle Avg | 0.7 – 1.0 | 0.3 – 0.6 | 6.5 |
| Seek Peak[5] | 1.5 – 2.5 | 1.5 – 2.25 | n/a |
| Start Up[3,4] (max) | 1.0 – 1.3 | 1.5 – 2.1 (DC) 2.1 – 2.7 (AC) | n/a |
| Random R/W Average[7] | 0.95 – 1.2 | 0.6 – 0.9 | 9[7] |
| Sequential R/W[7] | 0.95 – 1.2 | 0.6 – 0.9 | 9[7] |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006633

Plaintiff's Exhibit PX354, page 45 of 132

# Inrush Current: Equipment / Fixture

- ## We use 2.0 Ohms resistors as precharge power for this item

**Fixture**

Power Supply

5V
2.0 Ohms
3300uF
5V pin to Drive
5V precharge pin to Drive

data in the previous page ➡

12V
2.0 Ohms
3300uF
12V pin to Drive
12V precharge pin to Drive

| Resistors [Ohms] | 800GB | | 1600GB | |
| --- | --- | --- | --- | --- |
| | 5V [A] | 12V [A] | 5V [A] | 12V [A] |
| 1.0 | 1.98 | 2.40 | 2.11 | 2.50 |
| 2.0 | 1.41 | 1.98 | 1.50 | 1.98 |
| 3.0 | 1.09 | 1.63 | 1.12 | 1.66 |
| 4.0 | 0.83 | 1.28 | 0.86 | 1.34 |
| 5.0 | 0.72 | 1.28 | 0.77 | 1.34 |
| 10.0 | 0.42 | 0.83 | 0.42 | 0.86 |

- The resistor value should be more than 4 ohms to satisfy IBM's criteria.
- We would like to confirm the following values:
  - Resistor value for precharge power is more than 4 ohms?
  - Capacitor for the power line is around 3300uF?



**Storage Products Division**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Confidential**

© 2015 Toshiba Corporation    46

VIASAT_KIOXIA-0000006634

# 2.7 Thermal Overview

- **Include:**
  - Overview of drive operating temperature
  - key component temperature specs
  - thermal management
- **Enclosure diagram and thermal characteristics**
- **Max internal temperature measurements on PCBA components, specify conditions**
  - highlight any hotspots and temperature sensor offsets
- **Thermal Throttle implementation**



**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation     47

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006635

# Surface temperature measurement point

- Temperature condition at installed in a cabinet is indicated with ambient temperature measured 30 mm from the SSD. At designing the system cabinet, consider following points.

- Measure the surface temperature of DE with air circulation inside the cabinet, confirm the cooling effect.

- Keep the DE surface temperature at 60°C or below to meet the condition for assuring an MTBF of 2,000,000 hours.

    - An air flow of 3.0 m/s or more is required at ambient temperature 40 °C (Performance Mode).

    - An air flow of 2.0 m/s or more is required at ambient temperature 40 °C (Normal Mode).

| Measurement point | Maximum case temperature to meet MTBF 2M hours |
|---|---|
| DE surface | 60°C |





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Storage Products Division**    **Confidential**    © 2014 Toshiba Corporation    **48**

VIASAT_KIOXIA-0000006636

# Heat Radiation design



- ● **Heat of the SoC is designed to radiate and separate by Heat sink**



**400GB～960GB(Single PCB Type)**



**1600GB～4000GB(Dual PCB Type)**

**TOSHIBA** Leading Innovation >>>     **Storage Products Division**     **Confidential**     © 2015 Toshiba Corporation     49

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     VIASAT_KIOXIA-0000006637

# Heat Radiation design

## ● Drive temperature evaluation  @P-M3 3200GB (max. capacity)

### Measurement Setup



·Wind tunnel

Wind direction

> Drive：Phoenix-M3 3200GB
> Ambient Temperature(Ta): 25 [degC]
> Air flow speed：
>  • 0 / 1.0 / 2.0 / 3.0 [m/sec]
> Power Mode: Performance mode
> Power condition : sequential write

### Measurement Points



Case      Mother PCB      Daughter PCB

①BASE  ③HEATSINK  ②COVER  ④CoreDDC  ⑤DDRmB  ⑥NANDmBn  ⑦NANDmBf  ⑨DDRmA  ⑧SoC  ⑩NANDmA  ⑫NANDdB  ⑪Capacitor  ⑬NANDdA

**TOSHIBA** Leading Innovation >>>  **Storage Products Division**  **Confidential**  © 2015 Toshiba Corporation  50

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006638

# Key component temperature specs

- **Thermal criteria vs Measured Temperature results @ Performance mode, Ta:25[degC] Seq. Write**



| Air Flow Speed | | 0m/s | | 1.0m/s | | 2.0m/s | | 3.0m/s | |
|---|---|---|---|---|---|---|---|---|---|
| | Thermal criteria | mea. | Error (Margin) | mea. | Error (Margin) | mea. | Error (Margin) | mea. | Error (Margin) |
| (1)BASE | (60) | **71.9** | **-11.9** | 50.5 | 9.5 | 41.0 | 19.0 | 37.7 | 22.3 |
| (2)Cover | (60) | **61.8** | **-1.8** | 43.8 | 16.2 | 35.4 | 24.6 | 32.8 | 27.2 |
| (3)Heatsink | (60) | **65.1** | **-5.1** | 45.8 | 14.2 | 37.2 | 22.8 | 33.7 | 26.3 |
| (4)CoreDDC | 95 | 85.3 | 9.7 | 64.8 | 30.2 | 55.1 | 39.9 | 51.8 | 43.2 |
| (5)DDR mB | 95 | 74.8 | 20.2 | 54.1 | 40.9 | 44.5 | 50.5 | 41.3 | 53.7 |
| (6)NAND mBn | 70 | **74.8** | **-4.8** | 54.5 | 15.5 | 44.6 | 25.4 | 41.3 | 28.7 |
| (7)NAND mBf | 70 | **71.5** | **-1.5** | 51.5 | 18.5 | 41.4 | 28.6 | 38.2 | 31.8 |
| (8)SoC | 125 | 78.1 | 46.9 | 58.5 | 66.5 | 49.6 | 75.4 | 46.2 | 78.8 |
| (9)DDR mA | 95 | 79.9 | 15.1 | 60.4 | 34.6 | 51.1 | 43.9 | 47.9 | 47.1 |
| (10)NAND mA | 70 | **75.4** | **-5.4** | 56.5 | 13.5 | 46.9 | 23.1 | 43.8 | 26.2 |
| (11)Capacitor | 70 | 68.0 | 2.0 | 49.2 | 20.8 | 40.1 | 29.9 | 36.8 | 33.2 |
| (12)NAND dA | 70 | 68.4 | 1.6 | 49.3 | 20.7 | 40.4 | 29.6 | 37.5 | 32.5 |
| (13)NAND dB | 70 | **72.1** | **-2.1** | 53.7 | 16.3 | 44.8 | 25.2 | 41.9 | 28.1 |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    51

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006639

Plaintiff's Exhibit PX354, page 51 of 132

# Heat Radiation design

- **Graph of temperature vs. time measurements , Ta:25[degC] Seq. Write**



**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    52

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006640

# Heat Radiation design

- ## Air flow / Ambient temp requirement

$\Delta T$ : Temp difference against Ambient temp（Ta）



Operating temperature (Sequential Write)

46.9

25.5

16.0
12.7

- (1)BASE
- (4)CoreDDC
- (8)SoC
- (9)DDR mA
- (10)NAND mA
- (11)Capacitor

| Power Mode | Performance mode | | | |
|---|---|---|---|---|
| Case surface Temp（Tc) | $\leqq$60degC | | | |
| Air Flow speed | 0m/s | 1.0m/s | 2.0m/s | 3.0m/s |
| Ambient Temp（Ta) | 13.1degC | 34.5degC | 44.0degC | 47.3degC |

Airflow speed 2.0m/s or more is necessary at Ambient temp 44.0degC ($\Delta T$=16.0degC) to ensure Case surface temp does not exceed 60degC.



**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    53

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006641

Plaintiff's Exhibit PX354, page 53 of 132

# Temperature Sensor (2-PCBA)



## ● Mother board



**Top Cover view**

- NAND x12
- BGA CN 240pin
- SoC
- DDR3 x8

**Bottom Base view**

[Thermistor]
- Near side of NAND from SoC.

Serial Flash

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA**
Leading Innovation »»    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    54

VIASAT_KIOXIA-0000006642

# Temperature Sensor (2-PCBA)

 

## ● Daughter board

### Top Cover view



Aluminum electrolytic capacitor x6

Bus SW x12

### Bottom Base view



BGA CN 240pin

NAND x6

[Thermistor]
- Far side of NAND from SoC
- Used for log page temperature report.
- Polling frequency is 10sec.


CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     VIASAT_KIOXIA-0000006643

Plaintiff's Exhibit PX354, page 55 of 132

# Temperature Sensor (1-PCBA)




## ● 1 PCBA Version

**Top Cover view**

**Bottom Base view**

Aluminum electrolytic capacitor x6

NAND x9

SoC

DDR3 x4

[Thermistor]
- Far side of NAND from SoC.
- Used for log page temperature report.
- Polling frequency is 10sec.

[Thermistor]
- Near side of NAND from SoC.

Serial Flash



**TOSHIBA** Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    56

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006644

Plaintiff's Exhibit PX354, page 56 of 132

# Form factor and screw hole position dimensions



- **Conforms with:**
  - SFF-8201 (Housing)
  - SFF-8639 (SAS & PCIe Plug)

- **Weight: 0.15kg max.**

- **Installation screw torque:**
  - 0.49N-m +/-12%



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    57

VIASAT_KIOXIA-0000006645

# Shock & Vibration resistance design



**400GB～960GB(Single PCB Type)**



**1600GB～4000GB(Dual PCB Type)**

Modification of Daughter PCB and Mother PCB at the shock is suppressed by rigidity of Base Plate, Center Casing, Heat Sink and Cover.



