## Product Cost Estimate (FY2022 / 2nd Half)

2023/04/27 11:34:25

| MDOD calculation date and time | Cost estimate calculation date and time | "Confidential" |
|---|---|---|
| 2022-09-27-08:43 | 2022-09-12-17:16 | |

Unit (JPY)

| BU | SSBU | Group Code | Product Code | Product Symbol | Department / Section | Office | Unit | Assessment TOV | Application TOV | Pool Difference | Year and month of application |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X11 | X111 | S8M9608B01J09670 | | S8M9608B01J09670 | P3AD30 | CC | KP | 4,240,000 | 4,230,000 | 10,000 | 2022/10/01 |

| Technical Section Code | Outer Enclosure Code | Number of pins | Number of wires | Wire Length (mm) | Type code Type 1 | Name | Type 2 | Name | Product yield TEST | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 22BSSK2 | SSD | 291 | 0 | 0.000 | SSD CCET BG5 | SSD CCET BG5 | | | 1.000 | 0.990 |

| Diffusion | Pellet yield D/S | Total | Wafer diameter | Vertical | Horizontal | Chip size Area | Number of elements | | Gross wafer | Gross pellet / LOT | NET pellet / LOT | TD/SU name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 0 | 0 | |

| | Theoretical material cost | Standard material cost Pellet | Made by other company | Subcontracted processing | Other purchases | Total | Direct labor cost | Indirect material cost | Power cost | Depreciation and amortization cost | Other expenses | Cost before allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Evaluation | 3,869,490 | 2,666,664 | 518,181 | 723,727 | 0 | 3,908,572 | 0 | 0 | 0 | 0 | 0 | 3,908,572 |
| Total | 3,869,490 | 2,666,664 | 518,181 | 723,727 | 0 | 3,908,572 | 0 | 0 | 0 | 0 | 0 | 3,908,572 |

| | Allocated cost Inspection cost | Administrative Department cost | Operating department cost | Indirect labor cost | Total | Fixed cost | Total manufacturing cost | Application TOV | General and administrative expenses | Non-operating income and expenses | General account | Margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Evaluation | 0 | 12,376 | 306,041 | 3,836 | 322,253 | 322,253 | 4,230,825 | | | | | | |
| Total | 0 | 12,376 | 306,041 | 3,836 | 322,253 | 322,253 | 4,230,825 | | | | | | |
| | ( 0.00 ) | ( 1.71 ) | ( 7.83 ) | ( 0.53 ) | | | | | | | | | |

| CC | Process code | Constituent material name | Material code | Material symbol | Unit | EMP | Theoretical (KP) Quantity | Amount | Parts | Process | Total | Standard (KP) Quantity | Amount | Material classification | Sourcing category | Supplier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | KB5N0512ZD302A08B | KB5N0512ZD302A08B | KP | 2,640,000.00 | 1.0000 | 2,640,000 | 1.000 | 0.990 | 0.990 | 1.0101 | 2,666,664 | 436 | 5 | E-NAND |
| APE2 | ATU | PELLET2 | OLYMPOS_1B-PKG | TC58NCOL1BGSB-M1 | KP | 513,000.00 | 1.0000 | 513,000 | 1.000 | 0.990 | 0.990 | 1.0101 | 518,181 | J3Z | 1 | Yokkaichi City |
| MCAL | ATT | ASSLY CALCOMP | CCETBG5008 | C_BG5 2280SSUF 4L 512G | KP | 716,490.00 | 1.0000 | 716,490 | 1.000 | 0.990 | 0.990 | 1.0101 | 723,727 | V3C | 2 | CCET |

| Cost center Code | Name | Classification | Number of process times | Theoretical (KP) | Standard (KP) | Processing cost rate Direct labor cost | Indirect material cost | Power cost | Depreciation and amortization cost | Other expenses | Processing cost (KP) Direct labor cost | Indirect material cost | Power cost | Depreciation and amortization cost | Other expenses | Total | Section which entrusted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Common 1 | Quantity of pieces | 1 | 1.0000 | 1.0101 | | | | | | | | | | | | P3AD30 |
| 003 | Common 3 | Quantity of pieces | 2 | 2.0000 | 2.0202 | | | | | | | | | | | | P3AD30 |



PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
PX374

Exhibit Dalphy 10

 # legaltranslations.biz

**(Division of Nelles Translations)**

**3 Grant Square  -  Suite 336  -  Hinsdale, IL 60521  -  630-567-8730**

## <u>Certification</u>

This is to certify that the foregoing translation of the bates numbered document VIASAT_KIOXIA-0000008395 was made from Japanese to English from the document by a competent translator well acquainted with both languages, and that, to the best of our knowledge and belief, it is a true and complete rendering into English of the selected text.

Date: August 3, 2023

_____

Donald W. Hanley, CEO