**TOSHIBA**

社外秘

# Phoenix/Condor-M3

## firmware

## Basic design specifications

Ltd.  Toshiba

TOSHIBA  CORPORATION

| No. | |
|---|---|
| | 10-0307 |
| TOTAL | CONT. ON 2PAGE No.  1 |

TOSHIBA CONFIDENTIAL



PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX2009**

Plaintiff's Exhibit PX2009, page 1 of 115

**TOSHIBA**

TITLE: Phoenix-M2 Firmware Basic Design Specifications

| REV No. | date DATE | article CONTENTS | Department DEP. | responsi ble person REVISED | investig ation INV. | approval APP'D | storage date STGE.PER, |
|---|---|---|---|---|---|---|---|
| 00 | 2013/mm/dd | Initial release | [ES move] (ES3) | | | | |

No.

10-000x

TOSHIBA CONFIDENTIAL

CONT. ON 3    PAGE NO. 2

Plaintiff's Exhibit PX2009, page 2 of 115

**TOSHIBA**

eye  Next

1.   OVERVIEW ................................................................................................................................ 9

1.1   INPUT .......................................................................................................................... 9

1.2   INTENDED READERS .................................................................................................. 9

1.3   BASIC DESIGN CONCEPT .......................................................................................... 10

1.4   RELATED DOCUMENTS ............................................................................................ 10

1.5   GLOSSARY ................................................................................................................. 11

2.   ARCHITECTURE SPECIFICATION ....................................................................................... 12

2.1   WRITE BUFFER ......................................................................................................... 12

2.2   LUT ........................................................................................................................... 12

2.3   NAND ........................................................................................................................ 12

2.4   DUAL BACK END ....................................................................................................... 13

3.   SYSTEM CONFIGURATION14 ............................................................................................... _

3.1   EQUIPMENT CONFIGURATION ................................................................................ 14

3.2   SOC CONFIGURATION .............................................................................................. 15

3.3   DEVICE CAPACITY AND NAND / DRAM CONFIGURATION .................................... 16

3.4   FIRMWARE CONFIGURATION ................................................................................. 18

4.   SYSTEM OPERATING SPECIFICATIONS ............................................................................ 19

4.1   SYSTEM DATA ........................................................................................................... 19

4.2   SECTOR SIZE ............................................................................................................ 20

4.3   WRITE SCHEDULING ............................................................................................... 21

4.4   COMPACTION ........................................................................................................... 21

4.5   PERFORMANCE22 .................................................................................................... _

4.5.1   Points to note ................................................................................................. 22

4.5.2   Time constraints ............................................................................................ 23

4.6   THROTTLING ............................................................................................................ 23

4.7   INTER - CPU COMMUNICATION .............................................................................. 24

4.8   DUAL BE ................................................................................................................... 24

4.8.1   Handling of Dual BE ...................................................................................... 24

4.8.2   Hardware settings .......................................................................................... 24

4.8.3   Synchronization between BEs ........................................................................ 24

4.9   FUA ........................................................................................................................... 24

4.10   STARTUP .................................................................................................................. 25

4.10.1   Restrictions on startup ................................................................................ 25

No.

10−000x

TOSHIBA CONFIDENTIAL

CONT. ON 4      PAGE NO.  3

**TOSHIBA**

4.11   PLP25 ........................................................................................................................_

4.12   DM SNAPSHOT ...........................................................................................................27

4.13   ATOMIC WRITE ..........................................................................................................27

4.14   WRITE SAME ..............................................................................................................27

4.15   UNMAP ......................................................................................................................28

4.16      FAST UNMAP ............................................................................................................28

4.17   FORMAT ....................................................................................................................28

4.18   SANITIZE ...................................................................................................................28

4.19   START/STOP UNIT .......................................................................................................28

4.20   SLEEP .......................................................................................................................29

4.21   INTERNAL STATE DURING TRANSITION TO STOP AND SLEEP ...............................................29

4.22   NAND ERASE .............................................................................................................30

4.23   CPU NAND ACCESS ...................................................................................................30

4.24   ERASE EFFECTIVE TIMEOUT .........................................................................................30

4.25   DSM .........................................................................................................................30

4.26      CLUSTER SMASH .......................................................................................................30

   4.26.1   ECC Framing .......................................................................................................31

4.27   SHIFT READ ...............................................................................................................31

4.28   PATROL .....................................................................................................................32

   4.28.1   NAND Patrol .......................................................................................................32

   4.28.2   Memory Patrol .....................................................................................................32

   4.28.3   Capacitor Patrol ..................................................................................................33

4.29   SALVAGE FW .............................................................................................................33

4.30   OP ADD ....................................................................................................................33

4.31   LUT MARGIN .............................................................................................................33

4.32   FW IMAGE .................................................................................................................33

4.33   PCIE RESET ..............................................................................................................33

5.   FUNCTIONAL SPECIFICATIONS OF EACH FW BLOCK ...................................................35

5.1   FRONT END (COMMON) ................................................................................................35

   5.1.1   Startup processing ................................................................................................35

   5.1.2   PLP .....................................................................................................................35

   5.1.3   Front End Statistics ..............................................................................................36

   5.1.4   Workload Log .......................................................................................................36

   5.1.5   Device status management .....................................................................................36

   5.1.6   Throttling instructions36 ........................................................................................36

   5.1.7   Host Command Processing .....................................................................................36

   5.1.8   Drive Specific Information ( DDP ) Management ......................................................36

No.

10−000x

**TOSHIBA**

5.2     FRONT END ( SAS ) ................................................................................................36

  5.2.1     SAS Command Processing .................................................................................37

  5.2.2     Command Queue ...............................................................................................37

  5.2.3     Command division .............................................................................................37

  5.2.4     LBA Duplicate Check ........................................................................................37

  5.2.5     Credit ...............................................................................................................38

  5.2.6     Power Management ...........................................................................................38

5.3     FRONT END ( NVME ) ............................................................................................38

  5.3.1     Command Queue ...............................................................................................39

  5.3.2     Command division .............................................................................................39

  5.3.3     LBA Duplicate Check ........................................................................................39

  5.3.4     Credit ...............................................................................................................39

  5.3.5     Power Management ...........................................................................................40

5.4     FRONT END ( SOP-PQI ) ........................................................................................40

5.5     BACK END - DATA MANAGER .................................................................................41

  5.5.1     Initial startup processing ..................................................................................41

  5.5.2     Normal startup processing ................................................................................41

  5.5.3     Normal processing ............................................................................................42

  5.5.4     Stop processing ................................................................................................44

  5.5.5     Startup processing on return .............................................................................44

  5.5.6     Failure startup processing .................................................................................44

5.6     BACKEND SYSTEM MANAGER ...............................................................................45

5.7     SEQUENCER .........................................................................................................46

5.8     IPL ......................................................................................................................47

  5.8.1     Mask ROM Code ...............................................................................................47

  5.8.2     Boot Code (SFROM) .........................................................................................48

  5.8.3     User Code (NAND/ volatile memory ) ...............................................................50

6.   DATA STRUCTURES ................................................................................................52

6.1     MCA ....................................................................................................................52

6.2     LOGIC BLOCK .......................................................................................................54

6.2.1 Structure of Logical Blocks ......................................................................................54


  6.2.2     Accumulation by Ch ..........................................................................................55

  6.2.3     Dealing with Chip Defects .................................................................................57

  6.2.4     Gaps in Logical Blocks .....................................................................................58

  6.2.5     Replacement of bad blocks (recycled blocks) ...................................................59

  6.2.6     Logical block data recording format ..................................................................60

No.

10−000x

**TOSHIBA**

6.3    DATA ON DRAM ................................................................................................64

   6.3.1    L2P logical-to-physical conversion table ...............................................64

   6.3.2    3rd Cache ...............................................................................................66

   6.3.3    1st V ........................................................................................................67

   6.3.4    1st NV......................................................................................................67

   6.3.5    FW shared information ...........................................................................68

   6.3.6    Individual information ...........................................................................68

   6.3.7    Emergency evacuation area ...................................................................68

   6.3.8    FWQ .......................................................................................................69

6.4    DATA ON SRAM................................................................................................69

   6.4.1    Effective cluster counter ........................................................................69

6.5    DATA ON COMMUNICATOR SRAM ...................................................................69

6.6    DATA ON NAND ..............................................................................................70

   6.6.1    Objects managed by DM .........................................................................70

   6.6.2    Things managed by System Manager .....................................................71

6.7    DATA ON SERIAL FLASH ..................................................................................72

6.8    USER DATA FORMAT ........................................................................................73

7.    SYSTEM STATE ................................................................................................ 75

7.1    READ ONLY MODE ...........................................................................................75

7.2    WRITE PROTECTED MODE ...............................................................................75

7.3    FAILURE MODES ..............................................................................................75

7.4    STATE TRANSITION OPERATION .......................................................................75

   7.4.1    Transition to Read Only Mode ...............................................................75

   7.4.2    Transition to Write Protected Mode .......................................................76

   7.4.3    Transition to failure mode .....................................................................76

8.    OPERATION OVERVIEW ................................................................................. 77

8.1    READ ..............................................................................................................77

   8.1.1    User data read processing flow ..............................................................77

   8.1.2    Error correction processing ...................................................................77

   8.1.3    Read to Logical Page during Host Write ...............................................78

8.2    WRITE .............................................................................................................79

   8.2.1    User data write process flow ..................................................................79

   8.2.2    Program Status Fail ...............................................................................79

   8.2.3    Writing to NAND ....................................................................................81

8.3    USER DATA COMPACTION .................................................................................82

   8.3.1    Valid cluster determination ...................................................................82

No.

10−000x

TOSHIBA CONFIDENTIAL

CONT. ON 7          PAGE NO.  6

**TOSHIBA**

8.3.2    *Cluster Copy & LUT Update* ............................................................................ 82

8.3.3    *Gear ratio and destination block supply* ................................................... 83

8.3.4    *Program Status Fail* ................................................................... 83

8.4    UNMAP ............................................................................................ 85

8.4.1    *Unmap processing flow* ................................................................. 85

8.5    FLUSH ........................................................................................... 86

8.5.1    *Flush process flow* ................................................................. 86

8.6    STOP UNIT ........................................................................................ 87

8.7    FW DOWNLOAD ..................................................................................... 87

8.8    SLEEP ........................................................................................... 87

8.9    LUT COMPACTION ................................................................................. 88

8.10    BOOT ........................................................................................... 89

8.10.1    *boot process M2 unedited* ........................................................... 89

8.10.2    *First boot* ....................................................................... 90

8.11    OPERATION WHEN DOWNLOADING ( WITH SAVE ) *UNEDITED AS M2* ................................. 91

8.12    POWER LOSS DATA PROTECTION (PLP) ............................................................ 93

8.13    POWER STATE ( SAS ) *NEEDS MODIFICATION* ..................................................... 94

8.13.1    *Power  On* ......................................................................... 94

8.13.2    *Active* ........................................................................... 94

8.13.3    *Idle  A* ........................................................................... 94

8.13.4    *Stopped* ........................................................................... 94

8.13.5    *Idle A power saving state* ......................................................... 95

8.14    SANITIZE ........................................................................................ 96

8.15    WRITE THROTTLING *UNEDITED AS M2* ............................................................ 97

8.16    TABLE TO CHANGE FW BEHAVIOR .................................................................. 98

8.17    STATISTICS ...................................................................................... 99

8.17.1    *F/E Management Statistical Information - Planning to Follow SASM2* ................. 99

8.17.2    *F/E Management Statistics - NVMe* ................................................. 100

8.17.3    *B/E Management Statistics* ......................................................... 100

9.    ERROR HANDLING ............................................................................... 101

9.1    DEFINING FAILURE OF EQUIPMENT AS A WHOLE ..................................................... 101

9.2    NAND ERROR ..................................................................................... 102

9.2.1 Error in Read ................................................................................. 102

9.2.2 Error in Write ................................................................................ 103

9.2.3    *Busy Timeout* ................................................................... 104

9.3    BAD BLOCK, BAD CHIP, FAILURE CONDITIONS ...................................................... 105

9.4    MEMORY ERROR (IWAI) *M2 UNEDITED* ............................................................. 106

| | No. |
|---|---|
| | 10−000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 8        PAGE NO.  7 |

Plaintiff's Exhibit PX2009, page 7 of 115

**TOSHIBA**

*9.4.1    DRAM Error Handling Strategy* ...............................................................................................*106*

*9.4.2    SRAM Error Handling Strategy* ...............................................................................................*107*

9.5    HARDWARE FAILURE ...........................................................................................................108

**10.    APPENDIX** ............................................................................................................................. **109**

10.1    MEMORY MAP ....................................................................................................................109

10.2    LOGS FOR FAILURE ANALYSIS .............................................................................................109

Plaintiff's Exhibit PX2009, page 8 of 115

**TOSHIBA**

No.

10−000x

TOSHIBA CONFIDENTIAL

CONT. ON 10        PAGE NO.  9

Plaintiff's Exhibit PX2009, page 9 of 115

**TOSHIBA**

| No. | |
| --- | --- |
| 10−000x | |

TOSHIBA CONFIDENTIAL

| CONT. ON 11 | PAGE NO. 10 |

**TOSHIBA**

No.

10-000x

TOSHIBA CONFIDENTIAL

CONT. ON 12        PAGE NO. 11

**TOSHIBA**

| | No. |
| --- | --- |
| | 10–000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 13        PAGE NO. 12 |

Plaintiff's Exhibit PX2009, page 12 of 115

**TOSHIBA**

# 1. overview

This document is written as a design policy for the development of enterprise SSD (hereafter referred to as eSSD ) using MLC NAND .The purpose of this basic design document is to organize the requirements and design policy, and to summarize the specifications for linking to implementation design.Therefore, we will clarify the functions required for the eSSD device and the structural design (division and its interface) to realize it.

On the other hand, eSSD development inevitably involves time gap between the preceding algorithm design and subsequent information input (organization) of customer requests, as well as a time gap between preceding SoC development and subsequent system design and FW design according to how to create a design schedule. As long as our development is not a pioneering position, it is desirable to shorten the design time as a follow-up.In addition, demand from the eSSD business , which has not escaped from its early days, fluctuates rapidly.Alternatively, existing competitors' specifications become a disturbance, and design requirements change.

In the basic design, based on the TRIDENT design concept, what was selected from the movement of the market trends described above, what was decided, and after leaving the result of what was decided, the contents decided and agreed upon by the designers were described , The final purpose is to confirm through review.To that end, this document will be updated accordingly.

## 1.1 input

The following five sources of information were used to create this document.

### (1)Phoenix-M3 software requirement specification confirmation document

This is the required specification for determining the specification from the outside of the equipment based on the customer's request and the specification prediction of the other company's product.Based on this, there is a separate requirement specification for each design module that summarizes the design requirements.

These requirement specifications are reviewed by the Specification WG, Implementation WG, and Architecture WG, and serve as confirmation materials for determining the external specifications of equipment design.

### (2)NVMe

NVM Express 1.0c and NVM Express 1.1

### (3)SOP-PQI

SOP-r04d

PQI-r06l

## 1.2 Assumed reader

This document is a starting point for advancing FW design, and describes the stages of abstract design.Therefore, the intended readers are 1) FW designers (persons in charge of detailed design and implementation), 2) SoC designers who discuss and decide the operation specifications, and 3) Those who evaluate or manufacture design deliverables based on this document.

The FW designer should use it as a reference at the detailed design consideration stage, and the operation specifications should be confirmed with the SoC designer to prevent backtracking due to misunderstandings in design.It is written for the purpose of conveying the outline of the operation explanation to the person in charge of evaluation manufacturing.

No.

10-000x

TOSHIBA CONFIDENTIAL    CONT. ON 14    PAGE NO. 13

Plaintiff's Exhibit PX2009, page 13 of 115

**TOSHIBA**

## 1.3 Basic design concept

eSSD is a component used in systems called servers and storage, and is required to have higher reliability, lifespan, and performance than cSSD.Taking reliability as an example, assuming that a cSSD is used in a system such as a notebook PC, it requires about 25GB of write processing per day regardless of the stated capacity.On the other hand, the eSSD is expected to continue writing with the processing performance indicated by the device performance for five consecutive years, and it is a device requirement that makes it difficult to guarantee the product life due to the large amount of writing.At present, we are estimating how long the device life can be designed on the premise that 10 times the amount of written capacity is written per day, and are studying how to realize a five-year life for the entire device. Our design policy is to do so.

As a design for data reliability, it is necessary to detect data corruption that occurs within the device and notify an external device such as a server or storage (hereinafter simply referred to as a host) of the error.Error causes include 1) memory soft errors caused by cosmic rays, 2) data garbled due to noise in electrical signal processing, 3) system data corruption, and 4) data corruption in NAND.
In particular, it is required to guarantee that write data will not be lost due to unexpected power failure.This is called power safe write or power loss data protection (hereinafter abbreviated as PLP).

Regarding performance, we will pursue higher performance in anticipation of our competitors.In addition, the customer's request is taken into consideration when making a decision.In this design, which adopts MLC as the recording media, there is a significant trade-off between life and performance compared to SLC.Access performance is determined by configuring NAND parallelization in both the channel direction and the interleave direction, and considering the tradeoff with power consumption.The power consumption is defined as an average of 9W and care should be taken not to exceed this.Furthermore, the improvement in access performance due to parallelization depends on design constraints on the PCB and design constraints on the form factor.

Our design pursues both longevity and performance, but prioritizes a 5-year lifetime.

## 1.4 related document

1.The documents shown in Section 1 are related to the preparation of this document.

| | No. |
|---|---|
| | 10-000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 15        PAGE NO. 14 |

Plaintiff's Exhibit PX2009, page 14 of 115

**TOSHIBA**

## 1.5 vocabulary

No.

10-000x

TOSHIBA CONFIDENTIAL                    CONT. ON 16        PAGE NO. 15

Plaintiff's Exhibit PX2009, page 15 of 115

**TOSHIBA**

## 2. architecture specification

The Back End architecture is based on the Trident architecture that was the base of the previous model Phoenix-M2 (hereafter P-M2), but based on reflections on the development of Quark, the first generation cSSD of the Trident architecture An improved Quark2-based architecture with some eSSD requirements added.

Wide Port was supported in Front End, but it was decided not to support it as a device due to SoC schedule and port placement problems.Although there is no big change as SAS, in order to reduce the overhead of FW, HW assist is added and command processing is distributed by adding Sequencer.

The major changes are as follows.

### 2.1 Write buffer

Conventionally, when data is received in the Write Buffer, the LUT points to the Write Buffer and then returns a response, and the LUT manages whether the Write Buffer has the latest data.

This time, the Write Buffer is treated as a Cache, and the data management of the Write Buffer is closed within the Write Buffer.Specifically, a search engine is installed, and until the data transfer to the NAND is completed, it is possible to distinguish by searching with this search engine, and writes in the same cluster do not fly BE at the same time.

When reading, a request is sent to the LUT through the WB to see if it hits the WB.

