**Error! Unknown document property name.**

**TOSHIBA**  **Confidential**

# Canopus

# Command Dispatcher

# design specifications

### Rev.1.0.2

### 2014/02/25

Plaintiff's Exhibit PX2013, page 1 of 125



PLAINTIFF'S EXHIBIT

Viasat v. Kioxia

**PX2013**

Error! Unknown document property name.

**TOSHIBA**　　　　　　　　　　　　　　　　　　　　　**Confidential**

## Revision history

| Revision | date | Revised content | update | approval |
|---|---|---|---|---|
| 0.0.1 | 2012/05/18 | first edition | (CME) Taguchi | |
| 0.0.2 | 2012/05/24 | Added 5.2.2 base address | (CME) Taguchi | |
| 0.0.3 | 2012/06/27 | Modified 1.1 , 1.5.1 , 2.2 , 3.1 , 3.2 with the addition of IPL monitor pin and clock gating function . Added 5.10 . | (CME) Taguchi | |
| 0.0.4 | 2012/08/28 | 4.4.109–4.4.165 Debug register change | (TJ) Nanjo | |
| 0.0.5 | 2012/10/09 | Modified the following chapters according to the update of L2ECC CORE 1.4・2.7・4.4.11・5.1・5.4・5.11 | (CME) Taguchi | |
| 0.0.6 | 2012/10/22 | Changed "5.7 How to use hardware engine (HWE)" to "5.7 Register setting reference procedure for FW" and deleted unnecessary content. Updated 5.12 Processing Time. | (SoC 1) Zhang | |
| 0.0.7 | 2012/10/22 | Correction of typo in "5.12 Processing time". | (CME) Taguchi | |
| 1.0.0 | 2013/08/22 | Canopus first draft | (TJ) Akita | |
| 1.0.1 | 2013/01/29 | Canopus second draft Added explanation of how to use CD HW. Fixed the missing status clear in the usage of L3/L1 Other points that are difficult to understand | (TJ) Akita | |
| 1.0.2 | 2013/02/25 | Deleted the wording that was unsupported because it was confirmed that it works in Entry mode. | (TJ) Akita | |

Plaintiff's Exhibit PX2013, page 2 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                    **Confidential**

-table of contents-

1.   CD module overview ....................................................................................................7

   1.1   Function overview ...............................................................................................7

   1.2   Precautions when writing specifications ........................................................................7

   1.3   Terms in specifications..........................................................................................8

   1.4   CD module hardware configuration ...........................................................................9

   1.5   interface ..........................................................................................................11

     1.5.1   TOP interface ...........................................................................................11

2.   Submodule overview ...............................................................................................12

   2.1   RTL tree ..........................................................................................................12

   2.2   Block diagram of HWE module ..............................................................................13

   2.3   cdHwSigGen module ...........................................................................................14

   2.4   cdHwReg module ...............................................................................................15

   2.5   cdHwCmnReg module .........................................................................................15

   2.6   cdHwL2Top module ............................................................................................16

   2.7   cdHwL3Group module .........................................................................................17

   2.8   cdHwBufCtrlModule ...........................................................................................18

   2.9   cdHwDmac module .............................................................................................21

   2.10   cdHwExWrite module .........................................................................................22

   2.11   cdHwExRead module ..........................................................................................23

3.   Input/output pin ....................................................................................................24

   3.1   TOP module input/output pin ...............................................................................24

   3.2   HWE module input/output pin ...............................................................................27

4.   Register Description ................................................................................................30

   4.1   . Glossary........................................................................................................30

   4.2.Overview of register map ......................................................................................31

   4.3.Details of register map .........................................................................................32

   4.4.Description of each register ...................................................................................36

     4.4.1.   0xC_0000 Interrupt Status Register .............................................................36

     4.4.2.   0xC_0004 interrupt status clear register .........................................................37

     4.4.3.   0xC_0008 Interrupt Enable Register .............................................................38

     4.4.4.   0xC_000C interrupt enable set register ..........................................................39

     4.4.5.   0xC_0010 interrupt enable clear register ........................................................40

     4.4.6.   0xC_0020 plaintext EXIDGEN sector count setting register .................................41

     4.4.7.   0xC_0024 plaintext EXIDGEN SRAM start address setting register .........................42

Plaintiff's Exhibit PX2013, page 3 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                                    **Confidential**

| | | |
|---|---|---|
| 4.4.8. | 0xC_0028 Plaintext EXIDGEN Control Register | 43 |
| 4.4.9. | 0xC_002C plaintext EXIDGEN LCA configuration register | 44 |
| 4.4.10. | 0xC_0030 plaintext EXIDGEN Offset setting register | 45 |
| 4.4.11. | 0xC_0034 plaintext EXIDGEN ID setting register | 46 |
| 4.4.12. | 0xC_0040 encrypted EXIDGEN storage address | 47 |
| 4.4.13. | 0xC_0044 Encryption EXIDGEN  InfoField 0 | 48 |
| 4.4.14. | 0xC_0048 Encryption EXIDGEN  InfoField 1 | 49 |
| 4.4.15. | 0xC_004C Encryption EXIDGEN  InfoField 2 | 50 |
| 4.4.16. | 0xC_0050 Encryption EXIDGEN  InfoField3 | 51 |
| 4.4.17. | 0xC_0054 Encrypted EXIDGEN Start Register | 52 |
| 4.4.18. | 0xC_0100  L1/L3 Common L1 Correction Failure Bitmap Setting Register 0 | 53 |
| 4.4.19. | 0xC_0104  L1/L3 common L1 correction failure bitmap setting register 1 | 54 |
| 4.4.20. | 0xC_0108  L1/L3 Common L1 Correction Failure Bitmap Setting Register 2 | 55 |
| 4.4.21. | 0xC_0110  L1/L3 Common L1 Correction Failure Bitmap Result Register 0 | 56 |
| 4.4.22. | 0xC_0114  L1/L3 Common L1 Correction Failure Bitmap Result Register 1 | 57 |
| 4.4.23. | 0xC_0118  L1/L3 Common L1 Correction Failure Bitmap Result Register 2 | 58 |
| 4.4.24. | 0xC_0120  L1/L3 sector size specification register | 59 |
| 4.4.25. | 0xC_0130  Correction mode setting register for L3 | 60 |
| 4.4.26. | 0xC_0134  Erasure correction position setting register 0 for L3 | 61 |
| 4.4.27. | 0xC_0138  Erasure correction position setting register 1 for L3 | 62 |
| 4.4.28. | 0xC_013C  Correction start register for L3 | 63 |
| 4.4.29. | 0xC_0140  Status register for L3 | 64 |
| 4.4.30. | 0xC_0150 L1 correction capability setting register | 65 |
| 4.4.31. | 0xC_0154  LCA Check Enable Register for L1 | 66 |
| 4.4.32. | 0xC_0158  Correction frame number setting register for L1 | 67 |
| 4.4.33. | 0xC_015C  L12SctFrame division number specification register | 68 |
| 4.4.34. | 0xC_0160  L1 Frame Division Size Register | 69 |
| 4.4.35. | 0xC_0164  Last frame padding bytes for L1 | 70 |
| 4.4.36. | 0xC_0168  Correction start register for L1 | 71 |
| 4.4.37. | 0xC_016C  Status register for L1 | 72 |
| 4.4.38. | 0xC_0180 Zero Clear Kick/Status | 73 |
| 4.4.39. | 0xC_0184 zero clear end address | 74 |
| 4.4.40. | 0xC_0190  Result information register for L1 Frame0 | 75 |
| 4.4.41. | 0xC_0194  Result information register for L1 Frame1 | 75 |
| 4.4.42. | 0xC_0198  Result information register for L1 Frame2 | 75 |
| 4.4.43. | 0xC_019C  Result information register for L1 Frame3 | 75 |

Plaintiff's Exhibit PX2013, page 4 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                        **Confidential**

4.4.44.    0xC_01A0  Result information register for L1 Frame4 ................................................................... 75

4.4.45.    0xC_01A4  Result information register for L1 Frame5 ................................................................... 75

4.4.46.    0xC_0200–0xC_031C  Common LCA setting register for L1/L3 0–71 .............................................. 76

4.4.47.    0xC_0400–0xC_0D1C  Temporary SRAM register for L1 .................................................................. 77

4.4.48.    0xC_1000–0xC_1A58 DscDMAC register ................................................................................. 78

4.4.49.    0xC_2000–0xC_3CFC  CBE SRAM for DMAC .............................................................................. 79

4.4.50.    0xF_8000 E3C OneError Interrupt Status .................................................................................. 80

4.4.51.    0xF_8004 E3C OneError interrupt status clear ........................................................................... 82

4.4.52.    0xF_8010 E3C OneError Interrupt Enable Status ....................................................................... 83

4.4.53.    0xF_8014 E3C OneError interrupt enable clear .......................................................................... 84

4.4.54.    0xF_8018 E3C OneError interrupt enable set ............................................................................ 85

4.4.55.    0xF_8020 E3C Fail Interrupt Status ......................................................................................... 86

4.4.56.    0xF_8024 E3C Fail interrupt status clear .................................................................................. 87

4.4.57.    0xF_8030 E3C Fail Interrupt Enable Status .............................................................................. 88

4.4.58.    0xF_8034 E3C Fail interrupt enable clear ................................................................................. 89

4.4.59.    0xF_8038 E3C Fail interrupt enable set .................................................................................... 90

4.4.60.    0xF_C000 BistMode .............................................................................................................. 91

4.4.61.    0xF_C020 BistFinish .............................................................................................................. 93

4.4.62.    0xF_C040 BistFail ................................................................................................................. 94

4.4.63.    0xF_C060 RowColSwitch ....................................................................................................... 95

4.4.64.    0xF_C100 RTC 0 .................................................................................................................. 96

4.4.65.    0xF_C104 RTC1 ................................................................................................................... 97

4.4.66.    0xF_C140 WTC 0 ................................................................................................................. 98

4.4.67.    0xF_C144 WTC1 .................................................................................................................. 99

4.4.68.    0xF_C180 PDWN .................................................................................................................100

5.    How to use CD HW ....................................................................................................................... 102

5.1.  Initialization after CD reset ............................................................................................................ 102

5.2.  Implementing L3/L1 data correction ............................................................................................... 102

5.2.1.    Implementing L3 corrections ...................................................................................................... 106

5.2.2.    Implementing L1 Corrections ...................................................................................................... 106

5.3  . Plaintext ExID creation.................................................................................................................. 108

5.4  . Ciphertext ExID creation ............................................................................................................... 110

5.5.  L3SRAM zero clear ....................................................................................................................... 112

5.6.  Implementation and recovery of clock down .................................................................................... 113

5.7.  SRAM PDWN implementation and recovery .................................................................................... 115

5.8    . Restrictions............................................................................................................................... 118

Plaintiff's Exhibit PX2013, page 5 of 125

Error! Unknown document property name.

TOSHIBA                                                              Confidential

6.    Function / operation description ........................................................................................ 119

  6.1.Sequencer Complex ................................................................................................ 119

6.1.1.    Sequencer Configuration /SRAM ............................................................................ 119

6.1.2.    Memory Map ........................................................................................................ 120

  6.2.    State machine ..................................................................................................... 121

6.2.1.    L1 state machine operation explanation ................................................................ 121

6.2.2.    L3 state machine operation explanation ................................................................ 124

  6.3    . L1 processing.................................................................................................... 127

6.3.1.    BCH encoder design .......................................................................................... 127

6.3.2.    BCH decoder design .......................................................................................... 127

  6.4    . L3 processing.................................................................................................... 128

6.4.1.    RS encoder design ............................................................................................. 128

6.4.2.    RS decoder design ............................................................................................. 128

  6.5.Access to undefined ned area ................................................................................. 130

6.5.1.    Access via the Sequencer Complex ..................................................................... 130

6.5.2.    Via AHB Data Bus Master IF（via DMAC）............................................................. 130

  6.6.    Clock gating ........................................................................................................ 130

  6.7.    Processing Time ................................................................................................. 132

Plaintiff's Exhibit PX2013, page 6 of 125

Error! Unknown document property name.

**TOSHIBA**                                                     **Confidential**

# 1.  CD module overview

## 1.1 Functional overview

CommnadDispatcher (hereafter referred to as CD) has the following roles.

➢   When an external module (WC/RB/LUT) issues a read or write request to NAND, these modules issue a command issue request to the CD, and the CD issues various commands to NANDC according to the contents of the request.
It has an MBA←→MCA conversion function as an aid for command creation to NANDC.

➢   If data cannot be corrected by NANDC's BCH correction function, it will be notified and corrected by RS code correction function.Since it may not be possible to guarantee that data has been corrected with RS code correction, it has a BCH correction code function with the same performance as NANDC for correction confirmation.

➢   If EXID is required in cluster (8 sector) data, generate EXID with EXIDGEN and transfer the generated data to NANDC.


To fulfill the above role, the CD HWE has the following functions

It has a sequencer complex for receiving requests from external modules and generating/issuing commands .

・RS code correction (L3 correction) is performed on the data set in L3SRAM.
You can correct 2 specific blocks out of 72 blocks (loss correction) or 1 block correction without specifying the location (normal correction)

・BCH code correction (L1 correction) is performed on the data set in L3SRAM.
(Up to 2 sectors can be corrected up to 40bit)

・Store data to L3/Exid SRAM from outside using DscDMAC.

・Data in L3/Exid SRAM can be written externally using DscDMAC.

・Store plaintext data generated by EXIDGEN in ExidSRAM.

－ Requests an external module to generate an encrypted EXID using EGR, and stores the received data in an arbitrary location in ExidSRAM.

・ L3SRAM and LCA SRAM can be cleared to zero.

## 1.2 Precautions when writing specifications

Other specifications use the notation L1/L2/L3/L4, but this specification uses the notation L1/L3.The notation L2 and L4 is not used.

L1: Performs BCH code decoding processing

L3: Correction of 1 symbol or erasure correction of 2 symbols by decoding RS code

Plaintiff's Exhibit PX2013, page 7 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                      **Confidential**

## 1.3 Terminology in specifications

・L1 correction/L1:        Data correction by BCH code

・L3 correction/L3:        Data correction by RS code

・Sector:         A unit that constitutes data.One sector size is 512/520/528 bytes

, and they are not mixed within the logical page.

・2SctFrame:     A unit of data consisting of 2 sectors of data, E3D words of data, and BCH

codes.Consists of 1 to 6 Frames.

・Number of divisions:       The number of frames that 2SctFrame consists of

・Frame:         It consists of data (including E3D), MED, and BCH areas in one L1 processing

unit.

The size of data and BCH is the size of the composing sector, the size of

2SctFrame to which

The number of divisions and the granularity of cluster crushing increase or

decrease, but the MED is always 4 bytes.

have size.

Plaintiff's Exhibit PX2013, page 8 of 125

Error! Unknown document property name.

TOSHIBA                                                    Confidential

## 1.4 Hardware configuration of the CD module

It consists of seven sequencers (simple CPU) and a hardware engine (HWE).

The hardware engine has the following functional blocks.

| name | function |
|---|---|
| DscDMAC+CBE SRAM | Read sector data from NANDC Vendor Cluster Buffer and store it in L3 SRAM. It also reads sectors from L3 SRAM and writes them to the NANDC Cluster Buffer. It is also used to write EXIDGEN generated data to the NANDC cluster buffer. It also has a CBE SRAM for storing descriptors. |
| Plaintext EXIDGEN hardware | Generate plaintext EXID data. |
| Hardware for ciphertext EXIDGEN | Generate encrypted EXID data. |
| Exid SRAM | SRAM that stores the result of generating plaintext or ciphertext Exid. |
| Hardware for L1 correction | Make an L1 correction. BCH decoding (correction up to 40 bits) is performed. |
| Hardware for L3 Correction | Make an L3 correction. Performs RS decoding (normal mode: 1-bit correction/erasure correction mode: 2-bit correction). |
| Zero clear circuit | Hardware for filling L3SRAM and LCA SRAM with 0. |
| MbaMca hardware | MBA: MCA calculation assistance hardware |
| SRAM for L3 | SRAM for L3 that stores sector data for 72 2SctFrames that make up 1 logical sector Data in the middle of L1/L3 iterative correction is also stored in this SRAM. |
| SRAM for L1 | This is an SRAM that can store 2 sectors of data and 1 frame of BCH area.It is used for temporarily saving data during SRAM calculation. |
| SRAM for LCA | SRAM for storing LCA (LCA read from NAND) for 72 2SctFrames that make up one logical sector. |
| group of registers | A set of registers for various settings. |

Plaintiff's Exhibit PX2013, page 9 of 125

Error! Unknown document property name.

