

# 2. Chip Overview

*Describe the outline of the Deneb chip

## 2.1. Features _

**Table 1feature definition table**

| General | |
|---|---|
| Process | 28nm HPM |
| Interface | SAS 12Gbps (Single[x1] or dual[x2] or 2wide x2 link) / PCIe Gen3 x4 (1x1, 1x2, 1x4, 2x1, 2x2,2x4) |
| Processor | ARM Cortex-R5 w/VIC(PL192), Cortex-M3 |
| Power supply | 3.3V (PCIe), 1.8V (NAND), 1.5V (DDR3), 1.35V (DDR3L), 1.2V (DDR4/LPDDR/NAND), 0.9V (logic) |
| Ambient temperature | 0-85 degrees Celsius |
| SAS | |
| SAS PHYs | SAS 12/6/3/1.5Gbps <br> Up to 4PHYs <br> Serial Attached SCSI-3 (SAS-3) <br> SAS Protocol Layer-3 (SPL-3) <br> Spread Spectrum Clocking (SSC) <br> Slumber / Partial Mode |
| PCIe | |
| PCIe PHYs | PCI Express Base Specification Revision 3.0 <br> Lane Configuration: 1x4, 1x2, 1x1, 2x4, 2x2, 2x1 <br> Power management Support <br> RefClk : SRIS <br> PIPE4 interface |
| PCIe Function | Synopsys DWC <br> Internal bus: AXI-4 |
| SM Bus | 3.3VI/O |
| Processor | |
| Processor | CPU0 (Host Controller): Cortex-R5(r1p4) upto 280MHz |

©2013 -2016 , TOSHIBA Corporation          CONFIDENTIAL          Page  2-1

**PLAINTIFF'S EXHIBIT**
Viasat v. Kioxia
**PX2020**

**TOSHIBA**
Leading Innovation >>>

Deneb XXX external specification                                    Rev. 1.1

| | |
|---|---|
| | CPU1 (Flash Controller): Cortex-R5 (r1p4) up to 266MHz |
| | CPUM: Cortex-M3 (r2p1) up to 266MHz |
| Memory | CPU0: 256kB ATCM w/ 32bit ECC, 128kB BTCM0 w/ 32bit ECC, No BTCM1, 4kB I-Cache, 4kB D-Cache |
| | CPU1: 256kB ATCM w/ 32bit ECC, 128kB BTCM0 w/ 32bit ECC, No BTCM1, 4kB I-Cache, 4kB D-Cache |
| | CPUM: 64kB IROM, 32kB RAM |
| VICMore | CPU0: ARM PrimeCell Vectored Interrupt Controller (PL192) |
| | CPU1: ARM PrimeCell Vectored Interrupt Controller (PL192) |
| | CPUM: Build-in NVIC |
| Debugger | Core Sight DAP w/JTAG-AP |
| Buffer Memory | LPDDR2/LPDDR3/DDR3L/DDR3/DDR4 interface72bit data width (data + SECDED) up to 1600MHz(3200MBps), 1.35V/1.5V/1.2V/ IOs<br>1DLL for each 8bit width data bus<br>Share the pins other than DQ/DQS/CK/VREF<br>DFI3.1 interface |
| Secure | Random number generator Logic (FIPS140 ready)<br>Embedded OTP 273bit |
| clock generator | Oscillator/Crystal<br>50MHz input range<br>3 TBGs for System (PLL1), DDR (PLL2), NAND (PLL3)<br>Internal clock generator with programmable divider and enable/disable<br>Glitch Free no reload with same value |
| External memory | SPI for serial Flash devices<br>up to 80MHz<br>1.8 VIOs |
| | Flash Memory Interface<br>up to 266MHz<br>1.8/1.2V IOs<br>Delay locked loop (75-600MHz, 1/128 reference period, 0-180 deg, Bypass mode, Power Down Mode)<br>Additional Delay Adjuster for write operation<br>18 NAND channels |
| AUX ADC | 8 selectable channels to convert into 10-bit digital value<br>8 analog inputs AIN[7:0]<br>0-1.5V input range |

©2013 -2016 , TOSHIBA Corporation          CONFIDENTIAL                          Page  2-2

| | |
|---|---|
| | 10bit resolution |
| | Conversion rate 1M/s |
| | Power down mode |
| UART | 1.8V IO with 2.5V tolerant |
| | Up to 3M baud rate |
| | With secure protection |
| Reset | 150mV hysteresis |
| | 2.5V IOs |
| mBIST | Controlled by CPU |

Plaintiff's Exhibit PX2020, page 3 of 27



Deneb XXX external specification                                       Rev. 1.1

## 2.2. Target performance

**Table target definition**

| gate count | Total ** gate (Toshiba Design) + Marvell Designs IPs |
|---|---|
| SRAM Size | Total **MiB |
| Target Die Size | 90 – 100m m2 |
|  |  |

