Machine Translated by Google

# Product cost estimate (2016/first half)

2023/08/24 17:34:34

| MDOD calculation date and time | Cost estimate calculation date and time | |
|---|---|---|
| 2016-08-31-14:01 | 2016-09-01-09:23 | "Secret" |



| B.U. | SSBU group code | | Product code | Product symbol | Department | Room Unit Assessment TOV 8,030,000 | | Application | pool difference | Applicable year and month | Unit (yen) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X11 | X111 | | 205F4997 | THNSN0512GTYA4JAMS | P4AD33 | C6 | KP | TOV 8,030,000 | 0 | 2016/09/01 | |

| Technology section code | Enclosure code | Number of | Number of wires | Wire length (mm) | type code Type 1 | name | Type 2 | name | Product yield TEST | total |
|---|---|---|---|---|---|---|---|---|---|---|
| 16ASS9S BGA-18X12X1.35MM | | pins: 132 | 132 | 0.000 SSD YOK BGA*16(A) BG2 | | SSD YOK BGA(A) 16st BG2 | | | 1.000 | 1.000 |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical | beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0 | 0 |

| | Theoretical material cost | pellet | Manufactured by other companies | Standard material cost Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 7,990,000 | 7,990,000 | 0 | 0 | 0 | 7,990,000 | 30,243 | 252 | 2,067 | 576 | 5,748 | 8,028,886 |
| Evaluation Total | 7,990,000 | 7,990,000 | 0 | 0 | 0 | 7,990,000 | 30,243 | 252 | 2,067 | 576 | 5,748 | 8,028,886 |

| | Inspection fee | Administrative department expenses | Allocated costs Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | 389 | 2,784 | 0 | 1,489 | 4,662 | 43,548 | 8,033,548 | | | | | | |
| Evaluation Total | 389 | 2,784 | 0 | 1,489 | 4,662 | 43,548 | 8,033,548 | | | | | | |
| | ( 1.00 ) | ( 7.16 ) | ( 0.00) | ( 3.83 ) | | | | | | | | | |

| CC process code | Constituent material name | material code | material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 1.000 1.000 | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | 16AY0928 | 16AY0928 | KP | 7,990,000.00 | 1.0000 | 7,990,000 | | 1.0000 | 7,990,000 436 | | 5 |

| code 001 | Cost center name | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate Direct labor cost Indirect material cost Power cost Depreciation cost Other expenses | | | | | | Processing cost (KP) Direct labor cost Indirect material cost Power cost Depreciation cost Other expenses | | | | | total | Request department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Kyoutsuu 1 | Quantity | | 1.0000 | 1.0000 | | | | | | | | | | | | | P4AD33 |
| TH3 | SSD F/T | M/C | | 7.2025 | 7.2025 | 4,199 | 35 | 287 | 80 | 798 | | 30,243.30 | 252.09 | 2,067.12 | 576.20 | 5,747.60 | 38,886.31 | P4AD33 |
| TS0 | PACKING | quantity | | 1.0000 | 1.0000 | | | | | | | | | | | | | P4AD33 |
| | | | 3 | 7.2025 | 7.2025 | | | | | | | 30,243.30 | 252.09 | 2,067.12 | 576.20 | 5,747.60 | 38,886.31 | |

Previous year viewing (first half) Application version

1/1 page

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX2149**

VIASAT_KIOXIA-0000010085