Machine Translated by Google

# Product cost estimate (2018/first half)

2023/08/24 16:17:14

| MDOD calculation date and time | Cost estimate calculation date and time | "Secret" |
|---|---|---|
| 2017-01-25-14:29 | 2017-03-17-12:31 | |



| B.U. | SSBU group code | | Product code | Product symbol | Department | Room Unit Assessment TOV 8,530,000 | Application | pool difference | Applicable year and month | Unit (yen) |
|---|---|---|---|---|---|---|---|---|---|---|
| X11 | X111 | SM3B116B01P08244 | SM3B116B01P08244 | | P4AD31 | CY KP | TOV 8,530,000 | 0 2017/03/01 | | |

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | type code Type 1 | name | Type 2 | name | Product yield TEST | total |
|---|---|---|---|---|---|---|---|---|---|---|
| 17ASSK0 SSD | | 0 | 0 | 0.000 SSD PTI BG2D | SSD PTI BG2D | | | | 1.000 | 0.999 |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 | 0 |

### Standard material cost

| | Theoretical material cost | pellet | Manufactured by other companies | Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 6,540,590 | 6,246,240 | 0 | 300,891 | 0 | 6,547,131 | 0 | 0 | 0 | 0 | 0 | 6,547,131 |
| Evaluation Total | 6,540,590 | 6,246,240 | 0 | 300,891 | 0 | 6,547,131 | 0 | 0 | 0 | 0 | 0 | 6,547,131 |

### Allocated costs

| | Inspection fee | Administrative department expenses | Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | 0 | 2,136 | 1,979,852 | 4,273 | 1,986,261 | 1,986,261 | 8,533,392 | | | | | | |
| Evaluation Total | 0 | 2,136 | 1,979,852 | 4,273 | 1,986,261 | 1,986,261 | 8,533,392 | | | | | | |

( 0.00 )    ( 0.71 )    ( 30.24 )    ( 1.42 )

| CC process code | Constituent material name | material code | material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 0.999 0.999 | | | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU PELLET1 | BG2D M.2 1620(E) 512G PTIBG2D009 | BG2D M.2 1620(E) 512G PTI BG2D | KP | 6,240,000.00 | 1.0000 | 6,240,000 | | | 1.0010 | 6,246,240 436 | 5 | | |
| MPTI | ATT ASSLY PTI | | 2230SS 512G | KP | 300,590.00 | 1.0000 | 300,590 | 1.000 | 0.999 0.999 | 1.0010 | 300,891 V3C | 2 | | P.T.I. |

| Code | Cost center name | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Processing cost (KP) | total | Request department |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Kyoutsuu 1 | Quantity | | 1.0000 | 1.0010 | | | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | 1 2 | 2.0000 | 2.0020 | | | | | P4AD31 |
| | | | 3 | 0.0000 | 0.0000 | | 0.00 0.00 0.00 0.00 0.00 | | 0.00 | |

Previous year viewing (first half) Application version

1/1 page

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
PX2150

VIASAT_KIOXIA-0000010086