Machine Translated by Google

2023/08/24 14:43:38

# Product cost estimate (2018/first half)

| MDOD calculation date and time | Cost estimate calculation date and time |
|---|---|
| 2017-12-27-08:36 | 2018-02-27-02:04 |

"Secret"

Unit (yen)

| B.U. | SSBU group code | Product code | Product symbol | Department | Room Unit Assessment TOV 5,570,000 | Application | pool difference | Applicable year and month |
|---|---|---|---|---|---|---|---|---|
| X11 | X111 | SM37316B01P08244 | SM37316B01P08244 | P4AD31 | CY KP | TOV 5,570,000 | 0 2018/04/01 | |

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | type code Type 1 | name | Type 2 | name | Product yield TEST | total |
|---|---|---|---|---|---|---|---|---|---|---|
| 18ASSK0 SSD | | 0 | 0 | 0.000 SSD PTI BG3 | SSD PTI BG3 | | | | 1.000 0.998 | |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0 | 0 | |

| | Theoretical material cost | pellet | Manufactured by other companies | Standard material cost Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4,509,970 | 4,188,360 | 0 | 330,630 | 0 | 4,518,990 | 0 | 0 | 0 | 0 | 0 | 4,518,990 |
| Evaluation Total | 4,509,970 | 4,188,360 | 0 | 330,630 | 0 | 4,518,990 | 0 | 0 | 0 | 0 | 0 | 4,518,990 |

| | Inspection fee | Allocated costs Administrative department expenses | Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | 0 | 6,877 | 1,037,560 | 6,580 | 1,051,017 | 1,051,017 | 5,570,007 | | | | | | |
| Evaluation Total | 0 | 6,877 | 1,037,560 | 6,580 | 1,051,017 | 1,051,017 | 5,570,007 | | | | | | |

( 0.00 )    ( 2.08 )    ( 22.96 )    ( 1.99 )

| CC process code | Constituent material name | material code | material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 0.998 0.998 | | | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | BG3 M.2 1620(E) 512G PTIBG3009 | BG3 M.2 1620(E) 512G PTI BG3 | KP | 4,180,000.00 | 1.0000 | 4,180,000 | | | 1.0020 | 4,188,360 436 | 5 | SUT |
| MPTI | ATT | ASSLY PTI | | 2230SS 512G | KP | 329,970.00 | 1.0000 | 329,970 | 1.000 0.998 0.998 | | 1.0020 | 330,630 V3C | 2 | P.T.I. |

| Code | Cost center name | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate Direct labor costs Indirect material costs Power costs Depreciation costs Other costs Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Processing cost (KP) total | Request department |
|---|---|---|---|---|---|---|---|---|
| 001 | Kyoutsuu 1 | Quantity | | 1.0000 | 1.0020 | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | 1 2 | 2.0000 | 2.0040 | | | P4AD31 |

| | | | 3 | 0.0000 | 0.0000 | | 0.00   0.00   0.00   0.00   0.00   0.00 | |

Previous year viewing (first half) Application version

1/1 page

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
PX2151

VIASAT_KIOXIA-0000010087