Machine Translated by Google

2023/08/24 14:44:13

# Product cost estimate (2018/first half)

"Secret"



PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
PX2152

VIASAT_KIOXIA-0000010088