Machine Translated by Google

# Product cost estimate (2018/first half)

2023/08/24 14:44:55

| MDOD calculation date and time | Cost estimate calculation date and time |
|---|---|
| 2018-06-21-13:58 | 2018-08-28-19:06 |

"Secret"



| B.U. | SSBU group code | Product code | Product symbol | Department | Room Unit Assessment TOV 5,660,000 | Application | Pool difference Applicable year/month |
|---|---|---|---|---|---|---|---|
| X11 | X111 | SSO7316B01P08252 | SSO7316B01P08252 | P4AD31 | CY KP | TOV 5,630,000 | 30,000 2018/08/01 |

Unit (yen)

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | type code Type 1 | name | Type 2 | name | Product yield TEST | total |
|---|---|---|---|---|---|---|---|---|---|---|
| 18ASS5S SSD | | 0 | 0 | 0.000 SSD PTI BG3 | SSD PTI BG3 | | | | 1.000 | 0.998 |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 | 0 |

| | Theoretical material cost | Standard material cost pellet | Manufactured by other companies | Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4,554,010 | 4,188,360 | 0 | 374,758 | 0 | 4,563,118 | 0 | 0 | 0 | 0 | 0 | 4,563,118 |
| Evaluation Total | 4,554,010 | 4,188,360 | 0 | 374,758 | 0 | 4,563,118 | 0 | 0 | 0 | 0 | 0 | 4,563,118 |

| | Allocated costs Inspection fee | Administrative department expenses | Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | 0 | 7,795 | 1,047,692 | 7,458 | 1,062,945 | 1,062,945 | 5,626,063 | | | | | | |
| Evaluation Total | 0 | 7,795 | 1,047,692 | 7,458 | 1,062,945 | 1,062,945 | 5,626,063 | | | | | | |

( 0.00 )   ( 2.08 )   ( 22.96 )   ( 1.99 )

| CC process code | | Constituent material name | material code | material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 0.998 0.998 | | | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | BG3 M.2 1620(E) 512G PTIBG3022 | BG3 M.2 1620(E) 512G PTI BG3 | KP | 4,180,000.00 | 1.0000 | 4,180,000 | | | 1.0020 | 4,188,360 436 | 5 | | SUT |
| MPTI | ATT | ASSLY PTI | | 2280SS 512G | KP | 374,010.00 | 1.0000 | 374,010 | 1.000 0.998 | 0.998 | 1.0020 | 374,758 V3C | 2 | | P.T.I. |

| Code | Cost center name | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate Direct labor costs Indirect material costs Power costs Depreciation costs Other costs Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Processing cost (KP) | total | Request department |
|---|---|---|---|---|---|---|---|---|---|
| 001 | Kyoutsuu 1 | Quantity | | 1.0000 | 1.0020 | | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | 1 2 | 2.0000 | 2.0040 | | | | P4AD31 |
| | | | 3 | 0.0000 | 0.0000 | | 0.00 0.00 0.00 0.00 0.00 | 0.00 | |

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
PX2153

VIASAT_KIOXIA-0000010089