Machine Translated by Google

# Product cost estimate (2018/first half)

2023/08/24 14:40:45

| MDOD calculation date and time | Cost estimate calculation date and time | |
|---|---|---|
| 2018-03-27-22:24 | 2018-03-29-16:48 | "Secret" |



| B.U. | SSBU group code | Product code | Product symbol | Department | Room Unit Assessment TOV 94,900,000 | Application | pool difference | Applicable year and month | Unit (yen) |
|---|---|---|---|---|---|---|---|---|---|
| X13 | X131 | ESSD15B1302250 | ESSD15B1302250 | P4AD31 | CX KP | TOV 94,900,000 | 0 | 2018/04/01 | |

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | type code Type 1 | name | Type 2 | name | Product yield TEST | total |
|---|---|---|---|---|---|---|---|---|---|---|
| 18AESK1 | | 0 | 0 | 0.000 | | | | | 1.000 | 0.969 |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 | 0 |

| | Theoretical material cost | pellet | Standard material cost Manufactured by other companies | Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 74,636,850 | 58,947,483 | 0 | 6,049,429 | 12,027,960 | 77,024,872 | 0 | 0 | 0 | 0 | 0 | 77,024,872 |
| Evaluation Total | 74,636,850 | 58,947,483 | 0 | 6,049,429 | 12,027,960 | 77,024,872 | 0 | 0 | 0 | 0 | 0 | 77,024,872 |

| | Inspection fee | Allocated costs Administrative department expenses | Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | | 125,828 | 17,615,588 | 120,384 | 17,861,800 | 17,861,800 | 94,886,672 | | | | | | |
| Evaluation Total | 0 | 125,828 | 17,615,588 | 120,384 | 17,861,800 | 17,861,800 | 94,886,672 | | | | | | |

( 0.00 ) ( 2.08 ) ( 22.87 ) ( 1.99 )

| CC process code | | Constituent material name | material code | Material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 0.969 0.969 | | | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | 15N_128_ED2_4_EABL_16_CX | 15N_128_ED2_4_EABL_16_CX | KP | 3,570,000.00 | 16.0000 | 57,120,000 | | | 16.5119 | 58,947,483 436 1,651,200 | 5 | | |
| APE2 | ATU | PELLET2 | 4GBDDR3_CX | 4GBDDR3_CX | KP | 400,000.00 | 4.0000 | 1,600,000 | 1.000 | 0.969 | 0.969 | 4.1280 | 435 4,503,648 435 | | | |
| APE3 | ATU | PELLET3 | 8GBDDR3_CX | 8GBDDR3_CX | KP | 1,091,000.00 | 4.0000 | 4,364,000 | 1.000 | 0.969 | 0.969 | 4.1280 | | | | |
| APE4 | ATU | PELLET4 | CANOPUS | CANOPUS | KP | 5,691,000.00 | 1.0000 | 5,691,000 | 1.000 | 0.969 | 0.969 | 1.0320 | 5,873,112 J3Z | | MARVELL |
| MTIP | ATT | ASSLY TIP | ESSD15B1302250-MTIP | ESSD15B1302250-MTIP | KP | 5,861,850.00 | 1.0000 | 5,861,850 | 1.000 | 0.969 | 0.969 | 1.0320 | 6,049,429 V3C | 2 | TIP |

| Cost center name code 001 | | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Processing cost (KP) | total | Request department |
|---|---|---|---|---|---|---|---|---|---|---|
| | Kyoutsuu 1 | Quantity | | 1.0000 | 1.0320 | | | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | | 1.0000 | 1.0320 | | | | | P4AD31 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 0.0000 | 0.0000 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Previous year viewing (first half) Application version

1/1 page

**PLAINTIFF'S EXHIBIT**
Viasat v. Kioxia
**PX2154**

VIASAT_KIOXIA-0000010090