Machine Translated by Google

# Product cost estimate (2019/first half)

2023/08/24 14:08:10

| MDOD calculation date and time | Cost estimate calculation date and time | |
| --- | --- | --- |
| 2019-01-30-19:06 | 2019-09-11-12:00 | "Secret" |

| B.U. | SSBU group code | Product code | Product symbol | Department | Room Unit Assessment TOV 5,310,000 | Application | pool difference | Applicable year and month | Unit (yen) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| X11 | X111 | SM48408B01P08860 | SM48408B01P08860 | P4AD31 | CY KP | TOV 5,310,000 | 0 | 2019/09/01 | |

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | Type 1 | type code name | Type 2 | name | Product yield TEST | total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 19ASSK0 SSD | | 0 | 0 | 0.000 SSD PTI BG4 | SSD PTI BG4 | | | | 1.000 | 0.997 |

| diffusion | Pellet yield D/S total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | 0 | 0 |

| | Theoretical material cost | Standard material cost pellet | Manufactured by other companies | Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4,539,890 | 4,252,720 | 0 | 300,790 | 0 | 4,553,510 | 0 | 0 | 0 | 0 | 0 | 4,553,510 |
| Evaluation Total | 4,539,890 | 4,252,720 | 0 | 300,790 | 0 | 4,553,510 | 0 | 0 | 0 | 0 | 0 | 4,553,510 |

| | Inspection fee | Allocated costs Administrative department expenses | Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | 0 | 13,175 | 737,669 | 8,422 | 759,266 | 759,266 | 5,312,776 | | | | | | |
| Evaluation Total | 0 | 13,175 | 737,669 | 8,422 | 759,266 | 759,266 | 5,312,776 | | | | | | |
| | ( 0.00 ) | ( 4.38 ) | ( 16.20 ) | ( 2.80 ) | | | | | | | | | |

| CC process code | | Constituent material name | material code | Material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 0.997 0.997 | | | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| APE1 | ATU | PELLET1 | BG4 M.2 1620(E) 512G PTIBG4027 | BG4 M.2 1620(E) 512G PTI BG4 | KP | 4,240,000.00 | 1.0000 | 4,240,000 | | | 1.0030 | 4,252,720 436 | | 5 | SUT |
| MPTI | ATT | ASSLY PTI | | 2230SS 4L 512G | KP | 299,890.00 | 1.0000 | 299,890 | 1.000 0.997 | 0.997 | 1.0030 | 300,790 V3C | | 2 | P.T.I. |

| Code | Cost center name | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate Direct labor costs  Indirect material costs  Power costs  Depreciation costs  Other costs  Direct labor costs  Indirect material costs  Power costs  Depreciation costs  Other costs | Processing cost (KP) total | Request department |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | Kyoutsuu 1 | Quantity | | 1.0000 | 1.0030 | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | 1 2 | 2.0000 | 2.0060 | | | P4AD31 |
| | | | 3 | 0.0000 | 0.0000 | 0.00  0.00  0.00  0.00  0.00 | 0.00 | |

Previous year viewing (first half) Application version

1/1 page

**PLAINTIFF'S EXHIBIT**
Viasat v. Kioxia
**PX2155**

VIASAT_KIOXIA-0000010091

