Machine Translated by Google

# Product cost estimate (2019/first half)

2023/08/24 14:09:22

| MDOD calculation date and time | Cost estimate calculation date and time | |
|---|---|---|
| 2019-04-25-00:04 | 2019-07-17-15:21 | "Secret" |



| B.U. | SSBU group code | Product code | Product symbol | Department | Room Unit Assessment TOV 5,360,000 | | Application | pool difference | Applicable year and month |
|---|---|---|---|---|---|---|---|---|---|
| X11 | X111 | SS48408B01P08862 | SS48408B01P08862 | P4AD31 | CY KP | | TOV 5,360,000 | 0 2019/07/01 | |

Unit (yen)

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | type code Type 1 | name | Type 2 | name | Product yield TEST | total |
|---|---|---|---|---|---|---|---|---|---|---|
| 19ASS4S SSD | | 0 | 0 | 0.000 SSD PTI BG4 | SSD PTI BG4 | | | | 1.000 | 0.997 |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 | 0 |

| | Theoretical material cost | pellet | Manufactured by other companies | Standard material cost Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4,578,120 | 4,252,720 | 0 | 339,134 | 0 | 4,591,854 | 0 | 0 | 0 | 0 | 0 | 4,591,854 |
| Evaluation Total | 4,578,120 | 4,252,720 | 0 | 339,134 | 0 | 4,591,854 | 0 | 0 | 0 | 0 | 0 | 4,591,854 |

| | Inspection fee | Administrative department expenses | Allocated costs Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | 0 | 14,854 | 743,880 | 9,496 | 768,230 | 768,230 | 5,360,084 | | | | | | |
| Evaluation Total | 0 | 14,854 | 743,880 | 9,496 | 768,230 | 768,230 | 5,360,084 | | | | | | |

( 0.00 ) ( 4.38 ) ( 16.20 ) ( 2.80 )

| CC process code | Constituent material name | material code | Material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 0.997 0.997 | | | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU PELLET1 | BG4 M.2 1620(E) 512G PTIBG4043 | BG4 M.2 1620(E) 512G PTI BG4 | KP | 4,240,000.00 | 1.0000 4,240,000 | | | | 1.0030 | 4,252,720 436 | 5 | | SUT |
| MPTI | ATT ASSLY PTI | | 2242SSUF 4L 512G | KP | 338,120.00 | 1.0000 338,120 | 1.000 | 0.997 | 0.997 | 1.0030 | 339,134 V3C | 2 | | P.T.I. |

| Code | Cost center name | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate Direct labor costs Indirect material costs Power costs Depreciation costs Other costs Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Processing cost (KP) | total | Request department |
|---|---|---|---|---|---|---|---|---|---|
| 001 | Kyoutsuu 1 | Quantity | | 1.0000 | 1.0030 | | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | 1 2 | 2.0000 | 2.0060 | | | | P4AD31 |
| | | | 3 | 0.0000 | 0.0000 | | 0.00 0.00 0.00 0.00 0.00 | 0.00 | |

Previous year viewing (first half) Application version

1/1 page

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
PX2156

VIASAT_KIOXIA-0000010092