Machine Translated by Google

# Product cost estimate (2019/first half)

2023/08/24 14:04:30

| MDOD calculation date and time | Cost estimate calculation date and time |
|---|---|
| 2017-09-26-20:07 | 2017-09-28-16:07 |

"Secret"

| B.U. | SSBU group code | Product code | Product symbol | Department | Room Unit Assessment TOV 48,800,000 | Application | pool difference | Applicable year and month |
|---|---|---|---|---|---|---|---|---|
| X13 | X131 | 205N0065 | SDFBE04GEA01T | P4AD31 | CX KP | TOV 48,800,000 | 0 2018/10/01 | |

Unit (yen)

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | type code Type 1 | name | Type 2 | name | Product yield TEST | total |
|---|---|---|---|---|---|---|---|---|---|---|
| 17BSSK1 | | 0 | 0 | 0.000 | | | | | 1.000 | 0.950 |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 | 0 |

| | Theoretical material cost | Standard material cost pellet | Manufactured by other companies | Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 37,702,420 | 17,071,607 | 0 | 8,604,394 | 14,010,233 | 39,686,234 | 0 | 0 | 0 | 0 | 0 | 39,686,234 |
| Evaluation Total | 37,702,420 | 17,071,607 | 0 | 8,604,394 | 14,010,233 | 39,686,234 | 0 | 0 | 0 | 0 | 0 | 39,686,234 |

| | Allocated costs Inspection fee | Administrative department expenses | Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | 0 | 129,066 | 8,826,218 | 191,018 | 9,146,302 | 9,146,302 | 48,832,536 | | | | | | |
| Evaluation Total | 0 | 129,066 | 8,826,218 | 191,018 | 9,146,302 | 9,146,302 | 48,832,536 | | | | | | |
| | ( 0.00 ) | ( 4.38 ) | ( 19.19 ) | ( 2.80 ) | | | | | | | | | |

| CC process code | | Constituent material name | material code | material symbol | Unit: EMP | Theory (KP) | Amount | Material yield Parts Process Total 1.000 0.950 0.950 | | | Standard (KP) | materials classification | obtain classification | Supply source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | BiCS3_256_D3_2_EABL_8_CX | BiCS3_256_D3_2_EABL_8_CX | KP | 901,000.00 | Quantity 18.0000 | 16,218,000 | | | Quantity 18.9474 | 17,071,607 436 3,557,873 | 5 | |
| APE2 | ATU | PELLET2 | 8GBDDR4_CX | 8GbDDR4_CX | KP | 845,000.00 | 4.0000 | 3,380,000 | 1.000 | 0.950 0.950 | 4.2105 | 435 1,768,410 435 | 1 | MDL-DRAM |
| APE3 | ATU | PELLET3 | 4GBDDR4_CX | 4GbDDR4_CX | KP | 420,000.00 | 4.0000 | 1,680,000 | 1.000 | 0.950 0.950 | 4.2105 | | 1 | MDL-DRAM |
| APE4 | ATU | PELLET4 | DENEB | DENEB | KP | 8,250,000.00 | 1.0000 | 8,250,000 | 1.000 | 0.950 0.950 | 1.0526 | 8,683,950 J3Z | | MARVELL |
| MTIP | ATT | ASSLY TIP | SDFBE04GEA01T-MTIP | SDFBE04GEA01T-MTIP | KP | 8,174,420.00 | 1.0000 | 8,174,420 | 1.000 | 0.950 0.950 | 1.0526 | 8,604,394 V3C | 2 | TIP |

| code | Cost center name | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate — Direct labor costs Indirect material costs Power costs Depreciation costs Other costs Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Processing cost (KP) | total | Request department |
|---|---|---|---|---|---|---|---|---|---|
| 001 | Kyoutsuu 1 | Quantity | 1 | 1.0000 | 1.0526 | | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | 1 | 1.0000 | 1.0526 | | | | P4AD31 |
| | | | 2 | 0.0000 | 0.0000 | | 0.00 0.00 0.00 0.00 0.00 | | |

Previous year viewing (first half) Application version

1/1 page



PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
**PX2158**

VIASAT_KIOXIA-0000010094