Machine Translated by Google

# Product cost estimate (2020/first half)

2023/08/24 12:55:43

| MDOD calculation date and time | Cost estimate calculation date and time |
| --- | --- |
| 2020-03-12-09:41 | 2020-02-27-11:42 |

"Secret"

| B.U. | SSBU group code | | Product code | | Product symbol | | Department | Room Unit Assessment TOV 4,800,000 | | Application | pool difference | Applicable year and month | Unit (yen) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| X11 | X111 | | SM48408B01P08860 | | SM48408B01P08860 | | P4AD31 | CC KP | | TOV 4,800,000 | 0 | 2020/04/01 | |

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | type code Type 1 | name | Type 2 | name | Product yield TEST | total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20ASSK0 SSD | | 0 | 0 | 0.000 SSD PTI BG4 | SSD PTI BG4 | | | | 1.000 | 0.998 |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | 0 | 0 |

| | Theoretical material cost | Standard material cost pellet | Manufactured by other companies | Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4,322,240 | 4,038,060 | 0 | 292,824 | 0 | 4,330,884 | 0 | 0 | 0 | 0 | 0 | 4,330,884 |
| Evaluation Total | 4,322,240 | 4,038,060 | 0 | 292,824 | 0 | 4,330,884 | 0 | 0 | 0 | 0 | 0 | 4,330,884 |

| | Allocated costs Inspection fee | Administrative department expenses | Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Assembly | 0 | | 0 | | 0 | 0 | 0 | | | | | | |
| | 0 | 9,078 | 458,208 | 4,422 | 471,708 | 471,708 | 4,802,592 | | | | | | |
| Evaluation Total | 0 | 9,078 | 458,208 | 4,422 | 471,708 | 471,708 | 4,802,592 | | | | | | |

( 0.00 )  ( 3.10 )  ( 10.58 )  ( 1.51 )

| CC process code | | Constituent material name | material code | Material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 0.998 0.998 | | | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| APE1 | ATU | PELLET1 | BG4 M.2 1620(E) 512G PTIBG4027 | BG4 M.2 1620(E) 512G PTI BG4 | KP | 4,030,000.00 | 1.0000 | 4,030,000 | | | 1.0020 | 4,038,060 436 | | 5 | E-NAND |
| MPTI | ATT | ASSLY PTI | | 2230SS 4L 512G | KP | 292,240.00 | 1.0000 | 292,240 | 1.000 | 0.998 0.998 | 1.0020 | 292,824 V3C | | 2 | P.T.I. |

| Code | Cost center name | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate Direct labor costs Indirect material costs Power costs Depreciation costs Other costs Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Processing cost (KP) | total | Request department |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | Kyoutsuu 1 | Quantity | | 1.0000 | 1.0020 | | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | 1 2 | 2.0000 | 2.0040 | | | | P4AD31 |
| | | | 3 | 0.0000 | 0.0000 | 0.00   0.00   0.00   0.00   0.00 | | 0.00 | |

Previous year viewing (first half) Application version

1/1 page


**PLAINTIFF'S EXHIBIT**
Viasat v. Kioxia
**PX2159**