Machine Translated by Google

2023/08/24 12:56:32

# Product cost estimate (2020/first half)

| MDOD calculation date and time | Cost estimate calculation date and time |
|---|---|
| 2020-03-12-09:48 | 2020-04-02-11:05 |

"Secret"

Unit (yen)

| B.U. | SSBU group code | Product code | Product symbol | Department | Room Unit Assessment TOV 4,850,000 | | Application | pool difference | Applicable year and month |
|---|---|---|---|---|---|---|---|---|---|
| X11 | X111 | SS48408B01P08862 | SS48408B01P08862 | P4AD31 | CC KP | | TOV 4,850,000 | 0 | 2020/10/01 |

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | Type 1 | type code name | Type 2 | name | Product yield TEST | total |
|---|---|---|---|---|---|---|---|---|---|---|
| 20ASSK1 SSD | | 0 | 0 | 0.000 SSD PTI BG4 | | SSD PTI BG4 | | | 1.000 0.998 | |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 | 0 |

| | Theoretical material cost | pellet | Manufactured by other companies | Standard material cost Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4,362,180 | 4,038,060 | 0 | 332,844 | 0 | 4,370,904 | 0 | 0 | 0 | 0 | 0 | 4,370,904 |
| Evaluation Total | 4,362,180 | 4,038,060 | 0 | 332,844 | 0 | 4,370,904 | 0 | 0 | 0 | 0 | 0 | 4,370,904 |

| | Inspection fee | Administrative department expenses | Allocated costs Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | 0 | 10,318 | 462,442 | 5,026 | 477,786 | 477,786 | 4,848,690 | | | | | | |
| Evaluation Total | 0 | 10,318 | 462,442 | 5,026 | 477,786 | 477,786 | 4,848,690 | | | | | | |
| | ( 0.00 ) | ( 3.10 ) | ( 10.58 ) | ( 1.51 ) | | | | | | | | | |

| CC process code | Constituent material name | | material code | material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 0.998 0.998 | | | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | BG4 M.2 1620(E) 512G PTIBG4043 | BG4 M.2 1620(E) 512G PTI BG4 | KP | 4,030,000.00 | 1.0000 | 4,030,000 | | | 1.0020 | 4,038,060 436 | | 5 | E-NAND |
| MPTI | ATT | ASSLY PTI | | 2242SSUF 4L 512G | KP | 332,180.00 | 1.0000 | 332,180 | 1.000 | 0.998 0.998 | 1.0020 | 332,844 V3C | | 2 | P.T.I. |

| Code | Cost center name | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate Direct labor costs Indirect material costs Power costs Depreciation costs Other costs Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Processing cost (KP) | total | Request department |
|---|---|---|---|---|---|---|---|---|---|
| 001 | Kyoutsuu 1 | Quantity | | 1.0000 | 1.0020 | | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | 1 2 | 2.0000 | 2.0040 | | | | P4AD31 |
| | | | 3 | 0.0000 | 0.0000 | | 0.00 0.00 0.00 0.00 0.00 | | |

**PLAINTIFF'S EXHIBIT**

Viasat v. Kioxia

**PX2160**



Plaintiff's Exhibit PX2160, page 1 of 1

VIASAT_KIOXIA-0000010096