Machine Translated by Google

# Product cost estimate (2020/first half)

2023/08/24 12:57:16

| MDOD calculation date and time | Cost estimate calculation date and time | |
| --- | --- | --- |
| 2020-03-12-09:43 | 2020-02-27-11:42 | "Secret" |



| B.U. | SSBU group code | | Product code | | Product symbol | Department | Room Unit Assessment TOV 4,860,000 | Application | pool difference | Applicable year and month | Unit (yen) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| X11 | X111 | | SS88408B01P08863 | | SS88408B01P08863 | P4AD31 | CC KP | TOV 4,860,000 | 0 | 2020/04/01 | |

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | Type 1 | type code name | Type 2 | name | Product yield TEST | total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20ASSK0 SSD | | 0 | 0 | 0.000 SSD PTI BG4 | SSD PTI BG4 | | | | 1.000 | 0.998 |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | 0 | 0 |

| | Theoretical material cost | pellet | Standard material cost Manufactured by other companies | Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4,373,000 | 4,038,060 | 0 | 343,686 | 0 | 4,381,746 | 0 | 0 | 0 | 0 | 0 | 4,381,746 |
| Evaluation Total | 4,373,000 | 4,038,060 | 0 | 343,686 | 0 | 4,381,746 | 0 | 0 | 0 | 0 | 0 | 4,381,746 |

| | Allocated costs Inspection fee | Administrative department expenses | Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | 0 | 10,654 | 463,589 | 5,190 | 479,433 | 479,433 | 4,861,179 | | | | | | |
| Evaluation Total | 0 | 10,654 | 463,589 | 5,190 | 479,433 | 479,433 | 4,861,179 | | | | | | |
| | ( 0.00 ) | ( 3.10) | ( 10.58) | ( 1.51 ) | | | | | | | | | |

| CC process code | Constituent material name | | material code | material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 0.998 0.998 | | | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| APE1 | ATU | PELLET1 | BG4 M.2 1620(E) 512G PTIBG4051 | BG4 M.2 1620(E) 512G PTI BG4 | KP | 4,030,000.00 | 1.0000 | 4,030,000 | | | 1.0020 | 4,038,060 436 | | 5 | E-NAND |
| MPTI | ATT | ASSLY PTI | | 2280SS 4L 512G | KP | 343,000.00 | 1.0000 | 343,000 | 1.000 | 0.998 0.998 | 1.0020 | 343,686 V3C | | 2 | P.T.I. |

| Code | Cost center name | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate (Direct labor costs / Indirect material / Power costs / Depreciation costs / Other costs) | Processing cost (KP) total | Request department |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | Kyoutsuu 1 | Quantity | | 1.0000 | 1.0020 | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | 1 2 | 2.0000 | 2.0040 | | | P4AD31 |
| | | | 3 | 0.0000 | 0.0000 | | 0.00  0.00  0.00  0.00  0.00  0.00 | |

Previous year viewing (first half) Application version

**PLAINTIFF'S EXHIBIT**
Viasat v. Kioxia
**PX2161**

VIASAT_KIOXIA-0000010097