Machine Translated by Google

# Product cost estimate (2020/first half)

2023/08/24 13:15:08

| MDOD calculation date and time | Cost estimate calculation date and time | |
|---|---|---|
| 2020-03-06-17:14 | 2020-02-27-11:42 | "Secret" |



| B.U. | SSBU group code | Product code | Product symbol | Department | Room Unit Assessment TOV 54,500,000 | Application | pool difference | Applicable year and month | Unit (yen) |
|---|---|---|---|---|---|---|---|---|---|
| X13 | X131 | ESSD16B1312930 | ESSD16B1312930 | P4AD31 | CE KP | TOV 54,500,000 | 0 2020/04/01 | | |

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | type code Type 1 name | Type 2 name | Product yield TEST | total |
|---|---|---|---|---|---|---|---|---|
| 20AK12C | | 0 | 0 | 0.000 | | | 1.000 | 0.971 |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 | 0 |

| | Theoretical material cost | pellet | Standard material cost Manufactured by other companies | Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 43,476,000 | 31,143,168 | 0 | 5,753,021 | 7,878,675 | 44,774,864 | 0 | 0 | 0 | 0 | 0 | 44,774,864 |
| Evaluation Total | 43,476,000 | 31,143,168 | 0 | 5,753,021 | 7,878,675 | 44,774,864 | 0 | 0 | 0 | 0 | 0 | 44,774,864 |

| | Allocated costs Inspection fee | Administrative department expenses | Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | | 0 | | 0 | 0 | 0 | | | | | | |
| | 0 | 178,344 | 9,469,884 | 86,871 | 9,735,099 | 9,735,099 | 54,509,963 | | | | | | |
| Evaluation Total | 0 | 178,344 | 9,469,884 | 86,871 | 9,735,099 | 9,735,099 | 54,509,963 | | | | | | |

( 0.00 )     ( 3.10 )     ( 21.15 )     ( 1.51 )

| CC process code | | Constituent material name | material code | material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 0.971 0.971 | | | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | BICS3_256_D3_2_EABL_8_CX | BICS3_256_D3_2_EABL_8_CX | KP | 1,680,000.00 | 18.0000 | 30,240,000 | | | 18.5376 | 31,143,168 436 1,565,410 | | 5 | E-NAND |
| APE3 | ATU | PELLET3 | 8GBDDR4_CX | 8GBDDR4_CX | KP | 380,000.00 | 4.0000 | 1,520,000 | 1.000 | 0.971 | 0.971 4.1195 | 435 906,290 435 | | 1 | MDL-DRAM |
| APE4 | ATU | PELLET4 | 4GBDDR4_CX | 4GBDDR4_CX | KP | 220,000.00 | 4.0000 | 880,000 | 1.000 | 0.971 | 0.971 4.1195 | | | 1 | MDL-DRAM |
| APE5 | ATU | PELLET5 | DENEB_3.0 | DENEB_3.0 | KP | 5,250,000.00 | 1.0000 | 5,250,000 | 1.000 | 0.971 | 0.971 1.0299 | 5,406,975 J3Z | | , | MARVELL |
| MTIP | ATT | ASSLY TIP | ESSD16B1312930-MTIP | ESSD16B1312930-MTIP | KP | 5,586,000.00 | 1.0000 | 5,586,000 | 1.000 | 0.971 | 0.971 1.0299 | 5,753,021 V3C | | 2 | TIP |

| code 001 | Cost center name | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate Direct labor costs Indirect material costs Power costs Depreciation costs Other costs Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Processing cost (KP) | total | Request department |
|---|---|---|---|---|---|---|---|---|---|
| | Kyoutsuu 1 | Quantity | , | 1.0000 | 1.0299 | | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | , | 1.0000 | 1.0299 | | | | P4AD31 |
| | | | 2 | 0.0000 | 0.0000 | | 0.00 0.00 0.00 0.00 0.00 | 0.00 | |

Previous year viewing (first half) Application version

1/1 page

PLAINTIFF'S EXHIBIT
Viasat v. Kioxia
PX2162

Plaintiff's Exhibit PX2162, page 1 of 1

VIASAT_KIOXIA-0000010098