Machine Translated by Google

# Product cost estimate (2021/first half)

2023/08/24 11:07:42

| MDOD calculation date and time | Cost estimate calculation date and time |
|---|---|
| 2021-01-11-17:29 | 2021-03-01-20:55 |

"Secret"



| B.U. | SSBU group code | Product code | | Product symbol | Department | Room Unit Assessment TOV 3,710,000 | | Application | pool difference | Applicable year and month |
|---|---|---|---|---|---|---|---|---|---|---|
| X11 | X111 | SS48408B01P09262 | | SS48408B01P09262 | P4AD31 | CC KP | | TOV 3,710,000 | 0 | 2021/04/01 |

Unit (yen)

| Technology section code | Envelope code | The number of pins | Number of wires | Wire length (mm) | Type 1 | type code name | Type 2 | name | Product yield TEST | total |
|---|---|---|---|---|---|---|---|---|---|---|
| 21ASSK0 SSD | | 0 | 0 | 0.000 SSD PTI BG4 | | SSD PTI BG4 | | | 1.000 | 0.998 |

| Pellet yield D/S diffusion | total | Wafer diameter | Chip size vertical beside | area | Number of elements | gross wafer | gross pellets / LOT | NET pellets /LOT | TD/SU name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 | 0 |

| | Theoretical material cost | Standard material cost pellet | Manufactured by other companies | Outsourced processing | Other purchases | total | direct labor costs | Indirect material costs | Power cost | depreciation expense | other expenses | pre-allocation cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 3,349,440 | 3,046,080 | 0 | 310,059 | 0 | 3,356,139 | 0 | 0 | 0 | 0 | 0 | 3,356,139 |
| Evaluation Total | 3,349,440 | 3,046,080 | 0 | 310,059 | 0 | 3,356,139 | 0 | 0 | 0 | 0 | 0 | 3,356,139 |

| | Allocated costs Inspection fee | Administrative department expenses | Business department costs | indirect labor costs | total | fixed cost total | Manufacturing cost | Application TOV | General and administrative expenses | Non-operating profit and loss | general account | margin | Application SP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assembly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | 0 | 9,209 | 339,306 | 4,093 | 352,608 | 352,608 | 3,708,747 | | | | | | |
| Evaluation Total | 0 | 9,209 | 339,306 | 4,093 | 352,608 | 352,608 | 3,708,747 | | | | | | |

( 0.00 )   ( 2.97 )   ( 10.11 )   ( 1.32 )

| CC process code | Constituent material name | material code | material symbol | Unit: EMP | Theory (KP) Quantity | Amount | Material yield Parts Process Total 1.000 0.998 0.998 | | | Standard (KP) Quantity | Amount of money | materials classification | obtain classification | Supply source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APE1 | ATU | PELLET1 | BG4 M.2 1620(E) 3 512G PTIBG4043 | BG4 M.2 1620(E) 3 512G PTI BG4 | KP | 3,040,000.00 | 1.0000 | 3,040,000 | | | 1.0020 | 3,046,080 436 | 5 | E-NAND |
| MPTI | ATT | ASSLY PTI | | 2242SSUF 4L 512G | KP | 309,440.00 | 1.0000 | 309,440 | 1.000 | 0.998 | 0.998 | 1.0020 | 310,059 V3C | 2 | P.T.I. |

| Cost center name Code | | Category | Process number of times | Theory (KP) | Standard (KP) | Processing cost rate Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Direct labor costs Indirect material costs Power costs Depreciation costs Other costs | Processing cost (KP) | total | Request department |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Kyoutsuu 1 | Quantity | | 1.0000 | 1.0020 | | | | | P4AD31 |
| 003 | Kyoutsuu 3 | Quantity | 1 2 | 2.0000 | 2.0040 | | | | | P4AD31 |
| | | | 3 | 0.0000 | 0.0000 | | | 0.00 0.00 0.00 0.00 0.00 | 0.00 | |

Previous year viewing (first half) Application version

1/1 page

**PLAINTIFF'S EXHIBIT**
Viasat v. Kioxia
**PX2164**

VIASAT_KIOXIA-0000010100