# NetApp™

## PURCHASE ORDER

| PURCHASE ORDER NUMBER | REVISION | PAGE |
|---|---|---|
| 67367 | 0 | 1 of 1 |

This Purchase Order Number must appear on all order acknowledgements, packing lists, cartons, invoices and correspondence.

**SHIP TO:** 800 Cranberry Woods Drive
Suite 300
Cranberry Township, PA 16066
United States

**BILL TO:** NetApp, Inc.
Attention Accounts Payable
PO Box 61659
Sunnyvale, CA 94088-1659
United States

**SUPPLIER:**

EFFICIENT CHANNEL CODING
4830 E 49TH STREET
CUYAHOGA HEIGHTS, OH 44125
United States

| SUPPLER NO. | DATE OF ORDER | BUYER/EMAIL/CONFIRM TO TELEPHONE | REVISED DATE |
|---|---|---|---|
| 28244 | 21-JUL-08 | MCTAGUE, S; mctague@netapp.com; 408/822-1931 | |

| PAYMENT TERMS | SHIP VIA | F.O.B |
|---|---|---|
| Net 45 | | Destination |

| FREIGHT TERMS | REQUESTOR/DELIVERY |
|---|---|
| | TOTOLOS, GEORGE (Georg |

| ITEM | PART NUMBER/REV/DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED | T |
|---|---|---|---|---|---|---|---|
| | Please reference ECC Codec Core Software Licensing Agreement executed 7/22/2008. Please note Section 2 to review license terms and associated fees. | | | | | | |
| 1 | ECC License Grant: | 25-JUL-08 | 1.000 | Each | 75000 | 75,000.00 | |
| | worldwide, perpetual, fully paid, royalty free use of License Materials. ECC License Materials: BCH FPGA Core for Virgo (4bit correct per 521 bytes of data). | | | | | | |
| | SHIP TO: Address at top of page | | | | | | |

> **Defendant's Exhibits**
> **D273**

| | |
|---|---|
| SUB-TOTAL | 75,000.00 |
| TAX | 0.00 |
| TOTAL | 75,000.00 |

Susan Mctague

BUYER NAME

Highly Confidential - Attorneys' Eyes Only

VIASAT_FEC_00015174

**273.001**

**EFFICIENT CHANNEL CODING, INC.**
**CODEC CORE SOFTWARE LICENSING AGREEMENT**

**Efficient Channel Coding, Inc.**, a corporation organized and existing under the laws of the State of Ohio having offices at 4830 East 49th Street, Cuyahoga Heights, Ohio 44125, on behalf of itself and its affiliates, severally but not jointly ("ECC" or "Licensor") and NetApp, Inc., a Delaware corporation, having its principal place of business at 495 East Java Drive, Sunnyvale, CA, ("NetApp" or "Licensee") including its Affiliates hereby enter into this Software Licensing Agreement (the "Agreement") on this 22nd day of July, 2008 (the "Effective Date").

WHEREAS Licensor owns BCH Codec core software that is valuable intellectual property which **is an FPGA implementation of a BCH Encoder and Decoder with 13th order Galois Field, Correction Capacity of 4 bits, and a guaranteed minimum clock rate of 160MHz with 2 bit parallel execution;**

WHEREAS Licensee desires to obtain from Licensor a license to use such software in the Licensed Products defined herein; and

WHEREAS Licensor is willing to grant Licensee such a license pursuant to the terms and conditions set forth in this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, Licensor and Licensee agree as follows:

## 1. Definitions

As used in this Agreement the following defined terms shall have the meanings set forth below:

(a) "Affiliate" shall mean any company controlling, controlled by or under common control with a specified party, wherein "control" means the power to determine the management policies of such company by either ownership of a majority of the voting rights of its issued capital, or having the right to appoint a majority of the members of its board of directors, or by agreement or otherwise.

(b) "Effective Date" means the commencement date of this License with respect to specific Licensed Materials, and which shall be established as the last date signed by the Parties hereto on the last page of this Agreement.

