# Amendment No. 3
## to
## Codec Core Software License Agreement

ViaSat, Inc., a Delaware corporation, having its headquarters offices located at 6155 El Camino Real, Carlsbad, California 92011-1699, and having a branch office located at 4830 East 49th Street, Cuyahoga Heights, Ohio 44125, on behalf of itself and its Affiliates, severally but not jointly ("ViaSat" or "Licensor") and NetApp, Inc., a Delaware corporation, having its principal place of business at 495 East Java Drive, Sunnyvale, CA, including its Affiliates, ("NetApp" or "Licensee) for good and valuable consideration, the receipt of which is hereby acknowledged, agree to further amend by this Amendment No. 3 the Codec Core Software Licensing Agreement entered into by and between ViaSat's wholly owned subsidiary, Efficient Channel Coding, Inc. (ECC), and NetApp, Inc. on or about July 22, 2008, (the "Original Agreement"), subsequently amended by Amendment No. 1 and Amendment No. 2.

**WHEREAS**, the parties desire that the Original Agreement, as previously amended by Amendment No. 1 and Amendment No. 2, remain in full force and effect except as amended hereby;

NOW, therefore, the parties agree as follows:

1. **Section 1. (g) is revised to read as follows:**

   *(g) "Licensed Products" means any integrated circuits designed, manufactured or marketed by or on behalf of Licensee for its Virgo or Absolut product lines that incorporate all or any parts of the Licensed Materials or were designed using any of the Licensed Materials.*

2. **Section 2. (a)(i) is revised to read as follows:**

   *(i) to use the Licensed Materials, solely for Licensee's use in the design, simulation, implementation and manufacture of Licensed Products arising out of the Virgo product line using Xilinx Virtex-5 programmable logic devices or the Absolut product line, and..."*

3. **Section 2. (b) is revised to read as follows:**

   *(b) The above licenses are granted to Licensee under this Agreement subject to the Licensee's payment of a one-time up front License Fee in the amount of $75,000 for the Licensed Products for the Virgo product line and $50,000 for the Licensed Products for the Absolut product line. Such License Fees shall be payable within forty five (45) days of Licensor's invoice.*

Except as expressly provided herein, any and all terms and conditions of the original Agreement as previously amended remain unchanged continuing in full force and effect.

Defendant's
Exhibits

**D282**

TMG
12/18/2009

Highly Confidential - Attorneys' Eyes Only

VIASAT_FEC_00015364

**282.001**

IN WITNESS WHEREOF, the parties have caused this Amendment No. 3 to be executed by their duly authorized representatives as set forth below (The "Amendment No. 3 Effective Date" shall be the date of the last signature below):

VIASAT, INC.

By (*): _____
Name: Ted M. Gammell
Title: Director, Contracts
Date: _____

NetApp, Inc.

By (*): _____
Name: Michael Wais
Title: VP, Supply Chain Management
Date: 12/07/09

(*) – Delivery of an executed counterpart of a signature page to this Agreement by facsimile or email shall be effective as delivery of a manually executed counterpart of this Agreement.

Amendment No. 3 to Codec Core Software License Agreement
Page 2 of 2

Highly Confidential - Attorneys' Eyes Only

VIASAT_FEC_00015365

**282.002**