**From:** Latha Pillai <lathap@ampex.com>
**To:** Raj, Chandrasekar
**Sent:** 7/26/2013 2:15:22 PM
**Subject:** RE: EC IP Core Inquiry

Thanks Raj.

Latha

---

**From:** Raj, Chandrasekar [mailto:chandrasekar.raj@viasat.com]
**Sent:** Friday, July 26, 2013 1:17 PM
**To:** Latha Pillai
**Subject:** RE: EC IP Core Inquiry

Hello Latha - Thanks for your time. The licensing fee for the base BCH code we have is around ~$100,000. I have been in and out of meetings this afternoon. I will try to send you the details of the base code and the parity question over the weekend or worst case by Monday.
Thanks,
C.Raj...

**From:** Latha Pillai [lathap@ampex.com]
**Sent:** Friday, July 26, 2013 1:03 PM
**To:** Raj, Chandrasekar
**Subject:** RE: EC IP Core Inquiry

Hi Raj,

Thank you for calling me. When you email me the cost, would you also let me know the answer to the parity bit question?

Latha

---

**From:** Latha Pillai
**Sent:** Wednesday, July 24, 2013 2:20 PM
**To:** 'Raj, Chandrasekar'
**Subject:** FW: EC IP Core Inquiry

And also how many extra bits (ecc parity bits) are send for the 512 and 1024 byte cases.

Thanks
Latha

---

**From:** Latha Pillai
**Sent:** Wednesday, July 24, 2013 1:59 PM
**To:** 'Raj, Chandrasekar'
**Subject:** RE: EC IP Core Inquiry

Thanks Raj. One more question – cost?

Latha

---

**From:** Raj, Chandrasekar [mailto:chandrasekar.raj@viasat.com]
**Sent:** Wednesday, July 24, 2013 1:40 PM

Confidential

Defendant's
Exhibits

**D290**

VIASAT_FEC_00006906

290.001

**Subject:** Re: EC IP Core Inquiry

Hello Latha,
Just one core will handle all the configurations you requested.
Thanks,
C.Raj...

On Jul 24, 2013, at 3:58 PM, "Latha Pillai" <lathap@ampex.com> wrote:

Hi Raj,

Is this for a 512byte block with 8 correctable bits or for 1024byte block with 24 correctable bits?

Latha

---

**From:** Raj, Chandrasekar [mailto:chandrasekar.raj@viasat.com]
**Sent:** Wednesday, July 24, 2013 12:56 PM
**To:** Latha Pillai
**Subject:** RE: EC IP Core Inquiry

Hi Latha,
The initial analysis shows that our logic utilization for the 8-bit parallel Encoder / Decoder running at 125 MHz in a Virtex-5 FPGA should be approximately 25k LUTs ~ 25k Flip Flops.
Does this resource utilization fit your requirements? Let me know.

Regards,
C.Raj...

**From:** Latha Pillai [mailto:lathap@ampex.com]
**Sent:** Tuesday, July 23, 2013 2:08 PM
**To:** Raj, Chandrasekar
**Subject:** RE: EC IP Core Inquiry

Sure.

Latha

---

**From:** Raj, Chandrasekar [mailto:chandrasekar.raj@viasat.com]
**Sent:** Tuesday, July 23, 2013 11:04 AM
**To:** Latha Pillai
**Subject:** RE: EC IP Core Inquiry

Thanks Latha. We are working on giving you the resource utilization, hoping to get it to you in a day or two.

Regards,
Chandra...

**From:** Latha Pillai [mailto:lathap@ampex.com]
**Sent:** Monday, July 22, 2013 12:12 PM
**To:** Raj, Chandrasekar
**Subject:** RE: EC IP Core Inquiry

Hi Raj,

Please see my comments in green.

Confidential

VIASAT_FEC_00006907

**290.002**

- Ampex needs form us a FEC core that runs in a Xilinx Virtex-5 FPGA.
  - o Correct
- This needs to run at 125 MHz and 8-bit parallel a total of 1 Gbps speed
  - o Correct
- The core needs to be able to support multiple information bits sizes (4096 or 8192 bits)
  - o Please see reply to the next point.
- The core needs to be able to support multiple bit correction options (1, 4, 8, or 24 bits) per the information bits sizes
  - o The core needs to correct 8 bits per 512 byte blocks and/or 24 bits per 1024 byte blocks. These are defined by the memory vendor.
- The core can use upto 128, 224, 448 or 640 bits of parity (as per Latha's e-mail) to help support the various information block sizes and correction capacity
  - o Didn't understand this question. Which email from me are you referring to?

*[CR]*

   *[CR]* Please see below
- *[CR]* Existing Samsung 32Gb device with 16Gb SLC dual-die (K9KAG08U0M)
  - – *Page = 4096 +* **128**; *1-bit ECC per (512+16) bytes block.*
- New Samsung 32Gb device with 16Gb SLC dual-die (K9KBG08U1M)
  - – *Page = 8192 +* **640**; *24-bit ECC per (1024+80) bytes block.*
- Micron 32Gb device with 16Gb SLC dual-die (MT29F32G08AFABA)
  - – *Page = 4096 +* **224**; *4-bit ECC per (512+28) bytes block.*
- Micron 32Gb device with 32Gb SLC single-die (MT29F32G08ABAAA)
  - – *Page = 8192 +* **448**; *8-bit ECC per (512+28) bytes block.*
- Micron 64Gb device with 64Gb MLC single-die (MT29F64G08CBAAA)
  - – *Page = 8192 +* **448**; *24-bit ECC per (1024+56) bytes block.*

Thanks
Latha

---

**From:** Raj, Chandrasekar [mailto:chandrasekar.raj@viasat.com]
**Sent:** Monday, July 22, 2013 9:04 AM
**To:** Latha Pillai
**Subject:** FW: EC IP Core Inquiry

Hello Latha,
Sorry I was not able to send this email on Friday as promised. Please see below, can you confirm the following & or comments.

