| Condition | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 認定 Phase | Model | SoC | NAND | Die,pl | YOK /KIW | 評価 | Offline DR条件(Ea) | PEcyc | M/N |
| DVT | **PM7** | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | A0X03F00000187 |
| DVT | **PM7** | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | A0X03F00000194 |
| DVT | **PM7** | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | A0X03F00000195 |
| DVT | **PM7** | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | A0X03F00000199 |
| DVT | **PM7** | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | A0X03F00000208 |
| DVT | **PM7** | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | A0X03F00000228 |
| DVT | **PM7** | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | A0X03F00000232 |
| DVT | **PM7** | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | A0X03F00000233 |
| DVT | **PM7** | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | A0X03F00000242 |
| DVT | **PM7** | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | A0X03F00000260 |
| DVT | PM7 | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | Total クラスタ数 |
| DVT | PM7 | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | 発生率 ppm |
| DVT | PM7 | Elnath | BiCS5 | 512Gb 2pl | YOK | DR/UBER | HTDR(Ea=0.5) | 17.1k | 成功率 % |

| Condition | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 認定 Phase | Model | SoC | NAND | Die,pl | YOK /KIW | 評価 | Offline DR条件(Ea) | PEcyc | M/N |
| DVT | **PM5** | Deneb | BiCS3 | 256Gb 2pl | YOK | DR | HTDR(Ea=1.0) | 11.7k | A0W0FD0000077 |
| DVT | **PM5** | Deneb | BiCS3 | 256Gb 2pl | YOK | DR | HTDR(Ea=1.0) | 11.7k | A0W0FD0000083 |
| DVT | **PM5** | Deneb | BiCS3 | 256Gb 2pl | YOK | DR | HTDR(Ea=1.0) | 11.7k | A0W0FD0000084 |
| DVT | **PM5** | Deneb | BiCS3 | 256Gb 2pl | YOK | DR | HTDR(Ea=1.0) | 11.7k | A0W0FD0000093 |
| DVT | **PM5** | Deneb | BiCS3 | 256Gb 2pl | YOK | DR | HTDR(Ea=1.0) | 11.7k | A0W0FD0000098 |
| DVT | **PM5** | Deneb | BiCS3 | 256Gb 2pl | YOK | DR | HTDR(Ea=1.0) | 11.7k | A0W0FD0000101 |
| DVT | **PM5** | Deneb | BiCS3 | 256Gb 2pl | YOK | DR | HTDR(Ea=1.0) | 11.7k | A0W0FD0000118 |
| DVT | **PM5** | Deneb | BiCS3 | 256Gb 2pl | YOK | DR | HTDR(Ea=1.0) | 11.7k | A0W0FD0000128 |
| DVT | PM5 | Deneb | BiCS3 | 256Gb 2pl | YOK | DR | HTDR(Ea=1.0) | 11.7k | Total クラスタ数 |
| DVT | PM5 | Deneb | BiCS3 | 256Gb 2pl | YOK | DR | HTDR(Ea=1.0) | 11.7k | 発生率 ppm |
| DVT | PM5 | Deneb | BiCS3 | 256Gb 2pl | YOK | DR | HTDR(Ea=1.0) | 11.7k | 成功率 % |

| Condition | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 認定 Phase | Model | SoC | NAND | Die,pl | YOK /KIW | 評価 | Offline DR条件(Ea) | PEcyc | M/N |
| DVT | **PM4** | Canopus | 15nm | 128Gb 4pl | YOK | DR | HTDR(Ea=1.0) | 30.6k | A0W0B40000033 |
| DVT | **PM4** | Canopus | 15nm | 128Gb 4pl | YOK | DR | HTDR(Ea=1.0) | 30.6k | A0W0B40000078 |
| DVT | **PM4** | Canopus | 15nm | 128Gb 4pl | YOK | DR | HTDR(Ea=1.0) | 30.6k | A0W0B40000104 |
| DVT | **PM4** | Canopus | 15nm | 128Gb 4pl | YOK | DR | HTDR(Ea=1.0) | 30.6k | A0W0B40000105 |
| DVT | **PM4** | Canopus | 15nm | 128Gb 4pl | YOK | DR | HTDR(Ea=1.0) | 30.6k | A0W0B40000125 |
| DVT | **PM4** | Canopus | 15nm | 128Gb 4pl | YOK | DR | HTDR(Ea=1.0) | 30.6k | A0W0B40000151 |
| DVT | PM4 | Canopus | 15nm | 128Gb 4pl | YOK | DR | HTDR(Ea=1.0) | 30.6k | Total クラスタ数 |
| DVT | PM4 | Canopus | 15nm | 128Gb 4pl | YOK | DR | HTDR(Ea=1.0) | 30.6k | 発生率 ppm |
| DVT | PM4 | Canopus | 15nm | 128Gb 4pl | YOK | DR | HTDR(Ea=1.0) | 30.6k | 成功率 % |

