**TOSHIBA**

社外秘

# Phoenix/Condor-M3

---

## DM（ Recovery）

---

## internal design specifications

---

Co., Ltd.  Toshiba

TOSHIBA  CORPORATION



**JOINT EXHIBIT**

Viasat v. Kioxia

**JX8**

**TOSHIBA**

No.

TOSHIBA CONFIDENTIAL

TOTAL          CONT. ON 2      PAGE No.  1

Joint Exhibit JX8, page 2 of 58

**TOSHIBA**

TITLE: Development code name Development target name document name

| REV No. | date DATE | article CONTENTS | Department DEP. | in charge REVISED | investigation INV. | approval APP'D |
|---|---|---|---|---|---|---|
| 00 | 20yy/mm/dd | First edition issued | ( FW 2 ) | | | |

No.

TOSHIBA CONFIDENTIAL

CONT. ON 4      PAGE NO. 3

**TOSHIBA**

eye  Next

1.Overview    5 _    6_    6submodule7    8reading26    42statistical information35    54parameters when accessing    58

---

No.

_____

TOSHIBA CONFIDENTIAL                    CONT. ON 5       PAGE NO.  4

**TOSHIBA**

## 1. overview

This document is a submodule of the functional block DM of the backend FW of the enterprise SSD Phoenix-M2 " Recovery " describe the internal design of

## 2. Reference material

| Document number | Document Title | version | Storage location |
|---|---|---|---|
| 10-0307 | P-M3-FW basic design specification.docx | | |
| 01-0306 | Data Manager requirements specification | | |
| 11-0310 | Data Manager External Design Specifications | | |
| 11-0313 | System Manager external design specifications | | |
| 11-0314 | Phoenix-M3 Sequencer External Design Specifications | | |

## 3. Changes from M2 (overview)

· In M2, the L3 correction process that was performed by the Sequencer was removed from the Sequencer by L3DEC, so that responsibility was taken over by the DM.Log clusters are restored as much as possible by performing LCA Read even if L3 correction fails .

· Vth Tracking (Distribution) Read ) is performed before L3 normal correction ( repetitive correction ) to increase the probability of success in L3 normal correction

· Regarding memory repair, an error is detected by an interrupt, error repair is performed by DM, Sequencer, and FrontEnd, and the completion is guaranteed (M2 does not wait for the completion of repair).

· The error information notification from the sequencer and the L3 correction request unit are changed from 2 sectors to 1 cluster (2 sectors x 4 ) .

No.

TOSHIBA CONFIDENTIAL

CONT. ON 6      PAGE NO.  5

**TOSHIBA**

No.

TOSHIBA CONFIDENTIAL

CONT. ON 7     PAGE NO.  6

Joint Exhibit JX8, page 6 of 58

**TOSHIBA**

# 4. Modular structure

The main modules in DM_Recovery are shown below .



## Description of each module

| name | Role |
|---|---|
| DM_Recovery (Recovery control ) | Initialize variables (error count, etc.) used in the entire module, and distribute processes according to the contents of error messages. |
| DM_Recovery_Refresh (Refresh ) | Refresh the corresponding logic block for which the error was notified |
| DM_Recovery_L3Recovery (L3ECC correction) | A module that restores data with the L3Decoder in the Sequencer |
| DM_Recovery_VthRead (Vth measurement ) | For clusters that were RetryNG, derive the optimum setting value from the voltage / cell value and reload |
| DM_Recovery_ LogRecovery ( Log Cluster Correction ) | Repair data with LCA_Read |
| DM_Recovery_ Memory ( DRAM error recovery ) | Detect and repair memory errors |
| DM_Recovery_E3C (E3C error handling ) | Respond to notifications of E3C errors |

# 5. Processing of each submodule

No.

TOSHIBA CONFIDENTIAL

CONT. ON 8      PAGE NO.  7

**TOSHIBA**

## 5.1 Recovery control（DM_Recovery）

It serves as an interface that accepts requests for refresh, L3 correction, etc. from other functional modules（Main, Block, Patrol.）within DM and transfers control to subsequent submodules.

## 5.2 Refresh（DM_Recovery_Refresh）

### 5.2.1    overview

Upon receiving an error notification from the sequencer, it records refresh processing, cluster crushing reservation, and error information in the statistical information and event log for the corresponding logical block.

#### 5.2.1.1  Changes from M2

· <u>Receiving error information</u>

The Sequencer collectively notifies error occurrence information for one cluster（every two sectors for M2).All cluster information that could not be corrected by L1ECC is notified to the DM.

· <u>Consolidation of refresh processing</u>

In M2, Refresh was performed by Recovery, Patrol, etc., but the Recovery part is responsible so that operations such as Refresh prohibition and judgment of Refresh threshold can be done with one hand.

· <u>L2 ECC _  Cancellation of corrections</u>

The L2ECC correction function is gone in M3（because the correction capability is the same as L1ECC).L2ECC information on statistics is replaced with L1ECC information

· <u>L3  ECC  Refresh when correcting</u>

Also for other errors detected during L3 correction processing, perform Refresh and cluster crushing reservation (M2 only refreshes the cluster where the error occurred)

No.

TOSHIBA CONFIDENTIAL

CONT. ON 9        PAGE NO.  8

**TOSHIBA**

### 5.2.2    Normal Refresh

### 5.2.2.1   Determining the necessity of Refresh

Recovery appropriately refreshes the logical block (preferred compaction registration) according to the cause.As a precondition, Refresh is required when the number of Shift-Read stages exceeds M stages ( TBD) when the Sequencer performs RetryRead. If the number is less than M stages, Refresh processing is not performed.(#10023).

| error location | L1/L3 correctable ( Exceeds Refresh threshold ) | L3 Uncorrectable |
|---|---|---|
| Host Read | Refresh logical blocks with error notifications | Refresh logical blocks with error notifications |
| Compaction Read | After the data is moved by compaction, the corresponding block will eventually become a free block . | The corresponding block is treated as Unrecovered and compacted to become a Free block, so Refresh is not performed.In anticipation of the situation where compaction does not progress, perform Refresh (preferred compaction registration) |
| Compaction original log Read | After the data is moved by compaction, the corresponding block will eventually become a free block . | Compaction is progressing because LCA Read has restored the compaction source log .In anticipation of the situation where compaction does not progress, perform Refresh (preferred compaction registration) |
| Compaction destination log read | Refresh the logical block with the error notification . | It is read when compaction is restarted after startup, but it is meaningless to repair it because the information is insufficient for LCA Read.Since the corresponding block is treated as free, it does not refresh even if there is an error notification <TBD >. |
| LUTs 3rd table read – | Refresh the logical block with the error notification . | Since LUT3rdTable cannot be restored at startup, transition to failure mode in Mainb part ( *) |
| LUT log | Refresh the logical block with the error notification . | Since the LUT3rdTable cannot be restored at startup, it transitions to failure mode in Main ( *) |

No.

