**TOSHIBA**
Leading Innovation >>>

DELL EMC

# Toshiba 5th Generation Enterprise Solid State Drive
# Phoenix-M5 Concept Review

**Nov 15, 2016**

**Toshiba Corporation**
Storage & Electronic Devices Solutions Company
SSD Division

© 2016 Toshiba America Electronic Components, Inc.

**JOINT EXHIBIT**
Viasat v. Kioxia
**JX9**

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **P-M5 Product Specification**
- **P-M5 Development Schedule**
- **P-M5 Implementation**



# Agenda

- **Organizational Overview**
  - SSD Division Organization / P-M5 Development Team / Customer Technical Support
- **Enterprise SSD Roadmap**
- **P-M5 Product Specification**
- **P-M5 Development Schedule**
- **P-M5 Implementation**

 **Leading Innovation >>>**

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation    3

# SSD Division Organization

 

**Memory Division**
*T. Watanabe*

**SSD Division**
*M. Yokotsuka*

**Technology Executives**

 

*Jeff Ohshima*   *S. Yanagi*

**AVP**

*Y, Matsuda*

| Department | Lead |
|---|---|
| SSD Sales & Marketing Dept. | *T. Nagasawa* |
| SSD Business Planning Dept. | *M. Yokotsuka** |
| Flash Storage Strategy Dept. | *K. Nishide* |
| SSD Application Engineering Dept. | *K. Tsuchiya* |
| cSSD Engineering Dept. (Client) | *K. Kanazawa* |
| dSSD Engineering Dept. (Data Center) | *H. Kiuchi* |
| eSSD Engineering Dept. (Enterprise) | *A. Kimura* |
| SSD Common Core Engineering Dept. | *Y. Nara* |
| SSD Products Quality Assurance Dept. | *T. Abe* |

| Location | Lead |
|---|---|
| Yokkaichi Operations | *T. Matsushita* |
| Toshiba Information Equipment (Philippines), Inc | *H. Okamura* |

| Region | Lead |
|---|---|
| US : TAEC — SSD BU : TDC, OCZ, | *N. Sano* |
| EU : TEE | |
| Taiwan : TET | |
| China : TELS,TESZ, TEBJ | *M. Tanaka* |
| Asia : TEA | *J. Yoshimoto* |

**TOSHIBA** Leading Innovation >>>  **SSD Division**  **Toshiba Confidential**  © 2016 Toshiba Corporation  4

# P-M5 Development Team

- ● **Phoenix-M5 Engineering Organization**



© 2016 Toshiba Corporation

**SSD Division**   **Toshiba Confidential**

Joint Exhibit JX9, page 5 of 92

# Customer Technical Support

■ Customer Support Teams





Close communication

Close communication

# Agenda



- Organizational Overview
- **Enterprise SSD Roadmap**
- P-M5 Product Specification
- P-M5 Development Schedule
- P-M5 Implementation

Joint Exhibit JX9, page 7 of 92

# Enterprise SSD Roadmap



© 2016 Toshiba Corporation

**TOSHIBA** Leading Innovation >>>  **SSD Division**  **Toshiba Confidential**

Joint Exhibit JX9, page 8 of 92

# Enterprise SAS: All Segments

*Note: Right side of product blocks not indicative of product EOL*

| | 2016 | | 2017 | | | | 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q |

**Legend:**
- ▪ A19nm FG MLC
- ▪ 15nm FG MLC
- ▪ BiCS TLC

## Write Intensive (High Endurance)

- **PX04SH** — AVAILABLE — 25 DWPD — ▪ 200/400/800/1600GB
- **PX05SH** — AVAILABLE — 25 DWPD — ▪ 200/400/800/1600GB
- **PX04SM** — AVAILABLE — 10 DWPD — ▪ 400/800/1600/3200GB
- **PX05SM** — AVAILABLE — 10 DWPD — ▪ 400/800/1600/3200GB
- **PM5-SM** — CS: 2CQ/17 — 10 DWPD — ▪ 400/800/1600/3200GB
  - \* ML: Multi-Link (2x2) supported

## Mixed Use (Mid-Endurance)

- **PX04SV** — AVAILABLE — 3 DWPD — ▪ 480/960/1920/3840GB
- **PX05SV** — AVAILABLE — 3 DWPD — ▪ 480/960/1920/3840GB
- **PM5-SV** — CS: 2CQ/17 — 3 DWPD — ▪ 400/480/800/960/1600/1920/3200/3840/6400/7680GB
  - \* ML: Multi-Link (2x2) supported

## Read Intensive (Low-Endurance)

- **PX04SR** — AVAILABLE — 1 DWPD — ▪ 480/960/1920/3840GB
- **PM5-SR** — CS: 2CQ/17 — 1 DWPD — ▪ 960/1920/3840/7680/15360GB
  - \* ML: Multi-Link (2x2) supported
- **PX05SR** — AVAILABLE — 1 DWPD — ▪ 480/960/1920/3840GB
- **PX04S** — AVAILABLE — .5 DWPD — ▪ 2000/4000GB
- **PM5-SL** — CS: 2CQ/17 — .5 DWPD — ▪ 3840/7680/15360GB
  - \* ML: Multi-Link (2x2) supported
- **PX05SL** — AVAILABLE — .5 DWPD — ▪ 2000/4000GB

*12Gb/s SAS, 2.5" 15mm,PLP ISE, SED, FIPs optional*

**TOSHIBA** Leading Innovation >>>

SSD Division

Toshiba Confidential

© 2016 Toshiba Corporation

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **P-M5 Product Specification**
    - Product Overview / Product Specifications /  Multi-Link / Multi-Stream
- **P-M5 Development Schedule**
- **P-M5 Implementation**



**TOSHIBA** Leading Innovation >>>  **SSD Division**    **Toshiba Confidential**    © 2016 Toshiba Corporation    10

# P-M5 Family Product Concept

- ***Successor of Phoenix-M3/M4***
  - 5th generation of SAS SSD supports Mid to High-end Server and Storage Systems
  - 12Gbps dual port
  - SFF-8639 connector
  - Power Disable function on pin-3
- ***Business Competitive Product***
  - 1st 3D NAND product (BiCS3)
- ***Large Capacity (up to 15.36TB) with lower power consumption***
  - BiCS3 256Gb/512Gb die (32TB under feasibility study)
- ***Highest Performance and Reliability in the industry***
  - New design SoC
  - Multi-Link/Multi-Stream support
  - Higher Write performance with power option (performance mode)
  - Wider Operating Temperature (Tc=0 - 70degC (*Target*))
  - 2.5Mhrs MTTF
- ***Sample release***
  - CS : Jun./E'17



**TOSHIBA** Leading Innovation >>>  **SSD Division**          **Toshiba Confidential**          © 2016 Toshiba Corporation   11

# P-M5 Lineup (Capacity and Swim Lane)

| P-M5 | | 2.5" | |
|---|---|---|---|
| # of Port | | Dual Port | Multi-Link |
| F.F. | | SFF8223 (15mmH) | |
| Connector | | SFF8639 | |
| Power | | +5V, +12V | |
| | | < 9W<br>< 14W (Perf. Mode) | < 18W<br>< 22W (Perf. Mode) |
| Multi-Link | | - | x2 / x2 |
| Write Intensive | x10 DWPD | 400 / 800 / 1600 / 3200 GB | |
| Mixed Use | x3 DWPD | 400 / 800 / 1600 / 3200 / 6400 /<br>480 / 960 / 1920 / 3840 / 7680 GB | |
| Read Intensive | x1 DWPD | 480 / 960 / 1920 / 3840 / 7680 / 15360 GB | |
| Read Intensive | x0.5 DWPD | 3840 / 7680 / 15360 GB | |

*Blue: Newly added from P-M5



**SSD Division**   **Toshiba Confidential**   © 2016 Toshiba Corporation   12

# P-M5 Product Specification (1/4)

*Blue: Newly added from P-M5

| | Phoenix-M3 | Phoenix-M4 | Phoenix-M5 |
|---|---|---|---|
| **Interface** | SAS 3.0 | <= | <= |
| **Features** | | | |
| SoC | 88SS1032 | <= | 88SS1033 |
| Sector Size | 512, 520, 528, 4096, 4104, 4160, 4224 | 512, 520, 4096, 4104, 4160, 4224 | 512, 520, 528, 4096, 4104, 4160, 4224 |
| T10 DIF(PI) | Yes:  512/520+Type-0/1/2, 528+Type-0 , 4096+Type-0/1/2, 4224 + Type-0 | Yes:  512/520+Type-0/1/2 4096+Type-0/1/2, 4224 + Type-0 | Yes:  512/520+Type-0/1/2, 528+Type-0 , 4096+Type-0/1/2, 4224 + Type-0 |
| E2E Data Protection | Yes | <= | <= |
| Power Loss Data Protection | Yes | <= | <= |
| SED | SED: TCG-Enterprise SSC / AES-256 XTS | <= | SED: TCG-Enterprise SSC / AES-256 XTS **(TCG Bandwidth Max 64)** |
| ISE | Yes | <= | **<=** |
| FIPS | Yes (FIPS140-2) | <= | Yes   **(FIPS140-3 Ready)** |
| Sanitization | Yes: Block Erase, Cryptographic Erase | <= | <= |
| Unmap | Yes, 4KB granularity, return 00h to trimmed sectors | <= | <= |
| Read Ahead Cache | Yes | <= | <= |
| Write Cache | Yes | <= | <= |
| Multi-Stream | No | <= | **Yes  Max. 31 (+ 1)** |
| Multi-Link | No | <= | **Yes (2x2)** |
| Digitally Signed Firmware | No | <= | **Yes** |

# P-M5 Product Specification (2/4)

- ## Environmental Target specifications

| Model | | | P-M3/P-M4 | P-M5 |
|---|---|---|---|---|
| NAND | | | A19 eMLC/15nm eMLC | BiCS3 eTLC |
| Data Retention (@ EOL, Power removed) | | | 3 mo. @ < 40 deg. C | 3 mo. @ < 40 deg. C |
| MTTF | | MPOH | 2.0 | 2.5 |
| UBER | | | 1.0E-17 | 1.0E-20 |
| AFR | | % | 0.44 | 0.35 |
| Product Life | | Years | 5 | 5 |
| Power Consumption (+5V, +12V) | Active | Normal Mode (W) | < 9.0 | < 9.0 |
| | | Perf. Mode (W) | < 12.0 | < 14.0 (Also can be < 11.0 for Dell) |
| | | Multi-Link Normal Mode (W) | --- | < 18.0 |
| | | Multi-Link Perf. Mode (W) | --- | < 22.0 |
| | Idle | W (typ.) | 3.2 | TBD |
| Temperature | Op | Ta (°C) | 0 to 55 | 0 to 60 |
| | Op | Tc  (°C) | 0 to 60 | 0 to 70 |
| | Non-op | Ta  (°C) | - 40 to 70 | - 40 to 70 |

