



# Toshiba 3rd Generation Enterprise Solid State Drive
# Phoenix-M3 Design Review

**April 29, 2015**



**Toshiba Corporation**
Semiconductor & Storage Products Company
Storage Products Division

© 2015 Toshiba Corporation

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006473

**Joint Exhibit**

Viasat v. Kioxia

**JX10**

# Agenda

- Introductions
- Gap Analysis
- Hardware Overview
- Firmware Overview
- Data Path & Non Data Path Protection
- Performance
- Mechanical Overview
- Qualification & Reliability
- Sourcing Strategy for Critical Components
- Roadmap



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006474

# Introductions



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006475



# Functional Organization of Storage Products Division

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006476

**Joint Exhibit JX10, page 4 of 115**



**Joint Exhibit JX10, page 5 of 115**

# Core/Development Team and Applications Engineering support



- ## Phoenix-M3 Engineering Organization

**A. Kimura**
Senior Manager
**SSD**

**K. Ueki**
Chief Specialist
**Architecture**

**S. Arakawa**
Group Manager
**Drive Integration**

**Y. Aoyama**
Group Manager
**SoC**

**T. Kume**
Group Manager
**Firmware**

**Y. Motegi**
Chief Specialist
**Project Leader**

**H. Suto**
Chief Specialist
**Electrical**

**M. Niijima**
Chief Specialist
**NAND Management**

**Y. Matsuda**
Specialist
**Mechanical**

**H. Moro**
Chief Specialist
**SoC**

**K. Iwai**
Chief Specialist
**Firmware**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006478

**Joint Exhibit JX10, page 6 of 115**

# Toshiba Storage Positioning



## Uniquely Positioned to Offer Full Storage Product Portfolio from Flash to SSD to HDD

### Broadest Storage Solution Lineup

**Full product line including HDD, SSD and NAND Flash**
**Providing the best storage line up in the industry**

**HDD**



Trad. Enterprise   Near-line Mobile     SSHD    Industrial    Desktop

**SSD**



Client    Enterprise

**NAND Flash**



INVENTOR OF **FLASH MEMORY**

| Usage | | Enterprise Storage | | | | Client Storage | | | | Element | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product | Full line | eSSD | eHDD | NL HDD | ODD | SSD | Flash Module | HDD | ODD | NAND | SoC Design |
| **Toshiba** | **YES One Face** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| A | N/A | ✓ | ✓ | ✓ | | | ✓ | | | | ✓ |
| B | N/A | ✓ | | | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |
| C | N/A | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | | | ✓ |
| D | N/A | ✓ | | | | ✓ | ✓ | | | ✓ | ✓ |
| E | N/A | ✓ | | | | ✓ | ✓ | | | ✓ | |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    7

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006479

# Toshiba SSD Value Position



- **Strong Flash Foundation: technology, manufacturing (fab), cost, supply**

- **Collaboration between Flash and SSD: earliest access to latest Flash technology**

- **Vertical Integration: In-house SSD controller to best manage in-house Flash**

- **Cost Competitiveness: full use of in-house Flash**

- **Flexibility: with in-house Flash supply and capacity**

- **Broadening Portfolio: from SAS to SATA to PCIe**





Yokkaichi Operations



**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    8

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006480

# Toshiba SAS eSSD - Industry Firsts



- **Phoenix-M3**
  - Toshiba 3rd gen SAS eSSD    : 2nd gen SSD of 12Gb/s SAS
  - Even higher capacity    : Up to 4TB
  - User configurable    : Performance, power consumption, endurance, usable capacity
  - Best in class performance    : More than 2x over previous generation

- **Higher Power**
- **Higher Performance**

- **Lower Capacity**
- **Higher Endurance**

**Single SKU**

- **Higher Capacity**
- **Lower Endurance**

- **Standard Power Consumption**
- **Standard Performance**

 **Leading Innovation »»**    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    9

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006481

# Phoenix-M3 Family Product Concept



- **3rd Generation Phoenix eSSD**

  *SAS SSD for Mid to High-end Server and Storage Systems*

  - Common Architecture for Various Enterprise Applications
    - One Hardware support from High Endurance to Read Intensive

- **High Performance SAS SSD**

  - ✓ 12Gbps dual port
  - ✓ A19nm eMLC NAND Flash
  - ✓ SFF-8639 connector
  - ✓ Improved Read/Write BW and random IOPS
  - ✓ Higher Write performance with power option
  - ✓ Power Disable function on pin-3



## Phoenix-M3

Configurable SSD
Performance/Capacity and other features



- High Endurance  x25 DWPD
- Mid Endurance x10 DWPD
- Value Endurance X3 DWPD

*(Configurable O/P)*

- Read Intensive X1 DWPD

 **Leading Innovation >>>**    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    10

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006482

# Phoenix-M3 Family Product Concept



| | | Phoenix-M3s Specification Outline | | |
|---|---|---|---|---|
| Features | Sector Format | 512, 520, 528, 4096, 4104, 4160, 4168, 4224 | | |
| | T10 DIF(PI) | Yes:  512/520+Type-0/1/2, 528+Type-0, 4096/4160+Type-0/1/2, 4224+Type-0 | | No change |
| | E2E Data Protection | Yes | | |
| | Power Loss Protection | Yes | | |
| | SED | TCG-Enterprise SSC / AES-256 XTS | | |
| | Sanitization | Yes: Block Erase, Cryptographic Erase | | |
| | Unmap | Yes: 4KB granularity, return 00h to trimmed sectors | | |
| | Write Back Cache | Yes | | |
| | Queue Depth support | 128 per drive | | |
| | Read Ahead Cache | Yes | | New ! |
| | Initiators support | 32 initiators per port | | |
| | SAS Connector @Drive | SFF-8639 | | |
| | Power Disable (Pin-3) | Yes: Automatic configuration @Power-up sequence | | |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    11

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006483



# Phoenix-M3 Series Line up

- **Configurable hardware configuration has SKU(Stock Keeping Unit) types of 2 cases .**

### Phoenix-M3 with NAND 18 Channels = P-M3

|  |  |  |  | Max Cap. |
|---|---|---|---|---|
| Phy Capacity | OP | 44% | 20% | 15.2% |
| [GB] | DWPD | x10 | x3 | x1 |
| 576 | | 400 | 480 | 500 |
| 1152 | | 800 | 960 | 1000 |
| 2304 | | 1600 | 1920 | 2000 |
| 4608 | | 3200 | 3840 | 4000 |

P-M3 Read Intensive

P-M3 Value Endurance

P-M3 Mid Endurance

### Phoenix-M3 with NAND 16 Channels = P-M3V

| Phy Capacity | OP | 156% | 28% | 7% |
|---|---|---|---|---|
| [GB] | DWPD | x25 | x3 | x1 |
| 512 | | 200 | 400 | 480 |
| 1024 | | 400 | 800 | 960 |
| 2048 | | 800 | 1600 | 1920 |
| 4096 | | 1600 | 3200 | 3840 |

P-M3V Read Intensive

P-M3V Value Endurance

P-M3V High Endurance

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006484

**Joint Exhibit JX10, page 12 of 115**

# Hardware Overview



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006485

# Supplier HW Overview

- ## Major Functional Blocks

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    14

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006486

**Joint Exhibit JX10, page 14 of 115**



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006487

**Joint Exhibit JX10, page 15 of 115**

# PCB Parts Location (1/3)



- ## Mother board






**Joint Exhibit JX10, page 16 of 115**

# PCB Parts Location (2/3)



## ● Daughter Board




**Joint Exhibit JX10, page 17 of 115**

# PCB Parts Location (3/3)



- **1 PCBA Version (No B2B Connector)**





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

 **Leading Innovation >>>**  **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    18

VIASAT_KIOXIA-0000006490

**Joint Exhibit JX10, page 18 of 115**

# NAND Flash Key Parameters



| NAND production | | Previous Generation | Current Generation | Next Generation |
|---|---|---|---|---|
| Generation | | 19nm | A19nm | 15nm |
| NAND die density | | 64Gb | 128Gb | 128Gb |
| Interface | | Toggle2.0 | Toggle2.0 | Toggle2.0 |
| Schedule | | MP | MP | 2015/Q3 CS |
| Reliability | W/E endurance | 10K | 10K | 10K |
| | Data Retention | 0.25year @ Life end | 0.25year @ Life end | 0.25year @ Life end |
| | ECC Requirement | 40bit/1KB | 40bit/1KB | TBD |
| Architecture | Vcc | 2.7-3.6V | 2.35-3.6V | 2.35-3.6V |
| | VccQ | 3.3V / 1.8V | 3.3V / 1.8V | 3.3V / 1.8V |
| | Vpp | - | 12V | 12V |
| | Page + Spare Size | 16KB + 1280B | 16KB+1280B | 16KB + 1280B |
| | Page per Block | 256 | 256 | 256 |
| | Block Size | 4MB | 4MB | 4MB |
| | # of Blocks | 2018-2116 | 4036 – 4276 | TBD |
| | # of Plane | 2 | 4 | 4 |
| Performance | Max Data Rate | 400MT/s | 400MT/s | 400~533MT/s |
| | tPROG (typ) | 1.6ms | 2.0ms | TBD |
| | tR (typ/max) | 50us/80us | 50us/80us | 50us/80us |
| | tBERASE (typ) | 5ms | 10ms | 10ms |
| Package | | 132BGA | 152BGA | 132BGA |

