

JOINT EXHIBIT

Viasat v. Kioxia

JX12

CONFIDENTIAL-OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000007490