

Deneb XXX external specification                                   Rev.1.1

# 2. Chip Overview

※Deneb チップ概要について記載する

## 2.1. Features

**Table 1 feature definition table**

| General | |
|---|---|
| Process | 28nm HPM |
| Interface | SAS 12Gbps (Single[x1] or dual[x2] or 2wide x2 link) / PCIe Gen3 x4 (1x1, 1x2, 1x4, 2x1, 2x2,2x4) |
| Processor | ARM Cortex-R5 w/VIC(PL192), Cortex-M3 |
| Power Supply | 3.3V (PCIe), 1.8V (NAND), 1.5V (DDR3), 1.35V (DDR3L), 1.2V (DDR4/LPDDR/NAND), 0.9V (logic) |
| Ambient Temperature | 0 -85 degree Celsius |
| SAS | |
| SAS PHY | SAS 12/6/3/1.5 Gbps<br>Up to 4PHYs<br>Serial Attached SCSI -3 (SAS-3)<br>SAS Protocol Layer -3 (SPL-3)<br>Spread Spectrum Clocking (SSC)<br>Slumber / Partial Mode |
| PCIe | |
| PCIe PHY | PCI Express Base Specification Revision 3.0<br>Lane Configuration: 1x4, 1x2, 1x1, 2x4, 2x2, 2x1<br>Power management Support<br>RefClk: SRIS<br>PIPE4 interface |
| PCIe Function | Synopsys DWC<br>Internal bus: AXI-4 |
| SM Bus | 3.3V I/O |
| Processor | |
| Processor | CPU0 (Host Controller): Cortex-R5(r1p4) upto 280MHz |

©2013-2016, TOSHIBA Corporation                    CONFIDENTIAL

**JOINT EXHIBIT**

Viasat v. Kioxia

**JX13**

Page  2-1

**TOSHIBA**
Leading Innovation >>>

Deneb XXX external specification                                    Rev.1.1

|  | CPU1 (Flash Controller): Cortex-R5(r1p4) up to 266MHz |
|---|---|
|  | CPUM: Cortex-M3(r2p1) up to 266MHz |
| Memory | CPU0: 256kB ATCM w/ 32bit ECC, 128kB BTCM0 w/ 32bit ECC, No BTCM1, 4kB I-Cache, 4kB D-Cache |
|  | CPU1: 256kB ATCM w/ 32bit ECC, 128kB BTCM0 w/ 32bit ECC, No BTCM1, 4kB I-Cache, 4kB D-Cache |
|  | CPUM: 64kB IROM, 32kB RAM |
| VIC | CPU0: ARM PrimeCell Vectored Interrupt Controller (PL192) |
|  | CPU1: ARM PrimeCell Vectored Interrupt Controller (PL192) |
|  | CPUM: Build-in NVIC |
| Debugger | Core Sight DAP w/JTAG-AP |
| Buffer Memory | LPDDR2/LPDDR3/DDR3L/DDR3/DDR4 interface72bit data width (data + SECDED) up to 1600MHz(3200MBps), 1.35V/1.5V/1.2V/ IOs |
|  | 1DLL for each 8bit width data bus |
|  | Share the pins other than DQ/DQS/CK/VREF |
|  | DFI3.1 interface |
| Secure | Random number generator Logic (FIPS140 ready) |
|  | Embedded OTP 273bit |
| Clock Generator | Oscillator /Crystal |
|  | 50MHz input range |
|  | 3 TBGs for System (PLL1), DDR(PLL2), NAND (PLL3) |
|  | Internal clock generator with programmable divider and enable/disable |
|  | Glitch Free no reload with same value |
| External Memory | SPI for serial Flash device |
|  | up to 80MHz |
|  | 1.8VIO |
|  | Flash Memory Interface |
|  | up to 266MHz |
|  | 1.8/1.2V IO |
|  | Delay locked loop (75-600MHz, 1/128 reference period, 0-180 deg, Bypass mode, Power Down Mode) |
|  | Additional Delay Adjuster for write operation |
|  | 18 NAND channels |
| AUX ADC | 8 selectable channels to convert into 10bit digital value |
|  | 8 analog inputs AIN[7:0] |
|  | 0-1.5V input range |

