

SSDAE-A-2698

# Dell EMC SAS Design Review

**Phoenix-M5**



**Toshiba Memory Corporation**
SSD Division
July 26, 2017

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

**JOINT EXHIBIT**
Viasat v. Kioxia
**JX20**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008447



# Functional Specs and Overview

- General performance and environmental specifications

© 2017 Toshiba Memory Corporation

TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008448

# Phoenix-M5 Product Specification



PM5

- ## Narrow Single Port Performance Estimation

| Phoenix-M5 Product Specification | | Write Intensive (1) | | | | Write Intensive (2) | | | | Mixed Use (1) | | | | | Mixed Use (2) | | | | | Read Intensive | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| User Capacity | [GB] | 400 | 800 | 1600 | 3200 | 400 | 800 | 1600 | 3200 | 400 | 800 | 1600 | 3200 | 6400 | 480 | 960 | 1920 | 3840 | 7680 | 480 | 960 | 1920 | 3840 | 7680 | 15360 | 30720 |
| OP | | 188% | | | | 76% | | | | 60% | 44% | | | | 47% | | | | | 33% | 20% | | | | | |
| DWPD | | x10 | | | | x5 | | | | x3 | | | | | | | | | | x1 | | | | | | |
| **Performance (@Aligned, Sustained, Entropy = 100%)** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sequential Read 64KiB, QD=32 | [MiB/s] | 1050 | | | | | | | | 1050 | | | | | | | | | | 1050 | | | | | | |
| Sequential Write 64KiB, QD=32 | 9W [MiB/s] | 900 | | 790 | 900 | | | | | 790 | 900 | | | 720 | 900 | | | | | 720 | 900 | | | | | 800 |
| | 12W [MiB/s] | 1050 | | 790 | 1050 | | | | | 790 | 1050 | | | 720 | 1050 | | | | | 720 | 1050 | | | | | |
| | 14W [MiB/s] | 1050 | | 790 | 1050 | | | | | 790 | 1050 | | | 720 | 1050 | | | | | 720 | 1050 | | | | | |
| Random Read 4KiB, QD=32 | [KIOPS] | 230 | | 170 | 230 | | | | | 160 | 230 | | | 170 | 230 | | | | | 160 | 230 | | | | 200 | 160 |
| Random Write 4KiB QD=32 | 9W [KIOPS] | 130 | | 105 | | | | | | 70 | | | | 70 | | | | | | 35 | | | | | | |
| | 12W [KIOPS] | 175 | | 105 | 130 | | | | | 80 | 96 | 100 | | 70 | 100 | | 35 | 40 | 44 | | | | | | | |
| | 14W [KIOPS] | 200 | | 105 | 150 | | | | | 80 | 96 | 120 | | 70 | 120 | | 35 | 40 | 50 | | | | | | | |
| Random Read 70% Write 30% 4KiB, QD=32 | 12W [kIOPS] | 210 | | 143 | 186 | | | | | 123 | 162 | 165 | | 119 | 165 | | 77 | 94 | 101 | | | 96 | 89 | | | |
| **Latency (QD = 1, Aligned, Random 4KiB)** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Read | (Avg.)[us] | 100 | | | | | | | | 100 | | | | | | | | | | 100 | | | | | | |
| Write | (Avg.)[us] | 30 | | | | | | | | 30 | | | | | | | | | | 30 | | | | | | |

