# Controller Architecture

JOINT EXHIBIT

Viasat v. Kioxia

**JX28**

# Controller Architecture

- Block Diagram



Confidential

© 2019 KIOXIA Corporation. All Rights Reserved.    2

# Controller Architecture - Data Path Protection

Same as CM5/CD5

- Data Path Protection
  - ✓ Data bus is protected by parity
    - Detect one bit flip on data bus
  - ✓ FIFO and buffer SRAM are protected by SECDED ECC
  - ✓ The protection is overlapped at the point where protection is changed
  - ✓ Each sector data has 2 bytes check code
  - ✓ All SRAM is protected by ECC
- Non-data path
  - DRAM
    - ✓ FTL is protected by vertical and horizontal parity
    - ✓ Other data is protected by SECDED ECC
  - All SRAM is protected by SECDED ECC
    - ✓ Instruction SRAM
    - ✓ Data SRAM

**KIOXIA**

Confidential

© 2019 KIOXIA Corporation. All Rights Reserved.    3

# Controller Architecture - Data Path Protection

- E2E



Confidential

© 2019 KIOXIA Corporation. All Rights Reserved.    4

KIOXIA

# Controller Architecture - Meta Data Protection

- FTL (meta data) Protection

Same as CM5/CD5



Confidential

© 2019 KIOXIA Corporation. All Rights Reserved.     5

# Controller Architecture - ECC

- Proprietary ECC
  - ✓ Proprietary ECC has the same feature as LDPC
    - ➤ Both hard decision and soft decision decoding is supported
  - ✓ HB+ (L1)
    - ➤ HB is standard read with hard decision decoding followed by HB+
    - ➤ HB+: Soft decision decoding is performed by utilizing corrected data
  - ✓ Low power consumption
    - ➤ Approximately 1/10 of M5 LDPC
- Other reliability improvements
  - ✓ Finer variable ECC unit
    - ➤ Can adjust ECC power to flash page characteristic
    - ➤ M5: 1/8 of physical block (Even)
    - ➤ M6: 16 splits on physical block (variable size)
  - ✓ Individual Vth shift index table for each Lower/Middle/Upper page
    - ➤ M5 doesn't have granularity of L/M/U



Power Consumption (simulation)

■ BER case 1    ■ BER case 2



Physical Block

Variable ECC Unit

Confidential

© 2019 KIOXIA Corporation. All Rights Reserved.    6

# Controller Architecture - ECC

- Comparison between M5 and M6

  - ✓ Correctable bits

    - Correctable bits depends on variable ECC step and sector size

    - At the same condition;

      - ➢ M5: 70-293 bits/1KB

      - ➢ M6: 81-273 bits/1KB

    - Maximum number is not important because variable ECC step would not go up to highest step even if drive reaches EOL

  - ✓ ECC frame size

    - ➢ M5: 2K

    - ➢ M6: 4K

    - ➢ Larger ECC frame size increases correction capability

  - ✓ Comparison with LDPC

    - ➢ 4K LDPC: Same condition as M6

    - ➢ Only HB is lower than 4K LDPC, but HB+ is almost the same as LDPC

    - ➢ Proprietary ECC has enough correction capability compared to LDPC



Hard decision decoding comparison at the specific frame error rate

**KIOXIA**

Confidential

© 2019 KIOXIA Corporation. All Rights Reserved.    7

# Controller Architecture - Data Format

- Sector sizes & Data layout

  ✓ Flash physical page has 3 to 4 clusters depending on the variable ECC step

  ✓ One ECC frame contains a cluster

  ✓ DATA size is changed from 512 byte to 520 bytes depending on the sector size



4K Cluster is not always aligned on the flash page boundary

| Sector Size (Bytes) | DATA Size in a Cluster |
|---|---|
| 512, 4096 | 512 x 8 |
| 520, 4160, 512+PI | 520 x 8 |
| 4104, 4096+PI | 520 x 8 : (512+pad) x 7 + 520 |

Confidential

© 2019 KIOXIA Corporation. All Rights Reserved.    8

**KIOXIA**

# Controller Architecture - Data Format

- Flash ECC Protection

  - ✓ 4K bytes, 8 sectors with 5xxB, is the unit of ECC protection

  - ✓ MED is the CRC generated from DATA, E3D and LSA

  - ✓ DATA, E3D, MED and LSA are encoded with BCH ECC

  - ✓ Above data is protected by L1 ECC

  - ✓ BCH ECC prevents miscorrection by soft decision decoding

  - ✓ MED ensures data validity by comparing to calculated CRC

  - ✓ The LSA in the cluster is always compared to the read command's LBA on read operation



