# Advanced FEC for Flash Memory

## Introduction and Value Proposition

The advancement in Flash Memory technology in recent years has dramatically increased storage capacity and decreased the cost of non-volatile semiconductor memory. This has made Solid State Drive (SSD), which is a Flash Memory based non-volatile memory system that emulates a magnetic Hard Disk Drive (HDD), a genuine substitute for HDDs.

The use of Error Correcting Code (ECC) (synonymous to Forward Error Correction (FEC)) to enhance the reliability and longevity of Flash Memory is one of the most key components in making SSDs perform on par with HDDs.

Efficient Channel Coding Inc (ECC Inc, ViaSat @ Cleveland) is one of the market leaders in ECC technologies. We have vast experience in developing HW and SW ECC solutions for a variety of Telecommunications and other applications. Some of the advanced ECCs in our portfolio present the opportunity for path-breaking performance enhancement for Flash Memory. This white paper showcases this opportunity.

## Overview of Flash Memory

Flash Memory was invented by Dr. Fujio Masuoka in 1984. Flash memory stores information in an array of memory cells made from floating-gate transistors. There are two basic types of Flash Memory architectures: NOR and NAND.

NAND flash is more suitable for SSDs as they offer higher storage density, lower cost per bit, faster erase and write times and up to ten times the write endurance compared to NOR flash. These advantages are achieved by sharing some of the common areas of the storage transistor through strings of serially connected transistors in NAND devices while NOR devices require additional control circuits to independently access each storage transistor for random, independent addressability. NOR devices are more suited to the small Random Access Memory (ROM) applications.

There are two primary NAND flash technologies. The earlier versions of NAND flash were Single-Level Cell (SLC). With SLC flash, there is only one programmed state in addition to the erased state. The total of two states allows a single data bit to be stored in the memory cell. The desire for higher density led to the more advanced Multiple-Level Cell (MLC). With MLC flash, there are



multiple programmed states in addition to the erased state which allows multiple bits to be store per memory cell.

One of the challenges for Flash Memory is to maintain high reliability and longevity. The deterioration of the oxide over time and the disruptions from neighboring memory pages can lead to data retention and corruption issues translating into bit errors. While the chances of any given data bit being corrupted is quite small, the vast number of data bits in a storage system makes the likelihood of data corruption a very real possibility. ECC is one of the tools used to address these bit errors to improve the reliability and lifespan of Flash Memory.

**ECC & Flash Memory**

The use of ECC for Flash Memory has become increasingly more integrated with Flash. The first step in this direction was the use of error detection codes that would detect and flag bit errors. This would allow a flash management device to filter out segment of Memory that were erroneous and start replacing such segments with replacements from a pool of available substitutes.

As Flash Memories became more advanced the inherent bit error probability got higher and using some simple ECC to clean-up these errors was the obvious logical next step.

The Hamming Code with correction capacity of 1 bit and detection capability of 2 was one of the first codes to be used with Flash. Since then with the desire for improving the performance as well as the increased probability of inherent bit errors because of the denser memories, the ECC choice has migrated to Bose Chaudhuri Hocqunghem (BCH) codes including the binary BCH and non-binary BCH (Reed Solomon (RS)) codes. These codes offer a higher correction capacity compared to the Hamming Code.

Figure 1 shows the performance advantages of a variety of BCH class ECCs with different amount of parity overhead (OH). As more and more redundancy is added the correction capacity gets better and allows the code to drive and inherent high input bit error probability to a very low decoded error rate.

BCH codes are very popular and their encoding / decoding architectures are well known and so the drive has been to stick to this code family and try to use higher correction capacity as desired.

But there are more advanced ECC options that can provide better performance compared to BCH codes. And while their complexity was thought to be

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIASAT_FEC_00000660

prohibitive with ECC Inc's highly efficient architectures these codes are a viable option for the ECC needs of Flash Memory.



**Figure 1. Performance of binary and non-binary BCH codes.**

## Advanced ECC for Flash

ECC Inc has over 12+ years of experience in advanced ECC design. These advanced ECCs include:

- Convolutional Turbo Codes (CTCs)
- Turbo Product Codes (TPCs)
- Low Density Parity Check Codes (LDPCs)

These state-of-the-art ECCs perform very close to the theoretical limits of error correction providing the highest possible coding gain or improvement in Bit Error Rate (BER) performance for a given amount of redundancy. To fully appreciate what this means for Flash Memory reliability and longevity let's derive the impact of ECC on both.

As discussed previously Flash Memory does have an inherent probability of error. Depending on the Flash Technology this error rate is somewhere between 1e-5 and 1e-8. To be able to match the HDD read/write bit error rate of 1e-15 ECC is required. As seen from Figure 1 low error correction BCH codes can help meet this reliability requirement for certain low inherent error rates.

How good a job an ECC can perform in increasing the reliability depends upon its correction capacity. If the probability of bit error for a Flash is $p$ and the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIASAT_FEC_00000661

correction capacity of the code is $t$ bits over a codeword length of $n$ bits the probability of making an error is

$$p_{decoded} = \sum_{i=t+1}^{n} p^i * (1-p)^{n-i} \qquad (1)$$

It's apparent from (1) that for a given $p$ the higher the correction capacity of the code the smaller the probability of error after the decoding will be. The correction capacity can be expressed as the number of bits an ECC can correct over a codeword length or like a input BER or probability of error that it can take down to a certain target decoded BER (as in Figure 1). The advanced ECCs can correct more errors over a certain length or take a higher input BER to the same decoded BER. As an example Figure 2 shows the performance of a BCH class code with the same overhead (OH) compared to an advanced ECC. As the figure shows the advanced ECC can take 10x the input BER to reach the same decoded BER. What this means is that for a given input error rate the advanced ECCs can drive the decoded error rate to much lower leading to much higher reliability. Also to get to the same reliability the advanced ECCs can tolerate much higher input error rate which means they could increase the yields of Flash and are certainly more suited to higher level MLCs (which are more erroneous).



