IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIASAT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KIOXIA CORPORATION and KIOXIA AMERICA, INC.,<br><br>Defendants. | Case No.: 6:21-cv-01231-ADA |

**DECLARATION OF ROGER FULGHUM IN SUPPORT OF DEFENDANTS' MOTION FOR CONDITIONAL SANCTIONS AND RELIEF FROM JUDGMENT PURSUANT TO THIS COURT'S INHERENT AUTHORITY AND RULE 60(b)(3)**

I, Roger Fulghum, declare and state as follows:

1. My name is Roger Fulghum. I am a Partner associated with the firm of Baker Botts L.L.P. representing defendants, Kioxia Corporation and Kioxia America, Inc. ("Kioxia") in the above-captioned matter. I reside in Houston, Texas, am over the age of twenty-one, and am competent to make this declaration. All of the statements set forth herein are true and correct and are based on my personal knowledge and information I have reviewed.

2. I submit this declaration in support of Defendants' Motion for Conditional Sanctions and Relief from Judgment Pursuant to This Court's Inherent Authority and Rule 60(b)(3).

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from volumes 1 through 4 of the trial transcripts (July 13-July 16, 2026) from *Viasat, Inc. v. Kioxia Corporation*, USDC, Western District of Texas, Waco Division, No. 21-cv-1231, consolidated into a single document, which is filed under seal and submitted via the Court's sealed document portal on August 28, 2026. This Exhibit has been highlighted to facilitate the Court's analysis.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of Paul Deitel & Harvey Deitel, *C How to Program: With an Introduction to C++* (8th ed. 2016), available at https://faculty.ksu.edu.sa/sites/default/files/c_how_to_program_with_an_introduction_to_c_global_edition_8th_edition.pdf (last visited August 28, 2026).

5. Attached hereto as Exhibit C is a true and correct copy of admitted Trial Exhibit PX525, which is filed under seal and submitted via the Court's sealed document portal on August 28, 2026.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts from the November 2, 2023 Expert Report of Marwan Hassoun, Ph.D., which is filed under seal and submitted via the Court's sealed document portal on August 28, 2026.

Pursuant to 28 U.S.C. § 1746, I, Roger Fulghum, declare under penalty of perjury that the foregoing is true and correct.

Executed in Houston, Texas, on this 28th day of August 2026.

*/s/ Roger Fulghum*
Roger Fulghum

Dated: August 28, 2026

Respectfully submitted,

/s/ Roger Fulghum

Roger Fulghum
Texas State Bar No. 00790724
Michael Hawes
Texas State Bar No. 24010761
Elizabeth D. Flannery
Texas State Bar No. 24045815
Michael Silliman
Texas State Bar No. 24093152
Baker Botts L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Email: roger.fulghum@bakerbotts.com
Email: michael.hawes@bakerbotts.com
Email: liz.flannery@bakerbotts.com
Email:
michael.silliman@bakerbotts.com

Nolan McQueen
Texas State Bar No. 24125322
Baker Botts L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: (214) 953-6525
Email: nolan.mcqueen@bakerbotts.com

Mark D. Siegmund
Cherry Johnson Siegmund James PLLC
7901 Fish Pond Road, Second Floor
Waco, TX 76710
Telephone: (254) 732-2242
Email: msiegmund@cjsjlaw.com

*Attorneys for Defendants*
*Kioxia Corporation and Kioxia*
*America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served August 28, 2026, with a copy of this document via the Court's CM/ ECF system.

*/s/ Roger Fulghum*
Roger Fulghum