# EXHIBIT B

21-cv-01231-ADA Document 319-1 Filed 08/28/26 Page

GLOBAL EDITION

# C How to Program

## with an introduction to C++

EIGHTH EDITION

Paul Deitel • Harvey Deitel

ALWAYS LEARNING

PEARSON

# C HOW TO PROGRAM

## EIGHTH EDITION

## GLOBAL EDITION

**with an introduction to C++**

# C HOW TO PROGRAM

## EIGHTH EDITION
## GLOBAL EDITION

### with an introduction to C++

**Paul Deitel**
*Deitel & Associates, Inc.*

**Harvey Deitel**
*Deitel & Associates, Inc.*

**Global Edition contributions by**
**Piyali Sengupta**

DEITEL®

PEARSON

Boston Columbus Hoboken Indianapolis New York San Francisco
Amsterdam Cape Town Dubai London Madrid Milan Munich Paris Montreal
Toronto Delhi Mexico City São Paulo Sydney Hong Kong Seoul Singapore Taipei Tokyo

Vice President and Editorial Director, ECS: Marcia J. Horton
Executive Editor: Tracy Johnson (Dunkelberger)
Editorial Assistant: Kelsey Loanes
Assistant Acquisitions Editor, Global Editions: Aditee Agarwal
Program Manager: Carole Snyder
Project Manager: Robert Engelhardt
Project Editor, Global Editions: K.K. Neelakantan
Media Team Lead: Steve Wright
R&P Manager: Rachel Youdelman
R&P Senior Project Manager: William Opaluch
Senior Operations Specialist: Maura Zaldivar-Garcia
Senior Manufacturing Controller, Global Editions: Kay Holman
Inventory Manager: Bruce Boundy
Marketing Manager: Demetrius Hall
Product Marketing Manager: Bram Van Kempen
Media Production Manager, Global Editions: Vikram Kumar
Marketing Assistant: Jon Bryant
Cover Designer: Chuti Prasertsith / Michael Rutkowski / Marta Samsel
Cover Art: © Igoror / Shutterstock

Pearson Education Limited
Edinburgh Gate
Harlow
Essex CM20 2JE
England

and Associated Companies throughout the world

Visit us on the World Wide Web at:
www.pearsonglobaleditions.com

© Pearson Education Limited 2016

The rights of Paul Deitel and Harvey Deitel to be identified as the authors of this work have been asserted by them in accordance with the Copyright, Designs and Patents Act 1988.

*Authorized adaptation from the United States edition, entitled C How to Program: with an introduction to C++, 8st edition, ISBN 978-0-13-397689-2, by Paul Deitel and Harvey Deitel published by Pearson Education © 2016.*

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without either the prior written permission of the publisher or a license permitting restricted copying in the United Kingdom issued by the Copyright Licensing Agency Ltd, Saffron House, 6–10 Kirby Street, London EC1N 8TS.

All trademarks used herein are the property of their respective owners. The use of any trademark in this text does not vest in the author or publisher any trademark ownership rights in such trademarks, nor does the use of such trademarks imply any affiliation with or endorsement of this book by such owners.

British Library Cataloguing-in-Publication Data

A catalogue record for this book is available from the British Library

10 9 8 7 6 5 4 3 2 1

ISBN 10: 1-292-11097-X
ISBN 13: 978-1-292-11097-4

Typeset by GEX Publishing Services

Printed in Malaysia

# 2

# Introduction to C Programming

## Objectives

In this chapter, you'll:

- Write simple C programs.
- Use simple input and output statements.
- Use the fundamental data types.
- Learn computer memory concepts.
- Use arithmetic operators.
- Learn the precedence of arithmetic operators.
- Write simple decision-making statements.
- Begin focusing on secure C programming practices.

Outline

**2.1** Introduction
**2.2** A Simple C Program: Printing a Line of Text
**2.3** Another Simple C Program: Adding Two Integers
**2.4** Memory Concepts
**2.5** Arithmetic in C
**2.6** Decision Making: Equality and Relational Operators
**2.7** Secure C Programming

*Summary* | *Self-Review Exercises* | *Answers to Self-Review Exercises* | *Exercises* | *Making a Difference*

## 2.1 Introduction

The C language facilitates a structured and disciplined approach to computer-program design. In this chapter we introduce C programming and present several examples that illustrate many important features of C. Each example is analyzed one statement at a time. In Chapters 3 and 4 we present an introduction to structured programming in C. We then use the structured approach throughout the remainder of the C portion of the text. We provide the first of many "Secure C Programming" sections.

