**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **VIASAT, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>**Defendants.** | **Case No.: 6:21-cv-01231**<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE TO THE COURT CONCERNING AN EXTENSION OF TIME**

Plaintiff Viasat, Inc. and Defendants Kioxia Corporation and Kioxia America, Inc. provide this joint notice to the Court that the parties are productively conferring on Viasat's bill of costs, and they jointly request a two-week extension for any submission required under Rule CV-54(a) from September 18, 2026 to October 2, 2026.

September 15, 2026

Respectfully submitted,

/s/ *J. Travis Underwood*
James Travis Underwood, State Bar No. 24102587
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
travis@gillamsmithlaw.com

J. Scott McBride (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
Nevin M. Gewertz (*Pro Hac Vice*)
Meg E. Fasulo (*Pro Hac Vice*)
Mac LeBuhn (*Pro Hac Vice*)
Jordan G. Golds (*Pro Hac Vice*)

BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
scott.mcbride@bartlitbeck.com
matthew.ford@bartlitbeck.com
nevin.gewertz@bartlitbeck.com
meg.fasulo@bartlitbeck.com
mac.lebuhn@bartlitbeck.com
jordan.golds@bartlitbeck.com

Nosson D. Knobloch (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
nosson.knobloch@bartlitbeck.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to counsel of record for Defendants.

/s/ *J. Travis Underwood*
J. Travis Underwood