**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **VIASAT, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**KIOXIA CORPORATION and KIOXIA AMERICA, INC.,**<br><br>**Defendants.** | **Case No.: 6:21-cv-01231-ADA**<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED NOTICE TO THE COURT CONCERNING AN EXTENSION OF THE DUE DATE TO FILE RESPONSES AND REPLIES**

Plaintiff, Viasat Inc., provides this notice to the Court that the parties have agreed to extend the due date for Plaintiff to respond and reply to Defendants' Rule 50(b) Motion for Judgment as a Matter of Law (Dkt. 313), Rule 59 Motion for a New Trial (Dkt. 315), and Motion for Conditional Sanctions and Relief from Judgment Pursuant to this Court's Inherent Authority and Rule 60(b)(3) (Dkt. 320); and Defendants to respond and reply to Plaintiff's Motion to Amend the Judgment to Include Supplemental Damages, an Ongoing Royalty, Pre-Judgment Interest, and Post-Judgment Interest (Dkt. 316) to October 2, 2026 and replies to October 20, 2026. The current response deadline is September 25, 2026.

Dated: September 21, 2026

Respectfully submitted,

/s/*James Travis Underwood*
Melissa R. Smith, State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

James Travis Underwood
State Bar No. 24102587
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
travis@gillamsmithlaw.com

J. Scott McBride (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
Nevin M. Gewertz (*Pro Hac Vice*)
Meg Fasulo (*Pro Hac Vice*)
Mac LeBuhn (*Pro Hac Vice*)
Jordan G. Golds (*Pro Hac Vice*)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
scott.mcbride@bartlitbeck.com
matthew.ford@bartlitbeck.com
nevin.gewertz@bartlitbeck.com
meg.fasulo@bartlitbeck.com
mac.lebuhn@bartlitbeck.com
jordan.golds@bartlitbeck.com

Nosson D. Knobloch (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
nosson.knobloch@bartlitbeck.com

*Counsel for Plaintiff Viasat, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to counsel of record for Defendants.

/s/ J. Travis Underwood
J. Travis Underwood