**Base Plate**

**Cover**

Add groove shape

**TOSHIBA** Leading Innovation >>>

**Storage Products Division** **Confidential**

© 2015 Toshiba Corporation

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY VIASAT_KIOXIA-0000006646

Plaintiff's Exhibit PX354, page 58 of 132

# Environmental Specification



| Item | | Specification |
|---|---|---|
| Temperature | Operating | 0 ~ 55℃ |
| | Non-operating | -40 ~ 70℃ |
| | Transport | -40 ~ 70℃ |
| | DE surface temperature at operating | 0 ~ 60℃ |
| | Gradient | 20℃/h or less |
| Relative humidity | Operating | 5 ~ 95 %RH |
| | Non-operating | 5 ~ 95 %RH |
| | Transport | 5 ~ 95 %RH |
| | Maximum wet bulb temperature | 29℃ (no condensation) |
| Vibration | Operating | 21.27 m/s2 {2.17Grms} (5 to 800Hz) |
| | Non-operating | 159.74 m/s2 {16.3Grms} (20 to 2000Hz) |
| | Transport (packaged) | 159.74 m/s2 {16.3Grms} (20 to 2000Hz) |
| Shock | Operating | 9,800 m/s2 {1000G} / 0.5 ms duration |
| | Non-operating | 9,800 m/s2 {1000G} / 0.5 ms duration |
| | Transport (packaged) | 9,800 m/s2 {1000G} / 0.5 ms duration |

## No change from Phoenix-M2



**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    59

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006647

Plaintiff's Exhibit PX354, page 59 of 132

# Thermal Throttling Implementation

OEM Generic

● **To manage operating temperature within a range the drive can keep its healthy condition.**

✓ By enabling This feature, the drive dynamically adjusts Read and Write performance to avoid extreme higher operating temperature.

✓ It can be enabled/disabled via Mode page (MODE SELECT).

✓ User can adjust following three items.

   A) Performance throttling level

   B) Transition temp. from Normal state to Thermal throttling state

   C) Transition temp. from Thermal throttling state to Normal state



The drive goes into idling state if Tc exceeds 75 deg. C, and then wait for dropping down under 60 deg. C. While idling state, check condition(02/0480) is returned for all commands received.



**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    60

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006648

Plaintiff's Exhibit PX354, page 60 of 132

# Thermal Throttling Implementation

Customized for IBM

- ## To manage operating temperature within a range the drive can keep its healthy condition.

| Byte | Description | Notes |
|------|-------------|-------|
| 6 | Warranty Temperature (not changeable) | This is informational |
| 7 | Thermal Throttling Begin (Tb) | Must be greater than or equal to Te |
| 8 | Thermal Throttling End (Te) | Must be less or equal to Tb |
| 9 | Thermal Warning (Tw) | Should be less than Te |
| 12 | Thermal Throttling Step Function Reduction % (0-100) | 0 = no throttling, increasing = more throttling |

Table 39: Mode Page 0 (only showing bytes relative to thermal throttling)

Thermal Throttling Begin (SSD only) (R)
The SSD drive will start throttling once the drive reaches or goes above this temperature.

Thermal Throttling End (SSD only) (R)
The SSD drive will stop throttling once the drive drops below this temperature.

Thermal Throttling Step Function (SSD only) (R)
When the SSD drive thermal throttles, it will reduce throughput by the percentage defined in this field. A value of 00h, disables thermal throttling, and a non-zero value must be between 0-99 (00h -63h)

Temperature Threshold (R)
The value is the temperature at which the drive should begin reporting thermal warnings. If the drive supports a thermal sensor this field must be supported and changeable. As a default, the field shall be set for 65 degC or 41h. Thermal warning reporting is controlled by the EWasc bit on mode page 1Ch. Thermal warning reports must stop after the temperature drops below this threshold level.

## IBM requirement



$$Tw < Te <= Tb$$
$$Tw = 65$$



To implement:
- Tb = ?? (Generic: 64)
- Te = ?? (Generic: 50)
- Tw < 60 (Generic: 64)
- Step Function % granularity (Generic: 5% step)



**TOSHIBA**
Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    61

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006649

# 2.8 Data Flow and Data Path Protection



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Plaintiff's Exhibit PX354, page 62 of 132

VIASAT_KIOXIA-0000006650

# Note: Power Disable (Pin-3) Implementation



- **Purpose**
  - Power Disable function is to allow SAS Initiator or Expander to cause a power on event for a SAS Target.
  - It is the main design goal to recovery from timeout issues which is caused by the software.

- **Feature**
  - Different from Phoenix-M2, Phoenix-M3 can recognize the condition of current system by voltage of P1, P2 and P3 and works well with both SAS-3 compatible system and the traditional systems which tie P1/P2 to P3 signal.

  ➢ SAS Target identifies this function support on the Protocol Logical Unit VPD page (PWR_D_S bit) and the IDENTIFY address frame (PWR_DIS Capable bit).

  ➢ Additional circuits can detect the drive configuration of power disable automatically

  ➢ This drive can work correctly under the legacy system (P1/P2/P3 = 3.3V)

  ➢ FW does not control Shut down or Enable of SW2 & SW3

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

 **TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    63

VIASAT_KIOXIA-0000006651

# 3. SSD Performance

**3.1 Random, sequential, mixed workload, different QDs**

**3.2 6Gb vs 12Gb performance**

**3.3 Response Time / Latency**

**3.4 Performance @EOL as compared with initial performance**

**3.5 Ability to modify performance**



**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    64

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006652

# Phoenix-M3 Series 18ch (Narrow Single Port) Specifications Outline

| Configuration | | | Mid Endurance | | Value Endurance | | Read Intensive | |
|---|---|---|---|---|---|---|---|---|
| User Capacity | | GB | 400  800  1600 | 3200 | 480  960  1920 | 3840 | 500  1000  2000 | 4000 |
| NAND | | | A19nm eMLC | | ← | | ← | |
| Interface | | | SAS 12Gbps | | ← | | ← | |
| Form Factor | | 2.5" SFF | 15mmH | | ← | | ← | |
| Performance (Single Port) (@ Aligned, Sustained, Entropy=100%) | | | | | | | | |
| Seq. Read 64KiB (Normal mode) | | MiB/s | 1000 | | 1000 | | 1000 | |
| Seq. Read 64KiB (Performance mode) | | MiB/s | 1000 | | 1000 | | 1000 | |
| Seq. Write 64KiB (Normal mode) | | MiB/s | 850 | 750 | 850 | 750 | 850 | 750 |
| Seq. Write 64KiB (Performance mode) | | MiB/s | 1050 | | 1050 | | 1050 | |
| Ran. Read 4KiB (Normal mode) | (QD>32) | KIOPS | 195 | | 195 | | 195 | |
| Ran. Read 4KiB (Performance mode) | (QD>32) | KIOPS | 195 | | 195 | | 195 | |
| Rand. Write 4KiB (Normal mode) | (QD>16) | KIOPS | 90 | 85 | 60 | 55 | 40 | |
| Rand. Write 4KiB (Performance mode) | (QD>16) | KIOPS | 115 | | 72 | | 55 | |
| Rand. W30%/R70% 4KiB (Normal mode) | (QD>32) | KIOPS | 130 | | 100 | | 80 | |
| Rand. W30%/R70% 4KiB (Performance mode) | (QD>32) | KIOPS | 140 | | 110 | | 110 | |
| Latency (@ QD=1, Aligned, Random 4KiB) | | | | | | | | |
| Read | | us (avg.) | 100 | | 100 | | 100 | |
| Write | | us (avg.) | 30 | | 30 | | 30 | |
| Endurance (per life, aligned Ran. W) | | | x10 DWPD | | x3 DWPD | | x1 DWPD | |

**TOSHIBA** Leading Innovation >>> **Storage Products Division**   **Confidential**   Copyright 2013, Toshiba Corporation.   65

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006653

# Phoenix-M3 Series 18ch (Narrow Dual Port) Specifications Outline

| Configuration | | | Mid Endurance | | Value Endurance | | Read Intensive | |
|---|---|---|---|---|---|---|---|---|
| User Capacity | | GB | 400  800  1600 | 3200 | 480  960  1920 | 3840 | 500  1000  2000 | 4000 |
| NAND | | | A19nm eMLC | | ← | | ← | |
| Interface | | | SAS 12Gbps | | ← | | ← | |
| Form Factor | | 2.5" SFF | 15mmH | | ← | | ← | |
| Performance (Dual Port)<br>(@ Aligned, Sustained, Entropy=100%) | | | | | | | | |
| Seq. Read 64KiB (Normal mode) | | MiB/s | 1900 | 1500 | 1900 | 1500 | 1900 | 1500 |
| Seq. Read 64KiB (Performance mode) | | MiB/s | 1900 | | 1900 | | 1900 | |
| Seq. Write 64KiB (Normal mode) | | MiB/s | 850 | 750 | 850 | 750 | 850 | 750 |
| Seq. Write 64KiB (Performance mode) | | MiB/s | 1100 | | 1100 | | 1100 | |
| Ran. Read 4KiB (Normal mode) | (QD>32) | KIOPS | 270 | | 270 | | 270 | |
| Ran. Read 4KiB (Performance mode) | (QD>32) | KIOPS | 270 | | 270 | | 270 | |
| Rand. Write 4KiB (Normal mode) | (QD>16) | KIOPS | 90 | 85 | 60 | 55 | 40 | |
| Rand. Write 4KiB (Performance mode) | (QD>16) | KIOPS | 115 | | 72 | | 55 | |
| Rand. W30%/R70% 4KiB (Normal mode) | (QD>32) | KIOPS | 145 | | 115 | | 95 | |
| Rand. W30%/R70% 4KiB (Performance mode) | (QD>32) | KIOPS | 155 | | 125 | | 125 | |
| Latency (@ QD=1, Aligned, Random 4KiB) | | | | | | | | |
| Read | | us (avg.) | 100 | | 100 | | 100 | |
| Write | | us (avg.) | 30 | | 30 | | 30 | |

TOSHIBA<br>Leading Innovation >>><br>CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Storage Products Division**

**Confidential**

Copyright 2013, Toshiba Corporation.