### 2.2 LUTs

P-M2 did not have the 2nd table of SRAM, it was updated on the 3rd table on DRAM, and when writing the Dirty Region to NAND, it went through the Write Buffer.

This time, when updating the LUT, the Region containing the Entry is once taken into the 2nd Table (SRAM), and after updating the value there, the 2nd Table is written to the NAND.In order to determine where the latest Region is, the 1st Table excluded in P-M2 is provided.In addition, in order to speed up the startup time, it is set to Drive Ready before the LUT restoration is completed, so the state that has not been restored from the NAND is also expressed in the 1st Table.

In addition, Random Write performance is improved by reducing the Region size from 1 MB to 256 KB and significantly lowering the Random Write WAF.

### 2.3 NAND

In order to ensure Endurance, the NAND has increased by 2ch from the conventional 16ch to 18ch.

Up to 4 banks are supported, and switching is possible with one bus switch per Ch.Unlike P-M2, 1 Bank = 1 CE.

In order to increase the ECC capability, instead of simply enlarging the circuit, the correction capability is increased by reducing the data relative to the ECC length.

The set of ECC and data to be protected, and the length of the ECC Frame are variable, and an appropriate ECC Frame length is selected according to the amount of data in one page (16 to 12 Clusters).

| | No. |
| --- | --- |
| | 10-000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 17      PAGE NO. 16 |

**TOSHIBA**

## 2.4 Dual Back End

In PCIe, which requires high performance, the Back End is duplicated to compensate for the lack of processing power of the Sequencer.Read commands and write data are distributed to both Back Ends in cluster units by HW (Split/Merger) between FE and BE.As a result, as long as there is no bias in the LBA, it is possible to double the performance compared to the conventional one.

However, in Random Write, if one Write Buffer is full, we know that Split/Merger will not be able to send data even if the opposite Back End Write Buffer is free.

As a result, it is expected that the performance will not be stable, and the performance will not improve as much as the duplication is performed.

In the case of SAS, there are restrictions on power consumption, so the Dual Back End configuration is not used.

| | No. |
|---|---|
| | 10−000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 18      PAGE NO.  17 |

Plaintiff's Exhibit PX2009, page 17 of 115

**TOSHIBA**

## 3. System configuration

### 3.1 Device configuration

The following devices are planned as a lineup of devices.

| Host I/F | Form factor | Power Consumption | Back End |
|---|---|---|---|
| SAS Dual Port | 2.5" | 9W– 1 4W | Single |
| ~~SAS Wide Port~~ | ~~2.5"~~ | ~~25W~~ | ~~TBD~~More |
| ~~SAS Dual Port ( TBD )~~ | ~~1.8"~~ | ~~TBD~~More | ~~Single~~ |
| SAS Dual Port ( TBD ) | 3.5 " | | |
| PCIe (NVMe) | HHHL/2.5" | 25W | Dual |
| ~~PCIe ( SOP–PQI )~~ | ~~HHHL/2.5"~~ | ~~25W~~ | ~~Dual~~ |

SAS 7mm Height, 1.8 ″, 3.5 ″ large capacity are also being considered, but the development period will be different.

No.

10–000x

TOSHIBA CONFIDENTIAL

CONT. ON 19        PAGE NO.  18

**TOSHIBA**

## 3.2 SoC configuration

The block diagram of SoC (Canopus) is shown below.

As Front End I/F, SAS and PCIe are provided, and BE can take two configurations of Single and Dual.In the case of Single BE, one BE controls all NAND, and in the case of Dual BE, one BE controls 9 channels each, and the Read/Write Buffer is also divided in half.

Single BE for SAS and Dual BE for PCIe.



Single BE



No.

10-000x

TOSHIBA CONFIDENTIAL     CONT. ON 20     PAGE NO.  19

**TOSHIBA**

### 3.3 Device capacity and NAND/DRAM configuration

The NAND/DRAM configuration for each indicated capacity is shown below.

SAS 2.5 " P-M3 EMC

| Notation capacity (GB) M3/M3+ | Ch | Stack | Package | NAND chips | CE | MCAs (bytes) | DRAM Total size | DRAM configuration Phy0/1 |
|---|---|---|---|---|---|---|---|---|
| 400/200 | 18 | 4 | 11 | 44 | 2 | 4 | 1024MB | 2Gbx2/2Gbx2 |
| 800/400 | 18 | 8 | 11 | 88 | 2 | 4 | 1536MB | **2Gbx2/4Gbx2** |
| 1600/800 | 18 | 8 16 | 14 4 | 176 | 4 | 4 | 2560MB | **4Gbx2/2Gbx2+4 Gbx2** |
| ~~3200/1600~~ | ~~18~~ | ~~16~~ | ~~20~~ | ~~320~~ | ~~4~~ | ~~5~~ | ~~6144MB~~ | ~~4Gbx2/8Gbx4~~ |

SAS 2.5"P-M3

| Notation capacity (GB) | Ch | Stack | Package | NAND chips | CE/ Ch | MCAs (bytes) | DRAM Total Size | DRAM configuration Phy0/1 |
|---|---|---|---|---|---|---|---|---|
| 500 | 18 | 4 | 9 | 36 | 2 | 4 | 1024MB | 2Gbx2/2Gbx2 |
| 1000 | 18 | 8 | 9 | 72 | 2 | 4 | 1536MB | **2Gbx2/4Gbx2** |
| 2000 | 18 | 8 | 18 | 144 | 4 | 4 | 2560MB | **4Gbx2/2Gbx2+4 Gbx2** |
| 4000 | 18 | 16 | 18 | 288 | 4 | 5 | 6144B | **4Gbx4/8Gbx4** |

SAS 2.5"P- M3V

| Notation capacity (GB) | Ch | Stack | Package | NAND chips | CE/ Ch | MCAs (bytes) | DRAM Total size | DRAM configuration Phy0/1 |
|---|---|---|---|---|---|---|---|---|
| 400 | 16 | 4 | 8 | 32 | 2 | 4 | 1024MB | 2Gbx2/2Gbx2 |
| 800 | 16 | 8 | 8 | 64 | 2 | 4 | 1536MB | **2Gbx2/4Gbx2** |
| 1600 | 16 | 8 | 16 | 128 | 4 | 4 | 2560MB | **4Gbx2/2Gbx2+4 Gbx2** |
| 3200 | 16 | 16 | 16 | 256 | 4 | 5 | 6144B | **4Gbx4/8Gbx4** |

**Notes:**

~~In all configurations, it is configured to be loaded on any 2Ch.~~

~~Bus The increment is connected via Switch.~~

| | No. |
|---|---|
| | 10-000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 21      PAGE NO.  20 |

Plaintiff's Exhibit PX2009, page 20 of 115

**TOSHIBA**

     Note that the DRAM uses both Phys, but the installed capacity is asymmetrical depending on the device capacity.

No.

10–000x

TOSHIBA CONFIDENTIAL                      CONT. ON 22        PAGE NO.  21

**TOSHIBA**

PCIe

| Notation capacity (GB) C-M3 | Ch | Stack | Package | NAND chips | bank | MCAs (bytes) | DRAM | DRAM configuration Phy0/1 |
|---|---|---|---|---|---|---|---|---|
| 800 | 18 | 4 | 18 | 72 | 4 | 4 | 2048MB | 4Gbx2/4Gbx2 |
| 1600 | 18 | 8 | 18 | 144 | 4 | 4 | 2048MB | 4Gbx2/4Gbx2 |
| 3200 | 18 | 16 | 18 | 288 | 4 | 4 | 4096MB | 4Gbx4/4Gbx4 |

Notes:

C-M3 only (no R) and no additions.

Endurance responds by reducing the indicated capacity and increasing the OP.

No.

10-000x

TOSHIBA CONFIDENTIAL

CONT. ON 23    PAGE NO.  22

**TOSHIBA**

## 3.4 Firmware configuration

. 3 shows −a schematic configuration of the firmware (hereinafter simply abbreviated as FW).



**Fig. 3 −3 FW configuration**

---

No.

10−000x

TOSHIBA CONFIDENTIAL                          CONT. ON 24          PAGE NO.  23

Plaintiff's Exhibit PX2009, page 23 of 115

**TOSHIBA**

## 4. System operating specifications

This chapter defines the operation specifications related to the entire device and defines the responsibilities of each module of the FW.

### 4.1 system data

The conventional extended LBA will be abolished, and system data managed by FE will be saved during emergency evacuation.

FE refers to and updates system data placed in a predetermined location in DRAM, and there is no explicit nonvolatile operation.

The system data is saved in the emergency save block as a part of the emergency save data when the Sequencer powers off, and is expanded to the DRAM when it starts up.

| kinds | administrator | Destination | In charge of nonvolatile | Initialization at first startup |
|---|---|---|---|---|
| Block management information | DM | ~~Emergency Evacuation Block~~ Logical Block for SnapShot | SEQ | DM (DRAM) |
| Statistics | DM | Emergency Evacuation Block | SEQ | DM (DRAM) |
| FE system information | FE | Emergency Evacuation Block | SEQ | FE (DRAM) |
| FE system information (Workload Log) | FE | Fixed management area | SysM | – |
| L2P | SEQ | ~~Emergency Evacuation Block~~ Logical Block for SnapShot | SEQ | DM (DRAM) |
| effective cluster counter | SEQ | Emergency Evacuation Block | SEQ | DM/SysM (SRAM) |
| FW Binary | SysM | Fixed management area | SEQ | – |
| DM log | DM | Block for logs | DM/SysM | DM |
| root pointer | DM | Fixed management area | DM or SEQ | DM |
| Product default information | FE | Fixed management area | SysM | – (at the time of manufacture) |
| individual information<br>– Fixed management area layout<br>–Initial BB table layout<br>–DRAM information<br>–NAND information | FE | SFROMs | SysM | – (at the time of manufacture) |
| DDP<br>–NAND UIDs<br>–Shift Read Table | FE | SFROMs | FE | |

No.

10–000x

**TOSHIBA**

| | | | | |
|---|---|---|---|---|
| −Patrol magnification table<br>−Forced refresh activation cycle<br>−Block consumption table | | | | |
| initial BB | DM | Fixed management area | SysM | DM |
| SED system data | FE | Fixed management area | SysM | FE |
| 1st Table (V/NV) | SEQ | − | − | SysM (DRAM) |
| 3rd Table Cache | SEQ | LUT Block | Sequencer | SysM (DRAM) |
| Unmap bit | SEQ | Emergency Evacuation Block | SEQ | SysM (DRAM) |
| 3rd reverse lookup | SEQ | | − | SysM (DRAM) |

## 4.2 sector size

support host sector sizes of 512B, 520B, 528B, 4096B, 4104B, 4160B, ~~4168~~B, and 4224B .

Support 512B+PI, 520B+PI, 4096B+PI, ~~4160B+PI~~ as sector size with PI.

In the NVMe standard, the sector size (LBADS) is a power of 2, and by adding Metadata, the total sector size can be formed.

For example, 528B has LBADS=512B and Metadata=16B, and 4168B has LBADS=4096B and Metadata=72B.

Customer requirements for the 4K sector are as follows:

| Customers | 4096 | 4104 | 4096+PI | 4160 | 4168 | 4160+PI | 4224 |
|---|---|---|---|---|---|---|---|
| EMC (SAS) | ✓ | ✓ | | ✓ | | | |
| EMC (PCIe) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| IBM | not required | | | | | | |
| HP | ✓ | ✓ | | | | | |
| DELL | ✓ | | ? | | | | |
| NetApp | not required | | | | | | |

The BE sector size is 512B, 520B, or 528B, and in the case of a 4K sector, 8 of these sector sizes are combined by the HW of the FE and sent to the BE, and the BE is not aware that it is a 4K sector.

Combinations of FE and BE sector sizes are shown below.

| FE | 512 | 512PI | 520 | 520PI | 528 | 4096 | 4096PI | 4104 | 4160 | 4224 |
|---|---|---|---|---|---|---|---|---|---|---|
| BE | 512 | 520 | 520 | 528 | 528 | 512 | 520 | 520 | 520 | 528 |

NANDC supports 512B, 520B, and 528B, and if the sector size is short, use that amount for ECC to increase ECC strength.( **However, NVMe HW does not support BE sector size 520B , so 520B is not used** ) Therefore, system data is always written at 512B so that system data is not lost due to sector size change.

There are the following NAND storage destinations for system data, and writing to these areas is targeted.

> ➢ LUT Block
> ➢ Emergency Evacuation Block

No.

10−000x

Plaintiff's Exhibit PX2009, page 25 of 115

**TOSHIBA**

> ➢ Fixed management area
> ➢ 2nd pointer Block
> ➢ DM Log Block

All these storage destinations are written as pSLC, and the Randomize Key is fixed.

Regarding the emergency save block and the fixed management area, regardless of the state of the NAND, in order to fix the number of pages to be written with respect to the amount of data, write is performed with the maximum cluster crushing rate.

As for LUT Blocks, they follow the L2P cluster crushing rate in the same way as User Data Blocks.

Since the strength of ECC changes depending on the sector size of the host, it is necessary to change the sector size setting of NANDC.For this reason, the sector size is nonvolatile by the DM, and the current sector size is notified to the FE through the FW shared information at startup.

When changing the sector size with the Format command, the FE notifies the DM of the sector size change, changes the sector size of the BE, and then performs Format processing.~~However, since 520B is not used as the BE sector size, when the FE instructs a 520B system sector size, the DM instructs as 528B SysM and Sequencer to use 528B.~~

## 4.3 Write scheduling

Write by combining Lower/Upper of two logical pages so that write performance can be maximized .

The unit for switching between host and compaction writing is SAS: 4Banks, PCIe: 8Banks , and LUT writing is inserted in a predetermined location where performance does not decrease as much as possible.

Since there are multiple NAND configurations, write scheduling parameters (bank order, etc.) can be specified from the BE CPU to provide design flexibility.



## 4.4 compaction

Gear ratio is free for DM It is calculated based on the number of blocks and notified to the Sequencer.

The gear ratio is calculated with a decimal point, and the Sequencer adjusts the gear ratio in units of logical pages to be close to this decimal point value while writing one block.

~~The Sequencer operates with the given gear ratio, but if Host Write does not come, the Host Write may be skipped and compaction may be performed.~~

~~In this case, the gear ratio will be higher than the specified value, but the operation of suppressing excessive compaction to match the instructed gear ratio is not performed.~~

The Sequencer does not skip and proceed with compaction even if Host Write does not come.

No.

10-000x

**TOSHIBA**

However, if you want to proceed with compaction even if write data does not come from the host, such as during priority compaction, the host write is skipped under the direction of the DM.
For LUT update, address update information for one logical block is stored in DRAM and updated in accordance with the next compaction write.

In conventional models, address updates were not performed while compaction was not in operation, but if LUT updates were left unattended, compaction destinations would be excluded from patrol targets, so they are now performed even with a gear ratio of 1:0.

In addition, the supply of the compaction source from the DM to the Sequencer was performed by passing the MBA, but in order to lighten the load on the Sequencer, instead, the MCA of the compaction source is given and the log is read.

In the high-performance model, it is expected that the margin rate will be high, but in this case the effective rate of the compaction source will be low, and it will take time to determine the effective cluster, leading to deterioration in the latency of the Write command.

In order to suppress this, if the number of valid clusters of N (TBD) logs is determined and the number of clusters is not enough, compaction writing is performed with NULL padding.

## 4.5 Performance

The target performance is as follows.

As for FW, the following performance is targeted without power limitation, and the performance under each power limitation is not determined because the SoC has a large factor.

|  | SAS-MLC | SAS-SLC | PCIe-MLC | PCIe-SLC |
|---|---|---|---|---|
| Sequential Read (MB/s) | 1100/2200 | ← | 3200 | 3200 |
| Sequential Write (MB/s) | 1100/1300 | 1100/TBD | 2600 | 2800 |
| Random Read (KIOPS) | 210 (QD=32) | ← | 660 (QD=256) | ← |
| Random Write (KIOPS) | 105 | 150 | 140 | 150 |

Two numbers of SAS are Single Port/Dual Port

Conditions: No accumulation, no cluster crushing, margin rate 44%

Parameter: tR:60us, tProg(SLC):400us, tProg(MLC-Lower):450us, tProg(MLC-Upper):2350us

NAND I/F: 333MT/s

### 4.5.1    Points to remember

Basically, Host Read has priority.
⇒ Minimize performance fluctuations that give priority to Host Read even during Compaction Read.
⇒Suppress by maintaining the gear ratio by controlling the gear ratio for each logical page and not performing Host Skip
sharp drop
⇒ In order not to cause priority compaction due to the elapsed time after erasing, write with Null Padding at regular intervals of Host Write
With Dual Port and Single Port, except for peaking of FE I/F, performance bias should be avoided as much as

TOSHIBA CONFIDENTIAL

No.

10-000x

CONT. ON 28       PAGE NO.  27

**TOSHIBA**

possible.

⇒Even in the case of a command with a large block size, read data should be output simultaneously from both ports during operation with dual ports.

Small block, Q depth to hide FW overhead.

⇒

## 4.5.2      time constraint

hitachi request
LU Reset within 80ms
Abort task within 40ms
Send Diag Self Test (Short) Within 4 seconds

Power ON to OOB: Within 1 second
Power ON to Ready
Download 2sec

Unmap
There is a request for Windows HW certification as a request for Unmap processing time, and the goal is to suppress it to 480ms or less for 100MB x 60range processing.
Dell request
1.6 TB entire surface Unmap 5 seconds or less

PCIe
Within 110ms from Power ON to PHY initialization (Enterprise SSD Form Factor rev1.0a)
FW holding time is 60ms
Expansion ROM must be expanded to DRAM within 250ms after power ON.

## 4.6 Throttling

Perform performance throttling for the following purposes.( ) indicates Throttling performance.

- ➢ To keep the performance difference between initial use and life end within 10% (Read/Write)
- ➢ To have a lifespan of 5 years (Write)
- ➢ To operate within the specified power (R/W)
- ➢ To lower the temperature (Read/Write)
- ➢ To cover individual differences in the margin rate (Write)

Throttling is implemented by putting NOPs in the Sequencer to reduce performance.

Put it in a place where the performance can be adjusted for each read/write, and set the number of NOPs as a parameter so that it can be changed dynamically.

Parameter changes are made by the FE.

Throttling is not used to adjust performance differences due to variations in cluster crushing rates between logical blocks, but the performance differences are reduced by rearranging logical blocks and averaging the cluster crushing rates.

No.

10-000x

TOSHIBA CONFIDENTIAL     CONT. ON 29     PAGE NO.  28

**TOSHIBA**

This is the DM's responsibility.

Also, OP is reflected in the number of NOPs.

## 4.7 Communication between CPUs

FE CPU and BE CPU communicate using FWQ (same as used in M2).
Location uses DRAM, not Communicator SRAM.
For the Dual BE configuration, prepare two FWQ systems, FE-BE#0 and FE-BE#1.
Communicator SRAM is used for communication between BE CPUs, but it does not exchange a large amount of data just to see the state of the other party.
Since FWQ is created on DRAM, it does not poll DRAM for each loop to check if there is a message, and interrupts the other party when sending a message.
Communication between the FE CPU and the encryption CPU is provided separately from the FWQ.
The request uses Mailbox, and the data body is placed in shared memory.
For security reasons, the encryption CPU does not directly refer to the data itself, but fetches it into local memory using DMA before referencing it.
This does not apply to FE CPUs.