**TOSHIBA**    **Confidential**

## 1.5  interface

### 1.5.1  TOPInterface

- Clock 230MHz 2 systems (in phase)
- 2 asynchronous resets
- AHB Control Bus Master(32Bit)
- AHB Control Bus Slave(32Bit)
- AHB Data Bus Master IF (136Bit) (Data transfer IF with NANDC for DMAC)
- credit release notice
- core debug signal
- interrupt signal
- clock control signal

Plaintiff's Exhibit PX2013, page 10 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                    **Confidential**

## 2. Submodule overview

We will explain each function module.Note that the word L2 is often used in RTL, but this L2 stands for L1.

## 2.1 RTL tree

```
 cdTop ----|---- c dsqComplex -|--- (Refer to the Sequencer specification for the hierarchy
below)
  |
            |--- ( reqack_bridge )
            |--- ( bdp_bridge )
            |
            |----- cdHwe-----|----- c dHwSigGen ---|---c dhsL2Seq
            |--- c dhsL3SigGen --| -- cdhsL3Seq
            | | |-- cdhsL3Count
            ||-----c dhsCount
                              |----- cdHwReg _
                              |----- c dHwL2Top
                              |----- c dHwL3Group ----|-----c dHwL3Top
                              |----- c dHwBufCtrl -----|-----c dhbSramIf
                              |----- cdHwZeroClr _ _
                              |
                              |----- cdHwDmac _
                              |
                              |----- cdHw Cmn Reg _
                              |----- c dHw ExRead-----|-----exidgen
                              |----- cdHw ExWrite _
                              |----- cdHw ExidBuf _
                              |
                              |----- (sicm1m32s)
                              |----- (sicm8m1s)
                              |
                              |----- (mbamca)
                              |
                              |----- cdHwIntBist
```

*Files in red are added by Canopus, parts in brackets are common parts for Canopus

Plaintiff's Exhibit PX2013, page 11 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                          **Confidential**

## 2.2 HWE module block diagram



Figure 2.2: HWE block diagram and clock attributes

The CD HWE is connected to two clocks (cgcdCLK200/cgldCLK200).

cgldCLK200 is assumed to be clock enabled when using L3Dec and disabled after use.

Functions that belong to cgldCLK200 (L3/L1/zero clear function, related register setting/reference, L1Buf reference, transfer from DscDMAC to L3Buf) cannot be used when cgldCLK200 is disabled.

Conversely, if L3/L1/clear to zero are all in the Idle state and DscDMAC is not accessing L3Buf, cgldCLK200 can be disabled.

Access to modules running on cgldCLK200 is prohibited while cgldCLK200 is disabled.

Plaintiff's Exhibit PX2013, page 12 of 125

Error! Unknown document property name.

**TOSHIBA**                                                    **Confidential**

## 2.3 c dHwSigGen module

Modules for generating internal signals such as address decoders and L1/L3 control signals. The responsibilities of this module are

・Distribution of access to LCA SRAM/L1 SRAM and HwReg

・When executing L3, perform control and data transfer between L3SRAM and L3 core to perform L3 correction.

・When L1 is running, perform control and data transfer between L3/L1 SRAM and L1 core to perform L1 correction.



Figure 2.3.cdHwSigGen Overview

Plaintiff's Exhibit PX2013, page 13 of 125

**Error! Unknown document property name.**

**TOSHIBA**                                                                                   **Confidential**

## 2.4 c dHwReg module

Has an SIF interface, and holds registers related to L3dec (shared registers for L1/L3, L1 control setting registers, L3 control setting registers, and registers for zero clear control). In addition, it has registers that receive and pass data via communication modules related to the sequencer.

## 2.5 c dHw Cmn Reg module

Like the cdHwReg module, it has a SIF interface and is responsible for reading and writing ExidGen (plaintext/ciphertext) and interrupt-related registers.It is also similar in that it has a register to receive notifications and status from related modules.

Plaintiff's Exhibit PX2013, page 14 of 125

Error! Unknown document property name.

**TOSHIBA**                                                         **Confidential**

## 2.6 c dHwL2Top module

Top module of L1 ECC Decoder that performs error correction for 1 frame data .

The data to be corrected is input from cdHwSigGen, the data is checked, and the corrected data

is output.



Figure 2.6.cdHwL2Top Overview

Plaintiff's Exhibit PX2013, page 15 of 125

Error! Unknown document property name.

TOSHIBA                                                              Confidential

## 2.7 c dHwL3Group module

Top module of L3ECC Decoder for error correction of 72 2SctFrame data .By implementing 16 L3ECC Decoders for 8bit processing , it is possible to correct 1 word (128bit) data of L3SRAM at once.



Figure 2.7.Schematic diagram of cdHwL3Group

Plaintiff's Exhibit PX2013, page 16 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                    **Confidential**

## 2.8 c dHwBufCtrl module

Control module for L1/L3 processing SRAM, LCA SRAM, and L1 Temp.SRAM.



Figure 2.8a.cdHwBufCtrl overview diagram

SRAM data format diagram for L1/L3 processing

The 2SctFrame data placed in L3SRAM has the following format.



Figure 2.8b.2SctFrame data format at 512Byte

Plaintiff's Exhibit PX2013, page 17 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                          **Confidential**



Figure 2.8c.2 SctFrame data format at 520 bytes

**528Byte + E3D(2B)**



Figure 2.8d.2 SctFrame data format at 528 bytes

Plaintiff's Exhibit PX2013, page 18 of 125

**Error! Unknown document property name.**

TOSHIBA                                    Confidential

The format of the diagram is 2SctFrame divided into 6, each with 70B BCH area.

The data format is laid out as follows.

・1 unit of 2SctFrame format is 98 words of 128bit.

・The starting position of the user data is not changed regardless of how many divisions are made.

・The data position is changed only when the end position is changed by changing the sector size.

・The second sector of user data always starts from +0x220 address counting from the beginning.

・E3D data of 2 bytes is attached to the user data for each sector.

・Since the E3D data is added to the end of the user data, the position changes depending on the sector size.

・BCH data of Frame0 is always set from the position of 0x440 from the beginning.

・BCH data after Frame 1 is set from the word next to the last word of the previous Frame.

For example, when the BCH data is 34 bytes, the BCH per frame is 3 words, so the BCH for Frame1 is set from 0x470, and the BCH for Frame2 is set from 0x4A0.

・2SctFrame starts every 0x62 (98 words).It does not change even if the number of words in BCH is reduced.

Since it is placed in the NANDC cluster buffer as described above, data can be placed in the format used by transferring 98 words from the beginning of 2SctFrame without worrying about the format.

Plaintiff's Exhibit PX2013, page 19 of 125

**Error! Unknown document property name.**

**TOSHIBA**  **Confidential**

## 2.9 c dHwDmac module

Top module of DMAC module for data transfer between L3DEC and NANDC.It consists of DscDMAC and CBE SRAM to set descriptor.

For details of DscDMAC, see the DscDMAC specification.



Figure 2.9. cdHwDmac overview diagram

Plaintiff's Exhibit PX2013, page 20 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                    **Confidential**

## 2.10    c dHw ExWrite module

There are two ExWrite modules.Requesting the external Sp/Mg module to generate EXID through the EGR interface, and receiving the generated EXID from WBDP and writing it to ExidSRAM.



Figure 2.10.cdHwExWrite overview diagram

－ 21 ／ 125 －

Plaintiff's Exhibit PX2013, page 21 of 125

Error! Unknown document property name.

**TOSHIBA**　　　　　　　　　　　　　　**Confidential**

## 2.11　　c dHw ExRead module

The ExRead module creates a plaintext EXID according to the instructions from the register module and writes the created contents to ExidSRAM.



Figure 2.11.cdHwExRead overview diagram

Error! Unknown document property name.

**TOSHIBA**                                                                                **Confidential**

## 3. input/output pin

## 3.1 TOP module input/output pins

| pin name | bit width | I/O | polarity | initial value | function |
|---|---|---|---|---|---|
| Clock Reset | | | | | |
| cg cd CLK200 | 1 | I | P. | — | CD clock |
| cg cd ResetB | 1 | I | L. | — | Asynchronous reset for CD |
| cg ld CLK200 | 1 | I | P. | — | L3Dec clock (in phase with cgcdCLK200) |
| cg ld ResetB | 1 | I | L. | — | Asynchronous reset for L3Dec |
| SCAN_MODE | 1 | I | L. | — | Becomes H during SCAN |
| Common (Related Sequencer) | | | | | |
| huTimer64 | 64 | I | — | — | 64bit common timer value |
| hu cdBpMask | 8 | I | — | — | for core debugging |
| hucdBp Clear | 8 | I | — | — | for core debugging |
| hucd Run | 8 | I | — | — | Core Run signal |
| cdhu Idle | 1 | O | H. | 1'b1 _ _ | for core debugging |
| cdhuStop | 1 | O | H. | 1'b0 _ _ | for core debugging |
| cdhuCoreStatusInfo | 64 | O | — | (*1) | for core debugging |
| cdReleaseIn00 | 8 | I | — | — | Credit release notification input |
| cdReleaseIn01 | 8 | I | — | — | Credit release notification input |
| cdReleaseIn02 | 8 | I | — | — | Credit release notification input |
| cdReleaseIn03 | 8 | I | — | — | Credit release notification input |
| cdReleaseIn04 | 8 | I | — | — | Credit release notification input |
| cdReleaseIn05 | 8 | I | — | — | Credit release notification input |
| cdReleaseIn06 | 8 | I | — | — | Credit release notification input |
| cdReleaseIn07 | 8 | I | — | — | Credit release notification input |
| cdReleaseOut00 | 8 | O | — | 8'b0 _ _ | credit release notice |
| cdReleaseOut01 | 8 | O | — | 8'b0 _ _ | credit release notice |
| cdReleaseOut02 | 8 | O | — | 8'b0 _ _ | credit release notice |
| cdReleaseOut03 | 8 | O | — | 8'b0 _ _ | credit release notice |
| cdReleaseOut04 | 8 | O | — | 8'b0 _ _ | credit release notice |
| cdReleaseOut05 | 8 | O | — | 8'b0 _ _ | credit release notice |
| cdReleaseOut06 | 8 | O | — | 8'b0 _ _ | credit release notice |
| cdReleaseOut07 | 8 | O | — | 8'b0 _ _ | credit release notice |
| hubFrcClkEn_cd_00 | 1 | I | — | — | Core0 forced clock operation signal |
| hubFrcClkEn_cd_0 1 | 1 | I | — | — | Core1 forced clock operation signal |
| hubFrcClkEn_cd_0 2 | 1 | I | — | — | Core2 forced clock operation signal |
| hubFrcClkEn_cd_0 3 | 1 | I | — | — | Core3 forced clock operation signal |
| hubFrcClkEn_cd_0 4 | 1 | I | — | — | Core4 forced clock operation signal |
| hubFrcClkEn_cd_0 5 | 1 | I | — | — | Core5 forced clock operation signal |
| hubFrcClkEn_cd_0 6 | 1 | I | — | — | Core6 forced clock operation signal |
| hubFrcClkEn_cd_0 7 | 1 | I | — | — | Core7 forced clock operation signal |
| hubFrcClkEn_cd_0 8 | 1 | I | — | — | Non-core forced clock operation |

Plaintiff's Exhibit PX2013, page 23 of 125

Error! Unknown document property name.

TOSHIBA                                                                                    Confidential

| | | | | | signal |
|---|---|---|---|---|---|
| cdClkStopStat_00 | 1 | I | — | — | Core0 clock stop status |
| cdClkStopStat_0 1 | 1 | I | — | — | Core1 clock stop status |
| cdClkStopStat_0 2 | 1 | I | — | — | Core2 clock stop status |
| cdClkStopStat_0 3 | 1 | I | — | — | Core3 clock stop status |
| cdClkStopStat_0 4 | 1 | I | — | — | Core4 clock stop status |
| cdClkStopStat_0 5 | 1 | I | — | — | Core5 clock stop status |
| cdClkStopStat_0 6 | 1 | I | — | — | Core6 clock stop status |
| cdClkStopStat_0 7 | 1 | I | — | — | Core7 clock stop status |
| cdClkStopStat_0 8 | 1 | I | — | — | Non-core clock stop status |
| AHB Control Bus Master(32Bit) | | | | | |
| hcdcHready | 1 | I | H. | — | AHB Control Bus Master HREADY |
| hcdc Hresp | 2 | I | — | — | AHB Control Bus Master HRESP |
| hcdcHrdata | 32 | I | — | — | AHB Control Bus Master HRDATA |
| cdcHaddr | 32 | O | — | 32'b0 | AHB Control Bus Master HADDR |
| cdcHburst | 3 | O | — | 3'b0 _ _ | AHB Control Bus Master HBURST |
| cdcHsize | 3 | O | — | 3'b0 _ _ | AHB Control Bus Master HSIZE |
| cdcHtrans | 2 | O | — | 2'b0 _ _ | AHB Control Bus Master HTRANS |
| cdcHwdata | 32 | O | — | 32'b0 | AHB Control Bus Master HWDATA |
| cdcHwrite | 1 | O | H. | 1'b0 _ _ | AHB Control Bus Master HWRITE |
| cdcHmastlock | 1 | O | H. | 1'b0 _ _ | AHB Control Bus Master HLOCK |
| AHB Control Bus Slave(32Bit) | | | | | |
| cdc Hreadyout | 1 | O | H. | 1'b0 _ _ | AHB Control Bus Slave HREADYOUT |
| cdc Hresp | 2 | O | — | 2'b0 _ _ | AHB Control Bus Slave HRESP |
| cdcHrdata | 32 | O | — | 32'b0 | AHB Control Bus Slave HRDATA |
| icdcHselCd | 1 | I | H. | — | AHB Control Bus Slave HSEL |
| icdcHaddr | 32 | I | — | — | AHB Control Bus Slave HADDR |
| icdc Hburst | 3 | I | — | — | AHB Control Bus Slave HBURST |
| icdcHsize | 3 | I | — | — | AHB Control Bus Slave HSIZE |
| icdcHtrans | 2 | I | — | — | AHB Control Bus Slave HTRANS |
| icdcHwdata | 32 | I | — | — | AHB Control Bus Slave HWDATA |
| icdcHwrite | 1 | I | H. | — | AHB Control Bus Slave HWRITE |
| icdc Ready | 1 | I | H. | — | AHB Control Bus Slave HREADY |
| AHB Data Bus Master(136Bit) | | | | | |
| hcdd Hready | 1 | I | H. | — | AHB Data Bus Master HREADY |
| hcdd Hresp | 2 | I | — | — | AHB Data Bus Master HRESP |
| hcddHrdata | 136 | I | — | — | AHB Data Bus Master HRDATA |
| cddHaddr | 32 | O | — | 32'b0 | AHB Data Bus Master HADDR |
| cddHburst | 3 | O | — | 3'b0 _ _ | AHB Data Bus Master HBURST |
| cddHsize | 3 | O | — | 3'b0 _ _ | AHB Data Bus Master HSIZE |
| cddHtrans | 2 | O | — | 2'b0 _ _ | AHB Data Bus Master HTRANS |
| cddHwdata | 136 | O | — | 136'b0 | AHB Data Bus Master HWDATA |
| cddHwrite | 1 | O | H. | 1'b0 _ _ | AHB Data Bus Master HWRITE |
| cdd Hmastlock | 1 | O | H. | 1'b0 _ _ | AHB Control Bus Master HLOCK |
| IRQs , etc. | | | | | |
| cd Int | 1 | O | H. | 1'b0 _ _ | interrupt signal |