©2013 -2016 , TOSHIBA Corporation          CONFIDENTIAL                          Page  2-4

## 2.3. Block Diagram

### 2.3.1. Block configuration (logical block diagram)



図 2.3-1 Deneb (SoC) ブロック図

-Host IF

  - SAS: 12Gbps (2Narrow,2Widex2)

  - PCIe: Gen3 (2x4, 1x4, 2x2)

-Nand IFMore

 - 18ch/8bank

- Support NAND

  - BiCS2 MLC/TLC

  - 15n MLC/TLC

- ECC correction capability

  - L1ECC: BCH or LDPC

  - L3ECC: RS

- CPU

  - ARM Cortex CR5 (FE/BE)

  - ARM Cortex M3 (CRYPT)

©2013 -2016 , TOSHIBA Corporation     CONFIDENTIAL     Page  2-5

-DataBuffer _

DRAM/ Sram (6MB)

## 2.3.2. FrontEnd / BackEnd positioning and internal data paths



図 2.3-2 FrontEnd/BackEnd の位置づけと内部データパス

- FrontEnd (also called FE ) consists of modules mainly responsible for interaction with the host.

- BackEnd ( also called BE ) consists of modules responsible for accessing the N AND .

- Huddle (not shown) exists in SAS Island, PCIe Island, NVMe Island, FE Island, BE Island, CRPT Island, LUT Island, UDM Island, and each NDC Island.

©2013 -2016 , TOSHIBA Corporation         CONFIDENTIAL                    Page  2-6

### 2.3.3. Physical block configuration and NAND channel configuration





図 2.3-3 物理ブロック構成

- Each N AND channel has two channels in the physical floor called NDC, and this NDC is arranged in clockwise order from the chip information. As a result, in terms of NAND-PHY and PIN arrangement As you can see, ch0, 1, 2, ⋯, 17 are arranged.

©2013 -2016 , TOSHIBA Corporation    CONFIDENTIAL    Page  2-7

Plaintiff's Exhibit PX2020, page 7 of 27

## 2.3.4. Power off area





図 2.3-4 電源遮断領域

- Divided into A-on ( always on area; constant power supply area) and power off area.

- SAS machines can turn off the power of the PCI e/ NVMe area

- PCI machines can turn off the power of the SAS area

-In a device configuration where performance is excessive and power is a concern, half of the dSRAM area can be turned off.

- Each NDC is equipped with BCH and LDPC circuits. In LDPC machines, the BCH circuit can be turned off, and in BCH machines, the LDPC circuit can be turned off.Also, when the NAND channel to be used is 12ch or 16ch, both the BCH/LDPC circuits of the unused channel can be turned off.

See the PMU chapter for details.

Plaintiff's Exhibit PX2020, page 8 of 27

## 2.3.5. Channel configuration of NAND used



図 2.3-5 NAND の電源遮断のルール

Deneb can reduce the number of unused NAND channels in units of 2 channels ( NDC units).The unused areas are assumed to be in the order shown in blue.For example, in the case of 16ch configuration, the blue "1" part ( NDC0; ch0,ch1 ) is not used, and in the case of 12ch configuration, blue "1", "2", "3 " ( NDC0,8,1; ch0,ch1,ch16,17,ch2,ch3 ) are no longer used.

©2013 -2016 , TOSHIBA Corporation    CONFIDENTIAL    Page 2-9

Power consumption can also be reduced by turning off both BCH/LDPC in each NDC for channels that are not actually used.

## 2.3.6. List of IPs

Plaintiff's Exhibit PX2020, page 10 of 27

TOSHIBA
Leading Innovation >>>

Deneb XXX external specification                                    Rev. 1.1

## 2.4. Features of internal blocks

### 2.4.1. NM

largely composed of NDM and NDC.NDM has the role of submitting commands to NDC .At this time, optimal scheduling and throttling (in consideration of power) are performed.NDC is the controller for NAND flash memory.Deneb has 18 channels, and the number of channels can be reduced by 2 channels.It is equipped with a circuit that performs L1ECC encoding and decoding .ECC can choose LDPC or BCH.

### 2.4.2. DM

It is divided into three major types: uDM, cpDM, and lDM .u DM allocates MCA to UsrData and performs L3ECC generation and log generation .cpDM assigns MCA to CompData and performs L3ECC generation and log generation .l DM assigns MCA to LutData and performs L3ECC generation and log generation .

### 2.4.3. LUTs

A module that manages various tables ( Lut )

### 2.4.4. BM

WriteBuffer / ReadBuffer / CompactionBuffer resource management / management and search of stored data .

### 2.4.5. CRYPT

The AES encryption/compound module is divided into dpaw , which manages write data, and dpar , which manages read data, for the convenience of physical blocks .