(c) "End User" means a customer of the Licensee who purchases or agrees to purchase the Licensed Products.

(d) "Intellectual Property Rights" means patent, copyright, design right (whether registered or unregistered), confidential information and any other intellectual property rights or howsoever described or, where the context so admits or requires, and one or more of the foregoing.

(e) "Licensed Materials" means the design data and information relating to Licensor's object code BCH Codec core (a pre-compiled macro with defined inputs and outputs to be utilized in the programmable logic design of the Licensee's Products), a System Verilog Test Bench, C Code Implementation of a BCH simulator, and all relevant documentation and datasheets in whatever form provided (whether as floppy or hard disks, cartridges, magnetic tapes, semiconductor chips or otherwise) or however designated (whether as firmware, microcode or otherwise) and include all changes, additions, revisions, replacements, manuals and

Highly Confidential - Attorneys' Eyes Only

**273.002**

documentation which Licensor may provide. For the avoidance of doubt, source code is not included in Licensed Materials and will not be delivered to Licensee under this Agreement.

(f)   "Licensee Fee" shall mean the one-time upfront license fee payable to Licensor by Licensee under this Agreement.

(g)   "Licensed Products" means any integrated circuits designed, manufactured or marketed by or on behalf of Licensee for its Virgo product line that incorporate all or any part of the Licensed Materials or were designed using any of the Licensed Materials.

(h)   "Permitted Use" means use by the Licensee of the Licensed Materials in accordance with Section 2 below.

(i)   "Specifications" means the Licensor's published specifications for the Licensed Materials (see Exhibit A).

## 2. License Grant; License Fee; Delivery

(a) Licensor hereby grants to Licensee for the term of this Agreement a worldwide, nonexclusive, non-transferable, fully-paid-up, royalty-free, perpetual (except  as provided in Section 3(d) hereof), and irrevocable (except  as provided in Section 3(d) hereof) license (i) to use the Licensed Materials, solely for Licensee's use in the design, simulation, implementation and manufacture of Licensed Products arising out of the Virgo Product Line using Xilinx Virtex-5 programmable logic devices, and (ii) to make, use, sell or otherwise distribute Licensed Products incorporating the Licensed Materials on a worldwide basis to End Users. Use of the Licensed Materials in non-Xilinx Virtex 5 programmable logic devices or technologies, or for any product other than the Licensed Product is strictly prohibited unless Licensee has entered into a separate written agreement with Licensor for such use.

(b) The above licenses are granted to Licensee under this Agreement subject to Licensee's payment of a one-time upfront License Fee in the amount of **$75,000**. Such License Fee shall be payable within forty five (45) days of Licensor's invoice.

(c) Electronic Delivery of Licensed Materials will take place upon Licensor's receipt in full of the above License Fee.

(d) Licensor shall deliver all materials and required documentation for use of the BCH core. All integration support whether by electronic means or other is not included in this agreement A separate support agreement will cover the time and materials necessary for such support.

(e) Pursuant to Section 2 (a) and subject to the terms of this Agreement, ECC grants NetApp a limited, non transferable, license to sublicense an IBM branded version of the Licensed Product to IBM for distribution to end users.  All end users must be subject to an End User License Agreement including terms and conditions as strong as or stronger than NetApp's End User Software License Agreement.

## 3. Term; Termination

(a)  The term of this Agreement shall commence on the Effective Date and will remain effective until terminated as set forth under this Clause 3.

Highly Confidential - Attorneys' Eyes Only

(b) NetApp may terminate this Agreement at any time by destroying the Licensed Materials and all copies thereof, provided that any payment obligations accruing prior to such termination will remain due and owing.

ECC may terminate this Agreement without liability for any reason upon one hundred and twenty (120) days written notice to NetApp.