Regards,
Raj…

Here's a summary of what we think the requirements are.

- Ampex needs form us a FEC core that runs in a Xilinx Virtex-5 FPGA.
- This needs to run at 125 MHz and 8-bit parallel a total of 1 Gbps speed
- The core needs to be able to support multiple information bits sizes (4096 or 8192 bits)
- The core needs to be able to support multiple bit correction options (1, 4, 8, or 24 bits) per the information bits sizes
- The core can use upto 128, 224, 448 or 640 bits of parity (as per Latha's e-mail) to help support the

Confidential

VIASAT_FEC_00006908

**290.003**

various information block sizes and correction capacity

Are there any other interface requirements for the Encoder and Decoder?
Do we get the data and parity on different busses or the same busses?
Do you need to handle 1-channel in a FPGA or they will be using multiple copies of the core?

Once you can confirm our understanding of requirements and needs is correct we will get back with the utilization numbers.

---

**From:** Raj, Chandrasekar
**Sent:** Friday, July 19, 2013 3:46 PM
**To:** Latha Pillai
**Subject:** RE: EC IP Core Inquiry

Thanks Latha for the follow up. I just spoke with my tech team.
You should be getting some more questions by end of the day today.
Sorry about the delay.

Regards,
C.Raj…

---

**From:** Latha Pillai [mailto:lathap@ampex.com]
**Sent:** Friday, July 19, 2013 3:40 PM
**To:** Raj, Chandrasekar
**Subject:** RE: EC IP Core Inquiry

Hi Raj,

Just checking to see if you have any updates for me.

Thanks
Latha

---

**From:** Raj, Chandrasekar [mailto:chandrasekar.raj@viasat.com]
**Sent:** Wednesday, July 17, 2013 11:54 AM
**To:** Latha Pillai
**Subject:** RE: EC IP Core Inquiry

Thanks Latha. I will get back to you with a response by this Friday.
Can you please provide a timeline? when would you make a buy decision and what time would you need this IP to put it your product.

Regards,
Raj…

---

**From:** Latha Pillai [mailto:lathap@ampex.com]
**Sent:** Tuesday, July 16, 2013 5:40 PM
**To:** Raj, Chandrasekar
**Subject:** RE: EC IP Core Inquiry

Hi Raj,

Thank you for the quick response.

---

Confidential

**290.004**

VIASAT_FEC_00006909

Our goal is to have a configurable ECC block such that it can be used on MLC and SLC NAND flash device from different manufacturer.

The chips we are looking at are the following:

- Existing Samsung 32Gb device with 16Gb SLC dual-die (K9KAG08U0M)
    - *Page = 4096 + 128; 1-bit ECC per (512+16) bytes block.*
- New Samsung 32Gb device with 16Gb SLC dual-die (K9KBG08U1M)
    - *Page = 8192 + 640; 24-bit ECC per (1024+80) bytes block.*
- Micron 32Gb device with 16Gb SLC dual-die (MT29F32G08AFABA)
    - *Page = 4096 + 224; 4-bit ECC per (512+28) bytes block.*
- Micron 32Gb device with 32Gb SLC single-die (MT29F32G08ABAAA)
    - *Page = 8192 + 448; 8-bit ECC per (512+28) bytes block.*
- Micron 64Gb device with 64Gb MLC single-die (MT29F64G08CBAAA)
    - *Page = 8192 + 448; 24-bit ECC per (1024+56) bytes block.*

The FPGA clock frequency is 125MHz and the channel is 8 bits wide.

Thanks
Latha

---

**From:** Raj, Chandrasekar [mailto:chandrasekar.raj@viasat.com]
**Sent:** Tuesday, July 16, 2013 1:58 PM
**To:** Latha Pillai
**Subject:** RE: EC IP Core Inquiry

Thanks for your email Latha. We have FECs for this application. However I have some questions.
I would like to understand whether it's Multi Level NAND or single level NAND. Do you happen to have the failure rate so we can propose FECs accordingly.
Can you give me the exact part# you are looking at so I can give you a better estimate on sizing. What is the clock freq. supplied to the FPGA?
What is the channel data rate?

Regards,
Raj...

Chandrasekar Raj
ViaSat, Inc. Cleveland Division
Tel 216 706 7646
Email Chandra.Raj@viasat.com

---

**From:** Latha Pillai [mailto:lathap@ampex.com]
**Sent:** Tuesday, July 16, 2013 4:54 PM
**To:** IPCores
**Subject:** EC IP Core Inquiry

Hi,

I'm currently evaluating error correction IPs for a NAND flash application and came across your site. Would you please provide me with some more information on your core regarding speed, size (logic utilization), errors correctable per 512 blocks and 1024 blocks, and the cost? The implementation will be on Xilinx Virtex -5 FPGA.

Thank you and looking forward to hearing from you.

Latha Pillai

Confidential

VIASAT_FEC_00006910

**290.005**

**290.006**

Confidential

VIASAT_FEC_00006911