PM4_PM5_PM7_DVTWRDT結果サマリ

670.001

Defendant's Exhibits

D670

| 総Read | Read Retries Succeeded | Vth Tracking+HB Succeeded | 1st FSB Succeeded | 1st L3 Succeeded | 2nd FSB Succeeded | 2nd L3 Succeeded | L4 Succeeded | L4 Fail = Unreccoverable |
|---|---|---|---|---|---|---|---|---|
| 6.5.E+07 | 398,459 | 694,900 | 624,841 | 0 | 0 | 0 | 0 | 0 |
| 6.3.E+07 | 414,158 | 703,506 | 474,752 | 0 | 0 | 0 | 0 | 0 |
| 6.6.E+07 | 356,745 | 739,823 | 642,484 | 0 | 0 | 0 | 0 | 0 |
| 6.2.E+07 | 369,145 | 698,054 | 546,280 | 0 | 0 | 0 | 0 | 0 |
| 7.3.E+07 | 413,277 | 795,334 | 897,179 | 1 | 0 | 0 | 0 | 0 |
| 7.2.E+07 | 403,847 | 830,705 | 831,356 | 0 | 0 | 0 | 0 | 0 |
| 6.5.E+07 | 303,875 | 814,625 | 618,925 | 180 | 403 | 0 | 0 | 0 |
| 7.3.E+07 | 266,704 | 717,741 | 911,275 | 0 | 0 | 0 | 0 | 0 |
| 6.5.E+07 | 374,785 | 725,031 | 589,973 | 0 | 0 | 0 | 0 | 0 |
| 6.5.E+07 | 284,751 | 701,834 | 643,261 | 0 | 0 | 0 | 0 | 0 |
| 6.7.E+08 | 3,585,746 | 7,421,553 | 6,780,326 | 181 | 403 | 0 | 0 | 0 |
| - | 5,361 | 11,097 | 10,138 | 0 | 1 | 0 | 0 | 0 |
| - | 20.16 | 52.26 | 99.99 | 30.99 | 100.00 | - | - | - |

*Read recovery stats after 40℃/3mo Data retention @ EOL P/E cycles*

| Total Reads | Read Retries Succeeded | Vth Tracking+HB Succeeded | FSB Succeeded | L3 Succeeded | - | - | L4 Succeeded | L4 Fail = Unreccoverable |
|---|---|---|---|---|---|---|---|---|
| 3.5.E+06 | 58 | - | - | 0 | - | - | 0 | 0 |
| 3.7.E+06 | 59 | - | - | 0 | - | - | 0 | 0 |
| 3.4.E+06 | 19 | - | - | 0 | - | - | 0 | 0 |
| 3.4.E+06 | 81 | - | - | 0 | - | - | 0 | 0 |
| 3.8.E+06 | 56 | - | - | 0 | - | - | 0 | 0 |
| 2.7.E+06 | 72 | - | - | 0 | - | - | 0 | 0 |
| 3.4.E+06 | 53 | - | - | 0 | - | - | 0 | 0 |
| 3.8.E+06 | 40 | - | - | 0 | - | - | 0 | 0 |
| 2.8.E+07 | 438 | - | - | 0 | - | - | - | 0 |
| - | 16 | - | - | 0 | - | - | - | 0 |
| - | 100.00 | - | - | - | - | - | - | - |

*Read recovery stats after 40℃/3mo Data retention @ EOL P/E cycles*

| Total Reads | Read Retries Succeeded | - | - | L3/L4 Succeeded | - | - | - | L4 Fail = Unreccoverable |
|---|---|---|---|---|---|---|---|---|
| 2.9.E+07 | 66399 | - | - | 0 | - | - | - | 0 |
| 2.7.E+07 | 73763 | - | - | 0 | - | - | - | 0 |
| 3.0.E+07 | 110940 | - | - | 0 | - | - | - | 0 |
| 3.1.E+07 | 76669 | - | - | 0 | - | - | - | 0 |
| 2.8.E+07 | 102656 | - | - | 0 | - | - | - | 0 |
| 3.1.E+07 | 88299 | - | - | 0 | - | - | - | 0 |
| 1.8.E+08 | 518,726 | - | - | 0 | - | - | - | 0 |
| - | 2,949 | - | - | 0 | - | - | - | 0 |
| - | 100.00 | - | - | - | - | - | - | - |