TOSHIBA CONFIDENTIAL

CONT. ON 10      PAGE NO.  9

**TOSHIBA**

| WB Dirty Log | Since it is in the emergency evacuation destination, especially Refresh is not performed | WB at startup Main _ _ <br><br> Transition to failure mode with ( *) |
|---|---|---|
| Emergency evacuation destination | Do not refresh | Since SnapShot cannot be restored at startup, it transitions to failure mode in Main. |
| SnapShot | Do not refresh | Since SnapShot cannot be restored at startup, it transitions to failure mode in Main. |

( *) <TBD> detected by Sequencer and faulted by DM (Main)

Logs that are written multiple times, logical blocks for 2nd $^{pointers}$ , and fixed management areas are not refreshed.

### 5.2.2.2  Judgment of various thresholds during Refresh

A Shift-Read pattern is specified when the Sequencer executes RetryRead, but if the number of stages of the Shift-Read pattern exceeds M (T. BD ) stages (1<M<N(Max)), an error occurs. ~~increment ReadErrorCount~~ for the physical block set containing the cluster .Once added, do not add until the block is erased.When ~~the ReadErrorCount has reached X (TBD) times, the cluster crush rate of the physical block set containing the physical block that caused the error is changed (this determination is made in the Block section)~~ .For clusters ~~whose RetryRead could not be read in N rounds~~ ,increase the cluster crushing rate ~~of the corresponding physical block set (15/05 revision)~~ .Also, when the L3 correction fails, the corresponding physical block group is immediately BadBlocked.

| RetryRead failed <br><br> ( Shift pattern M stage or higher ) | RetryRead correction failure ( N stage ) <br><br> (L3 correction successful) | L3 correction failure |
|---|---|---|
| **Cluster crush** reservation <br><br> ~~ReadError Update Count~~ | Cluster crush reservation | BadBlock reservation |

( *) Reserved because the actual execution is performed at the timing when the corresponding logical block is erased .

( *) Depending on the characteristics of the NAND, if L3 correction fails, it may not be registered as BadBlock immediately because the NAND usage area is less likely to be consumed if the clusters are crushed first.

No.

TOSHIBA CONFIDENTIAL

CONT. ON 11      PAGE NO.  10

**TOSHIBA**

( *) If you register with BadBlock immediately, leave the cluster crushing rate as it is.In order to see the distribution of the cluster crushing rate when badblocking later, the cluster crushing information is included in the event information

### 5.2.2.3  Record statistics / event logs

Depending on the error information, update the statistical information, event log, and FW shared information as appropriate.For details, refer to P-M3-DM Statistical Information List.xlsx

No.

TOSHIBA CONFIDENTIAL                          CONT. ON 12     PAGE NO.  11

**TOSHIBA**

### 5.2.3    Refresh when starting DM

Refresh processing cannot be performed immediately after startup because DM preparation has not been completed.Refresh can be accepted after preparation of the management table in DM is completed.Error information notified before that time shall be discarded.The types of startup errors and their responses are as follows.

| readout module | error location | Error handling |
|---|---|---|
| Sequencer | SnapShot (emergency evacuation destination ) | The refresh process for the notified error is not performed because the modules in DM and the statistical information table have not yet been prepared.No stats registration |
| | LUT3rd area | Since the DM internal module is already ready, perform normal Refresh processing.Registration of statistical information is not carried out |
| DM (Persistence) | 2nd Root Pointer | Processed by Persistence |
| | Fixed management area | Processed by Persistence |

When Refresh is performed, there is a high possibility that the data is garbled due to retention immediately after startup, so the cluster crush rate and the number of ReadError occurrences are not updated.Only blocks that have been rewritten after power-on shall be targeted (this determination is made in the Block section ).

No.

TOSHIBA CONFIDENTIAL    CONT. ON 13    PAGE NO.  12

**TOSHIBA**

### 5.2.4   Integrity (Patrol & Read Disturb) Refresh

Recovery accepts Refresh requests from DM_Integrity due to the consolidation of criteria for determining whether Refresh is necessary.There are two types of Refresh requests, one that immediately executes Refresh processing, and the other that refreshes after judging the necessity of Refresh based on the number of RetryReads.DM_Integrity notifies Recovery of the target physical block group with the most serious symptoms ( largest number of Shift stages during RetryRead ) , and appropriately refreshes the physical block group with an error.

Regarding the judgment that Refresh is necessary, we will reply as follows .

| No refresh | threshold shift | Return value |
|---|---|---|
| **No refresh** | | No refresh<br><br>(<br><br>DM_RECOVERY_RESULT_INVALID<br>) |
| **allow refresh** | Shift-Index at Retry is less than M stages | threshold not exceeded<br><br>(<br><br>DM_RECOVERY_RESULT_NOT_OVER ) |
| | Shift-Index at Retry is M or more | exceeds the threshold<br><br>( DM_RECOVERY_RESULT_OVER ) |

### 5.2.5   Read Continuous Refresh

In Read Continuous mode, even if HostRead fails to correct L1, RetryRead is not performed and the data is returned to the host as it is.At that time, the Sequencer notifies the error occurrence information, so the Refresh process starts, but the Sequencer puts in the error information that RetryRead is not executed (Retry: 0), so the Refresh process is not executed.

No.

CONT. ON 14     PAGE NO.  13

**TOSHIBA**

### 5.2.6    Delayed refresh and immediate refresh

~~refresh is performed immediately after an error notification , processing performance will be affected .In that case, select the refresh mode based on the policy below without registering the priority compaction for Refresh in Recovery .After receiving an error notification from the Sequencer , Recovery determines the type of refresh request, and then selects whether to register priority compaction by itself or to perform delayed refresh in the regular execution routine of Block .~~

~~For LUT blocks, errors are detected at startup and patrol .Blocks may be exhausted due to data retention.Therefore, the LUT block should be refreshed immediately.~~

~~When an error notification requiring immediate refresh is received in the same logical block after the delay refresh registration, the content of the delay refresh registration is canceled and the immediate refresh operation is performed so as not to perform unnecessary refresh processing.If an error requiring delayed refresh occurs after immediate refresh registration, delay refresh is not registered.~~

(Revised 15/06)

Delayed refresh was not implemented due to various reasons.Refresh is not performed in cases other than the following .

No.

TOSHIBA CONFIDENTIAL

CONT. ON 15    PAGE NO.  14

**TOSHIBA**

| refresh request | kinds | refresh mode |
|---|---|---|
| user lead  refresh | RetryRead Successful | ~~Delay~~ → immediate refresh |
|  | RetryRead failed | Immediate refresh |
| patrol  refresh | Successful Retry ( More than ShiftM stage and less than N stage ) | ~~Delay~~ → immediate refresh |
|  | Retry failed | Immediate refresh |
|  | forced refresh | Immediate refresh |
| LUT refresh | Read error detection | Immediate refresh |
|  | Patrol detection | Immediate refresh |
| HOLD block refresh |  | Immediate refresh |
| DST refresh |  | Immediate refresh |
| lead disturb |  | Immediate refresh |

### 5.2.7    About Refreshing Writing Blocks

If the L3 correction is not possible for the halfway written block, further writing is forcibly terminated, and priority compaction is performed as the halfway written block.To check the block being written, check the state of the block.

### 5.2.8    About the behavior when the Refresh module is started

For the refresh threshold, the provisional value ~~set by the product default information Recovery set by SysM~~ is copied to the FW shared information at boot time.Recovery reads FWk shared information and uses it as a threshold for refresh.

(As of 15/07: The refresh threshold is set to 14 stages)

### 5.2.9    Read error rate measurement

Recovery is responsible for measuring the ReadError rate periodically (every 10 minutes).The ReadError rate is calculated by measuring the number of Reads and the number of Errors within a certain period for a specific logic block .A specific logical block is selected from the logical block with the maximum number of times of erasure and the logical block with the average number of times of erasure.Do not sort by purpose of use (host or compaction, etc.).

No.

TOSHIBA CONFIDENTIAL

CONT. ON 16    PAGE NO.  15

**TOSHIBA**

When measuring the ReadError rate, the above two pieces of logical block information are sent to the Sequencer.The Sequencer increments a counter in a dedicated area of the SharedDMEM area when an error for that block is reported.Recovery reads values from SharedDMEM and records error information in increments since last time.

No.

TOSHIBA CONFIDENTIAL                                    CONT. ON 17     PAGE NO.  16

**TOSHIBA**

### 5.2.10    Changes in Phoenix-M4

### 5.2.10.1 About how to proceed with cluster crushing

Phoenix -M4 has different conditions for M3 , ShiftRead Table , cluster crushing , and bad block registration due to the characteristics of 15nmNAND .

|  | M3 _ | M4 _ |
|---|---|---|
| **Shift Read Index** | 0 to 1 6 stages | 0 to 3 2 steps |
| **Cluster crushing condition（ HostRead）** | RetryOK or RetryNG ( including L3 correction）at ShiftIndex 8 or higher for rewritten logical blocks , proceed with cluster crushing . | If the rewritten logical block is read with the L2P index, and the Shift -Index is 16 or higher and the result is RetryOK or RetryNG (including L3 correction ) |
| **Cluster crushing condition（ PatrolRead）** | If the cluster crushing rate is 15/16 or 16/16 for the rewritten logical block If the ShiftIndex is 16 or higher and the result is RetryOK or RetryNG , proceed with cluster crushing. | If the cluster crushing rate is 13/16 , 14/16 , 15/16 , 16/16 for the rewritten logical block , return to ShiftIndex 0 stage, and if it is RetryOK or RetryNG exceeding 0 stage to proceed with cluster crushing.<br><br>cluster crushing 12/16 , ShiftIndex is read with L2P Index, and if R etry OK or R etry NG exceeding 16 stages, advance cluster crushing |

No.

TOSHIBA CONFIDENTIAL    CONT. ON 18    PAGE NO.  17

**TOSHIBA**

## 5.3 L3ECC correction

### 5.3.1    Error remediation overview

The L3DEC installed in the Sequencer of M2 is no longer in M3, and the responsibility of L3 correction processing has been transferred to BackEnd ( DM + SysM ).As an overall M3 processing flow, the processing from the occurrence of an error to the completion of L3ECC correction is as follows.



**TOSHIBA**

| | |
|---|---|
| L1ECC Correction Processing : (NANDC) | NANDC itself corrects read errors from NANDC using the ECC correction code attached to the data |
| RetryRead correction processing : (Sequencer) | If the L1ECC cannot be corrected, the Sequencer sets the Shift pattern for NAND reading to NANDC and makes NANDC read again. |
| **L3 correction processing : ( DM+SysM )** | If it cannot be corrected by RetryRead correction processing, it performs correction processing using the L3 cluster allocated to each logical page according to the request from the Sequencer. |
| **LCA Read: ( DM+SysM )** | If the error cannot be corrected by the L3 correction process, and if the cluster that caused the error is a log cluster, use the LCA value in the logical page to restore the log cluster as much as possible. |

### 5.3.2    Flow of L3 correction processing

The main steps are：

1.  Collect data of 72 symbols (2 sectors in 1 cluster) ( details follow )

    (ア) Change the Shift value as necessary and perform RetryRead

    (イ) Perform VthRead for items that could not be read even with RetryRead

2.  (Less than Error Symbol 3 )：L3 Erasure Correction: L1ECC confirms correction after erasure correction

3.  (error Symbol3 or more)：L3 iterative correction

        Read with L1ECC after iterative correction

4.  Notification of correction results

    (ア) Success：Notification of correction success message to Sequencer

    (イ) Failure：Notification of correction failure message to Sequencer

        ①  If the log read fails, restore the log with LCARead, which will be described later.

No.

TOSHIBA CONFIDENTIAL

CONT. ON 20    PAGE NO.  19

**TOSHIBA**

The main flow is as follows



No.

TOSHIBA CONFIDENTIAL

CONT. ON 21     PAGE NO.  20

**TOSHIBA**

### 5.3.3   Configuring L3 Correction Processing

Perform L3 correction processing with the following module configuration according to the above processing flow



① A request for L3 correction is sent from the sequencer to the error cluster.The unit of L3 correction is 2 sectors, but in order to simplify multiple requests when correcting errors in consecutive sectors, notification is made in units of clusters.The notification contains a bitmap indicating which sectors to correct.Due to its structure, the Sequencer is capable of simultaneous parallel reading across multiple channels, but since data is required across all Chs when correcting L3, the Sequencer must read out all Chs until L3 correction is complete. stop once.

② DM_Recovery collects NAND data necessary for L3 correction based on the notified 2-sector information (72 Symbol collection).NANDC that manages NAND is accessed using functions/macros provided by SystemManger.When accessing, the ClstBuf for VendorSet for internal processing is used instead of the ClstBuf for CmdSet that Sequencer uses for reading. SystemManager passes the physical block address obtained by referencing the L2P table from MCA to NANDC, and reads the information of each cluster.

③ The read NAND data is temporarily stored in ClstBuf of VendorSet.The stored data is transferred to L3SRAM in Sequencer::CD by DMA.

No.

TOSHIBA CONFIDENTIAL

CONT. ON 22     PAGE NO.  21

**TOSHIBA**

④ After all the data necessary for L3 correction is transferred to L3SRAM, L3 correction processing is performed.Depending on the number of errors during NAND collection, the contents of the processing are changed and corrections are made (reference: <u>L3 correction processing flow</u> ).

⑤ Corrected data is overwritten in L3SRAM each time.After the correction is completed, DMA transfer the corrected data to ClstBuf ( CmdSet) of NANDC.

⑥ Notify the Sequencer that the L3 correction is complete.The Sequencer treats the corrected data in ClstBuf (CmdSet) in the same flow as normal data read, and continues the subsequent read processing.

### 5.3.4   72Symbol data collection

L3 correction restores data using L3 cluster information recorded in units of logical pages.As preparation for L3 correction, Recovery stores specific 72Symbol data including the Symbol in which the error occurred and the L3 Symbol in the L3SRAM in the Sequencer in a predetermined order.



No.

TOSHIBA CONFIDENTIAL

CONT. ON 23    PAGE NO.  22

**TOSHIBA**

Specifically, for the Symbol in which the error occurred in the above figure (PCI‑ e) , the Symbol in the column of the same color is read in numerical order in the vertical direction ( see Logical Block Attribute Table.ppt ).



The unit of L3 correction is 2 sectors ( Symbol), but the reading unit of NANDC is 1 cluster, so after actually reading 72 clusters, only the corresponding Symbol position is taken out.

When collecting 72Symbols, it is necessary to pay attention to the case where the physical block set to be read has cluster collapse and the case where the physical block set is missing.Cluster crushing is a technique for increasing the reliability of data by appropriately increasing the data required for ECC correction in units of cluster groups each made up of four physical blocks (Plane0 to Plane3).When cluster collapse occurs, the FW treats the cluster corresponding to the right end ( Plane 3) as unreadable (up to 4).If it is missing, it is treated as if the target physical block set cannot be read.

When correcting L3, these unreadable parts are treated as initial value ( 0) data.Actually keep the value of L3SRAM initialized before collecting 72Symbol.

· <u>If there is a cluster crush</u>



· <u>If there is a defect</u>

No.

TOSHIBA CONFIDENTIAL

CONT. ON 24    PAGE NO.  23

**TOSHIBA**



If the missing part is where the L3 code cluster is stored, the storage position of the L3 cluster will change and the arrangement of L3Num will be shifted.

· <u>**If there is a defect（L3 cluster: one before the last BANK x CH）**</u>

No.

TOSHIBA CONFIDENTIAL

CONT. ON 25     PAGE NO.  24

**TOSHIBA**



TOSHIBA CONFIDENTIAL

No.

CONT. ON 26    PAGE NO.  25

# TOSHIBA

· If there is a defect (L3 cluster∷ Last BANK x CH)



Allocation of L3 clusters and log clusters differs depending on the use of the logical block. The above is a block for User/Compaction/SnapShot/emergency save destination, and the following is the layout of the LUT block.

No.

TOSHIBA CONFIDENTIAL

CONT. ON 27    PAGE NO.  26

**TOSHIBA**

· For LUT blocks



TOSHIBA CONFIDENTIAL

No.

CONT. ON 28    PAGE NO. 27

**TOSHIBA**

NVMe has a 9chj x 4Bank configuration, and SAS has an 18ch x 2Bank configuration, but there is no difference in the basic configuration and concept.Bank 0 & 1 of NVMe corresponds to Bank 0 of SAS, similarly Bank 2 and 3 of NVMe correspond to Bank 1 of SAS.

The following is the SAS cluster configuration



No.

TOSHIBA CONFIDENTIAL

CONT. ON 29    PAGE NO.  28

**TOSHIBA**

### 5.3.4.1  Precautions when using VendorSet

When reading 72Symbol, use VendorSet to send a request to NANDC.VendorSet is a separate data path from CmdSet, and the number of requests that VendorSet can send is limited to one at a time in the Ch direction.For this reason, requests are sent in 18ch x 4 times for SAS and in 9ch x 8 times for PCI.When using VendorSet, first get the VendorSet semaphore for Sequencer:: CD.While acquiring the VendorSet semaphore , the Sequencer stops reading all Chs.That is, **another L3 correction request does not come during the L3 correction process** (DM_Recovery is designed on this premise).

Since the Sequencer basically prioritizes VendorSet processing, it is necessary to return the VendorSet semaphore immediately after the L3 correction processing is finished.

Modules that use VendorSet in DM include L3 correction processing ( Recovery), ~~connection diagnosis (DST) , and NANDC parameter setting (Block).~~At the same time, VendorSet cannot be used, so for exclusive control, notify the Main of the start and end of L3 correction and have it managed .

If the power is turned off during L3 correction, the shutdown process will not proceed unless the VendorSet semaphore is returned to the Sequencer. , to return the VendorSet semaphore.(Refer to the M3-DM internal specification - Recovery.asta for the specific processing sequence)

No.

TOSHIBA CONFIDENTIAL    CONT. ON 30    PAGE NO.  29

**TOSHIBA**

### 5.3.4.2  Shift - Read Index during L3 Correction Retry Read (#8420, #8520, #10299)

An error may occur when reading each cluster for 72 Symbols.At this time Recovery is NANDC

the Shift -Read Index to and perform RetryRead to read again.A Shift-Read Index is set for each physical block pair and referenced via the L2P table.If the correction is not successful, change the index value and read many times (1<M<N ( maximum )).The order of the Shift-Read Index is the Shift-Read Index expanded to SDMEM at boot time. Follow the table .

Recovery updates the L2P Index value with the final result of the Shift-Read Index at the end of the L3 correction.In this way, the number of Retry times is reduced as much as possible in the next reading, and the L3 correction is advanced as soon as possible.

### 5.3.4.3  Correspondence of error cluster when collecting 72Symbol

If an error is detected in the cluster read during 72Symbol collection, the threshold judgment ( ~~ReadErrorCount ,~~ Cluster crushing, BadBlock registration ) .Here too, threshold judgment at Refresh is not performed in the case of startup .

| factor | correspondence |
| --- | --- |
| Corresponding cluster cannot be read | Count up cluster crushing (may develop into BadBlock later ) |
| Corresponding cluster was read | Count up cluster crushing |
| Correction is not possible with 72 Symbols other than the applicable cluster | Count up cluster crushing |
| Correctable with 72 Symbols other than the applicable cluster | ( When the Shift pattern exceeds M stages ) ~~Increment ReadErrorCount~~ Count up cluster crushing |

No.

TOSHIBA CONFIDENTIAL

CONT. ON 31    PAGE NO.  30

**TOSHIBA**

### 5.3.5    L3 correction for M3E ( more OP ) model ( #9152 )

Some models of SAS increase the number of clusters in one logical page by adding banks as shown in the figure below to enhance performance.In the L3 correction for this additional Bank portion, basically all unused CHs are treated as missing, and data for 72 Symbols are collected for the corresponding Bank portion.

No.

TOSHIBA CONFIDENTIAL

CONT. ON 32    PAGE NO.  31

**TOSHIBA**

### 5.3.6   L3 correction for M3V ( 16 ch) model

As part of SAS, there is a model that reduces the number of clusters in one logical page as shown in the figure below.Data for 72 Symbols are collected for CHs that are not used here as well as missing data.The log cluster and L3 cluster are placed in the final CH, and this value is

CH

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 0 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | 34 | 34 | 34 | 34 | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 37 |
| | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 |
| 0 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 |
| 1 | 42 | | | | | | | | | | | | | | | |
| 2 | 44 | | | | | | | | | | | | | | | |
| 3 | 46 | | | | | | | | | | | | | | | |
| 4 | 48 | | | | | | | | | | | | | | | |
| 5 | 50 | | | | | | | | | | | | | | | |
| 6 | 52 | | | | | | | | | | | | | | | |
| 7 | 54 | | | | | | | | | | | | | | | |
| 8 | 56 | | | | | | | | | | | | | | | |
| 9 | 58 | | | | | | | | | | | | | | | |
| 10 | 60 | | | | | | | | | | | | | | | |
| 11 | 62 | | | | | | | | | | | | | | | |
| 12 | 64 | | | | | | | | | | | | | | | |
| 13 | 66 | 66 | | | | | | | | | | | | | | |
| 14 | 70 | 70 | | | | | | 68 | 68 | | | | | | | |
| 15 | 69 | 71 | 71 | | | | | 69 | 69 | | | | | | | |

No.

TOSHIBA CONFIDENTIAL

CONT. ON 33     PAGE NO.  32

**TOSHIBA**

### 5.3.7    Vth Tracking (Distribution) Read( #12346 )

Vth Tracking Read is a method of subdividing the possible values of the ShiftIndex specified at RetryRead, assuming the distribution curve of electric charges to be a quadratic curve, and detecting its minimum point.Reading at this position suppresses the number of error bits.



Even if reading is performed at this position, there is a possibility that the read will not succeed, but since the larger number of bits corrected during the subsequent L3 normal correction can be restored, M3 is performed before the L3 normal correction.

Specifically, while adjusting each value of Shift-Index, find the time when the difference in the number of results 1 is the smallest.However, since it takes too much time to measure with all possible values of Shift-Index, we select four representative Shift-Index points, and based on the difference in the number of error bits at each value, the number of error bits is Find the lowest estimated Shift-Index.



As FW, find the value in the following procedure

1. From the product default information, obtain the Shift-Index values that are the four measurement points

2. Read the corresponding Symbol at each Index and get the number of error bits at the time of failure

No.

TOSHIBA CONFIDENTIAL

CONT. ON 34    PAGE NO.  33

**TOSHIBA**

3. 3 to 5 differences are obtained from 4 to 6 error bit numbers.

4. From the difference value, apply it to a calculation formula that looks like a quadratic curve to find the value that will be the minimum point

5. Get the Shift-Index that is closest to the local minimum value

Measurements are made at each of three points, E mountain, A mountain, and B mountain.The measurement method is different for Mt. E, Mt. A, and Mt. B.

| | Mount E | A/ B |
|---|---|---|
| measuring point | 6 points | 4 points |
| How to find local minimum | select the smallest of the 5 differences | When the calculation formula of the difference point is the difference point ( X1, Y1), (X2, Y2), (X3, Y3) , the XLM that takes the local minimum is $$X_{LM} = \frac{\left(X_2{}^2 - X_3{}^2\right)Y_1 + \left(X_3{}^2 - X_1{}^2\right)Y_2 + \left(X_1{}^2 - X_2{}^2\right)Y_3}{2\{(X_2 - X_3)Y_1 + (X_3 - X_1)Y_2 + (X_1 - X_2)Y_3\}}$$ |

For details, refer to the attached file of the related ticket (20150109_P-M3_Vth Tracking ( Rev.1.0) .pptx)

No.

TOSHIBA CONFIDENTIAL                    CONT. ON 35      PAGE NO.  34

**TOSHIBA**

### 5.3.8    L3 iterative correction

In L3 iterative correction, 72 Symbols in L3SRAM are decoded by L3DEC, and after decoding, Symbols with errors are subjected to L1ECC correction and data is read.If the error correction was successful in the Symbol for which the error correction was requested, the L3 correction is successful.If the correction fails, L1ECC correction is performed on other error symbols, the number of erroneous symbols in the 72 symbols is reduced as much as possible, and the process of decoding again by L3DEC is repeated.

At the time of L3 iterative correction, the L1 correction failure bitmap describing the current correction status of 72 Symbols is set in L3DEC.If the bit is set, the Symbol corresponding to that location has an error.The correction bitmap confirms that the values have changed after L3 iterative correction processing & L1 ECC correction.If the number of Symbols in error has not been reduced by this iterative process, the L3 correction fails.

### 5.3.9    L3 erasure correction

L3 erasure correction is a mode for correcting 72 symbols in L3SRAM when the number of remaining erroneous symbols is 2 or less, and correction by this method is always successful.In the case of L3 erasure correction, the L1 correction failure bitmap is set in the same way as iterative correction.If the number of erroneous Symbols is 1, set an appropriate Symbol for the remaining one (L3DEC always requires two setting values ).

~~( *) There is no failure in the L3 erasure correction process, and the given data is decoded.It is expected that the corrected data will be stored as a result of the correction .We also considered L1ECC correction to the data after erasure correction to make sure, but if the ECC part is wrong, there is a possibility that the result can not be corrected .Therefore, it is necessary to consider its implementation.~~

### 5.3.10    Processing after error correction

After error correction processing, the LCA value attached to the decoded data is used to confirm that the data has not been erroneously corrected.In the L3 correction process, not only the data but also the reference LCA value (NAND_LCA ) attached to the data is decoded.The Sequencer notifies Recovery of the LCA value (LUT_LCA) written in the LUT at the time of the L3 correction request, and compares NAND___LCA and LUT_LCA to check whether the data is decoded correctly.

If this value is incorrect , the data may not be restored correctly as " LBA Mismatch " , or the LCA value notified via the LUT may be incorrect. Therefore, the operation is shifted to the failure mode.

No.

TOSHIBA CONFIDENTIAL

CONT. ON 36      PAGE NO.  35

**TOSHIBA**

If LBA Mismatch does not occur and it is determined that the data has been correctly corrected, the corrected data on L3SRAM is transferred to the cluster buffer on the CmdSet side.The transfer means uses SystemManager's DMA transfer API.After the transfer to the cluster buffer is complete, notify Sequence∷ CD that the L3 correction is complete, and CD will continue the read process.

~~The Sequencer ( CD) does the rest .Corrected data is placed in L3SRAM .Upon receiving the correction completion notification from the DM, the Sequencer appropriately replaces the data in the L3SRAM with the CB ( Cluster Buffer ) in the NANDC and continues subsequent processing.The Sequencer also checks for LBA mismatch .~~

After that, the Sequencer notifies an error occurrence message, so the necessary Refresh processing is performed there .

No.

TOSHIBA CONFIDENTIAL                                                  CONT. ON 37      PAGE NO.  36

**TOSHIBA**

### 5.3.11  Notes

### 5.3.11.1 Regarding L3 correction for writing blocks ( #8905, #8985, # 9949, # 34556, #35735)

In M3, if the LUT is updated for the logical block being host-written, the host can be read immediately . There is a possibility that the L3 cluster will be read for logical pages that have not been written to NAND ).

Therefore, there may be a case where an L3 correction request is made for the logical page being written, and since the L3 cluster has not yet been generated at this time, the L3 correction processing cannot be performed.

a logical page Flush request is sent to the Sequencer in order to complete the relevant logical page.When Sequencer's Flush is completed, Recovery receives it and sends a signal to resume L3 correction.The Sequencer holds the L3 correction request until it receives a signal from Recovery to resume the L3 correction, and re-requests the L3 correction upon receiving the signal. (Refer to the M3-DM internal specification - Recovery.asta for the specific processing sequence)

(*) Only one pending signal can be sent to the Sequencer at a time.When suspending, the VendorSet is returned and the L3 correction process is once terminated.Therefore, the Sequencer can continue normal processing, but when another L3 correction request arrives, if it seems that the pending signal has already been sent, it will not be sent redundantly.In this case, the end of L3 correction processing (L3 incomplete) is notified to the Sequencer.

~~On the other hand, there is a process of periodically performing Flush in order to complete writing to the logical block within a certain period of time by Block .Since the Flush request is queued to the Sequencer , when combined with Flush processing of Recovery , Flush will be executed more than necessary.For this reason, the Flush request will be adjusted by Main , and if multiple Flush requests are issued , Main will send one Flush request to the Sequencer and return completion to the requester.Since the flushed logical page number is included in the completion message , check if it matches the target logical page.~~

(#34556) (#35735)

L3 correction of the logical page being written completes the F lush processing and completes the logical page, the L3 request that has been saved may not come immediately, and the L3 correction processing of another half-written page may be sent. There isAlso, when retransmitting the saved L3 request, the Sequencer performs retry read again, but if this does not fail, the L3 request expected to be retransmitted is not issued.Based on the above , when resuming L3 correction , regardless of the information of the first incomplete L3 correction that triggered shall not be processed.

No.

TOSHIBA CONFIDENTIAL    CONT. ON 38    PAGE NO.  37

**TOSHIBA**

No.

TOSHIBA CONFIDENTIAL    CONT. ON 39    PAGE NO.  38

**TOSHIBA**

### 5.3.11.2 L3 correction at system boot

Restoration of Snapshot during normal startup, restoration of emergency save destination, and correction during restoration of LUT 3rd Table are performed with the minimum necessary functions because each module in DM has not yet started.The L2P table required for L3ECC correction is expanded on the DRAM in the minimum required range by restoration of RootPointer, SnapShot, and emergency save destination at startup, and it is used. Note that snapshots and emergency save blocks are written with the maximum cluster crush rate (4 ) , so the values referenced from L2P are not used ( see P-M3-FW Basic Design Specifications.docx ).

### 5.3.11.3 L3 correction on shutdown

During shutdown, the L3 correction processing that is being performed is interrupted.When interrupted, send an interrupt message to the Sequencer.After restarting, it will not continue.In addition, Program Fail at shutdown completes the writing of the corresponding block as it is, but at that time, even if an error of fill-in-the-blank Read comes, it returns a response with cancellation .

At shutdown, if VendorSet is still used, writing to the emergency save destination is done with CommandSet, so shutdown processing cannot be performed normally.On the premise that all CHs are switched to CommandSet at the time of L3 correction request, Recovery always checks whether it is shutting down during L3 correction, and when shutdown is detected, all L3 including requests to NANDC Stop correction processing, switch VendorSet to CommandSet, and notify the Sequencer of L3 correction failure (cause of power failure).After that, normal power-off processing is performed.

No.

TOSHIBA CONFIDENTIAL

CONT. ON 40    PAGE NO.  39

**TOSHIBA**

### 5.3.11.4 Column skip countermeasure ( [#36523](#) )

Some read errors are not due to NAND exhaustion, but the NAND read parameters (column values) set in the N andManager in the SoC are garbled and cannot be read correctly.At this time, even though the NAND is not exhausted, reading the same chip fails, so it takes time to read.


, in order to suppress the occurrence of multiple read errors due to garbled columns (column skips ), the column values are reset before performing the L3 correction processing.Targets are set before the L3 correction process for all lead types

No.

TOSHIBA CONFIDENTIAL

CONT. ON 41    PAGE NO.  40

**TOSHIBA**

## 5.4 Log cluster repair

### 5.4.1   overview

If the log cluster fails to read, L1ECC correction ( RetryRead) or L3ECC correction is performed, but if it still cannot be read, the LCA values written to all clusters in the logical page are read to restore the log cluster. Do a restore.


The main flow is as follows

1. Receive L3 correction request from Sequencer and perform L3 correction processing

2. Read processing is performed if L3 correction fails and it is time to read the log cluster .Except when reading a log cluster ( LUT log, WBDirty log, etc. ), L3 correction failure is returned.

3. Take VendorSet usage rights from Main .

4. Specify Channel , Bank, and ClstOffset for the corresponding cluster in the logical page , and perform LCA Read .

5. The read results are expanded on DRAM ( or on NANDC CB via CSRAM ) according to the log format .

6. LCA Read for the corresponding cluster is completed, L3 correction NG + LCA Read completion to Sequencer to be notified .

7. Returns the VendorSet usage right .

8. Sequencer is LCA After receiving the read completion notification, process the log cluster information expanded in DRAM .


### 5.4.2   Read LCA Read

LCA Read also reads using VendorSet.Basically, in the same way as reading 72Symbol for L3 correction, by specifying the corresponding cluster in the target logical page via SystemManager, the LCA value contained in the data of each cluster stored in NAND is read.


For clusters that cannot be read, L1 correction ( Shift-Read) is performed in the same way as L3 correction.At this time, the Shift-Read pattern is changed until the data can be read, but if the data still cannot be read, the L3 correction is not performed.Uncorrected LCAs are recorded with an Uncorrected Flag (0xffffffff) .Seeing this value, the Sequencer detects that it is an invalid LCA value .

No.

TOSHIBA CONFIDENTIAL

CONT. ON 42      PAGE NO.  41

**TOSHIBA**

### 5.4.2.1  Log format details（Reference：WC basic material ppt, LUT data structure.xls）

The log cluster format restores the equivalent used by the Sequencer.The format is the same for Host and Compaction.



If there is a request to modify this log cluster in units of 2 sectors, the LCA value for the data obtained by dividing the above into 4 equal parts is required (refer to the M3-DM internal specification - Recovery.xlsx for the detailed format)

No.

TOSHIBA CONFIDENTIAL

CONT. ON 43     PAGE NO.  42

**TOSHIBA**

No.

TOSHIBA CONFIDENTIAL

CONT. ON 44    PAGE NO.  43

**TOSHIBA**

5.4.3   Notes

5.4.3.1   About the range of data to be repaired

A request for correction of data comes from Sequencer every 2 sectors.At this time, the range of data correction is a range that is exactly divided into four in the log cluster format, and the corresponding two sectors of data are corrected.

A log cluster divided into 4 has different error correction methods as shown below, but by assuming that all correction results are transferred to ClstBuf of CmdSet, the Sequencer can determine which correction method is being executed. You can continue reading data without being aware of it.



No.

TOSHIBA CONFIDENTIAL

CONT. ON 45    PAGE NO.  44

**TOSHIBA**

### 5.4.3.2  cluster crushing / missing

Basically, clusters are crushed in the same way as when collecting 72 Symbols for L3 correction, and handling of defects is the same, and invalid LCA (0 xffffffff ) is set at the relevant location.

### 5.4.3.3  Uncorrectable log

· <u>LUT log when restoring LUT</u>

The LUT log format is different from User / Compaction and cannot be restored with LCA Read, so it cannot be corrected.If the L3 correction cannot be repaired, the L3 correction failure is returned to the Sequencer, and the Sequencer notifies the DM of the LUT restoration completion as a failure, so the DM makes a failure.

· <u>WB log when restoring Wb Dirty</u>

Again, the log format is different from User / Compaction, so LCA Since it can not be restored with Read, it will be a failure with DM.If the data part of WB Dirty (fill-in-the-blank Read) cannot be restored by L3 correction, a WB Dirty restoration completion notification (result = failure) will be returned, so DM will drop it into failure.

· <u>Compaction address update restoration uncollection</u>

Compaction address update at startup has the same log format as User/ Compaction .In the compaction address update at startup, a match check is performed between the old address and the latest LUT 3rd Cache to prevent rollback. not enough.For these reasons, we will not make corrections in LCA Read either.User blocks that were incompletely compacted but were updating the LUT are set to Active .

### 5.4.3.4  LCA at startup / shutdown Read

Read is not performed because the logs cannot be corrected .When shutting down, the correction process is immediately terminated and VendorSet is returned in the same way as when correcting L3.It also notifies the Sequencer that the LCA Read has been interrupted .

No.

TOSHIBA CONFIDENTIAL

CONT. ON 46      PAGE NO.  45

**TOSHIBA**

## 5.5 DRAM error repair

### 5.5.1    Overview of DRAM Error Repair

If a 1-bit garbled error occurs in the DRAM used by each M3 module, Recovery attempts to restore the data using the DRAM error correction function.Since a 2-bit error cannot be repaired by the error correction function, it is possible to prevent it from developing into a 2-bit read error by quickly repairing it at the stage of a 1-bit error.

Since the DRAM is shared by CPU0/1 and Sequencer, the error detection module and the recovery module are distinguished in order to prevent data modification conflicts.

The DRAM area used by each module and a basic outline are as follows .

| Protection | Data | Error detection | error repair |
|---|---|---|---|
| Byte ECC | CPU0 area | CPU- 0/1 ( reading side ) | CPU0 |
| | CPU1 area | CPU- 0/1 ( reading side ) | CPU1 (Recovery) |
| | Sequencer area | CPU-1 | Sequencer |
| | others | CPU-0 /1 | Owner |
| Horizontal/Vertical Parity | Sequencer area | CPU-1 (Patrol) | Sequencer |

No.

CONT. ON 47    PAGE NO.  46

**TOSHIBA**

### 5.5.2    DRAM error detection

DRAM errors are detected by receiving memory error interrupts from SystemManager.SystemManager raises an interrupt notification to the read side of CPU0/1 (for example, an interrupt notification is not sent to CPU1 in the area read by CPU0 ).Only one interrupt can be accepted at a time unless the register flag is lowered.Register clear is performed after memory restoration is completed.

For memory error notifications received in interrupt processing, the contents of the error are confirmed by a regular routine from the Main, and the owner of the area ( Owner) checks whether it is CPU0/1 or Sequencer, and the DRAM corresponding to the owner Perform error recovery processing.The relationship between owners and memory maps is as follows .

No.

TOSHIBA CONFIDENTIAL                                                          CONT. ON 48      PAGE NO.  47

**TOSHIBA**



A read error of 2 bits or more is regarded as a failure, and when an error occurs, an interrupt is notified to the SystemManager and the system transitions to device failure ( DM is not notified of 2-bit errors).

No.

TOSHIBA CONFIDENTIAL

CONT. ON 49    PAGE NO.  48

**TOSHIBA**

### 5.5.3    Repairing DRAM errors

DRAM is repaired by using error correction functions such as BYTE_ECC and TABLE Parity and rewriting to the corresponding memory area（Read & Write).Recovery restores data by rewriting it if it is in the DM jurisdiction area.M2 handled data in 4-byte alignment, but M3 does the same, so read/write is done in this unit.

The CPU1 usage area reads the corresponding area by itself in UnBuffered/Protection mode and rewrites the value.In the Sequencer area, Recovery notifies the Sequencer of the error address (logical address)，and the Sequencer performs recovery at a timing that does not hinder its own operation.If an error in the area used by CPU0 is detected（Patrol detects an error in the CPU0 area），notify CPU0 .When memory repair starts, Recovery notifies Main that memory repair is in progress.The next memory detection/repair is not performed until one memory repair is completed.After issuing a repair request in M2, the response was returned without waiting for a reply, but M3 waits for the completion of repair processing.

No.

TOSHIBA CONFIDENTIAL

CONT. ON 50      PAGE NO.  49

**TOSHIBA**

| DRAM area | write | loading | detection | repair | Patrol |
|---|---|---|---|---|---|
| CPU0 Cache | CPU0 | CPU0 | CPU0 <br> CPU1 (Patrol) | CPU0 | do |
| CPU0 Data | CPU0 | CPU0 | CPU0 <br> CPU1 (Patrol) | CPU0 | do |
| CPU1 Cache/Data | CPU1 | CPU1 | CPU1 | CPU1 | do |
| DM Data | CPU1 | CPU1 | CPU1 | CPU1 | do |
| CPU0/1 Shared Data | CPU0() <br> CPU1() | | | ? | |
| Download | CPU0 | CPU0 | CPU0 <br> CPU1 (Patrol) | CPU0 | do |
| For Byte transfer | CPU0 | CPU0 | CPU0 <br> CPU1 (Patrol) | CPU0 | do |
| Sequencer work | Sequencer | Sequencer | | | |
| FE:SA | CPU0 | CPU0 | CPU0 <br> CPU1 (Patrol) | CPU0 | do |
| Statistics | CPU1 | CPU0 <br> CPU1 | | | |
| DM nonvolatile information | CPU1 | CPU1 | CPU1 | CPU1 | do |
| Unmap Flag | Sequencer | Sequencer | CPU1 | Sequencer | do |
| For saving effective cluster counter | Sequencer | Sequencer | CPU1 | Sequencer | do |

No.

TOSHIBA CONFIDENTIAL

CONT. ON 51    PAGE NO.  50

**TOSHIBA**

| | | | | | |
|---|---|---|---|---|---|
| **Sequencer nonvolatile information** | Sequencer | Sequencer | CPU1 | Sequencer | do |
| **Block management information** | CPU1 | CPU1 | CPU1 | CPU1 | do |
| **L2P** | CPU1<br><br>CPU0 | CPU1 | CPU1 | CPU1 | do |
| **compaction address update buffer** | Sequencer | Sequencer | CPU1 | Sequencer | do |
| **valid cluster boolean** | Sequencer | Sequencer | CPU1 | Sequencer | do |
| **1st - V** | Sequencer | Sequencer | CPU1 | Sequencer | do |
| **1st - NV** | Sequencer | Sequencer | CPU1 | Sequencer | do |
| **3rd reverse lookup** | Sequencer | Sequencer | CPU1 | Sequencer | do |
| **3rd Table Cache** | Sequencer | Sequencer | CPU1 | Sequencer | do |

No.

TOSHIBA CONFIDENTIAL    CONT. ON 52    PAGE NO. 51

**TOSHIBA**

## 5.6 E3C error handling（T.BD）

### 5.6.1 Overview of E3C error recovery

The E3C error is an abbreviation for End-to-End Error Correction, and is an error in which data cannot be written in word units (units smaller than sectors) when writing to NAND .Refers to an error that occurs mainly on the SRAM or data bus .(*) During data communication, a Hamming code is added to LCA (4B) and DATA (514B), and this Hamming code is called E 3 C.

There are two types of errors: E3C OneError, which is 1-bit garbled, and E3C Fail, which is 2-bit garbled.

### 5.6.2 ~~Support for E3C error recovery~~

~~E3C errors cannot be recovered by rewriting and rereading like NAND errors.Even if writing fails, there is a possibility that it can be recovered by the error correction function at the time of reading, so respond as follows depending on the data location and the type of E3C error.~~

~~• E3C OneError ( 1bit Error)~~

~~Since 1 bit is corrected by E3C, the details of the error are recorded in the NAND Event Log and processing continues .~~

~~• E3C Fail ( 2bit Error)~~

~~Basically, it is treated as failure.Error details are saved in the NAND Event Log .~~

No.

TOSHIBA CONFIDENTIAL

CONT. ON 53    PAGE NO.  52

**TOSHIBA**

## 5.7 Stats / event registration

### 5.7.1 Registration of statistical information

Statistical information is as follows (see P-M3-DM Statistical Information List.xls)

### 5.7.2 FW shared information

For errors caused by NAND, record the error locations as follows (refer to M3-memory map specification.xlsm)

| | |
|---|---|
| **When a NAND error occurs** | Error location caused by NAND .Set by DM . Offset 0 (32 bit) Error cause 0 : No error 1 : Program status fail2 : Erase status fail3 : L1 ECC Error (L2 ECC correction ) Offset 4 (32bit) NAND physical address |
| **During read error count** | Read Error Rate Logical block number to be measured :: Block ID of maximum erase count |
| | Read Error Rate Logical block number to be measured :: Block ID of average erase count |
| **DRAM error information** | DRAM error display count |
| | DRAM error information uint32_t ulDramErrAddr ; /**< DRAM error physical address .(ByteECC area is not 1/2) */ FwsiDramErrAttr_e _   eDramErrAttr ; /**< DRAM error table type */ uint32_t ulDramErrLBA ; /**< not used in M2 */ uint32_t aulDramErrData [ 4] ; /**< ErrorData.4 bytes.Invalid value because SoC restrictions restrict bank switching from the CPU */ |

No.

TOSHIBA CONFIDENTIAL

CONT. ON 54    PAGE NO.  53

**TOSHIBA**

### 5.7.3    Event registration

For errors caused by NAND, record the location of the error in the event log (reference: P-M3_DM_log ID list.xlsx).Events are recorded separately for write errors (Nand information) and read errors (errors) <TBD>

No.

TOSHIBA CONFIDENTIAL                                       CONT. ON 55      PAGE NO.  54

**TOSHIBA**

## 6. Input/output interface

Describe the input/output interface and internal processing for each submodule.See <u>H tml \ index.html</u>

No.

TOSHIBA CONFIDENTIAL                                    CONT. ON 56      PAGE NO.  55

**TOSHIBA**

## 7. control flow

See M3 -DM internal specs - Recovery .asta .

No.

TOSHIBA CONFIDENTIAL                    CONT. ON 57    PAGE NO.  56

**TOSHIBA**

## 8. data structure

### 8.1 Parameter list when accessing NAND

When collecting 72 Symbols

|  | explanation | Referrer | Structure | function name |
|---|---|---|---|---|
| channel number | Channel to which the corresponding cluster belongs | Specified in Recovery | NandClstAddrP4_t | SM_NandReq_SetDefault |
| logical chip number | Chip number head 3bit | NAND physical block number | | |
| block number | Shift physical block information from L2P by 2 bits + number | NAND physical block number | | |
| page number | Logical page number to which the relevant cluster belongs | Sequencer error message (MCA ) | | |
| cluster number | Logical cluster number in target physical block group | Sequencer error message (MCA ) | | |
| NAND access request type | | | SM_NandReqType_e | |
| randomize key | Required for NAND access but not required | L2P | uRndKey | SM_NandReq_SetDataArgs |
| LCA | LCA Mismatch | ? Do you understand ? | pullLca | |
| Data storage area | ? | | ulBufAddr | |
| Cluster crushing rate | Cluster crushing rate of the relevant physical block set | L2P | eRate | SM_NandReq_SetClstDecrsRate |
| last logical cluster number | Know the composition of the physical block set of | L2P (from cluster crushing rate) | uLast | |

No.

TOSHIBA CONFIDENTIAL

CONT. ON 58     PAGE NO.  57

**TOSHIBA**

| | | | | |
|---|---|---|---|---|
| | cluster crushing ants | | | |
| ~~Frame division number~~ | ~~Parameters uniquely determined by the cluster crushing rate~~ | ~~Cluster crushing rate x sector size~~ | | ~~SM_Nandc_Fra meDivNum_e~~ |
| sector size | Uniquely determined for each model | | eSectSize | SM_NandRe q_SetSectSiz e ( ptReq ,) |
| ECC frame position | Which of the two sectors is it in? | | | SM_NandRe q_SetCdL3S ram |

## 9. Appendix

If there are any other matters to be described, attach them as an appendix .

No.

TOSHIBA CONFIDENTIAL                    CONT. ON F      PAGE NO.  58