# P-M5 Product Specification (3/4)

- ## Narrow Single Port Target Performance

Note:  Subject to change

| P-M5 Product Specification | | | Write Intensive | Mixed Use | Read Intensive (1 DWPD) | Read Intensive (0.5 DWPD) |
|---|---|---|---|---|---|---|
| NAND | | | BiCS3 eTLC | BiCS3 eTLC | BiCS3 eTLC | BiCS3 eTLC |
| Interface | | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps |
| Form Factor | 2.5"SFF | | 15mmH | 15mmH | 15mmH | 15mmH |
| User Capacity | [GB] | | 400 / 800 / 1600 / 3200 | 400 / 800 / 1600 / 3200 / 6400 / 480 / 960 / 1920 / 3840 / 7680 | 480 / 960 / 1920 / 3840 / 7680 / 15360 / 30720 | 3840 / 7680 / 15360 / 30720 |
| DWPD | | | x10 | x3 | x1 | x0.5 |
| Performance (@Aligned, Sustained, Entropy = 100%) | | | Narrow Single | Narrow Single | Narrow Single | Narrow Single |
| Sequential Read | 64KiB | [MiB/s] | 1100 | 1100 | 1100 | 1100 |
| Sequential Write 64KiB | 9W | [MiB/s] | 900 | 900 | 900 | 900 |
| | 11W | [MiB/s] | 1100 | 1100 | 1100 | 1100 |
| | 12W | [MiB/s] | 1160 | 1160 | 1160 | 1160 |
| | (Perf.) 14W | [MiB/s] | 1200 | 1200 | 1200 | 1200 |
| Random Read | 4KiB  QD > 32 | [KIOPS] | 230 | 230 | 230 | 230 |
| Random Write 4KiB QD > 16 | 9W | [KIOPS] | 130 | 70 | 35 | 30 |
| | 11W | [KIOPS] | 160 | 90 | 40 | 35 |
| | 12W | [KIOPS] | 172 | 100 | 44 | 36 |
| | (Perf.) 14W | [KIOPS] | 200 | 120 | 50 | 40 |
| Random W30% / R70% 4KiB QD > 32 | 9W | [KIOPS] | 185 | 135 | 86 | 76 |
| | 11W | [KIOPS] | 200 | 155 | 95 | 86 |
| | 12W | [KIOPS] | 208 | 165 | 23 | 88 |
| | (Perf.) 14W | [KIOPS] | 220 | 180 | 110 | 95 |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | |
| Read | (Avg.) | [us] | 100 | 100 | 100 | 100 |
| Write | (Avg.) | [us] | 30 | 30 | 30 | 30 |

*The performance of over 15TB is TBD

# P-M5 Product Specification (4/4)

- ## Narrow Dual Port Target Performance

<span style="color:red">Note: Subject to change</span>

| P-M5 Product Specification | | | Write Intensive | Mixed Use | Read Intensive (1 DWPD) | Read Intensive (0.5 DWPD) |
|---|---|---|---|---|---|---|
| NAND | | | BiCS3 eTLC | BiCS3 eTLC | BiCS3 eTLC | BiCS3 eTLC |
| Interface | | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps |
| Form Factor | 2.5"SFF | | 15mmH | 15mmH | 15mmH | 15mmH |
| User Capacity | [GB] | | 400 / 800 / 1600 / 3200 | 400 / 800 / 1600 / 3200 / 6400 / 480 / 960 / 1920 / 3840 / 7680 | 960 / 1920 / 3840 / 7680 / 15360 / 30720 | 3840 / 7680 / 15360 / 30720 |
| DWPD | | | x10 | x3 | x1 | x0.5 |
| Performance (@Aligned, Sustained, Entropy = 100%) | | | Narrow Dual | Narrow Dual | Narrow Dual | Narrow Dual |
| Sequential Read | 64KiB | [MiB/s] | 2200 | 2200 | 2200 | 2200 |
| Sequential Write 64KiB | 9W | [MiB/s] | 900 | 900 | 900 | 900 |
| | 11W | [MiB/s] | 1200 | 1200 | 1200 | 1200 |
| | 12W | [MiB/s] | 1340 | 1340 | 1340 | 1340 |
| | (Perf.) 14W | [MiB/s] | 1800 | 1800 | 1800 | 1800 |
| Random Read | 4KiB QD > 32 | [KIOPS] | 420 | 420 | 420 | 420 |
| Random Write 4KiB QD > 16 | 9W | [KIOPS] | 130 | 70 | 35 | 30 |
| | 11W | [KIOPS] | 160 | 90 | 40 | 35 |
| | 12W | [KIOPS] | 175 | 100 | 44 | 37 |
| | (Perf.) 14W | [KIOPS] | 200 | 120 | 50 | 40 |
| Random W30% / R70% 4KiB QD > 32 | 9W | [KIOPS] | 250 | 168 | 98 | 86 |
| | 11W | [KIOPS] | 280 | 200 | 110 | 98 |
| | 12W | [KIOPS] | 296 | 214 | 118 | 102 |
| | (Perf.) 14W | [KIOPS] | 316 | 240 | 130 | 110 |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | |
| Read | (Avg.) | [us] | 100 | 100 | 100 | 100 |
| Write | (Avg.) | [us] | 30 | 30 | 30 | 30 |

**TOSHIBA** Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

<span style="color:red">*The performance of over 15TB is TBD</span>

© 2016 Toshiba Corporation    16

# P-M5/M4 Performance Comparison (1/5)

- ## Write Intensive (x10 DWPD) @11W

Note:  Subject to change

| Write Intensive | | Toshiba P-M5 | Toshiba P-M4 | Toshiba P-M5 | Toshiba P-M4 |
|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | 15nm eMLC | BiCS3 eTLC | 15nm eMLC |
| Interface | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | 15mmH | 15mmH |
| User Capacity | [GB] | 400 / 800 / 1600 / 3200 | 400 / 800 /1600 / 3200 | 400 / 800 / 1600 / 3200 | 400 / 800 /1600 / 3200 |
| DWPD | | x10 | x10 | x10 | x10 |
| Performance @ 11W (Aligned, Sustained, Entropy = 100%) | | Narrow Single | Narrow Single | Narrow Dual | Narrow Dual |
| Sequential Read | [MiB/s] | 1100 | 1000 | 2200 | 1900 |
| Sequential Write | [MiB/s] | 1100 | 1050 | 1200 | 1100 |
| Random Read | [KIOPS] | 230 | 190 | 420 | 270 |
| Random Write | [KIOPS] | 160 | 120 | 160 | 120 |
| Random W30% / R70% | [KIOPS] | 200 | 145 | 280 | 165 |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | |
| Read | (Avg.)[us] | 100 | 100 | 100 | 100 |
| Write | (Avg.)[us] | 30 | 30 | 30 | 30 |

# P-M5/M4 Performance Comparison (2/5)

- ## Mixed Use (x3 DWPD, 400GB Series) @11W

Note:  Subject to change

| Mixed Use | | Toshiba P-M5 | Toshiba P-M4 | Toshiba P-M5 | Toshiba P-M4 |
|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | 15nm eMLC | BiCS3 eTLC | 15nm eMLC |
| Interface | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | 15mmH | 15mmH |
| User Capacity | [GB] | 400 / 800 / 1600 / 3200 / 6400 | 400 / 800 /1600 / 3200 | 400 / 800 / 1600 / 3200 / 6400 | 400 / 800 /1600 / 3200 |
| DWPD | | x3 | x3 | x3 | x3 |
| Performance @ 11W (Aligned, Sustained, Entropy = 100%) | | Narrow Single | Narrow Single | Narrow Dual | Narrow Dual |
| Sequential Read | [MiB/s] | 1100 | 1000 | 2200 | 1800 |
| Sequential Write | [MiB/s] | 1100 | 1050 | 1200 | 1050 |
| Random Read | [KIOPS] | 230 | 190 | 420 | 270 |
| Random Write | [KIOPS] | 90 | 95 | 90 | 95 |
| Random W30% / R70% | [KIOPS] | 155 | 125 | 200 | 150 |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | |
| Read | (Avg.)[us] | 100 | 100 | 100 | 100 |
| Write | (Avg.)[us] | 30 | 30 | 30 | 30 |

**TOSHIBA** Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# P-M5/M4 Performance Comparison (3/5)

- ## Mixed Use (x3 DWPD, 480GB Series) @11W

Note:  Subject to change

| Mixed Use | | | Toshiba P-M5 | Toshiba P-M4 | Toshiba P-M5 | Toshiba P-M4 |
|---|---|---|---|---|---|---|
| NAND | | | BiCS3 eTLC | 15nm eMLC | BiCS3 eTLC | 15nm eMLC |
| Interface | | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps |
| Form Factor | 2.5"SFF | | 15mmH | 15mmH | 15mmH | 15mmH |
| User Capacity | [GB] | | 480 / 960 / 1920 / 3840 / 7680 | 480 / 960 / 1920 / 3840 | 480 / 960 / 1920 / 3840 / 7680 | 480 / 960 / 1920 / 3840 |
| DWPD | | | x3 | x3 | x3 | x3 |
| Performance @ 11W (Aligned, Sustained, Entropy = 100%) | | | Narrow Single | Narrow Single | Narrow Dual | Narrow Dual |
| Sequential Read | [MiB/s] | | 1100 | 1000 | 2200 | 1900 |
| Sequential Write | [MiB/s] | | 1100 | 1050 | 1200 | 1100 |
| Random Read | [KIOPS] | | 230 | 190 | 420 | 270 |
| Random Write | [KIOPS] | | 90 | 80 | 90 | 80 |
| Random W30% / R70% | [KIOPS] | | 155 | 115 | 200 | 135 |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | |
| Read | (Avg.)[us] | | 100 | 100 | 100 | 100 |
| Write | (Avg.)[us] | | 30 | 30 | 30 | 30 |

# P-M5/M4 Performance Comparison (4/5)

- ## Read Intensive (x1 DWPD) @11W

Note:  Subject to change

| Read Intensive | | | Toshiba P-M5 | Toshiba P-M4 | Toshiba P-M5 | Toshiba P-M4 |
|---|---|---|---|---|---|---|
| NAND | | | BiCS3 eTLC | 15nm eMLC | BiCS3 eTLC | 15nm eMLC |
| Interface | | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps |
| Form Factor | 2.5"SFF | | 15mmH | 15mmH | 15mmH | 15mmH |
| User Capacity | [GB] | | 480 / 960 / 1920 / 3840 / 7680 / 15360 / 30720 | 480 / 960 / 1920 / 3840 | 480 / 960 / 1920 / 3840 / 7680 / 15360 / 30720 | 480 / 960 / 1920 / 3840 |
| DWPD | | | x1 | x1 | x1 | x1 |
| Performance @ 11W (Aligned, Sustained, Entropy = 100%) | | | **Narrow Single** | **Narrow Single** | **Narrow Dual** | **Narrow Dual** |
| Sequential Read | [MiB/s] | | 1100 | 1000 | 2200 | 1800 |
| Sequential Write | [MiB/s] | | 1100 | 1030 | 1200 | 1050 |
| Random Read | [KIOPS] | | 230 | 190 | 420 | 270 |
| Random Write | [KIOPS] | | 40 | 33 | 40 | 33 |
| Random W30% / R70% | [KIOPS] | | 95 | 70 | 110 | 80 |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | |
| Read | (Avg.)[us] | | 100 | 100 | 100 | 100 |
| Write | (Avg.)[us] | | 30 | 30 | 30 | 30 |

**\*The performance of over 16TB is TBD**


**SSD Division**   **Toshiba Confidential**   © 2016 Toshiba Corporation   20

# P-M5/M4 Performance Comparison (5/5)

- ## Read Intensive (x0.5 DWPD) @11W

Note:  Subject to change

| Very Read Intensive | | Toshiba P-M5 | Toshiba P-M4 | Toshiba P-M5 | Toshiba P-M4 |
|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | 15nm eMLC | BiCS3 eTLC | 15nm eMLC |
| Interface | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | 15mmH | 15mmH |
| User Capacity | [GB] | 3840 / 7680 / 15360 / 30720 | 2000 / 4000 | 3840 / 7680 / 15360 / 30720 | 2000 / 4000 |
| DWPD | | x0.5 | x0.5 | x0.5 | x0.5 |
| Performance @ 11W (Aligned, Sustained, Entropy = 100%) | | Narrow Single | Narrow Single | Narrow Dual | Narrow Dual |
| Sequential Read | [MiB/s] | 1100 | 1000 | 2200 | 1800 |
| Sequential Write | [MiB/s] | 1100 | 1030 | 1200 | 1050 |
| Random Read | [KIOPS] | 230 | 190 | 420 | 270 |
| Random Write | [KIOPS] | 35 | 22 | 35 | 22 |
| Random W30% / R70% | [KIOPS] | 86 | 55 | 98 | 55 |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | |
| Read | (Avg.)[us] | 100 | 100 | 100 | 100 |
| Write | (Avg.)[us] | 30 | 30 | 30 | 30 |

*The performance of over 16TB is TBD

TOSHIBA
Leading Innovation >>>

# P-M5 Multi-Link

- SFF-8639 connector is used

- Downward compatibility with legacy SFF-8680 backplane, for both mechanical and electrical

- Phoenix-M5 series support 12Gbps Multilink (2x2 wide port)

**Signal Connection (Drive Side)**



**Pin Description**

| Pin# | PM4 | PM5 |
|------|-----|-----|
| P1 | P1 => P2 | <- |
| P2 | P2 => P1 | <- |
| P3 | Power Disable | <- |
| P4 | GND | <- |
| P5 | GND | <- |
| P6 | GND | <- |
| P7 | 5V | <- |
| P8 | 5V | <- |
| P9 | 5V | <- |
| P10 | GND | <- |
| P11 | LED | <- |
| P12 | GND | <- |
| P13 | 12V | <- |
| P14 | 12V | <- |
| P15 | 12V | <- |

| Pin# | PM4 | PM5 | |
|------|-----|-----|---|
| S1 | GND | <- | |
| S2 | RX0+ | RX0+ | |
| S3 | RX0- | RX0- | Port0 (SAS0) |
| S4 | GND | <- | |
| S5 | TX0- | TX0- | |
| S6 | TX0+ | TX0+ | |
| S7 | GND | <- | |
| S8 | GND | <- | |
| S9 | RX1+ | RX1+ | |
| S10 | RX1- | RX1- | Port1 (SAS1) |
| S11 | GND | <- | |
| S12 | TX1- | TX1- | |
| S13 | TX1+ | TX1+ | |
| S14 | GND | <- | |

| Pin# | PM4 | PM5 | |
|------|-----|-----|---|
| S15 | GND | Reserved | |
| S16 | GND | GND | |
| S17 | GND | RX2+ | |
| S18 | GND | RX2- | Port0 (SAS2) |
| S19 | GND | GND | |
| S20 | GND | TX2- | |
| S21 | GND | TX2+ | |
| S22 | GND | GND | |
| S23 | GND | RX3+ | |
| S24 | GND | RX3- | Port1 (SAS3) |
| S25 | GND | GND | |
| S26 | GND | TX3- | |
| S27 | GND | TX3+ | |
| S28 | GND | GND | |

© 2016 Toshiba Corporation

**TOSHIBA** Leading Innovation >>>    **SSD Division**    **Toshiba Confidential**    22

# P-M5 Multi-Link

- **P-M5 supports 2x2 Wide port**

- **Combination of the ports 0-1 and SAS 0-3 are selectable**

- **The default setting is below: Port 0 configured with SAS0/SAS2 and Port 1 configured with  SAS1/SAS3**



# P-M5 Multi-Link

- ## Multi-Link (2x2 Wide Port) Target Performance

Note: Subject to change

| P-M5 Product Specification | | | Write Intensive | Mixed Use | Read Intensive | Very Read Intensive |
|---|---|---|---|---|---|---|
| NAND | | | BiCS3 eTLC | BiCS3 eTLC | BiCS3 eTLC | BiCS3 eTLC |
| Interface | | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps |
| Form Factor | 2.5"SFF | | 15mmH | 15mmH | 15mmH | 15mmH |
| User Capacity | [GB] | | 400 / 800 / 1600 / 3200 | 400 / 800 / 1600 / 3200 / 6400 / 480 / 960 / 1920 / 3840 / 7680 | 960 / 1920 / 3840 / 7680 / 15360(*) | 3840 / 7680 / 15360(*) |
| DWPD | | | x10 | x3 | x1 | x0.5 |
| Performance (@Aligned, Sustained, Entropy = 100%) | | | Multi-Link x2 / x2 | Multi-Link x2 / x2 | Multi-Link x2 / x2 | Multi-Link x2 / x2 |
| Sequential Read | 64KiB | [MiB/s] | 3300 | 3300 | 3300 | 3300 |
| Sequential Write 64KiB | 18W | [MiB/s] | up to 2300 | up to 2300 | up to 2300 | up to 2300 |
| | (Perf.) 22W | [MiB/s] | up to 3000 | up to 3000 | up to 3000 | up to 3000 |
| Random Read | 4KiB QD > 32 | [KIOPS] | up to 400 | up to 400 | up to 400 | up to 400 |
| Random Write 4KiB QD > 16 | 18W | [KIOPS] | 200 | 160 | 80 | 40 |
| | (Perf.) 22W | [KIOPS] | 300 | 220 | 110 | 55 |
| Random W30% / R70% 4KiB QD > 32 | 18W | [KIOPS] | up to 308 | up to 276 | up to 180 | up to 108 |
| | (Perf.) 22W | [KIOPS] | up to 360 | up to 320 | up to 220 | up to 138 |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | |
| Read | (Avg.) | [us] | 100 | 100 | 100 | 100 |
| Write | (Avg.) | [us] | 30 | 30 | 30 | 30 |

*The performance of 15TB is TBD

 **TOSHIBA** Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

24

# Multi-Stream

**Motivation : To reduce WAF**

- **Reduce GC**
- **Overwrite/un-map data in SSD erase units**
- **Overwrite/unmap the data in Logical block units**
- **Fill each Logical block with same data stream**
- **Fill Logical page with same data stream**

Stream 0     Stream 1     Stream 2     Stream 3

**Normal write**

Initial write Stream 0,1,2,3

Rewritten/Unmapped stream 0,1

**Don't need garbage collection → Reduce WAF**

**Multi-stream write**

**Need garbage collection**

© 2016 Toshiba Corporation

**TOSHIBA** Leading Innovation >>>    **SSD Division**    **Toshiba Confidential**    25

# Host-Managed SSD (HMS)



| Host Managed SSD Features | Standardization | TOSHIBA HMS SUPPORT | |
|---|---|---|---|
| | | PM-3/P-M4 | P-M5 |
| Garbage Collection Control | YES | YES | YES |
| Multi Streaming | YES | NO | YES |
| Over Provisioning Control | YES | YES | YES |
| Thermal Throttling | TOSHIBA unique | YES | YES |
| Endurance Throttling | TOSHIBA unique | YES | YES |

**TOSHIBA**
Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **P-M5 Product Specification**
- **P-M5 Development Schedule**
- **P-M5 Implementation**



**TOSHIBA** Leading Innovation >>>    **SSD Division**    **Toshiba Confidential**    © 2016 Toshiba Corporation    27

# P-M5 Development Schedule



# Agenda

- **Organizational Overview**
- **Enterprise SSD Roadmap**
- **P-M5 Product Specification**
- **P-M5 Development Schedule**
- **P-M5 Implementation**
  - Key components / Technology comparison / Controller / NAND / Mechanical design



**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# PM5 Hardware Configuration

| NAND | Die | Count (st : stacks) | DRAM type | # of PCBA | Write Intensive | Mixed Use (1) | Mixed Use (2) | RI (1 DWPD) | RI (0.5 DWPD) |
|---|---|---|---|---|---|---|---|---|---|
| BiCS3 eTLC | 256Gb | 2st x 8 + 4st x 1 | DDR3L | 1 | | 400GB | | 480GB | |
| | | 2st x 7 + 4st x 2 | | 1 | | | 480GB | | |
| | | 4st x 9 | | 1 | 400GB | 800GB | | 960GB | |
| | | 4st x 7 + 8st x 2 | | 1 | | | 960GB | | |
| | | 8st x 9 | | 1 | 800GB | 1600GB | | 1920GB | |
| | | 8st x 7 + 16st x 2 | | 1 | | | 1920GB | | |
| | | 8st x 18 (1) | DDR4 | 2 | 1600GB | | | | |
| | | 8st x 18 (2) | | 2 | | 3200GB | | 3840GB | 3840GB |
| | | 8st x 14 + 16s x 4 | | 2 | | | 3840GB | | |
| | | 16st x 18 (1) | | | 3200GB | | | | |
| | | 16st x 18 (2) | | 2 | | 6400GB | | 7680GB | 7680GB |
| | | 16st x 22 | | 2 | | | 7680GB | | |
| | 512Gb | 16st x 18 | | 2 | | | | 15360GB | 15360GB |

(1),(2) ; DRAM Cap.is different.

# Key Component List

- ## Supplier Information

| | Phoenix-M3 | Phoenix-M4 | Phoenix-M5 | |
|---|---|---|---|---|
| SoC | Marvell 88SS1032 (Designed by Toshiba) | ← | Marvell 88SS1033 (Designed by Toshiba) | |
| NAND | • Toshiba A19nm eMLC<br>• 4st, 8st, 16st | • Toshiba 15nm eMLC<br>• 4st, 8st, 16st | • Toshiba BiCS3 eTLC,<br>  • 2st,4st,8st,16st | |
| DRAM | • DDR3 (1.5V)<br>• Micron, Hynix, Winbond<br>• 2Gb, 4Gb, 8Gb x8bit | • DDR3 (1.5V)<br>• Micron, Hynix, Winbond, Zentel<br>• 2Gb, 4Gb, 8Gb x8bit | • DDR3L (1.35V)<br>• Micron, Hynix, Winbond, Nanya, Samsung<br>• 2Gb, 4Gb, 8Gb x8bit | • DDR4 (1.2V,2.5V)<br>• Micron, Hynix, Nanya, Samsung<br>• 4Gb, 8Gb, 16Gbx8bit |
| SAS Connector | Amphenol SFF-8639 | ← | ← | |
| PLP Capacitor | Nippon Chemi-Con, Nichicon (Electrolytic) | ← | Nippon Chemi-Con, Nichicon, LELON (Electrolytic) | |
| B2B Connector | FCI for 1.6TB/3.2TB (No B2B connector for 400GB/800GB) | ← | FCI for ME Model(1.6TB/3.2TB) and other Model over 6.4TB. | |
| PMIC | - | - | IDT | |

# Technology Comparison (1/3)

| | Phoenix-M3 | Phoenix-M4 | Phoenix-M5 |
|---|---|---|---|
| SoC | Marvell 88SS1032 (Designed by Toshiba) | ← | Marvell 88SS1033 (Designed by Toshiba) |
| Process Rule [nm] | 28 | ← | ← |
| Package Size [mm] | 29 x 29 | ← | 27 x 27 |
| SoC Core [V] | 0.9 | ← | ← |
| DDR I/F [V] | 1.5 | ← | 1.35 / 1.2 |
| Peripheral I/O [V] | 1.8 | ← | ← |
| DRAM I/F | DDR3 | ← | DDR3L / DDR4 |
| DDR Bus Width | 16bit | ← | 32bit |

# Technology Comparison (2/3)

| Endurance type | Phoenix-M3 | | Phoenix-M4 | | Phoenix-M5 | |
|---|---|---|---|---|---|---|
| | Mid Endurance Value Endurance Configurable | High Endurance Read Intensive Very Read Intensive | Mid Endurance Value Endurance Configurable | High Endurance Read Intensive Very Read Intensive | Write Intensive Mixed Use Read Intensive (Low Capacities: 400/800/1600,480/960/1920) | Read Intensive (High Capacities: 3200/6400/3840/7680/15360/30720) |
| NAND | A19nm eMLC | | 15nm eMLC | | BiCS3 eTLC | |
| # of NAND channels | 18 | 16 | 18 | 16 | 18 | |
| Capacity/Chip | 128Gb | | ← | | 256Gb | 512Gb |
| Stacks | 4/8/16 | | ← | | 2/4/8/16 | 8/16 |
| # of planes/die | 4 | | ← | | 2 | |
| # of blocks | 4036 | | ← | | 2956 | 5916 |
| Package type | 152BGA | | 132BGA | | 132BGA | 152BGA |
| Core Voltage [V] | 2.5 | | ← | | 2.5 | 2.5 |
| ECC | BCH | | BCH | | LDPC | |
| ECC correctable bit (L1)/1KB | 21～110bits | | 25～125bits | | 27～262bit | |
| Variable ECC | Supported | | ← | | ← | |

**TOSHIBA** Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation   33

# Technology Comparison (3/3)

| | Phoenix-M3 | Phoenix-M4 | Phoenix-M5 |
|---|---|---|---|
| FF Thickness [mm] | 15 | ← | ← |
| Connector | | | |
| I/F Connector | SFF-8639 | ← | ← |
| # of B2B Pins | 240 | ← | 300 |
| PCBA | | | |
| # of layers, type | 10-layer build-up | ← | Mother: 10-layer build-up; Daughter: 12-layer through hole via |
| # of PCBAs | 1 (400G-960G) 2 (1600G-3840G) | ← | 1 (for WI 400-800GB / MU 400-1600, 480-1920GB / RI 960-1920GB) 2 (for WI 1600-3200GB / MU 3200-6400, 3840-7680GB / RI(1) 3840-15360GB/ RI(0.5) 3840-15360GB) |
| PLP | | | |
| Cap type | Electrolytic | ← | ← |
| # of Cap | 6 | ← | ← |
| Unit Cap [uF] | 220 | ← | ← |
| Charge Voltage [V] | 29 | ← | ← |

**TOSHIBA** Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

34

# Controller

- **Block diagram**
- **Data path protection**



**TOSHIBA** Leading Innovation >>>   **SSD Division**   **Toshiba Confidential**   © 2016 Toshiba Corporation   35

# Controller Block Diagram



© 2016 Toshiba Corporation

**TOSHIBA** Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

Joint Exhibit JX9, page 36 of 92

# End-to-end Data Protection



Data Protection Scheme

© 2016 Toshiba Corporation

**TOSHIBA** Leading Innovation >>> | **SSD Division** | **Toshiba Confidential** | 37

# Program Suspend

- **PM5/CM5 generation supports Program Suspend**
- **It can make the wait less than 100us in BiCS3 generation**







# NAND

- **P-M5 hardware configuration**
- **NAND key parameters**



**SSD Division**    **Toshiba Confidential**    © 2016 Toshiba Corporation    39

# NAND Flash Key Parameters

| NAND production | | Previous Generation | Previous Generation | Current Generation | |
|---|---|---|---|---|---|
| Generation | | A19nm | 15nm | BiCS3 TLC | |
| NAND die density | | 128Gb | 128Gb | 256Gb | 512Gb |
| Interface | | Toggle2.0 | Toggle2.0 | Toggle2.0 | Toggle2.0 |
| Schedule | | MP | MP | 2Q'17 | 2Q'17 |
| Reliability | W/E endurance | 10K | 10K | 10k | 10k |
| | Data Retention | 0.25year @ Life end | 0.25year @ Life end | 0.25year @ Life End | 0.25year @ Life End |
| | ECC Requirement | 40bit/1KB | 40bit/1KB | 120bit/1kB | 120bit/1kB |
| Architecture | Vcc | 2.35-3.6V | 2.35-3.6V | 2.35-3.6V | 2.35-3.6V |
| | VccQ | 3.3V / 1.8V | 3.3V / 1.8V | 3.3V / 1.8V | 3.3V / 1.8V |
| | Vpp | 12V | 12V | 12V | 12V |
| | Page + Spare Size | 16KB+1280B | 16KB + 1280B | 16kB + 1952B | 16KB + 1952B |
| | Page per Block | 256 | 256 | 768 | 768 |
| | Block Size | 4MB | 4MB | 12MB | 12MB |
| | # of Blocks | 4036 – 4276 | 4036 – 4252 | 2956 | 5916 |
| | # of Plane | 4 | 4 | 2 | 2 |
| Performance | Max Data Rate | 400MT/s | 400MT/s | 400~533MT/s | 400~533MT/s |
| | tPROG (typ) | 1.9ms | 1.9ms | 2.4-3.0ms | 3.0-4.5ms |
| | tR (typ/max) | 54us/80us | 50us/85us | 60-80us | 80-110us |
| | tBERASE (typ) | 7ms | 8ms | 10ms | 10ms |
| Package | | 152BGA | 132BGA | 132BGA/152BGA | 152BGA |

Target Performance

# Mechanical Design

- **Mechanical Structure**
- **Form Factor and Mounting Hole Dimensions**
- **SFF-8639 connector**
- **Durability against Shock and Heat Dissipation Design**
- **Location of Temperature Sensors**



**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# Mechanical Structure (External)



COVER side                    BASE side

**TOSHIBA**
Leading Innovation >>>  **SSD Division**                    **Toshiba Confidential**                    © 2016 Toshiba Corporation

# Mechanical Structure (Internal 1/4)

- 2PCB model

**P-M3/4**

**P-M5**



Cover （Aluminum plate）

aluminum electrolytic capacitor

Daughter PCB

BtoB connector

Mother PCB

Base Plate （Aluminum die-cast）

**TOSHIBA**
Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# Mechanical Structure (Internal 2/4)

- 2PCB model



## P-M3/4



## P-M5



**TOSHIBA** Leading Innovation >>> — **SSD Division** — **Toshiba Confidential** — © 2016 Toshiba Corporation   44

# Mechanical Structure (Internal 3/4)

- 1PCB model



**P-M3/4**

**P-M5**

Cover（Aluminum plate）

aluminum electrolytic capacitor

Main PCB

Base Plate（Aluminum die-cast）

**TOSHIBA** Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# Mechanical Structure (Internal 4/4)

- 1PCB model

**P-M3/4**

**P-M5**





**Inner Cover**

Toshiba Confidential

SSD Division

© 2016 Toshiba Corporation    46

# Form Factor and Mounting Hole Dimensions

- Conforms with:
  SFF-8201 (Housing)
  SFF-8639 (SAS & PCIe Plug)

- Weight: 0.15kg maximum

- Installation screw torque:
  0.49N-m +/-12%



© 2016 Toshiba Corporation

**TOSHIBA**
Leading Innovation >>>   **SSD Division**   **Toshiba Confidential**   47

# Durability against shock and heat dissipation design　2 PCB



**2PCB model**

NAND — BtoB connector — aluminum electrolytic capacitor

Cover
PCB (daughter)

Air flow — Air flow

PCB (mother)
Base

SoC — NAND

Heat Dissipation Path — Heat Dissipation Path

**Cover**

Slit for air flow — groove shape

Having Slit at cover side, the air can flow in the drive.
Put PCBs between Base and Cover, let out heat and reduce vibration at mechanical shock.
The cover has the groove shape, for high-stiffness and touch to hot elements with TIM (Thermal Interface Material).

**TOSHIBA** Leading Innovation >>>　　**SSD Division**　　**Toshiba Confidential**　　© 2016 Toshiba Corporation　48

# Durability against shock and heat dissipation design　1PCB



1PCB model

aluminum electrolytic capacitor

Inner cover

Cover

Air flow

Air flow

PCB (main)

Base

SoC

NAND

Heat Dissipation Path

Heat Dissipation Path

Cover

Slit for air flow

Inner cover

Having Slit at cover side, the air can flow in the drive.
Put PCB between Base and Inner cover, let out heat and reduce vibration at mechanical shock.
The cover has the groove shape, for high-stiffness and touch to hot elements with TIM.

**TOSHIBA** Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# Thermal Simulation

Thermal Simulation Temperature results @ SoC：11[W] , Ta：25[degC]，Air flow speed：2.0m/sec



| Model | SoC | NAND | DRAM | AL CON |
|---|---|---|---|---|
| P/C-M3 | 80.5 | 72.8 | 78.3 | 63.8 |
| P/C-M5 w/o air vent | 81.0 | 71.6 | 76.7 | 63.4 |
| P/C-M5 w air vent | 73.9 | 62.9 | 69.1 | 54.4 |

P/C-M5 new design w air vent can decrease the temperature of each component by 10degC.
In case of w/o air vent, the temperature of components of P/C-M5 are almost same as P/C-M3.



**SSD Division**    **Toshiba Confidential**    © 2016 Toshiba Corporation    50

# Electrical Design

- **PMIC**
- **Assurance of 5V / 12V (+/-10%) Margin (Dell Requirement)**
- **5V / 12V Absolute Maximum (7V / 15.6V) (Dell Requirement)**
- **Pin 11 OOB Temperature Polling (Dell Requirement)**

 **SSD Division**    **Toshiba Confidential**    © 2016 Toshiba Corporation    51

# PMIC

## PMIC Advantages

- To make common the power circuit design between SAS (P-M5) and PCIe (C-M5)

- Support Power Loss Protection (PLP), Power disable Implementation, etc...

(These functions are same as P-M4)



# Power Loss Protection Implementation (1/2)

● Normal State (Charge Up)



Toshiba Confidential

© 2016 Toshiba Corporation    53

TOSHIBA
Leading Innovation >>>    SSD Division

# Power Loss Protection Implementation (2/2)

● Power Loss State



© 2016 Toshiba Corporation

Joint Exhibit JX9, page 54 of 92

# Power Disable Implementation

- Drive detects power disable configuration automatically
  - Same as P-M4

- Will work correctly in legacy system configs
  - P1/P2/P3 = 3.3V (PMIC support)

- eFuse added to 5V and 12V input to improve tolerance to overvoltage



© 2016 Toshiba Corporation

55

**SSD Division**

**Toshiba Confidential**

Joint Exhibit JX9, page 55 of 92

# Assurance of 5V / 12V (+/-10%) Margin

- **New Power Management IC (PMIC) developed for the wide power supply voltage assurance (5V/12V +/-10%).**

- **PMIC upconverts the 5V input voltage to 12V in order to wide the power supply voltage assurance.**



**SSD Division**     **Toshiba Confidential**

Joint Exhibit JX9, page 56 of 92

# 5V / 12V Absolute Maximum (7V / 15.6V)



When 15.6V add, PMIC will be protected by Over Voltage Clamp of eFuse.
In additional , When Input voltage is increased from 12V to 13.8V ,
Reset IC detects the Over-Voltage and It's worked shut down  the enable pin of eFuse.

When 7V add , PMIC will be protected by Over Voltage Clamp of eFuse.

**TOSHIBA** Leading Innovation >>>   **SSD Division**   **Toshiba Confidential**   © 2016 Toshiba Corporation

# Pin 11 OOB Temperature Polling

**PM5 concept**
- SoC has dedicated timer control H/W for P-11.
- We call it "LED toggle function".
- Set specific values in this H/W, then P-11 goes high and Low automatically with specified time period.
- No F/W intervention required during one toggle operation.

**How to implement in PM5.**
(assuming sending H=50ms then L=44ms)

1. Set toggle values of 50ms and 44ms into "LED toggle" registers.
2. Start toggle function.
3. Wait for toggle end. (We have several methods to find the end of toggle. Under consideration.)
4. Repeat 1 to 3 for 9 (+2) times to send one temperature data packet to P-11.

**Consideration**
- Small (but not zero) overhead in F/W. It may NOT make Rd/Wr performance degradation.
- Suitable for DELL's requirements.



Total = 550ms

P11HW

Timer Interrupts ( FW Overhead 2us × 7 )

+14us

±250us ( DELL request )

**Transmit temperature data minimum every 5 seconds.**

# Firmware Design

- **Strength error recovery**
- **Shorter Start Time at power on**
- **Cluster Disintegration**
- **Large Cluster Size**
- **Security/Cryptography Features**



**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# Strength error recovery

- ## Recovery Procedure



RawBER → Read with HB → AutoHSB → Shift Read w/ HSB → FSB → QSBC → UBER spec

L1    L2    L3

- ## ● Recovery Flow



- **M5 uses LDPC with Hard Bit decoding (HB) and 2 types of Soft Bit decoding（HSB,FSB) each with different levels of error correction.**

- **M5s UBER is going to achieve to UBER specification with various correction level in LDPC (L1,L2) and QSBC (L3).**

**TOSHIBA** Leading Innovation ⟫⟫⟫  **SSD Division**  **Toshiba Confidential**  © 2016 Toshiba Corporation

# Cluster Disintegration

Length of L1 Media ECC grows according to increase of raw bit error rate of NAND





Page: 16KB/page; 4 Clusters/page by default

Cluster: 4KB user data/cluster; actual size is determined by # of ECC bits

Frame: 1KB user data/frame

Data1  E3D  Data2  E3D  MECC
                        MED

**MECC bit length**

| Step | 512BPS | 520BPS | 528BPS |
|------|--------|--------|--------|
| 1 | 37 | 28 | 19 |
| 2 | 69 | 61 | 52 |
| 3 | 97 | 92 | 85 |
| 4 | 122 | 121 | 114 |
| 5 | 138 | 134 | 131 |

# Shorter Time to Ready

- **Time to Ready Target at power on**

    – Shorten Time to Ready by wider DRAM interface and FW control.

| Capacity (GB) | P-M5 (Target) (sec.) | P-M4 (sec.) |
|---|---|---|
| 800/960 | 8 | 11 |
| 1600/1920 | 9 | 14 |
| 3200/3840 | 10 | 21 |
| 6400/7680 | 15 | - |
| 15360 | 21 | - |

* The value means that power is off during random write.
* The value that power is off after Shutdown Notification (CC.SHN=01b) or STOP UNIT is almost same.

**TOSHIBA** Leading Innovation >>>  **SSD Division**  **Toshiba Confidential**  © 2016 Toshiba Corporation

# Large Cluster Size on ≧ 8TB Models

- **M5s implement 8kB cluster size for over 8TB model instead of 4kB**

  以下の影響を記載してください

  - WAFの増加　VE6400（2.05→3.57）
    - ＷＡＦの増加によりＬＥのP/Eサイクルの増加またはOPの増加が要求される
  - 性能低下　Random Writeが4k比で50%にダウン。

16TB以上の性能低下を説明する場合は必要

**TOSHIBA** Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation    63

# Security/Cryptography Features

- **Toshiba can provide following options regarding security/cryptography**

| Model type | SSC(*1) | FIPS140-2 (*2) | ISE (Instant Scramble Erase) |
|---|---|---|---|
| FIPS | Supported | Yes | Yes (Support CRYPTOGRAPHIC ERASE service action. Execute without the authentication) |
| SED | | No | |
| ISE | Not Supported | No | |
| Non-SED | | | No |

| (*1) | # | SSC | Specification Name/Revisions |
|---|---|---|---|
| | 1 | Enterprise SSC | TCG Storage Architecture Core Specification, Specification Version 1.00 Revision 0.9 - Draft<br>TCG Storage Security Subsystem Class: Enterprise Specification Version 1.01 Revision 1.00<br>TCG Storage Interface Interactions Specification (SIIS) Specification Version 1.04 Revision 1.00 |

Support "AES XTS 256bit" for Data Encryption
Support exceeded 8 Bands and Global Range

(*2) Ready to comply with FIPS140-3 when standardized

**Toshiba Confidential**

© 2016 Toshiba Corporation

Joint Exhibit JX9, page 65 of 92

# Pin 11 OOB Temperature Polling Implementation

**Backup**

**PM5 concept**
- SoC has dedicated timer control H/W for P-11.
- We call it "LED toggle function".
- Set specific values in this H/W, then P-11 goes high and Low automatically with specified time period.
- No F/W intervention required during one toggle operation.

**How to implement in PM5.**
(assuming sending H=50ms then L=44ms)

1. Set toggle values of 50ms and 44ms into "LED toggle" registers.
2. Start toggle function.
3. Wait for toggle end. (We have several methods to find the end of toggle. Under consideration.)
4. Repeat 1 to 3 for 9 (+2) times to send one temperature data packet to P-11.

**Consideration**
- Small (but not zero) overhead in F/W. It may NOT make Rd/Wr performance degradation.
- Suitable for DELL's requirements.



Total = 550ms

P11HW

Timer Interrupts ( FW Overhead 2us × 7 )

+14us

±250us ( DELL request )

Transmit temperature data minimum every 5 seconds.

TOSHIBA Leading Innovation >>>  **SSD Division**  **Toshiba Confidential**  © 2016 Toshiba Corporation  66

# End-to-end Data Protection

**Backup**

## Data Path Protection

- End to End Error Detection(E3D)

  When write command

  CRC16 codes are added when data come in and stored to NAND flash with user data

  When read command

  CRC16 codes are checked when data go out

  Detect all any errors at all of data path (bus and RAM) in the SSD



E3D: End to End Error Detection (CRC16)
MED: Media Detection Toshiba ECC Data (CRC32)
(MECC: Media ECC)

**TOSHIBA** Leading Innovation >>>  **SSD Division**  **Toshiba Confidential**  © 2016 Toshiba Corporation

# M5s Technical Highlights

**Backup**

## New Parts 紹介

**<Deneb SoC>**
Canopusに対し、
**大幅な機能・性能エンハンス**
■ SAS: Multi-Link対応
→ 冗長性と性能を確保
■ PCIe: Dual port対応
→ストレージ用途に必要な冗長性確保
■ NVMe 1.3対応
→SGL、CMBなど最新機能に対応
■ Multistream、Read Cache、SoC Rev2追加対策
→性能改善
■ Zero Fill Detect機能
→性能・信頼性向上
■ SR-IOV対応(評価目的のみ)
→仮想化環境での性能向上、用途拡大、付加価値向上
■ Large Cluster (8K/16K/32K)
→大容量サポート
■ NAND ECCでのLDPCサポート
→信頼性向上

(*) AVS (Adaptive Voltage Scaling) 機能は効果なしとの評価結果。Screening等で利用可能

**<NAND>**
TBiCS2採用により大容量化・低コスト化・低消費電力化を実現

**<PMIC(Power Management IC)システム>**
P/C-M3世代ディスクリート構成に比べ、部品点数減少
→接続・設計検証が容易に。
→実装面積従来の約4割削減。
→各種電気的特性に対し、OTP(One Time Programmable Rom)による設定変更が可能。
→基板改版/部品変更なしに設計変更可能。開発スピードUP。
→ベンダーFW(マイコン)を内蔵し、コントローラ動作を変更可能。

**<3枚基板>**
NAND実装可能面積を拡大する3枚基板を導入
→大容量構成を実現
→ TBiCS2 36pcs搭載可能 (2枚基板: 22pcs)

**<Others>**
**B2B コネクタ 240pin→300pin**
→NAND実装可能数増加 (20→22pcs)

**デバッグ コネクタ 追加**

**<メカ設計>**
ヒートシンクの除去
→COVERに開口部を設け、風を通すことで冷却性能up。
（SWで約10degC低減）





**TOSHIBA** Leading Innovation >>>    **SSD Division**    **Toshiba Confidential**    © 2016 Toshiba Corporation    68

# Multi Stream

<span style="color:red">Backup</span>

- **Stream control (open)**
  - SSD offers new stream (NAND) blocks to write
- **Stream control (close)**
  - SSD close the stream (NAND) blocks for target stream ID.
- **HMS**
  - 1-31 streams support
    - for single link performance (single port)
    - A unit stream block size is approximately 630MB
  - 1-16 streams support
    - for multi link performance (multi port)
    - A unit stream block size is approximately 1240MB



**TOSHIBA** Leading Innovation >>>    **SSD Division**                **Toshiba Confidential**                © 2016 Toshiba Corporation    69

# P-M5/M3 Performance Comparison (1/5)

- **Write Intensive (x10 DWPD) @11W**

**Backup**

Note:  Subject to change

| Write Intensive | | Toshiba P-M5 | Toshiba P-M3 | Toshiba P-M5 | Toshiba P-M3 | |
|---|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | A19nm | BiCS3 eTLC | A19nm | |
| Interface | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | 15mmH | 15mmH | |
| User Capacity | [GB] | 400 / 800 / 1600 / 3200 | 400 / 800 /1600 / 3200 | 400 / 800 / 1600 / 3200 | 400 / 800 /1600 | 3200 |
| DWPD | | x10 | x10 | x10 | x10 | |
| Performance @ 11W (Aligned, Sustained, Entropy = 100%) | | **Narrow Single** | **Narrow Single** | **Narrow Dual** | **Narrow Dual** | |
| Sequential Read | [MiB/s] | 1100 | 1000 | 2200 | 1900 | 1500 |
| Sequential Write | [MiB/s] | 1100 | 1050 | 1200 | 1100 | |
| Random Read | [KIOPS] | 230 | 195 | 420 | 270 | |
| Random Write | [KIOPS] | 160 | 115 | 160 | 115 | |
| Random W30% / R70% | [KIOPS] | 200 | 140 | 280 | 155 | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | |
| Read | (Avg.)[us] | 100 | 120 | 100 | 120 | |
| Write | (Avg.)[us] | 30 | 60 | 30 | 60 | |

**\*The performance of over 16TB is TBD**

 **TOSHIBA** Leading Innovation ⟫⟫⟫   **SSD Division**   **Toshiba Confidential**   © 2016 Toshiba Corporation   70

# P-M5/M3 Performance Comparison (2/5)

- **Mixed Use (x3 DWPD, 400GB Series) @11W**

**Backup**

Note:  Subject to change

| Mixed Use | | | Toshiba P-M5 | Toshiba P-M3 | Toshiba P-M5 | Toshiba P-M3 | |
|---|---|---|---|---|---|---|---|
| NAND | | | BiCS3 eTLC | A19nm | BiCS3 eTLC | A19nm | |
| Interface | | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | | 2.5"SFF | 15mmH | 15mmH | 15mmH | 15mmH | |
| User Capacity | | [GB] | 400 / 800 / 1600 / 3200 / 6400 | 400 / 800 /1600 / 3200 | 400 / 800 / 1600 / 3200 / 6400 | 400 / 800 /1600 | 3200 |
| DWPD | | | x3 | x3 | x3 | x3 | |
| Performance @ 11W (Aligned, Sustained, Entropy = 100%) | | | **Narrow Single** | **Narrow Single** | **Narrow Dual** | **Narrow Dual** | |
| Sequential Read | | [MiB/s] | 1100 | 1000 | 2200 | 1900 | 1500 |
| Sequential Write | | [MiB/s] | 1100 | 1030 | 1200 | 1100 | |
| Random Read | | [KIOPS] | 230 | 190 | 420 | 270 | |
| Random Write | | [KIOPS] | 90 | 90 | 90 | 90 | |
| Random W30% / R70% | | [KIOPS] | 155 | 120 | 200 | 135 | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | |
| Read | | (Avg.)[us] | 100 | 120 | 100 | 120 | |
| Write | | (Avg.)[us] | 30 | 60 | 30 | 60 | |

**\*The performance of over 16TB is TBD**



**SSD Division**    **Toshiba Confidential**    © 2016 Toshiba Corporation    71

# P-M5/M3 Performance Comparison (3/5)

**Backup**

- ## Mixed Use (x3 DWPD, 480GB Series) @11W

Note:  Subject to change

| Mixed Use | | | Toshiba P-M5 | Toshiba P-M3 | Toshiba P-M5 | Toshiba P-M3 | |
|---|---|---|---|---|---|---|---|
| NAND | | | BiCS3 eTLC | A19nm | BiCS3 eTLC | A19nm | |
| Interface | | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | 2.5"SFF | | 15mmH | 15mmH | 15mmH | 15mmH | |
| User Capacity | [GB] | | 480 / 960 / 1920 / 3840 / 7680 | 480 / 960 / 1920 / 3840 | 480 / 960 / 1920 / 3840 / 7680 | 480 / 960 / 1920 | 3840 |
| DWPD | | | x3 | x3 | x3 | x3 | |
| Performance @ 11W (Aligned, Sustained, Entropy = 100%) | | | **Narrow Single** | **Narrow Single** | **Narrow Dual** | **Narrow Dual** | |
| Sequential Read | [MiB/s] | | 1100 | 1000 | 2200 | 1900 | 1500 |
| Sequential Write | [MiB/s] | | 1100 | 1050 | 1200 | 1100 | |
| Random Read | [KIOPS] | | 230 | 195 | 420 | 270 | |
| Random Write | [KIOPS] | | 90 | 72 | 90 | 72 | |
| Random W30% / R70% | [KIOPS] | | 155 | 110 | 200 | 125 | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | |
| Read | (Avg.)[us] | | 100 | 120 | 100 | 120 | |
| Write | (Avg.)[us] | | 30 | 60 | 30 | 60 | |

**\*The performance of over 16TB is TBD**

 TOSHIBA Leading Innovation >>>

**SSD Division**                **Toshiba Confidential**                © 2016 Toshiba Corporation     72

# P-M5/M3 Performance Comparison (4/5)

- **Read Intensive (x1 DWPD) @11W**

**Backup**

Note:  Subject to change

| Read Intensive | | | Toshiba P-M5 | Toshiba P-M3 | Toshiba P-M5 | Toshiba P-M3 | |
|---|---|---|---|---|---|---|---|
| NAND | | | BiCS3 eTLC | A19nm | BiCS3 eTLC | A19nm | |
| Interface | | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | 2.5"SFF | | 15mmH | 15mmH | 15mmH | 15mmH | |
| User Capacity | [GB] | | 480 / 960 / 1920 / 3840 / 7680 / 15360 / 30720 | 480 / 960 / 1920 / 3840 | 480 / 960 / 1920 / 3840 / 7680 / 15360 / 30720 | 480 / 960 / 1920 | 3840 |
| DWPD | | | x1 | x1 | x1 | x1 | |
| Performance @ 11W (Aligned, Sustained, Entropy = 100%) | | | **Narrow Single** | **Narrow Single** | **Narrow Dual** | **Narrow Dual** | |
| Sequential Read | [MiB/s] | | 1100 | 1000 | 2200 | 1900 | 1500 |
| Sequential Write | [MiB/s] | | 1100 | 1030 | 1200 | 1100 | |
| Random Read | [KIOPS] | | 230 | 190 | 420 | 270 | |
| Random Write | [KIOPS] | | 40 | 25 | 40 | 25 | |
| Random W30% / R70% | [KIOPS] | | 95 | 70 | 110 | 70 | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | |
| Read | (Avg.)[us] | | 100 | 120 | 100 | 120 | |
| Write | (Avg.)[us] | | 30 | 60 | 30 | 60 | |

**\*The performance of over 16TB is TBD**



**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# P-M5/M3 Performance Comparison (5/5)

- **Read Intensive (x0.5 DWPD) @11W**

**Backup**

Note: Subject to change

| Very Read Intensive | | Toshiba P-M5 | Toshiba P-M3 | Toshiba P-M5 | Toshiba P-M3 | |
|---|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | A19nm | BiCS3 eTLC | A19nm | |
| Interface | | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | 2.5" SFF | 15mmH | 15mmH | 15mmH | 15mmH | |
| User Capacity | [GB] | 3840 / 7680 / 15360 / 30720 | 2000 / 4000 | 3840 / 7680 / 15360 / 30720 | 2000 | 4000 |
| DWPD | | x0.5 | x0.5 | x0.5 | x0.5 | |
| **Performance @ 11W** (Aligned, Sustained, Entropy = 100%) | | **Narrow Single** | **Narrow Single** | **Narrow Dual** | **Narrow Dual** | |
| Sequential Read | [MiB/s] | 1100 | 1000 | 2200 | 1900 | 1500 |
| Sequential Write | [MiB/s] | 1100 | 1030 | 1200 | 1100 | |
| Random Read | [KIOPS] | 230 | 190 | 420 | 270 | |
| Random Write | [KIOPS] | 35 | 23 | 35 | 23 | |
| Random W30% / R70% | [KIOPS] | 86 | 50 | 98 | 55 | |
| **Latency (QD = 1, Aligned, Random 4KiB)** | | | | | | |
| Read | (Avg.)[us] | 100 | 120 | 100 | 120 | |
| Write | (Avg.)[us] | 30 | 60 | 30 | 60 | |

**\*The performance of over 16TB is TBD**


**TOSHIBA** Leading Innovation >>> 

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# P-M5/M3 Performance Comparison (1/5)

- **Write Intensive (x10 DWPD) @9W**

<span style="color:red;">Backup</span>

| Write Intensive | | | Toshiba P-M5 | Toshiba P-M3 | | Toshiba P-M5 | Toshiba P-M3 | |
|---|---|---|---|---|---|---|---|---|
| NAND | | | BiCS3 eTLC | A19nm eMLC | | BiCS3 eTLC | A19nm eMLC | |
| Interface | | | SAS 12Gbps | SAS 12Gbps | | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | 2.5"SFF | | 15mmH | 15mmH | | 15mmH | 15mmH | |
| User Capacity | | [GB] | 400 / 800 / 1600 / 3200 | 400 / 800 /1600 | 3200 | 400 / 800 / 1600 / 3200 | 400 / 800 /1600 | 3200 |
| DWPD | | | x10 | x10 | | x10 | x10 | |
| Performance @ **9W** (Aligned, Sustained, Entropy = 100%) | | | **Narrow Single** | **Narrow Single** | | **Narrow Dual** | **Narrow Dual** | |
| Sequential Read | | [MiB/s] | 1100 | 1000 | | 2200 | 1900 | 1500 |
| Sequential Write | | [MiB/s] | 900 | 850 | 750 | 900 | 850 | 750 |
| Random Read | | [KIOPS] | 230 | 195 | | 420 | 270 | |
| Random Write | | [KIOPS] | 130 | 90 | 85 | 130 | 90 | 85 |
| Random W30% / R70% | | [KIOPS] | 185 | 130 | | 250 | 145 | |
| Power | | [W] | 9, 11, 14 | 9, 11 | | 9, 11, 14 | 9, 11 | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | | |
| Read | | (Avg.)[us] | 100 | 120 | | 100 | 120 | |
| Write | | (Avg.)[us] | 30 | 60 | | 30 | 60 | |

# P-M5/M4 Performance Comparison (1/5)

- ## Write Intensive (x10 DWPD) @9W

<span style="color:red; font-size:large">**Backup**</span>

| Write Intensive | | Toshiba P-M5 | Toshiba P-M4 | | | | Toshiba P-M5 | Toshiba P-M4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | 15nm eMLC | | | | BiCS3 eTLC | 15nm eMLC | | | |
| Interface | | SAS 12Gbps | SAS 12Gbps | | | | SAS 12Gbps | SAS 12Gbps | | | |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | | | | 15mmH | 15mmH | | | |
| User Capacity | [GB] | 400 / 800 /1600 / 3200 | 400 | 800 | 1600 | 3200 | 400 / 800 / 1600 / 3200 | 400 | 800 | 1600 | 3200 |
| DWPD | | x10 | x10 | | | | x10 | x10 | | | |
| Performance @ 9W (Aligned, Sustained, Entropy = 100%) | | Narrow Single | Narrow Single | | | | Narrow Dual | Narrow Dual | | | |
| Sequential Read | [MiB/s] | 1100 | 1000 | | | | 2200 | 1900 | | | 1500 |
| Sequential Write | [MiB/s] | 900 | 850 | | | 750 | 900 | 850 | | | 750 |
| Random Read | [KIOPS] | 230 | 190 | | | | 420 | 270 | | | |
| Random Write | [KIOPS] | 130 | 90 | 93 | 100 | 80 | 130 | 90 | 93 | 100 | 80 |
| Random W30% / R70% | [KIOPS] | 185 | 120 | | 130 | | 250 | 145 | | | |
| Power | [W] | 9, 11, 14 | 9, 11 | | | | 9, 11, 14 | 9, 11 | | | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | | | | | |
| Read | (Avg.) [us] | 100 | 120 | | | | 100 | 120 | | | |
| Write | (Avg.) [us] | 30 | 60 | | | | 30 | 60 | | | |

**TOSHIBA** Leading Innovation >>>  **SSD Division**  **Toshiba Confidential**  © 2016 Toshiba Corporation

# P-M5/M3 Performance Comparison (2/5)

- **Mixed Use (x3 DWPD, 400GB Series) @9W**

<span style="color:red; font-size:2em">Backup</span>

| Mixed Use | | Toshiba P-M5 | Toshiba P-M3 | | Toshiba P-M5 | Toshiba P-M3 | |
|---|---|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | A19nm eMLC | | BiCS3 eTLC | A19nm eMLC | |
| Interface | | SAS 12Gbps | SAS 12Gbps | | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | | 15mmH | 15mmH | |
| User Capacity | [GB] | 400 / 800 / 1600 / 3200 / 6400 | 400 / 800 /1600 | 3200 | 400 / 800 / 1600 / 3200 / 6400 | 400 / 800 /1600 | 3200 |
| DWPD | | x3 | x3 | | x3 | x3 | |
| Performance @ 9W (Aligned, Sustained, Entropy = 100%) | | Narrow Single | Narrow Single | | Narrow Dual | Narrow Dual | |
| Sequential Read | [MiB/s] | 1100 | 1000 | | 2200 | 1900 | 1500 |
| Sequential Write | [MiB/s] | 900 | 850 | 750 | 900 | 850 | 750 |
| Random Read | [KIOPS] | 230 | 190 | | 420 | 270 | |
| Random Write | [KIOPS] | 70 | 70 | 65 | 70 | 70 | 65 |
| Random W30% / R70% | [KIOPS] | 135 | 110 | | 168 | 125 | |
| Power | [W] | 9, 11, 14 | 9, 11 | | 9, 11, 14 | 9, 11 | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | |
| Read | (Avg.)[us] | 100 | 120 | | 100 | 120 | |
| Write | (Avg.)[us] | 30 | 60 | | 30 | 60 | |

Joint Exhibit JX9, page 77 of 92

# P-M5/M4 Performance Comparison (2/5)

- **Mixed Use (x3 DWPD, 400GB Series) @9W**

Backup

| Mixed Use | | Toshiba P-M5 | Toshiba P-M4 | | Toshiba P-M5 | Toshiba P-M4 | |
|---|---|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | 15nm eMLC | | BiCS3 eTLC | 15nm eMLC | |
| Interface | | SAS 12Gbps | SAS 12Gbps | | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | | 15mmH | 15mmH | |
| User Capacity | [GB] | 400 / 800 / 1600 / 3200 / 6400 | 400  800  1600  3200 | | 400 / 800 / 1600 / 3200 / 6400 | 400  800  1600  3200 | |
| DWPD | | x3 | x3 | | x3 | x3 | |
| Performance @ 9W (Aligned, Sustained, Entropy = 100%) | | Narrow Single | Narrow Single | | Narrow Dual | Narrow Dual | |
| Sequential Read | [MiB/s] | 1100 | 1000 | | 2200 | 1800 | 1400 |
| Sequential Write | [MiB/s] | 900 | 850 | 750 | 900 | 850 | 750 |
| Random Read | [KIOPS] | 230 | 190 | | 420 | 270 | |
| Random Write | [KIOPS] | 70 | 73 | 80 | 70 | 73 | 80 |
| Random W30% / R70% | [KIOPS] | 135 | 95 | 120 | 168 | 115 | 140 |
| Power | [W] | 9, 11, 14 | 9, 11 | | 9, 11, 14 | 9, 11 | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | |
| Read | (Avg.)[us] | 100 | 120 | | 100 | 120 | |
| Write | (Avg.)[us] | 30 | 60 | | 30 | 60 | |

# P-M5/M3 Performance Comparison (3/5)

- **Mixed Use (x3 DWPD, 480GB Series) @9W**

Backup

| Mixed Use | | Toshiba P-M5 | Toshiba P-M3 | | Toshiba P-M5 | Toshiba P-M3 | |
|---|---|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | A19nm eMLC | | BiCS3 eTLC | A19nm eMLC | |
| Interface | | SAS 12Gbps | SAS 12Gbps | | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | | 15mmH | 15mmH | |
| User Capacity | [GB] | 480 / 960 / 1920 / 3840 / 7680 | 480 / 960 /1920 | 3840 | 480 / 960 / 1920 / 3840 / 7680 | 480 / 960 /1920 | 3840 |
| DWPD | | x3 | x3 | | x3 | x3 | |
| Performance @ 9W (Aligned, Sustained, Entropy = 100%) | | **Narrow Single** | **Narrow Single** | | **Narrow Dual** | **Narrow Dual** | |
| Sequential Read | [MiB/s] | 1100 | 1000 | | 2200 | 1900 | 1500 |
| Sequential Write | [MiB/s] | 900 | 850 | 750 | 900 | 850 | 750 |
| Random Read | [KIOPS] | 230 | 195 | | 420 | 270 | |
| Random Write | [KIOPS] | 70 | 60 | 55 | 70 | 60 | 55 |
| Random W30% / R70% | [KIOPS] | 135 | 100 | | 168 | 115 | |
| Power | [W] | 9, 11, 14 | 9, 11 | | 9, 11, 14 | 9, 11 | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | |
| Read | (Avg.)[us] | 100 | 120 | | 100 | 120 | |
| Write | (Avg.)[us] | 30 | 60 | | 30 | 60 | |

**TOSHIBA** Leading Innovation >>>    **SSD Division**    **Toshiba Confidential**    © 2016 Toshiba Corporation    79

# P-M5/M4 Performance Comparison (3/5)

- **Mixed Use (x3 DWPD, 480GB Series) @9W**

<span style="color:red">Backup</span>

| Mixed Use | | Toshiba P-M5 | Toshiba P-M4 | | | | Toshiba P-M5 | Toshiba P-M4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | 15nm eMLC | | | | BiCS3 eTLC | 15nm eMLC | | | |
| Interface | | SAS 12Gbps | SAS 12Gbps | | | | SAS 12Gbps | SAS 12Gbps | | | |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | | | | 15mmH | 15mmH | | | |
| User Capacity | [GB] | 480 / 960 / 1920 / 3840 / 7680 | 480 | 960 | 1920 | 3840 | 480 / 960 / 1920 / 3840 / 7680 | 480 | 960 | 1920 | 3840 |
| DWPD | | x3 | x3 | | | | x3 | x3 | | | |
| **Performance @ 9W** (Aligned, Sustained, Entropy = 100%) | | <span style="color:red">Narrow Single</span> | <span style="color:red">Narrow Single</span> | | | | <span style="color:red">Narrow Dual</span> | <span style="color:red">Narrow Dual</span> | | | |
| Sequential Read | [MiB/s] | 1100 | 1000 | | | | 2200 | 1900 | | | 1500 |
| Sequential Write | [MiB/s] | 900 | 850 | | | 750 | 900 | 850 | | | 750 |
| Random Read | [KIOPS] | 230 | 190 | | | | 420 | 270 | | | |
| Random Write | [KIOPS] | 70 | 48 | 60 | | 59 | 70 | 48 | 60 | | 59 |
| Random W30% / R70% | [KIOPS] | 135 | 80 | | 105 | | 168 | 95 | | 120 | |
| Power | [W] | 9, 11, 14 | 9, 11 | | | | 9, 11, 14 | 9, 11 | | | |
| **Latency (QD = 1, Aligned, Random 4KiB)** | | | | | | | | | | | |
| Read | (Avg.)[us] | 100 | 120 | | | | 100 | 120 | | | |
| Write | (Avg.)[us] | 30 | 60 | | | | 30 | 60 | | | |

# P-M5/M3 Performance Comparison (4/5)

- **Read Intensive (x1 DWPD) @9W**

**Backup**

| Read Intensive | | Toshiba P-M5 | Toshiba P-M3 | | Toshiba P-M5 | Toshiba P-M3 | |
|---|---|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | A19nm eMLC | | BiCS3 eTLC | A19nm eMLC | |
| Interface | | SAS 12Gbps | SAS 12Gbps | | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | | 15mmH | 15mmH | |
| User Capacity | [GB] | 480 / 960 / 1920 / 3840 / 7680 / 15360 | 480 / 960 / 1920 | 3840 | 480 / 960 / 1920 / 3840 / 7680 / 15360 | 480 / 960 / 1920 | 3840 |
| DWPD | | x1 | x1 | | x1 | x1 | |
| Performance @ 9W (Aligned, Sustained, Entropy = 100%) | | Narrow Single | Narrow Single | | Narrow Dual | Narrow Dual | |
| Sequential Read | [MiB/s] | 1100 | 1000 | | 2200 | 1900 | 1500 |
| Sequential Write | [MiB/s] | 900 | 850 | 750 | 900 | 850 | 750 |
| Random Read | [KIOPS] | 230 | 190 | | 420 | 270 | |
| Random Write | [KIOPS] | 35 | 22 | | 35 | 22 | |
| Random W30% / R70% | [KIOPS] | 86 | 50 | | 98 | 60 | |
| Power | [W] | 9, 11, 14 | 9, 11 | | 9, 11, 14 | 9, 11 | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | |
| Read | (Avg.)[us] | 100 | 120 | | 100 | 120 | |
| Write | (Avg.)[us] | 30 | 60 | | 30 | 60 | |

Joint Exhibit JX9, page 81 of 92

# P-M5/M4 Performance Comparison (4/5)

- ## Read Intensive (x1 DWPD) @9W

**Backup**

| Read Intensive | | Toshiba P-M5 | Toshiba P-M4 | | | | Toshiba P-M5 | Toshiba P-M4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | 15nm eMLC | | | | BiCS3 eTLC | 15nm eMLC | | | |
| Interface | | SAS 12Gbps | SAS 12Gbps | | | | SAS 12Gbps | SAS 12Gbps | | | |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | | | | 15mmH | 15mmH | | | |
| User Capacity | [GB] | 480 / 960 / 1920 / 3840 / 7680 / 15360 | 480 | 960 | 1920 | 3840 | 480 / 960 / 1920 / 3840 / 7680 / 15360 | 480 | 960 | 1920 | 3840 |
| DWPD | | x1 | x1 | | | | x1 | x1 | | | |
| Performance @ 9W (Aligned, Sustained, Entropy = 100%) | | Narrow Single | Narrow Single | | | | Narrow Dual | Narrow Dual | | | |
| Sequential Read | [MiB/s] | 1100 | 1000 | | | | 2200 | 1800 | | | 1400 |
| Sequential Write | [MiB/s] | 900 | 850 | | 750 | | 900 | 850 | | | 750 |
| Random Read | [KIOPS] | 230 | 190 | | | | 420 | 270 | | | |
| Random Write | [KIOPS] | 35 | 19 | 25 | | | 35 | 19 | | 25 | |
| Random W30% / R70% | [KIOPS] | 86 | 40 | 50 | | | 98 | 45 | | 60 | |
| Power | [W] | 9, 11, 14 | 9, 11 | | | | 9, 11, 14 | 9, 11 | | | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | | | | | |
| Read | (Avg.)[us] | 100 | 120 | | | | 100 | 120 | | | |
| Write | (Avg.)[us] | 30 | 60 | | | | 30 | 60 | | | |

**TOSHIBA** Leading Innovation >>>

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# P-M5/M3 Performance Comparison (5/5)

- **Read Intensive (x0.5 DWPD) @9W**

Backup

| Very Read Intensive | | Toshiba P-M5 | Toshiba P-M3 | | Toshiba P-M5 | Toshiba P-M3 | |
|---|---|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | A19nm eMLC | | BiCS3 eTLC | A19nm eMLC | |
| Interface | | SAS 12Gbps | SAS 12Gbps | | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | | 15mmH | 15mmH | |
| User Capacity | [GB] | 3840 / 7680 / 15360 | 2000 | 4000 | 3840 / 7680 / 15360 | 2000 | 4000 |
| DWPD | | x0.5 | x0.5 | | x0.5 | x0.5 | |
| **Performance @ 9W** (Aligned, Sustained, Entropy = 100%) | | **Narrow Single** | **Narrow Single** | | **Narrow Dual** | **Narrow Dual** | |
| Sequential Read | [MiB/s] | 1100 | 1000 | | 2200 | 1900 | 1500 |
| Sequential Write | [MiB/s] | 900 | 850 | 750 | 900 | 850 | 750 |
| Random Read | [KIOPS] | 230 | 190 | | 420 | 270 | |
| Random Write | [KIOPS] | 30 | 19 | | 30 | 19 | |
| Random W30% / R70% | [KIOPS] | 76 | 48 | | 86 | 48 | |
| Power | [W] | 9, 11, 14 | 9, 11 | | 9, 11, 14 | 9, 11 | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | |
| Read | (Avg.)[us] | 100 | 120 | | 100 | 120 | |
| Write | (Avg.)[us] | 30 | 60 | | 30 | 60 | |

# P-M5/M4 Performance Comparison (5/5)

- ## Read Intensive (x0.5 DWPD) @9W

**Backup**

| Very Read Intensive | | Toshiba P-M5 | Toshiba P-M4 | | Toshiba P-M5 | Toshiba P-M4 | |
|---|---|---|---|---|---|---|---|
| NAND | | BiCS3 eTLC | 15nm eMLC | | BiCS3 eTLC | 15nm eMLC | |
| Interface | | SAS 12Gbps | SAS 12Gbps | | SAS 12Gbps | SAS 12Gbps | |
| Form Factor | 2.5"SFF | 15mmH | 15mmH | | 15mmH | 15mmH | |
| User Capacity | [GB] | 3840 / 7680 / 15360 | 2000 | 4000 | 3840 / 7680 / 15360 | 2000 | 4000 |
| DWPD | | x0.5 | x0.5 | | x0.5 | x0.5 | |
| Performance @ 9W (Aligned, Sustained, Entropy = 100%) | | Narrow Single | Narrow Single | | Narrow Dual | Narrow Dual | |
| Sequential Read | [MiB/s] | 1100 | 1000 | | 2200 | 1800 | 1400 |
| Sequential Write | [MiB/s] | 900 | 850 | 750 | 900 | 850 | 750 |
| Random Read | [KIOPS] | 230 | 190 | | 420 | 270 | |
| Random Write | [KIOPS] | 30 | 20 | | 30 | 20 | |
| Random W30% / R70% | [KIOPS] | 76 | 50 | | 86 | 50 | |
| Power | [W] | 9, 11, 14 | 9, 11 | | 9, 11, 14 | 9, 11 | |
| Latency (QD = 1, Aligned, Random 4KiB) | | | | | | | |
| Read | (Avg.)[us] | 100 | 120 | | 100 | 120 | |
| Write | (Avg.)[us] | 30 | 60 | | 30 | 60 | |

Joint Exhibit JX9, page 84 of 92

# ECC



- **Error Protection and Recovery (PM5)**
- **Internal Raid work(L3 ECC)**
- **Improving Reliability – Implement LDPC**
- **UBER calculation**

 **SSD Division**                    **Toshiba Confidential**                    © 2016 Toshiba Corporation    85

# Error Protection and Recovery (PM5)



- ## Variable ECC

  PM4 : 17,760 bytes / page
  PM5 : 18,336bytes /page

  - ECC Correction(HB) = **27 to 47** bits/1kB (Fresh)



27 bits for 528B sectors
37 bits for 520B sectors
47 bits for 512B sectors

  - ECC Correction(HB) = 262 to 293 bits/1kB (Maximum)

  - Additional NAND blocks for ECC will be consumed from OP



262 bits for 528B sectors
274 bits for 520B sectors
293 bits for 512B sectors

  - ECC is strengthened as raw BER degrades, resulting in some reduction in OP

Joint Exhibit JX9, page 86 of 92

# Error Protection and Recovery (PM5)



- ## Variable ECC

  - The M5s data layout in the four NAND pages is changed according to the ECC strength as



**TOSHIBA** Leading Innovation >>>   **SSD Division**    **Toshiba Confidential**    © 2016 Toshiba Corporation    87

# Error Protection and Recovery (PM5)

<span style="color:red">**Backup**</span>

- ## Variable ECC

  - ECC power increase as the Raw BER increase by variable ECC level up.



Joint Exhibit JX9, page 88 of 92

# Internal Raid work(L3 ECC)

**Backup**



L3 Cluster

L3 Pair

L3 ECC can correct a chip erasure.
(ex.CH3 BANK0 2 symbol erasure.)

L3 ECC

Up to two pages failure can be recovered by L3 ECC.

For Column-wise, there are 2 symbols RS code. Erasure Correction can correct 2 symbols



**Leading Innovation** >>>

**SSD Division**

**Toshiba Confidential**

© 2016 Toshiba Corporation

# Improving Reliability – Implement LDPC



- ● ECC Procedure

1000～10000ppm



For performance,1000ppm-10000ppm each channel has this codec.

This codec is one set in the drive.

- ● ECC Flow



- • **M5 uses LDPC with Hard Bit decoding (HB) and 2 types of Soft Bit decoding（HSB,FSB) each with different levels of error correction**
- • **M5s UBER is going to achieve to 1.0E-20 with various correction level in LDPC (L1,L2) and QSBC (L3).**

---

**TOSHIBA** Leading Innovation >>> **SSD Division** **Toshiba Confidential** © 2016 Toshiba Corporation 90

# Improving Reliability – Implement LDPC

**Backup**



- **LDPC ecc power is about 2 times of BCH ecc power.**
- **But in CC of FOB, LDPC ecc power is same as BCH**
- **When we use LDPC ecc power, average CC level must be between C22 and C20 in LE.**
- **In M5 series, to maintain LE CC level (C22:C20),it has extra initial OP.**

- **M5s has 3 type LDPC decoders.(HB,HSB,FSB)**
- **HB and HSB are high speed decoder. These ECC power is not strong ,but decode speed are faster. For performance use , usually we use these decoder. On the other hand, for UBER, we use FSB decoder and L3 ECC. The ECC power of this decoder is very strong than HSB.**



ECC power

---

TOSHIBA
Leading Innovation >>>    **SSD Division**    **Toshiba Confidential**    © 2016 Toshiba Corporation    91

# UBER calculation

<span style="color:red">Backup</span>



- Bit err rate is made by Poisson distribution of average BER.
- L3 ECC error probability, that is erasure error ,is calculated from FSB LDPC failure count grater than 2 symbols.

- Below chart is showed relationship between Raw BER and UBER.

- Bottom line  is UBER 1E-20