## Notice: information is subject to change without notice.

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    19

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006491

# Key Components List



|  | P-M2 | P-M2R | P-M3 series |
|---|---|---|---|
| SoC | 88SS9036 |  | 88SS1032 |
| NAND | • Toshiba 24nm eMLC<br>• 2st, 4st, 8st | • Toshiba 19nm eMLC<br>• 2st, 4st, 8st | • Toshiba A19nm eMLC<br>• 4st, 8st, 16st |
| DDR | • DDR3 (1.5V)<br>• Micron, Hynix<br>• 2Gb, 4Gb x8bit |  | • DDR3 (1.5V)<br>• Micron, Hynix, Winbond<br>• 2Gb, 4Gb, 8Gb x8bit |
| SAS Connector | Tyco SFF-8680 |  | Amphenol SFF-8639 |
| PLP Capacitor | SANYO (POSCAP) |  | Nippon Chemi-Con, Nichicon (Electrolytic) |
| B2B Connector | JAE for 1.6TB<br>(No B2B connector for 200GB/400GB/800GB) |  | FCI for 1.6TB/3.2TB<br>(No B2B connector for 400GB/800GB) |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    20

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006492

# PLP Capacitor Parameters



|  | Phoenix-M2 | Phoenix-M3 |
|---|---|---|
| Type | POSCAP | Electrolytic |
| Vendor | SANYO | Nippon Chemi-Con, Nichicon |
| # of Cap | 34 for low capacity 44 for 1.6TB | 6 |
| Unit Cap[uF] | 100 | 220 |
| Charge voltage[V] | 14.4 | 29.0 |





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006493

**Joint Exhibit JX10, page 21 of 115**

# Power Loss Protection Implementation



- **PLP Comparison between P-M2 and P-M3**



**<Capacitor>**
Phoenix-M2 : Pos Cap
Phoenix-M3 : **Electrolytic Cap**

**<Down Converter>**
Phoenix-M2 : NA
Phoenix-M3 : **Added**

**<Charging Voltage>**
Phoenix-M2 : 14.4V
Phoenix-M3 : **29.0V**

**12V and 5V voltage monitors detect any power loss events (normal power off, hot unplug, unexpected power loss).**

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    22

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006494



# Power Loss Protection Implementation

- **Normal State (Charge Up)**



**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    23

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006495

**Joint Exhibit JX10, page 23 of 115**

# Power Loss Protection Implementation



- **Backup**

+5V

**Open!**

+12V

②

**Open!**

②

**Boost Conv.**

**Down Conv.**

②**Connect!**

③

Internal DC-DC Conv.
(3.3V,2.5V,1.8V, 0.9V,1.35V)

**+**

**Capacitor**

**Start the shutdown process that the cached user data in SRAM and FTL data in DRAM are flushed into NANDs.**

**Voltage Monitor (+12V & +5V)**

**FIRQ (to SoC)**

①

④**(Start PLP)**

**If one of voltage monitor detects a power loss, a signal is reported to CPU to switch drive power source from host power to backup power (electricity charged in Electrolytic)**

**TOSHIBA** Leading Innovation >>>    Storage Products Division    Confidential    © 2015 Toshiba Corporation    24

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006496

# PLP Capacitor Reliability: Measurement results

- Data integrity test: all data should be recovered under the unexpected power loss condition even if during write / read operation (# of On/Off test = more than 100 cycles, TH/TL/TN).
- Following results show our drive's minimum capacitance can be 330uF << 605uF (enough margin)



PLP sequence at fresh (1320uF)

PLP sequence at life end (330uF)

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006497

# PLP Capacitor Reliability - worst case study

- 220uF x 6 Electrolytic = **1320uF (Typ)**
- Following degradation factors should be considered:
  - Initial capacitance variation: -20%
  - Capacitance degradation after 5 years: -25%
  - Other Margin (ESR Change, Charge voltage variation, etc): -15%
  - Temperature at life end start up@ 0 degC: -10%
- Capacitance will be estimated as follows:
  - Initial capacitance variation: 1320uF x 0.8 = 1056uF
  - Capacitance degradation after 5 years: 1056uF x 0.75 = 792uF
  - Other Margin (ESR Change, Charge voltage variation, etc): 792uF x 0.85 = 673uF
  - Temperature at life end start up@ 0 degC: 673uF x 0.9 = **605.8uF**
- Therefore the drive's data integrity should be passed with the capacitor's condition above.



**Storage Products Division**                    **Confidential**                    © 2015 Toshiba Corporation    26

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006498

# PLP Capacitor Reliability: Capacitance degradation test

- **Capacitance degradation test (Long-term reliability test)**
- **Power cycle test at high temperature condition:**
  - Voltage = 35V (absolute maximum rating)
  - Temperature = 105 degC (absolute maximum rating)
  - 105 degC 4000h → 70 degC 5 years (by Arrhenius equation, 11 times)
- **Criteria: Degradation should be less than 25%**



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006499

# PLP Capacitor Reliability



## ● High Temperature/Humidity Test

|  | P-M3 Specification | Capacitor Test Condition |
|---|---|---|
| Environment Temperature | 0℃~55℃ (Ope) | 70℃ |
| Relative Humidity | 5~95%RH (Both Ope & Non-Ope) | 95%RH |
| Test Duration | - | 1000H (Over) |
| Device Condition | (Both Ope & Non-Ope) | (1) Ope (Voltage 29V) (2) Non-Ope (0V) |

- Tests lasted for 1000h
- Enough margin can be confirmed.



Nippon Chemi-Con

Nichicon

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006500

**Joint Exhibit JX10, page 28 of 115**

# Power Loss Protection Implementation



◆ PLP Implementation

PLP circuits protects data integrity from power interruption or drive pull.
- Write cache integrity: Compete write operation with PLP  power back up.
- Data integrity : Complete block erase and any incomplete task with PLP power backup.

◆ PLP Diagnostics

Capacitor is diagnosed as shown below.

1. Power on
2. Patrol for capacitance check (once in 24 hours)
3. Send DIAGNOSTIC command (Foreground DST /Background DST)

If failed, Phoenix-M3 will change into write protection status after reporting SNS.

- Capacity error (Open, Short, charge voltage out of specified range) → SNS= 07/27B8
- Patrol is NOT completed in specified time → SNS= 07/27B9
- Charge voltage error → SNS= 07/27BA.

In addition, custom FW prevents Phoenix-M3 from entering into write protection status.

 **TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    29

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006501

# P-3 Power Disable Implementation



- **Purpose**
  - Power Disable function is to allow SAS Initiator or Expander to cause a power on event for a SAS Target.
  - It is the main design goal to recovery from timeout issues which is caused by the software.

- **Feature**
  - Different from Phoenix-M2, Phoenix-M3 can recognize the condition of current system by voltage of P1, P2 and P3 and works well with both SAS-3 compatible system and the traditional systems which tie P1/P2 to P3 signal.

- **Discovering**
  - SAS Target identifies this function support on the Protocol Logical Unit VPD page (PWR_D_S bit) and the IDENTIFY address frame (PWR_DIS Capable bit).



**Storage Products Division**          **Confidential**          © 2015 Toshiba Corporation    30

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006502

**Joint Exhibit JX10, page 30 of 115**



# Power Disable Implementation

- Additional circuits can detect the drive configuration of power disable automatically

- This drive can work correctly under the legacy system (P1/P2/P3 = 3.3V)



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    31

VIASAT_KIOXIA-0000006503

# Status LED (EMC unique)



| Drive Behavior | LED Status |
|---|---|
| Power On (Active_Wait) | 200ms On -> 800ms Off ... |
| Spin-up/Spin-down | 500ms On -> 500ms Off ... |
| Ready | On |
| Stopped | 500ms On -> 500ms Off ... |
| SS UNIT[Imm=1] (Active_Wait) | 200ms On -> 800ms Off ... |
| Command executing | 50ms On -> 50ms Off ... |
| Command complete | On |



**3.3V Vcc: R = 220Ω,  5V Vcc: R = 330Ω**

TOSHIBA  Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    32

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006504

# Environmental Specification



| Item | | Specification |
|---|---|---|
| Temperature | Operating | 0 ~ 55℃ |
| | Non-operating | -40 ~ 70℃ |
| | Transport | -40 ~ 70℃ |
| | DE surface temperature at operating | 0 ~ 60℃ |
| | Gradient | 20℃/h or less |
| Relative humidity | Operating | 5 ~ 95 %RH |
| | Non-operating | 5 ~ 95 %RH |
| | Transport | 5 ~ 95 %RH |
| | Maximum wet bulb temperature | 29℃ (no condensation) |
| Vibration | Operating | 21.27 m/s2 {2.17Grms} (5 to 800Hz) |
| | Non-operating | 159.74 m/s2 {16.3Grms} (20 to 2000Hz) |
| | Transport (packaged) | 159.74 m/s2 {16.3Grms} (20 to 2000Hz) |
| Shock | Operating | 9,800 m/s2 {1000G} / 0.5 ms duration |
| | Non-operating | 9,800 m/s2 {1000G} / 0.5 ms duration |
| | Transport (packaged) | 9,800 m/s2 {1000G} / 0.5 ms duration |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006505

**Joint Exhibit JX10, page 33 of 115**

# -10degC to 55degC

- **Capability to run in EMC's ESS environment (-10 to 55 Deg C ambient)**
    - **Phoenix-M3 has the capability to run under the temperature range condition (Ta =-10 to 55 degC), however we can't guarantee the drive's reliability (5 years, specified DWPD) and stable performance.**

    - **If Ta = -10 degC, the drive's endurance capability will be reduced to half because of the NAND characteristics (NAND temperature will be around 5 degC).**

| Usage case | Operation ratio | | | NAND wear ratio (Comparison from 100% 40degC) |
|:---:|:---:|:---:|:---:|:---:|
| | -5degC | 5degC | 40degC | |
| 1 | | | 100% | 1 |
| 2 | 1% | | 99% | 0.992 |
| 3 | 1% | 99% | | 0.650 |

  - **If Ta = 55 degC, the drive may have thermal throttling (Tc = 70 degC) and performance reduction may be occurred.**

**TOSHIBA** Leading Innovation >>>   **Storage Products Division**   **Confidential**   © 2015 Toshiba Corporation   34

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY   VIASAT_KIOXIA-0000006506

# Firmware Overview



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006507

# Supplier FW Overview

- **Data layout logical vs. physical**
  - *How are variable sector sizes supported*
    - Cluster contains 8 DATAs
    - FTL entry is pointing cluster logical address



E3D : End to End Error Detection
MED : Media Detection
MECC : Media ECC



TOSHIBA
Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    36

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006508

# Supplier FW Overview

- **Data layout logical vs. physical**
  - *Method to change sector sizes*
    - Sector size can be changed by mode select.
      - Format operation is required.
  - *Ability to adjust OP (i.e. 10WPD, 3 WPD)*
    - DWPD can be changed by max LBA
      - 10DWPD 400G drive can be changed to 3DWPD 480GB.
      - When the max LBA is changed to smaller, unused LBA area is unmapped internally and used for OP.
      - Format operation is not required.



**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    37

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006509

# Supplier FW Overview

- ## FW Architecture Overview
  - FTL



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TOSHIBA Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    38

VIASAT_KIOXIA-0000006510

# Supplier FW Overview

- **FW Architecture Overview**
  - FTL



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Storage Products Division**  **Confidential**  © 2015 Toshiba Corporation  39

VIASAT_KIOXIA-0000006511

**Joint Exhibit JX10, page 39 of 115**

# Supplier FW Overview

- **FW Architecture Overview**
  - Write Buffer
    - 4MB SRAM is dedicated for write buffer.
    - The data in the write cache is used for read cache until sent to the NAND.
    - It takes 1us to determine a cache hit.
    - Data of less than 4kB is merged in the write buffer
    - Write Cache OFF can not be applied for our architecture (the host command will be accepted but doesn't do anything)

  - Read Buffer
    - 512KB SRAM is dedicated for read buffer.



**Storage Products Division**                    **Confidential**                    © 2015 Toshiba Corporation     40

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                        VIASAT_KIOXIA-0000006512

# Supplier FW Overview

- ## FW Architecture Overview
  - Read Look Ahead
    - When sequential read workload is detected, the continuing read command is automatically generated and the data is read into read buffer in advance.
    - Latency is improved at a condition of low queue depth.



**Joint Exhibit JX10, page 41 of 115**

# Supplier FW Overview

- **Wear-leveling methodology**
  - Static Wear Leveling
    - A block will be selected from free blocks based on the smallest erase count
  - Dynamic Wear Leveling
    - Occurs only when used blocks have hit specific aging threshold
    - From these blocks, select the one with the smallest erase count
    - If the erase count on the used block is smaller than the free block, move the user data from used block to the free one



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Supplier FW Overview

- **Read Disturb protection**
  - Each four plane block has a read counter.
  - If the counter reaches the threshold, the block is verified or refreshed.
  - When the blocks are erased, the counter is cleared.





**Storage Products Division**     **Confidential**     © 2015 Toshiba Corporation     43

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     VIASAT_KIOXIA-0000006515

# Supplier FW Overview

- **Protection against retention issues when powered up**
  - NAND patrol is implemented against data retention issues.
    - All of the NAND pages are verified within 24 hours to ensure the reliability of SSD.
    - If the error exceeds threshold, the block is refreshed.
  - Shift read method is effective for data retention and read disturb.
    - The error is detected on the first NAND read, shift read is applied for error recovery.

**TOSHIBA**
Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    44

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006516

# Supplier FW Overview

- ## Drive level error recovery algorithm
  - Error correction(ECC Architecture)
    - QSB: Quadruple Swing-By  (Toshiba original LDPC class ECC)
    - Format efficiency: 90.8%
    - Dramatically improved correction capability compared to LDPC
    - Quadruple ECC structure
      - L1: BCH, 21 to 120 bits/1kB correction
      - L3: Iteration ECC
      - L4: Burst Error Correction
  - NAND Error Recovery Flow

| Recovery | Execution time |
|---|---|
| L1 | 4 usec for 8 sectors |
| Shift Read | Up to 1 msec for 8 sectors |
| L3/L4 | 5 msec ~ 10ms for 2 sectors |



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**        **Confidential**        © 2015 Toshiba Corporation    45

VIASAT_KIOXIA-0000006517

# Supplier FW Overview

- **Drive level error recovery algorithm**
  - Inter-Channel Parity (L3 code)



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Joint Exhibit JX10, page 46 of 115**

# Supplier FW Overview

- ## Error reporting

  The attached sheet shows all sense codes Phoenix-M3 may report. It contains codes for the error detected during the power-on self-test.

  

  SenseCodeTable

  ✓ No hidden retry is applied on read error. The error recovery processes (blue bubble) are not reported to the host. The error corrections in the red bubble are reported as recovered error or unrecovered error.

  ✓ The drive reports "01/18/FF" error for read recoverable error. The number of bits corrected by ECC is not reported in the ASCQ field.



**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    47

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006519

# Supplier FW Overview

- **Detailed description of all algorithms being used by the drive to extend the life of the Flash**
  - Variable ECC – see next page
  - NAND Patrol and refresh - previously covered
  - Error Recovery  - previously covered
  - Wear Leveling  - previously covered

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    48

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006520

# Supplier FW Overview

- **Variable ECC**
  - ECC Correction = 21 to 40 bits/1kB (Fresh)



21bits for 528B sectors
30bits for 520B sectors
40bits for 512B sectors

  - ECC Correction = 105 to 120 bits/1kB (Maximum)
  - Additional block for ECC will be used from OP.



105bits for 528Bsectors
115bits for 520B sectors
120bits for 512B sectors

  - ECC is strengthen when raw BER gets worse, resulting in smaller O/P

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    49

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006521

# Supplier FW Overview

- ## Variable ECC
  - The data layout in the four NAND pages is changed according to the ECC strength level.



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    50

VIASAT_KIOXIA-0000006522

**Joint Exhibit JX10, page 50 of 115**

# Supplier FW Overview

- **Near wearout drive behavior**
  - *Differences in drive Near-Wearout performance between the specified performance and the performance measured during drive qualification*
    - EOL drive performance <= 10% from the FOB drive at the steady state.
  - *What errors are expected?*
    - Recoverable Read error rate is increased.
  - *What types of error recovery will become more frequent?*
    - Read error will cause shift read and L3/L4 recovery.
    - Refresh and reassignment will happen.
  - *How will the drive notify the system when the Flash has worn to the point that the drive should be removed?*
    - SMART alert is reported due to endurance excess, OP decrease and System Information multiplicity decrease.

 **Leading Innovation >>>**    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    51

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006523

# Supplier FW Overview

- **Method for EMC to validate drive behavior as Flash nears end of life**
  - Toshiba: Will EOL testing validate the drive behavior?



**Storage Products Division**          **Confidential**          © 2015 Toshiba Corporation    52

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006524

# Supplier FW Overview

- **Power-up behavior**
  - SAS interface becomes active within a second from power on.
  - Not ready is response to the host until media becomes ready.
  - Time to drive ready is as follows.
    - 9s for 400G
    - 11s for 800G
    - 15s for 1.6T
    - 20s for 3.2T

 **Storage Products Division**          **Confidential**          © 2015 Toshiba Corporation    53

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006525

# Supplier FW Overview

- **Bad Block Management**
  - Bad Block is registered when:
    - Program status failure is detected in NAND program operation.
    - Erase status failure is detected in NAND erase operation.
    - Unrecoverable Read error is detected.
    - Recoverable error is detected in 5th level ECC.
  - Reassignment
    - Once bad block is registered, the logical block including the bad block is moved to other logical block.
  - *Handling in Supplier's manufacturing i.e. Primary vs. Grown (new) bad blocks*
    - Bad blocks found in manufacturing becomes Primary bad blocks.


**Storage Products Division**

**Confidential**

© 2015 Toshiba Corporation    54

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006526

# Supplier FW Overview

- **Threshold**
  - *when and how are blocks retired*
    - When a block becomes bad block, the four plane block including the bad block are retired.
  - *when and how are blocks reclaimed*
    - Bad block is no longer used.

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    55

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006527

# Supplier FW Overview

- **Verify and Write Verify command handling**
  - Verify
    - The data read from NAND is transferred to SAS Controller just like a read command.
    - After checking PI, the data is discarded.



  - Write & Verify
    - After receiving the data, write buffer is flushed to ensure the data is read from NAND.
    - Then, verify command is issued to the LBA internally.

**TOSHIBA** Leading Innovation >>>   **Storage Products Division**   **Confidential**   © 2015 Toshiba Corporation   56

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY   VIASAT_KIOXIA-0000006528

# Supplier FW Overview

- ## EMC Unique Sanitize Commands

The sanitize operation is initiated by issuing a Format Unit command with SI=1(Security Initialize). The drive initializes all areas of the medium including spare area and the reassigned area, except its system area.

The Initialization Pattern Type that Phoenix-M3 supports are as follows:

| Code | Type | Support |
|------|------|---------|
| 01 | Erase the data only | Yes |
| 02 | Sanitize using Overwrite/Erase (DoD) | Yes |
| 03 | Sanitize as per AFSSI 5020 | No (waiver requested) |
| 04 | Sanitize as per NSA 130-2 | No (waiver requested) |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006529

**Joint Exhibit JX10, page 57 of 115**

# Supplier FW Overview

- ## FW Upgrade Capability/Interfaces/Procedure per EMC spec

  - ✓ Phoenix-M3 supports the following download modes:

| Mode | Description | Mode | Description |
|------|-------------|------|-------------|
| 04h | D/L, Activate | 0Dh | D/L with offset, Select activation events, Save, Defer activate |
| 05h | D/L, Save, Activate | | |
| 06h | D/L with offset, Activate | 0Eh | D/L with offset, Save, Defer activate |
| 07h | D/L with offset, Save, Activate | 0Fh | Activate deferred microcode |

  - ✓ Activating new microcode completes within 2 seconds. Even while activating the microcode, the drive maintains the SAS link and accepts any commands.
  - ✓ Phoenix-M3 has multiple copies of the microcode in the system area so as not to lose the microcode should sudden power-loss occur.





Storage Products Division    Confidential    © 2015 Toshiba Corporation    58

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006530

# Supplier FW Overview

- **Logging requirements/features**
  - Receive Diagnostic Page

| Page Code | Type | Description |
| --- | --- | --- |
| 46h | Super Certify Error Log | 2028 error entries can be logged |
| 82h | Link Error Statistics | All fields requested by EMC are supported |

  - Log Page

| Page Code | Type | Description |
| --- | --- | --- |
| 0Dh | Temperature Information | PC 0x00 (current tmp.), 0x01 (reference tmp.) and 0x50 (Critical Drive Temperature) are supported |
| 82h | Erase Count Statistics | Monitor max./min./ave. erase count on each channel |



**TOSHIBA** Leading Innovation >>>      **Storage Products Division**          **Confidential**          © 2015 Toshiba Corporation     59

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006531

**Joint Exhibit JX10, page 59 of 115**

# Supplier FW Overview

- **SMART function review**

| Attribute | Timing | Threshold | Behavior |
|---|---|---|---|
| Endurance | Every erase cycle | $100\% > N >= 95\%$ | Report 5D/88 |
| | | $N >= 100\%$ | Write Protected |
| Over Provisioning | Every block status change | $4\% < OP <= 5\%$ | Report 5D/89 |
| | | $2\% < OP <= 4\%$ | Write Protected |
| | | $OP <= 2\%$ | Failure |
| Power Loss Protection | PON, every 24h | PLP capacitance $<= 33\%$ | Report 5D/8A |
| System Information | Every 24h | Redundancy $<= 2$ | Report 5D/D3 |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    60

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006532

# Supplier FW Overview

- **Existing debug tools review**
  - Capture timing
    - Hard Reset, I_T Nexus Loss, Task Frame, SAS I/F Error, Over heat, OCT timeout, assert
  - Log Contents
    - FW trace, register dump, memory dump
  - Command to retrieve
    - Request Internal Log (Vendor unique CMD)



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**TOSHIBA** Leading Innovation >>> **Storage Products Division** **Confidential** © 2015 Toshiba Corporation 61

VIASAT_KIOXIA-0000006533

# Data Path &
# Non Data Path Protection



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006534

# Details on Data Path and Non Data Path Protection



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Joint Exhibit JX10, page 63 of 115**

# Details on Data Path and Non Data Path Protection

- *All logic in the data path and outside the data path between any checks/strips*
  - Outside of the data path is not protected.

- *Any alternative paths, such as the case where there's an encryption engine. For example, are there differences in the way data flows, and the protection of the data, if encryption is enabled vs. disabled?*
  - There is no alternative data path even if encryption is enabled.

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    64

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006536

# Details on Data Path and Non Data Path Protection

- **All memory elements in the drive must be included in the analysis**
  - *Data Path SRAM/DRAM*
    - Protected by ECC (1bit error can be correctable)
  - *Instruction TCM/SRAM that the controller uses*
  - *Data TCM/SRAM that the controller uses*
    - Protected by ECC (1bit error can be correctable)
  - *All FIFOs, Muxes, or any other logic in the Data path and non-data path*
    - All FIFOs in the data path are protected by ECC (1bit error can be correctable)
  - *How is data protected during background operations, such as wear leveling, garbage collection, etc?*
    - The Data path and SRAM that is used for background operations are also protected by same method described in page 74 (data protection scheme).



**Storage Products Division**                    **Confidential**                    © 2015 Toshiba Corporation    65

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006537

# Unprotected memory

- **For any discrepancies identified, the supplier must do an FMEA on the unprotected area, including:**

  - **Phoenix-M3 has no unprotected memory (SRAM / SDRAM) because all data path has ECC protection (2bits detection, 1bit correction)**

**TOSHIBA**
Leading Innovation >>>    **Storage Products Division**                **Confidential**                © 2015 Toshiba Corporation    66

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                          VIASAT_KIOXIA-0000006538

# Details on Data Path and Non Data Path Protection

- **How are all of the protection methods verified to function correctly?**
  - *Data Path SRAM/DRAM*
    - Protected by ECC (1bit error can be correctable) → error injection
  - *Instruction TCM/SRAM that the controller uses*
  - *Data TCM/SRAM that the controller uses*
    - Protected by ECC (1bit error can be correctable) → Simulation
  - *All FIFOs, Muxes, or any other logic in the Data path and non-data path*
    - All FIFOs in the data path are protected by ECC (1bit error can be correctable) → Simulation
  - *How is data protected during background operations, such as wear leveling, garbage collection, etc?*
    - The Data path and SRAM where is used for background operations are also protected by same method described in page 74 (data protection scheme). → both error injection and simulation



**TOSHIBA**
**Leading Innovation >>>**     **Storage Products Division**          **Confidential**                    © 2015 Toshiba Corporation     67

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006539

- **Agreement that the supplier will complete the EMC ASIC FMEA process referenced in the updated EMC functional specs**
  - We request EMC Spec.



**TOSHIBA** Leading Innovation >>>     **Storage Products Division**         **Confidential**          © 2015 Toshiba Corporation    68

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                   VIASAT_KIOXIA-0000006540



# Performance

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006541

**Joint Exhibit JX10, page 69 of 115**

# Phoenix-M3 Series 18ch(Narrow Single Port) Specifications Outline



| Configuration | | | Mid Endurance | | Value Endurance | | Read Intensive | |
|---|---|---|---|---|---|---|---|---|
| Phoenix-M3 (Narrow single port) | | | | | | | | |
| User Capacity | | GB | 400  800  1600 | 3200 | 480  960  1920 | 3840 | 500  1000  2000 | 4000 |
| NAND | | | ← | | ← | | ← | |
| Interface | | | ← | | ← | | ← | |
| Form Factor | | 2.5" SFF | ← | | ← | | ← | |
| Performance (Single Port) (@ Aligned, Sustained, Entropy=100%) | | | | | | | | |
| Seq. Read 64KiB (9W) | | MiB/s | 1000 | | 1000 | | 1000 | |
| Seq. Read 64KiB (12W) | | MiB/s | 1050 | | 1050 | | 1050 | |
| Seq. Write 64KiB (9W) | | MiB/s | 850 | 750 | 850 | 750 | 850 | 750 |
| Seq. Write 64KiB (12W) | | MiB/s | 1050 | | 1050 | | 1050 | |
| Rand. Read 4KiB (9W) | (QD>32) | KIOPS | 195 | | 195 | | 195 | |
| Rand. Read 4KiB (12W) | (QD>32) | KIOPS | 195 | | 195 | | 195 | |
| Rand. Write 4KiB (9W) | (QD>16) | KIOPS | 90 | 85 | 60 | 55 | 40 | |
| Rand. Write 4KiB (12W) | (QD>16) | KIOPS | 115 | | 75 | | 60 | |
| Rand. W30%/R70% 4KiB (9W) | (QD>32) | KIOPS | 140 | | 110 | | 105 | |
| Rand. W30%/R70% 4KiB (12W) | (QD>32) | KIOPS | 140 | | 110 | | 105 | |
| Latency (@ QD=1, Aligned, Random 4KiB) | | | | | | | | |
| Read | | us (avg.) | 100 | | 100 | | 100 | |
| Write | | us (avg.) | 30 | | 30 | | 30 | |
| Endurance (per life, aligned Ran. W) | | | x10 DWPD | | x3 DWPD | | x1 DWPD | |
| Data Retention (@ EOL, Power removed) | | | 3 mo. @ < 40 deg. C | | ← | | ← | |
| MTTF | | MPOH | 2.0 (AFR: 0.44%) | | ← | | ← | |
| Product Life | | Years | 5 | | ← | | ← | |
| Power Consumption (+5V/+12V) | (Active) | W (typ.) | < 9.0 (Normal) <12.0 (Perf. mode) | | ← | | ← | |
| | (Idle) | W (typ.) | 3.2 | | ← | | ← | |
| Temperature | (Op) | Ta deg. C | 0 to 55 | | ← | | ← | |
| | (Op) | Tc deg. C | 0 to 60 | | ← | | ← | |
| | (Non-op) | Ta deg. C | | | | | | |

OP44%    OP20%    OP15%

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    ...shiba Corporation    70

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000006542

# Phoenix-M3 Series 18ch(Narrow Dual Port) Specifications Outline



| Phoenix-M3 (Narrow Dual port) | | | Mid Endurance | | Value Endurance | | Read Intensive | |
|---|---|---|---|---|---|---|---|---|
| Configuration | | | Mid Endurance | | Value Endurance | | Read Intensive | |
| User Capacity | | GB | 400 800 1600 | 3200 | 480 960 1920 | 3840 | 500 1000 2000 | 4000 |
| NAND | | | ← | | ← | | ← | |
| Interface | | | ← | | ← | | ← | |
| Form Factor | | 2.5" SFF | ← | | ← | | ← | |
| Performance (Dual Active Port) (@ Aligned, Sustained, Entropy=100%) | | | | | | | | |
| Seq. Read 64KiB (9W) | | MiB/s | 1900 | 1500 | 1900 | 1500 | 1900 | 1500 |
| Seq. Read 64KiB (12W) | | MiB/s | 1900 | | 1900 | | 1900 | |
| Seq. Write 64KiB (9W) | | MiB/s | 850 | 750 | 850 | 750 | 850 | 750 |
| Seq. Write 64KiB (12W) | | MiB/s | 1100 | | 1100 | | 1100 | |
| Rand. Read 4KiB (9W) | (QD>32) | KIOPS | 270 | | 270 | | 270 | |
| Rand. Read 4KiB (12W) | (QD>32) | KIOPS | 270 | | 270 | | 270 | |
| Rand. Write 4KiB (9W) | (QD>16) | KIOPS | 90 | 85 | 60 | 55 | 40 | |
| Rand. Write 4KiB (12W) | (QD>16) | KIOPS | 115 | | 75 | | 60 | |
| Rand. W30%/R70% 4KiB (9W) | (QD>32) | KIOPS | 180 | | 145 | | 130 | |
| Rand. W30%/R70% 4KiB (12W) | (QD>32) | KIOPS | 180 | | 145 | | 130 | |
| Latency (@ QD=1, Aligned, Random 4KiB) | | | | | | | | |
| Read | | us (avg.) | 100 | | 100 | | 100 | |
| Write | | us (avg.) | 30 | | 30 | | 30 | |

|  |  |  |
|---|---|---|
| OP44% | OP20% | OP15% |

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    71

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006543

**Joint Exhibit JX10, page 71 of 115**

# Phoenix-M3V Series 16ch(Narrow Single Port) Specifications Outline



| | Phoenix-M3V (Narrow single port) | | | |
|---|---|---|---|---|
| **Configuration** | | **High Endurance** | **Value Endurance** | **Read Intensive** |
| User Capacity | GB | 200  400  800      1600 | 400  800  1600      3200 | 480  960  1920      3840 |
| NAND | | A19nm eMLC | ← | ← |
| Interface | | SAS 12Gbps | ← | ← |
| Form Factor | 2.5" SFF | 15mmH | ← | ← |
| Performance (Single Port,) (@ Aligned, Sustained, Entropy=100%) | | | | |
| Seq. Read 64KiB (9W) | MiB/s | 1000 | 1000 | 1000 |
| Seq. Read 64KiB (12W) | MiB/s | 1050 | 1050 | 1050 |
| Seq. Write 64KiB (9W) | MiB/s | 850          750 | 850          750 | 850          750 |
| Seq. Write 64KiB (12W) | MiB/s | 1050 | 1050 | 1050 |
| Rand. Read 4KiB (9W)   (QD>32) | KIOPS | 195 | 195 | 195 |
| Rand. Read 4KiB (12W)   (QD>32) | KIOPS | 195 | 195 | 195 |
| Rand. Write 4KiB (9W)   (QD>16) | KIOPS | 125 | 70          65 | 22 |
| Rand. Write 4KiB (12W)   (QD>16) | KIOPS | 145 | 90 | 30 |
| Rand. W30%/R70% 4KiB (9W)   (QD>32) | KIOPS | 160 | 120 | 70 |
| Rand. W30%/R70% 4KiB (12W)   (QD>32) | KIOPS | 160 | 120 | 70 |
| Latency (@ QD=1, Aligned, Random 4KiB) | | | | |
| Read | us (avg.) | 100 | 100 | 100 |
| Write | us (avg.) | 30 | 30 | 30 |
| Endurance (per life, aligned Ran. W) | | x25 DWPD | x3 DWPD | x1 DWPD |
| Data Retention (@ EOL, Power removed) | | 3 mo. @ < 40 deg. C | ← | ← |
| MTTF | MPOH | 2.0  (AFR: 0.44%) | ← | ← |
| Product Life | Years | 5 | ← | ← |
| Power Consumption (+5V/+12V)   (Active) | W (typ.) | < 9.0 (Normal) <12.0 (Perf. mode) | ← | ← |
| (Idle) | W (typ.) | 3.2 | ← | ← |
| Temperature   (Op) | Ta deg. C | 0 to 55 | ← | ← |
| (Op) | Tc deg. C | 0 to 60 | ← | ← |
| (Non-op) | Ta deg. C | - 40 to 70 | ← | ← |

OP156%        OP28%        OP7%

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    C...........a Corporation        72

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006544

# Phoenix-M3V Series 16ch(Narrow Dual Port) Specifications Outline



| Phoenix-M3V (Narrow Dual port) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Configuration | | | **High Endurance** | | | | **Value Endurance** | | | | **Read Intensive** | | |
| User Capacity | | GB | 200 | 400 | 800 | 1600 | 400 | 800 | 1600 | 3200 | 480 | 960 | 1920 | 3840 |
| NAND | | | A19nm eMLC | | | | ← | | | | ← | | | |
| Interface | | | SAS 12Gbps | | | | ← | | | | ← | | | |
| Form Factor | 2.5" SFF | | 15mmH | | | | ← | | | | ← | | | |
| Performance (Dual Active Port) (@ Aligned, Sustained, Entropy=100%) | | | | | | | | | | | | | | |
| Seq. Read 64KiB (9W) | | MiB/s | 1900 | | | 1500 | 1900 | | | 1500 | 1900 | | | 1500 |
| Seq. Write 64KiB (12W) | | MiB/s | 1900 | | | | 1900 | | | | 1900 | | | |
| Seq. Write 64KiB (9W) | | MiB/s | 850 | | | 750 | 850 | | | 750 | 850 | | | 750 |
| Seq. Write 64KiB (12W) | | MiB/s | 1100 | | | | 1100 | | | | 1100 | | | |
| Rand. Read 4KiB (9W) (QD>32) | | KIOPS | 270 | | | | 270 | | | | 270 | | | |
| Rand. Read 4KiB (12W) (QD>32) | | KIOPS | 270 | | | | 270 | | | | 270 | | | |
| Rand. Write 4KiB (9W) (QD>16) | | KIOPS | 125 | | | | 70 | | | 65 | 22 | | | |
| Rand. Write 4KiB (12W) (QD>16) | | KIOPS | 145 | | | | 90 | | | | 30 | | | |
| Rand. W30%/R70% 4KiB (9W) (QD>32) | | KIOPS | 200 | | | | 155 | | | | 75 | | | |
| Rand. W30%/R70% 4KiB (12W) (QD>32) | | KIOPS | 200 | | | | 155 | | | | 75 | | | |

| OP156% | OP28% | OP7% |
|---|---|---|

**TOSHIBA** Leading Innovation >>>  **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    73

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006545

# Mid Endurance Model Performance Comparison



| Configuration | | | Phoenix-M2 Mainstream 400GB | Phoenix-M3 Mid Endurance 400GB |
|---|---|---|---|---|
| NAND | | | 24nm eMLC | A19nm eMLC |
| Performance (**Single / Dual active ports** ) (@ Aligned, Sustained Steady-state, Entropy=100%) | | | | |
| Seq. Read 64KiB (9W Single/Dual) | | MiB/s | 960/1100 | **1000 / 1900** |
| Seq. Read 64KiB (12W Single/Dual) | | MiB/s | N/A | **1050 / 1900** |
| Seq. Write 64KiB (9W Single/Dual) | | MiB/s | 410/410 | **850 / 850** |
| Seq. Write 64KiB (12W Single/Dual | | MiB/s | N/A | **1050 / 1100** |
| Ran. Read 4KiB (9W Single/Dual) | (QD>32/port) | KIOPS | 130/130 | **195 / 270** |
| Ran. Read 4KiB (12W Single/Dual) | (QD>32/port) | KIOPS | N/A | **195 / 270** |
| Rand. Write 4KiB (9W Single/Dual) | (QD>16/port) | KIOPS | 27/27 | **90 / 90** |
| Rand. Write 4KiB (12W Single/Dual) | (QD>16/port) | KIOPS | N/A | **115 / 115** |
| Rand. W30%/R70% (9W Single /Dual) | (QD>32/port) | KIOPS | 67/67 | **140 / 180** |
| Rand. W30%/R70% (12W Single /Dual | (QD>32/port) | KIOPS | N/A | **140 / 180** |
| Endurance | | | x10 DWPD | x10 DWPD |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006546

**Joint Exhibit JX10, page 74 of 115**

# Background Tasks



| Functionality | Frequency | Duration | Host IO Latency spike |
|---|---|---|---|
| SMART LOG save | Every 1 hour | 5us | No latency impact |
| Workload Log | Update every 1 hour<br>Saving to the NAND every 150 hours | 1ms | read:400us<br>write:1ms |
| Capacitor Patrol | Every 24 hours | 10us | No latency impact |
| Patrol Read | Drive capacity per day | 60us | 60us |
| FTL save | 4K FTL for 64K user write @ 4K random write workload | 400us | 400us |
| Garbage collection | The ratio between user write and GC write is 1 : 0.8 | 2.3ms | read:2.3ms<br>write:2.3ms |
| Snap Shot | 6MB data write every 1.6h | 4ms | read:400us<br>write:2.5ms |
| NAND Management Log | 64K log write every 4sec | 400us | read:400us<br>write:400us |
| Erase | One erase every 270MB user write @ 4K random write workload | 10ms | read:2ms<br>write:2ms |

**Max. latency**
Read : 2.4ms (4K read, QD=1)
Write : 20ms (4K random write sustained)

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    75

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006547

# EMC Workloads Performance Measurement

| Model | Transfer Size | Read % | Write % | Ran % | Seq % | Queue Depth | I/F Speed | Port | Power | MB/s | IOPS | Average Response Time | Max Response Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PM3-ME 800GB | 8K | 100 | 0 | 100 | 0 | 20 | 6G | Dual | 9W | 930 | 119 | 0.34 | 27.4 |
| PM3-ME 800GB | 8K | 0 | 100 | 100 | 0 | 20 | 6G | Dual | 9W | 422 | 54 | 0.74 | 24.2 |
| PM3-ME 800GB | 8K | 50 | 50 | 100 | 0 | 20 | 6G | Dual | 9W | 664 | 85 | 0.47 | 13.8 |
| PM3-ME 800GB | 8K | 100 | 0 | 100 | 0 | 20 | 12G | Dual | 9W | 1453 | 185 | 0.21 | 6.2 |
| PM3-ME 800GB | 8K | 0 | 100 | 100 | 0 | 20 | 12G | Dual | 9W | 422 | 54 | 0.74 | 22.3 |
| PM3-ME 800GB | 8K | 50 | 50 | 100 | 0 | 20 | 12G | Dual | 9W | 675 | 86 | 0.46 | 23.8 |
| PM3V-VE 800GB | 8K | 100 | 0 | 100 | 0 | 20 | 6G | Dual | 9W | 928 | 118 | 0.33 | 1.0 |
| PM3V-VE 800GB | 8K | 0 | 100 | 100 | 0 | 20 | 6G | Dual | 9W | 305 | 39 | 1.02 | 29.1 |
| PM3V-VE 800GB | 8K | 50 | 50 | 100 | 0 | 20 | 6G | Dual | 9W | 526 | 67 | 0.59 | 21.1 |
| PM3V-VE 800GB | 8K | 100 | 0 | 100 | 0 | 20 | 12G | Dual | 9W | 1364 | 174 | 0.23 | 1.8 |
| PM3V-VE 800GB | 8K | 0 | 100 | 100 | 0 | 20 | 12G | Dual | 9W | 305 | 39 | 1.02 | 28.6 |
| PM3V-VE 800GB | 8K | 50 | 50 | 100 | 0 | 20 | 12G | Dual | 9W | 529 | 67 | 0.59 | 24.3 |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006548

**Joint Exhibit JX10, page 76 of 115**

# Mechanical Overview



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006549

# 3D External Image





**COVER side**          **BASE side**

**TOSHIBA** Leading Innovation >>>   **Storage Products Division**   **Confidential**   © 2015 Toshiba Corporation   78

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY   VIASAT_KIOXIA-0000006550

# 3D Internal Image



- **1600GB~4000GB**

**Heat Sink** (Aluminum die-cast)

**Cover** (Aluminum plate)

**Daughter PCB**

**Center Casing** (Aluminum die-cast)

**Mother PCB**

**Base Plate** (Aluminum plate)

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006551

# 3D Internal Image



## ● 400GB～960GB

**Heat Sink** (Aluminum die-cast)

**Cover** (Aluminum plate)

**Center Casing** (Aluminum die-cast)

**Mother PCB**

**Base Plate** (Aluminum plate)

**TOSHIBA** Leading Innovation ＞＞＞    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation   80

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006552

# SFF-8639 Connector



- SFF-8639 connector is used though P-M3 series does not support 12Gbps Multilink.

- Downward compatibility with legacy SFF-8680 backplane, for both mechanical and electrical.



No need to reserve E6
Reserved (Vendor) E6   E1   S7   S1
Power Disable P3   P1
P15



**Signal Connection (Drive Side)**



**Storage Products Division**          **Confidential**          © 2015 Toshiba Corporation    81

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006553

**Joint Exhibit JX10, page 81 of 115**

# Form factor and screw hole position dimensions



- **Conforms with:**
  - SFF-8201 (Housing)
  - SFF-8639 (SAS & PCIe Plug)

- **Weight: 0.15kg max.**

- **Installation screw torque:**
  - 0.49N-m +/-12





**Storage Products Division**       **Confidential**       © 2015 Toshiba Corporation    82

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006554

# Shock & Vibration resistance design





400GB～960GB(1PCB Type)

1600GB～4000GB(2PCB Type)

Modification of Daughter PCB and Mother PCB at the shock is suppressed by rigidity of Base Plate, Center Casing, Heat Sink and Cover.



**Base Plate**

**Cover**

## Add groove shape


**Leading Innovation >>>**
**Storage Products Division**     **Confidential**     © 2015 Toshiba Corporation     83

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     VIASAT_KIOXIA-0000006555

# Heat Radiation design



- ## Heat of the SoC is designed to radiate and separate by Heatsink



**400GB〜960GB(1PCB Type)**



**1600GB〜4000GB(2PCB Type)**

 **Leading Innovation >>>**    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    84

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006556

**Joint Exhibit JX10, page 84 of 115**



# Qualification & Reliability

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006557

# Phoenix-M3 FMEA

- **Phoenix-M3 component / function FMEA**

-
  Microsoft Excel
  Worksheet


**Leading Innovation >>>**    **Storage Products Division**    **Confidential**    © 2014 Toshiba Corporation    **86**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006558

# ON-GOING STRESS TEST : Questions from Toshiba

**EMC Drive life test spec.**

**Environment**: Max Temperature Supported by the drive
**Quantity**: 200 drives minimum per drive family.
**Minimum Test Time**: 1 year
**Test Procedure**:

A) Use RDT drives (200 minimum), and at the completion of RDT, move them to Ongoing Stress Testing
B) Cycle additional drives in at a rate of 10 per week during the first year of production (representative samples of drives being shipped to EMC)
C) Run the RDT Test script for an extended period of time.
D) The testing is expected to be done at the highest IO rate that the test system supports (no limiting of IO rates will be done by the test script)
E) SMART/Logging information must be retrieved at least once a week
F) Factory yield and parametric data for all drives must be stored so it can be used for analysis if necessary

**Interpretation and question from Toshiba**

(1) TSB standard RDT for 6 weeks. with OEM Generic drives.



200 drives

(2) After (1) above, add 10 per week, and remove 10 from the population, to keep 200 drives under the test.



10 new EMC drives

200 drives

Every week, add 10 EMC drives

Remove 10 drives, sell to EMC ?

Q-1 : (1) OEM generic accept ?
Q-2 : (2) if no EMC build in the week ?
Q-3 : End of (2) sell to EMC ?

Assuming 10 per week addition at every single week, one drive run the test for 20 weeks. The drive after the 20 weeks continuous test under the max temperature and the highest IOs may be almost exhausted.

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2014 Toshiba Corporation    **87**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006559

# Write/Erase Endurance Qualification; Drive Lifetime calculations

◆ Max. P/E cycles requirement to meet the spec.

|  | 520 BPS |  | 520 BPS |
|---|---|---|---|
| x25 DWPD (16ch-156% OP) | 25k | x3 DWPD (16ch-28% OP) | 13k |
| x10 DWPD (18ch-44% OP) | 30k | x1 DWPD (16ch-7% OP) | 15k |

◆ Performed Write/Erase simulation:
- Based on A19nm eMLC NAND data
- Considering variable ECC

☐ 18ch-44%OP/520BPS (the most severe P/E cycle)

  

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2014 Toshiba Corporation    **88**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006560

# Supplier Qualification / Reliability

- **Details on the method used to validate the drive HW and FW functionality as the flash nears end of life**
  - HW
    - Endurance RDT        Check the drive functioning correctly

  - FW
    - Program Fail        SoC has the capability creates simulated program fail
    - Erase Fail        SoC has the capability creates simulated erase fail
    - Read Error        Error injection to NAND
    - Variable ECC        Error injection to NAND



**TOSHIBA** Leading Innovation ❯❯❯    **Storage Products Division**        **Confidential**        © 2015 Toshiba Corporation    89

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY        VIASAT_KIOXIA-0000006561

# Phoenix-M3: DDR3-SDRAM Reliability test  <Component level test>

| Item | Conditions | Reference Specification |
|---|---|---|
| High Temperature Operating Life Test (HTOL) | 125 degC / Vcc=Max / 1,000hours | MIL-STD-883 1005.8 JEDEC JESD22-A108 JEITA ED-4701 101 |
| Temperature Cycle Test (TCT) | -65 degC / 150 degC / 100 cycles or more | MIL-STD-883 1010.7 JEDEC JESD22-A104 JEITA ED-4701 105 |
| High Temperature Storage Life Test (HTSL) | 150 degC / 1,000hours | MIL-STD-883 1008.2 JEDEC JESD22-A103 JEITA ED-4701 201 |
| Temperature Humidity Bias (THB) | 85 degC / 85 %Rh with Bias / 1,000hours | JEDEC JESD22-A101 JEITA ED-4701 102 |
| Pressure Cooker Test (PCT) | 121 degC / 100%Rh / 168 hours or more | JEDEC JESD22-A102 |
| Pre-Conditioning Test | JEDEC MSL 1~4 / Reflow is 2 times or more | IPC/JEDEC J-STD-020 |
| Electro Static Discharge : Human Body Model (ESD-HBM) | ≥ 2.0 kV | MIL-STD-883 3015.3 JEDEC JESD22-A114 JEITA ED-4701 304 |
| Latch up tolerated dose | ≥ 100 mV | JEDEC-JESD78 JEITA ED-4701 306 |

**TOSHIBA** Leading Innovation >>>   **Storage Products Division**   **Confidential**   © 2015 Toshiba Corporation   90

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006562

# Phoenix-M3: NAND Reliability test (1) <Component level test>

| Item | Conditions | Reference Specification |
|---|---|---|
| Write / Erase Endurance | 55 degC / 10000 cyc | JEDEC JESD22-A117 |
| High Temperature Operating Life Test (HTOL) | 125 degC / Vcc = Max / 1,000hours | JEDEC JESD22-A108 |
| Low Temperature Operating Life Test (LTOL) | -40 degC / Vcc = Max /  1,000hours | JEDEC JESD22-A108 |
| High Temperature Storage Life Test (HTSL) | 150 degC / 1,000hours | JEDEC JESD22-A103 |
| Highly Accelerated Stress | Preconditioning: 125 degC / 20hours → 30 degC / 70%RH / 192hours → IR 260 degC max. 4times<br>110 degC / 85%RH / Vcc = 3.6V / 300hours | JEDEC JESD22-A110 |
| Temperature Cycle Test (TCT) | -55 degC / 20min. → 125 degC / 20min. 700 cycles | JEDEC JESD22-A104 |

**TOSHIBA**
Leading Innovation >>>
**Storage Products Division**          **Confidential**          © 2015 Toshiba Corporation     91
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                    VIASAT_KIOXIA-0000006563

# Phoenix-M3: NAND Reliability test (2)  <Component level test>

| Item | Conditions | Reference Specification |
|---|---|---|
| Data Retention (Write / Erase = 10000 cyc, 55 degC) | "WE Interval = 50s & DR102h at 40℃" is equivalent to "WE Interval = 15768s & DR2160h at 40degC" | |
| Read Disturb (Write / Erase = Initial) | 25degC / Vcc = 2.5V / Read = 30000 cyc. | |
| Read Disturb (Write / Erase = 10000 cyc, 55 degC) | 25degC / Vcc = 2.5V / Read = 3000 cyc. | |
| Program Disturb (Write / Erase = 10000 cyc, 55 degC) | 25degC / Vcc = 2.5V | |
| | | |
| | | |

**TOSHIBA**
Leading Innovation >>>     **Storage Products Division**     **Confidential**     © 2015 Toshiba Corporation     92

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY     VIASAT_KIOXIA-0000006564

# Phoenix-M3: SoC 2.0 Reliability test  <Component level test>

| Item | Conditions | Reference Specification |
|---|---|---|
| High Temperature Operating Life Test (HTOL) | 150degC / Vdd+20%, 1000hours (500hours: 5/E, 1000hours: 6/E) | Mil-Std-883E Method 1005.8 |
| ESD (Human body model) | 100pF ,1.5KΩ | JEDEC 22 |
| ESD (Machine Model) | 200pF ,0Ω | JEDEC 22 |
| ESD (Charged device model) | | JEDEC 22 |
| LU | I-pulsing Vdd ramp | EIA/JESD78 |
| | | |

## Complete by the end of Aug.

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    93

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006565

# Phoenix-M3: SoC 2.0 Reliability test (2)  <Component level test>

| Item | Conditions | Reference Specification |
|---|---|---|
| Preconditioning | 260degC peak temp | |
| C-SAM | After Preconditioning | |
| Temp. Cycle@ 500cycles | -65/150 degC | |
| Unbiased HAST @ 96hrs | 130degC, 85% | JSD22-A118 |
| HTS | Ta=150degC | JESD22-A103 |
| | | |

**Complete by the end of Aug.**

TOSHIBA Leading Innovation >>>    Storage Products Division    Confidential    © 2015 Toshiba Corporation    94

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006566

# Reliability Estimation (MTTF)

1,000[hrs] RDT is running for 572 pcs SSD.

- Condition:
  Test mode : sequential write /read, random write/read, sequential write & sequential read
  Environment : 68+/-3 deg.C (Tc)

- Current status:
  Running 400~800 hrs with no drive fail

➔ Estimated MTTF 3.0M[hrs] by May/E

*Note: Wear/endurance is not included in 1,000[hrs] RDT.


**TOSHIBA**
Leading Innovation >>>    **Storage Products Division**        **Confidential**                © 2014 Toshiba Corporation    **95**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                                                        VIASAT_KIOXIA-0000006567



# Returns and FA Processes

- **Integration**



Storage Products Division                    Confidential                    © 2015 Toshiba Corporation    96

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006568

**Joint Exhibit JX10, page 96 of 115**

# Returns and FA Processes



- **Field return**



**Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    97

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006569



# Sourcing Strategy for Critical Components

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006570

# Key components sourcing strategy



- **NAND Flash : Using Toshiba NAND Flash Memory as single source**

- **SoC : Toshiba designed and Marvell's fabrication as single source**

- **DDR (DRAM) : Three vendors**

- **PLP Capacitor : Two vendors**

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation   99

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006571

# Roadmap



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006572

# Enterprise SAS SSD Product Roadmap



| | - CY2014 | CY2015 | CY2016 | CY2017 |
|---|---|---|---|---|
| **High Endurance** | **Phoenix-M2+** -2.5-inch, 7mmZ, *15mmZ<br>800*/400/200/100GB, 30 DWPD, 12Gb/s SAS<br>CS : Available | **Phoenix-M3 HE** - 2.5-inch, 15mmZ<br>1.6T/800/400/200GB, 25 DWPD, 12Gb/s SAS<br>CS Base: May '15, SIE, SED: Jun/E '15 (FIPS optional) | **Phoenix-M4 HE** - 2.5-inch, 15mmZ<br>1.6T/800/400/200GB, 25 DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 1CQ'16(TBD) (FIPS optional) | **Phoenix-M5 HE** - 2.5-inch, 15mmZ<br>3.2T/1.6T/800/400GB, 25 DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 3CQ'16(TBD) (FIPS optional) |
| **Mid Endurance** | **Phoenix-M2** - 2.5-inch, 7/15mmZ<br>1.6T/800/400/200GB, 10DWPD 12Gb/s SAS<br>CS: Available (SED optional) | **Phoenix-M3 ME** - 2.5-inch, 15mmZ<br>3.2T/1.6T/800/400GB, 10 DWPD, 12Gb/s SAS<br>CS Base: May '15, SIE, SED: Jun/E '15 (FIPS optional) | **Phoenix-M4 ME** - 2.5-inch, 15mmZ<br>3.2T/1.6T/800/400GB, 10 DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 1CQ'16(TBD) (FIPS optional) | **Phoenix-M5 ME** - 2.5-inch, 15mmZ<br>6.4T/3.2T/1.6T/800GB, 10DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 3CQ'16(TBD) (FIPS optional) |
| **Value Endurance** | **Phoenix-M2V** -2.5-inch, 7mmZ, *15mmZ<br>1.6T*/800/400GB, 3 DWPD, 12Gb/s SAS<br>CS : Available | **Phoenix-M3 VE** - 2.5-inch, 15mmZ<br>3.2T/1.6T/800/400GB, 3 DWPD, 12Gb/s SAS<br>3.84T/1.92T/960/480GB, 3 DWPD, 12Gb/s SAS<br>CS Base: May '15, SIE, SED: Jun/E '15 (FIPS optional) | **Phoenix-M4 VE** - 2.5-inch, 15mmZ<br>3.2T/1.6T/800/400GB, 3 DWPD 12Gb/s SAS<br>3.84T/1.92T/960/480GB, 3 DWPD 12Gb/s SAS<br>Base, SIE, SED CS: 1CQ '16 (FIPS optional) | **Phoenix-M5 VE** - 2.5-inch, 15mmZ<br>6.4T/3.2T/1.6T/800GB, 3 DWPD, 12Gb/s SAS<br>7.68T/3.84T/1.92T/960GB, 3 DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 3CQ'16(TBD) (FIPS optional) |
| **Read Intensive** | **Phoenix-M2R** -2.-inch, 7mmZ, *15mmZ<br>1.6T*/800/400/200GB, 1 DWPD, 12Gb/s SAS<br>CS : Available | **Phoenix-M3 RI** - 2.5-inch, 15mmZ<br>4T/2T/1T/500GB, 1 DWPD, 12Gb/s SAS<br>3.84T/1.92T/960/480GB, 1 DWPD, 12Gb/s SAS<br>CS Base: May '15, SIE, SED: Jun/E '15 (FIPS optional) | **Phoenix-M4 RI** - 2.5-inch, 15mmZ<br>4T/2T/1T/500GB, 1 DWPD 12Gb/s SAS<br>3.84T/1.92T/960/480GB, 1 DWPD 12Gb/s SAS<br>Base, SIE, SED CS: 1CQ '16 (FIPS optional) | **Phoenix-M5 RI** - 2.5-inch, 15mmZ<br>8T/4T/2T/1TB, 1 DWPD, 12Gb/s SAS<br>7.68T/3.84T/1.92T/960GB, 1 DWPD, 12Gb/s SAS<br>Base, SIE, SED CS: 3CQ'16(TBD) (FIPS optional) |

☐ Main products
⌐ ⌐ Sub options

TOSHIBA Leading Innovation >>>     Storage Products Division     Confidential     © 2015 Toshiba Corporation     101

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006573



# Enterprise SSD Strategy – 2015 to 2018

|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|

**PCIe**

Interface: NVMe / PCIe Gen3 — PCIe Gen4

Products:
- **A19 MLC** Condor-M3 (2015–2016)
- **3D NAND** Condor-M5 (2017)
- **3D NAND** Condor-M7 (2018)
- **3D NAND** Condor-M6

**SAS**

Interface: 6Gb/s — SAS-3 12Gb/s — SAS-4 24Gb/s Multi-Link

Products:
- **24 MLC** Phoenix-M2 (2013–2014)
  - 1st **12G SAS**
  - Largest capacity 1.6TB
  - Endurance x1 to x30 DWPD
- **A19 MLC** Phoenix-M3 (2015–2016)
  - PCIe & SAS
  - Big Capa (up to 4TB)
  - Configurable arch.
- **3D NAND** Phoenix-M5 (2017)
- **3D NAND** Phoenix-M7 (2018)
- **15 MLC** Phoenix-M4
- **3D NAND** Phoenix-M6
  - PCIe & SAS

**SATA**

Interface: 6Gb/s

Products:
- **A19 MLC** Hawk-M3
- **15 MLC** Hawk-M4
- **3D NAND** Hawk-M5
- Post-SATA (PCIe)
- **3D NAND** XD4

TOSHIBA Leading Innovation ≫    **Storage Products Division**    **Confidential**    © 2015 Toshiba Corporation    102

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006574

# 520B support and Encryption



- **512B / 520B / 580B supported**

- **512B+PI / 520B+PI supported**

- **4096B / 4160B / 4224B supported**

- **4104B / 4096B+PI supported**



- **Phoenix-M3 supports TCG Enterprise SSC**
  - TCG Core Spec Version 1.0 Revision 0.9 Draft
  - TCG Enterprise SSC Version 1.0 Revision 3.0


**Storage Products Division**          **Confidential**          © 2015 Toshiba Corporation    103

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY          VIASAT_KIOXIA-0000006575





CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006576

# Gap Analysis

## ● EMC LOGICAL REQUIREMENTS DOCUMENT FOR SERIAL ATTACHED SCSI SOLID STATE DRIVES (999-998-505 Revision 06)

| Category | Section | Page | Section Title | Gap Analysis Response | Comments & Question |
|---|---|---|---|---|---|
| Firm | 5.1.1 | 7 | Required Options on Format Command | Need to discuss | Disable Primary(DPRY) bit is ignored. Drive always refer to internal P-List while formatting. But offer special drive with P-List disabled. (Not supported in the usual PM3 F/W)<br>Disable Certification(DCRT) bit is ignored. Drive does not perform certification. |
| Firm | 5.1.2 | 7 | HW Errors on Format with DPRY | Need to discuss | DPRY bit is not supported. (See above for alternative.) |
| Firm | 5.1.3 | 7 | Failure Prediction Functionality on Format with DPRY | Need to discuss | DPRY bit is not supported. (See above for alternative.) |
| Firm | 5.1.5 | 8 | Secure Erase and Sanitize | Waiver request | 01(=Erase the data only) and 02(=DoD) are supported.<br>03 and 04 are NOT supported. <<= Waiver request |
| Firm | 5.3.3 | 9 | Inquiry Page 0xC0 (Hardware code revision/Application/NAND) | Need to discuss | Accepted with question :<br>What does "Hardware Revision" exactly mean? |
| Firm | 5.3.4 | 9 | Model ID Uniqueness | Need to discuss | Accepted with question :<br>What does "Model ID" mean in this case?<br>Something different from WWN ? |
| Firm | 5.4 | 14 | MODE SELECT COMMAND (OP CODE 0X15) | Need to discuss | AWRE,ARRE filed are changeable.<br>However, drive actually does not perform as specified.<br>AWRE,ARRE: Always acts automatic reassign regardless of setting of AWRE and ARRE.<br>DTE and DCR are not supported. |
| Firm | 5.4.2.1 | 14 | All of the fields in Table 5.7 must be changeable, and the drive must obey the setting for that field. | Waiver request | Transport Layer Retries is not supported. |
| Firm | 5.7.3 | 17 | Background Error Activities Only on Quick Self Test | Need to discuss | Perf bit is not supported because those activity doesn't impact on performance. |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006577

# Gap Analysis

## ● EMC LOGICAL REQUIREMENTS DOCUMENT FOR SERIAL ATTACHED SCSI SOLID STATE DRIVES (999-998-505 Revision 06)

| Category | Section | Page | Section Title | Gap Analysis Response | Comments & Question |
|---|---|---|---|---|---|
| Firm | 5.7.5 | 17 | Super Certify | Waiver request | Pattern = 1 cannot be supported. Data pattern is always randomized. |
| Firm | 5.7.5.1 | 17 | Super Certify CDB | Waiver request | Pattern = 1 cannot be supported. Data pattern is always randomized. |
| Firm | 5.9 | 20 | VERIFY AND WRITE VERIFY COMMANDS (0X2F, 0X2E) | Need to discuss | Write and Verify brings flush. So latency is increased for a moment. |
| Firm | 5.10 | 20 | SYNCHRONIZE CACHE COMMAND (OP CODE 0X35) | Waiver request | Mapping information is not saved. |
| Firm | 5.11.2 | 21 | Identifying Drives Formatted with no P-List | Need to discuss | Format without p-list is not supported. But offer special drive with P-List disabled. (Not supported in the usual PM3 F/W) |
| Firm | 5.12.3 | 21 | Write Buffer/Read Buffer Performance | Waiver request | Write/Read buffer performance is not so high. |
| Firm | 5.13 | 21 | READ LONG (OP CODES 0X3E) | Waiver request | CORRCT is not supported |
| Firm | 5.19 | 25 | E7 COMMAND TO ADD TO PRIMARY DEFECT LIST | Waiver request | Marge P-List and G-List is not supported. Need to discuss whether this function is mandatory or not. |
| Firm | 6.2 | 25 | QAM/REORDERING | Need to discuss | QAM is always treated as 0000b. |
| Firm | 8.4 | 26 | ACTUAL RETRY COUNT IN SKS FIELD | Need to discuss | Actual Retry Count in SKS field is always 0. |
| Firm | 8.5 | 26 | SELF INITIATED RESET | Need to discuss | In case of Assert or Panic, there is no guarantee to recover it by internal reset. In most case, internal reset causes drive failure. |
| Firm | 8.6 | 27 | RECOVERED ERROR REPORTING | Need to discuss | Recovered error is reported when the error correction is succeeded by L3 level correction. So, number of corrected bits doesn't make sense. |
| Firm | 8.7.2 | 27 | Failure Mode Recovery | Need to discuss | What does "Failure Mode" exactly mean? only die failure? |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006578

**Joint Exhibit JX10, page 106 of 115**

# Gap Analysis



- ## EMC GENERAL FUNCTIONAL RERUIREMENTS DOCUMENT FOR 5 AND 12v SAS SSD (999-998-506 Revision 06)

| Category | Section | Page | Section Title | Gap Analysis Response | Comments & Question |
|---|---|---|---|---|---|
| Firm | 4.2 | 5 | MODEL ID UNIQUENESS | Need to discuss | Accepted with question :<br>What does "Model ID" mean in this case?<br>Something different from WWN ? |
| HW | 5.4 | 7 | NO ANALOG LOSS OF SIGNAL DETECTION | Waiver request | PM3 has analog loss of signal detector. |
| HW | 5.6 | 8 | EMC DEFAULT TRANSCEIVER SETTINGS | Need to discuss | 12G : Automatic accepted.<br>6G : SSC Disabled by SNW-3 phy capabilities.<br>1.5G-3G : SSD disabled by default. |
| HW | 6.1 | 9 | OPERATING TEMPERATURE | Need to discuss | High temperature is OK.<br>However, running at low temp at 5C forever would make shorten the drive endurance. |
| HW | 7.1 | 9 | VOLTAGE RANGE | Waiver request | Toshiba's spec (Specs in red are the Gap)<br>5V: +7% / -7%<br>12V: +7% / -7% |
| HW | 8.3 | 10 | SMALL FORM FACTOR POWER REQUIREMENTS | Waiver request | ○Power-Up (Spec 2A) : 0.87[A] □ OK<br>○Average-Operating (Spec 0.75A)<br>•0.96[A]@SeqW □ NG (Gap), 0.65[A]@SeqR □ OK<br>○5V-Current Peak (Spec 1.8A)<br>•1.38[A]@SeqW □ OK, 0.50[A]@SeqR □ OK |

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006579

**Joint Exhibit JX10, page 107 of 115**

# Gap Analysis : 5.4 NO ANALOG LOSS OF SIGNAL DETECTION

- **P-M3 SoC has analog loss of signal detection logic**
- **Variation of squelch detect time vs. input voltage is small**



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006580

# Gap Analysis : 5.6 EMC DEFAULT TRANSCEIVER SETTINGS

- **12G: Automatic（Spec has been changed）: OK**
- **6G:1200mV, Pre-Emphasis 3.5dB, SSC Disabled : OK (Customized FW is needed)**
- **Confirmation:**
  - **1.5G to 6G SSC disabled: "with SSC" bit in the SNW-3 phy capabilities, Supported setting, should be disabled?**



**Leading Innovation >>>**    **Storage Products Division**    **Confidential**    © 2014 Toshiba Corporation    **109**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006581

# Gap Analysis : 6.1 OPERATING TEMPERATURE

- **Estimation of derating with the following temperature condition:**
    a. 5-60 degC : 5 years
    b. 60-65 degC : 900h / year
    c. 65-70 degC : 90h / year
    d. -10-5 degC : 100h / year

No reduction in reliability with above conditions.

 **Leading Innovation >>>**    **Storage Products Division**    **Confidential**    © 2014 Toshiba Corporation    110

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006582

# Gap Analysis : 7.1 VOLTAGE RANGE

- **EMC Voltage Requirements:**
  - 5V: +10% / -7%
  - 12V: +10% / -7%

- **Toshiba's spec (Specs in red are the Gap)**
  - 5V: +7% / -7%
  - 12V: +7% / -7%

**TOSHIBA** Leading Innovation >>>    **Storage Products Division**    **Confidential**    © 2014 Toshiba Corporation    111

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000006583

## Gap Analysis : 7.2 TRANSIENT VOLTAGE HANDLING

a.  Voltage sags down to 50% of the applied nominal voltage on +12V, for a duration of 5uS or less.  The fall and rise time of the applied voltage shall not exceed 6V/uS.  The repetition for such sags shall not exceed once per second. → **PM3 is NOT damaged, however no command execution for a while until PLP complete, then the drive will report unit attention condition (SNS=06/2901).**

b.  Up to +/-3% of the nominal +12V or 5V input, without regard to rise or fall times of the disturbance.  No instantaneous voltage disturbances outside this percentage range are expected within the system, when operating within +7%/-4% of the +12V or +5V dc regulation range, however the 3% disturbance delta may occur anywhere within this voltage band. → **+10% (=7+3) is out of spec. However PM3 is not damaged.**



**Storage Products Division**          **Confidential**          © 2014 Toshiba Corporation    112

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006584

**Joint Exhibit JX10, page 112 of 115**

## Gap Analysis : 8.3 SMALL FORM FACTOR POWER REQUIREMENTS (9W)

- ## Power-Up (Spec 2A) : 0.87[A] → OK

- ## Average-Operating (Spec 0.75A)
  - 0.96[A]@SeqW → Gap
  - 0.65[A]@SeqR → OK

- ## 5V-Current Peak (Spec 1.8A)
  - 1.38[A]@SeqW → OK
  - 0.50[A]@SeqR → OK



**Storage Products Division**     **Confidential**     © 2014 Toshiba Corporation     113

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006585

## Gap Analysis : 8.4 HIGH PERFORMANCE SFF POWER REQUIREMENTS (12W)

- **Power-Up (Spec 2A) : 0.87[A] → OK**

- **Average-Operating (Spec 1.17A)**
  - 0.96[A]@SeqW → OK (No Gap)
  - 0.65[A]@SeqR → OK

- **5V-Current Peak (Spec 1.8A)**
  - 1.38[A]@SeqW → OK
  - 0.50[A]@SeqR → OK



**Storage Products Division**     **Confidential**     © 2014 Toshiba Corporation     **114**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006586



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000006587