©2013-2016, TOSHIBA Corporation                CONFIDENTIAL

**TOSHIBA**
Leading Innovation >>>

Deneb XXX external specification                                        Rev.1.1

| | |
|---|---|
| | 10bit resolution |
| | Conversion rate 1M/s |
| | Power down mode |
| UART | 1.8V IO with 2.5V tolerant |
| | Up to 3M baud rate |
| | With secure protection |
| Reset | 150mV hysteresis |
| | 2.5V IO |
| mBIST | Controlled by CPU |

**TOSHIBA**
Leading Innovation >>>

©2013-2016, TOSHIBA Corporation                    CONFIDENTIAL



Deneb XXX external specification                                    Rev.1.1

## 2.2. 目標性能

**Table target definition**

| Gate Count | Total ** gate(Toshiba Design) + Marvell Designs IPs |
|---|---|
| SRAM Size | Total **MiB |
| Target Die Size | 90 – 100mm2 |
| | |

©2013-2016, TOSHIBA Corporation          CONFIDENTIAL                          Page  2-4

**TOSHIBA**
Leading Innovation >>>

Deneb XXX external specification                                    Rev.1.1

## 2.3. Block Diagram / ブロック図

### 2.3.1. ブロック構成(論理ブロック図)



図 2.3-1 Deneb (SoC) ブロック図

- Host IF

  - SAS：12Gbps (2Narrow,2Widex2)

  - PCIe: Gen3 (2x4, 1x4, 2x2)

- Nand IF

 - 18ch/8bank

- Support Nand

  - BiCS2 MLC/TLC

  - 15n MLC/TLC

- ECC 訂正能力

  - L1ECC: BCH or LDPC

  - L3ECC: RS

- CPU

  - ARM Cortex CR5（FE/BE）

  - ARM Cortex M3 (CRYPT)

©2013-2016, TOSHIBA Corporation          CONFIDENTIAL                          Page  2-5

**TOSHIBA**
Leading Innovation >>>

Deneb XXX external specification                    Rev.1.1

- DataBuffer

  Dram/Sram(6MB)混在

## 2.3.2. FrontEnd/BackEnd の位置づけと内部データパス



図 2.3-2 FrontEnd/BackEnd の位置づけと内部データパス

- FrontEnd(FE とも称する)は、主にホストとのやり取りを担当するモジュールで構成される。
- BackEnd(BE とも称する) は、NAND へのアクセスをするための担当するモジュールで構成される。

- Huddle(図示)していないが、SAS 島、PCIe 島、NVMe 島、FE 島、BE 島、CRPT 島、LUT 島、UDM 島、各 NDC 島に存在している。

©2013-2016, TOSHIBA Corporation                    CONFIDENTIAL                    Page  2-6

**TOSHIBA**
Leading Innovation >>>　　　　Deneb XXX external specification　　　　　　　　Rev.1.1

### 2.3.3. 物理ブロック構成と NAND のチャネル構成



図 2.3-3 物理ブロック構成

- NAND のチャンネルは、NDC と呼ばれる物理階内に 2ch ずつ入っており、この NDC がチップの情報から時計回りの順に配置されている、結果的に、NAND-PHY と PIN の配置の観点でみれば、ch0,1,2,…, 17 と配置されていることになる。

©2013-2016, TOSHIBA Corporation　　　　　　CONFIDENTIAL　　　　　　　　　　Page 2-7

## 2.3.4. 電源遮断領域





図 2.3-4 電源遮断領域

- A-on (Always on 領域;常時電源供給領域)と電源遮断領域に分けられる。

- SAS 機では PCIe/NVMe 領域の電源を OFF にすることが可能

- PCI 機では SAS 領域の電源を OFF にすることが可能

- 性能が過剰でかつ電力が気になる装置構成では、dSRAM の半分の領域の電源を OFF にすることができる。

- 各 NDC には、BCH と LDPC の回路が搭載されているが、LDPC 機では BCH 回路の電源を OFF に、反対に、BCH 機では LDPC 回路の電源を OFF にすることができる。また使用する NAND のチャンネルが 12ch とか、16ch などのようなときには、使用しないチャンネルの BCH/LDPC の両方の回路の電源を OFF にすることができる。詳しくは PMU の章を参照のこと。

©2013-2016, TOSHIBA Corporation    CONFIDENTIAL

TOSHIBA
Leading Innovation >>>

Deneb XXX external specification                        Rev.1.1

## 2.3.5. 使用する NAND のチャンネル構成



図 2.3-5 NAND の電源遮断のルール

Deneb では、使用しない NAND のチャンネル数を減らすことが 2 チャンネル単位(NDC 単位)でできる。使用しない領域は青字の順番を想定している。例えば、16ch 構成の場合は、青字の"1"と書かれた部分(NDC0; ch0,ch1)を使わなくなり、12ch 構成の場合には、青字の"1", "2", "3"と書かれた部分(NDC0,8,1; ch0,ch1,ch16,17,ch2,ch3)を使わなくなる。実際に使わないチャンネルについては、各 NDC 内部の BCH/LDPC の両方を落とすことで、消費電力も落とせる。

©2013-2016, TOSHIBA Corporation                CONFIDENTIAL                        Page  2-9



Deneb XXX external specification                                                Rev.1.1

## 2.3.6. IP 一覧

©2013-2016, TOSHIBA Corporation                    CONFIDENTIAL                                        Page  2-10

## 2.4. 内部ブロックの特徴

### 2.4.1. NM

大きく NDM と NDC から構成される。NDM は、NDC へのコマンド投入を行う役目を有す。この時、最適なスケジューリングや(電力を考慮しての)スロットリングを行う。NDC は、NAND フラッシュ・メモリのコントローラである。Deneb では 18ch あり、2ch ごとにチャンネル数を減らすことができる。L1ECC のエンコード、デコードを行う回路を搭載している。ECC は LDPC または BCH を選択することができる。

### 2.4.2. DM

大きく uDM,cpDM,lDM の３つに分かれる。uDM は、UsrData に MCA を割り当て、L3ECC 生成、ログ生成を行う。cpDM は、CompData に MCA を割り当て、L3ECC 生成、ログ生成を行う。lDM は LutData に MCA を割り当て、L3ECC 生成、ログ生成を行う。

### 2.4.3. LUT

各種テーブル(Lut)を管理するモジュール

### 2.4.4. BM

WriteBuffer/ReadBuffer/CompactionBuffer のリソース管理/格納データの管理・検索を行う。

### 2.4.5. CRYPT

AES の暗号/複合モジュールで、物理ブロックの都合、ライトデータを管理する dpaw とリードデータを管理する dpar に分けられる。

### 2.4.6. FEIF

SAS/PCIe-BE 間の HW 間通信のプロトコル変換を行うモジュール。

## 2.4.7. SAS

SAS Interface コントローラ

## 2.4.8. PNW

大きく PCIe と NVM から構成される。PCIe は PCIe Interface コントローラで、PCIe インターフェースの制御を行い、NVM は NVMe の制御を行う回路を搭載している。また NVM と BE の FEIF の間に、NV2FE と呼ばれる、HW 間通信経路のプロトコル変換回路があり、NVM と FEIF との橋渡しをしている。

## 2.4.9. PMU

PMU は、Power Module Unit の略で、Deneb の電源供給の管理を行うモジュール。例えば、SAS 機では PCIe 関連回路の電源遮断をしたり、性能によってバッファ(dSRAM)の半分の電源を遮断したりするなどの制御を行う。

©2013-2016, TOSHIBA Corporation    CONFIDENTIAL    Page  2-12

**TOSHIBA**
Leading Innovation >>>

Deneb XXX external specification

Rev.1.1

# 2.5. データ・フロー

## 2.5.1. バッファ(DataMem)

Deneb では Host 転送と Nand 転送の仲介を行う DataMemory として、Sram/Dram 混在のメモリ構成をとり、これを DataMem と呼ぶ。SSD における大きなバッファは WriteBuffer(WB)、ReadBuffer(RB)、CompactionBuffer(CB)に大別されるが、Deneb ではそれぞれについて専用メモリを持つ構成はとらず、DataMem を 4K 単位のエリアで管理し、バッファ毎に必要量を DataMem から Allocate して使う共有メモリの構成をとっている。



(a)Host Write 経路



(b)Host Read 経路

©2013-2016, TOSHIBA Corporation          CONFIDENTIAL



(c)Compaction Read/Write 経路

図 2.5-1 DataMem とデータ経路

©2013-2016, TOSHIBA Corporation                    CONFIDENTIAL                                        Page 2-14

## 2.5.2. Host Write



図 2.5-2 Host Write (基本)

FW 介在箇所は、下記の 2 点。

・Write スケジュール@NDM シーケンサ

・Program 完了集計@NDM シーケンサ

©2013-2016, TOSHIBA Corporation          CONFIDENTIAL                    Page  2-15

**TOSHIBA**
Leading Innovation >>>

Deneb XXX external specification                    Rev.1.1



図 2.5-3 Host Write (セクタライト＋WB ヒット)

FW 介在箇所はなし。



図 2.5-4 Host Write (セクタライト＋穴埋めリード)

FW 介在箇所は、下記の２点。

・アドレス解決要求＠NDM シーケンサ(Lut シーケンサも介するかは FW 設計次第)

・NM コマンド生成/投入＠NDM シーケンサ

©2013-2016, TOSHIBA Corporation              CONFIDENTIAL                    Page  2-16

## 2.5.3. Host Read



図 2.5-5 Host Read (基本)

FW 介在箇所はなし。

©2013-2016, TOSHIBA Corporation              CONFIDENTIAL                         Page  2-17

**TOSHIBA**
Leading Innovation >>>

Deneb XXX external specification                                    Rev.1.1



図 2.5-6 Host Read (WB/RB ヒット)

FW 介在箇所はなし。



図 2.5-7 Host Read (L1 fail)

FW 介在箇所は、大きく下記の 3 点。

・ NM コマンド生成/投入＠NDM シーケンサ

©2013-2016, TOSHIBA Corporation　　　　　CONFIDENTIAL　　　　　Page  2-18

・L1～L4 までのエラー訂正フローハンドリング

・L1fail 訂正完了後

　・RB への BufferCopy 起動@NDM シーケンサ

　・訂正完了通知@NDM シーケンサ

Memo:

　Host Read (L3 訂正)

図 2.5-8　よ予約

©2013~2016, TOSHIBA Corporation                CONFIDENTIAL                                   Page  2-19

## 2.5.4. Compaction Read



図 2.5-9 Compaction Read

FW 介在箇所は、下記の 2 点。
・コンパクションクリストの作成
・コンパクション実行要求

©2013-2016, TOSHIBA Corporation          CONFIDENTIAL                    Page  2-20

## 2.5.5. Compaction Write



図 2.5-10 Compaction Write

FW 介在箇所は、下記の 2 点。

・Write スケジュール@NDM シーケンサ

・Program 完了集計@NDM シーケンサ

©2013-2016, TOSHIBA Corporation            CONFIDENTIAL                        Page  2-21

 Deneb XXX external specification                                        Rev.1.1

Memo

LUT read/Write も記載予定



©2013-2016, TOSHIBA Corporation                CONFIDENTIAL                                Page 2-22



Deneb XXX external specification                                Rev.1.1

## 2.6. データ・プロテクション

■(Deneb) Write Data Path



| (Data) | Node | Protected by | Protectection for | Description |
|---|---|---|---|---|
| | SAS | Frame CRC | FIS(Data+(DIF)) | 32bit CRC |
| | RxFIFO | ECC & Parity | Data+(DIF) | 1bitcorr/2bits det |
| | WriteAFIFO | SECDED & Parity | Data+(DIF) | 1bitcorr/2bits det |
| | Write Buffer | SECDED & E3D | Data+(DIF)+E3D | 1bitcorr/2bits det |
| | CH Input Buffer | SECDED & E3D | Data+(DIF)+E3D | 1bitcorr/2bits det |
| | NAND | MED | Data+(DIF)+E3D+MED | 32bit CRC |
| | | ECC | Data+(DIF)+E3D+MED+ECC | ??bit correction |

■(Deneb) Read Data Path

| (Data) | Node | Protected by | Protectection for | Description |
|---|---|---|---|---|
| | NAND | ECC | Data+(DIF)+E3D+MED+ECC | ??bitcorrection |
| | | MED | Data+(DIF)+E3D+MED | 32bit CRC |
| | CH Output Buffer | SECDED & E3D | Data+(DIF)+E3D | 1bitcorr/2bits det |
| | ReadBuffer | SECDED & Parity | Data+(DIF) | 1bitcorr/2bits det |
| | Read AFIFO | ECC & Parity | Data+(DIF) | |
| | SAS | Frame CRC | FIS(Data+(DIF)) | 32bit CRC |

©2013-2016, TOSHIBA Corporation                CONFIDENTIAL                                Page  2-23

TOSHIBA
Leading Innovation >>>

Deneb XXX external specification                                    Rev.1.1

## 2.6.1. BCH



©2013-2016, TOSHIBA Corporation          CONFIDENTIAL          Page 2-24

**TOSHIBA**
Leading Innovation >>>                     Deneb XXX external specification                     Rev.1.1

## 2.7. Deneb debug policy

### 2.7.1. JTAG デバッグ仕様

#### 2.7.1.1. 全体構成について

　Deneb では外部からのデバッグの仕組みとして JTAG を使用します。JTAG のチェインは大きく、以下の 2 種類に分けられます。

１．CPU 制御用の DAP のみのチェイン(以下 CPU チェインと呼ぶ)

２．Huddle や Sequencer 制御用のチェイン(以下 MISC チェインと呼ぶ)


１．と２．のチェインは TMS、TCLK、TRSTB は共通で外部信号を使用します。

TDI と TDO のみ HuddleF にて GPIO[14]で切り替えて排他的に使用します。未使用のチェインの TDI は 1′b1 入力固定となります。

　GPIO[14]=0　　：CPU チェイン選択(Default)

　GPIO[14]=1　　：MISC チェイン選択


MISC チェイン選択時には SAS と PCIE が排他的に動作します。これは電源が排他的に ON/OFF となるためです。

この切り替えは HuddleF にて PV_SAS_MODE 信号を使用します。

　PV_SAS_MODE=0　　　　：PCIE モード

　PV_SAS_MODE=1　　　　：SAS モード


また、MISC チェインは次の 2 つに用途が分かれます。

・各 HWE のデバッグモニタ機能(各物理階層の Huddle に JTAG コントローラを実装)

・シーケンサコアのデバッグ機能(Sequcner に JTAG コントローラが実装されている)

©2013-2016, TOSHIBA Corporation                     CONFIDENTIAL                     Page  2-25

以下に全体の概要図を示します。



DAP のデバッグ機能の詳細については CPU System 外部仕様書の DAP_WRAPPER の章を参照ください。

Sequencer の JTAG デバッグ機能の詳細については SqBlk 仕様書を参照ください。

Huddle の JTAG デバッグ機能の詳細については CPU System 実装仕様書の JTAG デバッグの章を参照ください。

#### 2.7.1.1.1. 注意事項

JTAG クロックは内部クロックと同期していないため、正しく読めない場合があります。

#### 2.7.1.2. Debugger について

CPU チェインについては ARM 社から提供されている RV/DS5 Debugger を使用することでデバッグが可能です。

MISC チェインについてはオリジナルの JTAG Debugger を使用することを想定しています。

©2013-2016, TOSHIBA Corporation                    CONFIDENTIAL                    Page  2-26



Deneb XXX external specification                                    Rev.1.1

## 2.8. Revisions

| リリース月日<br>Revision No. | 改定内容 | 担当者 | 承認 |
|---|---|---|---|
| 0.1 | 初稿. | [ES 技](ES ニ)小池 | |
| 0.2 | 2.3.1—5 の説明付加<br><br>2.3.1 ブロック構成(論理ブロック図)<br><br>2.3.2 FrontEnd/BackEnd の位置づけと内部データパス<br><br>2.3.3 物理ブロック構成とと NAND のチャネル構成<br><br>2.3.4 電源遮断領域<br><br>2.3.5 使用する NAND のチャンネル構成<br><br>2.4 章の説明付加<br><br>2.5 章、2.6 章追加 | [ES 技](ES ニ)松山 | |
| 0.3 | 2.7 章 Deneb debug policy の説明を追加 | [ES 技](ES ニ)松山 | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |
| | ✓ | | |

©2013-2016, TOSHIBA Corporation          CONFIDENTIAL                          Page  2-27