*Blue: Changed from CR


**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    22

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008449

# Phoenix-M5 Product Specification  PM5

## • Narrow Dual Port Performance Estimation

| Phoenix-M5 Product Specification | | Write Intensive (1) | | | | Write Intensive (2) | | | | Mixed Use (1) | | | | | Mixed Use (2) | | | | | Read Intensive | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| User Capacity | [GB] | 400 | 800 | 1600 | 3200 | 400 | 800 | 1600 | 3200 | 400 | 800 | 1600 | 3200 | 6400 | 480 | 960 | 1920 | 3840 | 7680 | 480 | 960 | 1920 | 3840 | 7680 | 15360 | 30720 |
| OP | | 188% | | | | 76% | | | | 60% | 44% | | | | 47% | | | | | 33% | 20% | | | | | |
| DWPD | | x10 | | | | x5 | | | | x3 | | | | | | | | | | x1 | | | | | | |
| **Performance (@Aligned, Sustained, Entropy = 100%)** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sequential Read 64KiB, QD=32 | 9W [MiB/s] | 2100 | | 1500 | 1300 | 2100 | | | 1500 | 2100 | | 1500 | 1300 | | 2100 | | | 1500 | 1300 | 2100 | | | 1500 | | 1300 | |
| | 12/14W [MiB/s] | 2100 | | | | | | | | 2100 | | | | | | | | | | 2100 | | | | | | |
| Sequential Write 64KiB, QD=32 | 9W [MiB/s] | 900 | | | | 790 | | 900 | | 720 | 900 | | | | 790 | 900 | | | | 720 | 900 | | | | | 800 |
| | 12W [MiB/s] | 1340 | | | | 790 | | 1340 | | 720 | 1340 | | | | 790 | 1340 | | | | 720 | 1340 | | | | | 1150 |
| | 14W [MiB/s] | 1340 | 1640 | | | 790 | 1500 | 1640 | | 720 | 1340 | 1640 | | | 790 | 1590 | | | | 720 | 1340 | 1640 | | | | 1400 |
| Random Read 4KiB, QD=32 | [KIOPS] | 310 | 400 | | | 220 | 340 | 400 | | 200 | 310 | 400 | | | 220 | 340 | 400 | | | 200 | 310 | 400 | | | | 350 | 270 |
| Random Write 4KiB QD=32 | 9W [KIOPS] | 130 | | | | 105 | | | | 70 | | | | | 70 | | | | | 35 | | | | | | |
| | 12W [KIOPS] | 175 | | | | 105 | | 130 | | 80 | 96 | 100 | | | 70 | 100 | | | | 35 | 40 | 44 | | | | |
| | 14W [KIOPS] | 200 | | | | 105 | | 150 | | 80 | 96 | 120 | | | 70 | 120 | | | | 35 | 40 | 50 | | | | |
| Random Read 70% Write 30% 4KiB, QD=32 | 12W [KIOPS] | 251 | 288 | | | 165 | 229 | 246 | | 137 | 185 | 210 | | | 133 | 197 | 210 | | | 82 | 102 | 116 | | | | 113 | 106 |
| **Latency (QD = 1, Aligned, Random 4KiB)** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Read | (Avg.)[us] | 100 | | | | | | | | 100 | | | | | | | | | | 100 | | | | | | |
| Write | (Avg.)[us] | 30 | | | | | | | | 30 | | | | | | | | | | 30 | | | | | | |

*Blue: Changed from CR

 Leading Innovation ⫸

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     23

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008450

# Phoenix-M5 Product Specification  PM5

## • Multi-Link(2x2 Wide Port) Performance Estimation

| Phoenix-M5 Product Specification | | Write Intensive (1) | | | | Write Intensive (2) | | | | Mixed Use (1) | | | | | Mixed Use (2) | | | | | Read Intensive | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| User Capacity | [GB] | 400 | 800 | 1600 | 3200 | 400 | 800 | 1600 | 3200 | 400 | 800 | 1600 | 3200 | 6400 | 480 | 960 | 1920 | 3840 | 7680 | 480 | 960 | 1920 | 3840 | 7680 | 15360 | 30720 |
| OP | | 188% | 188% | 188% | 188% | 76% | 76% | 76% | 76% | 60% | 44% | 44% | 44% | 44% | 47% | 47% | 47% | 47% | 47% | 33% | 20% | 20% | 20% | 20% | 20% | 20% |
| DWPD | | x10 | x10 | x10 | x10 | x5 | x5 | x5 | x5 | x3 | x3 | x3 | x3 | x3 | x3 | x3 | x3 | x3 | x3 | x1 | x1 | x1 | x1 | x1 | x1 | x1 |
| **Performance (@Aligned, Sustained, Entropy = 100%)** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sequential Read 64KiB, QD=32 | [MiB/s] | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 |
| Sequential Write 64KiB, QD=32 | 18W [MiB/s] | 1340 | 2600 | 2600 | 2600 | 790 | 1590 | 2600 | 2600 | 720 | 1340 | 2600 | 2600 | 790 | 1590 | 1590 | 1590 | 1590 | 1590 | 720 | 1340 | 2600 | 2600 | 2600 | 2200 | 2200 |
| Random Read 4KiB, QD=32 | [KIOPS] | 370 | 400 | 400 | 400 | 240 | 400 | 400 | 400 | 220 | 370 | 400 | 400 | 240 | 400 | 400 | 400 | 400 | 400 | 220 | 370 | 400 | 400 | 400 | 400 | 390 |
| Random Write 4KiB, QD=32 | 18W [KIOPS] | 300 | 300 | 300 | 300 | 90 | 240 | 240 | 240 | 80 | 120 | 220 | 220 | 70 | 140 | 140 | 140 | 140 | 140 | 50 | 55 | 100 | 100 | 100 | 60 | 50 |
| Random Read 70% Write 30% 4KiB, QD=32 | 18W [KIOPS] | 345 | 363 | 363 | 363 | 160 | 333 | 333 | 333 | 144 | 227 | 321 | 321 | 138 | 256 | 256 | 256 | 256 | 256 | 108 | 136 | 210 | 210 | 210 | 148 | 128 |
| **Latency (QD = 1, Aligned, Random 4KiB)** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Read | (Avg.) [us] | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Write | (Avg.) [us] | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |

*Blue: Changed from CR


**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     24

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008451



# FW overview



© 2017 Toshiba Memory Corporation　　　　　　TOSHIBA MEMORY CONFIDENTIAL

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY　　　　　　VIASAT_KIOXIA-0000008452

# Data layout logical vs. physical



- **How are variable sector sizes supported**
  - A NAND physical page has 3 clusters and a part of cluster
  - A cluster consists of two ECC frames
  - 8 DATAs are separated with two ECC frames
  - DATA size is changed from 512 byte to 520 bytes depending on the sector size



Cluster is not aligned on the NAND page boundary

| Sector Size (Bytes) | DATA Size in a Cluster |
|---|---|
| 512, 4096 | 512 x 8 |
| 520, 4160, 512+PI | 520 x 8 |
| 4104, 4096+PI | 520 x 8 : (512+pad) x 7 + 520 |


Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    65

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008453

# Data layout logical vs. physical



- **Method to change sector sizes**
  - SAS: Mode Select command (Block Descriptor page)
  - NVMe: Namespace Management, Format NVM
- **Physical, Logical page size, Erase Block size, Stripe size**
  - Physical page size: 16KB
  - Logical page size: 4KB
  - Erase Block size: 864MB
  - Stripe size: 16KB



TOSHIBA MEMORY CONFIDENTIAL          © 2017 Toshiba Memory Corporation    66

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008454

# FW Architecture Overview



- **Variable ECC**
  - L1 ECC Correction(HB) = 70 to 81 bits/1kB (initial step)
  - L1 ECC Correction(HB) = 274 to 293 bits/1kB (final step)
  - Additional NAND blocks for ECC will be consumed from OP
  - ECC is strengthened as raw BER degrades, resulting in some reduction in OP



70 bits for 520B/sector (34)
81 bits for 512B/sector (40)

274 bits for 520B sector (115)
293 bits for 512B sector (125)

\# () is the number of bits in PM4

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    67

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008455

# FW Architecture Overview



- ## Variable ECC



- – 1/8 block, 96 pages are unit of the step



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    68

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008456

# FW Architecture Overview



- **Patrol**
  - NAND patrol is implemented against data retention as below.
    - All of the NAND pages are verified within 24 or 48 hours, depend on the drive capacity and Power on hours,  to ensure the reliability of SSD
    - Patrol Procedure
      1. HB (Hard bit decoding) read
      2. If #1 is failed, search best Vth
      3. Re-read with HB again
      4. If #3 is failed, increase variable ECC step
- **Refresh**
  - Super block (Erase unit) is refreshed by GC (Garbage Collection) if either of below is happened.
    - patrol is failed on the super block
    
    or
    - the super block is not erased during 24 or 48 hours



TOSHIBA MEMORY CONFIDENTIAL                    © 2017 Toshiba Memory Corporation    69

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000008457

# FW Architecture Overview



- **0/FFh Data Compression**
  - P/CM5 has the capability to restrain NAND write if the sector data is all 0 or all FFh, if following conditions are met
    - 4K bytes sector data (FTL mapping size) have all 0 or FFh
    - In PI format, PI data also contains all 0
  - FTL for these all 0 or FFh sectors keeps the special flags to record this handling, like as unmap case
  - All 0 or all FFh data is generated by HW and is sent to the host for Host read command



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     70

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008458

# FW Architecture Overview



- **MultiLink**
  - PM5 has 4 phys to support 2x2 MultiLink
  - Narrow and MultiLink mode is dynamically changed depending on the connection status
  - SAS0 and SAS1 is assigned for narrow dual port
  - SAS2 and SAS3 stay in slumber mode if no connection
  - MultiLink pair can be changed by mode page setting



SFF-8639

| Mode | Port 0 | Port 1 |
|---|---|---|
| Default | SAS0/SAS2 | SAS1/SAS3 |
| Option | SAS0/SAS1 | SAS2/SAS3 |

  - Mode Page 19h-01h/03h, Log Page 18h and VPD Page 91h have fields for 4 phys
    - It can be customized to 2 phys format
  - Different link speed between MultiLink pairs is not supported and drive will return error condition (TBD)


Leading Innovation ⟫⟫

TOSHIBA MEMORY CONFIDENTIAL          © 2017 Toshiba Memory Corporation     71

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008459

# FW Architecture Overview



- **Cache Off**
  - PM3/4
    - Even if capacitor failure is detected, EMC drive doesn't go into write protected mode
    - Therefore, the drive becomes brick if power is shutdown
  - M5
    - The drive reports SMART error (01/5D/xx)
    - Once capacitor failure is detected, the drive goes into cache off mode
    - The drive doesn't become brick but write performance is extraordinarily degraded
    - The performance data is going to be shown at formal DR



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     72

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008460

# Firmware Architecture



- ## Program Suspend
  - This feature improves read latency in Read and Write mixed workload
  - Too much suspending programming causes read error rate degradation
  - Optimization is still under way



CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008461

Joint Exhibit JX20, page 15 of 46

# FW Architecture Overview



- **Lessons learned**
  - Performance degradation by refresh
    - Issue
      - In PM4, performance degradation was seen on the 100% read workload because of "REFRESH"
    - Reason
      - Garbage collection for refresh interfered host read command
    - Countermeasure
      - Gap is inserted between the garbage collection writes to allow read command
      - Program suspend feature can execute read command during NAND programming
    - Result
      - Under verification





TOSHIBA MEMORY CONFIDENTIAL                    © 2017 Toshiba Memory Corporation       74

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000008462

# FW Architecture Overview



PM5
CM5

- **Lessons learned**
  - SED system area
    - Issue
      - In PM4, system area for SED wore out after 81 hours in the crypto erase loop test
    - Reason
      - SED parameter was in the fixed NAND address system area
      - One crypto erase execution consumes 1 PE cycle of the system area
      - PE cycle reached 420k when the drive went into failure mode
    - Countermeasure
      - The system area of SED has been moved to other area where wear leveling is applied
    - Result
      - Under verification

 **TOSHIBA** Leading Innovation »»>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    75

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008463

# Wear-leveling methodology



- **Static Wear Leveling**
    - A block will be selected from free blocks based on the smallest erase count

- **Dynamic Wear Leveling**
    - Occurs only when the difference between smallest erase count and largest erase count in the active block exceeds threshold.
    - From these blocks, select the one with the smallest erase count
    - If the erase count on the used block is smaller than the free block, move the user data from used block to the free one



TOSHIBA MEMORY CONFIDENTIAL

TOSHIBA
Leading Innovation >>>

© 2017 Toshiba Memory Corporation    76

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008464

# Read Disturb protection

No change from PM4 (CM3)

 PM5 CM5

- **Read Counter**
  - NAND block is refreshed if read counter exceeds the threshold
  - There is read counter for each physical blocks
  - The counter is incremented by reading the block
  - Refresh is performed by GC (Garbage Collection)
  - Even if the counter of only one physical block exceeds the threshold, the super block including the physical block is refreshed



TOSHIBA MEMORY CONFIDENTIAL    © 2017 Toshiba Memory Corporation    77

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000008465

# Protection against retention issues when powered up



- **At power up**
  - NAND patrol is performed – previously covered
  - Shift read method is effective for data retention and read disturb
    - Read command is executed with the voltage threshold previously succeeded
    - If the command results in error, different threshold is tried based on the shift read table as ERP



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    78

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008466

# Drive level error recovery algorithm



- **ECC/EDC and CRC; how implemented / where used**
  - 4K bytes, 8 sectors with 5xxB, is the unit of ECC protection
  - MED is the CRC generated from DATA, E3D and LCA
  - DATA, E3D, MED and LSA are encoded with BCH ECC
  - Those data is divided by 2 frames, and each frame is protected by LDPC
  - Error correction
    - After LDPC correction, BCH correction is performed to correct the error miscorrected by LDPC
    - After error correction is performed, the data validity is verified by comparing calculated CRC to MED in order to avoid miscorrection
    - The LSA in the cluster is compared to the LSA of the host read command



LSA : Logical Sector Address = NSID+LBA
(NSID = Namespace ID)
E3D (2 bytes) : End to End Error Detection (CRC)
MED (4 Bytes) : Media Error Detection (CRC)

TOSHIBA MEMORY CONFIDENTIAL

**TOSHIBA** Leading Innovation >>>

© 2017 Toshiba Memory Corporation    79

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008467

# Drive level error recovery algorithm



- **Protection mechanism to allow the drive to recover data when uncorrectable ECC errors occur in the Flash**
  - ECC Architecture
    - Strong LDPC ECC
    - HB, hard decision decoding, and FSB, soft decision decoding are used
    - Die failure tolerant L3 ECC

| Level | Step | Description | Latency | Read Times |
|-------|------|-------------|---------|------------|
| L1 | HB Read | Read with shift parameter succeeded previously | TBD | 1 |
| L2 | HB Shift Read | Retry Read by changing Vth up to 8 times | TBD | Up to 8 |
| L2 | Vth Tracking | Search best threshold | TBD | 14 – 34 |
| L2 | HB Read | Read with best threshold | TBD | 1 |
| L2 | FSB Read | Soft decision decoding | TBD | 10 |
| L3 | RAID-6 Level | Up to two point error can be recovered | TBD | |
| L4 | Iteration ECC | L1/L2 and L3 iteration | TBD | |

ECC step goes up


**Leading Innovation** >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    80

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008468

# Drive level error recovery algorithm



- **FSB - Soft Decision Decoding**
  - 8 LLR, log-likelihood ratio, tables are used for soft decision decoding
  - Following error scenarios are assumed

| # | Description |
|---|---|
| 1 | Gauss distribution |
| 2 | Program disturb only |
| 3 | Program disturb + data retention 24h |
| 4 | Program disturb + data retention 24h & 1m w/o power |
| 5 | Program disturb + data retention 24h & 3m w/o power |
| 6 | Program disturb + read disturb 1K |
| 7 | Program disturb + data retention 48h & 3m w/o power + read disturb 1K |
| 8 | Write at high temp -> Read at low temp |
| 9 | Write at low temp -> Read at high temp |



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     81

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008469

# Drive level error recovery algorithm



- **Description of RAID algorithms utilized**
  - Encoding
    - Write data is written to NAND by super block
    - Each super block page consists of each 2 pages in 36 dies, and is protected by L3 ECC
    - L3 ECC is encoded when the super block page is written
  - Error Recovery
    - Up to 2 cluster failure on the L3 ECC pair can be recovered
    - L3 ECC is tolerant of a die failure
      - ex. Die failure on the CH3 BANK0
    - L3 ECC is also used for L4 correction
      - More than two cluster failure might be recovered by iteration of L1 and L3



☐ Cluster
▨ L3 Cluster
⫶ L3 Pair

L3 ECC


Leading Innovation ⟫⟫⟫

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    82

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008470

# Error reporting



- **List of all errors reported by the drive must be provided**
  - Sense code list is ready
- **Advanced Error Reporting**

| Register | Error |
|---|---|
| Uncorrectable Error Status Register | Uncorrectable Internal Error Status |
| | Unsupported Request Error Status |
| | ECRC Error Status |
| | Malformed TLP Status |
| | Receiver Overflow Status |
| | Unexpected Completion Status |
| | Completer Abort Status |
| | Completion Timeout Status |
| | Flow Control Protocol Error Status |
| | Poisoned TLP Status |
| | Data Link Protocol Error Status |
| Correctable Error Status Register | Header Log Overflow Error Status |
| | Corrected Internal Error Status |
| | Advisory Non-Fatal Error Status |
| | Replay Timer Timeout Status |
| | REPLAY_NUM Rollover Status |
| | Bad DLLP Status |
| | Bad TLP Status |
| | Receiver Error Status |
| Header Log Register 0-3 | Header of TLP associated with error |



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    83

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008471

# Multi Stream Support



**Multi-Stream**

## To reduce WAF by Reducing GC

- Fill each flash logical block with same data stream
- Overwrite/un-map data in SSD erase units
- Reduce garbage collection for sequential workloads

Stream 0    Stream 1    Stream 2    Stream 3

Initial write Stream 0,1,2,3

**Normal write**

**Need garbage collection**

Rewritten/Unmapped stream 0,1

**Don't need garbage collection → Reduce WAF**

**Multi-stream write**

TOSHIBA Leading Innovation »»

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    84

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008472

# Detailed description of all algorithms being used by the drive to extend the life of the Flash

- **Extending Drive Life**
  - Variable ECC - previously covered
  - NAND Patrol and refresh - previously covered
  - Error Recovery  - previously covered
  - Wear Leveling  - previously covered
  - Power ON – previously covered



TOSHIBA MEMORY CONFIDENTIAL                    © 2017 Toshiba Memory Corporation     85

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000008473

# Error recovery tables review:



- **Read Recovery Algorithm (steps and timing)**
  - previously covered
- **Write Recovery Algorithm (steps and timing)**
  - Timing
    - Program fail occurs
  - Steps
    - If program fail occurs, and then;
      - The physical block is added to G-List as bad block
      - Wait current NAND programing completion on the all of channels
      - The current super block is replaced with the new one
      - NAND programing continues with newly assigned super block
      - The data in the super block where program fail occurred are moved to other super block by garbage collection
        - During garbage collection, read error probably occurs at the block where program fail occurred
        - The error is recovered by L3 ECC correction



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    86

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008474

# Power safe writes



PM5
CM5

- **Protection on power interruption or drive pull**
  - Power failure sequence

**Cancel**
- Canceling the command being executed (Host Read, GC are canceled, but Host Write is not canceled) **2ms**

**Write**
- Writing host write data which already has started to program **4ms**

**FTL Flush**
- Flushing FTL dirty **1ms**

**Dirty Data**
- Saving dirty data in the write buffer **8ms**

**System Data**
- Saving system data **8ms**

**Marking**
- Marking PLP done **2ms**

- Each time is worst case
- Total PLP time is 25ms
- Error recovery is not performed during PLP processing
- If program fail occurs, the data is recovered by L3 ECC during power on processing



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    87

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000008475

# Write cache integrity: Maintenance of data pointers and structures

- **Data integrity: Incomplete block erase, how to detect and prevent block usage until properly erased**
  - The block is marked as "ERASING" during erase is being performed
  - Erase is canceled by power loss, the block status is saved as block management information in PLP process
  - If firmware finds the block that has "ERASING" status during power up, the block is moved to free block pool and is re-erased just before the block is used
- **Atomic Writes (guaranteed in-flight data for no data loss) and any limitations**
  - AWUPF(Atomic Write Unit Power Fail) is 128KB
    - 256 sectors @ 5xx format
  - If the write command size is less than AWUPF, then
    - Write data sent from the host is buffering, not written to NAND, until all of the data for the write command is received
    - If the write command is aborted because of power loss, interface error or abort command, the incomplete write data is discarded



TOSHIBA MEMORY CONFIDENTIAL    © 2017 Toshiba Memory Corporation    88

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY    VIASAT_KIOXIA-0000008476

# Near Wearout (End-of-Life) drive Behavior: No change from PM4 (CM3)



PM5
CM5

- **Differences in drive Near-Wearout performance between the specified performance and the performance measured during drive qualification**
  - EOL drive performance <= 10% from the FOB drive at the steady state
- **What errors are expected?**
  - Recoverable Read error rate is increased
- **What types of error recovery will become more frequent?**
  - Read error will cause shift read and L3/L4 recovery
  - Refresh and reassignment will happen
- **How will the drive notify the system when the Flash has worn to the point that the drive should be removed?**
  - SMART alert is reported due to endurance excess including system area, OP decrease and System Information multiplicity decrease


**TOSHIBA** Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    89

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008477

# Method for EMC to validate drive behavior as Flash nears end of life

- **Method for EMC to validate drive behavior as Flash nears end of life**
  
  - As the same as PM3/4, Toshiba will provide several level aged drives

  No change from PM4 (CM3)

TOSHIBA MEMORY CONFIDENTIAL                    © 2017 Toshiba Memory Corporation    90

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000008478

# Power-up behavior



- **Time to respond to commands**
  - SAS
    - SAS interface becomes active within a second after power on
  - NVMe
    - Configuration space access becomes available within a second after power on

- **Time to media ready**
  - Until media access becomes ready,
    - SAS:NOT READY is reported
    - NVMe: CSTS.RDY is not asserted
      - CSTS.RDY can be asserted before media access becomes ready as EMC customization
      - In this case "Namespace not ready" is appropriate for the response until ready?
    - Target and estimated Time to IO ready for each capacities are as follows
      - 8 sec for 960GB
      - 9 sec for 1920GB
      - 10 sec for 3840GB
      - 15 sec for 7680GB
      - 21 sec for 15TB
      - 34 sec for 30TB



TOSHIBA MEMORY CONFIDENTIAL                    © 2017 Toshiba Memory Corporation    91

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                    VIASAT_KIOXIA-0000008479

# Bad block Management

No change from PM4 (CM3)



PM5
CM5

- ***Handling in Supplier's manufacturing i.e.  Primary vs. Grown (new) bad blocks***

  - Bad blocks found in manufacturing becomes Primary bad blocks

- ***How does the drive handle single bad blocks up to page/die retirements, what is reported to host and the number of GBBs added to G-list***

  - die retirement when:

    - Four consecutive program/erase fail occur in the die

    - BBs exceed 15% of the blocks in a die

    - BBs exceed 25% of the blocks in a plan

  - No definition of page retirement

  - In SAS case, when die retirement occurs, 01-18-FD is reported to the host according to EMC logical spec

---


**TOSHIBA** Leading Innovation ⟩⟩⟩

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    92

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008480

# Thresholding



- ***when and how are blocks retired***
  - A block becomes "Bad Block" when:
    - Program status failure is detected in NAND program operation
    - Erase status failure is detected in NAND erase operation
    - Unrecoverable Read error is detected
    - ERP (Error recovery procedure) reaches the point where variable ECC step goes up at the final variable ECC step
  - When a block becomes bad block, another block in the plane is also treated as defect because of two plane NAND
  - The block is registered to G-List
  - Reassignment
    - Once bad block is registered, the super block including the bad block is moved to other super block

- ***when and how are blocks reclaimed***
  - Bad block is no longer used



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    93

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008481

# Verify and Write Verify command handling (SCSI)



- **Verify**
  - The data read from NAND is transferred to SAS Controller just like a read command
  - After checking PI, the data is discarded
  - Note that verify LBA range hits to the dirty data in write buffer causes internal flush



- **Write & Verify**
  - After receiving the data, write buffer is flushed to ensure the data is read from NAND.
  - Then, verify command is issued to the LBA internally.



TOSHIBA MEMORY CONFIDENTIAL                              © 2017 Toshiba Memory Corporation     94

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                              VIASAT_KIOXIA-0000008482

# EMC Unique Sanitize Commands



PM5
CM5

- **Sanitize operation**
  - Block Erase
    - The drive initializes all blocks including spare area and bad blocks
    - System area is not initialized
  - All of the initialization types including EMC unique are supported in PM5/CM5
    - PM5

| Type | Description | Support |
|------|-------------|---------|
| 01 | Erase the data only | ✓ |
| 02 | Sanitize as per NIST 800-88 (DoD) | ✓ |

  - CM5
    - "No Deallocate After Sanitize" cannot be supported

| Type | Description | Support |
|------|-------------|---------|
| 010b | Block Erase | ✓ |
| 011b | Overwrite | ✓ |
| 100b | Crypto Erase | ✓ |



**TOSHIBA**
Leading Innovation >>>

TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    95

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008483

# Write Amplification and Drive Endurance discussion and expectations



- **Write Amp calculator (spreadsheet) to be provided**
  - Write Amp estimations or measurements at 512 & 520bps
  - Target report will be Sep/E

- **Endurance calculator (spreadsheet) to be provided**
  - Target report will be Oct/E



TOSHIBA MEMORY CONFIDENTIAL    © 2017 Toshiba Memory Corporation    96

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008484

# FW Upgrade Capability/Interfaces/Procedure per EMC spec



## • Automatic Controller Reset to activate new FW

No change from PM4 (CM3)

– SAS

| Mode | Description | Mode | Description |
|------|-------------|------|-------------|
| 04h | D/L, Activate | 0Dh | D/L with offset, Select activation events, Save, Defer activate |
| 05h | D/L, Save, Activate | | |
| 06h | D/L with offset, Activate | 0Eh | D/L with offset, Save, Defer activate |
| 07h | D/L with offset, Save, Activate | 0Fh | Activate deferred microcode |

- Activating new microcode completes within 2 seconds
- Even while activating the microcode, the drive maintains the SAS link and accepts any commands
- Drive has 2 set of 4 copies of FW image in the system area
- The image is never lost even if sudden power-loss occur at any timing





TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     97

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008485

# FW Upgrade Capability/Interfaces/Procedure per EMC spec



- **Automatic Controller Reset to activate new FW**
  - NVMe

| Commit Action | Activate | w/o Reset | Description |
|---|---|---|---|
| 000b | | | Downloaded image replaces the image specified by the Firmware Slot field |
| 001b | ✓ | | |
| 010b | ✓ | | The image specified by the Firmware Slot field is activated at the next reset |
| 011b | ✓ | ✓ | The image specified by the Firmware Slot field is requested to be activated immediately without reset. |



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     98

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008486

# Logging requirements/features



PM5
CM5

- ## EMC unique

| Page | Type | Description |
|------|------|-------------|
| SAS:Log Page 31h | Erase Count Statistics | Fully supported |
| SAS:Diag Page 82h | Link Error Statistics | Fully supported |
| NVMe:Log Page DEh | DellEMC unique | Supported except some items |

- ## Toshiba unique – SAS Log Page 30h

  - Other logs supported by the drive (how many entries drive supports)

| Parameter Code | Description | Parameter Code | Description |
|----------------|-------------|----------------|-------------|
| 0000h | Total number of Host Writes processed | 0011h | Data Reallocate Blocks |
| 0001h | Maximum erase block count | 0012h/20h-3Fh | Program fail count (Total/per Ch) |
| 0002h | Average erase block count | 0013h/40h-5Fh | Erase fail count (Total/per Ch) |
| 0003h | Minimum erase block count | 0014h/60h-7Fh | L1 ECC fail count (Total/per Ch) |
| 0004h | System Life Indicator | 0015h/80h-9Fh | Used reserved block count (Total/per Ch) |
| 0005h | System Wear Indicator | 0016h/A0h-BFh | Unused reserved block count (Total/per Ch) |
| 0010h | Wear Leveling count | 0017h/C0h-DFh | Chip Fail Count (Total/per Ch) |



**TOSHIBA** Leading Innovation >>>

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008487

# S.M.A.R.T function review



PM5

- ## SAS FW

| Attribute | Timing | Threshold | EMC Behavior | Dell Behavior |
|---|---|---|---|---|
| Endurance | Every erase | 100% > N >= 95% | None | Report 5D-88 |
| | | N >= 99% | Report 01/0B-06 | None |
| | | N >= 100% | None | None |
| Over Provisioning | Every block status change | OP <= 5% | Report 5D-89 | Report 5D-89 |
| | | OP consumed  <= 90% | Report 5D-53 | None |
| Power Loss Protection | Power ON, every 24h | PLP capacitance <= 33% | Report 5D-28(04) | Report 5D-8A |
| | Power ON | Charging time >= 5s | Report 5D-28(01) | Write Protected |
| | Every 24h | Discharging time >= 10s | Report 5D-28(02) | Write Protected |
| | Always | Voltage <= 19.75 V | Report 5D-28(03) | Write Protected |
| System Information | Every 24h | Redundancy <= 2 | Report 5D-D3 | Report 5D-D3 |
| | Every erase | N >= 90% | Report 5D-56 | None |
| | | 100% > N >= 95% | None | Report 5D-D4 |
| Reallocated Block Count | Every BB occurs | BB >= 3% of physical blocks | None | Report 5D-14 |
| Used Reserve Block | Every block status change | Used reserved block > 3% of physical blocks | None | Report 5D-F2 |



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation     100

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008488

# Command Abort Handling Overview



- **Guaranteed vs. Best effort aborting**
  - PM5
    - Guaranteed
    - When an abort command is received, SAS controller goes into OPEN REJECT mode
    - After aborting the command, response is returned to the host and OPEN REJECT mode is released

  - CM5
    - Best effort
    - Only the commands not fetched can be aborted
    - Once the drive picks up a command, the abort command is rejected



TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    101

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008489

# Existing debug tools review



- **internal trace logging for code debug, and error logging information for hardware failure analysis**
  - Capture timing
    - Hard Reset, I_T Nexus Loss, Task Frame, SAS I/F Error, Over heat, OCT timeout, assert
  - Log Contents
    - FW trace, register dump, memory dump, NAND command log, Vth
  - Command to retrieve
    - SMART Dump (E6 – EMC unique)
    - Request Internal Log (FE – Vendor unique)





TOSHIBA MEMORY CONFIDENTIAL

© 2017 Toshiba Memory Corporation    102

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008490

# Non user data areas



- **Are there any limitations of the device that are beyond the normal wear leveling areas on the media? For instance are there any restrictions around number if firmware downloads or formats or sanitize etc.**
  - Wear leveling is not applied to the system area where fixed NAND address is used
  - This system area is protected by multiple copy
  - PE cycle is around 30K (pSLC mode)
  - The PE cycle for firmware area is 60K because two areas are used for it



TOSHIBA MEMORY CONFIDENTIAL                © 2017 Toshiba Memory Corporation    103

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY                VIASAT_KIOXIA-0000008491

# Write/Erase Endurance Qualification; Drive Lifetime calculations

◆ Max. W/E cycles requirement to meet the spec.

| S/L | DWPD | Capacity | OP | W/E cyc |
|---|---|---|---|---|
| WI(1) | 10 | All | 188% | 11k |
| WI(2) | 5 | All | 76% | 11k |
| MU(2) | 3 | All | 47% | 12k |
| MU(1) | 3 | Over 800GB | 44% | 12k |
| MU(1) | 3 | 400GB | 60% | 9K |
| RI | 1 | Over 960GB | 20% | 9k |
| RI | 1 | 480GB | 33% | 6k |

 Leading Innovation >>>     **Storage Products Division**     **Confidential**     © 2014 Toshiba Corporation  **126**

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIASAT_KIOXIA-0000008492