LSA : Logical Sector Address = NSID+LBA
NSID : Namespace ID
E3D (2 bytes) : End to End Error Detection (CRC)
MED (4 Bytes) : Media Error Detection (CRC)

Confidential

**KIOXIA**

© 2019 KIOXIA Corporation. All Rights Reserved.   9

# Controller Architecture - Error Recovery

- Error Recovery Procedure

  ✓ Procedure is almost the same as M5 generation

  ✓ The best threshold found in the Vth tracking is used for next read

  ✓ Robust soft decision decoding is performed before RAID-6 level recovery

  ✓ Recovery time has been much improved compared to M5 generation (~ L3 recovery)

    - M5: 65ms

    - M6: 6.4ms

HB+: hard decision decoding
FSB: soft decision decoding

| Level | Step | Description | M6 | M5 |
|---|---|---|---|---|
| L1 | HB+ Read | Read with shift parameter succeeded previously | < 100us | < 100us |
| L2 | Retry Read | Retry Read by changing Vth up to 8 times | 0.6ms | 1.3ms |
| L2 | Vth Tracking | Search best threshold | 0.6ms | 8.7ms |
| L2 | HB+ Read | Read with best threshold | 0.07ms | 0.1ms |
| L2 | FSB Read | Soft decision decoding | 2.5ms | 12ms |
| L3 | RAID-6 Level | Up to two point error can be recovered | 2.7ms | 43ms |
| L4 | Iteration ECC | L1/L2 and L3 iteration | - | - |

**Error Recovery Flow** ↓

← Variable ECC step goes up

**KIOXIA**

Confidential

© 2019 KIOXIA Corporation. All Rights Reserved.    10

# Controller Architecture - Error Recovery

- L3 ECC

  Same as CM5/CD5

  - Encoding

    - Write data is written to flash by superblock

    - Each superblock page consists of each 2 pages in 36 dies, and is protected by L3 ECC

    - L3 ECC is encoded when the superblock page is written

  - Error Recovery

    - Up to 2 cluster failure on the L3 ECC pair can be recovered

    - L3 ECC is tolerant of a die failure

    - *KIOXIA enterprise SSD has already been "Never Die" from 1st generation*

      - ex. Die failure on the CH3 BANK0

    - L3 ECC is also used for L4 correction

      - More than two cluster failure might be recovered by iteration of L1 and L3



L3 ECC

Confidential

**KIOXIA**

© 2019 KIOXIA Corporation. All Rights Reserved.    11

# Controller Architecture - Variable ECC

- Variable ECC

  ✓ L1 ECC Correction(HB) = 50 to 61 bits/1kB (initial step)

  ✓ L1 ECC Correction(HB) = 265 to 274 bits/1kB (final step)

  ✓ Additional flash blocks for ECC will be consumed from OP

  ✓ ECC is strengthened as raw BER degrades, resulting in some reduction in OP



**KIOXIA**

© 2019 KIOXIA Corporation. All Rights Reserved.    12

# Controller Architecture - Variable ECC

- Variable ECC

  ✓ Number of 4K clusters in the Lower/Middle/Upper pages are variant from 24 to 18

  ✓ Steps and management unit are more subdivided compared to M5

  ✓ Number of pages in each unit is variable and optimized to flash characteristic

  ✓ Read Penalty

    ✓ In CM5, initial step was Step 1 of CM6 and tR takes twice on the read access to gray cluster

    ✓ In CM6, VML can minimize read penalty



Block

Management Unit

Page

**4K Cluster Data**

| | Lower | | | | | | | | Middle | | | | | | | | Upper | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Plane0 | | | | Plane1 | | | | Plane0 | | | | Plane1 | | | | Plane0 | | | | Plane1 | | | |
| Step 0 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| Step 1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | |
| Step 2 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | | |
| Step 3 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Step 4 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | | | | |
| Step 5 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | | | | | |
| Step 6 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | | | | | | |

| Generation | # of Steps | Management Unit |
|---|---|---|
| M5 | 6 | 1/8 of 2 planes block (96 pages x 2 planes) |
| M6 | 7 | 16 splits on 2 planes block (variable # of pages) |

**KIOXIA**

Confidential

© 2019 KIOXIA Corporation. All Rights Reserved.    13