**Figure 2. Performance of Different ECCs with same 7% OH**

There is incentive to use advanced ECCs for Flash even with not so dense memories. If the inherent error performance of Flash Memory stayed at a certain

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIASAT_FEC_00000662

low level there would probably be no need for advanced ECCs. But in practice Flash performance tends to degrade over time. So the inherent error rate gradually increases with use as shown in Figure 3. This means that even with an ECC to help improve the reliability of a Flash, over time the Flash will become lossy enough and once the error rate is high enough it will be beyond repair by the ECC being used. Once this happens the Flash will become unusable.

The solid lines in Figure 3 depict three different profile samples of how a flash could degrade over time. These are: Liner, Exponential and Sudden-change. The two dotted lines indicate some error threshold values that two different ECCs can tolerate to get a satisfactory decoder error rate. The x-axis on the plot is some abstract unit of time and the y-axis is some abstract unit of error rate.  As can be seen from Figure 3 the stronger ECC that can tackle 1.6x higher error rate results in increasing the usability life-span of the Flash by 100% in the Linear profile, 50% in the Exponential profile and < 5 % in the Sudden-change profile. So the impact of advanced FEC on the longevity of a Flash depends upon the error rate profile over time. If we can get the realistic profile of how the error rate changes over time we can do a more accurate analysis of the impact of advanced ECC. Also we can tailor an ECC design to suit the Flash Memory architecture for maximum performance benefits.



**Figure 3. Flash performance degradation over time.**

Usually Flash memory is partitioned into a pool of small fixed-size sectors and the ECC is applied on a sector by sector basis. The Flash size is defined by the number of sectors that the Flash contains. And as there is a chance of sectors going bad over time there is reserve / spare sector pool that allows Flash management tools to replace the bad sectors by the spares as needed to extend the life of the Flash.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIASAT_FEC_00000663

Wear Leveling technique is used by the Flash Management devices to make sure that various areas / sectors of the Flash "age" at a similar rate. What this means is that instead of the same sector being used over and over again the read/writes are spread over the entire flash. And this translates into the probability of any sector being good ($p_{good}$) is the same for the various sectors in a Flash. If the size of the Flash is $N$ sectors and there are $\Delta$ spare sectors the probability that the Flash is still usable after time $t$ is

$$p_{usable} = \sum_{i=N}^{N+\Delta} \left( C_i^{N+\Delta} * \left( p_{good} \right)^i * \left( 1 - p_{good} \right)^{N+\Delta-i} \right) \qquad (2)$$

We know that the $p_{good}$ is a function of use time for a Flash sector. We also know that this is a component that is dependent upon the correction capacity of the ECC used. And so even with the spare sectors and the wear-leveling technique the ECC plays a key role in the Flash being usable after a certain use time.

Given that the ECCs have a very steep performance curves the $p_{good}$ and $p_{usable}$ should results in a sharp curves as shown in Figure 4. If we can get the realistic profile of how the error rate changes over time and what percentage of spares are usually employed we can do a more accurate analysis of how $p_{good}$ and $p_{usable}$ would vary over time. The one fact that would remain is that the advanced FECs would push the knee of this curve where it goes from usable to unusable much further out in time.



**Figure 4. Sample probability distribution curves.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIASAT_FEC_00000664

Our analysis shows how better ECC selection for Flash can help improve the reliability as well as life-span of Flash Memories. This should result in:

- ➢ Increased reliability of read / write
- ➢ Increased lifespan of the sectors before they have to retire
- ➢ Increased lifespan of the flash with the same spare overhead
- ➢ Reduced spare requirements to achieve the same lifespan
- ➢ Increased yield for MLC by covering-up inherent faults

One of the concerns regarding advanced ECCs is that how do they fit into the sector sizes and OH requirements of Flash. ECC has a diverse portfolio of advanced ECCs that can be applied to Flash. Our TPC and LDPC codes offer a great degree of freedom in selecting the various code parameters like the information block size, coded blocksize, and correction capacity and would allow us to customize the ECC to suit any Flash configuration.

Another concern regarding advanced ECCs is there implementation complexity especially at very high speeds as desired for newer Flash Memories. ECC Inc. has 12+ years of experience in designing high speed architectures for FPGA and ASIC implementation of advanced ECCs. We have a number of designs that rate from several 100 Mbps to 10s of Gbps. When used in conjunction with a error detection mechanism and utilizing algorithm convergence indicators these ECC designs can readily support the throughput requirements of Flash Memories.

<u>Summary</u>

The use of ECC is prevalent to increase the reliability of Flash Memory. With the increasing sophistication and densities of Flash Memory the role of ECC is becoming increasingly important. ECC Inc.'s advanced ECC technology provide unprecedented improvement in Flash reliability and lifespan and our efficient HW and SW ECC architectures are an ideal solution for the next-generation Flash Memories.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    VIASAT_FEC_00000665