## 2.2 A Simple C Program: Printing a Line of Text

C uses some notations that may appear strange to people who have not programmed computers. We begin by considering a simple C program. Our first example prints a line of text. The program and its screen output are shown in Fig. 2.1.

```
1  // Fig. 2.1: fig02_01.c
2  // A first program in C.
3  #include <stdio.h>
4
5  // function main begins program execution
6  int main( void )
7  {
8     printf( "Welcome to C!\n" );
9  } // end function main
```

```
Welcome to C!
```

**Fig. 2.1** | A first program in C.

### *Comments*

Even though this program is simple, it illustrates several important features of the C language. Lines 1 and 2

```
// Fig. 2.1: fig02_01.c
// A first program in C
```

begin with `//`, indicating that these two lines are **comments**. You insert comments to **document programs** and improve program readability. Comments do *not* cause the computer to perform any action when the program is run—they're *ignored* by the C compiler and

do *not* cause any machine-language object code to be generated. The preceding comment simply describes the figure number, filename and purpose of the program. Comments also help other people read and understand your program.

You can also use **/*…*/ multi-line comments** in which everything from /* on the first line to */ at the end of the last line is a comment. We prefer // comments because they're shorter and they eliminate common programming errors that occur with /*…*/ comments, especially when the closing */ is omitted.

### *#include Preprocessor Directive*

Line 3

```
#include <stdio.h>
```

is a directive to the **C preprocessor**. Lines beginning with # are processed by the preprocessor *before* compilation. Line 3 tells the preprocessor to include the contents of the **standard input/output header** (**<stdio.h>**) in the program. This header contains information used by the compiler when compiling calls to standard input/output library functions such as printf (line 8). We explain the contents of headers in more detail in Chapter 5.

### *Blank Lines and White Space*

Line 4 is simply a blank line. You use blank lines, space characters and tab characters (i.e., "tabs") to make programs easier to read. Together, these characters are known as **white space**. White-space characters are normally ignored by the compiler.

### *The main Function*

Line 6

```
int main( void )
```

is a part of every C program. The parentheses after main indicate that main is a program building block called a **function**. C programs contain one or more functions, one of which *must* be main. Every program in C begins executing at the function main. Functions can *return* information. The keyword int to the left of main indicates that main "returns" an integer (whole-number) value. We'll explain what it means for a function to "return a value" when we demonstrate how to create your own functions in Chapter 5. For now, simply include the keyword int to the left of main in each of your programs.

Functions also can *receive* information when they're called upon to execute. The void in parentheses here means that main does *not* receive any information. In Chapter 14, we'll show an example of main receiving information.

> **Good Programming Practice 2.1**
> *Every function should be preceded by a comment describing the function's purpose.*

A left brace, {, begins the **body** of every function (line 7). A corresponding **right brace** ends each function (line 9). This pair of braces and the portion of the program between the braces is called a *block*. The block is an important program unit in C.

### *An Output Statement*

Line 8

```
printf( "Welcome to C!\n" );
```

# 13 C Preprocessor

## Objectives

In this chapter, you'll:

- Use `#include` to develop large programs.
- Use `#define` to create macros with and without arguments.
- Use conditional compilation to specify portions of a program that should not always be compiled (such as code that assists you in debugging).
- Display error messages during conditional compilation.
- Use assertions to test whether the values of expressions are correct.

Outline

**13.1** Introduction
**13.2** `#include` Preprocessor Directive
**13.3** `#define` Preprocessor Directive: Symbolic Constants
**13.4** `#define` Preprocessor Directive: Macros
13.4.1 Macro with One Argument
13.4.2 Macro with Two Arguments
13.4.3 Macro Continuation Character
13.4.4 `#undef` Preprocessor Directive
13.4.5 Standard Library Functions and Macros
13.4.6 Do Not Place Expressions with Side Effects in Macros
**13.5** Conditional Compilation
13.5.1 `#if...#endif` Preprocessor Directive
13.5.2 Commenting Out Blocks of Code with `#if...#endif`
13.5.3 Conditionally Compiling Debugging Code
**13.6** `#error` and `#pragma` Preprocessor Directives
**13.7** `#` and `##` Operators
**13.8** Line Numbers
**13.9** Predefined Symbolic Constants
**13.10** Assertions
**13.11** Secure C Programming

*Summary* | *Self-Review Exercises* | *Answers to Self-Review Exercises* | *Exercises*

## 13.1 Introduction

The C preprocessor executes *before* a program is compiled. Some actions it performs are:

- the inclusion of other files into the file being compiled,
- definition of symbolic constants and macros,
- conditional compilation of program code and
- conditional execution of preprocessor directives.

Preprocessor directives begin with `#`, and only whitespace characters and comments delimited by `/*` and `*/` may appear before a preprocessor directive on a line.

C has perhaps the largest installed base of "legacy code" of any modern programming language. It's been in active use for more than four decades. As a professional C programmer, you're likely to encounter code written many years ago using older programming techniques. To help you prepare for this, we discuss a number of those techniques in this chapter and recommend some newer techniques that can replace them.

## 13.2 `#include` Preprocessor Directive

The `#include` preprocessor directive has been used throughout this text. It causes a *copy* of a specified file to be included in place of the directive. The two forms of the `#include` directive are:

```
#include <filename>
#include "filename"
```

The difference between these is the location at which the preprocessor begins searches for the file to be included. If the filename is enclosed in angle brackets (< and >)—used for standard library headers—the search is performed in an *implementation-dependent* manner, normally through predesignated compiler and system directories. If the filename is enclosed in *quotes*, the preprocessor starts searches in the *same* directory as the file being

The macro definition of getchar uses function getc to get one character from the standard input stream. Function putchar of the <stdio.h> header and the character-handling functions of the <ctype.h> header often are implemented as macros as well.

### 13.4.6 Do Not Place Expressions with Side Effects in Macros

Expressions with *side effects* (e.g., variable values are modified) should *not* be passed to a macro because macro arguments may be evaluated more than once. We'll show an example of this in Section 13.11.

## 13.5 Conditional Compilation

**Conditional compilation** enables you to control the execution of preprocessor directives and the compilation of program code. Each conditional preprocessor directive evaluates a constant integer expression. Cast expressions, sizeof expressions and enumeration constants *cannot* be evaluated in preprocessor directives.

### 13.5.1 #if…#endif Preprocessor Directive

The conditional preprocessor construct is much like the if selection statement. Consider the following preprocessor code:

```
#if !defined(MY_CONSTANT)
   #define MY_CONSTANT 0
#endif
```

which determines whether MY_CONSTANT is *defined*—that is, whether MY_CONSTANT has already appeared in an earlier #define directive. The expression defined(MY_CONSTANT) evaluates to 1 if MY_CONSTANT is defined and 0 otherwise. If the result is 0, !defined(MY_CONSTANT) evaluates to 1 and MY_CONSTANT is defined. Otherwise, the #define directive is skipped. Every **#if** construct ends with **#endif**. Directives **#ifdef** and **#ifndef** are shorthand for #if defined(*name*) and #if !defined(*name*). A multiple-part conditional preprocessor construct may be tested by using the **#elif** (the equivalent of else if in an if statement) and the #else (the equivalent of else in an if statement) directives. These directives are frequently used to *prevent header files from being included multiple times in the same source file*—we use this technique extensively in the C++ part of this book. These directives also are frequently used to enable and disable code that makes software compatible with a range of platforms.

### 13.5.2 Commenting Out Blocks of Code with #if…#endif

During program development, it's often helpful to "comment out" portions of code to prevent them from being compiled. If the code contains multiline comments, /* and */ cannot be used to accomplish this task, because such comments cannot be nested. Instead, you can use the following preprocessor construct:

```
#if 0
   code prevented from compiling
#endif
```

To enable the code to be compiled, replace the 0 in the preceding construct with 1.