VIASAT_KIOXIA-0000006654

Plaintiff's Exhibit PX354, page 66 of 132

# Phoenix-M3 Series 16ch (Narrow Single Port) Specifications Outline

| Configuration | | High Endurance | | Value Endurance | | Read Intensive | |
|---|---|---|---|---|---|---|---|
| User Capacity | GB | 200  400  800 | 1600 | 400  800  1600 | 3200 | 480  960  1920 | 3840 |
| NAND | | A19nm eMLC | | ← | | ← | |
| Interface | | SAS 12Gbps | | ← | | ← | |
| Form Factor | 2.5" SFF | 15mmH | | ← | | ← | |
| Performance (Single Port, Active-Active) (@ Aligned, Sustained, Entropy=100%) | | | | | | | |
| Seq. Read 64KiB (Normal mode) | MiB/s | 1000 | | 1000 | | 1000 | |
| Seq. Read 64KiB (Performance mode) | MiB/s | 1000 | | 1000 | | 1000 | |
| Seq. Write 64KiB (Normal mode) | MiB/s | 850 | 750 | 850 | 750 | 850 | 750 |
| Seq. Write 64KiB (Performance mode) | MiB/s | 1030 | | 1030 | | 1030 | |
| Ran. Read 4KiB (Normal mode) (QD>32) | KIOPS | 190 | | 190 | | 190 | |
| Ran. Read 4KiB (Performance mode) (QD>32) | KIOPS | 190 | | 190 | | 190 | |
| Rand. Write 4KiB (Normal mode) (QD>16) | KIOPS | 125 | 120 | 70 | 65 | 22 | |
| Rand. Write 4KiB (Performance mode) (QD>16) | KIOPS | 145 | | 90 | | 25 | |
| Rand. W30%/R70% 4KiB (Normal mode) (QD>32) | KIOPS | 150 | | 110 | | 50 | |
| Rand. W30%/R70% 4KiB (Performance mode) (QD>32) | KIOPS | 155 | | 120 | | 60 | |
| Latency (@ QD=1, Aligned, Random 4KiB) | | | | | | | |
| Read | us (avg.) | 100 | | 100 | | 100 | |
| Write | us (avg.) | 30 | | 30 | | 30 | |
| Endurance (per life, aligned Ran. W) | | x25 DWPD | | x3 DWPD | | x1 DWPD | |

**TOSHIBA** Leading Innovation >>> **Storage Products Division** **Confidential** Copyright 2013, Toshiba Corporation. 67

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006655

Plaintiff's Exhibit PX354, page 67 of 132

# Phoenix-M3 Series 16ch (Narrow Dual Port) Specifications Outline

| Configuration | | High Endurance | | Value Endurance | | Read Intensive | |
|---|---|---|---|---|---|---|---|
| User Capacity | GB | 200  400  800 | 1600 | 400  800  1600 | 3200 | 480  960  1920 | 3840 |
| NAND | | A19nm eMLC | | ← | | ← | |
| Interface | | SAS 12Gbps | | ← | | ← | |
| Form Factor | 2.5" SFF | 15mmH | | ← | | ← | |
| Performance (Dual Port, Active-Active) (@ Aligned, Sustained, Entropy=100%) | | | | | | | |
| Seq. Read 64KiB (Normal mode) | MiB/s | 1900 | 1500 | 1900 | 1500 | 1900 | 1500 |
| Seq. Read 64KiB (Performance mode) | MiB/s | 1900 | | 1900 | | 1900 | |
| Seq. Write 64KiB (Normal mode) | MiB/s | 850 | 750 | 850 | 750 | 850 | 750 |
| Seq. Write 64KiB (Performance mode) | MiB/s | 1100 | | 1100 | | 1100 | |
| Ran. Read 4KiB (Normal mode) (QD>32) | KIOPS | 270 | | 270 | | 270 | |
| Ran. Read 4KiB (Performance mode) (QD>32) | KIOPS | 270 | | 270 | | 270 | |
| Rand. Write 4KiB (Normal mode) (QD>16) | KIOPS | 125 | 120 | 70 | 65 | 22 | |
| Rand. Write 4KiB (Performance mode) (QD>16) | KIOPS | 145 | | 90 | | 25 | |
| Rand. W30%/R70% 4KiB (Normal mode) (QD>32) | KIOPS | 160 | | 125 | | 60 | |
| Rand. W30%/R70% 4KiB (Performance mode) (QD>32) | KIOPS | 170 | | 135 | | 70 | |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA**
Leading Innovation >>>
**Storage Products Division**

**Confidential**

Copyright 2013, Toshiba Corporation.

VIASAT_KIOXIA-0000006656

# 3.1 Random, sequential, mixed workload, different QDs

## 10 DWPD 400GB                                            (1, 16, 32 at least)

### Answer to RFQ (VDBench):

| Sequential (MB/s) | Single Port 12Gb/sec (Normal mode) | | |
|---|---|---|---|
| | QD 1 | QD 16 | QD 32 |
| 128KB 100% Reads | 544 | 1008 | 1006 |
| 128KB 100% Writes | 582 | 854 | 854 |
| | | | |
| Random (IOPS) | | | |
| 4KB 100% Reads | 8K | 104K | 180K |
| 8KB 100% Reads | 8K | 95K | 108K |
| 4KB 100% Writes | 18K | 91K | 91K |
| 8KB 100% Writes | 16K | 53K | 53K |
| 4KB 70% Read / 30% Write | 10K | 90K | 124K |
| 4KB 50% Read / 50% Write | n/a | n/a | 106K |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006657

Plaintiff's Exhibit PX354, page 69 of 132

# 3.1 Random, sequential, mixed workload, different QDs

## 3 DWPD 480GB
## (1, 16, 32 at least)

### Answer to RFQ (VDBench):

| Sequential (MB/s) | Single Port 12Gb/sec (Normal mode) | | |
|---|---|---|---|
| | QD 1 | QD 16 | QD 32 |
| 128KB 100% Reads | 534 | 1007 | 1005 |
| 128KB 100% Writes | 587 | 852 | 852 |
| | | | |
| Random (IOPS) | | | |
| 4KB 100% Reads | 8K | 105K | 180K |
| 8KB 100% Reads | 8K | 95K | 108K |
| 4KB 100% Writes | 23K | 58K | 58K |
| 8KB 100% Writes | 19K | 29K | 29K |
| 4KB 70% Read / 30% Write | 10K | 83K | 107K |
| 4KB 50% Read / 50% Write | n/a | n/a | 93K |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    70

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006658

Plaintiff's Exhibit PX354, page 70 of 132

# 3.1 Random, sequential, mixed workload, different QDs

## 1 DWPD 480GB

(1, 16, 32 at least)

### Answer to RFQ (VDBench):

| Sequential (MB/s) | Single Port 12Gb/sec (Normal mode) | | |
|---|---|---|---|
| | QD 1 | QD 16 | QD 32 |
| 128KB 100% Reads | 525 | 1007 | 1005 |
| 128KB 100% Writes | 583 | 864 | 864 |
| | | | |
| Random (IOPS) | | | |
| 4KB 100% Reads | 8K | 104K | 184K |
| 8KB 100% Reads | 8K | 93K | 107K |
| 4KB 100% Writes | 20K | 21K | 21K |
| 8KB 100% Writes | 10K | 11K | 11K |
| 4KB 70% Read / 30% Write | 9K | 53K | 62K |
| 4KB 50% Read / 50% Write | n/a | n/a | 40K |

**TOSHIBA** Leading Innovation >>> **Storage Products Division** **Confidential** © 2015 Toshiba Corporation 71

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY VIASAT_KIOXIA-0000006659

Plaintiff's Exhibit PX354, page 71 of 132

# 3.2 6Gb vs 12Gb performance - 10 DWPD

# 3.3 Response Time / Latency

## Answer to RFQ:

| Sequential (MB/s) - QD16 unless otherwise noted | Single Port 6Gb/sec (Normal mode) | | Dual Port 6Gb/sec (Normal mode) | | Single Port 12Gb/sec (Normal mode) | Dual Port 12Gb/sec (Normal mode) |
|---|---|---|---|---|---|---|
| | Throughput | Max Response Time | Throughput | Max Response Time | Throughput | Throughput |
| 128KB 100% Reads | 550 | 3ms | 1100 | 3ms | 1100 | 2100 |
| 128KB 100% Writes | 500 | 15ms | 850 | 15ms | 850 | 850 |
| | | | | | | |
| Random (IOPS) - QD16 unless otherwise noted | | | | | | |
| 4KB 100% Reads | 110K | 3ms | 220K | 3ms | 135K | 230K |
| 8KB 100% Reads | 60K | 3ms | 120K | 3ms | 105K | 170K |
| 4KB 100% Writes | 90K | 20ms | 90K | 20ms | 90K | 90K |
| 8KB 100% Writes | 57K | 20ms | 57K | 20ms | 57K | 57K |
| 4KB 70% Read / 30% Write | 98K | 10ms | 130K | 10ms | 105K | 130K |
| 8KB 70% Read / 30% Write | 60K | 10ms | 90K | 10ms | 70K | 90K |
| 4KB 50% Read / 50% Write | 90K | 15ms | 105K | 15ms | 90K | 105K |
| 8KB 50% Read / 50% Write | 57K | 15ms | 75K | 15ms | 60K | 75K |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    72

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006660

# 3.2 6Gb vs 12Gb performance - 3 DWPD

## 3.3 Response Time / Latency

### Answer to RFQ:

| Sequential (MB/s) - **QD16** unless otherwise noted | Single Port 6Gb/sec (Normal mode) | | Dual Port 6Gb/sec (Normal mode) | | Single Port 12Gb/sec (Normal mode) | Dual Port 12Gb/sec (Normal mode) |
|---|---|---|---|---|---|---|
| | Throuphput | Max Response Time | Throughput | Max Response Time | Throughput | Throughput |
| 128KB 100% Reads | 550 | 3ms | 1100 | 3ms | 1100 | 2100 |
| 128KB 100% Writes | 500 | 20ms | 850 | 20ms | 850 | 850 |
| | | | | | | |
| Random (IOPS) - **QD16** unless otherwise noted | | | | | | |
| 4KB 100% Reads | 110K | 3ms | 220K | 3ms | 135K | 230K |
| 8KB 100% Reads | 60K | 3ms | 120K | 3ms | 105K | 170K |
| 4KB 100% Writes | 61K | 35ms | 61K | 35ms | 61K | 61K |
| 8KB 100% Writes | 35K | 35ms | 35K | 35ms | 35K | 35K |
| 4KB 70% Read / 30% Write | 85K | 15ms | 100K | 15ms | 85K | 100K |
| 8KB 70% Read / 30% Write | 60K | 15ms | 70K | 15ms | 60K | 70K |
| 4KB 50% Read / 50% Write | 70K | 25ms | 85K | 25ms | 70K | 85K |
| 8KB 50% Read / 50% Write | 50K | 25ms | 55K | 25ms | 50K | 55K |

**TOSHIBA** Leading Innovation >>>   **Storage Products Division**   **Confidential**   © 2015 Toshiba Corporation   73

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Plaintiff's Exhibit PX354, page 73 of 132

VIASAT_KIOXIA-0000006661

# 3.2 6Gb vs 12Gb performance - 1 DWPD

# 3.3 Response Time / Latency

## Answer to RFQ:

| Sequential (MB/s) - QD16 unless otherwise noted | Single Port 6Gb/sec (Normal mode) | | Dual Port 6Gb/sec (Normal mode) | | Single Port 12Gb/sec (Normal mode) | Dual Port 12Gb/sec (Normal mode) |
|---|---|---|---|---|---|---|
| | Throughput | Max Response Time | Throughput | Max Response Time | Throughput | Throughput |
| 128KB 100% Reads | 530 | 5ms | 1060 | 5ms | 1100 | 2100 |
| 128KB 100% Writes | 500 | 20ms | 850 | 20ms | 850 | 850 |
| | | | | | | |
| Random (IOPS) - QD16 unless otherwise noted | | | | | | |
| 4KB 100% Reads | 110K | 5ms | 220K | 5ms | 135K | 230K |
| 8KB 100% Reads | 60K | 5ms | 120K | 5ms | 105K | 170K |
| 4KB 100% Writes | 22K | 40ms | 22K | 40ms | 22K | 22K |
| 8KB 100% Writes | 13K | 40ms | 13K | 40ms | 13K | 13K |
| 4KB 70% Read / 30% Write | 45K | 30ms | 55K | 30ms | 45K | 55K |
| 8KB 70% Read / 30% Write | 32K | 30ms | 35K | 30ms | 32K | 35K |
| 4KB 50% Read / 50% Write | 35K | 40ms | 40K | 40ms | 35K | 40K |
| 8KB 50% Read / 50% Write | 23K | 40ms | 24K | 40ms | 23K | 24K |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006662

Plaintiff's Exhibit PX354, page 74 of 132

# Mid Endurance Model Performance Comparison



| Configuration | | | Phoenix-M2 | Phoenix-M3 |
|---|---|---|---|---|
| | | | **Mainstream 400GB** | **Mid Endurance 400GB** |
| NAND | | | 24nm eMLC | A19nm eMLC |
| Performance (**Single / Dual active ports**) (@ Aligned, Sustained Steady-state, Entropy=100%) | | | | |
| Seq. Read 64KiB (Normal mode Single/Dual) | | MiB/s | 960/1100 | **1000 / 1900** |
| Seq. Read 64KiB (Performance mode Single/Dual) | | MiB/s | N/A | **1000 / 1900** |
| Seq. Write 64KiB (Normal mode Single/Dual) | | MiB/s | 410/410 | **850 / 850** |
| Seq. Write 64KiB (Performance mode Single/Dual | | MiB/s | N/A | **1050 / 1100** |
| Ran. Read 4KiB (Normal mode Single/Dual) | (QD>32/port) | KIOPS | 130/130 | **195 / 270** |
| Ran. Read 4KiB (Performance mode Single/Dual) | (QD>32/port) | KIOPS | N/A | **195 / 270** |
| Rand. Write 4KiB (Normal mode Single/Dual) | (QD>16/port) | KIOPS | 27/27 | **90 / 90** |
| Rand. Write 4KiB (Performance mode Single/Dual) | (QD>16/port) | KIOPS | N/A | **115 / 115** |
| Rand. W30%/R70% (Normal mode Single /Dual) | (QD>32/port) | KIOPS | 67/67 | **130 / 145** |
| Rand. W30%/R70% (Performance mode Single /Dual | (QD>32/port) | KIOPS | N/A | **140 / 155** |
| Endurance | | | x10 DWPD | x10 DWPD |

**TOSHIBA** Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    75

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006663

# 3.4 Performance @EOL as compared with initial performance

At EOL, drive performance at steady state would drop within 10% from fresh drive

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA**
Leading Innovation >>>   **Storage Products Division**   **Confidential**   © 2015 Toshiba Corporation   76

VIASAT_KIOXIA-0000006664

# 3.5 Ability to modify performance (optional)

➢ To reduce difference of performance between SSDs, throttling can down performance per ten steps.

➢ Throttling can chose performance per Seq./Rand. Read/Write.

➢ Performance throttling "ten levels" indicate 1/3 performance.



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# 4. NAND Highlights

## 4.1 NAND Program Status

=> Next page

## 4.2 NAND Component Architecture / Key Metrics

Page size, Block Size, # of Blocks, # of Planes , tPROG, tREAD, etc

=> Next page

## 4.3 Error Handling Techniques

=> Firmware Overview

## 4.4 Defective Block management

=> Firmware Overview

## 4.5 NAND Production and Qualification

**TOSHIBA**
Leading Innovation >>>    **Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    78

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006666

# 4.1 NAND Program Status
# 4.2 NAND Component Architecture / Key Metrics



| NAND production | | Previous Generation | Current Generation | Next Generation |
|---|---|---|---|---|
| Generation | | 19nm | A19nm | 15nm |
| NAND die density | | 64Gb | 128Gb | 128Gb |
| Interface | | Toggle2.0 | Toggle2.0 | Toggle2.0 |
| Schedule | | MP | MP | 2015/Q3 MP |
| Reliability | W/E endurance | 10K | 10K | 10K |
| | Data Retention | 0.25year @ Life end | 0.25year @ Life end | 0.25year @ Life end |
| | ECC Requirement | 40bit/1KB | 40bit/1KB | 40bit/1KB |
| Architecture | Vcc | 2.7-3.6V | 2.35-3.6V | 2.35-3.6V |
| | VccQ | 3.3V / 1.8V | 3.3V / 1.8V | 3.3V / 1.8V |
| | Vpp | - | 12V | 12V |
| | Page + Spare Size | 16KB + 1280B | 16KB + 1280B | 16KB + 1280B |
| | Page per Block | 256 | 256 | 256 |
| | Block Size | 4MB | 4MB | 4MB |
| | # of Blocks | 2018-2116 | 4036 – 4276 | 4036 – 4252 |
| | # of Plane | 2 | 4 | 4 |
| Performance | Max Data Rate | 400MT/s | 400MT/s | 400MT/s |
| | tPROG (typ) | 1.6ms | 1.9ms | 1.9ms |
| | tR (typ/max) | 50us/80us | 40us/80us | 50us/85us |
| | tBERASE (typ) | 5ms | 7ms | 8ms |
| Package | | 132BGA | 152BGA | 132BGA |

## Notice) This information is subject to change without notice.



**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    79

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006667

# 4.5 NAND Production and Qualification

| Item | Conditions | # of Samples | # of Failure | Reference Specification |
|---|---|---|---|---|
| Write / Erase Endurance | 55 degC / 10000 cyc | 231 | 0 | JEDEC JESD22-A117 |
| High Temperature Operating Life Test (HTOL) | 125 degC / Vcc = Max / 1,000hours | 231 | 0 | JEDEC JESD22-A108 |
| Low Temperature Operating Life Test (LTOL) | -40 degC / Vcc = Max / 1,000hours | 60 | 0 | JEDEC JESD22-A108 |
| High Temperature Storage Life Test (HTSL) | 150 degC / 1,000hours | 75 | 0 | JEDEC JESD22-A103 |
| Highly Accelerated Stress | Preconditioning: 125 degC / 20hours<br>→ 30 degC / 70%RH / 192hours<br>→ IR 260 degC max. 4times<br>110 degC / 85%RH / Vcc = 3.6V / 300hours | 100 | 0 | JEDEC JESD22-A110 |
| Temperature Cycle Test (TCT) | -55 degC / 20min. → 125 degC / 20min.<br>700 cycles | 200 | 0 | JEDEC JESD22-A104 |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006668

Plaintiff's Exhibit PX354, page 80 of 132

# 4.5 NAND Production and Qualification

| Item | Conditions | # of Samples | # of Failures | Reference Specification |
|---|---|---|---|---|
| Data Retention (Write / Erase = 10000 cyc, 55 degC) | "WE Interval = 50s & DR102h at 40°C" is equivalent to "WE Interval = 15768s & DR2160h at 40degC" | 40 | 0 | |
| Read Disturb (Write / Erase = Initial) | 25degC / Vcc = 2.5V / Read = 30000 cyc. | 40 | 0 | |
| Read Disturb (Write / Erase = 10000 cyc, 55 degC) | 25degC / Vcc = 2.5V / Read = 3000 cyc. | 40 | 0 | |
| Program Disturb (Write / Erase = 10000 cyc, 55 degC) | 25degC / Vcc = 2.5V | 40 | 0 | |

**TOSHIBA** Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     VIASAT_KIOXIA-0000006669

Plaintiff's Exhibit PX354, page 81 of 132

# 5. Firmware Overview

**5.1 Firmware Overview**

**5.2 Flash Management**

**5.3 Background activities**

**5.4 PLI Firmware**

**5.5 Firmware Debug Capabilities**

> Include:  First time data capture capabilities, firmware tracing capabilities, debug effectiveness (especially on SED)

**5.6 Write amplification for random / sequential and how verified**

**5.7 Other FW Features**

**5.8 SMART -- (post only)**


**TOSHIBA** Leading Innovation >>>    **Storage Products Division**                    **Confidential**                    © 2015 Toshiba Corporation    82

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                                                      VIASAT_KIOXIA-0000006670

# 5.1 Firmware Overview / 5.2 Flash Management

- ## Data layout
  - Cluster contains four frames
  - A frame is protected by ECC.
  - Each frame has two DATAs
  - FTL entry is pointing cluster logical address



Cluster

Frame0 | Frame1 | Frame2 | Frame3

DATA1 | E3D | DATA2 | E3D | MED | MECC

E3D : End to End Error Detection
MED : Media Detection
MECC : Media ECC

**512B**
Data 512B
DATA1-8

**520B**
Data 520B
DATA1-8

**528B**
Data 528B
DATA1-8

**512B+PI**
Data 512B   PI 8B
DATA1-8

**520B+PI**
Data 520B   PI 8B
DATA1-8

**4096B**
Data 512B
DATA1-8

**4160B**
Data 520B
DATA1-8

**4224B**
Data 528B
DATA1-8

**4104B**
Data 512B   Pad 8B   Data 520B
DATA1-7 | DATA8

**4096B+PI**
Data 512B   Pad 8B   Data 512B   PI 8B
DATA1-7 | DATA8

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006671

Plaintiff's Exhibit PX354, page 83 of 132

# 5.1 Firmware Overview / 5.2 Flash Management

- ## Physical Layout



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    84

VIASAT_KIOXIA-0000006672

# 5.1 Firmware Overview / 5.2 Flash Management

- **Physical Layout(800GB model)**



Logical block consists of the NAND block on the all of the channel and bank.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006673

Plaintiff's Exhibit PX354, page 85 of 132

# 5.1 Firmware Overview / 5.2 Flash Management

- **Logical to Physical mapping**



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Plaintiff's Exhibit PX354, page 86 of 132

VIASAT_KIOXIA-0000006674

# 5.1 Firmware Overview / 5.2 Flash Management

- ## FTL (meta data) protection



TOSHIBA
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation     87

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006675

# 5.1 Firmware Overview / 5.2 Flash Management

- **Write Buffer**
  - 4MB SRAM is dedicated for write buffer.
  - The data in the write cache is used for read cache until sent to the NAND.
  - It takes less than 1us to determine a cache hit.
  - Data of less than 4kB is merged in the write buffer
  - Write Cache OFF can not be applied for our architecture (the host command will be accepted but doesn't do anything)

- **Read Buffer**
  - 512KB SRAM is dedicated for read buffer.

- **Look Ahead Read**
  - When sequential read workload is detected, the continuing read command is automatically generated and the data is read into read buffer in advance.
  - Latency is improved at a condition of low queue depth.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     VIASAT_KIOXIA-0000006676

# Error Protection and Recovery

- ## Error correction(ECC Architecture)

  - QSB: Quadruple Swing-By  (Toshiba original LDPC class ECC)
  - Format efficiency: 90.8%
  - Dramatically improved correction capability compared to LDPC
  - Quadruple ECC structure
    - L1: BCH, 21 to 120 bits/1kB correction
    - L3: Iteration ECC
    - L4: Burst Error Correction

- ## NAND Error Recovery Flow



| Recovery | Execution time |
|----------|----------------|
| L1 | 4 usec for 8 sectors |
| Shift Read | Up to 1 msec for 8 sectors |
| L3/L4 | 5 msec ~ 10ms for 2 sectors |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    89

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006677

# Error Protection and Recovery

- ## Inter-Channel Parity (L3 code)





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    90

VIASAT_KIOXIA-0000006678

# Error Protection and Recovery

- ## Variable ECC
  - ECC Correction = 21 to 40 bits/1kB (Fresh)



21bits for 528B sectors
30bits for 520B sectors
40bits for 512B sectors

  - ECC Correction = 105 to 120 bits/1kB (Maximum)
  - Additional block for ECC will be used from OP.



105bits for 528Bsectors
115bits for 520B sectors
120bits for 512B sectors

  - ECC is strengthen when raw BER gets worse, resulting in smaller O/P

---

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    91

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006679

# Error Protection and Recovery

- ## Variable ECC

  - The data layout in the four NAND pages is changed according to the ECC strength level.



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006680

Plaintiff's Exhibit PX354, page 92 of 132

# Bad Block Management

- ## Bad Block is registered when:
  - Program status failure is detected in NAND program operation.
  - Erase status failure is detected in NAND erase operation.
  - Unrecoverable Read error is detected.
  - Recoverable error is detected in 5th level L1 ECC.

- ## Reassignment
  - Once bad block is registered, the logical block including the bad block is moved to other logical block.
  - A reassignment process is performed in background.
  - It does not interfere with data access; Host commands are prioritized.
  - Best case scenario, the process completes within a 1s.
  - It will take a few hour in worst case (Die failure)



**TOSHIBA**
Leading Innovation >>>    **Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    93

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006681

# 5.3 Background activities



| Functionality | Frequency | Duration | Host IO Latency spike |
|---|---|---|---|
| SMART LOG save | Every 1 hour | 5us | No latency impact |
| Capacitor Patrol | Every 24 hours | 10us | No latency impact |
| Patrol Read | Drive capacity per day | 60us | 60us |
| FTL save | 4K FTL for 64K user write @ 4K random write workload | 400us | 400us |
| Garbage collection | The ratio between user write and GC write is 1 : 0.8 | 2.3ms | read:2.3ms write:2.3ms |
| Snap Shot | 6MB data write every 1.6h | 4ms | read:400us write:2.5ms |
| NAND Management Log | 64K log write every 4sec | 400us | read:400us write:400us |
| Erase | One erase every 270MB user write @ 4K random write workload | 10ms | read:2ms write:2ms |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    94

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006682

# 5.4 PLI Firmware

- ## PLI: Power Loss Imminent



Power Loss Interrupt

| Terminate commands in process | Continue Write | Save FTL Dirty | Save User Dirty | Save System Data |
|---|---|---|---|---|
| • Erase, GC Write and any read command is canceled | • Continue the host write in progress to create L3 ECC | • The FTL dirty on the SRAM is saved | • Remaining host write dirty is saved | • NAND management info is saved |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    95

VIASAT_KIOXIA-0000006683

# 5.5 Firmware Debug Capabilities

Include: First time data capture capabilities, firmware tracing capabilities, debug effectiveness

- **Capture timing**
  - Hard Reset, I_T Nexus Loss, Task Frame, SAS I/F Error, Over heat, OCT timeout, assert

- **Log Contents**
  - FW trace, register dump, memory dump

- **Command to retrieve**
  - Request Internal Log (Vendor unique CMD)

These functions are available in both non-SED and SED models



5 logs are held.
Oldest log is over written except the one 1st captured permanently.

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    96

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006684

# 5.6 Write amplification for random / sequential and how verified

## 18-channel models

| Model | DWPD | OP [%] | WAF (via Workload) | |
| --- | --- | --- | --- | --- |
| | | | Rnd.W | Seq.W |
| 400 800 1600 3200 | 10 | 44 | 2.20 | 1.04 |
| 480 960 1920 3940 | 3 | 20 | 3.64 | 1.04 |
| 500 1000 2000 4000 | 1 | 15 | 4.39 | 1.04 |

## 16-channel models

| Model | DWPD | OP [%] | WAF (via Workload) | |
| --- | --- | --- | --- | --- |
| | | | Rnd.W | Seq.W |
| 200 400 800 1600 | 25 | 156 | 1.33 | 1.04 |
| 400 800 1600 3200 | 3 | 28 | 2.95 | 1.04 |
| 480 960 1920 3940 | 1 | 7 | 7.98 | 1.04 |

- **Increase of OP reduces WAF**
- **Increase of the seq.w ratio of all writes reduces WAF**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    97

VIASAT_KIOXIA-0000006685

# 5.6 Write amplification for random / sequential and how verified

- **Present how write-amplification is verified**
  - Measurement
    - Precondition : 4K random write steady state (around 30min. for 400GB)
    - Workload : 4K random write
    - Time : 10 minutes
  - Calculation
    - A: Actual amount of data written to the NAND
      - Log Page 19h - Parameter Code 8000h - NAND Write Blocks
    - B: Amount of write data received from the host
      - Log Page 19h - Parameter Code 0001h - NUMBER OF LOGICAL BLOCKS RECEIVED
    - WAF = $\Delta A / \Delta B$

**TOSHIBA**
Leading Innovation >>>    **Storage Products Division**          **Confidential**          © 2015 Toshiba Corporation    98

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006686

# 5.7 Other FW Features: Endurance Throttling



- **To manage workload dependency on the drive endurance throughout 5-year product life.**
  - By enabling Endurance Throttling feature, the drive could keep constant consuming ratio of the endurance.
  - During the throttling activated, Write performance is relaxed to avoid spike on the accumulated endurance budget.
  - It can be enabled/disabled via Mode page (MODE SELECT).



## Throttling algorithm

The P-M3 series has the Endurance Indicator (EI): 0% at fresh out-of-box, and assuming that EI reaches 100% at 5-year end-of-life. Pre-defined boundary (red line) is the threshold to start the throttling activation.

The drive starts Endurance Throttling triggered when its accumulated endurance reaches "Throttling activated area (yellow zone)". Until it can back to "No throttling area (white zone)", Write performance is reduced. The performance reduction ratio will not exceed 5% per 24h.

When the accumulated endurance comes out from the yellow zone, the performance throttling is de-activated with 5% maximum per 24h.

The throttling is never activated until either one of the following conditions occurs;
- Over the initial 4,320 hours (6 months) of POH, or
- Over the 50% point of Endurance Indicator (EI).

This algorithm avoids initial performance drops during system integration and initial system installation with large write accesses.

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**        **Confidential**                    © 2015 Toshiba Corporation    99

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                                    VIASAT_KIOXIA-0000006687

# Endurance Throttling



- **User can set Enable / Disable of Endurance throttling.**
- **User can set maximum Endurance throttling level.**
- **Control Extension mode page to enable or disable endurance throttling**

| Byte / Bit | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| 0 | PS | SPF(1b) | | | PAGE CODE (0Ah) | | | |
| 1 | | | | SUBPAGE CODE (01h) | | | | |
| 2 | (MAB) | | | PAGE LENGTH (001Ch) | | | | |
| 3 | | | | | | | | (LSB) |
| 4 | | Reserved | | | DLC | TCMOS | SCSIP | IALUAE |
| 5 | | Reserved | | | INITIAL COMMAND PRIORITY | | | |
| 6 | | | | MAXIMUM SENSE DATA LENGTH | | | | |
| 7 | | | | | | | | |
| ... | | | | Reserved | | | | |
| 31 | | | | | | | | |

DLC (Drive life control)
0 : Throttling is enabled
1 : Throttling is disabled

- **Throttling mode page to define the maximum endurance throttling level**

| Byte / Bit | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| 0 | PS | SPF(0b) | | | PAGE CODE (24h) | | | |
| 1 | | | | PAGE LENGTH (0Eh) | | | | |
| 2 | Reserved | Reserved | D_TT | | Reserved | | | |
| 5 | | | | THERMAL THROTTLING ENTRY TEMPERATURE (41h) | | | | |
| 6 | | | | THERMAL THROTTLING EXIT TEMPERATURE (37h) | | | | |
| 7 | | | | THERMAL THROTTLING LEVEL (0Ah) | | | | |
| 8 | | | | MAXIMUM ENDURANCE THROTTLING (13h) | | | | |
| 9 | | | | Reserved | | | | |
| 31 | | | | | | | | |

MAXIMUM ENDURANCE THROTTLING
- maximum; 13h(19) 95% down
- minimum; 01h(01) 5% down
- 1step = 5% performance down

Default is 13h(19)

**TOSHIBA**
Leading Innovation >>>
Storage Products Division
Confidential
© 2015 Toshiba Corporation　100

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
VIASAT_KIOXIA-0000006688

# 5.7 Other FW Features: Synchronize Cache

- ## P-M2
  - When a synchronize cache command is received, the dirty data in the write buffer is written to the NAND.

- ## P-M3
  - Behavior has been changed because of some bench mark test.
  - Synchronize Cache command is accepted but not executed.
  - Response is returned immediately when the command is received.
  - The dirty data in the write buffer is guaranteed to be saved by PLP function when unexpected power loss happens.

**TOSHIBA** Leading Innovation >>>   **Storage Products Division**   **Confidential**   © 2015 Toshiba Corporation   101

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006689

# 5.8 SMART

## Mandatory codes specified at 7.11.12.8 Log Page 34h – SMART Data Page in the Purchase Spec will be implemented in P-M3

| Code Decimal | Code Hex | HDD/ SSD | Attribute Name | Mandatory / Optional (M/O) | Raw Data Definition | |
|---|---|---|---|---|---|---|
| 0 | 0000h | | Unused | O | | |
| 1 | 0001h | BOTH | Raw Read Error rate | M | Bytes 6-8: read errors corrected w/ possible delay+hard read errors; Bytes 9-15: Total bytes read | Byte 6: Current Temperature, Byte 7: Lowest temperature, Byte 8: Highest temperature since POR |
| 2 | 0002h | BOTH | Flash ROM check | O | | Byte 6: Current Temperature, Byte 7: Lowest temperature, Byte 8: Highest Temperature recorded over drive life |
| 5 | 0005h | BOTH | Reallocated block count | M | Bytes 6-9: Grown defect count (retired blocks) | |
| 9 | 0009h | BOTH | Power On Hours Count | M | Bytes 6-9: power on hours | Byte 6-9:Total number of errors recovered by internal RAID corrections |
| 12 | 000Ch | BOTH | Power Cycle Count | M | Bytes 6-9: power cycle | |
| 13 | 000Dh | BOTH | ECC rate | M | Bytes 6-8: read errors recovered w/o delay; Bytes 9-15: Total bytes read | |
| 32 | 0020h | BOTH | Lifetime Read OPS to host | O | | Byte 6-9: Uncorrectable errors this power cycle |
| 33 | 0021h | BOTH | Lifetime Write OPS to host | O | | |
| 34 | 0022h | SSD | Write Amplification x 100 | O | | |
| 100 | 64h | SSD | Gigabytes_Erased | O | | |
| 161 | A1h | SSD | Lifetime_Read_OPS_from_flash | O | | |
| 162 | A2h | SSD | Lifetime_Write_OPS_to_flash | O | | |
| 170 | AAh | BOTH | Unused reserved block count (total) reported as percent remaining | M | Bytes 6-9: current total number of spare blocks; Bytes 10-13: total spare at time of manufacture | Byte 6-13:Lifetime flash writes (in MB) |
| 242 | F2h | BOTH | Lifetime_Reads_to_Host | O | | |
| 243 | F3h | SSD | Volatile Memory Backup Failure (prefail) | M | | |
| 244 | F4h | SSD | Security Wear Indicator (prefail) | M | | |

**TOSHIBA** Leading Innovation >>>    Storage Products Division    Confidential    © 2015 Toshiba Corporation    102

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006690

# Note: Read Defect Data



## ● Defect List Format

Phoenix-M3 supports 110b(Vendor specific) only. If the host specifies other values, the drive ignores it and sends the defect data in Vendor specific format with <u>Check Condition status[01/1C/00: Recovered Error – Defect List Not Found]</u>.

The Defect List Format field in the Defect List returned <span style="color:red">always contains 110b.</span>

*Phoenix-M2 does not return the Check Condition, if the host specifies the value other than 110b in the Defect List Format, and the Defect List Format in the returned data is <span style="color:red">the value which the host specified in the CDB.</span>*

*Is this change acceptable for the current system?*



Read Defect Data(10) command

| Bit / Byte | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | Parameter data header | | | | | | | |
| 0 | Reserved | | | | | | | |
| 1 | Reserved | | PLISTV | GLISTV | DEFECT LIST FORMAT | | | |
| 2 | (MSB) | | | | DEFECT LIST LENGTH (n - 3) | | | |
| 3 | | | | | | | | (LSB) |
| | Defect list (if any) | | | | | | | |
| 4 … n | Address descriptor(s) (if any) | | | | | | | |

Read Defect Data(10) Parameter Data

| Bit / Byte | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | Parameter data header | | | | | | | |
| 0 | Reserved | | | | | | | |
| 1 | Reserved | | PLISTV | GLISTV | DEFECT LIST FORMAT | | | |
| 2 | (MSB) | | | | GENERATION CODE | | | |
| 3 | | | | | | | | (LSB) |
| 4 | (MSB) | | | | DEFECT LIST LENGTH (n - 7) | | | |
| … 7 | | | | | | | | (LSB) |
| | Defect list (if any) | | | | | | | |
| 8 … n | Address descriptor(s) (if any) | | | | | | | |

<span style="color:red">110b</span>

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    103

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006691

# 6. Reliability & Quality Processes / Methodology

**6.1 How is reliability tested / verified for entire 5 year drive life**

**6.2 Reliability Demonstration Test (RDT)**

**6.3 Endurance testing (drive level)**

**6.4 Ongoing Reliability Testing**

**6.5 MTBF methodology**

**6.6 Demonstrated fix effectiveness; formal process to demonstrate fix effectiveness**

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    104

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006692

Plaintiff's Exhibit PX354, page 104 of 132

# 6.1 How is reliability tested / verified for entire 5 year drive life

## 6.3 Endurance testing (drive level)

### "Warp-RDT"

Endurance reliability demonstration test in accelerated conditions with max. P/E cycle is performed in DVT to ensure endurance spec. and data retention.

### Conditions:

- Clip the drive capacity to shorten test time, e.g. 15GB for user data with product OP%
- Write to the drive up to actual P/E cycles with shorter P/E interval.
- Leave the drive in higher temperature to give retention equivalent to 3 months at 40degC.
- Read the drive to ensure no unrecoverable error. Recovered error is acceptable.

⇒Demonstrate 3-month data retention at 40 degC at the time of EOL.

### Plan to complete: August/E

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    105

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006693

# 6.2 Reliability Demonstration Test (RDT)

## 6.5 MTBF methodology

### Conditions:

- Test mode: Combination of random Rd/Wr and sequential Rd/Wr
- Case temperature: 68 +/-3 deg C
- Test time: 1050h (150h/week x 7weeks)
- Sample size: Phoenix-M3 18ch 250pcs & 16ch 250pcs (total 500pcs)
- Thermal AF: 8.4 (based on Arrhenius model with Ea = 0.7 Ev)
- Failure: Hard error, Uncorrectable error, SMART trip or Timeout

=>Estimated MTBF 2,408,604h  (7weeks 250pcs)

**Completed: June 23 (No failure reported)**

**Product spec. is 2M hour MTBF (0.44% AFR)**

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    106

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006694

# 6.2 Reliability Demonstration Test (RDT)

- FW Rev. history

| Date | FW revision |
|---|---|
| 5-May-15 | 0101 |

1). Drive Configuration of the Test

| | Phoenix-M3 (18ch) | | | |
|---|---|---|---|---|
| | 400GB | 800GB | 1600GB | 3200GB |
| NAND | TOSHIBA | | | |
| SoC | TOSHIBA/Marvell | | | |
| DRAM | Micron / Hynix / Winbond | | | |
| AE Caps | NIPPON CHEMI-CON / Nichicon | | | |
| Total | 100 | 75 | 50 | 25 |

2) Power On Hour

| GB | CPH | POH/1DE |
|---|---|---|
| 400GB | 105,000 | 1,050 |
| 800GB | 78,750 | 1,050 |
| 1600GB | 52,500 | 1,050 |
| 3200GB | 26,250 | 1,050 |
| Total [h] | 262,500 | --- |

3). Drive Test Mode

| Test Mode/Equipment | Environment | Input voltage | Total [Drives] |
|---|---|---|---|
| Temperature Chamber in (YOKOHAMA) | 68+/-3 degree C for example (DE surface) | Normal (+5V , +12V) | 50 |
| Temperature Chamber in (TIP) | 68+/-3 degree C for example (DE surface) | Normal (+5V , +12V) | 200 |

4). RDT Test algorithm

Test mode : Combination of Random Write & Sequential Read , Sequential Write & Sequential Read

5). Spec

- MTBF => 2,000,000 hours

Notes)Employs a thermal acceleration factor (AF=8.4) based on Arrhenius model with Ea = 0.7 Ev

6). Failure

- The following Failures will require FA and an 8D:

A hard error or uncorrectable error

SMART trip

Timeout

**TOSHIBA** Leading Innovation >>>   **Storage Products Division**   **Confidential**   © 2015 Toshiba Corporation   107

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY   VIASAT_KIOXIA-0000006695

# 6.2 Reliability Demonstration Test (RDT)

## Population Tracking and MTBF

| Date | 5/5/~5/12 | 5/12~5/19 | 5/19~5/26 | 5/26~6/2 | 6/2~6/9 | 6/9~6/16 | 6/16~6/23 |
|------|-----------|-----------|-----------|----------|---------|----------|-----------|
| FW | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 |
| 400GB | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 800GB | 75 | 75 | 75 | 75 | 75 | 75 | 75 |
| 1600GB | 50 | 50 | 50 | 50 | 50 | 150 | 50 |
| 3200GB | 25 | 25 | 25 | 25 | 25 | 325 | 25 |
| Total | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| POH | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| CPH | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 |
| AF | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 |
| Number of failures | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MTBF | ---- | ---- | ---- | ---- | ---- | ---- | 2,408,604 |

## Accountable or FA investigation

| No. | Date/Time | S/N | Capacity | DRAM | Error Code | Failure Analysis |
|-----|-----------|-----|----------|------|------------|------------------|
| 1 | No Failure | | | | | |
| | | | | | | |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    108

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006696

# 6.2 Reliability Demonstration Test (RDT)

- Toshiba standard RDT does not include temperature cycle tests
- Toshiba can consider to conduct those temperature cycle tests as JQ

**Toshiba RDT objective:**
To demonstrate the drive reliability beyond 2 M Hours.

**Test drive:**
Total 500 drives combined with all capacities.

**Test condition:**
68 degC at drive case temperature. (AF=8.4)
Normal voltage supplied at 5V and 12V.
Host accesses are combination of random Rd/Wr and sequential Rd/Wr.
Power cycle included periodically.
Plan to run over 1,050 hours.

**Criteria:**
Chargeable failures : Harderror / Timeout / SMART trip
MTBF 2M hours (AFR 0.44% or less under 24x7 environment)

---

IBM Guidelines:
Test sample of 500 drives will be tested for 1620 hours.
**A. Hot Chamber ( Total test time is 1050 hours)**
1. Ramp Chamber up ( at the rate of 1 degree C per hour) from 40 degree C to 65 degree C.
2. Maintain the test temperature at 65 degree C for 1000 hours.
3. Ramp Chamber down (at the rate of 1 degree C per hour) from 65 degree C to 40 degree C.
**B. Cold Chamber ( Total test time is 570 hours )**
1. Ramp Chamber down ( at the rate of 1 degree C per hour ) from 40 degree C to 5 degree C.
2. Maintain the test temperature at 5 degree C for 500 hours.
3. Ramp Chamber up ( at the rate of 1 degree C per hour) from 5 degree C to 40 degree C

---

**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2014 Toshiba Corporation

**109**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006697

# 6.3 Endurance testing (drive level)

- Toshiba standard endurance RDT is based on JEDEC including high temp
- Toshiba can consider to conduct low temperature endurance RDT as JQ

IBM Guidelines:

a) Sample size: All surviving units from 25C distributed cycling are passed to post cycling retention test (min 114 from 3 lots)

b) Preconditioning : 25C distributed cycling (Endurance)

c) Test conditions:

Temperature: 25C

Random pattern

Voltage: Vccmax

No. of read cycles: 10K

d) Data to be reported:

1) Signal processing methods

2) Activation energy

3) Plot of Data Retention Lifetime vs Dwell times

4) Interim read capabilities at 75%, 50%, and 25%

a)      Acceptance criteria: 0 fails at specified ECC or meeting UBER 1E-14 requirement

**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2014 Toshiba Corporation

110

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006698

# 6.4 Ongoing Reliability Testing

**Same as P-M2**

## On-going Reliability Test

| | |
|---|---|
| **Purpose** | ORT is carried out to monitor the initial quality and to assure the reliability through the detection of potential failure in the field and with corrective action feedback of ORT data to the related design and manufacturing line. |
| | To detect and provide insight into process induced early life failure. |
| | To provide closed loop corrective actions for continuous process and product improvement. |
| **Sample Size** | Drives of Phoenix M2 models are randomly selected weekly from Finished goods. |
| **Operation Condition** | Test Time : One Week<br>Temperature : 0 deg. C (Ambient)  to  55 deg. C (Ambient)<br>Voltage : +7% , -7% , Normal |

| Lot Size | ORT Sample size |
|---|---|
| <= 5000 | x20 / 1week |
| 5001 - 10000 | x40 / 1week |
| >= 10001 | x 60 / 1week |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006699

Plaintiff's Exhibit PX354, page 111 of 132

# 6.4 Ongoing Reliability Testing

**Same as P-M2**

## ORT TEMPERATURE PROFILE



*1 week running = 1 cycle*
*Approx. 165 hrs run time*

| 2 H | 4.5H | 3H | 6H | 4 H | 8 H | 35.5 H | | 1.5 H | 65 H | | 35.5 H | |
|-----|------|-----|------|------|------|--------|---|-------|------|---|--------|---|
| Initial set | Pow on/off | RND | Pow | RND RD | RND W/R | Pow on/off | RND RD | Pow | Pow on/off | Pow on/off | Pow on/off | SEQ WT |
| SEQ RD | cycle test | W/R | on/off | Pow | SEQ WT | SEQ RD | SEQ RD | on/off | SEQ RD | cycle test | SEQ RD | SEQ RD |
| Pow on/off | SEQ W/R | | SEQ W/R | | SEQ RD | IDLE test | SEQ WT | RND | IDLE test | | IDLE test | Pow |
| cycle test | RND W/R | | RND W/R | | Pow on/off | RND WT | SEQ RD] | W/R | RND WT | | RND WT | on/off |
| | | | | | DST | RND RD | Pow on/off | | RND RD | | RND RD | cycle test |
| | | | | | SEQ WT | | cycle test | | SEQ RD | | RND W.R | |
| | | | | | SEQ RD | | | | | | | |

**TOSHIBA** Leading Innovation >>>  **Storage Products Division**    **Confidential**    © 2014 Toshiba Corporation    **112**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006700

Plaintiff's Exhibit PX354, page 112 of 132

# 6.5 MTBF methodology

## Case temperature vs. MTTF De-rating Curve



TOSHIBA
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    113

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006701

# 6.6 Demonstrated fix effectiveness; formal process to demonstrate fix effectiveness

## Field Quality Management process

- 100% field return drives are performed NTF testing at Toshiba FRC (Field Repair Center) in Philippines

- All the tested data are transferred to Toshiba quality data base

- The field ARR/AFR is monitoring real time by Quality group in Japan

- It is not only monitoring ARR/AFR but MOM (Month Of Manufacturing) which is product vintage performance monitoring

**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    114

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006702

# Lessons Learned from the previous model

| Area | Issue | Root Cause | Corrective Actions | Preventive Action | Types of Issue | P-M2 (2013) | P-M3 (2015) |
|---|---|---|---|---|---|---|---|
| F/W | LED Blinking Pattern Un-match | LED blinking pattern for the Start Unit command process was used by mistake for the return from Sleep mode | Use the correct LED blinking pattern for the return from Sleep mode | Check the spec of FW module by usage case | Certain OEM FW only | ● | ● |
| F/W | Error was not returned when a value over MAX LBA COUNT was assigned | Inquiry VPD Page B0h value was not referred at UNMAP command | Corrected the spec of UNMAP command | Check "UNMAP spec" at F/W design phase | Certain OEM FW only | ● | ● |
| F/W | Drive Not Ready | L1 ECC was not working during NAND connecting check at the start-up | Add L1 ECC during NAND connecting check at the start-up | Check L1 ECC for NAND connecting check at F/W design phase | General Issue | ● | ● |
| NAND | Recovered Read Error | Leakage between NAND word lines due to micro particle | Enhance cleaning in NAND wafer process | Continual improvement for particle reduction at NAND wafer process | General Issue | ● | ● |

**Legend :**  ● ➔ **Applied from ES,**  ● ➔ **Applied from VS**

**TOSHIBA** Leading Innovation >>>   **Storage Products Division**      **Confidential**      © 2015 Toshiba Corporation   115

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000006703

# 7. Manufacturing Overview - Factory location

■ TIP – LTI (Philippines)





IBM Header Code "0XM"



| Toshiba Information Equipment (Philippines), Inc. (TIP) | |
|---|---|
| Address | 103 East Main Avenue Extension, Special Export Processing Zone, Laguna Technopark, Binan, Laguna, Philippines 4024 |
| Products | 2.5 inch & 1.8 inch Hard Disk Drives, Solid State Drives, e-PCB |



**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    116

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006704

# 7. Manufacturing Overview - Phoenix-M3 Assembly and Test Process



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006705

Plaintiff's Exhibit PX354, page 117 of 132

# Note: Tomcat SATA duplicated 11S S/N

- Serial number duplication was caused by conversion method from SATA Toshiba 12-digit serial number to IBM 11S 8-digit serial number.
- As for SATA drive, portion of Toshiba serial number ($S_1S_2S_3$) is assigned sequentially in each capacity model and manufacturing line.
- Conversion method of SATA drive does not contain model code, therefore, there is a possibility that same serial number will be assigned between different capacities models.

- As for SAS drive, this issue does not occur, because model code ($A_1A_2$) is contained in the conversion method.

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2014 Toshiba Corporation    118

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006706

Plaintiff's Exhibit PX354, page 118 of 132

# Comparison how to generate 11S S/N

## Tomcat SATA

Toshiba 12 character SN : MYD $L_1L_2S_1S_2S_3$ F $A_1A_2A_3$

IBM 11S 8 character SN  : $L_1L_2$ MYD $S_1S_2S_3$

Where,     M = Month(1-9,X,Y,Z)

Y = Last digit of year (3 from 2013).

D = Day of the month (1-9, A-V)

L = Manufacturing Line number (1-9, A-Z)

$S_x$ = Serial number (0-9, A-Z)

F = Factory Code (F : CIP,  T : LTI , S : SAE)

$A_x$ = Model code. (0-9,A-H,W,J-N,X,P-Z)

Toshiba SN and IBM 11S may contain 'I' and/or 'O'.

If the drives were manufactured in same manufacturing line, same serial number will have by different capacity models, because Model code does not contain in the conversion method.

## AL13SX and Phoenix-M2

Toshiba 12 character SN : MYD $S_1S_2S_3S_4S_5$ F $A_1A_2A_3$

IBM 11S 8 character SN  : $A_1A_2$ MYD $S_3S_4S_5$

Where,     M = Month(1-9,X,Y,Z)

Y = Last digit of year (3 from 2013).

D = Day of the month (1-9,A-H,W,J-N,X,P-Z)

$S_x$ = Serial number (0-9)

F = Factory Code (F : CIP,  T : LTI , S : SAE)

$A_x$ = Model code. (0-9,A-H,W,J-N,X,P-Z)

$A_2$ is the most changeable character,

$A_1$ is the second, and $A_3$ is the third.

Toshiba SN and IBM 11S may contain 'I' and/or 'O'.

Model code is assigned in the conversion method, then serial number duplication will not occur.

Plaintiff's Exhibit PX354, page 119 of 132

# Comprehensive Countermeasure

## Also applied to Phoenix-M3 as well as AL14SE & AL13SX-MLK

- In order to avoid serial number duplication, serial number will be generated by converting from **WWN** Unique ID(36bits:0~35).



Table A.34 — IDENTIFY DEVICE data WWN format (word-based view)



- Meaning:
  - "1" or "0" : fixed
  - "X" : Follow on each WWN bit

- 11S S/N part (8 digit) is character indicated w/ following table assign

- Most highest digit on 11S S/N should be "S" or "T", previous released Toshiba drives do not use "S" or "T".



This conversion method will be implement into IDENTIFY DEVICE data and Log Page B0.



Storage Products Division          Confidential          © 2014 Toshiba Corporation          120

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006708

# Example: WWN-based S/N conversion

## Existing ELP 11S S/N duplicated (7K34D007) drives

 

**Sample A:**
Toshiba S/N: **34D7K007FBLB**
WWN: **56BA01209**

**Sample B:**
Toshiba S/N: **34D7K007FBYB**
WWN: **56BA01211**

### => Sample A: New 11S S/N: SPPU26JB

### => Sample B: New 11S S/N: SPPU26JK



**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2014 Toshiba Corporation

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Plaintiff's Exhibit PX354, page 121 of 132

VIASAT_KIOXIA-0000006709

# 8. Gap Analysis - Result after July 23 conf call

- **Remaining Open Items**
  - 3.10      (IBM) Activity Reporting Through LED
  - 4.3.1     (Toshiba) SSD Time to Ready
  - 4.4.1     (IBM) Power Supply Requirements
  - 4.4.3     (Toshiba) Bulk Capacitance

    => Explained at "2.6 Power and Current" (except closed-up waveform)
  - 7.9       (Toshiba) Firmware Watchdog
  - 7.11.1    (Toshiba) SCSI Command Set (Get LBA Status)
  - 7.11.5.3 (IBM) Mod Page 2 - Disconnect/Reconnect parameters
  - 7.11.5.7 (IBM) Mode Page 8 - Caching Parameters
  - 7.11.12.3 (IBM) Log Page 19h - Performance Statistics
  - 7.11.12.7 (IBM) Log Page 33h - Erase Errors (SSD Only)
  - 9.3       (IBM) FDE/SED (Encryption)
  - 11.8      (IBM) Spec Extension Confirmation

**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation      122

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006710

Plaintiff's Exhibit PX354, page 122 of 132

# 8. Gap Analysis - Result after July 23 conf call

**3.10 Activity Reporting thru LED** ==> Tim O'callaghan to provide explanation of what is needed for Toshiba to implement

**4.3.1 SSD Time to Ready** ==> Toshiba to review what can be done to improve this item and comeback with proposal at the Design Review.

**4.4.1 Power Supply Requirements** ==> Barry Shepherd to validate is +9% @ 12V Tolerance vs Spec of +10% is acceptable.

**4.4.3 Bulk Capacitance** ==> Toshiba to provide schematics of equipment used to take measurement as well as close up graph of the transient Spike and its duration..

**7.9 Firmware Watchdog** ==> Tim O'Callaghan to review comments about how proposed implementation differs from IBM expectations. Toshiba to Come back with Effectiveness for the implementation.

**7.11.1 SCSI Command Set - Get LBA Status (16)** ==> Current Time for 4TB drive is 4 Hrs. Toshiba working to reduce to ~1 hr. Tim O'Callaghan to confirm is that is acceptable.

SCSI Command Set - Support of UNMAP Command - Tim O'Callaghan to review Toshiba's request to allow support of UNMAP command

**7.11.5.3 Mod Page 2 - Disconnect/Reconnect parameters** ==> SAS Standard does not specify DISCONNECT TIME LIMIT, therefore Toshiba doesn't have it implemented, thus no limit. Tim O'Callaghan to review and provide feedback.

**7.11.5.7 Mode Page 8 - Caching Parameters** ==> WCE can be swiched on/off, however caching will be always enabled. Tim O'Callaghan to confirm if that is acceptable.

**7.11.12.3 Log Page 19h - Performance Statistics** ==> Toshiba cannot support Read Command Processing Interval (Bytes 40-47) and Write Command Processing Intervals (bytes 48-55). This is because Firmware does not count separately read and write, therefore does not detect completion of read and write commands. Tim O'Callaghan to review and confirm if this acceptable.

**7.11.12.7 Log Page 33h - Erase Errors** ==> Tim O'Callaghan to review Toshiba's response on tab "Log Page 33h"

**9.3 FDE/SED (Encryption) (Modified)** ==> P-M3 does not return random data. It will return Zeroes. Tim O'Callaghan to Review if this is acceptable for SED drives

**11.8 Inquiry Data Format- EVPD=1 Page code CAh** ==> Chuck Burkart to work with Toshiba until Spec Extension for Storwize is fully understood

**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    123

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006711

Plaintiff's Exhibit PX354, page 123 of 132

# 8. Gap Analysis – 4.3.1 SSD Time to Ready

- **IBM spec**
  - Power on to ready for IBM spec      2+12=**14s**

- **P-M3 (4TB) 24s**
  - IPL, etc                                                              2s
  - Setting NAND parameter                                   2s
  - Restoring NAND management information          2s
  - Restoring a part of FLT                                      9s
  - Replacing NAND block partially written to new block  9s

- **Proposal**
  - P-M3 can become ready to receive R/W commands within 14s from power on.
  - But it takes **10s** to return the response to the host.
    - Timeout value for R/W command is **10s** in IBM spec.
    - Need to reduce the time to get margin

**TOSHIBA** Leading Innovation >>>     **Storage Products Division**                          **Confidential**                          © 2015 Toshiba Corporation    124

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                        VIASAT_KIOXIA-0000006712

# 8. Gap Analysis – The other Toshiba items

- ## 7.9 Firmware Watchdog
  - Toshiba to implement watchdog function to recover the following cases:
    - SAS command handling, Management of drive status, etc.
    - NAND control failure causing hang-up which would not be recoverable

- ## 7.11.1 SCSI Command Set (Get LBA Status)
  - Execution time
    - 500ms for 1GB in actual measurement.
    - 33minutes for 4TB model.
    - 60GB can be executed within IBM host timeout 30s.

- ## (Additional gap) 7.13.2 Sense-Key Specific
  - Actual Retry Count is not supported

| BYTE | BIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 15 | SKSV [1] | Reserved [0] | | | | | | |
| 16 17 | (MSB) | Actual Retry Count | | | | | | (LSB) |

Table 131: Actual Retry Count Bytes

5 Toshiba Corporation    125

**TOSH**
Leading Inn

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006713

# 8. Gap Analysis

- ## Additional Questions / Confirmations

  - 3.8.3 Event Log: What is "Super Parity"?

  - 3.11 Fault Reporting Through LED: Blink code is not included in the purchase spec

  - 3.19 Table-Rebuild/Potential Data Loss: Table-Rebuilds is not defined in SMART attributes (7.11.12.8)

  - 7.11.10 40h - Change Definition: The key for password is needed

  - 7.11.12.6 Log Page 32h - Temperature History: No parameter header

  - 7.11.12.8 Log Page 34h - SMART Data Page: How to normalize the value like power cycle count, device temperature and Volatile Memory Backup Failure?

  - 7.11.12.9 Log Page 37h - SSD Performance Statistics: No parameter header

  - 7.11.12.10 Log Page 3Fh - Degraded Status Page: No parameter header



**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    126

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006714

# 9. Qualification Plans – IBM Storwize

- **Schedule:**
  - Full qual start: Aug. 3 in Hursley, UK
  - Target qual completion: Nov., 2015

- **Customization:**
  - Purchase Spec Core (§1-8) & Base (§9)
  - 10DWPD 18ch, non-SED, 400/800/1600/3200GB, 512byte/sector, no PI

- **Requested samples:**
  - {400, 800, 1600, 3200} GB = {60, 60, 60, 40} pcs
  - IBM drive labels and IBM FW

- **1st FW rev:**
  Product FW: "6001"
  Experimental FW: "60A0"

- **Target shipment: Around August 10**
  - IBM drive labels (ICES is not yet)
  - A level of IBM FW "S402" temporarily installed (Almost Generic FW, inquiry changed)
  - Regression test completion target with an improved FW (the "7/E" items): Aug. 20

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    127

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006715

# 9. Qualification Plans – IBM Power

- **GA: April, 2016**
- **Customization:**
  - Purchase Spec Core (§1-8) & Power (§11)
  - 1DWPD 16ch, non-SED, 1920GB, 4224byte/sector, no PI
- **Requested sample dock date:**
  - Aug. 1: 1920GB 96pcs for FTC at TAEC Austin

    6 additional drives required, 3 for IBM Austin and 3 for IBM Rochester.

  - Sept. 4: 1920GB 200pcs for ITC at IBM Power
  - Nov. 14: 1920GB 240pcs for STC at IBM Power
  - Dec. 7: 1920GB TBD for JEMT at IBM Power

- **1st FW rev:**

  Product FW: "5401"

  Experimental FW: "54A0"

- **Target shipment for FTC at TAEC Austin: Around August 10**
  - Generic drive; A level of IBM FW to be delivered separately
  - Regression test completion target with an improved FW (the "7/E" items): Aug. 20
    - FW to be provided by or on August 17



**Storage Products Division**

Confidential

© 2015 Toshiba Corporation     128

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006716

# 9. Qualification Plans – IBM Netezza

- ## Schedule:
  - Qual start: Sept / Oct
  - Target qual completion: TBD

- ## Customization:
  - Purchase Spec Core (§1-8) & Base (§9)
  - Future samples IBM Netezza wants SED only.

- ## Requested samples:
  - Sniff samples provided: 3DWPD, non-SED, 800GB, 512 byte/sector, no PI
  - Two drives delivered to Nicholas Nickole and testing started on July 20. Waiting testing status / results.

**TOSHIBA**
Leading Innovation >>>

**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    129

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006717

# Product Shipment Proposal

- ## When shipment:
  - A level of IBM Storwize FW will be installed in all P-M3 for IBM shipped at TIP
  - Formatted with 512byte/sector, no PI

- ## At IBM Storwize:
  - (Requirement: 10DWPD 18ch, non-SED, 400-3200GB, 512byte/sector, no PI)
  - Please down load new IBM Storwize FW

- ## At IBM Power:
  - (Requirement: 1DWPD 16ch, non-SED, 1920GB, 4224byte/sector, no PI)
  - Please down load IBM Power FW and format

- ## At IBM Netezza:
  - (Requirement: SED model)
  - Please down load IBM Netezza FW



**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    130

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006718

# 10. Discussion and Wrap-up

- ## Action items:



**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    131

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006719

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006720