## 4.8 Dual BE

### 4.8.1    Handling Dual BE

The fixed management area should be in a format that can be used in both Single/Dual.

The fixed management area used by FE has BE0 for easy management.

Statistical information is managed by each individual BE, and when it is reported to the Host, the FE collectively reports it.

### 4.8.2    Hardware settings

As HW settings, there are two types of rules for distributing write data to two BEs.

➢ Sorted by LCA Even and Odd
➢ Sort by XOR of lower 3 bits of LCA

To support atomic writes, we need to ensure that the last data of a command is sent to both BEs. This function (Atomic Write mode) is enabled only in the former mode due to the difficulty of SoC implementation. Therefore, the distribution mode of Dual BE uses the former Even/Odd method.

### 4.8.3    Synchronization between BEs

HW resources that can be used for synchronization between BEs include DRAM, Communicator SRAM, and Huddle-D.

TBD what and how to synchronize

| | No. |
|---|---|
| | 10-000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 30    PAGE NO.  29 |

**TOSHIBA**

## 4.9 FUAMore

Both SCSI and NVMe have the option of FUA (Force Unit Access) for Read/Write commands, but if FUA for Write commands is seriously supported, Flush will occur frequently, and depending on the OS, FUA will be used a lot, so performance will be reduced. significantly lower.Therefore, FUA is ignored and treated as a normal Write command.

For FUA of Read command, Flush is performed from FE to guarantee read from NAND, Dirty in Write Buffer is written to NAND, and then normal Read command is executed.

This behavior is always performed regardless of whether the LBA range of the Read FUA command hits the Dirty of the Write Buffer.

## 4.10      start up

Since it takes time to restore the 3rd Cache Table, Drive Ready is set when the restoration of the 1st-NV Table is completed.

Restore 3rd Table Cache in Background after Drive Ready.

The time from Power ON to Drive Ready (read/write enabled state) is specified below.

- ➢ 2 seconds below 3.2TB
- ➢ 6.4TB                   5s
- ➢ 10TB                    TBD

Since the above time is estimated to be achievable by restoration only from the LUT block, periodic saving (Snap Shot) of the 1st Table (NV) shall not be performed.

Except for the following restrictions, all functions including R/W must operate without restrictions even while the 3rd Table Cache is being restored.

### 4.10.1     Startup restrictions

The following functions are restricted until the 3rd Table Cache is fully restored.

- ➢ DST Metadata Validation (3rd Table Cache check)
- ➢ DRAM Patrol
- ➢ Spontaneous Sleep

In DST (Metadata Validation), the DM indicates completion of restoration of the 3rd Table Cache to the FW shared information, and the FE must not issue requests to the BE until then.

In DRAM Patrol, DM suppresses the execution of DRAM Patrol until restoration of the 3rd Cache Table is completed.

Likewise, DM suppresses spontaneous Sleep.

## 4.11      PLP

In any state, non-volatile data and management information such as User Dirty and LUT Dirty are made non-volatile when the power is turned off, and returned to the normal state at startup.

Data loss is unacceptable.

Assume there was no compaction in progress.

Abort any ongoing LUT updates and resume them on boot.(both host and compaction)

However, in the following states, the PLP operation is not necessary and is not performed.

---

No.

10-000x

# TOSHIBA

Note that the guaranteed time is 15 ms as a guideline, and the 1st table is not saved even if the device has a small capacity.

- ➢ After turning on the power, until the emergency save destination is set to free
- ➢ Stop state
- ➢ fault condition
- ➢ Write Protect Mode
- ➢ During the first startup (until the first startup log is written)

The data to be volatilized and the person in charge of volatilization are shown below.

| kinds | storage place | size | Destination | In charge of nonvolatile |
|---|---|---|---|---|
| ~~Block management information~~ | ~~DRAM~~ | ~~10MB~~ | ~~Emergency Evacuation Block~~ | ~~Sequencer~~ |
| Statistics | DRAM | 28KB | Emergency Evacuation Block | Sequencer |
| DM nonvolatile information | DRAM | 12KB | Emergency Evacuation Block | Sequencer |
| Sequencer nonvolatile information | DRAM | 8KB | Emergency Evacuation Block | Sequencer |
| FE system information | DRAM | 550KB ( TBD ) | Emergency Evacuation Block | Sequencer |
| ~~L2P~~ | ~~DRAM~~ | ~~5MB~~ | ~~Emergency Evacuation Block~~ | ~~Sequencer~~ |
| effective cluster counter | LUT SRAM | 36KB | Emergency Evacuation Block | Sequencer |
| Unmap Flag | DRAM | 1988KB | Emergency Evacuation Block | Sequencer |
| LUT Dirty | LUT 2nd SRAM | 1MB | LUT Block | Sequencer |
| User Dirty (WC presented) | Write buffer | Up to 4MB | Host Block | Sequencer |
| User Dirty (WC not presented) | Write buffer | Up to 288+32 Cluster | Emergency Evacuation Block | Sequencer |
| DM log | | Up to xx | Block for logs | DM or SEQ |

＊Estimation for SAS3.2TB

Emergency save is performed by Sequencer, but pSLC writes with the following layout.The write destination is estimated based on the maximum cluster crushing and 1 loss, that is, 18ch x 12cluster x 2bank − 12cluster (1 loss) − 16cluster (L3) − 2cluster (log) = 402cluster = 1608KB.

Emergency evacuation block layout

| Page | Contents |
|---|---|
| 0 | User dirty |
| 1 | Management information−1 |
| N. | Management Information−N |

Page 0 is User Dirty (WC not presented), maximum size is 320 Clusters, 1280KB.

Page 1 onwards is management information and depends on capacity.

N is as follows.

- ➢ 400G    N=1 ( 780KB)
- ➢ 800G    N=1 ( 972KB)
- ➢ 1.6T    N=1 ( 1352KB)

---

TOSHIBA CONFIDENTIAL

No.

10−000x

CONT. ON 32        PAGE NO.  31

# TOSHIBA

- ➢ 3.2T     N=2（2608KB）＊
- ➢ 6.4T     N=3（4628KB）＊

Note that this capacity is SAS, and in the case of PCIe, this capacity corresponds to half the device capacity.
＊ is a 5−byte MCA

## 4.12    DM SnapShot

~~For the purpose of salvage, data, mainly DM block management information, is periodically stored in NAND.~~
Originally intended for salvage purposes, it is periodically saved during normal operation to reduce the amount of Capacitor implementations.
Works with differential logging and restores at startup.

The data saved by Snap Shot is as follows.

- ➢ FE system information
- ➢ Statistics
- ➢ DM nonvolatile information
- ➢ Block management information
- ➢ L2P table

Of these, FE system information, statistical information, and DM non−volatile information are saved for salvage purposes, and emergency save destination information is used for restoration at startup.

Block management information and L2P tables are restored at startup using differential logs.

## 4.13    Atomic Write

NVMe Atomic Support Write.

As a drive, you can display the maximum block length of the Write command treated as Atomic Write, but it is 128 KB recommended by the specifications.

By setting Split/Merger to Atomic Write mode, the Length of the Write command is sent to WB as it is.

Commands with a length of 128 KB or less are treated as atomic writes, and the Sequencer does not proceed with the write processing of that command until the Last Flag, which indicates that it is the last cluster of the command, arrives.

Note that Atomic Write mode guarantees that the Last Flag is sent to both BEs at the same time.

If an error on the I/F is detected, since the Err bit is set in the information of the data packet sent to the Sequencer after that, the Sequencer discards the Write data with the Err bit and the command is for Atomic Write. If so, the data received so far for that command is also discarded.

When the power is turned off, the Sequencer discards the write data of commands that have not received up to the Last Flag.

## 4.14    Write Same

The Write Same command is one of the SCSI command sets, and is a command to write the passed 1−sector data to a specified range.

It may be used in the customer's manufacturing process or acceptance inspection, but the original purpose is to initialize the parity of the RAID.Since this RAID parity initialization is performed while the system is running, it may be mixed with Read/Write commands. It is speculated that the Same command will be used more

| | No. |
|---|---|
| | 10−000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 33     PAGE NO. 32 |

**TOSHIBA**

frequently.For this reason, some customers are requesting that the performance does not drop even if it is mixed with Write.

FE must process Write Same in parallel with Read/Write commands in command processing.

## 4.15    Unmap

Unmap commands include the SCSI Unmap command, Write Same (UNMAP=1) command, and NVMe Dataset Management command (Deallocate), but these appear to be the same command for the Sequencer.

The Write Same (UNMAP=1) command is mixed with the Read/Write command as described above, so the Sequencer must process both the Unmap command and the Read/Write command.

Unmap processing is divided into the part that includes the LUT Region and the part that does not fill the Region. The former returns a response to FE when the Unmap state for each Region is stored, and the Unmap process itself is performed in the Background.

The latter returns a response to FE after updating the LUT.

Granularity of Unmap is 4KB, and odd sectors are ignored.

However, since NVMe does not have Granularity and some customers require sector-based Unmap, half sectors create ExID = Unmap data with FE and prepare a write mode.

## 4.16    Fast Unmap

In the Unmap processing in the Format command or Sanitize command, it is assumed that the entire LBA space of the device is Unmapped. , transfer a fixed value by DMA, etc., using the fastest method.

As a division of responsibility,

- ➢ DM initializes the number of valid clusters to 0
- ➢ The Sequencer puts the 3rd Cache in a fully Unmapped state and stores it in NAND

If the power is turned off during high-speed Unmapping, the above table becomes inconsistent, so high-speed Unmapping is performed on the entire surface again at startup.

In preparation for PLP, the memory of the entire surface Unmap in progress state is performed by the DM.

However, regarding Format for namespace in NVMe, FE executes normal Unmap instead of high-speed Unmap because it is expected that it is often not for the entire device capacity.

## 4.17    Format

Basically, Unmap processing is performed.

Write by specifying parameters.

## 4.18    Sanitize

Sanitize supports Block Erase, Crypt Graphic Erase.

In any case, executing the Read command after sanitizing will cause an Uncorrectable Error or an E3D error, so unmap the entire LBA space in command processing.

No.

10-000x

TOSHIBA CONFIDENTIAL                    CONT. ON 34      PAGE NO.  33

**TOSHIBA**

## 4.19    Start/Stop Unit

When the StopUnit command is received, after the internal state is changed to the following state, PLP processing is performed and the power is turned off.

If the power is turned off in the Stop state, power-off processing is not performed.

➢ The unwritten logical block is written to the end

➢ finish the LUT update

➢ Finish LUT refresh for error repair

➢ Other background processing is stopped or interrupted

## 4.20    Sleep

There are two types of Sleep: one that is voluntarily performed when no commands are received from the host for a certain period of time, and another that is performed by an IDLE command (START STOP UNIT).

In P-M2, both of them performed the same operation, but in order to avoid slowing down the command response during voluntary Sleep, they are separated.

The FE measures the time to enter Sleep voluntarily, and distinguishes it from the IDLE command when issuing a request to the BE.

As for voluntary Sleep, it does not enter Sleep while Background Job is running.

This deterrence is the responsibility of the DM.

In conventional models, FE issued Flush to BE before entering Sleep, but in the case of voluntary Sleep, Flush is not performed to avoid wasteful writing, and Dirty data is left in WriteBuffer. Enter Sleep.

## 4.21    Internal state during transition to Stop and Sleep

The handling of each logical block and the handling of Background Job when transitioning to Stop state and Sleep state are defined as follows.

| motion | Stop unit | Sleep (spontaneous) | Sleep (IDLE command) |
|---|---|---|---|
| Flush | do | do not | do not |
| host block | Write to end of block with null padding | do nothing | do nothing |
| compaction block | write to end of block | do nothing | do nothing |
| Block for LUT | write to end of block | do nothing | do nothing |
| LUT update | do everything | do everything | do everything |
| LUT refresh (error repair) | do everything | do everything* | do everything* |
| Priority compaction other than the above | Do it after suspending and restarting | do everything* | Do it after suspending and restarting |
| Restore 3rd Table Cache | Stop | do everything* | interruption |
| Background Unmap | interruption | do everything* | interruption |
| DM Snap Shot | Interrupted by PLP processing | do everything* | interruption |
| Split Erase | do everything | do everything | do everything |

No.

10-000x

**TOSHIBA**

Stopping means stopping the process on the assumption that it will not be restarted.

Suspension is to temporarily suspend the process on the premise that it will be resumed.

＊ indicates that the DM does not issue a Sleep request to the Sequencer until the processing is completed.

## 4.22    NAND Erase

In order to shorten the Latency of the Host command, NAND Erase is divided and performed.

The division unit is 2ms（ TBD ）, which is set as a parameter in NANDC.

When the DM requests Erase to the Sequencer, the completion is returned in units of division, so continue to request Erase of the same Block until the Erase is completely completed.

Changing Blocks in the middle is prohibited because NAND does not support it.

## 4.23    CPU NAND access

When accessing NAND from BE CPU, do as follows.

➢    Use VendorSet before starting the Sequencer.

➢    During Sequencer operation, only L3 correction is performed from VendorSet.

➢    While the Sequencer is running, everything other than the above is done via the Sequencer.

➢    There are exceptional cases where VendorSet is used while the Sequencer is running, such as when changing NAND parameters. In such cases, VendorSet may be used only after obtaining permission from the Sequencer.

When the FE CPU accesses NAND, VendorSet is used after putting BE into Sleep state.

## 4.24    Erase valid time out

In M2, if the logical block was not completely written even after the Erase effective time (1H) was exceeded, the writing was terminated and priority compaction was performed.

In a 100% read workload, performance drops due to this priority compaction processing, so write the logical page with null padding periodically and write the logical block to the end before the erase valid time expires. .

Since it has a configuration of 256 logical pages/logical blocks, when there is no host write, if the effective time is 1H, one logical page is written at a rate of once every 14 seconds.

The pSLC LUT block is treated similarly.

The DM is responsible for valid time management and null padding instructions, and the Sequencer displays the current write position in page units of each logical block to the DM.

For LUT blocks, compaction is performed instead of NULL padding.

## 4.25    DSM

The Data set Management information attached to the NVMe Read/Write command is attached to the unified Read/Write command and delivered to the Sequencer, but this information is not used for now.

**TOSHIBA**

## 4.26      Cluster crush

In M2, the amount of data written to one physical page (16KB+redundant part) of NAND was fixed at 4 clusters, and the added ECC length was determined by the size of the redundant part.Therefore, when the reliability of the NAND deteriorates and it becomes impossible to correct it with the added ECC, the NAND has to be disabled in order to maintain the reliability of the device.

On the other hand, there are also concerns about the deterioration of the reliability of the NAND itself due to the miniaturization of the NAND manufacturing process, and the inability to secure redundant parts to compensate for this.

Therefore, the M3 adopts a method called "cluster crushing" that makes the amount of data written per 4 NAND physical pages (64KB + redundant part) and the ECC length to be added variable, and allows the selection of a writing method according to the reliability of the NAND. As a result, the amount of data to be written to the NAND whose reliability has deteriorated is reduced and the ECC length is extended, thereby improving the data error correction capability, and as a result improving the reliability and life of the device.

The amount of data written per 4 NAND physical pages is 16 clusters when the device is first used.

device in use

    (1)  the Shift Read pattern exceeding **M stages** occurs **X times (however, the count is once for each erasure)**

    (2)  When data cannot be read by Shift Read

If any of the above applies, after rewriting the written data to another block, reduce the amount of data written to the 4 physical pages by 1 cluster and increase the ECC length.(Since the amount of data to be written is managed in units of physical blocks, the amount of data to be written to other sets of 4 physical pages that use the same 4 physical blocks also decreases.)

Eventually, the amount of data written is reduced to 12 clusters per 4 physical pages.If the situation corresponding to the above conditions (1) or (2) still occurs, the use of the four physical blocks is stopped.

## 4.26.1      ECC frame division

When cluster crushing is performed, two sectors are divided into a plurality of ECC frames according to the crushing rate, although normally one ECC frame is made up of two sectors.

The DM has three BE sector sizes, 512B, 520B, and 528B, and the corresponding ECC frame division number, and instructs the Sequencer when changing the sector size.~~However, 520B is not currently used, so if FE instructs the 520B system, the value of 528B will be used.~~

The number of divisions is defined in the table below.

The values in the table are the number of divisions/L1 correction capacity

| number of cluster crush | 512B | 520B | 528B |
| --- | --- | --- | --- |
| 0 | 1/40 | 1/30 | 1/21 |
| 1 | 2/40 | 2/35 | 2/30 |
| 2 | 3/40 | 3/38 | 3/35 |
| 3 | 4/40 | 4/40 | 4/38 |
| 4 | 6/38 | 6/37 | 5/40 |

No.

10−000x

**TOSHIBA**

## 4.27    Shift Read

Sequencer always performs Shift Read.

The default value refers to the Shift Read Table using the index value described in L2P and uses that value.

If an L1 Fail occurs, add 1 to the index value, perform Shift Read again, and repeat this up to N times.

If the Shift Read succeeds, the index value is written back to L2P.

The update of the index value is always performed regardless of the timing such as immediately after the power is turned on.

The above shall be the responsibility of the Sequencer.

When the CPU performs L3 correction, the CPU does the same thing for Shift Read when reading from another CH.

When the DM erases a block, it restores the L2P index value of that block to the default value.

The Sequencer notifies the DM of error information including the index when Shift Read succeeds or fails.

The DM receives the notification and refreshes the logical block if the index has reached M times.

## 4.28    Patrol

### 4.28.1    NAND Patrol

The data written in the NAND is checked for reliability by reading it periodically.

When data whose reliability is lowered is found, the data is promptly rewritten to recover the reliability of the data.

The objects to be checked are NAND in which user data, 3rd $^{LUT}$, and fixed management area data are written.DM snapshots and DM logs are regularly rewritten, so they are not subject to patrol.

The patrol cycle is determined based on the required specifications (reliability and performance) for the device and the reliability data of the NAND used.

### 4.28.2    memory patrol

SDRAM or MRAM, SFROM, Sequencer ~~Imem/Dmem~~ /Shared DMEM are regularly diagnosed by CPU.

WriteBuffer and other items that can be judged to have a short data residence time are not subject to diagnosis after being described in this specification.IMEM and DMEM of Sequencer, which are likely to cause bus lock, are not performed.

The Data Manager patrols the memory accessed by the Sequencer, that is, detects bit errors before they accumulate until they become uncorrectable.The Data Manager is responsible for covering the patrol range.

The Sequencer corrects errors in memory areas managed by the Sequencer based on requests from the Data Manager for memory areas where errors have been detected during patrol.If the Data Manager corrects errors in the memory managed by the Sequencer, erroneous data and error correcting code may be written to the memory when accessed simultaneously by the Sequencer and the Data Manager.Therefore, the Sequencer makes corrections.

|  | memory | patrol duty | Correction obligation | Exclusion reason |
|---|---|---|---|---|
| patrol target | SDRAM/MRAM | Shared by FE/BE.The result of sharing will be added to this specification. | TBDMore | |
| | SFROMs | FE | FE | |

No.

# TOSHIBA

| | | | | |
|---|---|---|---|---|
| | Sequencer ~~Imem/Dmem~~ /Shared DMEM | BE(DM) | Sequencer | |
| | Communicator SRAM (CS) | BE(DM) | TBDMore | |
| | | | | |
| Exclusion | Write Buffer (WB) | | | data does not stay long |
| | Read buffer (RB) | | | Ditto |
| | | | | |

The diagnostic cycle is [TBD].

If it detects a 2-bit garble that cannot be corrected, it breaks down.

### 4.28.3    Capacitor Patrol

Regularly diagnose that the SuperCap or Poscap is properly charged.If an abnormality is detected, a SMART warning is issued and the system transitions to the Write Protected state.

The confirmation cycle and specific confirmation method will be decided after the Capacitor is decided.

## 4.29    Salvage FW

Prepare for return analysis separately from the product FW.

See TBD for details

## 4.30    OP accumulation

Assuming that the capacity will be reduced by crushing the cluster, OP for 2ch is taken compared to the conventional model, SAS is 18ch x 2bank, PCIe is 9ch x 4bank (Dual) configuration.

Depending on the NAND quality, this may not be enough. In such cases, a configuration is adopted in which only certain channels increase the number of banks.

Due to NANDC restrictions, 4 banks are the maximum, and only SAS takes this configuration.

➢    Logic block consists of all channels and all banks, and 4 banks and 2 banks are mixed.

➢    L3, logs consist only of increments

➢    For writing, performance does not decrease by performing 4 Bank Interleave for the added ch.

See Logic Block for details.

## 4.31    LUT margin

Decide as follows based on the startup time constraint

TBDMore

## 4.32    FW image

It has two generations of FW images to support Mode 0Dh in the Write Buffer command of SAS.

## 4.33    PCIe Reset

Reset defined by PCIe I/F must stop all internal commands and return to the initial state.

**TOSHIBA**

Since BE does not have a mechanism to cancel a command that has started execution, it is forcibly stopped as follows.

➢ Host data transfer in progress is stopped immediately.

➢ In Write, transfer to the Write Buffer stops in units of Clusters, and subsequent data will not arrive, so the Sequencer is notified that a Reset has occurred in order to realize Atomic Write.

➢ Read resets the Read Buffer because the data accumulated in the Read Buffer cannot be sent.

No.

10−000x

TOSHIBA CONFIDENTIAL

CONT. ON 40     PAGE NO.  39

Plaintiff's Exhibit PX2009, page 39 of 115

**TOSHIBA**

## 5. Function specifications of each FW block

### 5.1 Front End (Common)

Front End physically supports SAS and PCIe, and NVMe and SOP-PQI as PCIe Driver I/F.

Although the I/F is different, the general responsibilities are common as shown below.

Details for each I/F will be described later.

- ➢ Start process
- ➢ PLP instructions
- ➢ Management of FE statistics
- ➢ Manage Workload Logs
- ➢ Device status management
- ➢ Throttling instructions
- ➢ Host command processing
- ➢ Drive Specific Information (DDP) Management

I/F-specific parts are divided into individual processes, but for parts common to Front End, code is shared as much as possible to reduce man-hours.

### 5.1.1     Start process

It is the FE's responsibility to start the BE CPU during startup after Power ON.

Since the Sequencer Code is expanded in DRAM, the Sequencer is started by the BE CPU.

Initialization of HW is performed by each CPU, but basically it is initialized by the CPU to be used.

The allocation is shown below.
- ➢ NANDC                CPU-0/1
- ➢ BM (Buffer Manager)        CPU-0
- ➢ SASC                CPU-0
- ➢ HIF                CPU-0
- ➢ UART                CPU-0
- ➢ Sequencer HW Engine        CPU-1
- ➢ SPI                    CPU-0

### 5.1.2     PLP

FE's responsibility is to receive an interrupt from HW when power loss occurs.

The FE immediately interrupts command processing, and after the write data and the read command are not sent to the BE, notifies the BE of the occurrence of Power Loss.

| No. | |
|---|---|
| | 10-000x |

**TOSHIBA**

As for the command during data transfer, it is not possible to stop the data transfer of Write as a countermeasure against patents.(SAS only)

This guarantees that no data will enter the Write Buffer after the BE is notified of Power Loss.

In NVMe, immediately stop the automatic processing of HW and stop the data transfer during boot.

### 5.1.3    Front End statistics

The following information is managed as Front End statistical information.

TBDMore

### 5.1.4    Workload Log

The following information is saved in the 1Entry fixed management area of Workload Log every hour.

TBDMore

### 5.1.5    Device status management

FrontEnd manages internal state.

At startup, wait for BE startup to complete, set the drive status to the host as Ready, and accept commands.

If there is no command from the host for a certain period of time, the BE is instructed to go to sleep.At this time, the BE clock is stopped

### 5.1.6    Throttling instructions

Monitor Endurance, power consumption, temperature, etc., and change Throttling parameters as needed.

### 5.1.7    Host command processing

In SAS, FW processes all commands.

With NVMe, unless an error occurs in a Read/Write command, everything is handled by HW and FW is not involved.

However, switching the base address of the Queue placed on the Host Memory is the responsibility of the FW, and this is done by the Sequencer placed on the FE.

### 5.1.8    Drive Specific Information (DDP) Management

Stores drive-specific information in SFROM and writes to DRAM on boot

## 5.2 Front End (SAS)

| | No. |
|---|---|
| | 10-000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 42    PAGE NO.  41 |

Plaintiff's Exhibit PX2009, page 41 of 115

## TOSHIBA

### 5.2.1　SAS command processing

It is the responsibility of the FE to perform SAS command processing by controlling data transfer and requesting commands from the BE according to the SAS command.

Commands interpreted by BE are summarized into Read, Write, and Unmap, and FE converts SAS commands into these three and issues requests to BE.

Besides this, access to System Data (fixed management area) is also performed via BE.

The correspondence between SAS commands and commands requested to BE is shown below.

| BE command | SAS command |
|------------|-------------|
| READ | Read, Verify, Write & Verify |
| WRITE | Write, Write&Verify, Write Same, Format Unit |
| UNMAP | Write Same [*1], Format Unit [*2], Unmap, |

*1: UNMAP bit=1 *2: Quick Format

Regarding Write and Unmap, V-Response, that is, when the data transfer is completed and the Sequencer's response is received, the Response is returned to the host, and the NV-Response is not used.

As for Unmap, requests are made to BE only for parts that satisfy the Cluster.

Each request is executed serially, not at the same time.

### 5.2.2　Command queue

FE can store up to 256 commands received from the host in Queue.(Maximum 128 per Initiator)

Commands accumulated in Queue are executed sequentially based on the following constraints

➢　Read command requests up to 64 BEs at the same time

➢　Write command simultaneously executes data transfer up to 2 commands per port.

➢　Execute the Write command while considering Credit (free space in Write Buffer)

➢　Ensure that the LBAs of commands requesting BE are not duplicated

### 5.2.3　Command division

FE divides one SAS command and requests it to BE as necessary.

In the case of division, the next request is made after one request to the BE is completed.

For the Read command, the Sequence ID of BE (added in order to those divided into Clusters) is 16bit, so it must not exceed 65536Cluster (256MB), but saves the trouble of checking Align of Cluster Therefore, it is divided into 128MB or less.

Although there is no particular definition for the Write command, since only Credits (empty WB) can be transferred, they are naturally divided.

### 5.2.4　LBA duplicate check

controls so that the LBA ( Logical Block Address ) of the command requested to the BE does not overlap.

**TOSHIBA**

In the case of a duplicate, block execution of subsequent commands until the earlier received command of the duplicate command completes.

The following three combinations require execution restrictions when overlapping, but to simplify the operation, execution is blocked for all four overlapping regardless of R/W attributes.

➢ Read ⇒ Write
➢ Write ⇒ Write
➢ Write ⇒ Read

Note that cluster duplication is not checked.

## 5.2.5    Credit

FE confirms that there is free space in the Write Buffer when executing the Write command.

If there is no free space to receive Write Data, the execution waits until free space is available.

Credit management is performed on a per-Cluster basis. That is, if the command's LBA range is not on the

Cluster boundary, the Credit increases by one.

Credit is a maximum of 255 Clusters.

It is the BE's responsibility to replenish the reduced Credits.



※この場合の Credit は4

## 5.2.6    Power management

FE manages State based on the specifications defined in T10.

If necessary, request BE to migrate Power Management State.

Details of State will be described later.

## 5.3 Front End (NVMe)

Similar to SAS, NVMe

NVMe HW automatically executes Read/Write commands without involvement of FW.

Commands other than Read/Write are executed with FW involved.

It is the responsibility of the FE to perform SAS command processing by controlling data transfer and requesting commands from the BE according to the SAS command.

Commands interpreted by BE are summarized into Read, Write, and Unmap, and FE converts SAS commands into these three and issues requests to BE.

No.

10-000x

TOSHIBA CONFIDENTIAL                                    CONT. ON 44        PAGE NO.  43

Plaintiff's Exhibit PX2009, page 43 of 115

**TOSHIBA**

Besides this, access to System Data (fixed management area) is also performed via BE.

### 5.3.1      Command queue

NVMe has multiple Circular Queues on the Host Memory, and the drive takes in the commands that are input there.

NVMe HW captures up to 256 commands for IO Queue.

Commands piled up in the Admin Queue are processed by FW, but basically they are taken in and executed one by one.

As an exception, the Format command takes a certain amount of processing time, so the following Admin commands are captured and executed even while the Format command is running.

### 5.3.2      Command division

Data transfer in NVMe takes the form of taking in data on Host Memory or sending data on Host Memory. Virtual memory is used for host memory management by the OS, and physically continuous addresses called pages are the minimum unit for management, and this page is the transfer destination / source, and only the necessary amount is passed when issuing a command.

This list is generally called a Scatter/Gather List, or a PRP List in NVMe, but there is usually a HW resource limit on the length of this list per command, and 2MB is the upper limit for the block length in Canopus. Therefore, there is no need to divide the Read command.

Although the FW is not involved in the Write command, the FW divides the data into appropriate units for commands such as the Compare command that puts data in the DRAM.

### 5.3.3      LBA duplicate check

After fetching the command, the HW automatically performs an LBA duplication check.

If the LBA overlaps with the preceding command, execution of all subsequent commands, including that command, is temporarily suspended until the overlapped command is completed, and resumes after resolution.

This process is done automatically by HW, and FW is not involved.

### 5.3.4      Credit

With NVMe, data transfers are always done with the drive as bus master.

Therefore, credits are not checked by the FE before the transfer starts, and when the credits run out during the transfer, the data transfer stops temporarily, and resumes when the credits increase.

No.

10−000x

CONT. ON 45      PAGE NO. 44

Plaintiff's Exhibit PX2009, page 44 of 115

**TOSHIBA**

5.3.5       **Power management**

TBDMore

## 5.4 Front End (SOP-PQI)

SOP-PQI uses SCSI as the command set, and HW hides it as normal command processing.

Therefore, SCSI commands are processed in the same way as SAS.

SOP-PQI specific processing is as follows.

➢   PCIe PHY initialization

➢   PD State Management

➢   Processing Admin Commands

➢   Processing SOP UI

**SOP-PQI has been discontinued.**

|  | No. |
| --- | --- |
|  | 10-000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 46        PAGE NO.  45 |

Plaintiff's Exhibit PX2009, page 45 of 115

**TOSHIBA**

## 5.5 Back End–Data Manager

The Data Manager's responsibilities are listed below.

<u>Table 5 –1 Data Manager Responsibilities</u>

| Obligation | explanation |
|---|---|
| Logical block building | Combine available physical blocks to construct a high-speed readable and writable logical block. |
| Logical block management | It manages logical blocks in which user data and LUTs are written, and logical blocks in which system data is saved. Stop using unreliable physical blocks or chips. |
| compaction | According to the number of writable logical blocks, the user data compaction gear ratio and LUT write mode are controlled to always ensure writable logical blocks. |
| Data correction | Correct data that could not be corrected by shift read using L3DEC in cooperation with Sequecer. |
| persistence | Make the system state non-volatile when the system stops. Properly restore the halted state when the system resumes. |
| data security | Data is preserved by patrol and refresh. |
| Long life | Equalize physical block fatigue to extend product life. |
| Providing functions to Front End | Executes the processing requested by Front End and notifies the result to Front End. (SA information read/write, DST, full Unmap, sanitize, statistical information, etc.) |

### 5.5.1    First boot process

When the data read from the root pointer at the time of activation has a specific pattern, the DM determines that it is the first activation and performs the first activation process.The main processing performed at the first startup is shown below.

- ➢ Initialize the DRAM area used by the sequencer
- ➢ Creating physical block information
  Fixed management area layout information, initial BB (2) Acquire bitmap, and create BB list and recycle block list managed by DM.
- ➢ Creation of physical block group information
  A set of physical blocks (hereinafter referred to as a physical block set) that allows multiplane access is created for each chip.
- ➢ Creating Logical Block Information
  A logical block is constructed by combining a set of physical blocks capable of channel-parallel and bank-interleaved access, and the information is stored in the DM management information and the L2P table.
- ➢ Creating dump block address information
  A physical block is selected for storing dump information in the event of a failure, and the information is stored in the fixed management area.
- ➢ Preparing Erased Logical Blocks
- ➢ Save the first snapshot

### 5.5.2    Normal startup process

If the data read from the root pointer at startup is data that points to the 2nd pointer, the DM will work with the Sequencer to retrieve the information from the 2nd pointer and the information that can be derived from it.

No.

10–000x

TOSHIBA CONFIDENTIAL

CONT. ON 47        PAGE NO.  46

Plaintiff's Exhibit PX2009, page 46 of 115

**TOSHIBA**

state and put the device in a state where it can continue to operate.The main processing performed at that time is shown below.

➢ Read emergency save destination information
Identify the NAND where the DM log is written from the 2nd pointer, and obtain the emergency save destination logical block information from the DM log read from there.

➢ Restore management information
Notifies the Sequencer of the emergency save destination logical block information and requests the Sequencer to restore the management information.
After restoration of the management information by the Sequencer is completed, the data on the SRAM is restored.

➢ 3rd LUT restoration start
Notifies the Sequencer of the LUT active logical block information and requests the Sequencer to restore the 3rd LUT.
Restoration of the 3rd LUT takes a long time, so there are cases where booting is completed before the restoration is complete.Memory patrol starts after 3rd LUT restoration.If the entire Unmap process has been interrupted, the process is completed here.

➢ WB Dirty Restore (Sequencer)

➢ Preparing Erased Logical Blocks

➢ Startup compaction
If there is LUT update processing for the compaction destination that was left unfinished when the operation was stopped last time, or priority compaction processing, it will be performed.If there is a shortage of free logical blocks, they are secured here.

➢ Sanitization process
If the block erase process by sanitization has been interrupted, it will be executed immediately after the boot is completed.

## 5.5.3    Normal processing

### 5.5.3.1  Block management, compaction control

During normal operation, the DM works with the Sequencer to perform the following main processes, enabling continuous writing of various data to the NAND.

➢ Reserving Erased Logical Blocks

To always secure a fixed number of erased logical blocks and quickly supply erased logical books when

necessary.

➢ Write destination logical block supply

When an erased logical block is requested from the sequencer or a module in the DM, it selects an

appropriate erased logical block and provides the information necessary for writing to the requester.

➢ gear ratio control

It monitors the number of free logical blocks in the device, and instructs the Sequencer on the

appropriate gear ratio (user data compaction) and write mode (LUT compaction) so that the free

logical blocks are not exhausted.

➢ Selection and provision of compaction source logical blocks

Selects appropriate compaction source logical blocks and provides the necessary information to the

**TOSHIBA**

Sequencer so that compaction can be performed efficiently.

➢ Synchronization between Back Ends (Condor-M3 with two Back Ends)

Back Ends, compaction operations may be synchronized between the two Back Ends.

### 5.5.3.2 Providing functions to Front End

The DM provides the functionality requested by the Front End.The main functions provided are shown below.

➢ Operation mode management

Starts in the operation mode instructed by Front End at startup.It also monitors the margin rate during operation and notifies the transition to Read Only mode, Write Protect mode, or Failure mode.

➢ Full Unmap

Unmap all user data areas in cooperation with the Sequencer.

➢ sanitize

After setting all user data areas to Unmap state, erase all NANDs that may be in the state while user data is written.

➢ power management

Transition to the power management state instructed by Front End.

➢ DST (Drive Self Test)

It self-diagnoses system data written in NAND, data in memory, NAND connection status, etc.

### 5.5.3.3 data security

DM performs the following processes in the background for data preservation, product life extension, operation information provision, and FA/debugging support.

➢ Write state management to NAND

A decline in write quality is avoided by controlling the writing of user data and LUT data sent from the host to be written to the logical block so that writing to the final page is completed within a certain time after erasure.

➢ patrol refresh

Regularly monitors (patrolls) for error occurrences when reading data written in the NAND, and rewrites (refreshes) the data before it becomes uncorrectable.Also, the data on DRAM and SRAM is periodically monitored for garbled bits, and restoration processing is performed as necessary.

➢ wear leveling

Extend product life by leveling out NAND usage and fatigue.

➢ error recovery

If an error occurs in erasing or reading/writing NAND or reading data in memory, the data is rewritten or repaired by an appropriate method.

| No. | |
|---|---|
| | 10-000x |

Plaintiff's Exhibit PX2009, page 48 of 115

**TOSHIBA**

> ➢ Back End statistics management

Records information about Back End behavior and provides it to the Front End as needed.

> ➢ Snapshot/DM log

By periodically saving the management data (snapshot) at a certain point in time and the management data change log (DM log) after that in NAND, the management data just before FA can be restored and analyzed.

In addition, shutdown information is also recorded in the DM log, and used to restore management information when the power is turned on next time.

## 5.5.4 Stop processing

DM performs processing to stop operation according to Front End instructions when FW download, Stop Unit command, or power failure is detected.The main processing performed when stopping is shown below.

> ➢ Stop data write operation

In cooperation with the Sequencer, write of user data and LUT data to NAND is stopped at a good point.

> ➢ Nonvolatile management information

Collect the management information that needs to be nonvolatile on the DRAM and request the Sequencer to write it to the emergency save destination logical block.

> ➢ Record shutdown log

Records information specifying the emergency save destination in the DM log logical block.

## 5.5.5 Startup processing when returning

TBDMore

## 5.5.6 Failure start-up processing

TBDMore

| | No. | |
|---|---|---|
| | 10-000x | |
| TOSHIBA CONFIDENTIAL | CONT. ON 50 | PAGE NO. 49 |

Plaintiff's Exhibit PX2009, page 49 of 115

# TOSHIBA

## 5.6 Backend System Manager

System Manager (hereafter referred to as SysM) has the following two main responsibilities.

➤ Access NAND in common across all processes from manufacturing to FA, and manage necessary information appropriately.

➤ Product (Generic) In the FW, Front End (common), Back End − Data Manager and Sequencer operate as a bridge and middleware, while at the same time providing various utilities and fully supporting development.

As mentioned above, SysM is not only a product FW, so if you try to explain its responsibilities in more detail, the Read/Write required for the SSD product itself (and accompanying compaction, management table non−volatility, etc.) go out of range.However, even if only the product FW part is extracted, the SysM specifications cannot be grasped accurately and comprehensively, which is not appropriate. Others (especially DM, Sequencer) are considered to be responsible).

Based on the above, Table 5−2 below shows a list of outline items regarding the responsibilities of SysM.

### Table 5-2 Summary List of System Manager Responsibilities

| Summary of Responsibilities | explanation |
|---|---|
| including the manufacturing process, General NAND access | For the NAND attached to the device, do the following:<br>・Read information such as ID, UID and ROMFUSE from the NAND chip and manage it appropriately.<br>・AC trim the NAND.Diagnose the connection status, etc.Assist with screening.<br>・Read and write data to and from the NAND chip, and set parameters if necessary.<br>・Realize functions such as Vth measurement and loopback test, and enable analysis when equipment malfunctions. |
| Fixed management area | From device manufacturing to FA, necessary information is consistently retained on NAND.<br>・Place and save information in a fixed position.Maximum protection with ECC, multiplexing, etc.<br>・Update to the latest by postscript and generation management.In case of error, return to the previous state.<br>・Check the storage status by DST or patrol.Refresh if necessary.<br>For details such as the contents and format of the fixed management area, refer to Section 6.6.2.1 . |
| System startup, settings, etc. | Performs setup when the device (product FW) is started, and manages information as needed.<br>・Set various information such as FW shared information.Start DM.Communicate between CPUs.<br>− Deal with exceptions and memory errors.Control interrupts.Manage timers.<br>・Set the DRAM protection space and switch the bank.Cache control if necessary. |
| with Sequencer and DM Complementary actions for cooperation, etc. | ・HW and Sequencer are abstracted from DM.Support emulator development.<br>・Load the Sequencer Core into I/DMEM, kick it, and start it up.Swap the Sequencer FW for startup and normal use.Manages Sequencer state such as IDLE.<br>・Communicate between the CPU and the Sequencer.Assist in the sequence of communications, if necessary. |
| Various debugging support, etc. Dump saving and analysis at the time of failure | The following functions are provided as debugging support.Support parsing.<br>・Record the CPU trace log in a ring buffer and analyze it as a binary dump.<br>・Record system events such as ASSERTs and device failures.Clear if unnecessary.<br>・Dump and save all information on RAM and HW registers to NAND when the device fails.<br>・At the time of FA, the dump information saved above is sucked out from the NAND and the original state is restored. |

No.

10−000x

**TOSHIBA**

## 5.7 Sequencer

Responsibilities to FE

➢  Receives Read request from FE, reads user data from NAND, and inputs read data to HW for sending to FE.

➢  Receive write data from FE and write to NAND.After receiving the write data, the response is returned to the FE when there is no problem even if the read/write command is sent to the same LBA.

➢  Receive Flush request from FE and write dirty data in Write Buffer to NAND.Return Response to FE when data transfer to NANDC is completed.

➢  Receive Unmap request from FE and put the corresponding Cluster in Unmap state.Return Response to FE when the state is confirmed.

Responsibilities for DM

➢  Follow the instructions from the DM to read the log for compaction, read the user log, and determine valid clusters.

➢  Compaction is performed according to the compaction source, previous logical block, and gear ratio instructed by the DM.

➢  Since the gear ratio is indicated by a decimal point, the calculation is performed so as to approximate it, and the Write is advanced by switching between Host Write and Compaction in units of logical pages.

➢  If Retry Read fails, notify DM and request L3 correction.

➢  If Program Fail occurs, report to DM.

➢  At this time, the writing of Write is interrupted according to the instruction of the DM.

➢  Address update after compaction is done according to DM instructions.

➢  When Program Fail occurs or before high-speed Unmap, the compaction source is discarded according to DM instructions.

➢  At boot time, read DM Snap Shot from NAND to DRAM

➢  It bridges commands to NAND requested by DM.

Responsibility for FW as a whole

➢

➢  In the PLP process, write and compaction in process are interrupted, and user data, LUT dirty data, CPU management data, etc. are written to the emergency save destination.

➢  If an L1 error occurs in Read from NAND, read retry is performed according to the Retry Table.

| | No. |
|---|---|
| | 10−000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 52        PAGE NO.  51 |

Plaintiff's Exhibit PX2009, page 51 of 115

**TOSHIBA**

## 5.8 IPL

IPL loads several memory-stored firmwares in sequence when the device is powered on, performing diagnostics on the device in the process, and finally idling the device's main firmware.·It is a function that leads to a loop.Also, in the firmware download process, a reboot path to the downloaded new firmware is created.In addition, it controls the boot state of the firmware according to various hardware and firmware information detected at power-on or reboot.
The IPL will be designed by diverting from Phoenix-M2, and the basic flow will be the same as Phoenix-M2.

The IPL has specific functions depending on where the firmware is stored.The name of the firmware according to the save destination is as follows.
- Mask ROM Code
- Boot Code (SFROM)
- User Code (NAND / volatile memory)

### 5.8.1 Mask ROM Code

This code is stored in the Mask ROM built into the SoC, and is the part that runs first when the power is turned on.When an abnormal state is detected in the process of processing, it stays at Mask ROM Code.At this time, UART is the only device external interface provided by the firmware.

It mainly has the following functions.

- CPU initialization function

  Stack, Heap, ARM library initialization, runtime startup.

- CPU-0 Clock initialization function

- Mask ROM, CPU-0 TCM diagnostic function

- SPI control function

  Function to access SFROM data.Mainly used to load Boot Code to TCM.

  It has only read function and does not have erase and write functions.

- Boot Code expansion function

  Load Boot Code from SFROM to TCM using the above SPI control function.It also determines its validity and branches to Boot Code if possible.This branch processing uses the reboot function provided in the FE library.If the product is an SED product, it branches to Boot Code after decrypting the encryption part via the SED function.

- Interrupt control function (TBD really put it in?)

  UART, Timer interrupt handling.

  ＊It does not work if it starts normally.Operates when an error is detected in the process of branching to Boot Code.

- UART control function

  Periodic error status display function, UART command processing function.

  ＊It does not work if it starts normally.Operates when an error is detected in the process of branching to Boot Code.

- Timer control function

**TOSHIBA**

Used to periodically display error conditions using UART.

＊It does not work if it starts normally.Operates when an error is detected in the process of branching to Boot Code.

- ARM library

  Equipped with ARM standard library.This library is used in common for Mask ROM Code, Boot Code, and User Code.

  ＊Due to hardware limitations, this library can only be accessed by firmware that runs on CPU-0.

- FE library

  FE specific library.

  Such as firmware checksum calculation, CRC calculation, byte order conversion, and FW expansion & reboot function that runs on CPU-0.This library is used in common for Mask ROM Code, Boot Code, and User Code.

  ＊Due to hardware limitations, this library can only be accessed by firmware that runs on CPU-0.

It is also related to the following blocks (functions).

- SED control function

  It has a diagnostic function for the SED circuit provided in the SoC and a function to decode data. The processing related to SED must be hidden in this module.

## 5.8.2    Boot Code (SFROM)

Code stored in SFROM and activated by Mask ROM Code.When an abnormality is detected in the process of processing, basically it stays in Boot Code.At this time, it is assumed that the device external interfaces provided by the firmware are UART and SAS.Boot Code's SAS interface functions differ from User Code's in that it has only the minimum necessary functions.Boot Code consists of multiple code systems according to manufacturing and shipping requirements (three types in Phoenix-S1 results).

It mainly has the following functions.

- CPU initialization function

  Stack, Heap, ARM library initialization, runtime startup.

- Clock initialization function

  Initialization function for all clock domains.

- DRAM interface initialization function

  Initialize SoC's Buffer Manager to enable data communication between CPU<->DRAM.

No.

10-000x

TOSHIBA CONFIDENTIAL

CONT. ON 54          PAGE NO.  53

Plaintiff's Exhibit PX2009, page 53 of 115

# TOSHIBA

＊ Interfaces between hardware <-> DRAM controlled by FE and hardware <-> DRAM controlled by BE are not initialized by IPL, but initialized by FE and BE respectively.

- Hardware diagnostic function

  Diagnose CPU-1's TCM, SoC built-in SRAM, and FiFo used by FE/BE using the hardware Bist function. Moreover, DRAM is also diagnosed using the Bist function of hardware.

  ＊The scope and content of diagnostics vary depending on manufacturing and shipping requirements.Manufacturing requirements are ignorant of startup time and perform diagnostics on all circuits that Boot Code can diagnose (batteries are not covered).Consider the start-up time in shipping requirements, and perform a minimum circuit diagnosis considering the time spent on diagnosis.

  <span style="color:red">TBD</span> for diagnostic range and method

- User Code expansion function

  Load the User Code from the fixed management area to DRAM using the fixed management area access function (FE/BE).Also, it determines its validity and branches to User Code if possible.The reboot function provided in the FE library is used for branch processing.

  If the product is an SED product, the encrypted part is decrypted via the SED function and then branched to User Code.

- SPI control function

  A function that provides general data access for SFROM.

- Interrupt control function

  UART, SASC interrupt handling.

  ＊ It does not work if it starts normally.Operates when an error is detected in the process of branching to User Code.

- UART control function

  UART command processing function.

  ＊ It does not work if it starts normally.Operates when an error is detected in the process of branching to User Code.

- SAS command control function

  Unlike the SAS command control provided by User Code's FE, the minimum command control function that satisfies the download without save and manufacturing requirements using the SAS interface.Command operations are specific to Boot Code, unlike User Code.

- Start branch pulse detection function

  It has a startup branch pulse detection function that is required as a manufacturing requirement.

  Specifically, it is a function that detects the pulse requested by the manufacturing WG and stays in Boot Code without activating User Code.In addition, the SAS command also has a function to display that it has transitioned to this state.In addition, it enables User Code to be invoked by SAS commands.User Code should be able to specify whether to start BE normally or in Read Only mode.

It is also related to the following blocks (functions).

| | No. |
|---|---|
| | 10-000x |

　　　　　　　　　　CONT. ON 55　　　　PAGE NO.  54

Plaintiff's Exhibit PX2009, page 54 of 115

# TOSHIBA

- Fixed Management Area Access Facility (FE/BE)
  A function that loads the binary data of the firmware in the fixed management area into the specified memory (DRAM) specified by Boot Code.It also has the HW initialization function necessary for loading and the multiplexing control function of the fixed management area.
  Boot Code calls appropriate modules (functions) according to the procedure required by the fixed management area access function.
  Note that the fixed management area access function in Boot Code does not require the function to write to the fixed management area.
- Media Task (FE)
  The IPL block does not directly call the library that accesses the NAND provided by the BE.These functions are hidden in FE's Media Task, and IPL uses its external interface to access NAND data.
- DDP Control Function (FE)
  Ability to control DDP stored in SFROM.Using the SPI control function, the DDP control function expands the DDP in the given memory and initializes itself as needed.
  Phoenix-S1 mainly managed data to be developed in the shared information area (Shared RAM) of FE/BE and initial data (WWN) of SAS.
- SAS interface control function
  A function that performs minimal SAS interface control when controlling SAS commands provided by Boot Code.A BIOS-like entity that controls the SASC hardware.Unlike the SAS interface control function provided in User Code's FE, it is unique to Boot Code and has minimal functions.
  ＊It does not work if it starts normally.Operates when an error is detected in the process of branching to User Code.
- SED function
  It has the function of decoding data.
  The processing related to SED must be hidden in this module.

## 5.8.3    User Code (NAND / volatile memory)

This is the code saved in the fixed management area of NAND, or the code expanded in volatile memory when downloading without saving.This is the main code that operates as a device, and the goal of IPL is to reach this code.When power is turned on, it is loaded by Boot Code from the fixed management area of NAND.

When downloading, the old User Code is replaced with the new User Code.However, the IPL part of Mask ROM Code and Boot Code is not passed through in the process.

User Code consists of multiple code systems according to manufacturing and shipping purposes.

It mainly has the following functions.

- CPU initialization function
  Stack, Heap, ARM library initialization, runtime startup.

| No. | | |
|---|---|---|
| | 10-000x | |

CONT. ON 56      PAGE NO.  55

Plaintiff's Exhibit PX2009, page 55 of 115

**TOSHIBA**

Create a path to the main() function.In addition, the function to grasp the operating conditions of the initialization part (power-on, reboot factor (download, failure)) and display it in related modules, and display the BE startup conditions (Cold or Warm Boot and Read Only mode) It also has the function of

- SPI control function
  Functions that provide general SPI data access.
- UART control function
  UART command processing function.

It is also related to the following blocks (functions).

- FE initialization section
  IPL only creates a route for initialization, and initialization of hardware and firmware after the main() function must be performed in order by various modules of FE.The boot mode of BE (CPU-1) is also managed.FE is in charge of diagnosing and charging the battery.
- BE initialization part
  IPL only creates a route for initialization, and initialization of hardware and firmware after the main() function must be performed in order by various modules of BE.
  BE is in charge of code deployment and startup of the Sequencer.

No.

10-000x

TOSHIBA CONFIDENTIAL

CONT. ON 57        PAGE NO. 56

**TOSHIBA**

## 6. data structure

### 6.1 MCAs

MCA (Media Cluster Address) is used as a format indicating the logical position of user data on NAND.

MCA becomes 1 Entry of 3rd Table Cache of LUT, and logical recording position on NAND can be subtracted from LBA (LCA).

The MCA consists of a logical block number (MBA), channel, bank, page, and cluster number.

The conventional 3rd Table Cache is 4Byte/Entry, and since the most significant bit in 32bit is used as the horizontal parity bit, the effective bit is 31bit, and the area that can be expressed with this is 8TB (implementation).

In order to support even larger capacities, the M3 has a new 5Byte/Entry mode, which can be used depending on the device capacity.

Even if it becomes 5Byte/Entry, the unit of horizontal and vertical parity does not change from 4Byte/Entry mode.

The format of MCA is shown below.

SAS 4byte mode (up to 1.6TB)

| | on the LUT | After decomposition | | | supplement |
|---|---|---|---|---|---|
| Logical block number [12:2] x18 + channel | 15 | 5 | channels | 0−17 | |
| | | 11 | Logical block number [12:2] | 400GB: 1066 1.6TB: 4264 | 13bit at 1.6TB |
| Logical block number:[1:0] | 2 | 2 | Logical block number:[1:0] | | |
| bank[1:0] | 2 | 2 | bank[1:0] | 0−3 | |
| page | 8 | 8 | page | 0−255 | |
| (plane) | 2 | 4 | Logical cluster number [3:0] | 0−15 | |
| (cluster) | 2 | | | | |

SAS 5byte mode (3.2TB or more)

| | on the LUT | After decomposition | | | supplement |
|---|---|---|---|---|---|
| Logical block number [16:6] x18 + channel | 15 | 5 | channels | 0−17 | |
| | | 11 | Logical block number [16:6] | 12.8TB: 34112 | 16bit at 12.8TB |
| Logical block number:[5:0] | 6 | 6 | Logical block number:[5:0] | | |
| bank[1:0] | 2 | 2 | bank[1:0] | 0−3 | |
| page | 8 | 8 | page | 0−255 | |
| (plane) | 2 | 4 | Logical cluster number [3:0] | 0−15 | |
| (cluster) | 2 | | | | |

No.

10−000x

TOSHIBA CONFIDENTIAL

**TOSHIBA**

PCIe 4byte mode（up to 6.4TB）

| | on the LUT | After decomposition | | | supplement |
|---|---|---|---|---|---|
| Logical block number[13:3] x18 + channel x2 + bank[1:1] | 15 | 4 | channels | 0-8 | |
| | | 1 | bank[1:1] | 01 or 23 | |
| | | 11 | Logical block number [13:3] | 400GB: 1066 x1 | 400GB model is single B/E and others are dual |
| Logical block number:[2:0] | 3 | 3 | Logical block number:[2:0] | 6.4TB: 8528 x2 | |
| bank[0:0] | 1 | 1 | bank[0:0] | 0 or 1/2 or 3 | |
| page | 8 | 8 | page | 0-255 | |
| (plane) | 2 | 4 | Logical cluster number [3:0] | 0-15 | |
| (cluster) | 2 | | | | |

PCIe 5byte（above 6.4TB）

| | on the LUT | After decomposition | | | supplement |
|---|---|---|---|---|---|
| Logical block number[17:7] x18 + channel x2 + bank[1:1] | 15 | 4 | channels | 0-8 | |
| | | 1 | bank[1:1] | 01 or 23 | |
| | | 11 | Logical block number [17:7] | 12.8TB: 17056 x2 | 12.8TB(17056)=15 bit |
| Logical block number: [6:0] | 7 | 7 | Logical block number: [6:0] | | |
| bank[0:0] | 1 | 1 | bank[0:0] | 0 or 1/2 or 3 | |
| page | 8 | 8 | page | 0-255 | |
| (plane) | 2 | 4 | Logical cluster number [3:0] | 0-15 | |
| (cluster) | 2 | | | | |

TOSHIBA CONFIDENTIAL

No.

10-000x

CONT. ON 59

**TOSHIBA**

## 6.2 logic block

### 6.2.1        Logical block configuration

The logical block is configured to be able to access channel parallel, bank interleave, and multiplane access so that it is allowed to write at high speed to NAND. Specifically, physical blocks are extracted from each plane of two or four chips in each channel, and 144 physical blocks（18 channels x 2 banks x 4 planes, or 9 channels x 4 banks x 4 planes）are bundled into one logical block.

The maximum write performance can be obtained by bundling pages of the same number of physical blocks constituting a logical block as a logical page and writing in logical page units.

Physical blocks within a logical block are numbered sequentially from #0 to # 143 according to channel, bank, and plane.

The figure below shows the relationship between logical blocks and serial numbers of channels, banks, planes, chips, and physical blocks.



Logical block configuration（PCI-e）



Logical Block Configuration（SAS）

No.

10-000x

TOSHIBA CONFIDENTIAL              CONT. ON 60        PAGE NO.  59

**TOSHIBA**

## 6.2.2     Accumulation by Ch

### 6.2.2.1   SAS

The configuration of the logic block when stacking in Ch units in SAS is shown below.

Build L3 and log with the added amount.

Locations treated as missing are treated as follows.

➢     L2P: Ch and Bank that do not exist are left-justified.(See 6.3.1 L2P for details)

➢     Logical block attribute table: Created with 18ch, 4banks, and assign missing attributes to nonexistent Chs and banks

➢



### 6.2.2.2   PCIe (reference)

Since PCIe is based on 4 banks, it cannot be increased in the Bank direction.Therefore, the number of logical blocks is doubled, and half of the Chs other than the Chs to be added are lost, and the 2-bank operation is performed. However, there is no plan to implement it because the performance will be greatly reduced in this configuration, and the policy is to meet the life span by adjusting the OP.

| | No. | |
| --- | --- | --- |
| | | 10-000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 61 | PAGE NO.  60 |

**TOSHIBA**



TOSHIBA CONFIDENTIAL

Plaintiff's Exhibit PX2009, page 61 of 115

**TOSHIBA**

### 6.2.3        Dealing with defective chips

L3ECC is added to the data recorded in the logical block so that the data can be corrected for a chip failure, that is, the loss of 4 planes (4 physical blocks) .L3ECC uses RS code and uses 16 clusters (corresponding to 4 physical blocks) in a logical page (logical block) .The figure below shows the location of the L3 cluster within the logical page.

L3ECC may not be added when a logical block is used for writing system data or the like .In that case, the data should be protected by another suitable technique, such as data multiplexing.



L3 cluster location in logical page (PCI-e, BE0)

L3 cluster location in logical page (SAS, Bank0/1)

| | No. |
| --- | --- |
| | 10-000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 63        PAGE NO.  62 |

Plaintiff's Exhibit PX2009, page 62 of 115

**TOSHIBA**

### 6.2.4        Gaps in Logical Blocks

A portion that cannot be used in a logical block is called a loss.Since multi-plane access is used, four planes are collectively treated for defects.That is, when a physical block with plane 0 becomes unusable, the physical blocks of planes 1/2/3 paired with it are also made unusable.

Defects include those that occur when a physical block becomes a bad block during operation, and those that are intentionally created when constructing a logical block, but these two are treated equally without distinction . .

One defect is allowed per logical block .Do not use logical blocks with 2 or more deficiencies .

Defect positions within a logical block are managed within the logical block information.

If the position to write the L3 cluster becomes defective, the position to write the L3 cluster is shifted in the channel direction.An example with PCI-e is shown below.



L3 cluster position in logical page（when PCI-e, BE0, CH7/Bank3 are missing）

However, since the addition of 2Ch in SAS is arranged as shown below, if there is a defect in the Bank containing the addition of L3, the position of L3 cannot be shifted.In this case, all the additional parts are treated as deficits and are not used.

On L2P, nothing is done especially for the accumulation part other than the missing part, and when the logical block attribute table is created, the total number of clusters is reduced so that there is no accumulation.

Deletions in Banks that do not contain L3 are treated as usual.

TOSHIBA CONFIDENTIAL

No.

10-000x

CONT. ON 64        PAGE NO.  63

**TOSHIBA**



Configuration of 2ch stacking part

## 6.2.5        Replacement of bad blocks (recycled blocks)

Healthy physical blocks that have not been constructed as logical blocks at the time of initial startup and have not been used are managed as recycle blocks.When a bad block occurs, it is replaced with a recycle block to prolong the life of the logical block before treating the channel/bank as defective.A healthy physical block existing in a logical block that has two or more deficiencies because it cannot be replaced with a recycle block is managed as a recycle block.

No.

10-000x

TOSHIBA CONFIDENTIAL                                    CONT. ON 65          PAGE NO.  64

**TOSHIBA**

### 6.2.6　　　　Logical block data recording format

### 6.2.6.1　Logical block for user cluster

A logical block in which user data is written consists of 256 logical pages, and the format of the logical pages is shown below.

One logical page consists of 576 Clusters, including two Log Clusters and 16 L3 ECC Clusters.

As a result, the cluster into which the user data is written is 558Cluster.

The following is the case of PCIe, SAS has 2Banks and 18CH, but the number of Clusters around the Bank only doubles, but the logical format of the logical page does not change.



No.

10−000x

TOSHIBA CONFIDENTIAL

CONT. ON 66　　　PAGE NO.  65

**TOSHIBA**

### 6.2.6.2   Logic block $^{for}$ 3rd LUT

Within one logical page of the 3rd LUT, in addition to LUT entries, 16 clusters of L3 ECC and 10 clusters of LUT logs are recorded. Logical blocks for the 3rd LUT are recorded in pSLC mode.



### 6.2.6.3   Emergency evacuation block

The emergency save block is a block to which system data is written when the power is turned off.
In pSLC mode, the configuration of writing, logical blocks, and logical pages is the same as that of user cluster logical blocks.
In order to keep the total number of pages to be written constant, the number of clusters to be written in each logical page is calculated assuming that there is a defect and the cluster crushing rate is the maximum.
The calculation is as follows.

> 12 Cluster x (9ch x 4bank − 1 defect) − 16 L3 Cluster − 2 Log Cluster = 402 Cluster
>
> 402 Clusters x 4K = 1608KB
>
> *If the cluster crushing rate is maximized, it will be 12 Clusters/ChBank*

If there is no loss or cluster collapse and the number of clusters in the logical page exceeds 402, the remaining clusters are NULL−padding and written.
The contents to be recorded on each page are shown below.

---

No.

10−000x

TOSHIBA CONFIDENTIAL                                       CONT. ON 67        PAGE NO.  66

**TOSHIBA**

### 6.2.6.4  log cluster

A log cluster is a cluster for recording cluster information written to a logical page.
User log



Plaintiff's Exhibit PX2009, page 67 of 115

**TOSHIBA**

LUT log

bit 位置

| word | 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 16 15 14 13 12 11 10 9 8 7 6 5 4 3 2 1 0 | 備考 |
|---|---|---|
| 0 | LUT MCA | クラスタ毎の情報 |
| 1 | Region番号 [0] | |
| : | : ┤ 16Region分 | |
| 16 | Region番号 [15] | |
| : | LUT MCA | クラスタ毎の情報 |
| : | Region番号 [0] | |
| : | : | |
| : | Region番号 [15] | |
| | LUT MCA | クラスタ毎の情報 |
| | Region番号 [0] | |
| | : | |
| | Region番号 [15] | |
| | FFFF_FFFFh | ターミネート符号 |
| | FFFF_FFFFh | |
| | FFFF_FFFFh | |
| | 空き | |
| 5119 | | |

282クラスタ分

SAS BANK1/ PCIe BANK2,3 のLUTログ5クラスタの場合は282 - 16(L3クラスタ数)個入る

No.

10−000x

TOSHIBA CONFIDENTIAL          CONT. ON 69       PAGE NO.  68

**TOSHIBA**

## 6.3 Data on DRAM

### 6.3.1    L2P logical-to-physical conversion table

A logical-to-physical conversion table is an information table of physical blocks that constitute logical blocks in the system.

4Plane physical blocks are set as a set, and 1Entry is composed of information such as NAND address, cluster crush rate, and Randomize Key.

Since the Burst unit of the DRAM-Buffer Manager is 16 bytes, 1 entry is 16 bytes.

On the DRAM, as shown in the figure below, the entries of the same MBA are arranged in order of CH and Bank, and further arranged in ascending order of MBA.

When adding OPs to a specific CH, the added Entry is placed next to the same CH in the same MBA.

In order to standardize the FW regardless of the structure of accumulation, the size per 1 MBA is common.That is, in a FW that supports 2ch addition, the size per MBA is 16Bx18chx2Bank+16Bx2ch=608Bytes, and if the addition is less than the maximum value, a pad is inserted at the end of the MBA unit.

In order for the Sequencer to easily refer to L2P, the size in MBA units, the start position in Ch units, etc. are provided as parameters.

It is SysM's responsibility to set the parameters in the Sequencer.

| | No. |
|---|---|
| | 10-000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 70        PAGE NO.  69 |

**TOSHIBA**

SAS積み増しなし（2ch積み増しサポートFW）



SAS積み増しあり（CH0, CH1）



No.

10-000x

TOSHIBA CONFIDENTIAL

CONT. ON 71     PAGE NO. 70

**TOSHIBA**

Entry Format

| Entry | explanation | change timing |
|---|---|---|
| Physical Block Info 0-3 | NAND physical address<br>bit[0:10] Physical block number (dropped the lower 2 bits)<br>bit[11] Upper bit of Bank<br>bit[12] Bus Switch<br>bit[13:15] LUN (Physical Chip number) | DM changes when recombining blocks<br>(also other Entry) |
| Shift Pattern Table Index | Index for Shift Read | Sequencer and BE CPU update when Shift Read succeeds |
| Cluster crush rate | 4:16/16 (no crushing)<br>3:15/16 2:14/16 1:13/16 0:12/16 | DM changes when an error occurs |
| Type | 0: MLC 1: pSLC | DM changes depending on usage |
| Randomize Key | Erase sequence number | Change when DM requests Erase? |
| Read Counter | Read times | Sequencer updated |



## 6.3.2    3rd Cache

The 3rd Cache Table is a table for converting from LCA to MCA representing the logical position of NAND.

It consists of a 256-byte data part and a 16-byte vertical parity that protects it.

The 256-byte data includes multiple MCAs, and consists of 64 MCAs for 4-Byte MCA and 48 MCAs for 5-Byte MCA.

256 Bytes of data is called a region, which is the minimum unit of non-volatility to NAND.

In the data part, the most significant 1 bit of 31-bit data is protected by horizontal parity (even parity).

No.

10-000x

Plaintiff's Exhibit PX2009, page 71 of 115

**TOSHIBA**

4Byte MCA

| WORD | MSB | | LSB |
|---|---|---|---|
| 0 | P | MCA #0 | |
| 1 | P | MCA #1 | |
| 2 | P | MCA #2 | |
| 3 | P | MCA #3 | |
| 4 | P | MCA #4 | |
| 5 | P | MCA #5 | |
| 6 | P | MCA #6 | |
| : | P | | |
| 62 | P | MCA #62 | |
| 63 | P | MCA #63 | |
| 64-66 | | NA | |
| 67 | | VP | |

5Byte MCA

| WORD | MSB | | LSB |
|---|---|---|---|
| 0 | P | MCA #0 | |
| 1 | P | MCA #1 | MCA #0 |
| 2 | P | MCA #2 | MCA #1 |
| 3 | P | MCA #3 | MCA #2 |
| 4 | P | MCA #3 | |
| 5 | P | MCA #4 | |
| 6 | P | MCA #5 | MCA #4 |
| : | P | | |
| 57 | P | MCA #46 | MCA #45 |
| 58 | P | MCA #47 | MCA #46 |
| 59 | P | MCA #47 | |
| 60-66 | | NA | |
| 67 | | VP | |

## 6.3.3　　1st V



| bit | 名称 | 意味 |
|---|---|---|
| 31-16 | Reserved | |
| 15-0 | RMT ID | FFFFh: 3rd Cacheが読み込まれていない状態(Invalid)<br>FFFEh: 最新のMCAが3rd Cacheにある状態(3rd Cached)<br>上記以外: 最新のMCAがある2nd Tableの場所を示す |

## 6.3.4　　1st NV

TOSHIBA CONFIDENTIAL

No.

10-000x

CONT. ON 73
PAGE NO. 72

**TOSHIBA**



| bit | 名称 | 意味 |
|---|---|---|
| 31-28 | Reserved | 予約 |
| 27-22 | LutBlkID | LUTブロックID |
| 21-15 | Page | 論理ページ番号 |
| 14-13 | Bank | Bank |
| 12-8 | Channel | Channel |
| 7-4 | CLST | 論理クラスタ番号 |
| 3-0 | CL_OFF | クラスタ内オフセット |

### 6.3.5    FW shared information

M2 compliant

### 6.3.6    individual information

M2 compliant

---

No.

10-000x

TOSHIBA CONFIDENTIAL                                    CONT. ON 74        PAGE NO.  73

Plaintiff's Exhibit PX2009, page 73 of 115

**TOSHIBA**

### 6.3.7    Emergency evacuation area

The following data is placed in an area that is collectively nonvolatile during PLP processing.

➢ Front End SA

➢ Statistics

➢ DM nonvolatile information

➢ UNMAP Flag

➢ Valid cluster counter (for evacuation)

➢ Sequencer nonvolatile information

＊For details, refer to the M3 memory map specifications.

### 6.3.8    FWQ

The structure is M2 compliant, but moved from Shared SRAM to DRAM.

## 6.4 Data on SRAM

### 6.4.1    effective cluster counter

For each logical block, a counter that indicates the number of valid clusters that exist in that logical block and consists of 4 bytes per entry is placed in the dedicated SRAM of the Sequencer.

Addition and subtraction are done by the Sequencer.

Non-volatilization at the time of power failure is performed collectively with other data after copying to the emergency save area of the DRAM.

## 6.5 Data on Communicator SRAM

Each BE has one shared memory with FE, in which the following data is placed.

➢ CBE (Cluster Buffer Entry)

➢ NANDC Command Set

➢ Part of FW shared information

➢ Relay Buffer

＊For details, refer to the memory map specifications.

**TOSHIBA**

## 6.6 Data on NAND

### 6.6.1    Managed by DM

The main types of data that Data Manager writes to NAND are as follows.For the data format, refer to the format specification.

- Root pointer (fixed management area)
- Second pointer (logical block for second pointer)
- System log (logical block for log)
- L2P table (logical block for snapshot, logical block for emergency evacuation)
- Logical block information (logical block for snapshot, logical block for emergency evacuation)
- Physical block information (logical block for snapshot, logical block for emergency evacuation)
- BackEnd statistical information (logical block for snapshot, logical block for emergency evacuation)

No.

10-000x

TOSHIBA CONFIDENTIAL    CONT. ON 76       PAGE NO. 75

**TOSHIBA**

### 6.6.2        What System Manager manages

Data in NAND managed by System Manager is shown in 6.6.2.1 .

### 6.6.2.1  Fixed management area

The fixed management area is configured by collecting physical blocks dispersed in chip units during manufacturing.The block group configured at the time of manufacture continues to be used thereafter without block replacement.

The fixed management area handles the NAND of all areas managed by pSLC, and secures reliability as a multiplex configuration for each information to be saved.Multiplicity consists of 4 or more.

Also, the cluster crushing rate is always maximized (12/16).Since the fixed management area cannot change the correction capability dynamically, the correction capability is improved by converting the crushed portion (1/4) into ECC data in advance.

For details of the fixed management area, refer to the fixed management area specifications (tentative).

The information to be saved in the fixed management area is shown below.For the format, refer to the format specification.

- Initial BB table
- FW image
- SED
- Measure Data
- root pointer
- Dump block address table
- system event
- F/E FW setting
- Product default settings
- Others ( NAND SCR log, etc. )

### 6.6.3        Randomize Key

When writing data on NAND, the data is converted to a random value by the Randomize Key.
Data written using logical blocks uses the value of the "Randomize Key" on L2P.
For other data, use the following fixed values.

| kinds | Randomize Key |
|---|---|
| DM log, 2nd pointer | 01FA8E8Fh |
| Fixed management area | 8CC58AC7h |

No.

10-000x

TOSHIBA CONFIDENTIAL

CONT. ON 77        PAGE NO.  76

**TOSHIBA**

## 6.7 Data on Serial Flash

The following data is stored in the serial flash.

| content | capacity | explanation |
|---|---|---|
| Boot Code | 128KB | Some FW in IPL |
| Drive Dependent Parameter | 64KB | Drive-specific parameters |
| System Error Log | 64KB | System error log |

See memory map for details.

For the system error log, refer to the system error log specifications.

No.

10-000x

TOSHIBA CONFIDENTIAL                    CONT. ON 78        PAGE NO.  77

**TOSHIBA**

## 6.8 User Data Format

The User Data Format in a Cluster on NAND without cluster crushing and frame division is shown below.



the Data part for each Sector Size is shown below.

---

No.

10-000x

Plaintiff's Exhibit PX2009, page 78 of 115

**TOSHIBA**



Plaintiff's Exhibit PX2009, page 79 of 115

**TOSHIBA**



The Data Format of Exception Data is shown below.

- ✓ Data is always 0
- ✓ Exception ID is bit-0: Unmap ( less than Cluster ), bit-1 : Bad Sector
- ✓ E3D has a different encoding method than usual
- ✓ Only HIF can recognize exception Data , and the Back End cannot distinguish it from normal data.



No.

10-000x

TOSHIBA CONFIDENTIAL    CONT. ON 81    PAGE NO. 80

**TOSHIBA**

## 7.  system state

The device transitions to the following modes depending on the event.

➢ normal mode

➢ Read Only Mode

➢ Write Protected Mode

➢ failure mode

### 7.1 Read Only Mode

the spare capacity falls below **7%** , the device transitions to Read Only Mode.

In this mode, Front End does the following for host commands:

➢ behaves normally for Read

➢ Write ends with CHECK CONDITION status (07-27-00)

➢ Read/write system data behaves normally

Back End works the same as normal mode.

### 7.2 Write Protected Mode

The device transitions to Write Protected Mode when the following events occur.

➢ the spare capacity falls below **5%**

➢ Capacitor failure/insufficient capacity

➢ When Endurance reaches its end of life

In this mode, Front End does the following for host commands:

➢ behaves normally for Read

➢ Exit with CHECK CONDITION status (07-27-00) for Write

➢ Works normally for reading system data

➢ Write of system data ends with CHECK CONDITION status (07-27-00)

Back End stops all writes to NAND.Also, stop all background processes such as patrols.

### 7.3 failure mode

The device transitions to failure mode if the following events occur:

➢ the spare capacity falls below **3%**

➢ When detecting a problem that makes it impossible to continue operation

### 7.4 Operation at state transition

The operation procedure for state transition to each mode is shown.

#### 7.4.1    Transition to Read Only mode

● The Back End periodically checks the margin rate, and if the margin rate falls below **7%** , it sends a SMART failure prediction notification to the Front End.

| | No. |
|---|---|
| | 10-000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 82      PAGE NO.  81 |

**TOSHIBA**

- When the Front End receives a SMART failure prediction notification, it acquires SMART data from the Back End.Confirm that the margin rate is less than <span style="color:red">**7% and transition to Read Only mode.**</span>

### 7.4.2       Transition to Write Protected mode

#### 7.4.2.1   Transition to Write Protected Mode by Margin Rate and Endurance

- The Back End periodically checks the margin rate and endurance, and when the margin rate drops below <span style="color:red">**5%**</span> or the endurance reaches 100%, a SMART failure prediction notification is sent to the Front End.
- When the Front End receives a SMART failure prediction notification, it acquires SMART data from the Back End.Confirm that the margin rate is less than <span style="color:red">**5%**</span> or that the endurance has reached 100%, and perform Back End shutdown processing.
- After the Back End has finished shutting down, start the Back End in Write Protected mode.
- When the Back End is instructed to start in Write Protected mode, it skips each process of Capacitor capacity confirmation, erased logical block preparation, and startup compaction, and completes startup.

#### 7.4.2.2   Transition to Write Protected mode due to capacitor failure/capacity shortage

- Front End periodically checks the voltage and capacity of the Capacitor, and if an abnormality is detected, the Back End shuts down.
- After the Back End has finished shutting down, start the Back End in Write Protected mode.
- When the Back End is instructed to start in Write Protected mode, it skips each process of Capacitor capacity confirmation, erased logical block preparation, and startup compaction, and completes startup.

### 7.4.3       Transition to failure mode

- When the Front End or Back End detects an event that causes a transition to failure mode, it notifies the System Manager of the failure event.
- When the System Manager receives a failure event, it nonvolatiles the event information.Then, various registers are read into the DRAM, and the entire DRAM is non-volatilized into a dump block.

---

No.

10-000x

**TOSHIBA**

# 8. Operation overview

## 8.1 Read

### 8.1.1      User data Read processing flow

The flow of Read processing is shown below.
*Overall basic sequence diagram 201*

1) FE retrieves commands received by HW and checks LBA range, LBA overlap, etc.
2) FE reserves SAS data transfer to HW, and issues Read command request to Sequencer with parameters such as LBA, transfer length, and TAG.At this time, a command exceeding 128 MB is divided into 128 MB and requested to the Sequencer, and after the first request is completed, the next request is sent to the Sequencer.
3) The Sequencer looks up the position of the data when it receives a request from the FE.
4) The data position has the following cases, and the method for determining each is shown below.
   ① **NAND** : As a result of reciting the 3rd Table, the NAND location (MCA) is obtained
   ② **Write Buffer** : hit the Search Engine of Write Buffer
   ③ **Read Buffer** : Read-ahead hit, reading or in Read Buffer
   ④ **Unwritten** : 3rd Table indicates Unmap state
   ⑤ **Uncorrectable Error (SED only)** : 3rd Table indicates Uncorrectable Error state
5) The Sequencer prepares the data according to the position of the data and populates the Read Buffer.
6) Data is automatically transferred in the order of RB, HIF, SASC, and PHY, and data and Response are transferred to the host.
7) When the transmission of Response is completed, HW notifies FE of the completion.
8) When the FE detects the completion of the command, it performs post-processing such as releasing resources.

### 8.1.2      Error correction processing

If an error occurs when reading from the NAND, correction is attempted in the order of Shift Read → L3 correction.

Shift Read is performed by the Sequencer, and L3 correction is performed by the DM.

An outline of error correction processing is shown below.
*Overall basic sequence diagram 210*

1) When an error that cannot be corrected by L1 ECC is detected when reading data from NAND, NANDC notifies the Sequencer of the occurrence of an L1 ECC error.
2) If the NANDC indicates the Erase state, the Sequencer re-solves the address and reads from the NAND again.
3) The Sequencer performs shift read processing from the Vendor Set based on the Shift Read Table.
4) The sequencer writes back the Index at that time to the L2P Table on the DRAM and writes back the corrected data to the cluster buffer when the L1 ECC error does not occur in the Shifr Read and can be read.⇒ To end processing

| | No. | |
| --- | --- | --- |
| | 10-000x | |
| TOSHIBA CONFIDENTIAL | CONT. ON 84 | PAGE NO. 83 |

Plaintiff's Exhibit PX2009, page 83 of 115

**TOSHIBA**

5)  The Sequencer issues an L3 correction request to the DM if all Shift Read patterns fail.
6)  The DM reads the data of the other Ch that constitutes the logical page from the Vendor Set, performs L3 correction processing on the L3 SRAM, and notifies the Sequencer of the completion.
7)  The Sequencer performs the following processing upon receiving the completion notification from the DM.
    ① Anchor: Create ExID for compaction Read and fill-in-the-blank Read
    ② Recovered: Check LBA mismatch and write corrected data back to cluster buffer
8)  The Sequencer performs termination processing.

### 8.1.3    Read to Logical Page during Host Write

In M3, the unit of writing to NAND is not a logical page, so there is a possibility that a logical page in which L3 data is not written to NAND is read by the host, and if L3 correction is required at this time, it cannot be corrected.

In this case, Flush is performed to complete the incomplete logical page, and L3 correction processing is performed.

An overview is shown below.

*Overall basic sequence diagram 951*

1)  Upon receiving the L3 correction request from the Sequencer, the DM determines whether or not the logical block is being written by the host.(At this time, it is best to make judgments in units of logical pages, but the progress differs depending on the CH, and judging this progress is complicated, so judgment is made in units of blocks.)
2)  If the logical block is being written by the host, issue a Flush request to create a logical page to the Sequencer.
3)  The Sequencer performs NULL padding if necessary to complete one logical page, writes to NAND, waits for the completion of writing, and notifies the completion of Flush to DM.
4)  The DM performs L3 correction processing.

No.

10-000x

TOSHIBA CONFIDENTIAL    CONT. ON 85    PAGE NO.  84

**TOSHIBA**

### 8.2 Write

### 8.2.1        User data Write processing flow

Write processing flow is shown below.
*Overall basic sequence diagram 301*

Phases of Write command processing:
1)  FE retrieves commands received by HW and checks LBA range, LBA overlap, etc.
2)  FE confirms Write Buffer Credit and registers SAS data transfer in HW with a size smaller than the free size and command transfer length.At this time, the command divided by Credit activates the next transfer after the first transfer is completed.
3)  HW performs data transfer, received data is divided into Clusters and passed to Sequencer.
4)  The Sequencer searches for data in the Write Buffer and returns a Response to FE if the Last flag, which indicates the last cluster of the command, is set.
5)  When the HW receives the Response from the Sequencer, it automatically returns the Response to the Host and notifies the FE of the completion.
6)  When the FE detects the completion of the command, it performs post-processing such as releasing resources.

Phases of NAND write:
1)  The Sequencer merges the clusters hit by the search if merging is possible, and if writing has started and merging is not possible, write operation is not performed until data transfer to the NANDC of the same LCA cluster is completed.
2)  The Sequencer receives Write data in cluster units, but if the data is less than one cluster, such as at the beginning or end of a command, it checks the latest position and performs the following processing depending on the status.
    ①  **In NAND** : Read the data of the corresponding Cluster from NAND
    ②  **Unwritten state** : Create data that represents written data with ExID
    ③  **Anchor state** : Create data representing pseudo error with ExID
3)  After starting writing, the Sequencer releases the Write Buffer when the data transfer to the NANDC ends, and gives credit to the FE.
4)  When the sequencer finishes transferring all the data of the last page of the logical block to the NANDC, it issues a request for the next host write destination block to the DM.
5)  When the Sequencer confirms the completion of the writing of the final page of the logical block, it notifies the DM of "Completion of writing to host write destination".

### 8.2.2        Program Status Fail

Even if a Program Status Fail occurs, the Sequencer does not stop on the spot, it stops at the direction of the DM, clears the internal management status once, and then moves on to the next write destination.

No.

10-000x

TOSHIBA CONFIDENTIAL

CONT. ON 86        PAGE NO.  85

**TOSHIBA**

A few logical pages may continue to be written after a Program Status Fail occurs.

The outline of processing when Program Fail occurs is shown below.

*Overall basic sequence diagram 351*

1) When the Sequencer checks the NAND Status and detects Program Status Fail, it notifies the DM of MBA, Page, Channel, Bank, and Plane.
2) Upon receiving the notification, the DM instructs the Sequencer to "force write termination request".
3) The Sequencer writes out the presented Cluster, completes the logical page with NULL padding if necessary, and resets the internal Credit.
4) The Sequencer returns "forced write completion" when the two processes are completed, and does not return the write completion of the logical block.
5) The DM preserves the data by compacting the logical block where the Program Status Fail occurred.

No.

10−000x

TOSHIBA CONFIDENTIAL

CONT. ON 87        PAGE NO.  86

**TOSHIBA**

### 8.2.3        Write to NAND

overview of write process to NAND **! Referrer not found.**shown in

---

|  | No. |
|--|-----|
|  | 10−000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 88        PAGE NO.  87 |

**TOSHIBA**

## 8.3 User data compaction

Compaction of user data consists of three operations.

➢ Valid cluster judgment: Judgment whether the compaction source cluster is pointed to by the 3rd Table Cache

➢ Cluster copy: Copy the compaction source cluster to the compaction destination

➢ LUT update: Make the 3rd Table Cache point to the compaction destination data


### 8.3.1      Valid cluster determination

When the DM determines that compaction is necessary due to a decrease in the number of free blocks or the occurrence of an error, it issues a log read request to the Sequencer to collect valid clusters of the compaction source.

DM issues a log read request while there is space in the log transfer destination.


An overview of effective cluster determination in compaction of user data is shown below.
    *Overall basic sequence diagram 401*

1) When the DM determines to perform compaction, it requests the Sequencer to send a "log read request" together with parameters such as the MCA of the compaction source log, log ID, compaction source block ID, and Last flag.

2) The sequencer reads the log from the instructed MCA, performs valid cluster determination, stores the result in the valid cluster pool on the DRAM, and returns a "valid cluster determination completion notification" to the DM.


### 8.3.2      Cluster copy & LUT update

During the compaction operation, the DM writes the "logical block attribute table" of the write destination to the SDMEM of the Sequencer in response to the write destination request from the Sequencer.


An overview is shown below.
    *Overall basic sequence diagram 402*

1) When the writing to the current compaction destination block is completed, the Sequencer notifies the DM of "compaction destination block write completion and LUT update completion notification".

2) The DM creates a "logical block attribute table" for the compaction write destination block, copies it to the Sequencer's SDMEM, and notifies the Sequencer of a "compaction destination block supply and LUT update start notification".

3) When the Sequencer reads all valid clusters of the compaction source into the Write Buffer, it notifies the DM of "completion of compaction read".

4) The DM frees the logical block when the number of valid clusters of the logical block that receives the compaction read completion becomes zero.

| | No. |
|---|---|
| | 10-000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 89        PAGE NO.  88 |

**TOSHIBA**

### 8.3.3        Gear ratio and destination block supply

The gear ratio change is passed from the DM to the Sequencer along with the write destination at the timing of "compaction destination block supply and LUT update start notification", but when there is no compaction destination, such as when transitioning from 1:N to 1:0 is passed an invalid block.

When changing the gear ratio from 1:0 to 1:N, if the compaction write destination is supplied to the Sequencer without enough valid clusters accumulated, Null padding will occur. If the number of valid clusters in the compaction free block is less than N (TBD), the compaction destination write will be skipped.

The transition from 1:0 to 1:N gear ratio is shown below.
*Overall basic sequence diagram 403*

1)    When the gear ratio changes from 1:0 to 1:1 and compaction starts, the DM copies the "Logical Block Attribute Table" to the Sequencer's SDMEM.
2)    The DM notifies the Sequencer of the compaction destination MBA and the gear ratio by "notification of compaction destination block supply and LUT update start".

The transition from gear ratio 1:N to 1:0 is shown below.
*Overall basic sequence diagram 404*

1)    When the DM receives the "compaction write completion notification" and the gear ratio changes from 1:N to 1:0, it notifies the Sequencer of the gear ratio together with the invalid MBA with the "compaction destination block supply and LUT update start notification". .
2)    In order to update the LUT for the final compaction, the DM notifies the "LUT update forced termination request" in the host write synchronous mode.
3)    The Sequencer updates the compaction LUT in synchronization with the host write.

The transition from gear ratio X:X to 0:1 is shown below.
*Overall basic sequence diagram 405*

1)    When the DM needs emergency compaction, the DM notifies the Sequencer of the gear ratio with "notification of compaction destination block supply and LUT update start".compaction original completion

### 8.3.4        Program Status Fail

The operation when Program Status Fail occurs during compaction writing is shown below.
*Overall basic sequence diagram 351*

---

|  | No. |
|---|---|
|  | 10−000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 90        PAGE NO.  89 |

**TOSHIBA**

The corrective action for the write destination is the same as for Program Status Fail of Host Write.

If Program Status Fail occurs during compaction writing, clear the address update information and discard the compaction source in the following procedure.

1) The DM requests the Sequencer to make a "forced LUT update request" to the MBA that is updating the LUT, in a mode where it is finished on the spot.

2) The Sequencer finishes updating the LUTs of the logical blocks that are updating the LUTs and returns completion.

3) The DM requests the Sequencer to issue a "LUT update discard request" to the MBA in which the Program Status Fail has occurred.

4) The sequencer discards the LUT update information of the MBA in which Program Status Fail occurred, and returns completion.

5) The DM requests the Sequencer to send a "compaction source discard request".

6) The Sequencer discards all of the valid cluster information it possesses and the compaction sources, and returns completion.

7) At this point, the compaction operation returns to a blank slate, and the DM starts compaction from the log read request.

No.

10-000x

**TOSHIBA**

## 8.4 Unmap

### 8.4.1    Unmap processing flow

The flow of Unmap processing is shown below.
*Overall basic sequence diagram 941*

1)    FE retrieves commands received by HW and checks LBA range, LBA overlap, etc.
2)    FE creates 1-sector data indicating ExID on Work RAM along with LBA and number of blocks, and uses HIF function to send data to Sequencer.At this time, if the leading LBA and trailing LBA are not aligned to 4K, the value rounded to 4K is used.
3)    When the Sequencer receives the Unmap command, it unmaps the LUT within the range of the specified number of blocks from the specified LBA.Unmap processing is classified into the following.
  ①  When the LUT region is completely within the range
  ②  Part of the LUT that is less than Region
4)    The former sets the Unmap flag and processes in Background.
5)    The latter is processed in the Foreground.
6)    When the Sequencer sets the Unmap flag or sets the LUT to the Unmap state, it returns a Response to the FE.
7)    After confirming the Response from the Sequencer, the FE returns the Response to the Host.

No.

10-000x

TOSHIBA CONFIDENTIAL

CONT. ON 92        PAGE NO.  91

**TOSHIBA**

## 8.5 Flush

In SAS, it's the Synchronize Cache command, and in NVMe it's the Flush command.

FE uses HW to send Write packet to Sequencer.At this time, set cmd_mode to Flush.

When the Sequencer recognizes the Flush command, it writes Dirty in the Write Buffer to NAND.At this time, if it is less than 1Bank, Null Padding is performed.Also, if Dirty does not exist, do nothing and immediately return a Response.

The Response transmission to the Host is performed at the timing when the data transfer for 1 bank from the Write Buffer to the NAND is completed, the address is updated, and the Write Buffer is released.

### 8.5.1    Flush processing flow

The flow of Flush processing is shown below.
*Overall basic sequence diagram 351*

1)   FE retrieves the command received by HW and sends Write packet with cmd_mode set to Flush to Sequencer.

2)   When the Sequencer receives the Flush command,

　　A)   If there is Dirty in the Write Buffer,

　　　　①   If it is less than 1Bank, perform Null padding and write to NAND

　　　　②   After data transfer to NAND, update address and release Write Buffer

　　　　③   Return Response to FE

　　B)   If you don't have Dirty,

　　　　①   Return Response to FE

3)   After confirming the Response from the Sequencer, the FE returns the Response to the Host.

| No. | | |
|---|---|---|
| | 10-000x | |
| CONT. ON 93 | | PAGE NO. 92 |

Plaintiff's Exhibit PX2009, page 92 of 115

**TOSHIBA**

## 8.6 Stop unit

## 8.7 FW Download

## 8.8 Sleep

No.

10-000x

TOSHIBA CONFIDENTIAL

CONT. ON 94     PAGE NO. 93

**TOSHIBA**

## 8.9 LUT compaction

LUT compaction is performed in order not to extend the active block of the LUT beyond a certain amount. The Sequencer receives the LUT compaction source block from the DM, writes a valid region together with the LUT Dirty to the LUT write destination, and then notifies the DM.

Asynchronously, the DM informs the Sequencer of the LUT gear ratio by the LUT active block length.

The flow of LUT compaction processing is shown below.

*Overall basic sequence diagram 501*

1) Receive compaction source LUT block from DM.
2) Valid region judgment of the compaction source LUT block is performed.
3) Mix with LUT Dirty and perform LUT Write.
4) When all valid regions are written (after transferring to the 2nd table), send LUT compaction source release notification to DM.
5) DM frees the LUT block.

As for the write destination of the LUT, the Sequencer requests the next write destination to the DM when Datain of the last page is completed.

When all the LUT write destinations have been written, the DM is notified of the completion of the LUT block write.

No.

10−000x

TOSHIBA CONFIDENTIAL                    CONT. ON 95        PAGE NO. 94

Plaintiff's Exhibit PX2009, page 94 of 115

# TOSHIBA

## 8.10    start up

### 8.10.1    *Unedited with* boot processing M2



TOSHIBA CONFIDENTIAL

No.

10−000x

CONT. ON 96        PAGE NO.  95

**TOSHIBA**

### 8.10.2　First boot

Determination of first activation is determined by checking that the value of the block information written in the root pointer is 0.

Writing 0 to the root pointer is a manufacturing or debugging process, and normal users cannot initialize the root pointer to 0.

The outline of the initial start-up sequence is as follows.

1) F/E starts B/E (CPU1) FW.
2) SysM controls main of CPU1 and performs necessary initialization processing.
3) SM loads and starts the boot Sequencer.
4) SM launches DM.
5) DM reads the root pointer and detects that it is the first boot.
6) The DM notifies the Sequencer Driver of a "sequencer DRAM initialization request (initial activation)".
7) DM constructs logical block, L2P, physical block information, etc., and performs necessary processing.
8) DM loads and activates normal Sequencer FW via SM.
9) The Sequencer notifies the DM of "completion of activation".
10) The DM executes processes necessary for normal operation, such as waiting for PosCap charging to complete and erasing logical blocks.
11) In order to write the LUT 3rd Table in the initial state, the DM implements necessary notifications to the Sequencer.
    1. Compaction term switching notification (LUT Write dedicated mode)
    2. LUT write mode notification
    3. LUT write destination MBA notification
12) DM does a fast Unmap.
13) The DM notifies the Sequencer of a "LUT Dirty Flush request".
14) The Sequencer notifies the DM of "LUT Dirty Flush completed".
15) The DM notifies the Sequencer of "LUT write mode (normal mode)".
16) DM saves the 2nd pointer and root pointer, and completes the initial boot state.
17) The DM notifies the F/E of "Drive Ready".

No.

10-000x

TOSHIBA CONFIDENTIAL　　　　　　　　　　　　　　　　CONT. ON 97　　　PAGE NO. 96

**TOSHIBA**

### 8.11    Behavior when downloading（with Save）*Unedited as M2*



Downloading without saving only omits the procedure of " saving FW to fixed management area " from the above sequence.

No.

10-000x

TOSHIBA CONFIDENTIAL                 CONT. ON 98       PAGE NO. 97

Plaintiff's Exhibit PX2009, page 97 of 115

**TOSHIBA**

In Boot Code download, FW save destination is SFROM.Also, do not reboot FE/BE/Sequencer when boot code is downloaded.

The outline of the FW download sequence is as follows.

1)  F/E notifies DM of "FW Download preparation request".
2)  The DM notifies the Sequencer of "Host write destination MBA write abort notification".
3)  The DM notifies the Sequencer of "notification of forced termination of compaction destination MBA writing".
4)  The DM notifies the Sequencer of the "compaction destination LUT update forced termination notification".
5)  The Sequencer notifies the DM of completion corresponding to the above request.
6)  The DM notifies the Sequencer of a "LUT dirty flush request".
7)  The Sequencer notifies the DM of "LUT Dirty Flush Complete".
8)  The DM notifies the Sequencer of a "LUT writing forced termination request".
9)  The Sequencer notifies the DM of "Completed forced termination of LUT writing".
10) The DM notifies the F/E of "Ready for FW Download".
11) The F/E notifies the DM of a "shutdown request" (described later).
12) The DM notifies the F/E of "shutdown complete".
13) F/E performs necessary processing and then boots B/E with Warmboot.

No.

10−000x

TOSHIBA CONFIDENTIAL                    CONT. ON 99        PAGE NO.  98

Plaintiff's Exhibit PX2009, page 98 of 115

**TOSHIBA**

## 8.12      Power Loss Data Protection (PLP)

The PLP process is a process of recording information that will be required at the next startup when a power failure occurs.PLP Processing Below is an overview of the shutdown processing.

1)    The F/E notifies the B/E (DM) of a "shutdown request (power-off factor)".
2)    DM is for each Sequencer Notify Complex of "shutdown request".
3)    Each Sequencer Complex notifies DM of completion of host write, compaction write, and LUT write as necessary.
4)    Each Sequencer Complex notifies DM of "shutdown complete".
5)    The DM notifies the "emergency evacuation request" together with the emergency evacuation destination MBA.The data to be saved in an emergency are as follows.
    1.    WriteBuffer
    2.    LUT Dirty
    3.    DM Snapshot
6)    The Sequencer notifies the DM of "emergency evacuation completed".
7)    The DM records emergency evacuation destination information (MBA/randomize seed/missing information) in the system log.
8)    The DM notifies the F/E of "shutdown complete" when the system log recording of the emergency evacuation destination information is completed.

No.

10-000x

TOSHIBA CONFIDENTIAL                                    CONT. ON 100      PAGE NO.  99

**TOSHIBA**

## 8.13    Power State (SAS) *needs modification*

Supports four power states defined by T10: Power_On, Active, Idle_A, and Stopped.

For details such as state transitions, refer to the Power Management internal specifications.

### 8.13.1    Power_On

It is a transitional state that indicates that the system is starting up when the power is turned on. The device diagnoses and initializes HW, initializes FW, and transitions to Active state.

There are no power consumption restrictions in this state.

### 8.13.2    Active

It is a state in which all commands can be executed in the shortest time without state transitions, and power consumption is also higher than in the Idle_A state and Stopped state.

Commands that access Backend (hereafter referred to as "Active commands") can only be executed in this state.Even in this state, the Active command ends with CHECK CONDITION status (2/04/01: LOGICAL UNIT IS IN PROCESS OF BECOMING READY) while the capacitor is being charged.

### 8.13.3    Idle_A

The Idle_A state is a state of low power consumption, and transitions (internally to sleep mode) when instructed by a command or when the IDLE state continues for a certain period of time.

This state is managed in two modes, Idle mode and Sleep mode, inside the device.

The Idle mode is a low power consumption state only on the Backend side, and the Frontend side is in the same state as the Active state, and any command other than the Active command can be executed.

Sleep mode is also a low power consumption state on the frontend side, and requires a return to Idle mode (internal mode) or a transition to Active state when executing any command.

| Power Condition State (external) | internal state | Front end | Back End |
|---|---|---|---|
| Active | Active | Normal state | Normal state |
| Idle_A | Idle | Normal state | Power save state |
| | Sleep | Power save state | Power save state |

Even in the Idle_A state, necessary maintenance processes such as patrol and log saving are performed.In this case, internally it transitions to the same state as the Active state and performs the processing described on the left, but this state transition is not notified to the Initiator.

### 8.13.4    Stopped

All ACTIVE commands end with a CHECK CONDITION status (2/04/02: LOGICAL UNIT NOT READY, INITIALIZING COMMAND REQUIRED) in states transitioned by the START STOP UNIT command.

Backend is completely stopped by the shutdown sequence at the time of transition to the Stopped state, so restart processing of Backend is required to transition from this state to another state.

During this state, Frontend is in a power saving state.

**TOSHIBA**

### 8.13.5    Idle A power saving state

The HW settings for Idle A are shown below.

CPU0: TBD

DRAM: TBD

Clocks to disable:

| | No. | |
|---|---|---|
| | 10−000x | |
| TOSHIBA CONFIDENTIAL | CONT. ON 102 | PAGE NO. 101 |

Plaintiff's Exhibit PX2009, page 101 of 115

**TOSHIBA**

## 8.14      Sanitize

Sanitize means making all written user data unreadable.
Perform processing according to the operation mode.

No.

10-000x

TOSHIBA CONFIDENTIAL                    CONT. ON 103      PAGE NO.  102

**TOSHIBA**

### 8.15    *Unedited as* Write t hrottling M2

Write throttling means limiting write performance so that the device meets the product life.If the maximum write performance of this device is continued, the number of times of erasing the NAND will exceed the life of the device before the device life guaranteed as a product.Therefore, by lowering the write performance from the host, the NAND erase frequency is lowered.Some customers use the term adjustable endurance management, but the implementation is the same as write throttling.

Phoenix-M2 performs Write Throttling as follows
- Write Throttling is done by delaying Transfer Ready
- Enable/Disable can be set in Mode Page
- Throttling starts when the amount of writes exceeds 10 times the capacity in terms of daily conversion.



| No. | |
|---|---|
| | 10-000x |

Plaintiff's Exhibit PX2009, page 103 of 115

**TOSHIBA**

## 8.16    Table to change FW behavior

expand the following table from <span style="color:red">SFROM to DRAM</span> .For details of the table, refer to the design materials and format specifications of each module.

- Shift Read table (Sequencer management)
- Patrol magnification table (DM management)
- Forced refresh activation cycle table (DM management)
- Block consumption table (DM management)

FW shall provide a means to modify these tables during testing and production.

- stores these tables in <span style="color:red">SFROM during manufacturing</span>
- Front End provides an I/F that can change the table from the test
- expands these tables to <span style="color:red">DRAM at startup</span>
- Sequencer and DM operate by referring to the expanded table

<span style="color:red">Check the storage destination (SFROM) and expansion destination (DRAM).</span>
<span style="color:red">[Patrol magnification table and forced refresh activation cycle table format] are described in the format specifications.</span>

No.

10-000x

TOSHIBA CONFIDENTIAL                    CONT. ON 105      PAGE NO.  104

**TOSHIBA**

## 8.17    Statistics

The statistical information provided to the host can be classified as follows.
- Definition (e.g. applying error correction is L1/L2/L3?)
- Accuracy (Accurate measurement, may be lost in the event of an unauthorized power failure, synchronism is not guaranteed, etc.)
- Instrumenter (Tasks on F/E, B/E CPU, Sequencer, NANDC, …)
- User (customer host, manufacturing process, return analysis, ⋯)

### 8.17.1    F/E Management Stats − *Planning to Follow SAS M2*

Manages the same information as S1.

The F/E management statistical information is managed as part of the information written in the extended LBA (part of which is the emergency evacuation destination logic block).During normal operation, the values expanded on the DRAM are updated and referenced.Reading from the extended LBA and expansion to DRAM are performed in the SALOAD sequence after Power−on.Depending on the nature of the attribute, data is saved from DRAM to extended LBA at shutdown, at regular intervals (1H), or only immediately after an event occurs.

| No. | Statistics type | Bytes | Frequency of saving to extended LBA |
|---|---|---|---|
| 1 | SMART Status | 384 | Evacuate to an emergency evacuation site during shutdown.<br><br>As an insurance, save equivalent data to extended LBA every hour or at other log saving events (7−16). |
| 2 | F/E statistics | 1536 | |
| 3 | SAS interface log | 64 | |
| 4 | Log for LOG command | 192 | |
| 5 | WORK LOAD control log | 320 | |
| 6 | Command log control log | 2048 | |
| 7 | DST log | 848 | When a related event occurs |
| 8 | BMS log | 32928 | |
| 9 | SMART data | 384 | |
| 10 | sense log | 19208 | |
| 11 | Memory check log | 304 | |
| 12 | Link Reset log | 6224 | |
| 13 | BCRC error dump log | 4112 | |
| 14 | Application Client logs | 20480 | |
| 15 | Command sequence log | 294K | When a related event occurs (4 clusters per write) |
| 16 | Workload log | 7.2M | every hour (One write is one cluster) |

Details of individual logs are described in the ″SMART Specification″.

Plaintiff's Exhibit PX2009, page 105 of 115

**TOSHIBA**

### 8.17.2          F/E Management Statistics – NVMe

### 8.17.3          B/E management statistics

Manages the same information as M2.Statistical information for Back End management is managed as part of the information written in the emergency save destination logical block.Since it is saved to NAND as part of the shutdown save process, the data on the DRAM can always be updated as the latest status.However, a table equivalent to physical block information is not saved in the emergency save destination logical block.As for "read/write information", counter LAP occurs, so the data updated by the Sequencer is reflected in the data on the DRAM at appropriate intervals.See the Phoenix/Condor-M3 SMART Specification for more information on statistics.

| No. | Statistics type | Bytes | update area | Statistical information type in FW queue |
|-----|----------------|-------|-------------|------------------------------------------|
| 1 | SMART information | 256 | DTCM | FWQ_STATISTICS_SMART_DATA |
| 2 | WORKLOAD log control information | 64 | | None (unobtainable) |
| 3 | Read/write information | 64 | | FWQ_STATISTICS_BE_STAT |
| 4 | Internal operation information | 192 | | |
| 5 | Error and error recovery information (general) | 320 | | |
| 6 | L2 ECC uncorrectable information（per chip plane） | 2048 | DRAM | |
| 7 | L1ECC correction information (per channel) | 2048 | | |
| 8 | Read Retry (Shift Read) information（per channel） | 1024 | | |
| 9 | Management information for each chip (Do not save to the emergency save destination) | 8192 | Created on demand | |

<span style="color:red">**Data size is undecided (because it changes according to the number of channels and banks, it should be different for SAS and PCIe)**</span>
<span style="color:red">**I want to describe the data size in the format specification, etc. (I want to delete it from the basic design specification)**</span>

No.

10-000x

Plaintiff's Exhibit PX2009, page 106 of 115

**TOSHIBA**

## 9.  error handling

## 9.1 Definition of failure of the equipment as a whole

The failure events are described below.

- Spare capacity depletion
- Multiplicity reduction of fixed management area
- Unrecoverable management information
- Inconsistency in management table
- NAND access timeout
- Capacitor capacity shortage and failure
- Unrecoverable memory error

After the failure occurs, HW Error is returned to the host command.

For details, refer to the system error specification.

No.

10−000x

TOSHIBA CONFIDENTIAL

CONT. ON 108      PAGE NO.  107

Plaintiff's Exhibit PX2009, page 107 of 115

**TOSHIBA**

## 9.2 NAND error

The specifications for NAND errors such as Read Error, Program Fail, and LBA mismatch are as follows.

### 9.2.1    Error in Read

Errors that occur in Read appear to be a phenomenon in which data cannot be corrected by MECC (Media ECC).
If MECC fails to correct at the first read (L1Fail), Shift Read is performed and Retry Read is performed, and if it still cannot be read correctly, correction is attempted by the protection method.
In the case of L3 protection, correction is performed using the L3 code added to each logical page.
For multiple protection, read the other data in the set.
An Uncorrectable error is an error that cannot be corrected by final protection.
In the SCSI standard, there is a setting to report an error to the host as a recovered error when the recovery process is successful.
A recovered error is a case where the correction is successful with the L3 code.
Operation specifications for various types of Read are shown below.

#### 9.2.1.1   L1 Fail

➢ Host Read, Compaction Read

   If it occurs M times, perform preferential compaction

➢ patrol

   Refresh when it occurs M times

➢ Other data

   Perform recovery processing if necessary

#### 9.2.1.2   Uncorrectable error

➢ Host Read
   The Sequencer notifies the FE of the error by setting the Error bit for each sector in the data format for each cluster.
   FE reports media errors to the Host.
   DM prevents the error from progressing by compacting this logical block.
➢ Compaction Source Read (non SED)
**[Non SED]** The sequencer writes a pseudo error (Exception ID: x) to the corresponding sector of the compaction destination.
**[SED]** The Sequencer writes a unique ID indicating an error cluster to the cluster containing the relevant sector in the 3rd Table Cache.(Returns Uncorrectable error if that part is read later)
➢ Compaction source write log Read
The DM reads the compaction source log and passes it to the Sequencer, but if an Uncorrectable error is detected at this time, it performs LCA Read for all Clusters that make up the logical page and creates a write log.
➢ Log Read for address update at startup

| No. | |
| --- | --- |
| | 10–000x |
| TOSHIBA CONFIDENTIAL | CONT. ON 109    PAGE NO. 108 |

**TOSHIBA**

Log Read is performed to update the address that was interrupted when the power was turned off, based on the information in the write log.If an Uncorrectable error occurs at this time, LCA Read is performed for all Clusters that make up the logical page, and a write log is created.Since the DM performs the log read at startup, the DM also performs recovery by LCA Read.

➢ Read system data

If the emergency save destination, Read when restoring the LUT, DM system log, etc. cannot be read at startup, it is considered a failure.

### 9.2.1.3   Recovered error

As mentioned above, this error exists only in Host Read.

If the L3 correction is successful, the Sequencer notifies the FE of the error by setting the Recovered Error bit for each sector in the data format for each cluster.

FE reports a Recovered error to the Host after transferring Read data.

### 9.2.1.4   LBA mismatch

LBA mismatch occurs when the LUT goes out of alignment.

In MCRC (Media CRC), the LCA is embedded, and during Read, errors can be detected by comparing the LCA returned from the read request with the LCA written in NAND for each cluster.

Confirmation is performed by the Sequencer after correction.

Since there is no LCA from the request source for Read during L3 correction, no check is performed.

The DM goes into failure mode when it detects an LBA mismatch.

### 9.2.2      Error in Write

The only error that occurs in Write is Program Status Fail.

The operation specifications for various writes are shown below.

➢ Host Write, LUT Write

When a Program Status Fail occurs, the Sequencer notifies the DM to that effect.

The DM instructs to stop writing, designates the logical block as the compaction source, and performs preferential compaction.

➢ Compaction Write

When a Program Status Fail occurs, the Sequencer notifies the DM to that effect.

The DM instructs to stop writing and instructs to discard the update of the LUT of the logical block, thereby canceling the compaction.

➢ Write to emergency save destination

Since there is no time for recovery, program status fail is ignored and written.

Perform recovery with L3 correction at startup.

➢ DM log

Since it is multiplexed, nothing is done on the spot.

**TOSHIBA**

➢    Write other CPU management data
     Rewrite to another logical block.This is done by the custodian of the data.

## 9.2.3    Busy timeout

If you set the Timeout time in advance in NANDC, the notification goes to the CPU when Busy continues for that time.
When SysM detects this, it treats it as a failure.

No.

10-000x

TOSHIBA CONFIDENTIAL                                    CONT. ON 111      PAGE NO.  110

**TOSHIBA**

## 9.3 Bad block, bad chip, failure condition

When the following events occur, the physical block set becomes a bad block.

➢ Program Status Fail

Make it a bad block after compaction

➢ Erase Status Fail

Make a bad block when an error occurs

➢ When the cluster crushing rate exceeds 4/16

Make the physical block where Shift Read failed when exceeding the value a bad block.

➢ When L3/L4 Iterative Correction Fails

Make physical blocks that fail Shift Read bad blocks

If any of the following events occur, the chip is determined to be defective.

➢ When Program Status Fail occurs four times consecutively on the same chip

➢ When Erase Status Fail occurs four times consecutively on the same chip

➢ the number of bad blocks in the chip exceeds 1200（ TBD ）

If any of the following events occur, it becomes a failure.

➢ When Program Status Fail occurs five times consecutively in multiple logic blocks

➢ When Erase Status Fail occurs five times consecutively in multiple logic blocks

| No. | |
|---|---|
| | 10−000x |

**TOSHIBA**

## 9.4 Memory error (Iwai) *Unedited as M2*

This section defines the operating specifications of the entire system when a memory error is detected in DRAM and SRAM, and the division of responsibility in each module.

### 9.4.1    DRAM Error Handling Strategy

- Byte ECC
    - Single bit error is repaired by Read/Write
    - Multi bit error is a failure
- Parity
    - Horizontal parity error is repaired using vertical parity
    - Failure if it cannot be repaired horizontally or vertically

Table 9-1 shows the error handling policy for DRAM error handling.

Table 9-1 .　Error Handling Policy (DRAM)

| Protection | Data | Error detection | Recovery |
|---|---|---|---|
| Byte ECC | L2P | BE CPU | CPU-1 |
| | Sequencer-related | BE CPU | CPU-1 |
| | | | |
| | FE CPU data | CPU-0/CPU-1 (patrol) | CPU-0 |
| | BE CPU data | BE CPU-1 | CPU-1 |
| Parity | 3rd Table Cache | Sequencer/BE CPU | Sequencer |

No.

10-000x

TOSHIBA CONFIDENTIAL          CONT. ON 113      PAGE NO.  112

**TOSHIBA**

### 9.4.2        SRAM Error Handling Strategy

- ECC
    - Single bit error is repaired by Read/Write
    - BE SRAM is automatically repaired for single bit errors
    - Multi bit error is a failure
- Parity
    - Failure due to horizontal/vertical parity failure

The SRAM error handling policy is shown below.

Table 9-2 . _ _ Error Handling Policy (SRAM)

| Protection | Location | Error detection | Recovery |
|---|---|---|---|
| ECC | CPU-0 TCM | CPU-0 | CPU-0 |
| | CPU-1 TCM | CPU-1 | CPU-1 |
| | BD RAM | CPU-0 | CPU-0 |
| | Communicator SRAM | CPU-0/1 | Hardware |
| | Sequencer I/DMEM | CPU-1 | Hardware |
| Parity/ECC | HW Engine SRAM | CPU-1 | Hardware |

Communicator SRAM        Multi bit error is visible to CPU as Data Abort

No.

10-000x

TOSHIBA CONFIDENTIAL                            CONT. ON 114        PAGE NO. 113

Plaintiff's Exhibit PX2009, page 113 of 115

**TOSHIBA**

## 9.5 hardware failure

◆ Malfunctioning and unresponsive NANDC

> ➤ The Vendor Queue timeout result is notified by the driver.When a timeout is notified, transition to failure mode.

> ➤ Erase via the Seq Driver is scheduled by the Sequencer, so the waiting time is not fixed, so timeouts are not detected.It is assumed that Patrol can detect NAND timeout.

◆ Sequencer Malfunction and Unresponsiveness

> ➤ Using WDT, monitor the status of the Sequencer via the Sequencer driver.If the Sequencer detects that it has stopped illegally, it transitions to failure mode.

Poscap shall be specified separately.
Other HW failures are not specified.

No.

10–000x

**TOSHIBA**

## 10. Appendix

### 10.1    memory map

See memory map specification.


### 10.2    Failure analysis log

| No. | | |
|---|---|---|
| | 10-000x | |
| TOSHIBA CONFIDENTIAL | CONT. ON F | PAGE NO. 115 |

Plaintiff's Exhibit PX2009, page 115 of 115