Plaintiff's Exhibit PX2013, page 24 of 125

**Error! Unknown document property name.**

**TOSHIBA**                                                                 **Confidential**

| huSecSel | 2 | I | — | — | Sector size specification signal |
|---|---|---|---|---|---|
| EGR I/F | | | | | |
| SPMG_EGR_ACK | 1 | I | H. | — | Acknowledge request |
| CD_EGR_REQ | 1 | O | H. | 1'b0 _ _ | Generate request |
| CD_EGR_INFO | 128 | O | — | 128'b0 | Info information bus |
| WBDP I/F | | | | | |
| AES_ExpWdataReq | 1 | I | H. | — | data request |
| AES_ExpWdataValid | 1 | I | H. | — | Data Valid |
| AES_ExpWdata | 136 | I | — | — | Write data |
| CD_ExpWdataRdy | 1 | O | H. | 1'b1 _ _ | Receive Rdy |

（＊1）64'h0000_0000_000b_0b0b

Plaintiff's Exhibit PX2013, page 25 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                 **Confidential**

## 3.2 HWE module input/output pins

| pin name | bit width | I/O | polarity | initial value | function |
|---|---|---|---|---|---|
| **CLOCK & RESET** | | | | | |
| cg cd CLK200 | 1 | I | P. | — | CD clock |
| cg cd ResetB | 1 | I | L. | — | Asynchronous reset for CD |
| cg ld CLK200 | 1 | I | P. | — | L3Dec clock (in phase with cgcdCLK200) |
| cg ld ResetB | 1 | I | L. | — | Asynchronous reset for L3Dec |
| **AHB DATA BUS MASTER IF** | | | | | |
| hcdd Hready | 1 | I | H. | — | AHB Data Bus Master HREADY |
| hcdd Hresp | 2 | I | — | — | AHB Data Bus Master HRESP |
| hcddHrdata | 136 | I | — | — | AHB Data Bus Master HRDATA |
| cddHaddr | 32 | O | — | 32'b0 | AHB Data Bus Master HADDR |
| cddHburst | 3 | O | — | 3'b0 _ _ | AHB Data Bus Master HBURST |
| cddHsize | 3 | O | — | 3'b0 _ _ | AHB Data Bus Master HSIZE |
| cddHtrans | 2 | O | — | 2'b0 _ _ | AHB Data Bus Master HTRANS |
| cddHwdata | 136 | O | — | 136'b0 | AHB Data Bus Master HWDATA |
| cddHwrite | 1 | O | H. | 1'b0 _ _ | AHB Data Bus Master HWRITE |
| cdd Hlock | 1 | O | H. | 1'b0 _ _ | AHB Control Bus Master HLOCK |
| **SEQUENCER IF** | | | | | |
| c dhs 0 Rdy | 1 | O | H. | 1'b0 _ _ | Sequencer port0 ready/busy |
| c dht 0 Re | 1 | I | H. | — | Sequencer port0 read enable |
| c dht 0 We | 1 | I | H. | — | Sequencer port0 write enable |
| cd ht 0 Adr | 32 | I | — | — | Sequencer port0 address |
| c dht 0 Wr Data | 32 | I | — | — | Sequencer port0 write data |
| c dhs 0 RdData | 32 | O | — | 32'b0 | Sequencer port0 read data |
| cdBusy | 1 | O | H. | 1'b0 _ _ | H when HWE is running |
| **IRQs , etc.** | | | | | |
| cdhwOneerrInt | 1 | O | H. | 1'b0 _ _ | E3C OneError interrupt signal |
| cdhwFailInt | 1 | O | H. | 1'b0 _ _ | E3C Fail interrupt signal |
| cddmInt | 1 | O | H. | 1'b0 _ _ | DscDMAC interrupt signal |
| cdsqInt _ | 1 | O | H. | 1'b0 _ _ | HW interrupt signal |
| huSecSel | 2 | I | — | — | Sector size specification signal |
| **EGR IF** | | | | | |
| SPMG_EGR_ACK | 1 | I | H. | — | Acknowledge request |
| CD_EGR_REQ | 1 | O | H. | 1'b0 _ _ | Generate request |
| CD_EGR_INFO | 128 | O | — | 128'b0 | Info information bus |
| **WBDP IF** | | | | | |
| AES_ExpWdataReq | 1 | I | H. | — | data request |
| AES_ExpWdataValid | 1 | I | H. | — | Data Valid |
| AES_ExpWdata | 136 | I | — | — | Write data |
| CD_ExpWdataRdy | 1 | O | H. | 1'b1 _ _ | Receive Rdy |
| **Complex Fail/One Error** | | | | | |

Plaintiff's Exhibit PX2013, page 26 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

| sqdmFail00_00 | 1 | I | H. | — | E3C Fail in Core0 DMEM |
|---|---|---|---|---|---|
| sqdmFail01_00 _ _ | 1 | I | H. | — | E3C Fail in Core1 DMEM |
| sqdmFail02_00 _ _ | 1 | I | H. | — | E3C Fail in Core2 DMEM |
| sqdmFail03_00 _ _ | 1 | I | H. | — | E3C Fail in Core3 DMEM |
| sqdmFail04_00 _ _ | 1 | I | H. | — | E3C Fail in Core4 DMEM |
| sqdmFail05_00 _ _ | 1 | I | H. | — | E3C Fail in Core5 DMEM |
| sqdmFail06_00 _ _ | 1 | I | H. | — | E3C Fail in Core6 DMEM |
| sqdm One error 00_00 | 1 | I | H. | — | E3C Oneerror in Core0 DMEM |
| sqdm One error 0 1 _00 | 1 | I | H. | — | E3C Oneerror in Core1 DMEM |
| sqdm One error 0 2 _00 | 1 | I | H. | — | E3C Oneerror in Core2 DMEM |
| sqdm One error 0 3 _00 | 1 | I | H. | — | E3C Oneerror in Core3 DMEM |
| sqdmOneerror04_00 _ _ | 1 | I | H. | — | E3C Oneerror in Core4 DMEM |
| sqdmOneerror05_00 _ _ | 1 | I | H. | — | E3C Oneerror in Core5 DMEM |
| sqdmOneerror06_00 _ _ | 1 | I | H. | — | E3C Oneerror in Core6 DMEM |
| sqimFail00_00 | 1 | I | H. | — | E3C Fail in Core0 IMEM |
| sqimFail01_00 _ _ | 1 | I | H. | — | E3C Fail in Core1 IMEM |
| sqimFail02_00 _ _ | 1 | I | H. | — | E3C Fail in Core2 IMEM |
| sqimFail03_00 _ _ | 1 | I | H. | — | E3C Fail in Core3 IMEM |
| sqimFail04_00 _ _ | 1 | I | H. | — | E3C Fail in Core4 IMEM |
| sqimFail05_00 _ _ | 1 | I | H. | — | E3C Fail in Core5 IMEM |
| sqimFail06_00 _ _ | 1 | I | H. | — | E3C Fail in Core6 IMEM |
| sqim One error 00_00 | 1 | I | H. | — | E3C Oneerror in Core0 IMEM |
| sqim One error 0 1 _00 | 1 | I | H. | — | E3C Oneerror in Core1 IMEM |
| sqimOneerror02_00 _ _ | 1 | I | H. | — | E3C Oneerror in Core2 IMEM |
| sqim One error 0 3 _00 | 1 | I | H. | — | E3C Oneerror in Core3 IMEM |
| sqimOneerror04_00 _ _ | 1 | I | H. | — | E3C Oneerror in Core4 IMEM |
| sq imOneerror05_00 _ _ | 1 | I | H. | — | E3C Oneerror in Core5 IMEM |
| sqimOneerror06_00 _ _ | 1 | I | H. | — | E3C Oneerror in Core6 IMEM |
| sq sd Fail00_00 | 1 | I | H. | — | E3C Fail of SDMEM Bank1 |
| sq sd Fail0 0 _0 1 | 1 | I | H. | — | E3C Fail of SDMEM Bank1 |
| sq sd Fail0 0 _0 2 | 1 | I | H. | — | E3C Fail of SDMEM Bank1 |
| sq sd Fail0 0 _0 3 | 1 | I | H. | — | E3C Fail of SDMEM Bank1 |
| sq sd One error 00_00 | 1 | I | H. | — | E3C One error in SDMEM Bank1 |
| sq sd One error 0 0 _0 1 | 1 | I | H. | — | E3C One error in SDMEM Bank1 |
| sq sd One error 0 0 _0 2 | 1 | I | H. | — | E3C One error in SDMEM Bank1 |
| sq sd One error 0 0 _0 3 | 1 | I | H. | — | E3C One error in SDMEM Bank1 |

Plaintiff's Exhibit PX2013, page 27 of 125

**Error! Unknown document property name.**

**TOSHIBA**                                                     **Confidential**

## 4.　Register description

## 4.1.　Glossary

The terms used in this specification are shown below.

| the term | explanation |
|---|---|
| R/W | Indicates that both Read/Write is possible. |
| R or Read Only | Indicates that it is write-disabled and read-only. |
| W or Write Only | Indicates that it cannot be read and is write-only.When reading, 0 is always read regardless of the written value. |
| 1WC | Writing " 1 " indicates clearing to " 0 " . <br> " 0 " is ignored. |
| 0WC | Writing " 0 " indicates clearing to " 0 " . <br> " 1 " is ignored. |
| RESERVED | Represents the absence of a register or bit. <br> Returns " 0 " when writing is not possible/reading ) |

Plaintiff's Exhibit PX2013, page 28 of 125

Error! Unknown document property name.

TOSHIBA                                                    Confidential

## 4.2. Register map overview

The register map is divided into 11 areas such as interrupt area and L1/L3 common area .



Plaintiff's Exhibit PX2013, page 29 of 125

Error! Unknown document property name.

TOSHIBA                                                              Confidential

## 4.3. Register map details

Details of the register map are shown below.

| | |
|---|---|
| 0xC_0000 | Interrupt status register |
| 0xC_0004 | Interrupt status clear register |
| 0xC_0008 | interrupt enable register |
| 0xC_000C | Interrupt enable set register |
| 0xC_0010 | Interrupt enable clear register |
| 0xC_00 14 ~ 0xC_001C | RESERVED |
| 0xC_0020 | Plaintext EXIDGEN Sector Count Setting Register |
| 0xC_0024 | Plaintext EXIDGEN SRAM start address setting register |
| 0xC_0028 | Plaintext EXIDGEN Control Register |
| 0xC_002C | Plaintext EXIDGEN LCA configuration register |
| 0xC_0030 | Plaintext EXIDGEN Offset setting register |
| 0xC_0034 | Plaintext EXIDGEN ID setting register |
| 0xC_00 38 ~ 0xC_003C | RESERVED |
| 0xC_0040 | Encrypted EXIDGEN storage destination address |
| 0xC_0044 | Encryption EXIDGEN InfoField 0 |
| 0xC_0048 | Encryption EXIDGEN InfoField 1 |
| 0xC_004C | Encrypted EXIDGEN InfoField 2 |
| 0xC_0050 | Encryption EXIDGEN InfoField 3 |
| 0xC_0054 | Encrypted EXIDGEN Start Register |
| 0xC_00 58 ~ 0xC_00FC | RESERVED |
| 0xC_0 100 | L1/L3 Common L1 correction failure bitmap setting register 0 |
| 0xC_0 104 | L1/L3 Common L1 correction failure bitmap setting register 1 |
| 0xC_0 108 | L1/L3 Common L1 correction failure bitmap setting register 2 |
| 0xC_0 10C | RESERVED |
| 0xC_0 110 | L1/L3 Common L1 Correction Failure Bitmap Result Register 0 |
| 0xC_0 114 | L1/L3 Common L1 Correction Failure Bitmap Result Register 1 |
| 0xC_ 0 118 | L1/L3 Common L1 Correction Failure Bitmap Result Register 2 |
| 0xC_0 11C | RESERVED |
| 0xC_0120 | L1/L3 common sector size specification register |
| 0xC_0 124 ~ 0xC_012C | RESERVED |

Plaintiff's Exhibit PX2013, page 30 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                          **Confidential**

| | |
|---|---|
| 0xC_0 130 | Correction mode setting register for L3 |
| 0xC_0 134 | Erasure correction position setting register 0 for L3 |
| 0xC_0 138 | Erasure correction position setting register 1 for L3 |
| 0xC_0 13C | Correction start register for L3 |
| 0xC_0 140 | Status register for L3 |
| 0xC_0 144 ~ 0xC_014C | RESERVED |
| 0xC_0150 | L1 correction capability setting register |
| 0xC_0 154 | LCA check enable register for L1 |
| 0xC_0 158 | Correction sector number setting register for L1 |
| 0xC_015C | L1 2SctFrame division number specification register |
| 0xC_0 160 | L1 Frame Division Size Register |
| 0xC_0 164 | Last Frame Padding Byte Count Register for L1 |
| 0xC_0 168 | Correction start register for L1 |
| 0xC_0 16C | Status register for L1 |
| 0xC_0 170 ~ 0xC_017C | RESERVED |
| 0xC_0180 | Zero clear Kick/Status register |
| 0xC_0 184 | Zero clear End address register |
| 0xC_0 188 ~ 0xC_018C | RESERVED |
| 0xC_0 190 ~ 0xC_0 1A4 | Result information register for L1 Frame0 ~ Result information register for L1 Frame5 |
| 0xC_0 1A8 ~ 0xC_01FC _ | RESERVED |
| 0xC_0 200 ~ 0xC_0 31C | 0–71 for L1/L3 |
| 0xC_0 320 ~ 0xC_0 4FC | RESERVED |
| 0xC_0400 _ ~ 0xC_ 0D1C | Temporary SRAM register for L1 |
| 0xC_0 D20 ~ 0xC_0 FFC | RESERVED |
| 0xC_1000 _ | |

Plaintiff's Exhibit PX2013, page 31 of 125

Error! Unknown document property name.

**TOSHIBA**　　　　　　　　　　　　　　　　　　　　**Confidential**

| Address | Description |
|---|---|
| ~<br>0xC_1A58 _ | **Register for DMAC** |
| 0xC_1A5C _<br>~<br>0xC_1FFC _ | RESERVED |
| 0xC_2000 _<br>~<br>0xC_3CFC _ | **CBE SRAM for DMAC** |
| 0xC_4000 _<br>~<br>0xE_FFFC _<br>_ _ | RESERVED |
| 0xF_0000 _<br>~<br>0x F_01FC | **MBAMCA register** |
| 0xF_0200 _<br>~<br>0xF_7FFC _<br>_ _ | RESERVED |
| 0xF_8000 _ | **E3C OneError interrupt status** |
| 0x F_8004 | **E3C OneError interrupt status clear** |
| 0xF_8010 _ | **E3C OneError interrupt enable status** |
| 0x F_8014 | **E3C OneError interrupt enable clear** |
| 0x F_8018 | **E3C OneError interrupt enable set** |
| 0x F_8020 | **E3C Fail interrupt status** |
| 0x F_8024 | **E3C Fail interrupt status clear** |
| 0x F_8030 | **E3C Fail interrupt enable status** |
| 0x F_8034 | **E3C Fail interrupt enable clear** |
| 0x F_8038 | **E3C Fail interrupt enable set** |
| 0x F_803C<br>~<br>0x F_BFFC | RESERVED |
| 0x F_C000 | **SRAM Bist Mode** |
| 0x F_C020 | **SRAM BistFinish** |
| 0x F_C040 | **SRAM BistFail** |
| 0x F_C060 | **SRAM Row Col Switch** |
| 0x F_C100 | **SRAM RTC 0** |
| 0x F_C104 | **SRAM RTC 1** |
| 0x F_C140 | **SRAM WTC 0** |
| 0x F_C144 | **SRAM WTC 1** |
| 0x F_C180 | **SRAM PDWN** |
| 0x F_C184<br>~<br>0xF_FFFC _ | RESERVED |

Plaintiff's Exhibit PX2013, page 32 of 125

Error! Unknown document property name.

TOSHIBA                                                                                        Confidential

## 4.4.  Description of each register

The description of each register is described below.

### 4.4.1.  0xC_0000 Interrupt Status Register



| bit | mnemonic | explanation |
|---|---|---|
| 31:5 | — | RESERVED |
| 4 | ZeroClrIntStatus | Zero clear interrupt status. <br><br> Read 0: Cause not generated <br><br> Read 1: Cause occurrence |
| 3 | ExWrIntStatus | Ciphertext EXIDGEN interrupt status. <br><br> Read 0: Cause not generated <br><br> Read 1: Cause occurrence |
| 2 | ExRdIntStatus | Plaintext EXIDGEN interrupt status. <br><br> Read 0: Cause not generated <br><br> Read 1: Cause occurrence |
| 1 | L3 Int Status | L3 processing complete interrupt status. <br><br> Read 0: Cause not generated <br><br> Read 1: Cause occurrence |
| 0 | L1 Int Status | L1 processing complete interrupt status. <br><br> Read 0: Cause not generated <br><br> Read 1: Cause occurrence |

For each status, if the clear operation by setting "0xC_0004 interrupt status clear register" conflicts with the HWE

internal interrupt generation , the HWE internal interrupt generation takes precedence.

The status display is output regardless of the Mask setting of 0xC_0008.

Plaintiff's Exhibit PX2013, page 33 of 125

Error! Unknown document property name.



### 4.4.2.  0xC_00 04 Interrupt status clear register

| 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | :LE |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|-----|
| | | | | | | RESERVED | | | | | | | | | | |
| R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | :type :initial |

| 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | :LE |
|----|----|----|----|----|----|---|---|---|---|---|---|---|---|---|---|-----|
| | | | | RESERVED | | | | | | | | | | | | |
| R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | W. 0 | W. 0 | W. 0 | W. 0 | W. 0 | :type :initial |

| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:5 | — | RESERVED |
| 4 | ZeroClrIntStatusClear | Zero clear interrupt status clear signal. <br> Write 0: disabled <br> Write 1: clear interrupt status |
| 3 | ExWrIntStatusClear | Ciphertext EXIDGEN interrupt status clear signal. <br> Write 0: disabled <br> Write 1: clear interrupt status |
| 2 | ExRdIntStatusClear | Plaintext EXIDGEN interrupt status clear signal. <br> Write 0: disabled <br> Write 1: clear interrupt status |
| 1 | L3 Int Status Clear | L3 processing complete interrupt status signal. <br> Write 0: disabled <br> Write 1: clear interrupt status |
| 0 | L1 Int Status Clear | L1 processing complete interrupt status signal. <br> Write 0: disabled <br> Write 1: clear interrupt status |

Plaintiff's Exhibit PX2013, page 34 of 125

Error! Unknown document property name.

TOSHIBA                                                                    Confidential

### 4.4.3. 0xC_00 08 Interrupt enable register



| bit | mnemonic | explanation |
|---|---|---|
| 31:5 | — | RESERVED |
| 4 | ZeroClrEnable | Zero-clear interrupt enable signal.<br>Read 0: Do not propagate ZeroClrStatus to Int signal<br>Read 1: Pass ZeroClrStatus to Int signal |
| 3 | Ex Wr Int Enable | Ciphertext EXIDGEN interrupt enable signal.<br>Read 0: Do not propagate ExWrIntStatus to Int signal<br>Read 1: Pass ExWrIntStatus to Int signal |
| 2 | ExRdIntEnable | Plaintext EXIDGEN interrupt enable signal.<br>Read 0: Do not propagate ExRdIntStatus to Int signal<br>Read 1: Pass ExRdIntStatus to Int signal |
| 1 | L3 Int Enable | L3 processing complete interrupt enable signal.<br>Read 0: Do not propagate L3IntStatus to Int signal<br>Read 1: Pass L3IntStatus to Int signal |
| 0 | L1 Int Enable | L1 processing complete interrupt enable signal.<br>Read 0: Do not propagate L1IntStatus to Int signal<br>Read 1: Pass L1IntStatus to Int signal |

The enable setting only affects whether the HWE interrupt signal is asserted.

Plaintiff's Exhibit PX2013, page 35 of 125



### 4.4.4. 0xC_00 0C Interrupt enable set register

| 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | :LE |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|-----|
| RESERVED ||||||||||||||||  |
| R. | R. | R. | R. | R. | R. | R. | R. | R. | R. | R. | R. | R. | R. | R. | R. | :type |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | :initial |

| 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | :LE |
|----|----|----|----|----|----|---|---|---|---|---|---|---|---|---|---|-----|
| RESERVED ||||||||||| | | | | |  |
| R. | R. | R. | R. | R. | R. | R. | R. | R. | R. | R. | W. | W. | W. | W. | W. | :type |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | :initial |

| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:5 | — | RESERVED |
| 4 | ZeroClrIntEnableSet | Zero clear interrupt enable set signal.<br>Write 0: disabled<br>Write 1: Set ZeroClrEnable |
| 3 | ExWrIntEnableSet | Ciphertext EXIDGEN interrupt enable set signal.<br>Write 0: disabled<br>Write 1: Set ExWrIntEnable |
| 2 | ExRdIntEnableSet | Plaintext EXIDGEN interrupt enable set signal.<br>Write 0: disabled<br>Write 1: Set ExRdIntEnable |
| 1 | L3IntEnableSet | L3 processing completion interrupt enable set signal.<br>Write 0: disabled<br>Write 1: Set L3IntEnable |
| 0 | L1IntEnableSet | L1 processing completion interrupt enable set signal.<br>Write 0: disabled<br>Write 1: Set L1IntEnable |

Plaintiff's Exhibit PX2013, page 36 of 125

Error! Unknown document property name.

TOSHIBA　　　　　　　　　　　　　　　　　　　　Confidential

### 4.4.5.　0xC_00 10 Interrupt enable clear register



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:5 | — | RESERVED |
| 4 | ZeroClrIntEnableClear | Zero clear interrupt enable clear signal. <br> Write 0: disabled <br> Write 1: Clear ZeroClrIntEnable |
| 3 | ExWrIntEnableClear | Ciphertext EXIDGEN interrupt enable clear signal. <br> Write 0: disabled <br> Write 1: Clear ExWrIntEnable |
| 2 | ExRdIntEnableClear | Plaintext EXIDGEN interrupt enable clear signal. <br> Write 0: disabled <br> Write 1: Clear ExRdIntEnable |
| 1 | L3IntEnableClear | L3 processing completion interrupt enable clear signal. <br> Write 0: disabled <br> Write 1: Clear L3IntEnable |
| 0 | L1IntEnableClear | L1 processing completion interrupt enable clear signal. <br> Write 0: disabled <br> Write 1: Clear L1IntEnable |

Plaintiff's Exhibit PX2013, page 37 of 125

Error! Unknown document property name.

TOSHIBA                                                                           Confidential

### 4.4.6. 0xC_002 0 Plaintext EXIDGEN sector count setting register



| bit | mnemonic | explanation |
|---|---|---|
| 31:4 | — | RESERVED |
| 3:0 | ExidSecNum | Number of EXIDGEN sectors<br><br>Write 0: 0 sector (does not work as a circuit)<br><br>Write 1: 1 sector<br><br>Write 2: 2 sectors<br><br>Write 3: 3 sectors<br><br>Write 4: 4 sectors<br><br>Write 5: 5 sectors<br><br>Write 6: 6 sectors<br><br>Write 7: 7 sectors<br><br>Write 8: 8 sectors (maximum)<br><br>If the generation operation is started while 0 is set, the circuit will not operate, so the EXIDGEN processing completion status of the ″EXIDGEN control register″ will immediately become 1.<br><br>Do not set more than 9.Operation is not guaranteed. |

Plaintiff's Exhibit PX2013, page 38 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                 **Confidential**

### 4.4.7. 0xC_002 4 Plaintext EXIDGEN SRAM start address setting register



| bit | mnemonic | explanation |
|---|---|---|
| 31:17 | — | RESERVED |
| 12:00 | Exid Sram Adr | byte address of SRAM where data generated by EXIDGEN is stored . Since the bit width of SRAM is 128+8bit, the lower 4bit is fixed to 0. |

Plaintiff's Exhibit PX2013, page 39 of 125

**TOSHIBA**　　　　　　　　　　　　　　　　　　　**Confidential**

### 4.4.8.　0xC_002 8 Plaintext EXIDGEN control register



| bit | mnemonic | explanation |
|---|---|---|
| 31:3 | — | RESERVED |
| 2 | Exid Force Reset | EXIDGEN forced stop.<br><br>Write 0: Invalid<br><br>Write 1: Force stop.Resets all internal registers and returns to the initial state. |
| 1 | Exid End Status | EXIDGEN processing completion status.<br><br>Read 0: Generation incomplete or IDLE<br><br>Read 1: The most recent generation has finished.1WC or run in this state to clear<br><br>Write 0: disabled<br><br>Write 1: clear status |
| 0 | Exid Start Bit | EXIDGEN processing started.<br><br>Write 0: Invalid<br><br>Write 1: Start generation.Invalid when 1 is displayed<br><br>Read 0: Idle<br><br>Read 1: Generating |

Plaintiff's Exhibit PX2013, page 40 of 125

**TOSHIBA**                                                                          **Confidential**

### 4.4.9. 0xC_002 C Plaintext EXIDGEN LCA setting register



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:0 | Exid LCA | Configure LCA for EXIDGEN data generation |

Plaintiff's Exhibit PX2013, page 41 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                **Confidential**

### 4.4.10. 0xC_003 0 Plaintext EXIDGEN Offset setting register



| bit | mnemonic | explanation |
|---|---|---|
| 31:3 | — | RESERVED |
| 2:0 | Exid Offset | Set Offset[2:0] for EXIDGEN data generation |

Error! Unknown document property name.



### 4.4.11. 0xC_003 4 Plaintext EXIDGEN ID setting register

| 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | :LE |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|-----|
| RESERVED | | | | | | | | | | | | | | | | |
| R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | :type |
| | | | | | | | | | | | | | | | | :initial |

| 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | :LE |
|----|----|----|----|----|----|---|---|---|---|---|---|---|---|---|---|-----|
| RESERVED | | | | | | | | Exid ID | | | | | | | | |
| R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | R. 0 | RW 0 | RW 0 | RW 0 | RW 0 | RW 0 | RW 0 | RW 0 | RW 0 | :type |
| | | | | | | | | | | | | | | | | :initial |

| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:3 | — | RESERVED |
| 2 | Exid ID | Sets EXPID data for EXIDGEN.The definition of EXPID in Canopus looks like this:<br><br>　Write 0: Unmap<br>　Write 1: Bad Sector<br>　Write 2: Zero (response instruction for all0 data)<br>　Write 3: Unmap2 (special use when you want to return a fixed pattern different from normal Unmap)<br>　Write Other: undefined |

Plaintiff's Exhibit PX2013, page 43 of 125

Error! Unknown document property name.

TOSHIBA                                                Confidential

### 4.4.12. 0xC_0040 Encrypted EXIDGEN storage destination address



| bit | mnemonic | explanation |
|---|---|---|
| 31:17 | — | RESERVED |
| 12:00 | Exwr Sram Adr | address of SRAM where externally generated encrypted EXID data is stored . The lower 4 bits are fixed to 0 due to 16-byte alignment. |

Plaintiff's Exhibit PX2013, page 44 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                **Confidential**

### 4.4.13. 0xC_0044 Encrypted EXIDGEN InfoField 0



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:0 | Info field | This register specifies the Info information of EXIDGEN. <br><br> Set bit 29, 28, 14 to 1 (respectively last, first, CMD=Write) <br><br> Set other bits to 0. |

Plaintiff's Exhibit PX2013, page 45 of 125

Error! Unknown document property name.

**TOSHIBA**　　　　　　　　　　　　　　　　　　　　**Confidential**

### 4.4.14. 0xC_0048 Encrypted EXIDGEN InfoField 1



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:0 | Info field | This register specifies the Info information of EXIDGEN. bit[29:0] is the area that specifies the size. Set 0 to other bits ([31:30]). |

Plaintiff's Exhibit PX2013, page 46 of 125

**TOSHIBA**

**Confidential**

### 4.4.15. 0xC_004C Encrypted EXIDGEN InfoField 2



| bit | mnemonic | explanation |
|---|---|---|
| 31:0 | Info field | This register specifies the Info information of EXIDGEN.<br>This field corresponds to the lower 32 bits of LBA (LBA[31:0]). |

Plaintiff's Exhibit PX2013, page 47 of 125

Error! Unknown document property name.

**TOSHIBA**                                                    **Confidential**

## 4.4.16. 0xC_0050 Encrypted EXIDGEN InfoField3



| bit | mnemonic | explanation |
|---|---|---|
| 31:0 | Info field | This register specifies the Info information of EXIDGEN.<br><br>[31:24] is the area that specifies EXPID on the EGR format.<br><br>Also, [15:0] is the upper 16 bits of LBA (LBA[47:32]).<br><br>Set 0 to other bits ([23:16]).<br><br>The definition of EXPID in Canopus is as follows.<br><br><table><tr><td>0h</td><td>Unmap</td></tr><tr><td>1h</td><td>Bad Sector</td></tr><tr><td>2 hours</td><td>Zero (response instruction for all0 data)</td></tr><tr><td>3 hours</td><td>Unmap2 (special use if you want to return a fixed pattern different from normal Unmap)</td></tr></table> |

Plaintiff's Exhibit PX2013, page 48 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                 **Confidential**

### 4.4.17. 0xC_0054 Encrypted EXIDGEN Start Register



| bit | mnemonic | explanation |
|---|---|---|
| 31:1 | — | RESERVED |
| 0 | ExStart | Instructs to start generating encrypted ExID.<br><br>Always 1 during operation.<br><br>When reading:<br><br>Value 0: Idle<br><br>Value 1: Generating Encrypted ExID<br><br>When writing:<br><br>value 0: ignore<br><br>Value 1: Start generating encrypted ExID |

Encrypted Exidgen in Canopus requests an external Split/Merger to create an EXID, but at this time, this request is processed with the highest priority within the Split/Merger, making FE wait for the receiving operation.
Please keep this in mind.

Plaintiff's Exhibit PX2013, page 49 of 125

Error! Unknown document property name.

TOSHIBA                                                        **Confidential**

### 4.4.18. 0xC_0 100 L1/L3 Common L1 correction failure bitmap configuration register 0



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:0 | L1FAILBITMAPSET [31:0] | Indicates whether the L1 correction for every 2 SctFrames of the logical sectors (72 2 SctFrames) that make up L3 has failed. B it[i] = 0: Successful L1 correction for the i-th sector. Bit[i] = 1 : L1 correction failed for i-th sector. *This register is used to judge miscorrection when correcting L3/L1. No write-back occurs for 2 SctFrames for which 0 is set in this register |

Plaintiff's Exhibit PX2013, page 50 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                    **Confidential**

### 4.4.19. 0xC_0 104 L1/L3 common L1 correction failure bitmap setting register 1



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:0 | L1FAILBITMAPSET [63:32] | Indicates whether the L1 correction for every 2 SctFrames of the logical sectors (72 2 SctFrames) that make up L3 has failed.<br>B it[i] = 0: Successful L1 correction for the i-th sector.<br>Bit[i] = 1 : L1 correction failed for i-th sector.<br>*This register is used to judge miscorrection when correcting L3/L1.<br>No write-back occurs for 2 SctFrames for which 0 is set in this register |

Plaintiff's Exhibit PX2013, page 51 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                    **Confidential**

### 4.4.20. 0xC_0 108 L1/L3 Common L1 correction failure bitmap setting register 2



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 7:0 | L1FAILBITMAPSET [71:64] | Indicates whether the L1 correction for every 2 SctFrames of the logical sectors (72 2 SctFrames) that make up L3 has failed.<br>B it[i] = 0: Successful L1 correction for the i-th sector.<br>Bit[i] = 1 : L1 correction failed for i-th sector.<br>*This register is used to judge miscorrection when correcting L3/L1.<br>No write-back occurs for 2 SctFrames for which 0 is set in this register |

Plaintiff's Exhibit PX2013, page 52 of 125

Error! Unknown document property name.

**TOSHIBA**

<span style="color:red">Confidential</span>

### 4.4.21. <span style="color:red">0xC_0 110</span> L1/L3 Common L1 Correction Failure Bitmap Result Register 0



| bit | mnemonic | explanation |
|---|---|---|
| 31:0 | RESULTL1FAILBITMAP[31:0] | Indicates whether the L1 correction for every 2 SctFrames of logical sectors (72 2 SctFrames) that make up L3 has failed (R/1WC). When reading: B it[i] = 0: Successful L1 correction for the i-th sector. Bit[i] = 1 : L1 correction failed for i-th sector. When writing: Bit[i] = 0 : ignore Bit[i] = 1 : clear *For each activation of the L1 Decoder HW ( realized by writing "1" to the correction start register for L1), the L1 correction target sector (sector number " I " set in the correction sector number setting register for L1 ) is written to the bit (RESULT2FAILBITMAP[i]) corresponding to the L1 correction result (failure: 1, only in case of failure).0 is not written even in case of L1 correction success. |

Plaintiff's Exhibit PX2013, page 53 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

### 4.4.22. 0xC_0 114 L1/L3 Common L1 Correction Failure Bitmap Result Register 1



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:0 | RESULTL1FAILBITMAP[63:32] | Indicates whether the L1 correction for every 2 SctFrames of the logical sectors (72 2 SctFrames) that make up L3 has failed (R/1WC).<br>Read time<br>B it[i] = 0: Successful L1 correction for the i-th sector.<br>Bit[i] = 1 : L1 correction failed for i-th sector.<br>Write time<br>Bit[i] = 0 : ignore<br>Bit[i] = 1 : clear<br>*For each activation of the L1 Decoder HW ( realized by writing "1" to the correction start register for L1), the L1 correction target sector (sector number "I" set in the correction sector number setting register for L1 ) is written to the bit (RESULT2FAILBITMAP[i]) corresponding to the L1 correction result (failure: 1, only in case of failure).0 is not written even in case of L1 correction success. |

Plaintiff's Exhibit PX2013, page 54 of 125

Error! Unknown document property name.

**TOSHIBA**    **Confidential**

## 4.4.23. 0xC_0 118 L1/L3 Common L1 Correction Failure Bitmap Result Register 2



| bit | mnemonic | explanation |
|---|---|---|
| 31:0 | RESULTL1FAILBITMAP[63:32] | Indicates whether the L1 correction for every 2 SctFrames of the logical sectors (72 2 SctFrames) that make up L3 has failed (R/1WC). Read time B it[i] = 0: Successful L1 correction for the i-th sector. Bit[i] = 1 : L1 correction failed for i-th sector. Write time Bit[i] = 0 : ignore Bit[i] = 1 : clear *For each activation of the L1 Decoder HW ( realized by writing "1" to the correction start register for L1), the L1 correction target sector (sector number "I" set in the correction sector number setting register for L1 ) is written to the bit (RESULT2FAILBITMAP[i]) corresponding to the L1 correction result (failure: 1, only in case of failure).0 is not written even in case of L1 correction success. |

Plaintiff's Exhibit PX2013, page 55 of 125

Error! Unknown document property name.

TOSHIBA                                                    Confidential

### 4.4.24. 0xC_0120 L1/L3 sector size specification register



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:2 | — | RESERVED |
| 1:0 | SecSel | Sets the size of one sector<br><br>00: 528 bytes<br><br>01: 520 bytes<br><br>10: 512 bytes<br><br>11: 512 bytes<br><br><br>This setting affects the operation of L1 correction/L3 correction. |

Plaintiff's Exhibit PX2013, page 56 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                **Confidential**

### 4.4.25. 0xC_0130 Correction mode setting register for L3



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:1 | — | RESERVED |
| 0 | L3DECODINGMODESEL | Sets the mode for L3 correction.<br>0: Normal correction mode (corrects 1 symbol at any position) (Default)<br>1: Erasure correction mode (corrects 2 symbols by specifying 2 error locations) |

Plaintiff's Exhibit PX2013, page 57 of 125

Error! Unknown document property name.

**TOSHIBA**  **Confidential**

### 4.4.26. 0xC_0 134 Erasure correction position setting register 0 for L3



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:7 | — | RESERVED |
| 6:0 | ERAMODESECNUM0[5:0] | Specifies the first error location (erroneous sector number) in L3 erasure correction mode. It is valid only when the value of bit[0] of the L3 correction mode setting register is ″ 1 ″ (erasure correction mode). |

Plaintiff's Exhibit PX2013, page 58 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

### 4.4.27. 0xC_0 138 Erasure correction position setting register 1 for L3



| bit | mnemonic | explanation |
|---|---|---|
| 31:7 | — | RESERVED |
| 6:0 | ERAMODESECNUM1[6:0] | Specifies the second error location (error sector number) in L3 erasure correction mode.<br>It is valid only when the value of bit[0] of the L3 correction mode setting register is ″1″ (erasure correction mode).Be sure to set a different value from the erasure correction position setting register 0 (0xC_001C) for L3. ).<br>＊Operation is not guaranteed when erasure correction position setting register 0 (0xC_001C) for L3 correction and erasure correction position setting register 1 (0xC_0020) for L3 correction have the same value and erasure correction mode is selected. |

Plaintiff's Exhibit PX2013, page 59 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                    **Confidential**

### 4.4.28. 0xC_0 13C Correction start register for L3



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:1 | — | RESERVED |
| 0 | L3START | Start L3 correction.<br>Write : 1: Start 0: Ignore<br>Read: 1: Busy 0: Ready |

Plaintiff's Exhibit PX2013, page 60 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                 **Confidential**

### 4.4.29. 0xC_0 140 Status register for L3



| bit | mnemonic | explanation |
|---|---|---|
| 31:1 | — | RESERVED |
| 0 | L3 COMPLETE | Indicates that L3 correction processing has completed (R/1WC). Read time: Value 0: L3 correction in progress (including correction interrupted) or L3 correction not activated Value 1: L3 correction complete Write time value 0: ignore value 1: clear |

Plaintiff's Exhibit PX2013, page 61 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

### 4.4.30. 0xC_0 150 L1 correction capability setting register



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:6 | — | RESERVED |
| 5:0 | L1INFOERRBIT[5:0] | This register specifies the L1 correction capability.The maximum on Canopus is 40Bit. |

Plaintiff's Exhibit PX2013, page 62 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                **Confidential**

### 4.4.31. 0xC_0 154 LCA check enable register for L1



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:1 | — | RESERVED |
| 0 | L1LCACHECKENABLE [0] | L1LCA check enable: 0 fixed<br><br>1: Enable LCA check.(If there is an error in the LCA area, it will be<br><br>L1FAIL regardless of the number) Do not set this bit to 1 in Canopus<br><br>0: Disable LCA check.(Even if there is an error in the LCA area, if it<br><br>can be corrected, it will not be L1FAIL) |

Plaintiff's Exhibit PX2013, page 63 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                  **Confidential**

### 4.4.32. 0xC_0 158 Correction frame number setting register for L1



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:6 | — | RESERVED |
| 5:0 | FRAMEMEM[6:0] | One of the 72 2SctFrames forming one logical sector is designated as the number of the 2SctFrame for which L1 correction is to be performed. Be sure to set 1 to the bit in the L1 correction failure setting bitmap register that corresponds to the 2SctFrame number set in this register . |

Plaintiff's Exhibit PX2013, page 64 of 125

**TOSHIBA**

**Confidential**

### 4.4.33. 0xC_0 15C L12SctFrame division number specification register



| bit | mnemonic | explanation |
|---|---|---|
| 31:3 | — | RESERVED |
| 2:0 | DIVNUM[2:0] | Specify how many 2 SctFrames for L1 are divided. The value entered will be between 1 and 6. |

Plaintiff's Exhibit PX2013, page 65 of 125

Error! Unknown document property name.

Confidential

### 4.4.34. 0xC_0 160 L1 Frame Division Size Register



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:11 | — | RESERVED |
| 10:00 | DIVSIZE[10:0] | Specify the size (number of bytes) of one frame for L1. Can only be specified in units of 2 bytes (the least significant bit is always treated as 0) |

Plaintiff's Exhibit PX2013, page 66 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

### 4.4.35. 0xC_0 164 Number of final frame padding bytes for L1



| bit | mnemonic | explanation |
|---|---|---|
| 31:4 | — | RESERVED |
| 3:0 | PADSIZE[3:0] | This is the number of bytes to be 0-padding when Frame division produces a fraction at the end.Please specify in units of 2 bytes (the lowest bit is always treated as 0) |

Plaintiff's Exhibit PX2013, page 67 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                  **Confidential**

### 4.4.36. 0xC_0 168 Correction start register for L1



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:1 | — | RESERVED |
| 0 | START | Start L1 correction processing. <br><br> When writing: <br><br> value 1: start <br><br> value 0: ignore <br><br> When reading: <br><br> value 1: Busy <br><br> Value 0: Ready |

Plaintiff's Exhibit PX2013, page 68 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                **Confidential**

### 4.4.37. 0xC_0 16C Status register for L1



| bit | mnemonic | explanation |
|---|---|---|
| 31:1 | — | RESERVED |
| 0 | L1 COMPLETE | Indicates L1 correction complete (R/1WC).<br><br>When reading:<br><br>Value 0: L1 correction in progress or L1 processing not started<br><br>Value 1: L1 correction complete<br><br>When writing:<br><br>value 0: ignore<br><br>Value 1: clear |

Plaintiff's Exhibit PX2013, page 69 of 125

**TOSHIBA**　　　　　　　　　　　　　　　　　　　　　　　　**Confidential**

### 4.4.38. 0xC_0 180 Zero clear Kick/Status



| bit | mnemonic | explanation |
|---|---|---|
| 31:1 | — | RESERVED |
| 0 | Kick/Status | Status register to start the L3SRAM zero filling operation.<br><br>Write 1 (When Kick/Status=0): Start zero clear<br>Write 0/Write 1 (When Kick/Status=1): Invalid<br><br>Read 0: Idle<br>Read 1: Busy<br><br>It takes about 30 μs to clear all L3SRAM/LCA SRAM.During this time, all other operations will be disabled, so please be careful when using it. |

Plaintiff's Exhibit PX2013, page 70 of 125

Error! Unknown document property name.

### 4.4.39. 0xC_0 184 Zero clear end address



| bit | mnemonic | explanation |
|---|---|---|
| 31:17 | — | RESERVED |
| 16:0 | FiniAdr | During zero clear operation, displays the last address where zero clear is completed.Addresses that are younger than the address displayed here have already been cleared to zero, so they can be transferred.<br>Also, for LCA SRAM, all values above 0x0480 are complete. |

Plaintiff's Exhibit PX2013, page 71 of 125

Error! Unknown document property name.

Confidential

### 4.4.40. 0xC_ 0190 Result information register for L1 Frame0



| bit | mnemonic | explanation |
|---|---|---|
| 31:20 | — | RESERVED |
| 19:16 | L1FAILINFO[3:0] | Register to display L1 FAIL condition<br><br>B it19: SIGMA_ERR SIGMA error (1: SIGMA error)<br><br>B it18: L C A_ERR LCA error (1: LCA error present)<br><br>*When the LCA input enable signal is valid, it indicates whether there is an error in the LCA area.<br><br>B it17: SRC_CRC_FAIL CRC error (1: CRC error present)<br><br>B it16: COUNT_FAIL count error<br><br>* Displays whether the number of expected errors and the number of found errors match.<br><br>If there is a 1 in any one of these areas, L1EXPECTERROR, described below, will be an invalid value. |
| 15:6 | — | RESERVED |
| 5:0 | L1 EXPECTERROR[5:0] | L1 Register for displaying the number of expected errors |

### 4.4.41. 0xC_0194 Result information register for L1 Frame1
### 4.4.42. 0xC_0198 Result information register for L1 Frame2
### 4.4.43. 0xC_019C L1 result information register Frame3
### 4.4.44. 0xC_01A0 Result information register for L1 Frame4
### 4.4.45. 0xC_01A4 Result information register for L1 Frame5

Plaintiff's Exhibit PX2013, page 72 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                 **Confidential**

### 4.4.46. 0x C_0200-0xC_031C Common LCA configuration register 0-71 for L1/ L3



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:0 | LCA[31:0] | Write the LCA for each sector that composes a logical sector. After L1 correction, L1-corrected LCA can be read, and after L3 correction, L3-corrected LCA can be read. |

In L1/L3 common LCA setting registers 0-71 , enter the LCA corresponding to each sector that composes the logical sector from 0 to 71 in L3 ECC encoding order.

Plaintiff's Exhibit PX2013, page 73 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                      **Confidential**

### 4.4.47. 0xC_ 0400 – 0xC_0D1C Temporary SRAM registers for L1



| bit | mnemonic | explanation |
|---|---|---|
| 31:16 | — | RESERVED |
| 15:00 | L1TMPSRAM[15:0] | You can read and write to the contents of temporary SRAM for L1 ECC decoding.<br>Read: Read the value.This is for Debug and to check the corrected Sector data.<br>Write: Write the value.<br>＊It can be read and written, but it is not used during normal use. |

＊Temporary SRAM for L1 ECC decoding consists of 16bit x 584 words.

Register address space 0x1000–0x191C is mapped to temporary SRAM addresses 0x000–0x247 for L1 ( TempSRAMAdr[9:0] = RegAdr[11:2]).

For example, when register address 0x1880 is specified, address 0x220 of temporary SRAM for L1 is read, and ″0 ″ is added to the upper 16 bits.

Plaintiff's Exhibit PX2013, page 74 of 125

Error! Unknown document property name.

**TOSHIBA**                                                   **Confidential**

### 4.4.48. 0xC_1000–0xC_1A58 Dsc DMAC registers

For details, please refer to the CanopusDscDmac specification "003_dscdmac design specification.docx".

Plaintiff's Exhibit PX2013, page 75 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

## 4.4.49. 0x C_2000– 0xC_3CFC CBE SRAM for DMAC



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:0 | CBEDATA[31:0] | CBE SRAM for DMAC |

Plaintiff's Exhibit PX2013, page 76 of 125

Error! Unknown document property name.



### 4.4.50. 0x F_8000 E3C OneError interrupt status

| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:24 | — | RESERVED |
| 23:00 | OneErrorStatus | Presents the generated SRAM when 1bit correction of SRAM occurs in each SRAM in the CD.<br>　Read 0: not generated<br>　Read 1: occurrence<br>　Write : Disabled<br><br>　Bit23: SRAM for Exid<br>　B it22: Encrypted ExID InfoField<br>　Bit21: SRAM for CBE<br>　Bit20: SRAM for L1<br>　Bit19 : SRAM for L3<br>　Bit 18: SRAM for LCA<br>　Bit 17: SDMEM Bank 3<br>　Bit16 : SDMEM Bank2<br>　Bit 15: SDMEM Bank 1<br>　Bit 14: SDMEM Bank 0<br>　Bit13 : Core6 IMEM<br>　Bit 12: Core5 IMEM<br>　Bit 11: Core4 IMEM<br>　Bit 10: Core3 IMEM<br>　Bit 9: Core2 IMEM<br>　Bit 8: Core1 IMEM<br>　Bit 7: Core0 DMEM<br>　Bit 6: Core6 DMEM<br>　Bit 5: Core5 DMEM<br>　Bit 4: Core4 DMEM<br>　Bit 3: Core3 DMEM<br>　Bit 2: Core2 DMEM<br>　Bit 1: Core1 DMEM<br>　Bit0 : Core0 DMEM |

Plaintiff's Exhibit PX2013, page 77 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

### 4.4.51. 0x F_8004 E3C OneError interrupt status clear



| bit | mnemonic | explanation |
|---|---|---|
| 31:23 | — | RESERVED |
| 22:0 | One Error Clear | Register for clearing 1bit correction status<br><br>Read : 0 is always read<br><br>Write 0: disabled<br><br>Write 1: Clear status<br><br><br>Bit arrangement and corresponding SRAM are the same as E3C OneError interrupt status. |

Plaintiff's Exhibit PX2013, page 78 of 125

## 4.4.52. 0x F_8010 E3C OneError interrupt enable status



| bit | mnemonic | explanation |
|---|---|---|
| 31:23 | — | RESERVED |
| 22:0 | OneErrorEnable | Displays the status of whether to output an interrupt due to the 1-bit correction status generated in each SRAM.<br><br>  Read 1: Interrupt notification of 1-bit correction that occurred in the corresponding SRAM<br><br>  Read 0: Do not interrupt the 1bit correction that occurred in the corresponding SRAM<br><br>  Write : Disabled<br><br>  Bit arrangement and corresponding SRAM are the same as E3C OneError interrupt status. |

Error! Unknown document property name.

**TOSHIBA**                                                                                    **Confidential**

### 4.4.53. 0x F_8014 E3C OneError interrupt enable clear



| bit | mnemonic | explanation |
|---|---|---|
| 31:23 | — | RESERVED |
| 22:0 | OneErrorEnableClear | Clear each enable bit that determines whether or not to output an interrupt due to the 1-bit correction status generated in each SRAM. Read : 0 is always read  Write 0: disabled  Write 1: Set 0 to the corresponding enable bit.  Bit arrangement and corresponding SRAM are the same as E3C OneError interrupt status. |

Error! Unknown document property name.

TOSHIBA                                    Confidential

### 4.4.54. 0x F_8018 E3C OneError interrupt enable set



| bit | mnemonic | explanation |
|---|---|---|
| 31:23 | — | RESERVED |
| 22:0 | OneErrorEnableSet | Set each enable bit that determines whether or not to output an interrupt due to the 1-bit correction status generated in each SRAM.<br><br>Read : 0 is always read<br>Write 0: disabled<br>Write 1: Set 1 to the corresponding enable bit.<br><br>Bit arrangement and corresponding SRAM are the same as E3C OneError interrupt status. |

Plaintiff's Exhibit PX2013, page 81 of 125

Error! Unknown document property name.



### 4.4.55. 0x F_8020 E3C Fail interrupt status

| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:23 | — | RESERVED |
| 22:0 | Fail Status | When an uncorrectable SRAM error is detected in each SRAM in the CD, the detected SRAM is presented.<br><br>　Read 0: not generated<br>　Read 1: occurrence<br>　Write : Disabled<br><br>　Bit arrangement and corresponding SRAM are the same as E3C OneError interrupt status. |

Plaintiff's Exhibit PX2013, page 82 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

### 4.4.56. 0x F_8024 E3C Fail interrupt status clear



| bit | mnemonic | explanation |
|---|---|---|
| 31:23 _ | — | RESERVED |
| 22:0 | Fail Clear | Register for clearing uncorrectable detection status<br><br>Read : 0 is always read<br><br>Write 0: disabled<br><br>Write 1: Clear status<br><br><br>Bit arrangement and corresponding SRAM are the same as E3C OneError interrupt status. |

Plaintiff's Exhibit PX2013, page 83 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                       **Confidential**

### 4.4.57. 0x F_8030 E3C Fail interrupt enable status



| bit | mnemonic | explanation |
|---|---|---|
| 31:23 | — | RESERVED |
| 22:0 | Fail Enable | Displays the status of whether to output an interrupt due to the uncorrectable detection status generated in each SRAM.<br><br>　Read 1: Interrupt notification of uncorrectable detection that occurred in the relevant SRAM<br><br>　Read 0: No interrupt notification of uncorrectable detection that occurred in the relevant SRAM<br><br>　Write : Disabled<br><br>　Bit arrangement and corresponding SRAM are the same as E3C OneError interrupt status. |

Plaintiff's Exhibit PX2013, page 84 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                 **Confidential**

### 4.4.58. 0x F_8034 E3C Fail interrupt enable clear



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:23 | — | RESERVED |
| 22:0 | Fail Enable Clear | Clear each enable bit that determines whether or not to output an interrupt due to the uncorrectable detection status generated in each SRAM.<br>　Read : 0 is always read<br>　Write 0: disabled<br>　Write 1: Set 0 to the corresponding enable bit.<br><br>　Bit arrangement and corresponding SRAM are the same as E3C OneError interrupt status. |

Plaintiff's Exhibit PX2013, page 85 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

### 4.4.59. 0x F_8038 E3C Fail interrupt enable set



| bit | mnemonic | explanation |
|---|---|---|
| 31:23 | — | RESERVED |
| 22:0 | Fail Enable Set | Clear each enable bit that determines whether or not to output an interrupt due to the uncorrectable detection status generated in each SRAM.<br><br>    Read : 0 is always read<br>    Write 0: disabled<br>    Write 1: Set 1 to the corresponding enable bit.<br><br><br>    Bit arrangement and corresponding SRAM are the same as E3C OneError interrupt status. |

Plaintiff's Exhibit PX2013, page 86 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                                                   **Confidential**

### 4.4.60. 0x F_C000 BistMode



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:26 | — | RESERVED |
| 25:0 | BistMode | You can set BistMode for each SRAM and load the current settings.<br><br>Read : Reads the BistMode value currently set in each SRAM<br>Write : Set the BistMode value for each SRAM.<br><br>The correspondence between bit arrangement and each SRAM is as follows<br>Bit25: SRAM 2 for Exid<br>Bit24: SRAM 1 for Exid<br>Bit23: SRAM 0 for Exid<br>Bit22: SRAM for CBE<br>Bit21: SRAM for LCA<br>Bit20 : SRAM1 for L3<br>Bit19 : SRAM0 for L3<br>Bit 18: SRAM for L1<br>Bit 17: SDMEM Bank 3<br>Bit16 : SDMEM Bank2<br>Bit 15: SDMEM Bank 1<br>Bit 14: SDMEM Bank 0<br>Bit13 : Core6 IMEM<br>Bit 12: Core5 IMEM<br>Bit 11: Core4 IMEM<br>Bit 10: Core3 IMEM<br>Bit 9: Core2 IMEM<br>Bit 8: Core1 IMEM<br>Bit 7: Core0 DMEM<br>Bit 6: Core6 DMEM<br>Bit 5: Core5 DMEM<br>Bit 4: Core4 DMEM<br>Bit 3: Core3 DMEM<br>Bit 2: Core2 DMEM<br>Bit 1: Core1 DMEM<br>Bit0 : Core0 DMEM |

Plaintiff's Exhibit PX2013, page 87 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                          **Confidential**

### 4.4.61. 0x F_C020 BistFinish



| bit | mnemonic | explanation |
|---|---|---|
| 31:26 | — | RESERVED |
| 25:0 | BistFinish | You can read the BistFinish value output by each SRAM.<br><br>Read : You can read the BistFinish value output from each SRAM<br>Write : Disabled<br><br>The correspondence between bit arrangement and each SRAM is the same as BistMode. |

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

### 4.4.62. 0x F_C040 BistFail



| bit | mnemonic | explanation |
|---|---|---|
| 31:26 | — | RESERVED |
| 25:0 | BistFail | You can read the BistFail value output by each SRAM.<br><br>Read : You can read the BistFinish value output from each SRAM<br>Write : Disabled<br><br>The correspondence between bit arrangement and each SRAM is the same as BistMode. |

- 89 ／ 125 -

Plaintiff's Exhibit PX2013, page 89 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                    **Confidential**

### 4.4.63. 0x F_C060 RowColSwitch



| bit | mnemonic | explanation |
|---|---|---|
| 31:26 | — | RESERVED |
| 25:0 | Row Col Switch | RowColSwitch settings and current settings can be read for each SRAM.<br><br>Read : Reads the RowColSwitch value currently set in each SRAM<br>Write : Set the RowColSwitch value for each SRAM.<br><br>The correspondence between bit arrangement and each SRAM is the same as BistMode. |

Plaintiff's Exhibit PX2013, page 90 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

### 4.4.64. 0x F_C100 RTC 0



| bit | mnemonic | explanation |
|---|---|---|
| 31:23 | — | RESERVED |
| 22:0 | RTC[31:0] | You can set the RTC for each SRAM and read the current settings. |

22:0 RTC[31:0] explanation continued:

Read : Reads the RTC value currently set in each SRAM
Write : Set the RTC value to each SRAM.

The correspondence between the bit arrangement and each SRAM is as follows.
Bits 31-30: SDMEM Bank1 RTC[1:0]
Bits 29-28: SDMEM Bank0 RTC[1:0]
Bit27-26 : Core6 IMEM RTC[1:0]
Bit25-24: Core5 IMEM RTC[1:0]
Bit23-22: Core4 IMEM RTC[1:0]
Bit21-20: Core3 IMEM RTC[1:0]
Bit19-18 : Core2 IMEM RTC[1:0]
Bits 17-16: Core1 IMEM RTC[1:0]
Bits 15-14: Core0 DMEM RTC[1:0]
Bit13-12 : Core6 DMEM RTC[1:0]
Bits 11-10: Core5 DMEM RTC[1:0]
Bits 9-8: Core4 DMEM RTC[1:0]
Bit 7-6: Core3 DMEM RTC[1:0]
Bits 5-4: Core2 DMEM RTC[1:0]
Bits 3-2: Core1 DMEM RTC[1:0]
Bit 1-0 : Core0 DMEM RTC[1:0]

Plaintiff's Exhibit PX2013, page 91 of 125

Error! Unknown document property name.

**TOSHIBA**                                                        **Confidential**

## 4.4.65. 0x F_C104 RTC1



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:18 _ | — | RESERVED |
| 17:0 | RTC[49:32] | You can set the RTC for each SRAM and read the current settings.<br><br>  Read : Reads the RTC value currently set in each SRAM<br>  Write : Set the RTC value for each SRAM.<br><br>  The correspondence between the bit arrangement and each SRAM is as follows.<br>  Bit17-16: SRAM 2 RTC[1:0] for Exid<br>  Bit15-14: SRAM 1 RTC[1:0] for Exid<br>  Bit13-12: SRAM 0 RTC[1:0] for Exid<br>  Bit11-10: SRAM RTC[1:0] for CBE<br>  Bit9-8: SRAM RTC[1:0] for LCA<br>  Bit7-6 : SRAM Bank0 RTC[1:0] for L3<br>  Bit5-4: SRAM RTC[1:0] for L1<br>  Bit3-2: SDMEM Bank3 RTC[1:0]<br>  Bit1-0 : SDMEM Bank2 RTC[1:0] |

Plaintiff's Exhibit PX2013, page 92 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

### 4.4.66. 0x F_C140 WTC 0



| bit | mnemonic | explanation |
|-----|----------|-------------|
| 31:23 | — | RESERVED |
| 22:0 | WTC[31:0] | WTC settings and current settings can be read for each SRAM. Read : Reads the WTC value currently set in each SRAM Write : Set the WTC value to each SRAM. The correspondence between bit arrangement and each SRAM is the same as RTC0. |

Plaintiff's Exhibit PX2013, page 93 of 125

Error! Unknown document property name.



### 4.4.67. 0x F_C144 WTC1

| bit | mnemonic | explanation |
|---|---|---|
| 31:18 _ | — | RESERVED |
| 17:0 | WTC[49:32] | WTC settings and current settings can be read for each SRAM.<br><br>Read : Reads the WTC value currently set in each SRAM<br>Write : Set the WTC value of each SRAM.<br><br>Correspondence between bit arrangement and each SRAM is the same as RTC1 |

Plaintiff's Exhibit PX2013, page 94 of 125

Error! Unknown document property name.

**TOSHIBA**

**Confidential**

### 4.4.68. 0x F_C180 PDWN



| bit | mnemonic | explanation |
|---|---|---|
| 31:23 _ | — | RESERVED |
| 21:00 | PDWN | You can set the PDWN for each SRAM and read the current settings.<br><br>Read : Reads the PDWN value currently set in each SRAM<br>Write : Set PDWN value to each SRAM.<br><br>The correspondence between bit arrangement and each SRAM is as follows (Since the SRAM for L3, the arrangement is slightly different from that of BistMode.")<br>Bit24: SRAM 2 for Exid<br>Bit23: SRAM 1 for Exid<br>Bit22: SRAM 0 for Exid<br>Bit21: SRAM for CBE<br>Bit20: SRAM for LCA<br>Bit19 : SRAM for L3<br>Bit 18: SRAM for L1<br>Bit 17: SDMEM Bank 3<br>Bit16 : SDMEM Bank2<br>Bit 15: SDMEM Bank 1<br>Bit 14: SDMEM Bank 0<br>Bit13 : Core6 IMEM<br>Bit 12: Core5 IMEM<br>Bit 11: Core4 IMEM<br>Bit 10: Core3 IMEM<br>Bit 9: Core2 IMEM<br>Bit 8: Core1 IMEM<br>Bit 7: Core0 DMEM<br>Bit 6: Core6 DMEM<br>Bit 5: Core5 DMEM<br>Bit 4: Core4 DMEM<br>Bit 3: Core3 DMEM<br>Bit 2: Core2 DMEM<br>Bit 1: Core1 DMEM<br>Bit0 : Core0 DMEM<br>(Unlike BistMode, Bit of L3SRAM is not divided) |

Plaintiff's Exhibit PX2013, page 95 of 125

Error! Unknown document property name.

TOSHIBA                                                          Confidential

## 5.  How to use CD HW

This chapter describes how to use the functions dedicated to the CD as a module.

## 5.1.  Initialization after CD reset

Immediately after startup or after some reset is done to the CD, there are no registers that should be set in advance except for the initialization of the L3 SRAM and LCA SRAM in the initialization process of the CD.Initialization of SRAM is performed by a zero clear circuit.See chapter 5.5.

Also, when using the SRAM PDWN described in section 5.7, there is no need to initialize the SRAM after resetting (because the SRAM will be cleared to zero when returning from the PDWN).

## 5.2.  Implement L3/L1 data correction

We describe the correction flow that combines the L3 decoder and the L1 decoder.
Figure 4.2 is a sample flow of iterative correction using L3 decoder and L1 decoder.This is just a sample, so feel free to change it according to your FW configuration, etc.

I will explain the flow in the figure in order.The number at the beginning of the line corresponds to the number in the flow chart posted later.

① If the NANDC cannot correct the read data with the NANDC's internal L1 decoder and causes an L1Fail, it will be corrected using the CD's L3/L1 decoder.

② First, get the sector size of the data to be corrected from the NANDC and set it in the CD sector size register (0xC_0120).The value set here will continue to use the same value during iterative correction.

③ Next, the data that configures L3 from NANDC is stored in the L3 SRAM inside the CD, and the LCA of those data is stored in the LCA SRAM.At this time, the LCA SRAM and L3 SRAM must be cleared to zero.If it is not zero-cleared, first initialize the SRAM using the zero-clear circuit.Among the data read from the NAND, store the data that sinconstitutes L3 in L3SRAM ug the DscDMAC on the CD (Refer to Chapter 3 DscDMAC usage procedure for FW in the DscDMAC specifications) .Write LCA directly to LCA SRAM from Complex core or BE CPU. The address to start storing in L3SRAM corresponds to the number of 2SctFrames that make up L3, and the start address of the Nth 2SctFrame is N * 0x0062.Also, the address to store the LCA must be arranged in order of 2 SctFrames by 4 bytes from the beginning of the LCA SRAM.

Plaintiff's Exhibit PX2013, page 96 of 125

**Error! Unknown document property name.**

**TOSHIBA**                                                                                           **Confidential**

④  Also, when acquiring 2SctFrame, if the target 2SctFrame has caused L1Fail, it is necessary to acquire and store the information of that 2SctFrame from NANDC .The information to be stored is the target 2SctFrame's ″number of L3 when it is configured″, ″number of frame divisions″, ″frame size″, ″size of 0Pad added to the final frame″, ″L1 correction capacity (maximum number of bits that can be corrected).Please refer to the NANDC specifications for the location of this information.

You can also choose to store the cluster crushing granularity of the target 2 SctFrames instead of the information beyond the Frame size.In that case, it is necessary to obtain this information from NANDC using the number of frame divisions and the granularity of cluster crushing as keys before executing L1 on CD.

Also, the number of 2 SctFrames that failed must be reflected in the L1/L3 common L1 failure bitmap setting register (0xC_0100 to 0xC_0108).Set 1 to the bit corresponding to the position of the 2SctFrame number with L1Fail in this register.

⑤  After all the data that make up L3 has been stored in L3 SRAM, the data is first subjected to L3 correction. At this time, if the number of 2SctFrames causing L1Fail is 2 or less, erasure correction is performed, and if 3 or more,   correction is performed.

⑥  If there are 2 or less L1Fails, erasure correction is performed. Please refer to Chapter 5.2.1 for setting for L3 correction.The data will always be restored, so if correct data is obtained by L3 correction, it will move to termination processing.

⑦  If there are 3 or more L1Fails, we usually make corrections.For the settings for this, see also chapter 5.2.1.

⑧  After completing the normal correction, perform the L1 correction again for the failed 2SctFrame and check if it can be corrected.Please refer to Chapter 5.2.2 for the setting to perform L1 correction.

⑨  If 2 SctFrames to be corrected can be corrected by the L1 correction again, it will move to end processing. If it is not corrected, it is determined whether the data cannot be corrected or whether to continue iterative correction.

⑩  If the number of 2SctFrames with L1Fails is three or more and such number has not decreased compared to before L3 correction, and the correction has no effect, it is assumed that correction is not possible and the process moves to finalization.

Plaintiff's Exhibit PX2013, page 97 of 125

**Error! Unknown document property name.**

TOSHIBA                                                                                    Confidential

If the 2SctFrame to be corrected has not been repaired, but the location where L1Fail occurred has decreased, it may be possible to repair by performing the same L3 correction and L1 correction flow again, so please perform the same process again. please give me.

⑪ If it is determined that the data has been corrected or cannot be corrected, it will move to termination processing.

If you can correct it, please compare the LCA of the data to be corrected in the LCA SRAM with the LCA obtained from the L2P table in the NANDC.If the results match, the data has been corrected correctly.Conversely, if this does not match, the data in the L2P table has been destroyed, so take action against it (the response to L2P destruction is not defined in the CD flow).

⑫ After confirming that the LCA matches and that the data has been corrected correctly, use DscDMAC to write the data to be corrected back to the NANDC, and then notify the NANDC of correction completion.

If the data cannot be corrected, write back the data to be corrected that has not been repaired to the NANDC, and notify the NANDC that the correction was not possible.

⑬ This completes the correction process, but in preparation for the next startup, if you start the zero clear circuit to initialize the L3 SRAM and LCA SRAM, you will not need to initialize the SRAM at the next startup.However, when using the SRAM PDWN described in section 5.7, SRAM initialization is performed after returning from the PDWN, so there is no need to perform it here.

Plaintiff's Exhibit PX2013, page 98 of 125

Error! Unknown document property name.

**TOSHIBA**                                                    **Confidential**



Figure 5.2.L3/L1 decoding flow

Plaintiff's Exhibit PX2013, page 99 of 125

Error! Unknown document property name.

TOSHIBA                                                          **Confidential**

## 5.2.1.  Implementing L3 corrections

When performing L3 correction, the 72 2SctFrame data that make up the L3 to be corrected must first be placed correctly in L3SRAM, and their LCA data must be placed in LCA SRAM.And, of the 72 2SctFrames, the one causing L1Fail must be set in the L1/L3 common L1 correction failure bitmap setting registers 0 to 2 (0xC_0100 to 0xC_0108).

With these settings, if the number of 2SctFrames that caused L1Fail is 2 or less, erasure correction will be performed. Set this register to 0 to implement normal correction mode.

When performing erasure correction, set the position of 2 SctFrames that caused L1Fail in erasure correction position setting register 0/1 (0xC_0134/0xC_0138).

After completing these settings, set the L3 correction start register (0xC_013C) to 1 to start L3 correction.A 0 is read from the L3 status register (0xC_0140) while the L3 correction is being performed.If this becomes 1, the L3 correction is complete.When finished, write 1 to the L3 status register (0xC_0140) to clear the end status for the next startup.

Also, if the L3 interrupt enable (0xC_0008 bit1) is enabled and the Complex HWE interrupt is enabled, an interrupt signal will be issued from the CD upon completion.

When erasure correction is performed, data correction is completed, so L1 correction is performed when normal correction is performed


## 5.2.2.  Implementing L1 corrections

In order to execute L1 correction, it is necessary to set the information of the 2 SctFrames targeted for L1 correction to the following registers respectively.

・L1 correction capability setting register (0xC_0150): Maximum number of bits that can be corrected in L1

・Corrected frame number setting register for L1 (0xC_0158): Number of target 2 SctFrame

・L1 2SctFrame division number specification register (0xC_015C): How many divisions 2SctFrame has

・L1Frame division size register (0xC_0160): Size of data part of divided frame

・Number of final frame padding bytes for L1 (0xC_0164): Size of 0Pad added to the final frame of the divided frame


   After setting these data, set the L1 correction start register (0xC_0168) to 1 to start L1 correction.The L1 status register (0xC_016C) is 0 while L1 is running, and 1 when finished.When finished, write 1 to the L1 status register (0xC_016C) to clear the end status for the next startup. Also, if the L1 interrupt enable (0xC_0008 bit0) is enabled and the Complex HWE interrupt is

Plaintiff's Exhibit PX2013, page 100 of 125

**Error! Unknown document property name.**

**TOSHIBA**                                                                                          **Confidential**

enabled, an interrupt signal will be issued from the CD upon completion.

After completion, you can check whether the correction succeeded or failed by looking at the bit corresponding to the 2 SctFrame numbers to be corrected in the L1/L3 common L1 correction failure bitmap result register (0xC_0110 to 0xC_0118).When executing L1 correction, all frames (up to 6 frames) included in 2SctFrame are corrected at once, but if there is even one frame that cannot be corrected, it is considered uncorrectable.Although it is not necessary for normal processing, if you want to know which Frame failed in the end, you can refer to the L1 result information register Frames 0 to 5 (0xC_0190 to 0xC_01A4).

Plaintiff's Exhibit PX2013, page 101 of 125

Error! Unknown document property name.

TOSHIBA                                                                                   Confidential

## 5.3. Plaintext ExID creation

The usage of the function to create ExID using plaintext ExidGen is as follows.

First, set the necessary contents in the following setting registers (in no particular order).

Plaintext EXIDGEN sector number setting register (0xC_0020)

> Sets the number of sectors to generate.Only up to 8 sectors can be generated at once

> Therefore, specify a value between 1 and 8.

Plaintext EXIDGENSRAM start address setting register (0xC_0024)

> The contents generated by ExidGen are set from the address set in this register.

> Valid bits in the setting are [12:4].Global address, CD local address

> Whichever one is written, the upper ones are ignored.

> Addresses that exceed the maximum value of ExidSRAM considering the number of

sectors to be generated and the sector size

> Please do not set

Plaintext EXIDGEN LCA setting register (0xC_002C)

> Please specify the LCA value of the ExID to be generated .

Plaintext EXIDGEN Offset setting register (0xC_0030)

> Please specify the cluster offset of the generated ExID.

> LCA and Offset are concatenated to form LBA.

Plaintext EXIDGEN ID setting register (0xC_0034)

> Specify the ID of the ExID to be generated.For the ID values to be specified, see the

section on register specifications.

After setting these registers, set bit0 of the plaintext EXIDGEN control register to 1 to start ExID generation.

Bit0 of the plaintext EXIDGEN control register remains 1 during generation, bit0 returns to 0 after the operation is completed, and bit1, which is the end status, becomes 1.

Also, if the plaintext EXIDGEN interrupt enable (0xC_0008 bit2) is enabled and the Complex HWE interrupt is enabled, an interrupt signal will be issued from the CD upon completion.

The generated ExID data is stored in ExidSRAM, but the starting address of the Nth sector of each generated sector is as follows (N=0 to 7).

> Sector size 512/520byte: N * 0x210 + 0x0002_0000 + specified SRAM start address

> Sector size 528byte: N * 0x220 + 0x0002_0000 + specified SRAM start address

The generated sector size follows the BE whole sector size specified in the Huddle module.

Plaintiff's Exhibit PX2013, page 102 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                    **Confidential**



Figure 5.3. Plaintext ExidGen operation flow

Plaintiff's Exhibit PX2013, page 103 of 125

Error! Unknown document property name.

TOSHIBA                                                                    Confidential

## 5.4. Ciphertext ExID creation

The usage of the function to create an encrypted ExID using Ciphertext ExidGen is as follows.

First, set various setting registers (in no particular order)

Encrypted EXIDGEN storage destination address (0xC_0040)

The contents generated by ExidGen are set from the address set in this register.

Valid bits in the setting are [12:4].Global address, CD local address

Whichever one is written, the upper ones are ignored.

Addresses that exceed the maximum value of ExidSRAM considering the number of sectors to be generated and the sector size

Please do not set

If you set it to 0x0000_0000, 8 sectors for 1 cluster will be included in any sector size, so

If there are no special circumstances, set 0x0000_0000 and use from the beginning of ExidSRAM.

Encrypted EXIDGEN InfoField 0-3 (0xC_0044-0xC_0050)

This is a 128-bit register that specifies the contents to be generated by EXIDGEN.

InfoField0: Setting information register.set 0x3000_4000

InfoField1:[29:0] is the sector size bit, but the maximum value in one generation is 8.

Please specify between 1 and 8.

InfoField2:[31:0] corresponds to the lower 32 bits of LBA.

InfoField3: [31:24] is the EXPID area, and [15:0] is the upper 16 bits of LBA.

After setting these five registers, set the Encrypted EXIDGEN Start Register (0xC_0054) to 1 to start generation.

The start bit remains 1 during generation and returns to 0 when finished.

Also, if the ciphertext EXIDGEN interrupt enable (0xC_0008 bit3) is enabled and the Complex HWE interrupt is enabled, an interrupt signal will be issued from the CD upon completion.

The generated ExID data is stored in ExidSRAM, but the starting address of the Nth sector of each generated sector is as follows (N=0 to 7).

Sector size 512/520 bytes: N * 0x210 + 0x0002_0000 + specified storage destination address

Sector size 528 bytes: N * 0x220 + 0x0002_0000 + specified storage destination address

Plaintiff's Exhibit PX2013, page 104 of 125

Error! Unknown document property name.

**TOSHIBA**                                                **Confidential**

The generated sector size follows the BE whole sector size specified in the Huddle module.

Encrypted ExID is generated in ExidSRAM, so please be careful not to use plaintext ExidGen or start plaintext ExidGen while in use.

Also, when the encrypted EXIDGEN is started, the Split/Merger module that actually generates it will prioritize this process and the data bus process will be postponed.The data bus can only be stopped for the maximum ExID generation time of 8 sectors.



Figure 5.4. Ciphertext ExidGen operation flow

Plaintiff's Exhibit PX2013, page 105 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                    **Confidential**

## 5.5.  Clearing L3SRAM to zero

The unused areas of L3SRAM and LCASRAM must be filled with 0.

Therefore, the CD HWE has a function to clear both L3SRAM and LCA SRAM to 0.

Zero clear is started by setting 1 to zero clear Kick/Status (0xC_0180) while L3 and L1 are not running.

Since zero clear writes all 0s to the words of L3SRAM (7056 words), it takes about 30 $\mu$s from kick to completion.The zero-clear end address (0xC_184) shows the address where 0-clear is completed, so you can use DscDMAC to write data to addresses younger than the address shown here even while zero-clear is in progress.

Also, zero clear clears the LCA SRAM at the same time.If the end address is 0x0000_0480 or higher, all LCA SRAM zero clears have been completed, so writing is possible even while the zero clear circuit is in operation.

When all zero-clear operations are completed, bit0 of zero-clear Kick/Status returns to 0.

Also, if the zero-clear interrupt enable (0xC_0008 bit4) is enabled and the Complex HWE interrupt is enabled, an interrupt signal will be issued from the CD upon completion.



Figure 5.5. Zero clear operation flow

Plaintiff's Exhibit PX2013, page 106 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                                **Confidential**

## 5.6. Implementation and restoration of clock down

CD has two clocks for power reduction.

One system is the clock for the CD itself (cgcdCLK200) and the other system is the clock for the L3Dec related modules (cgldCLK200).Of these, the latter L3Dec-related module clock can be lowered to reduce power consumption when L3-related modules are not in operation.

L3Dec related modules include L3Dec/L1Dec/Clear to Zero, L3SRAM and L1SRAM, LCA SRAM.Since these modules do not need to operate until a correction request is received from NANDC, power consumption during normal operation can be reduced by turning off the clock with the clock controller (module outside the CD).

When disabling the clock for L3Dec, after confirming that L3/L1/zero clear are not all running (see registers 0xC_013C, 0xC_0168, and 0xC_0180 respectively) and that DscDMAC is not loaded with a task that accesses L3SRAM , disable the clock enable for L3Dec from the register of the clock controller (MarvellCCPM register).

Even when the clocks of L3Dec-related modules are turned off, the MBAMCA calculation function, both plaintext and ciphertext EXIDGEN, access to CBE SRAM, and the transfer function from ExidBuf using DscDMAC can be used.

When restoring the clock, set the L3Dec clock of the clock controller to the enabled state, and then **use it after confirming that the clock controller is enabled (Read confirmation)** .If the confirmation fails, there is a possibility that the clock has not yet entered the CD due to factors such as the return instruction being stuck in the middle of the bus.

Plaintiff's Exhibit PX2013, page 107 of 125

Error! Unknown document property name.

**TOSHIBA**                                                              **Confidential**



Figure 5.6.1 Flow when clock is stopped



Figure 5.6.2. Flow at Clock Recovery

Plaintiff's Exhibit PX2013, page 108 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                    **Confidential**

## 5.7. SRAM PDWN Implementation and Recovery

By manipulating the PDWN register (0xF_C180) in the BIST register, you can turn off the power to SRAM that is not in use.The target SRAM for CD is L3 SRAM/L1 SRAM/LCA SRAM.

After confirming that each SRAM is not in use, set 1 to the bit corresponding to the SRAM you want to drop in the PDWN register (0xF_C080) while the LD clock (cgldCLK200) to the SRAM is input .After this, if you want to clock down as explained in the previous section, please disable the clock after confirming the write to the PDWN register.

When returning to use SRAM, confirm that the LD clock (cgldCLK200) is supplied to SRAM and write 0 to the corresponding bit of the PDWN register.After writing, the following procedure is required before the SRAM can be used.

(1) 20ns or more idle time from writing 0 to PDWN register

(2) Any access to the corresponding SRAM twice (this access is invalid)

When counting the Wait in (1), include processing to confirm the Write regardless of whether the master performing the Write is R5 or Core.If this is missing and the writing of 0 to the PDWN register is stagnant on the bus on the way, it may not be possible to secure the free time, or the writing of 0 to PDWN and the clock recovery may be reversed.

Regarding the access in (2), issue an empty read twice from the sequencer to the L1 SRAM (regardless of address).

Perform zero clearing to the L3/LCA SRAM (zero clearing starts after the zero clearing circuit performs dummy access).

Also, dummy access to L3SRAM by DscDMAC is required in parallel.Make settings for L3SRAM to DscDMAC to generate access to L3SRAM.The necessary condition for dummy access is to access L3SRAM with a transfer count of 2 words or more.Either Read/Write does not matter.

(Dummy access disables access to the first 2 words, and normal operation from the 3rd word onwards.Please be careful not to generate unnecessary writes to the SRAM after zero clearing.)

ExidSRAM and CBE SRAM do not support SRAM PDWN functionality.

Plaintiff's Exhibit PX2013, page 109 of 125

Error! Unknown document property name.

**TOSHIBA**　　　　　　　　　　　　　　　　　　　　　　　　　**Confidential**



Figure 5.7.1.SRAM PDWN execution procedure（clock stop is also executed at the same time）

Plaintiff's Exhibit PX2013, page 110 of 125

Error! Unknown document property name.

TOSHIBA                                                                    Confidential

```
                            ┌──────────────┐
                            │    Start     │
                            └──────┬───────┘
                                   │
                                   ▼
                    ┌──────────────────────────────┐
                    │ ClockコントローラのcgldCLK200の │
                    │ イネーブルをイネーブル状態にする  │
                    └──────────────┬───────────────┘
                                   │
                                   ▼
                    ┌──────────────────────────────┐
                    │ cgldCLK200がイネーブル          │
                    │ 状態であることを確認する          │
                    └──────────────┬───────────────┘
                                   │
                                   ▼
                    ┌──────────────────────────────┐
                    │ PDWNレジスタ(0xF_C080)に0をセットしてSRAM │
                    │ をPDWNステートからの復帰を開始する │
                    └──────────────┬───────────────┘
                                   │
                                   ▼
                    ┌──────────────────────────────┐
                    │ PDWN(0xF_C080)への0 Writeを確定させる │
                    └──────────────┬───────────────┘
                                   │
                                   ▼
                    ┌──────────────────────────────┐
                    │ 20ns以上Waitする                │
                    │ (前段の0 Write確定処理を含めて)   │
                    └──────────────┬───────────────┘
                                   │
                                   ▼
                    ┌──────────────────────────────┐
          順不同       │ ゼロクリア回路を起動する          │
                    └──────────────┬───────────────┘
                                   │
                                   ▼
                    ┌──────────────────────────────┐
                    │ L1SRAMのどこかに2回Readを発行する │
                    └──────────────┬───────────────┘
                                   │
                                   ▼
                    ┌──────────────────────────────┐
                    │ DscDMACをダミーアクセス用に起動    │
                    └──────────────┬───────────────┘
                                   │
                                   ▼
                            ┌──────────────┐
                            │     End      │
                            └──────────────┘
```

Figure 5.7.2. Procedure for releasing SRAM PDWN（clock recovery is also executed at the same time）

Plaintiff's Exhibit PX2013, page 111 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                **Confidential**

## 5.8. Limitations

Restrictions on use are as follows.

- Each function (L3 Correction/L1 Correction/Plaintext EXIDGEN/Ciphertext EXIDGEN/Zero Clear/DscDmac) has the following restrictions.
  - ➢ Concurrent operation limit of each function
    - ✧ L1 correction/L3 correction/zero clear must operate exclusively
      However, regarding the reading of L3 data when performing L3 correction, parallel operation is possible within the range where zero clear processing has been completed even during zero clear.
    - ✧ Plaintext EXIDGEN and Ciphertext EXIDGEN must operate exclusively
    - ✧ If the access areas are different, DscDMAC and EXIDGEN (either plaintext or ciphertext), DMAC and zero clear can be operated simultaneously.
  - ➢ Changing the setting register during operation of each function
- If L1 or L3 is in operation, the Sequencer is prohibited from writing to and reading from the LCA SRAM and the temporary SRAM for L1.
- L3 in data transfer with DMAC It is prohibited to set accesses that exceed the maximum values of Buffer and ExidBuf .
- When generating data with EXIDGEN, it is prohibited to set accesses that exceed the maximum value of ExidBuf.
- When performing L3/L1 correction, the data to be set must be set according to the data format presented in a separate document (L3 correction/L1 correction operates on the premise that each data is set to a fixed address. To do)
- During DMAC execution while the zero-clear circuit is operating, it is prohibited to make settings that cause access beyond the end address indicated by the zero-clear circuit .
- Correction capability of L1 is guaranteed only for 40bit or less
- When returning from PDWN of SRAM, if L3SRAM is used as a relay point for NAND data, execution of zero clear and dummy access to L1SRAM can be omitted.L3SRAM can be used only with DscDMAC dummy access.However, when performing L3 correction, the omitted operation must be performed before performing L3 correction.

Plaintiff's Exhibit PX2013, page 112 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                    **Confidential**

# 6.  Function/operation explanation

## 6.1.  Sequencer Complex

### 6.1.1.  Sequencer configuration/SRAM

**composition:**

Sequencer Core: 7

imem: 8KB x 1 (Core0), 12KB x 6 (Core1 to Core6)

dmem: 2KB x 7 (Core0 to Core6)

Shared dmem: 128KB x 1

**Used RAM instance model:**

imem     : iii_mem_ram_1rw0_002048x0038_r0xxxxxx / iii_mem_ram_1rw0_003072x0038_r0xxxxxx

dmem     : iii_mem_rgf_1rw0_000512x0038_00xxxxxx

Sdmem   : iii_mem_ram_1rw0_008192x0032_r0xxxxxx

Plaintiff's Exhibit PX2013, page 113 of 125

Error! Unknown document property name.

**TOSHIBA**                                                          **Confidential**

## 6.2. state machine

### 6.2.1. Explanation of L1 state machine operation



Figure 6.2.1 L1 State Machine

I will explain the state machine of L1.

・**IDLE**

The state is in this position when not in motion.Transition to **START when start**

（cdhrL1StartPulse）is asserted from the register module .

・**START**

In this state, resets are issued to various parts of the L1 module to initialize the

circuit.It automatically transitions to **SYN_DATA on the next cycle.**

・**SYN_DATA**

It will be in the state to perform Syndrome calculation of L1.The operation of reading

Plaintiff's Exhibit PX2013, page 114 of 125

Error! Unknown document property name.

TOSHIBA                                                    Confidential

data from L3SRAM and inputting it to L1Core is repeated.After inputting all the data of one frame, the Expire signal（cdhscL1SynDataOver）of the data counter is asserted, and it transits to the **ERR_JUDGE state.**

**・ERR_JUDGE**

Determines whether there is an error in the target Frame as a result of Syndrome calculation.If the L1 judgment signal（cdhL1NoError）is asserted, there is no error, so the transition to **the DIV_END state is made to end Frame processing.**

it transitions to **the SIGMA_START state** in order to move to corrective action .

**・SIGMA_START**

This state instructs the L1 core to calculate the Sigma value.It automatically transitions to **the WAIT_SIGMA_END state in the next cycle.**

**・WAIT_SIGMA_END**

This state is for waiting until the L1 core finishes calculating the Sigma value.Since the Sigma calculation end signal（cdhL1SigmaEnd）is asserted from the L1 core at the end , it transitions to the next **SEARCH_START state when this signal is asserted.**

**・SEARCH_START**

This state performs preprocessing for L1 SEARCH processing.Initializes the L3 address, asserts a start pulse to the core, and transitions to **the SEARCH_DATA state in the next cycle.**

**・SEARCH_DATA**

In this state, Frame data is read again from L3SRAM and the corrected data is written to L1SRAM.After processing all frame data, the completion signal （cdhscL1SearchOver）is asserted, and then transitions to the **FAIL_JUDGE state.**

**・FAIL_JUDGE**

This is the state for judging whether or not the corrected data has been corrected correctly.If the fix is correct, the L1Fail signal（cdhL1Fail）is deasserted.In this case, it transits to **the WRBACK_START state** to write the corrected data written in L1SRAM back to L3SRAM .

If the L1Fail signal is asserted, the correction has failed, so the frame transitions to the DIV_END state without writing **back** .

Plaintiff's Exhibit PX2013, page 115 of 125

Error! Unknown document property name.

**TOSHIBA**                                                    **Confidential**

・WRBACK_START

This is the preprocessing state for writing back L1SRAM data to L3SRAM.Initializes various registers and transitions to **the WRBACK state in the next cycle.**

・WRBACK

This state writes data read from L1SRAM to L3SRAM.When reading from L1SRAM and writing to L3SRAM are completed for all Frame data, the end signal （cdhscL1WrbackOver）is asserted and the state transitions to **DIV_END , which is the end state of Frame processing.**

・DIV_END

It will be the end state of 1Frame processing.After reflecting the correction result of Frame in the register, if this Frame is the last Frame（cd hsCountDiv==cdhrDivNum）, transition to **ALL_END state** to end L1 processing . If unprocessed frames remain, transition to **NEXT_DIV_SET state.**

・NEXT_DIV_SET

It becomes a preparation state for the processing of the next Frame (align the address pointer to the beginning of the next Frame, etc.) In the next cycle, it transits to the **SYN_DATA** state and processes the next Frame.

・ALL_END

Final processing state.Reflect the final result of whether the Frame was corrected or not in the register, and drop the status during L1 processing.It returns to **the IDLE state** on the next cycle .

Plaintiff's Exhibit PX2013, page 116 of 125

**TOSHIBA**            **Confidential**

### 6.2.2. L3 state machine operation



Figure 6.2.2 L3 State Machine

I will explain the state machine of L3.

**・IDLE**

> The state is in this position when not in motion.It transitions to **START when START** ( cdhrL3StartPulse ) is asserted from the register module .

**・START**

> In this state, a reset is issued to each control register of the L3 module and the L3 core to initialize the L3 circuit.It automatically transitions to **SYN_DATA on the next cycle.**

**・SYN_DATA**

> This state reads the data that configures L3 from L3SRAM, inputs it to the L3 core, and performs syndrome calculation.When all the data has been input, the end signal ( cdhscL3SynDataOver ) is asserted and transitions to the **ERR_JUDGE state.**

Plaintiff's Exhibit PX2013, page 117 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                                **Confidential**

・ERR_JUDGE

Determines whether there is an error in the read data.If all 16 L3 cores determine that there are no errors, there is no need for correction, so it transitions to the **ONCE_END state.**

Conversely, if an error is found in any L3 core, it transitions to **the SEARCH_START state to find the correction position.**

・SEARCH_START

This state instructs the L3 core to start correction.It automatically transitions to **the WAIT_SEARCH_END state in the next cycle.**

・WAIT_SEARCH_END

This state waits until the search processing of the L3 core finishes.When the Search process ends, the end signal（cdhL3SearchEnd）is asserted, so it transitions to **the CHECK_ERR state.**

・CHECK_ERR

Based on the search results, this state determines whether or not to make corrections.Determine whether to perform correction for each core from each result of L3 core.If a core does not need to make a correction, it asserts a signal indicating so（cdhscL3CorrSkip）and transitions to **CORR_OVER_JUDGE .**

If the core determines that there is data to be corrected, it transitions to the **CORR_READ state to perform corrective action.**

・CORR_READ

In order for the L3 core to perform corrective action, it is a state in which the corresponding data is read from the L3SRAM.Correction is performed at the same time as Read, and the corrected data is stored in the register.When these operations are completed, it asserts a signal（cdhscL3CorrRdDone）indicating it and transitions to **the CORR_WRITE state.**

・CORR_WRITE

This is a state for reading data to be corrected, correcting it, and then writing it back.When the write-back of correction data is completed, the completion signal（cdhscL3Corr Wr Done）is asserted and the state transitions to **CORR_OVER_JUDGE state.**

Plaintiff's Exhibit PX2013, page 118 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                              **Confidential**

・CORR_OVER_JUDGE

Determines whether the processing of all L3 cores that have performed the determination has finished.If there are unprocessed L3 cores left, it returns to **the CHECK_ERR state to process the next L3 core.**

If the processing of all L3 cores has finished, it will transition to the **ONCE_END state because one L3 processing has been completed.**

・ONCE_END

After one L3 process is completed, it transitions to this state.If the word to be processed is the last word of 2SctFrame, the signal indicating it （cdhscL3AllOver）is asserted and the state transitions to **END state.** transition to the **START state** to process the next word .

・END

End state.Clear the operating status here and return to **the IDLE state.**

Plaintiff's Exhibit PX2013, page 119 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                                        **Confidential**

## 6.3. L1 processing

L1 ECC uses the BCH code on $GF(2^{14})$.

Also, $GF(2^{14})$ the primitive polynomial that defines

$$x^{14} + x^{10} + x^6 + x + 1$$

is used.

Camopus can correct up to **40** bits.

### 6.3.1. BCH encoder design

(Omitted)

### 6.3.2. BCH decoder design

BCH decoding processing is performed in 16-bit units according to the following procedure.

① Syndrome calculator

② Compute the error locator polynomial

Here, the Euclidean algorithm is used to calculate the error locator polynomial.

③ Chen search and corrective action

④ Check with CRC32 for positive result

Plaintiff's Exhibit PX2013, page 120 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                    **Confidential**

## 6.4. L3 processing

L3 ECC uses Reed-Solomon code on $GF(2^8)$ (hereafter RS code).

Also, $GF(2^8)$ the primitive polynomial that defines

$$x^8 + x^4 + x^3 + x^2 + 1$$

is used.

The RS code used is as follows.

1 symbol: 8bit

Correction capability: 1 symbol (in normal mode), 2 symbols (in erasure correction mode)

Code length: 72 symbols

Information length: 70 symbols

Redundancy: 2 symbols

### 6.4.1. RS encoder design

The generator polynomial for a () RS code correcting one symbol is

$$G(x) = (x-1)(x-\alpha) = x^2 + (\alpha+1)x + \alpha = x^2 + \alpha^{25}x + \alpha \ (\ GF(2^8) \ \text{operation of}\ )$$

is.The figure below shows the configuration of the RS encoder.



入力端子    X    Y    SW1    出力端子    SW2

### 6.4.2. RS decoder design

The normal decoding procedure for RS codes is as follows.

① Syndrome calculator

② Compute Error Locator Polynomial/Compute Error Value Polynomial

③ chien search and correction

Plaintiff's Exhibit PX2013, page 121 of 125

Error! Unknown document property name.

**TOSHIBA**                                                                   **Confidential**

Here, since the number of symbols to be corrected is 1 (2 in the case of erasure correction), a method (Peterson's method) is used to obtain the error location and error value directly from the formula.

### A) Normal correction mode:

The error value polynomial $E(x)$ is

$$E(x) = e_i x^i$$

is. $x = 1, x = \alpha$ The syndrome for

$$\left. \begin{aligned} S_1 &= E(1) = e_i \\ S_2 &= E(\alpha) = e_i \alpha^i = S_1 \alpha^i \end{aligned} \right\}$$

becomes

$$\left. \begin{aligned} e_i &= S_1 \\ \alpha^i &= \frac{S_2}{S_1} \end{aligned} \right\}$$

It can be obtained.

The syndrome arithmetic circuit can be configured as shown below.



The error position i can be found by $\alpha^i$

The correct symbol value is

i corrected symbol value = i symbol value $\oplus$ $e_i$

You will be prompted like

_____

Plaintiff's Exhibit PX2013, page 122 of 125

Error! Unknown document property name.

**TOSHIBA**                                                    **Confidential**

B) During erasure correction mode:

In the case of erasure correction, since the error positions i and j are already known,

$$\left. \begin{array}{l} e_i + e_j = S_1 \\ e_i \alpha^i + e_j \alpha^j = S_2 \end{array} \right\}$$

Therefore

$$\left. \begin{array}{l} e_i = \dfrac{S_2 + S_1 \alpha^j}{\alpha^i + \alpha^j} \\ e_j = \dfrac{S_2 + S_1 \alpha^i}{\alpha^i + \alpha^j} = e_i + S_1 \end{array} \right\}$$

can be found at

The implementation is implemented by arranging 16 decoders for 8-bit input processing in parallel and processing 128 bits at a time.

## 6.5. Access to undefined area

### 6.5.1. Access via Sequencer Complex

The SICM in the Sequencer Complex performs the following operations when an access request is made to an area other than the HWE area setting.

Read request: No read request is issued to HWE.

Read Data asserts 32'h0000_0000, Ready.

Write request: Write request is not issued to HWE.

Assert Ready.

### 6.5.2. Via AHB Data Bus Master IF (via DMAC)

If there is an access request via the AHB Data Bus Master IF (via DMAC) or to an area other than the HWE L1/L3 SRAM or CBE SRAM area setting, the following operations are performed.

Read request: No read request is issued to HWE.

Read Data is the data of the last valid read access.

Assert Ready.

Write request: Write request is not issued to HWE.

Assert Ready.

## 6.6. clock gating

Plaintiff's Exhibit PX2013, page 123 of 125

**Error! Unknown document property name.**

TOSHIBA

Confidential

The clock supply to HWE automatically stops when the following conditions are met.

- FrcClkEnable input from Huddle module is L
- Busy signal cbBusy output from HWE is L
- No access from AHB Control Bus
- Sequencer idle

HWE is idle when cdBusy is low.When idle, L1/L3 module, zero clear, EXIDGEN module, DscDMAC module are idle.

Plaintiff's Exhibit PX2013, page 124 of 125

Error! Unknown document property name.

**TOSHIBA**                                                    **Confidential**

## 6.7. processing time

The processing time for each module of the CD is as follows.

When calculating the actual time in Canopus, please convert with 1Cycle = 4.3ns (233MHz calculation).

- Transfer 72 frames data with DMAC : 5256 Cycles
  * 72 frames x 73 words = 5256 cycles

- In 72 frames, L3 erasure correction: 5476 Cycle
  * Cycle from reading data from L3 Buffer to writing data to L3 Buffer.

- In 72 frames, L3 normal correction: 11206Cycle (Max)
  * Cycle from reading data from L3 Buffer to writing data to L3 Buffer. The number of cycles varies depending on the error position and number of errors.

- L1 correction for one 2SctFrame: 1789 Cycles ( 512 bytes without division, with correctable errors)
  * It is a cycle from instructing Start until Status drops. For L1, the operating time varies greatly depending on the number of divisions, the presence or absence of corrective operation, and the amount of errors.

- Generate 1 sector with plaintext EXIDGEN : 66 to 67 cycles
  Varies with sector size.

- From zero clear startup to completion: 7059 cycles

Plaintiff's Exhibit PX2013, page 125 of 125