### 2.4.6. FEIF

module that performs protocol conversion between HW communication between SAS/PCIe-BE .

Plaintiff's Exhibit PX2020, page 11 of 27



Deneb XXX external specification                                            Rev. 1.1

### 2.4.7. SAS

SAS interface controller

### 2.4.8. PNWs

It consists largely of PCIe and NVM.PCIe is a PCIe interface controller that controls the PCIe interface, and NVM has a circuit that controls NVMe .Also, between the NVM and the FEIF of the BE, there is a protocol conversion circuit for the inter-HW communication path called NV2FE, which serves as a bridge between the NVM and the FEIF.

### 2.4.9. PMUs

PMU is an abbreviation of Power Module Unit , a module that manages the power supply of Deneb.For example, in SAS machines, power is cut off for PCIe -related circuits, and power is cut off for half of the buffer ( dSRAM) depending on performance .

©2013 -2016 , TOSHIBA Corporation            CONFIDENTIAL                        Page  2-12

# 2.5. data flow

## 2.5.1. Buffer（DataMem）

DataMemory that mediates between Host transfer and Nand transfer, Sram /Dram mixed memory configuration is taken, and this is called DataMem .Large buffers in SSD are roughly divided into WriteBuffer (WB), ReadBuffer (RB), and CompactionBuffer (CB). Deneb does not adopt a configuration having dedicated memory for each of these; instead, it adopts a shared memory configuration in which DataMem is managed in 4K-unit areas, and the required amount for each buffer is allocated from DataMem and used.



(a)Host Write 経路



(b)Host Read 経路

©2013 -2016 , TOSHIBA Corporation          CONFIDENTIAL                    Page  2-13



(c)Compaction Read/Write 経路

図 2.5-1 DataMem とデータ経路

Plaintiff's Exhibit PX2020, page 14 of 27

## 2.5.2. Host Write



図 2.5-2 Host Write (基本)

FW intervention points are the following two points.

・Write schedule @NDM sequencer

・Program completion count @NDM sequencer

©2013 -2016 , TOSHIBA Corporation          CONFIDENTIAL                          Page 2-15

Plaintiff's Exhibit PX2020, page 15 of 27



図 2.5-3 Host Write (セクタライト+WB ヒット)

FW intervening point .



図 2.5-4 Host Write (セクタライト+穴埋めリード)

FW intervention points are the following two points.

・Address resolution request @NDM sequencer ( whether via Lut sequencer also depends on FW design)

・NM command generation/input @NDM sequencer

©2013 -2016 , TOSHIBA Corporation          CONFIDENTIAL                    Page 2-16

Plaintiff's Exhibit PX2020, page 16 of 27

## 2.5.3. Host Read



図 2.5-5 Host Read (基本)

There are not FW intervening points.

©2013 -2016 , TOSHIBA Corporation    CONFIDENTIAL    Page 2-17



図 2.5-6 Host Read (WB/RB ヒット)

There are not FW intervening points.



図 2.5-7 Host Read (L1 fail)

FW intervention points are roughly the following three points.

・NM command generation/input @NDM sequencer

©2013 -2016 , TOSHIBA Corporation     CONFIDENTIAL     Page 2-18

・Error correction flow handling from L1 to L4

・After L1fail correction is completed

・Start BufferCopy to RB @ NDM sequencer

・Correction completion notification @ NDM sequencer

M emo:

 Host Read (L3 correction )

Figure 2.5-8 yo reservation

Plaintiff's Exhibit PX2020, page 19 of 27

TOSHIBA
Leading Innovation >>>

Deneb XXX external specification                                    Rev. 1.1

## 2.5.4. Compaction Read



図 2.5-9 Compaction Read

FW intervention points are the following two points.

・Create a compaction list

・Compaction execution request

©2013 -2016 , TOSHIBA Corporation              CONFIDENTIAL                              Page  2-20

Plaintiff's Exhibit PX2020, page 20 of 27

## 2.5.5. Compaction Write



図 2.5-10 Compaction Write

FW intervention points are the following two points.

・Write schedule @NDM sequencer

・Program completion count @NDM sequencer

Plaintiff's Exhibit PX2020, page 21 of 27

 Deneb XXX external specification                                    Rev. 1.1

M e m o

LUT read/write will also be described

©2013 -2016 , TOSHIBA Corporation              CONFIDENTIAL                              Page 2-22



Deneb XXX external specification                                    Rev. 1.1

## 2.6. Data protection



■(Deneb) Write Data Path

| (Data) | Node | Protected by | Protectection for | Description |
|---|---|---|---|---|
| | SAS | Frame CRC | FIS(Data+(DIF)) | 32bit CRC |
| | RxFIFO | ECC & Parity | Data+(DIF) | 1bitcorr/2bits det |
| | WriteAFIFO | SECDED & Parity | Data+(DIF) | 1bitcorr/2bits det |
| | Write Buffer | SECDED & E3D | Data+(DIF)+E3D | 1bitcorr/2bits det |
| | CH Input Buffer | SECDED & E3D | Data+(DIF)+E3D | 1bitcorr/2bits det |
| | NAND | MED | Data+(DIF)+E3D+MED | 32bit CRC |
| | | ECC | Data+(DIF)+E3D+MED+ECC | ??bit correction |

■(Deneb) Read Data Path

| (Data) | Node | Protected by | Protectection for | Description |
|---|---|---|---|---|
| | NAND | ECC | Data+(DIF)+E3D+MED+ECC | ??bitcorrection |
| | | MED | Data+(DIF)+E3D+MED | 32bit CRC |
| | CH Output Buffer | SECDED & E3D | Data+(DIF)+E3D | 1bitcorr/2bits det |
| | ReadBuffer | SECDED & Parity | Data+(DIF) | 1bitcorr/2bits det |
| | Read AFIFO | ECC & Parity | Data+(DIF) | 1bitcorr/2bits det |
| | SAS | Frame CRC | FIS(Data+(DIF)) | 32bit CRC |

©2013 -2016 , TOSHIBA Corporation          CONFIDENTIAL

Plaintiff's Exhibit PX2020, page 23 of 27



Deneb XXX external specification                                      Rev. 1.1

## 2.6.1. BCHMore



©2013 -2016 , TOSHIBA Corporation          CONFIDENTIAL                          Page  2-24

Plaintiff's Exhibit PX2020, page 24 of 27

**TOSHIBA**
Leading Innovation >>>

Deneb XXX external specification                                        Rev. 1.1

## 2.7. Deneb debug policy

### 2.7.1. JTAG debug specification

#### 2.7.1.1. Overall configuration

Deneb uses JTAG as an external debugging mechanism.The JTAG chain can be broadly divided into the following two types.

1.DAP-only chain for CPU control (hereafter referred to as CPU chain)

2.Chain for Huddle and Sequencer control (hereinafter referred to as MISC chain)

1.and 2.The chain of TMS, TCLK, and TRSTB are common and use external signals.

Only TDI and TDO are switched by GPIO[14] in HuddleF and used exclusively.TDI for unused chains is fixed at 1'b1 input.

GPIO[14]=0    : CPU chain selection (Default)

GPIO[14]=1    : MISC chain selection

SAS and PCIE operate exclusively when MISC chain is selected.This is because the power is exclusively turned on/off.

This switching uses the PV_SAS_MODE signal in HuddleF.

PV_SAS_MODE=0          : PCIE mode

PV_SAS_MODE=1          : SAS mode

In addition, the MISC chain is divided into the following two uses.

・Debug monitor function of each HWE (JTAG controller is implemented in Huddle of each physical layer)

・Sequencer core debugging function ( JTAG controller is implemented in Sequcner )

©2013 -2016 , TOSHIBA Corporation          CONFIDENTIAL                         Page 2-25

TOSHIBA
Leading Innovation >>>                Deneb XXX external specification                        Rev. 1.1

An overview diagram of the whole is shown below.



For details of the DAP debug function, refer to the DAP_WRAPPER chapter of the CPU System External Specifications.

SqBlk specification for details of the JTAG debug function of the Sequencer .

For details on Huddle's JTAG debugging function, refer to the chapter on JTAG debugging in the CPU System Implementation Specifications.

### 2.7.1.1.1. Notes

The JTAG clock is not synchronized with the internal clock and may not read correctly.

## 2.7.1.2. About Debugger

The CPU chain can be debugged using the RV/DS5 Debugger provided by ARM.

As for the MISC chain, it is assumed to use the original JTAG Debugger.

©2013 -2016 , TOSHIBA Corporation          CONFIDENTIAL                          Page  2-26



Deneb XXX external specification                                                Rev. 1.1

## 2.8. Revisions

| Release date Revision No. | Revision details | manager | approval |
|---|---|---|---|
| 0.1 | First draft. | [ES Technique ] (ES 2 ) Koike | |
| 0.2 | 2.3.1 — 5 clarifications added<br>  2.3.1 Block Configuration (Logical Block Diagram)<br>  2.3.2 FrontEnd / BackEnd positioning and internal data path<br>  2.3.3 Physical block configuration and NAND channel configuration<br>  2.3.4 Power cut-off area<br>  2.3.5 Channel Configuration of NAND Used<br>2.4 description added<br>Added chapter 2.5 and 2.6 | [ES Technique ] (ES 2 ) Matsuyama | |
| 0.3 | Added description of Deneb debug policy in Chapter 2.7 | [ES Technique ] (ES 2 ) Matsuyama | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |

©2013 -2016 , TOSHIBA Corporation          CONFIDENTIAL                          Page 2-27