(c) Either party may terminate this Agreement based on material breach of the Agreement by the other party, provided that the party alleged to be in material breach receives written notice stating the cause and providing thirty (30) days to cure. In the event of termination, any payment obligations accruing prior to such termination will remain due and owing. In the event of a material breach of this Agreement by Licensee, Licensor is entitled to seek injunctive relief allowing Licensor to recover the Licensed Program from Licensee, in addition to any other remedies available, it being acknowledged that legal remedies may be inadequate

(d) At the time of expiration of the Term (initial or extended) or earlier termination, all licenses granted herein (including NetApp's rights to further license, sublicense, prepare derivative works, copy and use the Licensed Product) shall immediately terminate; provided however, that any end user licenses properly granted by NetApp prior to the expiration of this Agreement shall remain in full force and effect according to the tenor and terms of the end user license agreement, and NetApp shall have the right to provide support for such end users as set forth herein.

(e) Affect on End Users. Expiration or earlier termination of this Agreement shall have no force or effect on existing end-user licenses of the Licensed Product.

(f) Upon termination of this Agreement, (i) the licenses, rights and covenants granted hereunder and the obligations imposed hereunder will cease, except as otherwise expressly provided for herein, and Licensee will destroy the Licensed Materials, including all copies and all relevant documentation and within ten days of termination provide written certification of such destruction to Licensor. The provisions of Clauses 1, 4, 5, 7 and 9 will survive the termination of this Agreement.

## 4. Title; Intellectual Property Rights; Copying

(a) Licensee acknowledges that all Intellectual Property Rights in the Licensed Materials are and will remain the sole property of Licensor, including all modifications, improvements, and derivative works relating to the Licensed Program, including but not limited to all modifications, improvements, and derivative works requested or suggested by Licensee.

(b) To protect such Intellectual Property Rights, Licensee agrees that it will use the Licensed Program only as authorized herein and agrees that it will not decompile, reverse engineer, disassemble, or otherwise reduce the Licensed Materials to a human-perceivable form. Licensee may not modify or prepare derivative works of the Licensed Materials in whole or in part, except with respect to the purposes of the Licensed Products. Nothing contained in this License will be construed as conferring by implication, estoppel or otherwise upon either party any license or other right except the licenses and rights expressly granted hereunder to a party hereto. Licensee acknowledges that the Licensed Program represents valuable property of Licensor, and is protected by copyright law.

Highly Confidential - Attorneys' Eyes Only

VIASAT_FEC_00015177

**273.004**

(c) This Agreement allows Licensor to copy the Licensed Materials only to the extent necessary for the Licensed Products, and for archival and back-up purposes, provided always that Licensor will at all times and in each instance, reproduce all copyright notices and proprietary legends on each copy in the same manner as such notices and legends appeared on the original. No other copies may be made without the Licensor's prior written consent. Licensee may not provide design data or information including, but not limited to, schematics, hardware description language source code, or netlist files, to a third party without prior written approval from Licensor. Licensee may provide device programming files — bit-stream files or PROM files — to third parties without prior approval for the sole purpose of manufacturing the Licensed Product. Licensee may disclose the polynomial used by the BCH core to third parties for the purpose of modeling and evaluating the performance of the core.

## 5. Product Distribution and Branding

5.1 <u>Product Distribution.</u> NetApp has the right to market and distribute the Licensed Product in accordance with the terms set forth herein. NetApp shall have the right to re-brand the Licensed Products under its own brand name or under a new NetApp product name.

5.2 <u>Branding.</u> NetApp may market and distribute the Licensed Product under the NetApp Brands including the NetApp Trademark. ECC shall not be deemed to acquire any rights in or to the NetApp Trademark or in or to any other of the NetApp Brands. ECC shall not affix or use the NetApp Brands on any products other than the Licensed Product as licensed in Section 2, or for any other purpose.

5.3 NetApp marketing partners, including but not limited to IBM, may market and distribute the Licensed Product under the NetApp Brands or under the marketing partner's brands, provided such marketing partner is authorized under separate agreement with NetApp to rebrand NetApp products.

## 6. Confidentiality

Licensee acknowledges that the Licensed Program contains valuable proprietary information and trade secrets of Licensor and that unauthorized dissemination of the Licensed Program would cause irreparable harm. Licensee therefore agrees to hold the Licensed Program in confidence and, except as otherwise expressly permitted in this Agreement, shall not disclose the Licensed Program to any third party without Licensor's prior written consent. Licensee is permitted to disclose the polynomial used in the BCH core to third parties for the purpose of testing and evaluating the performance of the BCH Core. Licensee will take appropriate action, by instruction, agreement or otherwise, with any persons permitted access to the Licensed Program so as to enable it to hold the Licensed Program in confidence and otherwise satisfy its obligations under this Agreement. The terms of this Section 5 shall survive the termination of this Agreement.

## 7. Right to Transfer to the U.S. Government

For each Licensed Program ordered under a U.S. Government prime contract or subcontract (of any tier), the Licensee shall have the right, upon written prior notice to Licensor and Licensor's approval, to transfer said Licensed Programs to the U.S. Government provided that the Government agrees to accept said transfers subject to Restricted Rights as such rights are defined

Highly Confidential - Attorneys' Eyes Only

VIASAT_FEC_00015178

**273.005**

and limited by the Rights in Technical Data and Computer Software clause in DFARS 252.227-7013.

## 8. Patent, Copyright and Trademark Indemnity

(a) Licensor agrees to indemnify, hold harmless, and defend Licensee against any and all loss, damage, settlement or expense arising out of any claim which alleges that the Licensed Program infringes upon or misappropriates any United States patent, copyright or trademark of persons or entities who are not parties to this Agreement. As a condition to such defense and indemnification, Licensee will provide Licensor with prompt written notice of any claim hereunder, and permit Licensor to control the defense, settlement, adjustment or compromise of any such claim. Licensee shall have no authority to settle any claim covered by this paragraph on behalf of Licensor unless authorized in writing by the Licensor.

(b) The foregoing shall not apply to any claim of infringement or misappropriation arising out of: (i) the use of the Licensed Program in combination any products unless those products were specifically provided by Licensor; (ii) use or incorporation in the Licensed Program of any design, technique, or specification provided by Licensee, if the infringement would not have occurred but for such combination, incorporation or use unless such combination was authorized in writing by Licensor. In the case of any claim of infringement or misappropriation brought against Licensor resulting from any action by Licensee as discussed above in this Section, Licensee agrees to indemnify, hold harmless, and defend Licensor against any such claims, provided that Licensor provides Licensee with prompt written notice of any claim hereunder, and permits Licensee sole control of the defense, settlement, adjustment or compromise of any such claim. Licensor shall have no authority to settle any claim covered by this paragraph on behalf of Licensee.

(c)    Certain Remedies. Following notice of any actual or threatened Infringement Claim, ECC shall, at ECC's option and sole discretion, if commercially practicable, either: (a) procure for NetApp the right to continue to use, to distribute, to sell, and to support the infringing Licensed Product, (b) modify the Licensed Product so that it is no longer infringing, or (c) replace the Licensed Product to make it non-infringing without impairing its functionality.

(d)    Indemnified Claims. The foregoing indemnity obligations shall be conditioned on: (i) NetApp providing ECC with prompt written notice of any applicable claim; (ii) NetApp granting ECC sole control over the defense and settlement of any applicable claim; and (iii) NetApp at ECC's expense, providing reasonable assistance to ECC with respect to the defense of the claim. ECC will have no obligation under this Section 7 with regard to any infringement arising from (a) ECC's compliance with formal specifications issued by NetApp where infringement could not be avoided in complying with such specifications or (b) use or sale of Licensed Products furnished under this Agreement in combination with other items not furnished under this Agreement when such infringement would not have occurred from the use or sale of those Licensed Products furnished under this Agreement solely for the purpose for which they were designed or licensed by ECC.

(e)    ECC's indemnification obligation under this Section 7 shall not exceed One Million Dollars ($1,000,000).

Highly Confidential - Attorneys' Eyes Only                    VIASAT_FEC_00015179

**273.006**

**9. Limited Remedy and Disclaimer.**

9.1    Licensor represents that for a period of one (1) year from shipment of the Licensed Materials to Licensee (the "Warranty Period") the Licensed Materials will be free of material defects and workmanship and substantially conform to the Specifications. The foregoing warranty shall include parts and labor for the Licensed Materials. Licensor's sole liability and the Licensee's exclusive remedy with respect of breach of the foregoing limited representation will be limited to error correction or replacement, or if neither is in the Licensor's opinion commercially feasible, termination of this License and refund of any license fee received by the Licensor from the Licensee in respect of the relevant item of Licensed Materials. Additionally, ECC represents and warrants that to the best of its knowledge, as of the date of this Agreement, none of the Licensed Materials infringe upon any intellectual property rights of any third party

9.2    Virus Warranty. ECC represents and warrants that to the best of ECC's knowledge, all software delivered to NetApp under this Agreement shall be free of any harmful code, defined for purposes hereof as any computer code, programming instruction, or set of instructions which have been designed with the ability to damage, interfere with, or otherwise adversely affect computer programs, data, or hardware, without consent or intent of the user, including self-replicating and self-propagating programming instructions commonly referred to as viruses, worms and the like (other than license keys).

9.3    EXCEPT AS SPECIFICALLY STATED ABOVE, THE LICENSED MATERIALS LICENSED HEREUNDER ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED, IMPLIED OR STATUTORY, INCLUDING WITHOUT LIMITATION, ANY WARRANTY WITH RESPECT TO NONINFRINGEMENT, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE. Licensor does not warrant that the functions contained in any of the Licensed Materials will meet Licensee's requirements, or that the operation of the Licensed Materials will be uninterrupted or error free, or that defects in the Licensed Materials will be corrected. Furthermore, Licensor does not warrant or make any representations regarding use or the results of the use of the Licensed Materials in terms of correctness, accuracy, reliability or otherwise.

**10. Limitations of Liability**

EXCEPT AS SET FORTH IN SECTION 7 LICENSOR'S ENTIRE LIABILITY UNDER THIS AGREEMENT, WHETHER BASED IN CONTRACT OR IN TORT, SHALL NOT EXCEED ONE HUNDRED THOUSAND DOLLARS OR THE AMOUNT OF MONEY PAID BY LICENSOR UNDER THIS AGREEMENT (OR THE RELATED CONTRACT), WHICHEVER IS LESS. LICENSOR SHALL NOT BE LIABLE FOR DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE LICENSE OF THE LICENSED PROGRAM OR ITS USE OR PERFORMANCE. IN NO EVENT SHALL LICENSOR BE LIABLE FOR ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES, EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**11. Import/Export**

ECC warrants that Licensed Products do not implement or contain any encryption technology.

Licensee agrees to comply with all applicable U.S. import/export laws and regulations regarding the Licensed Program including, but not limited to, the Arms Export Control Act (22 USC 2751 et seq.), the International Traffic in Arms Regulations (22 CFR Part 120 et seq.), and the Export

Highly Confidential - Attorneys' Eyes Only

VIASAT_FEC_00015180

**273.007**

Administration Act (50 USC 2401 et seq.). Without limiting the foregoing, Licensee agrees that it will not transfer any export controlled-item, data or services to any third party without an export license, agreement, or applicable exemption or exception.

## 12 Notices

All formal notices under this Agreement shall be sent via facsimile and confirmed with a signed copy sent by regular mail as follows:

| ECC, Inc. | NetApp |
|---|---|
| Scott Stiefel | Name: NetApp Contracts |
| 4830 East 49th Street | 495 East Java Drive |
| Cuyahoga Height, Ohio 44125 | Sunnyvale, California 94089 USA |
| 216-441-8535 | Telephone: 408-822-6000 |
| 216-441-8860 | Fax: 408-822-4501 |

Either party may change the address above by providing seven (7) days prior written notice to the other party.

## 13. Entire Agreement

This Agreement contains the entire understanding between the parties, superseding any and all prior and contemporaneous communications, agreements and understandings between the parties with respect to the Licensed Program.

## 14. Assignment

Neither Party shall assign any of its rights nor delegate any of its obligations under this Agreement to any other Party without the prior written consent of the other Party. Any attempted assignment or delegation in violation of the foregoing shall be null and void. Notwithstanding the above, either Party may assign this Agreement to any successor in interest by way of merger, acquisition, consolidation or a sale of assets. The benefits of this Agreement shall inure upon the each Party's respective permitted assigns and successors.

## 15. Severability

If any provision of this Agreement is held to be unenforceable, this Agreement shall be construed without such provisions.

## 16. Choice of Law
This Agreement shall be governed by the laws of the State of Delaware, without regard to its principles of conflict of laws.

## 17. Modification and Waiver

This Agreement may only be modified or amended in a writing signed by an authorized representative of each party. A waiver or failure to exercise any right provided for in this Agreement in any respect shall not be deemed a waiver of any further or future rights hereunder.

Highly Confidential - Attorneys' Eyes Only

VIASAT_FEC_00015181

**273.008**

IN WITNESS WHEREOF, the parties have caused this Software License Agreement to be duly executed in duplicate originals by their duly authorized representatives on the day and year first above written.

EFFICIENT CHANNEL CODING, INC.          NetApp, Inc.

By: _____          By: _____

Title: VP of Operations                Title: Director, Platform Dev Op

Date: _____          Date: 7-22 08

Approved NetApp Legal
7/22/08

Highly Confidential - Attorneys' Eyes Only                                    VIASAT_FEC_00015182

**273.009**

## Exhibit A – Specifications of Deliverables

A. Synthesized netlist for the BCH codec core. The target device is the Xilinx Virtex-5 series XC5VLX110T-1FFG1136C FPGA. The BCH core will have the following characteristics:
- Information length: 520 bytes (length of one sector)
- Parity length: 7 bytes (maximum per sector)
- Correction capacity: 4 bits (per sector)
- Core needs to handle 1 sector at a time. NetApp will do the data management around the core to make it run at speed. Each sector is usually accessed as a byte-wide bus at 40 MHz
- Any sector is either being written or read at any time … not both
- Correction latency less than 20 micro-seconds
- No more than 50 ns delay between sectors
- Flags uncorrectable sectors
- Reports back the number of bit corrections for correctable sectors
- Synthesized using ISE (what version will NetApp use) … ECC would make sure the design is routable but NetApp should route it in the FPGA to get best placement and timing results
- Meets static timing with 5% margin
- Requires no more than 3500 LUTs (15% encoding and error detection + 85% error correction)
- Requires no more than 3500 FFs (15% encoding and error detection + 85% error correction)
- Requires no more that 1 BRAM

B. Simulation model for the BCH core in encrypted RTL format. This model should be able run with Modelsim 6.3d or later.

C. Test bench for verification of the BCH Core. The test-bench will be in RTL format. It will mimic the actual interfaces that the BCH core will see in the NetApp application. The RTL will be easy to modify for different stimulus. The test bench could be in Verilog or System Verilog.

D. C-simulation software for the BCH Core. This software will mimic the BCH codec core encoder and decoder. Bit true equivalent performance models will be used. The implementation details will vary from the BCH core design. The software will be compatible with GNU C compiler and will include pointers to input data, reporting on correctable / uncorrectable and number of errors corrected, and point to the error locations.

E. Supporting relevant documentation. The following documentation will be provided with the Core:
   1) Data Sheet for the BCH Codec Core. This will include an overview of the core with top-level block diagrams, input, output, configuration and monitoring interface definitions with actual signal names and timing diagrams. This will also include a description of the encoding and decoding algorithms used in the core for independent evaluation and a description of methods used to guarantee that the BCH core implements these algorithms correctly.
   2) User Manual for the BCH Codec Test-bench. This will include a description of the functionality included in the test-bench, instructions on how to run tests, instructions on how to modify the test bench for additional testing and also some test results.
   3) User Manual for the BCH Codec C Simulation Software. This will include a description of how the simulation mimics the BCH Codec core, a description of the interface to the software subroutines and how to compile and run the software.

Highly Confidential - Attorneys' Eyes Only

VIASAT_FEC_00015183

**273.010**