PM4_PM5_PM7_DVTWRDT結果サマリ

**670.002**

| クラスタ潰し (OfflineDR後の1Pass Read"前") | | | | | | | | Variable ECC step | | | | | | | |
| C24 | C23 | C22 | C21 | C20 | C19 | C18 | 平均CC率 | C24 | C23 | C22 | C21 | C20 | C19 | C18 | % of non-default ECC steps |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52,416 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | 50,210 | 2,206 | 0 | 0 | 0 | 0 | 0 | 4.2% |
| 52,416 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | 50,480 | 1,936 | 0 | 0 | 0 | 0 | 0 | 3.7% |
| 52,416 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | 49,685 | 2,731 | 0 | 0 | 0 | 0 | 0 | 5.2% |
| 52,416 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | 50,575 | 1,841 | 0 | 0 | 0 | 0 | 0 | 3.5% |
| 52,416 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | 50,144 | 2,272 | 0 | 0 | 0 | 0 | 0 | 4.3% |
| 52,416 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | 49,026 | 3,390 | 0 | 0 | 0 | 0 | 0 | 6.5% |
| 52,416 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | 50,499 | 1,917 | 0 | 0 | 0 | 0 | 0 | 3.7% |
| 52,416 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | 49,525 | 2,891 | 0 | 0 | 0 | 0 | 0 | 5.5% |
| 52,416 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | 51,045 | 1,371 | 0 | 0 | 0 | 0 | 0 | 2.6% |
| 52,416 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | 50,128 | 2,288 | 0 | 0 | 0 | 0 | 0 | 4.4% |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| クラスタ潰し (OfflineDR後の1Pass Read"前") | | | | | | | | Variable ECC step | | | | | | | |
| C24 | C23 | C22 | C21 | C20 | C19 | C18 | 平均CC率 | C24 | C23 | C22 | C21 | C20 | C19 | C18 | % of non-default ECC steps |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20,333 | 3 | 0 | 0 | 0 | 0 | 1.030 | - | 20,329 | 7 | 0 | 0 | 0 | 0 | 0.0% |
| - | 20,310 | 81 | 1 | 0 | 0 | 0 | 1.004 | - | 20,300 | 91 | 1 | 0 | 0 | 0 | 0.5% |
| - | 20,323 | 25 | 6 | 6 | 8 | 0 | 1.017 | - | 20,323 | 25 | 6 | 6 | 8 | 0 | 0.2% |
| - | 20,320 | 72 | 0 | 0 | 0 | 0 | 1.004 | - | 20,319 | 73 | 0 | 0 | 0 | 0 | 0.4% |
| - | 20,375 | 17 | 0 | 0 | 0 | 0 | 1.001 | - | 20,371 | 21 | 0 | 0 | 0 | 0 | 0.1% |
| - | 20,342 | 41 | 1 | 0 | 0 | 0 | 1.011 | - | 20,342 | 41 | 1 | 0 | 0 | 0 | 0.2% |
| - | 20,386 | 6 | 0 | 0 | 0 | 0 | 1.000 | - | 20,376 | 16 | 0 | 0 | 0 | 0 | 0.1% |
| - | 20,373 | 3 | 0 | 0 | 0 | 0 | 1.009 | - | 20,373 | 3 | 0 | 0 | 0 | 0 | 0.0% |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| クラスタ潰し (OfflineDR後の1Pass Read"前") | | | | | | | | Variable ECC step | | | | | | | |
| C16 | C15 | C14 | C13 | C12 | - | - | 平均CC率 | C16 | C15 | C14 | C13 | C12 | - | - | % of non-default ECC steps |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128 | 6542 | 33 | 0 | 0 | - | - | 0.986 | 128 | 6542 | 33 | 0 | 0 | - | - | 98.1% |
| 36 | 3931 | 2727 | 5 | 2 | - | - | 1.404 | 36 | 3931 | 2727 | 5 | 2 | - | - | 99.5% |
| 36 | 3408 | 3250 | 9 | 0 | - | - | 1.482 | 36 | 3408 | 3250 | 9 | 0 | - | - | 99.5% |
| 475 | 5680 | 547 | 1 | 0 | - | - | 1.011 | 475 | 5680 | 547 | 1 | 0 | - | - | 92.9% |
| 59 | 3411 | 3045 | 62 | 125 | - | - | 1.520 | 59 | 3411 | 3045 | 62 | 125 | - | - | 99.1% |
| 782 | 4673 | 1106 | 141 | 1 | - | - | 1.091 | 782 | 4673 | 1106 | 141 | 1 | - | - | 88.3% |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |